# United States Bankruptcy Court
## Central District of California

In re:
Youth Policy Institute, Inc.

CHAPTER NO.: 7

CASE NO.: 2:19−bk−23085−BB

## ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schd A/B(Form106A/B or 206A/B)
Schedule D (Form 106D or 206D)
Schd E/F(Form106E/F or 206E/F)
Summary(Form 106Sum or 206Sum)
Schedule G (Form 106G or 206G)
StmtFinAffairs(Form107 or 207)
Schedule H (Form 106H or 206H)
Decl Re Sched (Form 106Dec)
Decl for Non−Indiv (Form 202)**

**The Revised Official Bankruptcy Forms are mandatory and are available at www.cacb.uscourts.gov/forms**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1) File the required documents. If the document is filed electronically, no hard copy needs to be submitted to the court. (See Local Bankruptcy Rule 5005−2(d) and Court Manual, Appendix "F" as to whether a copy must be served on the judge.)

**OR**

(2) File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

Dated: <u>November 5, 2019</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form deforco − Rev 04/2019)    **1 /**