Samuel A. Newman (SBN 217042)
sam.newman@sidley.com
Genevieve G. Weiner (SBN 254272)
gweiner@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

Attorneys for Creditor
Nonprofit Finance Fund

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>Assigned to: The Hon. Sheri Bluebond<br><br>**NOTICE OF APPEARANCE OF CREDITOR, NONPROFIT FINANCE FUND, AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Sidley Austin LLP, hereby appears in the above-captioned case on behalf of creditor Nonprofit Finance Fund ("NFF"), and hereby requests, in accordance with Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, that copies of any and all notices and papers filed or entered connection with the above-captioned case be given to and served upon the following:

Samuel A. Newman, Esq.
Genevieve G. Weiner, Esq.
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Tel: 213.896.6000
sam.newman@sidley.com
gweiner@sidley.com

250752318

**PLEASE TAKE FURTHER NOTICE**, that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitations, order and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "Filings"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of the Entities.

**PLEASE TAKE FURTHER NOTICE**, that the filing of this Notice of Appearance shall not constitute (a) a waiver of rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court; (b) a waiver of rights to trial by jury in any proceedings as to any and all matters so triable; (c) a waiver of rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (d) a waiver of any rights, claims, actions, defenses, setoffs, or recoupments, all of which NFF expressly reserves; or (e) a consent by NFF to the jurisdiction of the United States Bankruptcy Court for the Central District of California with respect to any proceeding commenced in this case against or otherwise involving NFF.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of NFF, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Federal Rules of Bankruptcy Procedure.

Date: November 7, 2019

SIDLEY AUSTIN LLP

By: */s/ Genevieve G. Weiner*
    Genevieve G. Weiner

Attorneys for Creditor
NONPROFIT FINANCE FUND

250752318

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE OF CREDITOR, NONPROFIT FINANCE FUND, AND REQUEST FOR SPECIAL NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 7, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 7, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Kevin D. Meek, Robins Kaplan LLP, 2049 Century Park East, Suite 3400, Los Angeles, CA 90067
Jason M Rund (TR), Sheridan & Rund, 840 Apollo Street, Suite 351, El Segundo, CA 90245
U.S. Trustee, United States Trustee (LA), 915 Wilshire Blvd, Suite 1850, Los Angeles, CA 90017
The Hon. Sheri Bluebond, United States Bankruptcy Court, Central District of California, Chambers Copy,
    255 E. Temple Street, Suite 1534 / Courtroom 1539, Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 7, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/7/2019 | Pamela Santos | /s/Pamela Santos |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

ACTIVE 250753952