Scott F. Gautier (State Bar No. 211742)
*SGautier@RobinsKaplan.com*
Kevin D. Meek (State Bar No. 280562)
*KMeek@RobinsKaplan.com*
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:    310 552 0130
Facsimile:     310 229 5800

*Counsel for Debtor, Youth Policy Institute, Inc.*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| YOUTH POLICY INSTITUTE, INC., | Case No. 2:19-bk-23085-BB |
| Debtor | **DEBTOR'S *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS; DECLARATION OF BEN HOWARD IN SUPPORT THEREOF** |
| | **[no hearing required]** |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

61246739.7

## I.

## INTRODUCTION

Youth Policy Institute, Inc. (the "Debtor"), the debtor in the above-captioned chapter 7 case (the "Bankruptcy Case"), respectfully requests that the Bankruptcy Court enter an order substantially in the form attached hereto as Exhibit A (the "Proposed Order"), extending the deadline for the Debtor to file its schedules of assets and liabilities (the "Schedules"), statement of financial affairs, and any other lists or statements required to be filed under section 521 of the Bankruptcy Code and/or Rule 1007 of the Federal Rules of Bankruptcy Procedure (collectively, the "Statements") for a period of fourteen (14) days—from November 19, 2019 to, and including, December 3, 2019 (the "Proposed Extension"). Although the Debtor has been diligently working to complete its Schedules and Statements within the deadline set forth in Federal Rule of Bankruptcy Procedure 1007, to prepare complete Schedules and Statements, the Debtor must gather and review a substantial amount of information and documentation related to its financial affairs, including, without limitation, thousands of payments and invoices. Accordingly, the Proposed Extension is appropriate under the circumstances.

## II.

## JURISDICTION

This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter relates to the administration of the Debtor's bankruptcy estate and is accordingly a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O). Venue of this case is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are sections 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1007 of the Federal Rules of Bankruptcy Procedure ("FRBP") and Local Bankruptcy Rule 1007-1(e).

## III.

## BACKGROUND

1. On November 5, 2019, the Debtor commenced with this Court a voluntary case under chapter 7 of the Bankruptcy Code. On November 6, 2019, Jason Rund was appointed the trustee of the Debtor's bankruptcy estate (the "Trustee") and continues to serve in that capacity.

2. As set forth in the Debtor's chapter 7 petition (the "Petition"), the Debtor estimates that it has between 1,000 and 5,000 creditors, and the initial master mailing list filed with the Petition identified over 1,200 potential creditors of the Debtor's estate.

3. Under section 521 of the Bankruptcy Code and FRBP 1007, the Debtor is required to file with the Court, among other things, the Schedules and Statements within fourteen days of the entry of the order for relief, which would require that the Debtor file the Schedules and Statements no later than November 19, 2019.

4. To prepare Schedules and Statements that are as complete and accurate as possible, the Debtor must gather and review a substantial amount of information and documentation related to the Debtor's financial affairs, including, without limitation, thousands of payments and invoices. Although significant effort has been made to complete the required Schedules and Statements within the time provided under the Federal Bankruptcy Rules, the Debtor anticipates that, due the volume of information it needs to review and evaluate, the Debtor requires the Proposed Extension to ensure the accuracy and completeness of its Schedules and Statements. *See* Declaration of Ben Howard, at ¶ 3-4.

5. The Trustee has indicated to the Debtor that he has no objection to the Proposed Extension. *See* Declaration of Ben Howard, at ¶ 5.

## IV.

## **ARGUMENT**

Under section 521 of the Bankruptcy Code and FRBP 1007, the Debtor is required to file with the Court, among other things, the Schedules and Statements within fourteen days of the entry of the order for relief, which would require that the Debtor file the Schedules and Statements no later than November 19, 2019. Pursuant to FRBP 1007(c), however, the Court may extend the time for filing schedules and statements "on motion for cause shown."

Cause exists to extend the deadline to file Schedules and Statements set forth under FRBP 1007. To prepare Schedules and Statements that are complete and accurate as possible, the Debtor must gather and review a substantial amount of information and documentation related to its financial affairs. Such documentation includes, without limitation, thousands of payments and

invoices. Although significant effort has been made to complete the required Schedules and Statements within the time provided under the Federal Bankruptcy Rules, the Debtor anticipates that, due the volume of information it needs to review and evaluate, the Debtor requires the Proposed Extension to ensure the accuracy and completeness of its Schedules and Statements. Accordingly, the Proposed Extension is appropriate under the circumstances.

The Trustee has indicated to the Debtor that he has no objection to the Proposed Extension.

## V.

## **CONCLUSION**

**WHEREFORE**, the Debtor respectfully request entry of an order substantially in the form attached hereto as Exhibit A: (1) extending their time to file the Schedules and Statements to December 3, 2019, without prejudice to the Debtor's right to seek any further extensions from this Court, and (2) granting such other and further relief as is just.

DATED: November 17, 2019              **ROBINS KAPLAN LLP**

By: /s/ Kevin D. Meek
      Kevin D. Meek

*Attorneys For Debtor, Youth Policy Institute, Inc.*

61246739.7                              - 4 -

## DECLARATION OF BEN HOWARD

I, Ben Howard, declare as follows:

1. I am a partner with Grobstein Teeple LLP, and, since August 2019, a financial consultant with the Youth Policy Institute, Inc. (the "Debtor"). Except as otherwise noted herein, I have personal knowledge of the facts presented in this Declaration. If called as a witness to do so, I could competently testify thereto.

2. As financial consultant to the Debtor, I am responsible for preparing the Debtor's schedules of assets and liabilities (the "Schedules") statement of financial affairs, and any other lists or statements required to be filed under section 521 of the Bankruptcy Code and/or Rule 1007 of the Federal Rules of Bankruptcy Procedure (collectively, the "Statements").

3. To prepare Schedules and Statements that are complete and accurate as possible, the Debtor must gather and review a substantial amount of information and documentation related to the Debtor's financial affairs, including, without limitation, thousands of payments and invoices.

4. Although significant effort has been made to complete the required Schedules and Statements within the time provided under the Federal Bankruptcy Rules, I anticipate that, due the volume of information that the Debtor needs to review and evaluate, the Debtor requires an extension of fourteen days—from November 19, 2019 to, and including, December 3, 2019 (the "Proposed Extension") to ensure the accuracy and completeness of the Schedules and Statements.

5. I am informed and believe that the chapter 7 trustee of the Debtor's bankruptcy estate has indicated to the Debtor that he has no objection to the Proposed Extension.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed this 15th day of November, 2019 in Woodland Hills, California.

By: _____
    Ben Howard

61246739.7

**EXHIBIT A**

**PROPOSED ORDER**

Scott F. Gautier (State Bar No. 211742)
*SGautier@RobinsKaplan.com*
Kevin D. Meek (State Bar No. 280562)
*KMeek@RobinsKaplan.com*
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:    310 552 0130
Facsimile:    310 229 5800

*Counsel for Debtor, Youth Policy Institute, Inc.*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| YOUTH POLICY INSTITUTE, INC., | Case No. 2:19-bk-23085-BB |
| Debtor | **[PROPOSED] ORDER GRANTING DEBTOR'S *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS; DECLARATION OF BEN HOWARD IN SUPPORT THEREOF**<br>**[no hearing required]** |

61246739.7

- 1 -

Youth Policy Institute, Inc. (the "Debtor"), having presented to the Court its motion for an order extending time to file schedules and statements (the "Motion"), the Court having reviewed the Motion, having found that notice of the Motion was adequate under the circumstances of the case, and good cause appearing,

**IT IS HEREBY ORDERED, that,**

A. The time within which the Debtor shall file its schedules of assets and liabilities, statement of financial affairs, and any other lists or statements required to be filed under section 521 of the Bankruptcy Code and/or Rule 1007 of the Federal Rules of Bankruptcy Procedure, is extended to, and including, December 3, 2019.

B. The extension of time set forth in this order is without prejudice against the Debtor making appropriate motions and applications to the Court for further extensions.

###

61246739.7

- 2 -

**PROOF OF SERVICE OF DOCUMENT(S)**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS; DECLARATION OF BEN HOWARD IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the aforementioned documents was served by the court via NEF and hyperlink to the documents. On (*date*) **November 17, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **November 17, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Nonprofit Finance Fund**
c/o Samuel A. Newman
Genevieve Weiner
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

**Chapter 7 Trustee**
Jason M Rund
Sheridan & Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245

**Counsel for Trustee**
Jeffrey A. Krieger
Keith Banner
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars #2000
Los Angeles, CA 90067

**Office of the United States Trustee**
United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-681

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
61283200.1

**F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 17, 2019** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
Hon. Sheri Bluebond
25 E. Temple St., Suite 1534, Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2019 | Kevin D. Meek | /s/ Kevin D. Meek |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
61283200.1

**F 9013-3.1.PROOF.SERVICE**