| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Scott F. Gautier (State Bar No. 211742)<br>*SGautier@RobinsKaplan.com*<br>Kevin D. Meek (State Bar No. 280562)<br>*KMeek@RobinsKaplan.com*<br>ROBINS KAPLAN LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA  90067<br>Telephone:    310 552 0130<br>Facsimile:    310 229 5800<br><br>*Counsel for Debtor, Youth Policy Institute, Inc*<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:* Youth Policy Institute, Inc. | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION** ||
| In re:<br>    YOUTH POLICY INSTITUTE, INC.<br><br><br>                                                            Debtor(s) | CASE NO.: 2:19-bk-23085-BB<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):  **ORDER APPROVING EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS** |

PLEASE TAKE NOTE that the order titled Order Approving <u>Ex Parte Application for Order Extending Time to File Schedules and Statements</u> was lodged on (*date*) <u>November 17, 2019</u> and is attached.  This order relates to the motion which is docket number 7.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

Scott F. Gautier (State Bar No. 211742)
*SGautier@RobinsKaplan.com*
Kevin D. Meek (State Bar No. 280562)
*KMeek@RobinsKaplan.com*
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:    310 552 0130
Facsimile:    310 229 5800

*Counsel for Debtor, Youth Policy Institute, Inc.*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| YOUTH POLICY INSTITUTE, INC., | Case No. 2:19-bk-23085-BB |
| Debtor | **[PROPOSED] ORDER GRANTING DEBTOR'S *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS; DECLARATION OF BEN HOWARD IN SUPPORT THEREOF**<br>**[no hearing required]** |

61557407.1

ORDER

Youth Policy Institute, Inc. (the "Debtor"), having presented to the Court its motion for an order extending time to file schedules and statements (the "Motion"), the Court having reviewed the Motion, having found that notice of the Motion was adequate under the circumstances of the case, and good cause appearing,

**IT IS HEREBY ORDERED, that,**

A.   The time within which the Debtor shall file its schedules of assets and liabilities, statement of financial affairs, and any other lists or statements required to be filed under section 521 of the Bankruptcy Code and/or Rule 1007 of the Federal Rules of Bankruptcy Procedure, is extended to, and including, December 3, 2019.

B.   The extension of time set forth in this order is without prejudice against the Debtor making appropriate motions and applications to the Court for further extensions.

###

**PROOF OF SERVICE OF DOCUMENT(S)**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE ORDER APPROVING DEBTOR'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the aforementioned documents was served by the court via NEF and hyperlink to the documents. On (*date*) **November 17, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **November 17, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Nonprofit Finance Fund**
c/o Samuel A. Newman
Genevieve Weiner
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

**Chapter 7 Trustee**
Jason M Rund
Sheridan & Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245

**Counsel for Trustee**
Jeffrey A. Krieger
Keith Banner
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars #2000
Los Angeles, CA 90067

**Office of the United States Trustee**
United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-681

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
61283200.1

**F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 17, 2019** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Judge**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
Hon. Sheri Bluebond
25 E. Temple St., Suite 1534, Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 17, 2019 | Kevin D. Meek | /s/ Kevin D. Meek |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
61283200.1

**F 9013-3.1.PROOF.SERVICE**