Scott F. Gautier (State Bar No. 211742)
*SGautier@RobinsKaplan.com*
Kevin D. Meek (State Bar No. 280562)
*KMeek@RobinsKaplan.com*
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:    310 552 0130
Facsimile:    310 229 5800

*Counsel for Debtor, Youth Policy Institute, Inc.*

**FILED & ENTERED**

**NOV 18 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Chapter 7 |
| YOUTH POLICY INSTITUTE, INC., | Case No. 2:19-bk-23085-BB |
| Debtor | **ORDER GRANTING DEBTOR'S *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS; DECLARATION OF BEN HOWARD IN SUPPORT THEREOF**<br>**[No hearing required]** |

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

61557407.1

ORDER

Youth Policy Institute, Inc. (the "Debtor"), having presented to the Court its motion for an order extending time to file schedules and statements (the "Motion"), the Court having reviewed the Motion, having found that notice of the Motion was adequate under the circumstances of the case, and good cause appearing,

**IT IS HEREBY ORDERED** that:

**A.**    The time within which the Debtor shall file its schedules of assets and liabilities, statement of financial affairs, and any other lists or statements required to be filed under section 521 of the Bankruptcy Code and/or Rule 1007 of the Federal Rules of Bankruptcy Procedure, is **extended to, and including, December 3, 2019.**

**B.**    The extension of time set forth in this order is without prejudice against the Debtor making appropriate motions and applications to the Court for further extensions.

###

Date: November 18, 2019

Sheri Bluebond
United States Bankruptcy Judge