United States Bankruptcy Court
Central District of California

In re:  
Youth Policy Institute, Inc.  
    Debtor

Case No. 19-23085-BB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: wkaaumoan     Page 1 of 1     Date Rcvd: Nov 18, 2019  
                             Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.  
db          #+Youth Policy Institute, Inc.,   6464 Sunset Blvd., Suite 650,   Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:  
         Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com  
         Jason M Rund (TR)     trustee@srlawyers.com, jrund@ecf.axosfs.com  
         Kevin Meek    on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com  
         United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov  
                                                                                                                                                                              TOTAL: 4

Scott F. Gautier (State Bar No. 211742)
*SGautier@RobinsKaplan.com*
Kevin D. Meek (State Bar No. 280562)
*KMeek@RobinsKaplan.com*
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:    310 552 0130
Facsimile:    310 229 5800

*Counsel for Debtor, Youth Policy Institute, Inc.*

**FILED & ENTERED**

**NOV 18 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** kaaumoan **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>    Debtor | Chapter 7<br><br>Case No. 2:19-bk-23085-BB<br><br>**ORDER GRANTING DEBTOR'S *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENTS; DECLARATION OF BEN HOWARD IN SUPPORT THEREOF**<br><br>**[No hearing required]** |

61557407.1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER

Youth Policy Institute, Inc. (the "Debtor"), having presented to the Court its motion for an order extending time to file schedules and statements (the "Motion"), the Court having reviewed the Motion, having found that notice of the Motion was adequate under the circumstances of the case, and good cause appearing,

**IT IS HEREBY ORDERED** that:

**A.**    The time within which the Debtor shall file its schedules of assets and liabilities, statement of financial affairs, and any other lists or statements required to be filed under section 521 of the Bankruptcy Code and/or Rule 1007 of the Federal Rules of Bankruptcy Procedure, is **extended to, and including, December 3, 2019.**

**B.**    The extension of time set forth in this order is without prejudice against the Debtor making appropriate motions and applications to the Court for further extensions.

###

Date: November 18, 2019

Sheri Bluebond
United States Bankruptcy Judge

61557407.1

ORDER