Samuel A. Newman (SBN 217042)
sam.newman@sidley.com
Genevieve G. Weiner (SBN 254272)
gweiner@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: 213.896.6000
Facsimile: 213.896.6600

Attorneys for Creditor
Nonprofit Finance Fund

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | Assigned to: The Hon. Sheri Bluebond |
| | **NONPROFIT FINANCE FUND'S STATEMENT OF NON-CONSENT TO USE OF CASH COLLATERAL** |

**PLEASE TAKE NOTICE** that Nonprofit Finance Fund ("NFF") is a secured creditor pursuant to (i) that Loan Agreement between Nonprofit Finance Fund and Youth Policy Institute, Inc. dated October 30, 2017 (the "Loan Agreement") and (ii) Security Agreement dated October 30, 2017 (the "Security Agreement"). Pursuant to the terms of the Loan Agreement and the Security Agreement, NFF has a lien on the Collateral, including Cash (as such terms are defined in the Security Agreement). NFF understands that the Trustee is seeking to recover receivables for the benefit of the estate and NFF asserts a first-priority lien in any such recoveries. Absent further agreement between the parties, NFF does not consent to the use of Collateral, including any Cash, for the administration of the chapter 7 case or otherwise. NFF reserves all rights with respect to its collateral.

251351523

1

2  Date: November 25, 2019                    SIDLEY AUSTIN LLP

3                                             By: */s/ Genevieve G. Weiner*
4                                                 Genevieve G. Weiner

5                                             Attorneys for Creditor
                                              NONPROFIT FINANCE FUND
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

251351523

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Sidley Austin LLP, 555 West Fifth Street, Suite 4000, Los Angeles, CA 90013

A true and correct copy of the foregoing document entitled (*specify*): **NONPROFIT FINANCE FUND'S STATEMENT OF NON-CONSENT TO USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On November 25, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On November 25, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 25, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/25/2019 | Pamela Santos | /s/Pamela Santos |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

ACTIVE 250753952

**SERVICE LIST**

| | |
|---|---|
| The Hon. Sheri Bluebond<br>United States Bankruptcy Court<br>Central District of California<br>Chambers Copy,<br>255 E. Temple Street<br>Suite 1534 / Courtroom 1539<br>Los Angeles, CA 90012 | Kevin D. Meek<br>Robins Kaplan LLP<br>2049 Century Park East, Suite 3400<br>Los Angeles, CA 90067 |
| Jason M Rund (TR)<br>Sheridan & Rund<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245 | Keith Patrick Banner<br>Jeffrey A Krieger<br>Greenberg Glusker, Fields Claman & Machtinger LLP<br>1900 Avenue of the Stars<br>21st Floor<br>Los Angeles, CA 90067 |
| California Labor Commissioner's Office<br>Attn: Matthew Sirolly<br>320 West 4th Street, Suite 600<br>Los Angeles, CA 90013 | U.S. Trustee<br>United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017 |