Scott F. Gautier (State Bar No. 211742)
*SGautier@RobinsKaplan.com*
Kevin D. Meek (State Bar No. 280562)
*KMeek@RobinsKaplan.com*
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067
Telephone:    310 552 0130
Facsimile:    310 229 5800

*Attorneys for Debtor, Youth Policy Institute, Inc.*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.  2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., a District of Columbia non-profit corporation, | Chapter  7 |
| Debtor. | **DEBTOR'S: (I) SCHEDULES OF ASSETS AND LIABILITIES; AND (II) COMMENTS, RESERVATIONS, LIMITATIONS,  AND DISCLAIMERS WITH RESPECT TO SCHEDULES OF ASSETS AND LIABILITIES** |

On November 5, 2019 (the "Petition Date"), Youth Policy Institute, Inc. (the "Debtor") filed a petition in the United States Bankruptcy Court for the Central District of California (Los Angeles Division) (the "Bankruptcy Court") seeking relief under chapter 7 of the United States Bankruptcy Code.  The Debtor's case is assigned to the Honorable Sheri Bluebond.  Attached is the Debtor's Schedules of Assets and Liabilities ("Schedules") in accordance with section 521 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 1007 and Local Bankruptcy Rule 1007-1.  The following comments, reservations, limitations and disclaimers (collectively, the "Comments") supplement and are incorporated into the attached Schedules.  The Debtor prepared the Schedules with the assistance of the Debtor's professionals.

**Recent New Management Prepared the Schedules**

As a result of questions with respect to transactions and expenses involving the individual

that was formerly the Debtor's the Chief Executive Officer, the Debtor's Board of Directors terminated that person effective on September 23, 2019. The person that served as the Debtor's Chief Financial Officer resigned from the Debtor effective on September 20, 2019. In addition, prior to the former CEO's termination and the former CFO's resignation, serious questions were raised by the Debtor's accountants regarding various financial and other reports that were submitted to some governmental agencies in connection with funds that were previously granted to the Debtor to operate its programs.

After the former CEO was terminated and the former CFO resigned, the Debtor retained a new Interim Chief Executive Officer and a new financial consultant, who took primary responsibility for preparing the Schedules. Consequently, the information provided in the Schedules is based upon the limited experience of those recently employed individuals. In addition, as of the time that the Schedules were prepared, the Debtor's financial reporting system has not been fully integrated, the inputting of transactional data for the current fiscal year is not completed, and cash accounts have not been reconciled for over one year. Therefore, the Schedules are based upon the information and belief of the new management, with limited personal knowledge of much of that information, given the limited amount of time they were employed by the Debtor and the questions that exist with respect to the financial information reported by the Debtor prior to the commencement of its chapter 7 bankruptcy case. This is an important limitation on the information identified in the Schedules.

**Reservation of Rights**

The information in the Schedules is unaudited. The Debtor has sought to ensure that the Schedules are accurate and complete based upon information that was available at the time that the Schedules were prepared. Subsequent information or discovery, however, may result in material changes to one or more of the Schedules. They may contain inadvertent errors, omissions or inaccuracies. Moreover, because the Schedules contain unaudited information, there can be no assurance that the Schedules are wholly accurate and complete. The Debtor reserves the right to amend and/or supplement any and all of its Schedules as it deems necessary or appropriate. In particular, note that the listing of a claim or a contract does not constitute an admission by the

Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to disclaim or dispute such claim or contract as attributable to the Debtor. Any claim or contract may be removed from the Schedules, whether by amending the Schedules or otherwise. Additionally, any claim may be the subject of an objection on any grounds, including the claim has already been satisfied. Any claim that is listed in the Schedules may be disputed or defended on any grounds. All rights of offset and/or setoff may be asserted with respect to any claim reflected on the Schedules. Objections and defenses may include all grounds, including as to amount, liability or classification, and the right to recharacterize, reclassify, recategorize, or redesignate any claim as "disputed," "contingent" and/or "unliquidated," whether by amending the Schedules or otherwise.

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E as "unsecured priority" or (iii) on Schedule F as "unsecured nonpriority," does not constitute a waiver of the right to recharacterize, reclassify, recategorize, or redesignate such claim. Furthermore, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor that such contract or agreement is an executory contract or unexpired lease nor a waiver of the right to recharacterize, reclassify or dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.

Despite its efforts to identify all known assets, the Debtor may not have listed all of its causes of action or claims for relief against entities or potential causes of action or claims for relief against entities as assets in the Schedules, including causes of action or claims for relief arising under the provisions of Chapter 5 of the Bankruptcy Code and any other nonbankruptcy laws to recover assets or avoid transfers. All rights to assert any cause of action or claim for relief (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any cause of action or claim for relief in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable

3

directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither the Comments nor the Schedules shall be deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

Any specific reservation of rights contained elsewhere in the Comments does not limit in any respect the foregoing general reservation of rights.

**Basis of Presentation**

The Schedules reflect financial information for the Debtor only and do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to reconcile fully with any financial statements otherwise prepared and/or distributed by the Debtor.

**Totals**

All totals that are included in the Schedules represent totals of all known amounts included in the Schedules. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to numerous unliquidated, contingent, and/or disputed claims, any summary statistics in the Schedules and Comments may significantly understate the Debtor's liabilities.

**Currency**

Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Fair Market Value; Book Value**

It would be prohibitively expensive, unduly burdensome and an inefficient use of the Debtor's resources for the Debtor to obtain current market valuations of all of its assets. Accordingly, unless otherwise indicated, the Schedules reflect net book values for assets as of the Petition Date as reflected in the Debtor's books and records. Amounts ultimately realized may vary from net book value, and such variance may be material. The asset amounts listed do not include material write-downs that may be necessary. Cash is presented as bank balances as of the Petition

4

Date.

**Property and Equipment**

Nothing in the Schedules (including the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and all of the Debtor's rights are reserved with respect to such issues.

**Estimates**

In some cases, the Debtor made certain estimates and assumptions that affect the reported amounts of assets and liabilities as of the Petition Date. The right to make amendments to the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions is reserved.

**Fiscal Year:**

The Debtor's fiscal year ended on June 30, 2019.

**Claims of Third-Party Related Entities**

Although the Debtor has sought to classify properly each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated and/or contingent or noncontingent, the Debtor may not been able to reconcile fully all payments made to certain third parties and their related entities on account of the Debtor's obligations to both such entity and its affiliates. Therefore, to the extent that the Debtor has classified claims of a creditor as disputed, unliquidated and/or contingent, all claims of such creditor's affiliates listed in the Schedules shall similarly be considered as disputed, unliquidated and/or contingent, whether or not they are designated as such.

**Comments Control**

All of the Debtor's Schedules are subject to and qualified by the Comments. In the event that the Schedules differ from the Comments, the Comments shall control.

1 | DATED: December 3, 2019      **ROBINS KAPLAN LLP**

By: /s/ Kevin D. Meek
       Kevin D. Meek

Attorneys For Debtor, Youth Policy Institute, Inc.

**Fill in this information to identify the case:**

Debtor name: **Youth Policy Institute, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): **2:19-bk-23085-BB**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................................... $ **9,224,637.46**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................................... $ **9,224,637.46**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ **4,481,622.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................... $ **899,741.44**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **6,834,459.22**

4. **Total liabilities** ....................................................................................................................................
   Lines 2 + 3a + 3b    $ **12,215,822.66**