**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Youth Policy Institute, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **2:19-bk-23085-BB** |

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Wells Fargo** | **Business Savings** | 4008 | $0.78 |
| 3.2. | **Wells Fargo** | **Business Checking** | 4905 | $47.43 |
| 3.3. | **Wells Fargo** | **Payroll Checking** | 7145 | $2,466.17 |
| 3.4. | **Citibank** | **CPWM Checking** | 3322 | $1,265.00 |
| 3.5. | **Citibank** | **Checking** | 5858 | $2,943.22 |
| 3.6. | **Citibank** | **Checking** | 5922 | $401.10 |
| 3.7. | **Citibank** | **Checking** | 7439 | $9.82 |

Debtor **Youth Policy Institute, Inc.**
Name

Case number *(If known)* **2:19-bk-23085-BB**

| | | | | | |
|---|---|---|---|---|---|
| 3.8. | **Citibank** | Checking | 6410 | | $38,070.82 |
| 3.9. | **Paypal** | Other Payment-Checking | FJ72 | | $25,470.60 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** $70,674.94
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | | | |
   |---|---|---|
   | 7.1. | **Paramount-HQ office deposit ( 6464 Sunset #650)** | $348,205.00 |
   | 7.2. | **MBD Int. (YPI On Beverly, 2707-11 Beverly Blvd.** | $258,744.53 |
   | 7.3. | **Genesis LA CDE LLC Deposit for 13460 Van Nuys Blvd, Worksource center in temporary site** | $22,600.00 |
   | 7.4. | **San Fernando First Street LLC** | $2,800.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

   | | | |
   |---|---|---|
   | 8.1. | **Kravitz, Inc., Prepayment of 401(k) administration costs** | $18,275.00 |
   | 8.2. | **Pension Assurance LLP, prepayment of 401(k) audit fees.** | $17,100.00 |
   | 8.3. | **T. Rowe Price, prepayment of 401(k) administration costs.** | $10,263.00 |
   | 8.4. | **Barbara Schwartz prepayment of 401(k) admin costs.** | $1,000.00 |

| Debtor | **Youth Policy Institute, Inc.** | Case number *(If known)* **2:19-bk-23085-BB** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.5. | **Vision service Plan (1 month of vision plan pre-payment)** | $6,147.78 |
| 8.6. | **Kaiser Permanaente, 1 month of health insurtance plan pre-payment** | $134,496.40 |

| 9. | **Total of Part 2.** | $819,631.71 |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | **1,552,584.25** | - | **0.00** | = .... | $1,552,584.25 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **1,074,425.96** | - | **0.00** | =.... | $1,074,425.96 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | $2,627,010.21 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| Debtor | **Youth Policy Institute, Inc.** | | Case number *(If known)* **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Various Office Furiniture** | $3,739.74 | N/A | $2,000.00 |
| | **Office Fixtures-Site Improvements** | $485,505.22 | N/A | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Equipment-computers, phones, printers, networking hardware** | $0.00 | N/A | $15,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | | | $17,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No.  Go to Part 9.
    ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Ford Transit Van (VIN#1FTYE2CM7GKA40878** | $15,672.40 | N/A | $15,000.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | | $15,000.00 |

| Debtor | **Youth Policy Institute, Inc.** | Case number *(If known)* **2:19-bk-23085-BB** |
|---|---|---|
| | Name | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Building Improvements for leased space** | | $30,628.00 | N/A | $0.00 |

56. **Total of Part 9.**                                                                                                                        **$0.00**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>ypi.org, expires on 05-11-21, ypiusa.org expires on 12-21-22 | Unknown | N/A | $0.00 |

62. **Licenses, franchises, and royalties**

| Debtor | Youth Policy Institute, Inc. | Case number (If known) | 2:19-bk-23085-BB |
|---|---|---|---|
| | Name | | |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    | **FUTA Overpayment** | Tax year **2017** | $226,695.00 |
    |---|---|---|
    | **FUTA Overpayment** | Tax year **2018** | $53,768.02 |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    | **Dixon Slingerland Demand** | | Unknown |
    |---|---|---|
    | Nature of claim | **Reimbursement of Expenses** | |
    | Amount requested | **$1,770,341.61** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Debtor | **Youth Policy Institute, Inc.** | Case number *(If known)* **2:19-bk-23085-BB** |
|---|---|---|
| | Name | |

| | | |
|---|---|---:|
| | **UNBILLED GRANT-DOE-Promise Neighborhood Grant (July-Oct 2019). Report has not been prepared. Amount may be subject to offset.** | $1,218,675.90 |
| | **UNBILLED GRANT-CDE-21st Century Grant ($4.18M expected early December 2019). Payment to cover 2nd Qtr of grant (October 19 to December 19). As of filing date $680,581.49 of payroll costs incurred in October 2019, amount may be subject to offset.** | $4,176,181.68 |
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | $5,675,320.60 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes