**Fill in this information to identify the case:**

Debtor name __**Youth Policy Institute, Inc.**__

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) __**2:19-bk-23085-BB**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.94 | $423.94 |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address
**ACEVEDO, JACQUELINE**
**819 West Maple Street**
**Compton, CA 90220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$423.94**      Priority amount **$423.94**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6101**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

**2.2**

Priority creditor's name and mailing address
**ACOSTA CARR, MEGAN H.**
**1000 Tiverton Ave.**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$1,446.80**      Priority amount **$1,446.80**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5769**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |
|---|---|---|---|---|

**ACOSTA, ALICIA .**
**14410 TUPPER ST.**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2604**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,498.13 | $2,498.13 |
|---|---|---|---|---|

**ACUNA, ALONDRA**
**1217 GABRIEL GARCIA MARQUEZ**
**ST**
**LOS ANGELES, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5521**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.75 | $148.75 |
|---|---|---|---|---|

**Aguilar, Bryan M.**
**11529 Califa St Apt 5**
**North Hollywodd, CA 91601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6721**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,005.19 | $3,005.19 |
|---|---|---|---|---|

**AGUILAR, MELISSA .**
**4630 LIVE OAK ST**
**CUDAHY, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0540**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,682.52** | **$1,682.52** |

**AGUILAR, RICARDO D.**
**3546 WEST 132nd STREET**
**HAWTHORNE, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5998**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$397.50** | **$397.50** |

**Aguilar, Ulises**
**1190 Rolland Curtis Pl**
**Los Angeles, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6276**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$213.75** | **$213.75** |

**AGUILERA Jr., ANTONIO**
**12972 Vaughn Street**
**San Fernando, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6254**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$303.52** | **$303.52** |

**AGUIRRE, ALEJANDRA**
**12724 Herrick Ave**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6915**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,290.06 | $3,290.06 |

**AGUIRRE, ANA .**
**11803 GAGER ST**
**LAKE VIEW TERRACE, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5470**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,783.00 | $2,783.00 |

**AGUIRRE, JOHN S.**
**11150 GLENOAKS BLVD APT #34**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5569**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,713.31 | $4,713.31 |

**AHUACTZI, VICTORIA .**
**7016 NATICK AVE**
**VAN NUYS, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6170**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,388.20 | $1,388.20 |

**ALBA, SORIE**
**2049 CALLA LA SOMBRA UNIT 1**
**SIMI VALLEY, CA 93063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6760**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $376.72 | $376.72 |
|---|---|---|---|---|

**ALCALA, MARTIN D.**
**13700 KAGEL CANYON ST**
**ARLETA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6699**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $356.25 | $356.25 |
|---|---|---|---|---|

**ALEGRIA BORJAS, MIRNA E.**
**1053 S. NEW HAMPSIRE AVE. APT**
**# 208**
**LOS ANGELES, CA 90006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5912**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $374.85 | $374.85 |
|---|---|---|---|---|

**Alejandro, Ricky**
**714 S New Hampshire Ave Apt 15**
**Los Angeles, CA 90005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5728**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $199.50 | $199.50 |
|---|---|---|---|---|

**ALEMAN, VICTORIA**
**5711 S Hooper ave**
**Los Angeles, CA 90011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6912**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,018.36** | **$2,018.36** |
|---|---|---|---|---|

| 2.19 | Priority creditor's name and mailing address<br>**ALMANZA, YURI Y.**<br>**588 N. SUMMIT AVE APT A**<br>**PASADENA, CA 91103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$2,018.36** | **$2,018.36** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **4193**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address<br>**ALTAMIRANO, TOMMY**<br>**14255 TYLER STREET APT 2016**<br>**SYLMAR, CA 91340** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,861.08** | **$1,861.08** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6442**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address<br>**ALVARADO, ALEJANDRO**<br>**12205 Hillsdale Ave**<br>**Los Angeles, CA 91342** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$285.00** | **$285.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6853**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address<br>**ALVARADO, ANNA .**<br>**12874 SUNBURST ST**<br>**PACOIMA, CA 91331** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,024.93** | **$4,024.93** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6888**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $484.50 | $484.50 |
|---|---|---|---|---|

**ALVARADO, EKYAER .**
**244 1/4/ W 71ST**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **2623**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,581.48 | $1,581.48 |
|---|---|---|---|---|

**ALVARADO, MARILYNN M.**
**4811 Rosewood Ave APT# 6**
**LOS ANGELES, CA 90024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6094**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.50 | $183.50 |
|---|---|---|---|---|

**ALVARADO, MARKO A.**
**15555 NORDHOFF ST APT #6**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **2686**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.00 | $310.00 |
|---|---|---|---|---|

**Alvarez, Edy**
**11763 Glencrest Drive**
**San Fernando, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **5758**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.08 | $254.08 |
|---|---|---|---|---|

**ALVAREZ, ZABDI**
**1000 S COAST DR L202**
**COSTA MESA, CA 92626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6071**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.50 | $331.50 |
|---|---|---|---|---|

**ALVEAR, YANELI Y.**
**2771 San Marino St. Apt#1**
**Los Angeles, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5437**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.46 | $274.46 |
|---|---|---|---|---|

**ALVIRDE, SANDY**
**1417 W. 3rd St Apt #505**
**Los Angeles, CA 90017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6365**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 | $305.00 |
|---|---|---|---|---|

**Amezcua, Jasmin B.**
**12112 Peoria St**
**Sun Valley, CA 91352**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6678**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**2.31** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,143.77** | **$2,143.77**

**ANAYA, VERONICA .**
**1150 N. EVERGREEN ST.**
**BURBANK, CA 91505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2628**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,411.40** | **$3,411.40**

**ANDALON GARCIA, RODOLFO .**
**5135 WOOD AVE**
**SOUTH GATE, CA 90280**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0736**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$68.00** | **$68.00**

**ANDERSON I, KEENAN**
**112 E Buckthorn**
**Inglewood, CA 90301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6258**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$72.45** | **$72.45**

**ANGELES, HAZIEL I.**
**11270 Huston Street Apt. 108**
**North Hollywood, CA 91601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5709**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.80 | $334.80 |

**Anguiano, Marlene R.**
**10825 Telfair Ave**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6339**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.67 | $244.67 |

**ANGUIANO, SABRINA I.**
**10825 Telfair Ave**
**Pacomia, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6873**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.75 | $99.75 |

**ANTILLON, JACQUELINE V.**
**1954 E 87th st**
**Los angeles, CA 90002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6864**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.93 | $216.93 |

**ANTONIO, JUSTEEN .**
**946 S. CARONDELET ST. APT #2**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2324**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.50 | $274.50 |
|---|---|---|---|---|

**ANTUNA, LILIA**
**420 N Evergreen Ave 221**
**Los Angeles, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6860**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.88 | $448.88 |
|---|---|---|---|---|

**ANTUNA, MELISSA**
**15044 BECKNER ST**
**LA PUENTE, CA 91744-3738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6825**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.80 | $195.80 |
|---|---|---|---|---|

**ANZALDO, ESMERALDA B.**
**14000 Daventry St**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6008**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,351.14 | $1,351.14 |
|---|---|---|---|---|

**APARICIO, ALEJANDRA .**
**13200 MERCER STREET**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **3535**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,714.25** | **$3,714.25** |
|---|---|---|---|---|

**AQUINO, CARLOS .**
**3546 East 2nd Street**
**Los Angeles, CA 90063**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6684**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$438.91** | **$438.91** |
|---|---|---|---|---|

**ARANDA, LUIS .**
**1031 S. KINGSLEY DR. APT #2**
**LOS ANGELES, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3946**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,855.60** | **$1,855.60** |
|---|---|---|---|---|

**ARANGO, EDWIN A.**
**727 SOUTH SERRANO AVENUE**
**APT #17**
**LOS ANGELES, CA 90005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6179**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,392.88** | **$2,392.88** |
|---|---|---|---|---|

**ARANGO-REYES, DORIS .**
**1440 E. 59TH PL**
**LOS ANGELES, CA 90001**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6506**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.36 | $256.36 |
|---|---|---|---|---|

**ARAUJO, SEBASTIAN**
**7706 Eton Avenue**
**Canoga Park, CA 91304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5866**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.59 | $311.59 |
|---|---|---|---|---|

**ARCHILA, SELWYN .**
**10193 MOREHART AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3585**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.75 | $224.75 |
|---|---|---|---|---|

**ARECHIGA, BRIAN**
**6821 Otis Ave**
**Bell, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6876**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,842.68 | $3,842.68 |
|---|---|---|---|---|

**ARIAS, NANCY .**
**3757 PUEBLO AVE**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5805**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.12 | $178.12 |
|---|---|---|---|---|

**Armenta, Steven R.**
**8416 Luxor Street**
**Downey, CA 90241**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6022**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,390.96 | $3,390.96 |
|---|---|---|---|---|

**ARNOLD, ANGELICA**
**1635 N. MARTEL AVE. APT 304**
**LOS ANGELES, CA 90046**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5279**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.70 | $392.70 |
|---|---|---|---|---|

**ARREOLA, MELISSA**
**3338 SEYMOUR ST**
**LOS ANGELES, CA 90065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4375**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.37 | $196.37 |
|---|---|---|---|---|

**ARRIAGA, MIGUEL .**
**420 S SOTO ST**
**LOS ANGELES, CA 90033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0744**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor **Youth Policy Institute, Inc.**                                     Case number (if known) **2:19-bk-23085-BB**
_____
Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $861.76 | $861.76 |
|------|---|---|---|---|

**ARRIOLA, LESLIE .**
**335 W. 90TH STREET**
**LOS ANGELES, CA 90003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4141**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | | $240.25 | $240.25 |

**ARROYO, ARLENE A.**
**4555 Michigan Ave**
**Los Angeles, CA 90022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6798**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | | $369.60 | $369.60 |

**ARTHUR, ANDREW W.**
**3842 PROSPECT AVENUE #6**
**CULVER CITY, CA 90232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6441**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | | $338.30 | $338.30 |

**AUSTIN, JAMERE**
**11755 Hunnewell Ave**
**Sylmar, CA 91342-6057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6858**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.00 | $442.00 |
|---|---|---|---|---|

**AVALOS, DOMINIQUE .**
**12902 CORRENTI ST**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2784**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.06 | $232.06 |
|---|---|---|---|---|

**AVALOS, JOSEPH J.**
**9505 Sylmar Ave #3**
**Pacoima, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5326**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.87 | $290.87 |
|---|---|---|---|---|

**AVILA, BERNADETTE**
**7228 Jamieson Ave**
**Reseda, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5195**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,880.97 | $1,880.97 |
|---|---|---|---|---|

**AVILA, ILIANA**
**3745 MERCURY AVENUE**
**LOS ANGELES, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5321**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $940.78 | $940.78 |
|---|---|---|---|---|

**AVILES, ALMA .**
**2615 CALIFORNIA ST**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2734**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,937.57 | $1,937.57 |
|---|---|---|---|---|

**AVINA LOPEZ, JULIO .**
**19549 DELIGHT ST**
**CANYON COUNTRY, CA 91351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0938**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,459.44 | $1,459.44 |
|---|---|---|---|---|

**AVINA, JESSICA .**
**19549 DELIGHT ST**
**CANYON COUNTRY, CA 91351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1277**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $725.32 | $725.32 |
|---|---|---|---|---|

**AYALA, JOCELYN C.**
**11150 Glenoaks #61**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5026**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,155.48 | $2,155.48 |
|---|---|---|---|---|

**AYALA, STEPHANIE .**
**225 N AVE 25 APT #222**
**LOS ANGELES, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6126**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
|---|---|---|---|---|

**Bailey, LaWanda M.**
**9725 Ramona St #6**
**Bellflower, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6316**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**BALTAZAR CORDOVA, ILIANA .**
**12109 MCKINLEY AVE**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2729**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.25 | $302.25 |
|---|---|---|---|---|

**Banos, Nathalie**
**10340 Virginia Ave**
**South Gate, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6755**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.99 | $228.99 |
|---|---|---|---|---|

**BANUELOS, BREANNA .**
**16321 CHASE STREET**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4120**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.18 | $319.18 |
|---|---|---|---|---|

**BANUELOS, CINDY .**
**37921 50TH ST. EAST**
**PALMDALE, CA 93552**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3825**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,600.00 | $5,600.00 |
|---|---|---|---|---|

**BARAJAS, ANTHONY .**
**905 SAN FERNANDO ROAD APT**
**#6**
**SAN FERNANDO, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6806**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.33 | $211.33 |
|---|---|---|---|---|

**BARAJAS, EMILIO M.**
**13368 Pierce St.**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6351**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$288.40** | **$288.40** |
|---|---|---|---|---|
| | **BARBA, LILIANA .**<br>**10524 WOODMAN AVE.**<br>**MISSION HILLS, CA 91345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3920**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$216.51** | **$216.51** |
|---|---|---|---|---|
| | **BARBA, ROBERT**<br>**4302 Amistad Ave**<br>**Pico Rivera, CA 90660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5249**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$289.45** | **$289.45** |
|---|---|---|---|---|
| | **BARRAGAN, LUCIE F.**<br>**14200 Polk St Unit 17**<br>**Sylmar, CA 91342** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5526**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$181.69** | **$181.69** |
|---|---|---|---|---|
| | **BARRANCA, EDUARDO**<br>**2001 E El Segundo Blvd Apt 7**<br>**Compton, CA 90222** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6913**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.79** | Priority creditor's name and mailing address

**BARRIOS, DAISY N.**
**1649 S Catalina St**
**Los Angeles, CA 90006**

As of the petition filing date, the claim is: $375.00    $375.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6770**

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address

**BARRIOS, JENNIFER .**
**5940 WILLOWCREST AVE. APT #**
**C**
**NORTH HOLLYWOOD, CA 91601**

As of the petition filing date, the claim is: $3,619.56    $3,619.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3325**

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address

**Barrios, Leslie J.**
**1722 w 20th st. apt #5**
**Los angeles, CA 90007**

As of the petition filing date, the claim is: $211.47    $211.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6052**

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address

**BATERINA, MIRRIAM**
**8700 ADRIANA STREET**
**SPRING VALLEY, CA 91977**

As of the petition filing date, the claim is: $1,376.62    $1,376.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5828**

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,569.18 | $2,569.18 |
|---|---|---|---|---|

**BAUDOT, BRADLEY**
**1101 Westerly Terrace APT 3**
**LOS ANGELES, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5587**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,672.35 | $6,672.35 |
|---|---|---|---|---|

**BECERRA, ANNA .**
**23536 SUMMERGLEN PLACE**
**VALENCIA, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0014**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.55 | $188.55 |
|---|---|---|---|---|

**BECERRA, FIDELIA D.**
**12751 FILMORE ST**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4365**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,368.00 | $1,368.00 |
|---|---|---|---|---|

**BELTRAN, JENNIFER A.**
**14708 REX STREET**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5237**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.75 | $327.75 |
|---|---|---|---|---|

**BENAVIDES, VANESSA**
**12218 Crest Ave**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6195**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,278.07 | $3,278.07 |
|---|---|---|---|---|

**BERG, JULIANNE J.**
**1320 N. SYCAMORE AVE APT 310**
**LOS ANGELES, CA 90028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5447**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.00 | $405.00 |
|---|---|---|---|---|

**BERRIOS, CHRISTIAN .**
**3504 11TH AVE.**
**LOS ANGELES, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2258**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.19 | $210.19 |
|---|---|---|---|---|

**BIN, MICHAEL**
**1058 E. ANGELENO AVE**
**BURBANK, CA 91505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6527**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.19 | $210.19 |
|---|---|---|---|---|

**Binder, Hannah**
**2359 Riverdale Ave**
**Los Angeles, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6307**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**BOLANOS, SANTIAGO**
**13751 Hubbard St Apt 106**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6325**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.94 | $163.94 |
|---|---|---|---|---|

**BORRAS, IRENE**
**8788 Ranchito ave**
**Panorama City, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6865**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.00 | $244.00 |
|---|---|---|---|---|

**Botero, Carlos F.**
**333 Alexander St**
**San Fernando, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5760**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.00 | $341.00 |
|---|---|---|---|---|

**BRAVO ROSALES, ELIZABETH**
**815 S. Bonnie Brae St Apt 204**
**Los Angeles, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6761**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.44 | $337.44 |
|---|---|---|---|---|

**BRAVO, MICHELLE**
**1605 1/2 E 62nd St**
**Los Angeles, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6107**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,445.83 | $2,445.83 |
|---|---|---|---|---|

**BRAZIER, NAKIA .**
**3317 WILTON ST. APT #1**
**LONG BEACH, CA 90804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2534**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.10 | $305.10 |
|---|---|---|---|---|

**BRITO, JENNIFER .**
**P.O. BOX 921571**
**SYLMAR, CA 91392**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0605**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $156.75 | $156.75 |
|---|---|---|---|---|
| | **BROWN, DEON J.**<br>**16317 Devonshire**<br>**Granada Hills, CA 91344** | | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **2033** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $129.68 | $129.68 |
|---|---|---|---|---|
| | **BROWN, DONTE .**<br>**16317 DEVONSHIRE ST**<br>**GRANADA HILLS, CA 91344** | | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **3100** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $425.00 | $425.00 |
|---|---|---|---|---|
| | **Buchanan, Roy W.**<br>**1426 1/2 W. 83rd St.**<br>**Los Angeles, CA 90047** | | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **5772** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,020.19 | $2,020.19 |
|---|---|---|---|---|
| | **BULACLAC, CAMILLE**<br>**100 SOUTH ALTADENA DRIVE**<br>**APT 9**<br>**PASADENA, CA 91107** | | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6165** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,750.10 | $1,750.10 |

**BURTON, ARIEL N.**
**1335 N. DETROIT ST APT 102**
**LOS ANGELES, CA 90046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4407**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,507.35 | $1,507.35 |

**BUSTAMANTE, CHRISTOPHER**
**8063 ORANGE STREET**
**DOWNEY, CA 90242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6348**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.50 | $201.50 |

**CAAL GARCIA, KIMBERLY C.**
**4159 Gilman Rd**
**El Monte, CA 91732**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6878**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,669.74 | $2,669.74 |

**CABANAS, BRIAN E.**
**2854 ONRADO STREET**
**TORRANCE, CA 90503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6395**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.90 | $306.90 |
|---|---|---|---|---|

**CABRAL, IRVING .**
**1184 E. LEXINGTON STREET**
**PASADENA, CA 91104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3186**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,350.80 | $2,350.80 |
|---|---|---|---|---|

**CABRERA, MARIANO**
**433 N BRAND BLVD**
**SAN FERNANDO, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5780**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.75 | $271.75 |
|---|---|---|---|---|

**CALDERON, ELIZABETH**
**217 1/2 E 28 St.**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6327**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.00 | $357.00 |
|---|---|---|---|---|

**CALDERON, IVONNE .**
**348 W. Chevy Chase Dr.**
**Glendale, CA 91204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3166**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,723.68 | $1,723.68 |
|---|---|---|---|---|

**CALDERON, STEPHANIE**
**1324 1/2 S Spruce**
**Montebello, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5116**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,725.56 | $1,725.56 |
|---|---|---|---|---|

**CALDERON, STEPHANIE J.**
**6806 BRYNHURST AVENUE**
**LOS ANGELES, CA 90043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6722**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.74 | $275.74 |
|---|---|---|---|---|

**CALIXTO, STEPHANIE M.**
**1833 W.39th St.**
**Los Angeles, CA 90062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5810**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $897.56 | $897.56 |
|---|---|---|---|---|

**CALVILLO, MARIA**
**3303 Marine Ave. #5**
**Gardena, CA 90249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5973**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.50 | $142.50 |
|---|---|---|---|---|

**CAMACHO, AIMEE**
**838 S SYCAMORE AVE**
**LOS ANGELES, CA 90036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6639**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.25 | $242.25 |
|---|---|---|---|---|

**CAMACHO, BIANCA**
**8443 LANGDON AVE APT 14**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5898**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.50 | $230.50 |
|---|---|---|---|---|

**CAMACHO, CYNTHIA J.**
**12734 Rajah St**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5407**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,040.81 | $2,040.81 |
|---|---|---|---|---|

**CAMARILLO MENDOZA, STACY .**
**2940 INDIANA AVENUE**
**SOUTH GATE, CA 90820**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4295**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor  **Youth Policy Institute, Inc.**

Name

Case number (if known)    **2:19-bk-23085-BB**

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.90 | $170.90 |
|---|---|---|---|---|

**CAMPBELL, DYLAN J.**
**8912 HAZELTINE AVE**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **8538**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.56 | $288.56 |
|---|---|---|---|---|

**Canales Jr., Francisco J.**
**6441 Seville Ave Apt H**
**Huntington park, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6401**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $815.40 | $815.40 |
|---|---|---|---|---|

**CANO, GESSELLE**
**8139 COLDWATER CANYON AVE**
**NORTH HOLLYWOOD, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6349**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.75 | $471.75 |
|---|---|---|---|---|

**CANTON, ALLISON**
**15833 Ocean Ave**
**Whittier, CA 90604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6725**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.50 | $170.50 |
|---|---|---|---|---|

**CANTORAN, MONICA**
**10414 Morning Ave**
**Downey, CA 90241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6810**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.00 | $200.00 |
|---|---|---|---|---|

**CAPRETTA, NICHOLAS**
**1420 N. ALTA VISTA BLVD APT #**
**208**
**LOS ANGELES, CA 90046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4683**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,325.00 | $8,325.00 |
|---|---|---|---|---|

**CARBAJO, LUIS .**
**13890 SAYRE ST APT #120**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0146**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.80 | $195.80 |
|---|---|---|---|---|

**CARDENAS, JOCELYN**
**11150 Glenoaks Blvd Unit 138**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6460**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.14 | $245.14 |
|---|---|---|---|---|

**CARDENAS, NANCY .**
**671 GRISWOLD AVE**
**SAN FERNANDO, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3776**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $217.50 | $217.50 |
|---|---|---|---|---|

**Carianga, Ariejoyce S.**
**1153 South Kenmore Ave**
**Apartment 03**
**Los Angeles, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6758**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.56 | $402.56 |
|---|---|---|---|---|

**CARLOS MONTANO, ZULEMA A.**
**13074 Weidner St.**
**Pacoima, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6253**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,577.50 | $1,577.50 |
|---|---|---|---|---|

**CARRANZA, KAREN**
**8735 MURRIETTA AVE**
**PANORAMA CITY, CA 91402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6793**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
| | **CASTANEDA, ALEJANDRA** | *Check all that apply.* | | |
| | **3840 SERVICE STREET** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90063** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred **10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **4330** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.30 | $261.30 |
| | **CASTANEDA, MARIANA** | *Check all that apply.* | | |
| | **1920 LUCAS STREET UNIT 5** | ☐ Contingent | | |
| | **SAN FERNANDO, CA 91340** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred **10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **5925** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,283.06 | $2,283.06 |
| | **CASTANEDA, YESSICA** | *Check all that apply.* | | |
| | **8201 NOBLE AVENUE** | ☐ Contingent | | |
| | **PANORAMA CITY, CA 91402** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred **10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **5659** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |
| | **CASTELLANOS, JULISSA .** | *Check all that apply.* | | |
| | **12866 Van Nuys Blvd** | ☐ Contingent | | |
| | **Pacoima, CA 91331** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred **10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **0787** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,127.98** | **$1,127.98** |
|---|---|---|---|---|

**CASTILLO, JAMIE D.**
**7616 KRAFT AVE**
**NORTH HOLLYWOOD, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5253**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$262.50** | **$262.50** |
|---|---|---|---|---|

**Castillo, Natalie G.**
**9250 Sepulveda Blvd Apt 112**
**North Hills, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5759**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,543.14** | **$4,543.14** |
|---|---|---|---|---|

**CASTRO-MONZON, CANDY .**
**10175 ELKWOOD ST**
**SUN VALLEY, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6968**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,592.28** | **$1,592.28** |
|---|---|---|---|---|

**CEA, MATHEU R.**
**402 S GARFIELD AVE UNIT 20**
**ALHAMBRA, CA 91801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5657**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.25 | $356.25 |
|---|---|---|---|---|

**CEJA Jr., ALEJANDRO**
**13681 Carl st.**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6290**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $422.11 | $422.11 |
|---|---|---|---|---|

**CERDA, VANESSA**
**9214 San Luis Ave #A**
**South Gate, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5935**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.90 | $408.90 |
|---|---|---|---|---|

**CERVANTES, MOISES**
**2819 West Main Street**
**Alhambra, CA 91801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5368**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|

**CETZ Tamayo, RAQUEL S.**
**670 Shatto Pl. Apt. #308**
**Los Angeles, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6842**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**CHAIDEZ, DAISY E.**
**7933 Lurline Ave.**
**Winnetka, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6030**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**CHAVEZ Jr., ELADIO**
**4983 La Calandria Way**
**Los Angeles, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6412**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.12 | $181.12 |
|---|---|---|---|---|

**CHAVEZ, JONATHAN .**
**129 W 43RD ST**
**LOS ANGELES, CA 90037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1179**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.50 | $598.50 |
|---|---|---|---|---|

**CHAVEZ, KIMBERLY**
**4713 GRAPE ST**
**PICO RIVERA, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6711**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.52 | $156.52 |
|---|---|---|---|---|

**CHAVEZ, LUIS .**
**10422 S TRURO AVE**
**INGLEWOOD, CA 90304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0740**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.25 | $371.25 |
|---|---|---|---|---|

**CHAVEZ, MICHAEL**
**320 W. 67 St.**
**Los Angeles, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5978**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.55 | $392.55 |
|---|---|---|---|---|

**CHAVEZ, SANDRA .**
**8148 SAINT CLAIR AVE**
**NORTH HOLLYWOOD, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3832**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,262.29 | $3,262.29 |
|---|---|---|---|---|

**CHAVIRA, PEDRO .**
**3064 ISABEL DRIVE**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0488**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.06 | $317.06 |
|---|---|---|---|---|

**COLEOTE REYES, LUIS F.**
**1162 E 56th St**
**Los Angeles, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6152**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.50 | $382.50 |
|---|---|---|---|---|

**Colorado, Julie C.**
**8112 JACKSON ST**
**PARAMOUNT, CA 90723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6154**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 | $117.00 |
|---|---|---|---|---|

**Conde, Esmeralda .**
**2892 W 14th Street**
**Los Angeles, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3531**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,341.60 | $2,341.60 |
|---|---|---|---|---|

**COOPER, CYRILLE .**
**524 HYDE PARK PLACE APT #1**
**INGLEWOOD, CA 90302**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0712**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,290.68 | $3,290.68 |

**COREAS, BRYAN**
**16352 GLENHOPE DR.**
**LA PUENTE, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5256**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.05 | $323.05 |

**CORNEJO-LOPEZ, JACQUELINE**
**G.**
**157 S. Catalina St.**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6060**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |

**CORTES, STEPHANIE**
**8363 Willis Ave. #15**
**Panorama City, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5248**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.75 | $271.75 |

**Cortes-Bello, Rubyth**
**219 E. 28th St.**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6795**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.12 | $307.12 |
|---|---|---|---|---|

**Cortez, Beckylee**
**11529 Aeolian Street**
**Whittier, CA 90606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6903**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |
|---|---|---|---|---|

**COYT, ALIANNA M.**
**13918 Vaughn St.**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6137**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.31 | $274.31 |
|---|---|---|---|---|

**CRISANTE, MELANIE**
**1102 W 97th st apt 5**
**Los Angeles, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6403**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.75 | $213.75 |
|---|---|---|---|---|

**CRISOSTOMO-ROMO, HUGO .**
**5901 MERIDIAN STREET**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3888**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $510.00 |
|---|---|---|---|---|

**CRUZ ALVARADO, JUDITH .**
**174 E 46TH STREET**
**LOS ANGELES, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3744**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.84 | $289.84 |
|---|---|---|---|---|

**Cruz Bautista, Melina**
**1412 W 10th PL Apt #1**
**Los Angeles, CA 90015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6715**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Cruz Montes, Marlene J.**
**426 17th st Ste 100**
**Oakland, CA 94612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6439**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.50 | $256.50 |
|---|---|---|---|---|

**CRUZ, JACQUELINE**
**2603 Monte Carlo Dr**
**Santa ana, CA 92706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5964**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.00 | $413.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**CRUZ, JESSICA .**
**P.O. Box 31243**
**LOS ANGELES, CA 90031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$413.00**    **$413.00**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3481**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.168 | Priority creditor's name and mailing address |

Priority creditor's name and mailing address
**CRUZ, NAYELI .**
**458 S. HARTFORD AVE APT #210**
**LOS ANGELES, CA 90017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,107.56**    **$2,107.56**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2577**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.169 | Priority creditor's name and mailing address |

Priority creditor's name and mailing address
**Cruz, Oscar G.**
**4729 Mascot St**
**Los Angeles, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**$99.75**    **$99.75**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5655**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.170 | Priority creditor's name and mailing address |

Priority creditor's name and mailing address
**CRUZ, WALTER .**
**552 1/4/ N. KINGSLEY DR.**
**LOS ANGELES, CA 90004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,145.48**    **$2,145.48**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3658**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.65 | $262.65 |
|---|---|---|---|---|

**CUEVAS Jr., FRANCISCO J.**
**742 E 43rd st**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5301**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.00 | $285.00 |
|---|---|---|---|---|

**Culley, Jeffery P.**
**3301 Griffin Ave., apt. 1**
**Los Angeles, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5789**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.41 | $305.41 |
|---|---|---|---|---|

**CURUP, ABEL .**
**4416 SINOVA ST.**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2727**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.75 | $156.75 |
|---|---|---|---|---|

**DAMIAN CARDENAS DE**
**TRUJILLO, CECILIA**
**730 S Lyon st #449**
**Santa ana, CA 92705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5404**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**DAMIAN, ARIANA**
**879 W Vernon Ave**
**Los Angeles, CA 90037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6228**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.38 | $135.38 |
|---|---|---|---|---|

**DAVILA, MARIA**
**10305 Buford Ave Apt 1**
**INGLEWOOD, CA 90304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5887**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.24 | $248.24 |
|---|---|---|---|---|

**DAVIS, ADAM G.**
**1152 w 55th st**
**Los Angeles, CA 90037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5434**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,539.20 | $1,539.20 |
|---|---|---|---|---|

**DAWIT, DELINA**
**1516 W 110Th St**
**Los Angeles, CA 90047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4882**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.50 | $67.50 |
|---|---|---|---|---|

**DE ANDA, LYNDA .**
**334 N. ATLANTIC BLVD. #108**
**ALHAMBRA, CA 91801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6379**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.50 | $399.50 |
|---|---|---|---|---|

**De La Cruz, Tiffany D.**
**14690 Nordhoff Street Apt 305**
**Panorama City, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6035**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**DE LA FUENTE, ESTER .**
**6304 FAIR AVE**
**NORTH HOLLYWOOD, CA 91606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9095**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $600.00 | $600.00 |
|---|---|---|---|---|

**DE LA LUZ, CYNTHIA**
**6528 Otis Ave Apt B**
**Bell, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6246**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.50 | $170.50 |
|---|---|---|---|---|

**De Los Santos, Vanelly**
**6959 Murietta Ave.**
**Van Nuys, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5736**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,370.88 | $3,370.88 |
|---|---|---|---|---|

**DE VALENTIM MEIRA, VITORIA**
**444 N. Euclid Ave. Apt 22**
**Pasadena, CA 91101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5210**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,238.78 | $1,238.78 |
|---|---|---|---|---|

**DEJOYA, CHARLOTTE L.**
**4209 GARDEN HOMES AVENUE**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6205**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,924.00 | $1,924.00 |
|---|---|---|---|---|

**DEL CID, LILIANA .**
**12348 N VILLAR WAY**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **8675**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,575.56** | **$2,575.56** |
|---|---|---|---|---|

**DELEON, VANESSA .**
**11732 1/2 LAKEWOOD BLVD**
**DOWNEY, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0995**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$247.35** | **$247.35** |
|---|---|---|---|---|

**DELGADILLO, BRYANT**
**1500 S Grand Ave Apt 401**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6090**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,726.03** | **$3,726.03** |
|---|---|---|---|---|

**DELGADO, BENJAMIN .**
**848 N ALEXANDER ST**
**SAN FERNANDO, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5049**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,234.50** | **$3,234.50** |
|---|---|---|---|---|

**DELGADO, FLORENCIA .**
**14360 PARTHENIA ST**
**PANORAMA CITY, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0646**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,614.40 | $4,614.40 |
|---|---|---|---|---|

**DIAMOND, LARRY .**
**6825 ANDASOL AVENUE**
**VAN NUYS, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3203**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 | $150.00 |
|---|---|---|---|---|

**Diaz, Evilet**
**1131 Elden Ave Apt. 108**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5662**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,602.40 | $2,602.40 |
|---|---|---|---|---|

**DIAZ, JASMIN .**
**813 BOYLSTON STREET**
**PASADENA, CA 91104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4269**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.75 | $348.75 |
|---|---|---|---|---|

**DIAZ, MAIRANY G.**
**210 E. 64TH STREET**
**LOS ANGELES, CA 90003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5971**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.75 | $363.75 |
|---|---|---|---|---|

**DIAZ, MELISSA**
**645 1/2 E. 48TH ST**
**LOS ANGELES, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4750**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $576.00 |
|---|---|---|---|---|

**DIAZ-DOMINGUEZ, ROSE .**
**11126 KESWICK ST.**
**SUN VALLEY, CA 91352**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2493**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,709.19 | $11,709.19 |
|---|---|---|---|---|

**DINEROS, RUTHLYNN .**
**426 MANZANITA AVE**
**SIERRA MADRE, CA 91204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1405**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,665.74 | $1,665.74 |
|---|---|---|---|---|

**DOE, ASHLEY**
**133 PARK AVE APT 118**
**SAN FERNANDO, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4346**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.32 | $136.32 |
|---|---|---|---|---|

**DOMINGUEZ, OLIVER .**
**13322 JUDD STREET**
**PACOIMA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4203**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.50 | $202.50 |
|---|---|---|---|---|

**Douma, Rawda H.**
**3317 West 118th Pl Apt 308**
**Inglewood, CA 90303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6392**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.38 | $78.38 |
|---|---|---|---|---|

**DUARTE HERRERA, JOSE M.**
**1308 S. WESTLAKE AVENUE APT**
**# 1/4**
**LOS ANGELEZ, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5869**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.50 | $91.50 |
|---|---|---|---|---|

**DUARTE RODRIGUEZ, LETICIA**
**13031 1/2 CARL ST APT 379**
**PACOIMA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6774**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $342.00 | $342.00 |
|---|---|---|---|---|

**Duarte, Daniela**
**9334 Sunland Park Dr Apt 103**
**Sun Valley, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6304**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.59 | $248.59 |
|---|---|---|---|---|

**DUENAS, JIRO F.**
**1371 EAST 48th STREET**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5618**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,424.81 | $4,424.81 |
|---|---|---|---|---|

**DUNLAP, AMANDA .**
**4407 AVOCADO ST**
**LOS ANGELES, CA 90027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5248**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.35 | $100.35 |
|---|---|---|---|---|

**DURAN VALERIO, ISMAEL A.**
**804 N Avenue 50 Apt 2**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4789**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.207** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $277.88 | $277.88

**DURAN, STEPHANIE**
**14366 Germain St**
**Mission Hills, CA 91345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6235**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.208** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.25 | $71.25

**EDWARDS, SAMONE**
**11333 MONA BLVD APY 288**
**LOS ANGELES, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6664**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.209** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,150.00 | $2,150.00

**ELIZARRARAS-HUERTA, SARETH**
**3438 GLENALBYN DRIVE**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6038**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.210** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.62 | $251.62

**ELLORIN III, ANTONIO**
**12420 SUNRISE RIDGE ROAD**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5913**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,072.40** | **$2,072.40** |
|---|---|---|---|---|

**EMELLE, MICHELLE B.**
**5157 OBAMA BLVD**
**LOS ANGELES, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6525**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$242.25** | **$242.25** |
|---|---|---|---|---|

**ESCOBAR, KEYLA Z.**
**15067 Astoria St**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5970**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,715.80** | **$1,715.80** |
|---|---|---|---|---|

**ESCOBAR, LYDIA**
**11020 HESBY STREET APT 107**
**NORTH HOLLYWOOD, CA 91601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5349**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,667.82** | **$1,667.82** |
|---|---|---|---|---|

**ESCOBEDO Jr., JESUS A.**
**1833 MADISON AVENUE**
**PASADENA, CA 91104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6213**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**2.215** | Priority creditor's name and mailing address

**ESCOTO, LESLIE B.**
**13241 Paxton St. Apt.3**
**Pacoima, CA 91331**

As of the petition filing date, the claim is:          $238.83          $238.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5865**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.216** | Priority creditor's name and mailing address

**ESPINAL, NATALIE**
**8640 hillrose st Apt b6**
**Sunland, CA 91040**

As of the petition filing date, the claim is:          $237.55          $237.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6904**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.217** | Priority creditor's name and mailing address

**ESQUIVEL, LAURA E.**
**4046 W 130TH ST**
**HAWTHORNE, CA 90250**

As of the petition filing date, the claim is:          $261.32          $261.32
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5362**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.218** | Priority creditor's name and mailing address

**ESTEVEZ, ALMA R.**
**1001 LORD STREET**
**LOS ANGELES, CA 90033**

As of the petition filing date, the claim is:          $4,567.93          $4,567.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6170**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,825.89 | $1,825.89 |
|---|---|---|---|---|

**ESTRADA, DIANE**
**27924 LASSEN ST**
**CASTAIC, CA 91384**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,825.89    $1,825.89

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6647**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address |

**ESTRADA, JOSE**
**21225 SATICOY STREET APT # 4**
**CANOGA PARK, CA 91304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$310.00    $310.00

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5091**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address |

**FADEL, ASHRAKAT**
**6219 Reseda Blvd Apt#25**
**Tarzana, CA 91335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$229.15    $229.15

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5547**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address |

**FAVELA, CECILIA L.**
**26713 N Isabella Parkway Unit 204**
**Santa clarita, CA 91351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,780.40    $1,780.40

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1080**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.56 | $231.56 |
|---|---|---|---|---|
| | **FAVELA, MIGUEL J.** | Check all that apply. | | |
| | **13237 Klein court** | ☐ Contingent | | |
| | **Sylmar, CA 91342** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred **10/25/2019** | Basis for the claim: |
|---|---|

| Last 4 digits of account number **6836** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,632.82 | $5,632.82 |
|---|---|---|---|---|
| | **FAVELA-BARRERAS, KARINA .** | Check all that apply. | | |
| | **2121 N. EASTERN AVE** | ☐ Contingent | | |
| | **LOS ANGELES, CA 90032** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred **10/25/2019** | Basis for the claim: |
|---|---|

| Last 4 digits of account number **0226** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,667.93 | $2,667.93 |
|---|---|---|---|---|
| | **FERNANDEZ, CHRISTOPHER .** | Check all that apply. | | |
| | **12026 MAGNOLIA BLVD APT #6** | ☐ Contingent | | |
| | **VALLEY VILLAGE, CA 91607** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| Date or dates debt was incurred **10/25/2019** | Basis for the claim: |
|---|---|

| Last 4 digits of account number **0453** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|
| | **FLETCHER, MICHAEL A.** | Check all that apply. | | |
| | **2421 Foothill Blvd 25C** | ☐ Contingent | | |
| | **La Verne, CA 91750** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred **10/25/2019** | Basis for the claim: |
|---|---|

| Last 4 digits of account number **5996** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes |

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.48 | $427.48 |

**FLOOD, PAUL E.**
**2750 Guirado Street**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6762**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,416.72 | $2,416.72 |

**FLORES BUSSO, DANIELA J.**
**2935 EAST 60TH PLACE UNIT #E**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5245**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $274.50 | $274.50 |

**FLORES Jr., ARMANDO A.**
**369 S Columbia Ave Apt 135**
**Los Angeles, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6794**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $253.69 | $253.69 |

**FLORES, BRANDON .**
**2929 W. 14TH STREET**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4082**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $102.00 | $102.00 |
|---|---|---|---|---|

**FLORES, CIDERIO .**
**300 N TOWNSEND AVE**
**LOS ANGELES, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1407**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15.48 | $15.48 |
|---|---|---|---|---|

**FLORES, DAVID M.**
**6455 CLYBOURN AVE**
**NORTH HOLLYWOOD, CA 91606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5412**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $205.63 | $205.63 |
|---|---|---|---|---|

**FLORES, DENISE**
**14847 Chatsworth Drive**
**Mission hills, CA 91344**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6824**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $231.56 | $231.56 |
|---|---|---|---|---|

**FLORES, EVA M.**
**13190 BROMONT AVE APT 102**
**SYLMAR, CA 91342**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6862**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

☑ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,709.28 | $1,709.28 |
|---|---|---|---|---|

**FLORES, GUADALUPE**
**169 NORTH ALLEN  AVENUE UNIT 1**
**PASADENA, CA 91106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6645**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.86 | $319.86 |
|---|---|---|---|---|

**FLORES, JAZMIN**
**7357 Denny Ave.**
**Sun Valley, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5159**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $425.00 |
|---|---|---|---|---|

**FLORES, JOCELYN .**
**12300 OSBORN PL APT #208**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **7420**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.51 | $216.51 |
|---|---|---|---|---|

**FLORES, JUAN .**
**1035S BONNIE BRAE ST**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1362**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.239** | Priority creditor's name and mailing address

**FLORES, MARIA .**
**156 W GAGE AVE APT #2**
**LOS ANGELES, CA 90003**

As of the petition filing date, the claim is:      **$427.50**    **$427.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9793**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.240** | Priority creditor's name and mailing address

**FLORES, TANIA .**
**8005 S. WADSWORTH AVE**
**LOS ANGELES, CA 90001**

As of the petition filing date, the claim is:      **$1,465.40**    **$1,465.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2781**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.241** | Priority creditor's name and mailing address

**FLOREZ, LUISA F.**
**6651 BAKMAN AVE APT 3**
**NORTH HOLLYWOOD, CA 91606**

As of the petition filing date, the claim is:      **$1,083.52**    **$1,083.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6391**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.242** | Priority creditor's name and mailing address

**FOSTER, TORRIANNA**
**16211 PARKSIDE LANE APT 164**
**HUNTINGTON BEACH, CA 92647**

As of the petition filing date, the claim is:      **$787.84**    **$787.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6887**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.243 | Priority creditor's name and mailing address<br>**FREGOSO, JESSICA .**<br>**14017 BEAVER STREET**<br>**SYLMAR, CA 91342** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$1,312.74** | **$1,312.74** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **3800** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | ■ No<br>☐ Yes | | |

| 2.244 | Priority creditor's name and mailing address<br>**FUKUNAGA, HEATHER .**<br>**229 VIA DE AMO**<br>**FALLBROOK, CA 92028** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,995.98** | **$4,995.98** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **8070** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | ■ No<br>☐ Yes | | |

| 2.245 | Priority creditor's name and mailing address<br>**GAITAN, ANGELICA**<br>**1920 N MARIANNA AVE APT 309**<br>**309**<br>**Los Angeles, CA 90032** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$428.40** | **$428.40** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6004** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | ■ No<br>☐ Yes | | |

| 2.246 | Priority creditor's name and mailing address<br>**GALDAMEZ YUEN, ANGELA C.**<br>**10201 MASON AVENUE UNIT 85**<br>**CHATSWORTH, CA 91311** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,501.50** | **$2,501.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6394** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**4**) | ■ No<br>☐ Yes | | |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.25 | $242.25 |
|---|---|---|---|---|

**GALICIA, JONATHAN**
**8227 De Garmo Ave**
**Sun Valley, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6815**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.30 | $449.30 |
|---|---|---|---|---|

**GALINDO, AMBER .**
**12171 MERCER STREET**
**LAKE VIEW TERRACE, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4070**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,464.33 | $1,464.33 |
|---|---|---|---|---|

**GALINDO, PATRICIA .**
**16750 SHERMAN WAY APT #205**
**VAN NUYS, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9994**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,135.80 | $1,135.80 |
|---|---|---|---|---|

**GALLAGA, JESSYMAR**
**8987 South Gate Ave**
**South Gate, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6018**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**GALLARDO JR, MANUEL .**
**1440 Veteran Ave Apt 504**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1220**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.17 | $159.17 |
|---|---|---|---|---|

**GALLEGOS, ASHLEE**
**664 E. ADAMS BLVD APT 1**
**LOS ANGELES, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5654**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.25 | $299.25 |
|---|---|---|---|---|

**GALLEGOS, DESTINY S.**
**934 Euclid Ave apt 1**
**Los Angeles, CA 90023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6027**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.00 | $341.00 |
|---|---|---|---|---|

**Galvan, Kevin R.**
**116 Witmer Street Apt 207**
**Los Angeles, CA 90026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6306**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.34 | $202.34 |
|---|---|---|---|---|

**GALVEZ-RUIZ, JACQUELINE**
**13320 Corcoran St**
**San Fernando, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5357**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.92 | $372.92 |
|---|---|---|---|---|

**GAMA, JOSEFINA**
**1236 E 59TH ST**
**Los Angeles, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6884**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**GARCIA, AARON**
**5719 Camellia Ave**
**North Hollywood, CA 91601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5945**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,135.80 | $1,135.80 |
|---|---|---|---|---|

**GARCIA, APRIL .**
**340 S La Fayette Pk Pl Apt 226**
**Los Angeles, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1996**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.25 | $356.25 |
|---|---|---|---|---|

**GARCIA, BRENDA**
**PO BOX 331311**
**PACOIMA, CA 91333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6286**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $265.20 | $265.20 |
|---|---|---|---|---|

**GARCIA, CORINA**
**2210 1/2 W Jefferson Blvd Apt 3**
**Los Angeles, CA 90018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6782**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.06 | $374.06 |
|---|---|---|---|---|

**Garcia, Cynthia**
**162 E 36th Pl**
**Los Angeles, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6305**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.06 | $203.06 |
|---|---|---|---|---|

**GARCIA, DAVID**
**9156 Telfair Ave. Apt. #1**
**Sun Valley, CA 91352**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6847**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $434.77 | $434.77 |
|---|---|---|---|---|

**GARCIA, DELVY I.**
**1742 WALTON AVENUE**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5987**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 | $520.00 |
|---|---|---|---|---|

**GARCIA, EDITH .**
**2218 E. 107TH STREET**
**LOS ANGELES, CA 90002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2671**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,205.57 | $2,205.57 |
|---|---|---|---|---|

**GARCIA, EDNA J.**
**12368 OSBORNE ST APT #8**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0534**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.48 | $324.48 |
|---|---|---|---|---|

**GARCIA, JESSE**
**1917 GLENOAKS BLVD. Unit 201**
**SAN FERNANDO, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4315**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.51 | $308.51 |
|---|---|---|---|---|

**GARCIA, MARLAINA L.**
**1371 E Garfield Ave Apt A**
**Glendale, CA 91205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6840**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.70 | $172.70 |
|---|---|---|---|---|

**GARCIA, MIGUEL A.**
**711 1/2 Euclid Ave**
**Los Angeles, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4834**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 | $225.00 |
|---|---|---|---|---|

**GARCIA, NATHAN**
**6245 King Avenue**
**Bell, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6252**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.88 | $106.88 |
|---|---|---|---|---|

**GARCIA, VIANEY .**
**4318 E. 60TH ST.**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3368**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,874.16** | **$1,874.16** |
|---|---|---|---|---|

**GARCIA, WENDY**
**3725 CRAWFORD STREET**
**LOS ANGELES, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5982**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$273.17** | **$273.17** |
|---|---|---|---|---|

**GARCIA-HENRIQUEZ, GENESIS .**
**622 Imogen Ave Apt 2**
**Los Angeles, CA 90026**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2011**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,548.51** | **$3,548.51** |
|---|---|---|---|---|

**GARCIA-MONTES, JANET .**
**418 N. Concord St.**
**LOS ANGELES, CA 90063**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1529**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$321.66** | **$321.66** |
|---|---|---|---|---|

**GARCIA-PAEZ, CARLOS .**
**1913 E.113TH STREET**
**LOS ANGELES, CA 90059**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2856**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.76 | $327.76 |
|---|---|---|---|---|

**GARCIA-RODRIGUEZ, SHELLY V.**
**9500 Zelzah Ave Apt# M314**
**Northriddge, CA 91325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5239**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,825.93 | $5,825.93 |
|---|---|---|---|---|

**GARCIA-VARGAS, VERONICA .**
**437 N BRAND BLVD**
**SAN FERNANDO, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0553**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156.80 | $156.80 |
|---|---|---|---|---|

**GEHRINGER, JAY .**
**5928 CANTALOUPE AVE**
**VAN NUYS, CA 91401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0598**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $231.19 | $231.19 |
|---|---|---|---|---|

**GERMAN, SERGIO D.**
**9832 SAN ANTONIO AVE**
**South Gate, CA 90280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3131**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,618.27 | $1,618.27 |
|---|---|---|---|---|

**GHOURCHIAN, AZIN**
**401 SOUTH DETROIT STREET APT**
**#408**
**LOS ANGELES, CA 90036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6017**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.16 | $220.16 |
|---|---|---|---|---|

**GHUMAN Jr., JASBIR S.**
**2404  Wilshire 6C**
**Los Angeles, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5177**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.00 | $224.00 |
|---|---|---|---|---|

**GODOY-GARCIA, SHARROL .**
**4401 CIMARRON ST**
**LOS ANGELES, CA 90062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9791**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.20 | $330.20 |
|---|---|---|---|---|

**GODOY-GARCIA, SKYLER B.**
**4401 Cimarron st.**
**Los Angeles, CA 90062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5143**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.97 | $239.97 |
|---|---|---|---|---|

**GOMEZ, ANTHONY**
**3866 La Salle Ave**
**Los Angeles, CA 90062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6870**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.62 | $231.62 |
|---|---|---|---|---|

**GOMEZ, CHRISTIAN E.**
**14345 BEAVER ST**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1396**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,117.99 | $6,117.99 |
|---|---|---|---|---|

**GOMEZ, ERICA .**
**10551 EL DORADO AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5559**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,162.76 | $3,162.76 |
|---|---|---|---|---|

**GOMEZ, LUIS .**
**807 N. BUNKER HILL AVE. APT #**
**201**
**LOS ANGELES, CA 90012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4168**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,538.75** | **$2,538.75** |
|---|---|---|---|---|

**GOMEZ, MIREYA .**
**4127 WOODLAWN AVE**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0720**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$389.50** | **$389.50** |
|---|---|---|---|---|

**GOMEZ, RUBEN D.**
**948 N EASTMAN AVE.**
**Los Angeles, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5443**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$295.69** | **$295.69** |
|---|---|---|---|---|

**GOMEZ, SCARLETT**
**1207 E 66th St**
**Los Angeles, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6856**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$425.00** | **$425.00** |
|---|---|---|---|---|

**Gonsalez, Emely**
**13314 Glenoaks Blvd**
**Sylmar, CA 91342-2109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5776**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.73 | $380.73 |

**GONZALEZ TOC, ANTONIO**
**722 S. Alvarado St. Apt 308**
**Los Angeles, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5501**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |

**GONZALEZ, ALEX .**
**1035 S Hicks Ave**
**Los Angeles, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2131**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.50 | $199.50 |

**GONZALEZ, BRENDA**
**13272 1/2 Glenoaks Blvd**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6839**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,824.87 | $2,824.87 |

**GONZALEZ, ELIZABETH .**
**1137 E. 87TH PL**
**LOS ANGELES, CA 90002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4157**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**Gonzalez, Elyla H.**
**11673 1/2 Magnolia Blvd**
**Valley Village, CA 91601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6007**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.75 | $392.75 |
|---|---|---|---|---|

**GONZALEZ, EMANUEL .**
**706 S HOEFNER AVE**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0846**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.52 | $303.52 |
|---|---|---|---|---|

**GONZALEZ, ESTHER C.**
**8025 Reseda Blvd Apt 129**
**Reseda, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6336**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.35 | $201.35 |
|---|---|---|---|---|

**GONZALEZ, EVELYN**
**7526 Denny Ave.**
**Sun Valley, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6218**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Debtor **Youth Policy Institute, Inc.**

Case number (if known) **2:19-bk-23085-BB**

Name

---

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.49 | $303.49 |
|---|---|---|---|---|

**GONZALEZ, JASMIN**
**733 East 53rd Street**
**Los Angeles, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6784**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | | $317.65 | $317.65 |
|---|---|---|---|---|

**GONZALEZ, MYRNA .**
**13431 ASTORIA STREET**
**SYLMAR, CA 91342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3317**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | | $3,239.28 | $3,239.28 |
|---|---|---|---|---|

**GONZALEZ, STEPHANIE PAOLA**
**6610 DENSMORE AVE**
**VAN NUYS, CA 91406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5551**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | | $419.56 | $419.56 |
|---|---|---|---|---|

**GONZALEZ, SUSANA**
**7304 Craner Ave**
**Sun Valley, CA 91352**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4768**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $861.76 | $861.76 |
|---|---|---|---|---|

**GONZALEZ, VANESSA**
**13093 1/2 Carl St Apt #301**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4919**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,471.79 | $2,471.79 |
|---|---|---|---|---|

**GONZALEZ, VANESSA .**
**11416 Newgate Ave**
**Whittier, CA 90605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0658**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,251.85 | $3,251.85 |
|---|---|---|---|---|

**GOODE, SOFIA M.**
**678 E WALNUT STREET UNIT 512**
**PASADENA, CA 91101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5299**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,004.85 | $2,004.85 |
|---|---|---|---|---|

**GORDON, EVANNE A.**
**2017 Argyle Avenue #410**
**LOS ANGELES, CA 90068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4708**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$300.00** | **$300.00** |
|---|---|---|---|---|

**Gramajo, Rosmery**
**13100 Bromont Avenue Apt 49**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6718**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$21.38** | **$21.38** |
|---|---|---|---|---|

**GRAY, LUPREE**
**11502 GORMAN AVE APT 331**
**LOS ANGELES, CA 90059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6627**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,166.15** | **$2,166.15** |
|---|---|---|---|---|

**GREENE, LAUREL**
**1724 NORTH HIGHLAND AVENUE**
**APT #516**
**LOS ANGELES, CA 90028**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6318**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$10,433.65** | **$10,433.65** |
|---|---|---|---|---|

**GRUNFELD, DANIEL**
**2307 DUXBURY CIRCLE**
**LOS ANGELES, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6708**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,611.37 | $3,611.37 |
|---|---|---|---|---|

**GUARDADO, JOSE A.**
**16815 KINGSBURY ST APT #102**
**GRANADA HILLS, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2355**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,527.63 | $1,527.63 |
|---|---|---|---|---|

**GUERRERO, DEANNA .**
**13016 CANTARA ST**
**NORTH HOLLYWOOD, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0495**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.29 | $152.29 |
|---|---|---|---|---|

**GUIDO, KIMBERLY**
**9034 Rosehedge Dr**
**Pico Rivera, CA 90660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4842**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,521.13 | $2,521.13 |
|---|---|---|---|---|

**GUILLEN, DIANA .**
**15220 TUBA ST**
**MISSION HILLS, CA 91345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2955**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,086.40** | **$5,086.40** |
|---|---|---|---|---|

**GUTIERREZ, CARMEN .**
**11520 MAGEE AVE**
**PACOIMA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9125**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,983.29** | **$2,983.29** |
|---|---|---|---|---|

**GUTIERREZ, EMILSA**
**225 1/2 E. 30TH STREET**
**LOS ANGELES, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5085**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,260.80** | **$2,260.80** |
|---|---|---|---|---|

**GUTIERREZ, GUSTAVO .**
**10425 PLAINVIEW AVE A9**
**TUJUNGA, CA 91042**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **8452**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,361.52** | **$3,361.52** |
|---|---|---|---|---|

**GUTIERREZ, MAYRA .**
**13085 DESMOND ST**
**PACOIMA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1243**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,384.41** | **$5,384.41** |
|---|---|---|---|---|

**GUTIERREZ, VANESSA .**
**1621 WEST LOS ANGELES**
**AVENUE**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2817**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.16** | **$36.16** |
|---|---|---|---|---|

**GUTIERREZ-SOLORZANO,**
**YVONNE .**
**3551 E. 56TH ST.**
**MAYWOOD, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3732**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$297.40** | **$297.40** |
|---|---|---|---|---|

**Guzman, Jazmin B.**
**1454 W 69th St.**
**Los Angeles, CA 90007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6264**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$209.19** | **$209.19** |
|---|---|---|---|---|

**GUZMAN, STEPHANIE**
**1817 W Washington Ave**
**Santa Ana, CA 92706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6910**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 | $390.00 |
|---|---|---|---|---|

**HARO, JACKELINE**
**1408 E 74th St**
**Los Angeles, CA 90001-3045**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5839**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,425.92 | $2,425.92 |
|---|---|---|---|---|

**HARPER, MARIN K.**
**500 Evergreen Street, Unit 108**
**Inglewood, CA 90302**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5660**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,891.54 | $2,891.54 |
|---|---|---|---|---|

**HENDRICKS, JESSICA .**
**6600 WHITSETT AVE APT #7**
**NORTH HOLLYWOOD, CA 91606**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3060**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,628.65 | $4,628.65 |
|---|---|---|---|---|

**HENRIQUEZ, ALEX .**
**8819 RANCHITO AVE**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2247**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,081.88** | **$1,081.88** |
|---|---|---|---|---|

**HERMOSILLO, CARMIN**
**827 VINELAND AVENUE**
**LA PUENTE, CA 91746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6720**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$176.00** | **$176.00** |
|---|---|---|---|---|

**HERMOSILLO, ELIZABETH A.**
**5728 Corbett St**
**Los Angeles, CA 90016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6032**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$445.31** | **$445.31** |
|---|---|---|---|---|

**HERNANDEZ ANGUIANO,**
**JASMINE**
**7115 Benson St**
**Huntington Park, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6208**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$265.19** | **$265.19** |
|---|---|---|---|---|

**HERNANDEZ GONZALEZ,**
**ANGELICA**
**10467 El Dorado Ave**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6271**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.25 | $300.25 |
|---|---|---|---|---|

**HERNANDEZ, BRANDON**
**14106 Gain St**
**Arleta, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6059**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.45 | $359.45 |
|---|---|---|---|---|

**HERNANDEZ, DENISE A.**
**9235 Woodman avenue unit:E**
**Arleta, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5149**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.45 | $72.45 |
|---|---|---|---|---|

**HERNANDEZ, ELIZABETH**
**10901 Laurel Canyon**
**San Fernando, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5387**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.90 | $309.90 |
|---|---|---|---|---|

**HERNANDEZ, GABRIELA**
**6719 Seville Ave Apt G**
**Huntington Park, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5743**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.20 | $261.20 |
|---|---|---|---|---|

**HERNANDEZ, JADE O.**
2038 E 77th St.
Los Angeles, CA 90001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6324**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,267.09 | $5,267.09 |
|---|---|---|---|---|

**HERNANDEZ, JORGE M.**
2941 VIA MARINA COURT
OXNARD, CA 93035

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3082**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.75 | $213.75 |
|---|---|---|---|---|

**HERNANDEZ, JOSE A.**
233 W Mission Rd Apt. C
San Gabriel, CA 91776

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6168**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,907.02 | $1,907.02 |
|---|---|---|---|---|

**HERNANDEZ, JOSE I.**
1715 S. 5th Street Apt F
Alhambra, CA 91803

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5962**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number _(if known)_ | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.47 | $212.47 |
|---|---|---|---|---|

**HERNANDEZ, JUANY**
**4171 W 4th St Apt 10**
**Los Angeles, CA 90020**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5752**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $363.38 | $363.38 |
|---|---|---|---|---|

**HERNANDEZ, KARLA J.**
**1190 Rolland Curtis Pl**
**Los Angeles, CA 90037**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6243**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,319.82 | $2,319.82 |
|---|---|---|---|---|

**HERNANDEZ, LIZA .**
**410 W. WASHINGTON AVE APT**
**#10**
**SANTA ANA, CA 92706**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3153**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.62 | $312.62 |
|---|---|---|---|---|

**HERNANDEZ, MARIBEL**
**13320 Dyer st**
**Sylmar, CA 91342**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6797**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.50 | $142.50 |
|---|---|---|---|---|

**HERNANDEZ, OMAR**
**124 n. soto st. Apt 3**
**Los Angeles, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6388**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.95 | $362.95 |
|---|---|---|---|---|

**HERNANDEZ, TIFFANY**
**13272 Judd St**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5083**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,551.45 | $2,551.45 |
|---|---|---|---|---|

**HERNANDEZ, VERONICA**
**2624 CALIFORNIA STREET**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5564**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.19 | $170.19 |
|---|---|---|---|---|

**Hernandez, Victor**
**272 1/2 Witmer St**
**Los Angeles, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6891**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.36 | $256.36 |
|---|---|---|---|---|

**HERNANDEZ, VIVIANA**
**13866 Mercer street**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6838**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.19 | $324.19 |
|---|---|---|---|---|

**HERNANDO, KENIA**
**1610 N Broadway Apt 119**
**Santa Ana, CA 92706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6792**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.54 | $183.54 |
|---|---|---|---|---|

**HERRERA, JULIO C.**
**10202 BRADLEY AVE.**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2413**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.20 | $172.20 |
|---|---|---|---|---|

**HERRERA, KARINA**
**5137 Hillcrest Drive**
**Los Angeles, CA 90043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5388**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**HERRERA, RICHARD .**
**16914 KESWICK STREET**
**VAN NUYS, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4111**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.44 | $46.44 |
|---|---|---|---|---|

**HINDS, GREGORY L.**
**13129 Oxnard St. Apt 13**
**Van Nuys, CA 91401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5264**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.29 | $448.29 |
|---|---|---|---|---|

**HOBKIRK, KATHLEEN J.**
**3023 Glenn Ave.**
**LOS ANGELES, CA 90023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5086**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.80 | $192.80 |
|---|---|---|---|---|

**HOLMES, CRYSTAL M.**
**438 e 140th st**
**los angeles, CA 90061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6869**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,254.67 | $1,254.67 |
|---|---|---|---|---|

**HOWARD, DESTINY**
**18520 Vincennes Street APT #36**
**NORTHRIDGE, CA 91324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6893**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**HUENDO, RICARDO**
**322 N Hagar st apt U**
**San Fernando, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6911**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $463.12 | $463.12 |
|---|---|---|---|---|

**Huerta, Gilbert P.**
**18034 W. Annes Cir. #104**
**Canyon Country, CA 91387**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5652**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.38 | $192.38 |
|---|---|---|---|---|

**HUERTA, PAOLA**
**2580 N. SOTO ST #421**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5899**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | Youth Policy Institute, Inc. | Case number (if known) | 2:19-bk-23085-BB |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,792.16 | $1,792.16 |
|---|---|---|---|---|

**HUERTA, VICTOR M.**
**6724 AURA AVENUE**
**LOS ANGELES, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6337**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.19 | $243.19 |
|---|---|---|---|---|

**HURTADO, CORAIMA**
**37539 90th Street East**
**Littlerock, CA 93543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5017**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,167.06 | $1,167.06 |
|---|---|---|---|---|

**HUSMAN, ALEX .**
**1608 E. Tucker St**
**Compton, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9946**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.19 | $210.19 |
|---|---|---|---|---|

**IBARRA, DARIO**
**6507 WHITE OAK AVENUE**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5900**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,260.89** | **$4,260.89** |
|---|---|---|---|---|

**IBARRA, YESENIA**
**14238 SHERMAN WAY APT F**
**VAN NUYS, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5620**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$61.92** | **$61.92** |
|---|---|---|---|---|

**IGWE, STEPHEN E.**
**20109 THORNLAKE AVE**
**CERRITOS, CA 90703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5285**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,162.03** | **$4,162.03** |
|---|---|---|---|---|

**IHESIABA, LINDA .**
**6405 MADDEN AVE**
**LOS ANGELES, CA 90043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6383**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$593.80** | **$593.80** |
|---|---|---|---|---|

**JACOBO, MARIA I.**
**12573 Bradley Ave Unit 6**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6879**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,445.84 | $2,445.84 |
|---|---|---|---|---|

**JARAMILLO, LEONEL .**
**3049 MERION ST**
**ONTARIO, CA 91761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9164**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,522.51 | $1,522.51 |
|---|---|---|---|---|

**JEREZ, ALINSON .**
**1106 WEST 53RD ST**
**LOS ANGELES, CA 90037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0153**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.06 | $203.06 |
|---|---|---|---|---|

**JIMENEZ, EVELYN**
**15260 Carey Ranch Lane**
**Sylmar, CA 91342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5506**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |
|---|---|---|---|---|

**JIMENEZ, JOSE**
**13412 TERRA BELLA ST**
**PACOIMA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6433**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.32 | $237.32 |
|---|---|---|---|---|

**JIMENEZ, JOSUE .**
**1351 W. 71 ST**
**LOS ANGELES, CA 90044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3980**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,471.61 | $2,471.61 |
|---|---|---|---|---|

**JIMENEZ, MARIA .**
**1106 HOLLISTER ST.**
**SAN FERNANDO, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3579**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,463.11 | $4,463.11 |
|---|---|---|---|---|

**JIMENEZ, MONICA .**
**13457 BORDEN AVE**
**SYLMAR, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **8121**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.50 | $28.50 |
|---|---|---|---|---|

**JOHNSON, KAMYA**
**535 W. EL SEGUNDO BLVD. APT**
**324**
**LOS ANGELES, CA 90061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6667**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.375** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$252.00** | **$252.00**

**JUAREZ Jr., NUMA P.**
**1104 W 37TH PL APT 101**
**LOS ANGELES, CA 90007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5903**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.376** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46.31** | **$46.31**

**JUAREZ, DANIELA I.**
**10471 HADDON AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5893**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.377** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$57.00** | **$57.00**

**JUAREZ, KARINA J.**
**6132 Vinevale Ave. Apt. B**
**Maywood, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6854**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.378** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$389.31** | **$389.31**

**Kaiser, Saleha**
**22330 S Ladeene Ave**
**Torrance, CA 90505**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6031**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.10 | $260.10 |
|---|---|---|---|---|

**KEELS, JORDAN .**
**9354 CRENSHAW BLVD**
**INGLEWOOD, CA 90305**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4073**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.06 | $146.06 |
|---|---|---|---|---|

**KHAN, SUMAYYA**
**6528 Wilbur Avenue Apt 204**
**Reseda, CA 91335**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6845**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.75 | $213.75 |
|---|---|---|---|---|

**KLEIN, EDWARD L.**
**12320 CHANDLER BLVD**
**N HOLLYWOOD, CA 91607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6192**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,532.00 | $1,532.00 |
|---|---|---|---|---|

**KOROLKOV, YEKATERINA**
**10615 ROSE AVE APT 301**
**LOS ANGELES, CA 90034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5832**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,724.89** | **$2,724.89** |
|---|---|---|---|---|

**KWAN, BELINDA .**
**2521 MIDWICKHILL DRIVE**
**LOS ANGELES, CA 91803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2979**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$97.05** | **$97.05** |
|---|---|---|---|---|

**LA, ASHLEY .**
**10028 BROCKWAY STREET**
**EL MONTE, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3958**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,193.60** | **$1,193.60** |
|---|---|---|---|---|

**LANDAVERDE, TATIANA S.**
**13030 RAMONA BLVD APT 32**
**BALDWIN PARK, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5366**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$237.69** | **$237.69** |
|---|---|---|---|---|

**Lara Morales, Anahi**
**6342 Morse Ave. Apt. 208**
**North Hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6880**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,753.71** | **$2,753.71** |
|---|---|---|---|---|

**LARA VAZQUEZ, CLAUDIA .**
**5369 HUNTINGTON DR. N.**
**LOS ANGELES, CA 90032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3081**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$172.50** | **$172.50** |
|---|---|---|---|---|

**LARA, CORALY**
**673 EAST 49TH STREET**
**LOS ANGELES, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5979**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,262.24** | **$1,262.24** |
|---|---|---|---|---|

**LARA, JENNIFER .**
**6342 MORSE AVE APT #208**
**NORTH HOLLYWOOD, CA 91606**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9975**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$192.38** | **$192.38** |
|---|---|---|---|---|

**LARA-PEREZ, CHRISTIAN .**
**19525 BASSET STREET**
**RESEDA, CA 91335**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4204**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 | $135.00 |
|---|---|---|---|---|

**LAZO, ANDY B.**
**241 1/2 N PARK VIEW STREET Apt 1**
**LOS ANGELES, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6716**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,903.88 | $1,903.88 |
|---|---|---|---|---|

**LE, JULIE**
**27498 DAFFODIL COURT APT #308**
**SANTA CLARITA, CA 91350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6314**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,177.67 | $2,177.67 |
|---|---|---|---|---|

**LENORGANT, CARMEN .**
**37523 DENVER COURT**
**PALMDALE, CA 93552**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **3474**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.24 | $195.24 |
|---|---|---|---|---|

**LEON GONZALEZ, RUBI**
**1816 s Harvard Blvd**
**Los Angeles, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **5570**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.84 | $107.84 |
|---|---|---|---|---|

**LEON, MIGUEL**
**3620 GRIFFITH AVE**
**LOS ANGELES, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4739**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.60 | $306.60 |
|---|---|---|---|---|

**LEON, MONICA .**
**10764 SUTTER AVENUE**
**PACOIMA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3513**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,420.43 | $3,420.43 |
|---|---|---|---|---|

**LEONIDO, MARIA J.**
**1562 WEST 4th STREET APT #208**
**LOS ANGELES, CA 90017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5980**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.50 | $202.50 |
|---|---|---|---|---|

**LETONA, OSCAR .**
**839 E 81ST STREET**
**LOS ANGELES, CA 90001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0178**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.55 | $197.55 |
|---|---|---|---|---|

**LEWIS, TAMEARA**
**10008 s Manhattan pl**
**Los Angeles, CA 90047**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6724**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.00 | $408.00 |
|---|---|---|---|---|

**Leyva, Abigail**
**424 1/2 E 27TH ST**
**LOS ANGELES, CA 90011**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6698**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.12 | $235.12 |
|---|---|---|---|---|

**LIMANI, ODETTE**
**11411 Dronfield Ave Apt#51**
**Pacoima, CA 91331**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6219**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.62 | $92.62 |
|---|---|---|---|---|

**LIRA, KARINA .**
**10063 Mountair Ave. Apt 2**
**Tujunga, CA 91042**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2654**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.403**

Priority creditor's name and mailing address

**LIRA, LEYLANI .**
**7751 3/4 SCOUT AVE**
**BELL GARDENS, CA 90201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$2,520.39      $2,520.39

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9930**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.404**

Priority creditor's name and mailing address

**LITCHFIELD, MATTHEW W.**
**1913 ROSEWOOD COURT**
**THOUSAND OAKS, CA 91362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$745.20      $745.20

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6172**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.405**

Priority creditor's name and mailing address

**Lizama, Ivette**
**400 West 9th Street Apt 213**
**Los Angeles, CA 90015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$270.75      $270.75

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6399**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.406**

Priority creditor's name and mailing address

**LIZARRAGA, MARIA T.**
**8434 TWEEDY LANE APT #106**
**DOWNEY, CA 90240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$272.00      $272.00

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5640**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,210.40** | **$3,210.40** |
|---|---|---|---|---|

**LOERA, MARIBEL .**
**3534 E 56TH ST**
**MAYWOOD, CA 90270**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9189**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$367.35** | **$367.35** |
|---|---|---|---|---|

**LOMAS, MARTA I.**
**1503 Menlo Ave. apt 8**
**Los Angeles, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6830**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,113.28** | **$1,113.28** |
|---|---|---|---|---|

**LOPEZ Jr., WALTER E.**
**19553 HEMMINGWAY STREET**
**RESEDA, CA 91335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6523**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,454.70** | **$2,454.70** |
|---|---|---|---|---|

**LOPEZ MONDRAGON, ALDO J.**
**2003 W. 11TH STREET APT #4**
**LOS ANGELES, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3385**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.411**  Priority creditor's name and mailing address

**LOPEZ, AUDREY .**
**564 OLEANDER DR**
**LOS ANGELES, CA 90042**

As of the petition filing date, the claim is:    $163.88    $163.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0074**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.412**  Priority creditor's name and mailing address

**LOPEZ, CINDY**
**13313 OXNARD STREET APT # 142**
**VAN NUYS, CA 91401**

As of the petition filing date, the claim is:    $228.93    $228.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4331**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.413**  Priority creditor's name and mailing address

**LOPEZ, IVAN**
**426 S Occidental Blvd #1**
**Los Angeles, CA 90057**

As of the petition filing date, the claim is:    $222.02    $222.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6831**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.414**  Priority creditor's name and mailing address

**LOPEZ, JOE S.**
**12863 Filmore St**
**Pacoima, CA 91331**

As of the petition filing date, the claim is:    $185.25    $185.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6852**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.415**

Priority creditor's name and mailing address

**LOPEZ, JONATHAN A.**
**12734 Rajah St.**
**Sylmar, CA 91342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$235.12     $235.12

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5566**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.416**

Priority creditor's name and mailing address

**LOPEZ, JOSE A.**
**12734 Rajah Street**
**SYLMAR, CA 91342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$247.68     $247.68

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5186**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.417**

Priority creditor's name and mailing address

**LOPEZ, VINCENT**
**5932 South Flower street**
**Los Angeles, CA 90003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$505.87     $505.87

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6897**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.418**

Priority creditor's name and mailing address

**LOPEZ, YULISSA Y.**
**2771 San Marino St. Apt.1**
**Los Angeles, CA 90006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$433.50     $433.50

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5373**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.419** Priority creditor's name and mailing address

**LOPEZ-ESPINOZA, KATHERINE**
**356 1/2 N. DOUGLAS ST**
**LOS ANGELES, CA 90026**

As of the petition filing date, the claim is:                           **$367.50**      **$367.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5877**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.420** Priority creditor's name and mailing address

**LOPEZ-VAZQUEZ, MIRIAM A.**
**4818 W. MARTIN LUTHER KING**
**APT #2**
**Los Angeles, CA 90016**

As of the petition filing date, the claim is:                           **$413.25**      **$413.25**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6041**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.421** Priority creditor's name and mailing address

**LUIS, YESENIA**
**1256 E. MARTIN LUTHER KING JR**
**BLVD**
**LOS ANGELES, CA 90011**

As of the petition filing date, the claim is:                           **$1,982.40**      **$1,982.40**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4409**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.422** Priority creditor's name and mailing address

**LUNA, ASHLEY M.**
**1635 1/2 North Alexandria Ave**
**Los Angeles, CA 90027**

As of the petition filing date, the claim is:                           **$428.06**      **$428.06**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5372**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$245.96** | **$245.96** |
|---|---|---|---|---|
| | **LUNA, ESTEFANIA**<br>**1615 e 42nd St Apt 2**<br>**Los Angeles, CA 90011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6241** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,041.16** | **$4,041.16** |
|---|---|---|---|---|
| | **LUNA, JOSE .**<br>**7422 BLEWETT AVE**<br>**VAN NUYS, CA 91406** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **0169** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$146.06** | **$146.06** |
|---|---|---|---|---|
| | **LUZ, ELVIRA M.**<br>**14922 Polk Street**<br>**Sylmar, CA 91342** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **5927** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$496.47** | **$496.47** |
|---|---|---|---|---|
| | **MACEDO, MELISSA E.**<br>**8191 San Vincente Ave.**<br>**South Gate, CA 90280** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6309** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$305.00** | **$305.00** |
|---|---|---|---|---|

**Macias, Cristian**
**11070 Chivers Ave**
**Pacoima, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6105**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$184.11** | **$184.11** |
|---|---|---|---|---|

**MACIAS, GLORIA G.**
**905 HARDING AVENUE**
**SAN FERNANDO, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5860**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$323.49** | **$323.49** |
|---|---|---|---|---|

**MADRID, ALEXIS**
**850 1/2 E Adams Blvd**
**Los Angeles, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5548**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,498.12** | **$1,498.12** |
|---|---|---|---|---|

**MAGANA, MARIA A.**
**14140 CLARETTA ST**
**ARLETA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0562**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,854.08** | **$5,854.08** |
|---|---|---|---|---|

**MAGANA, OSCAR .**
**4642 E 52ND PLACE APT B**
**MAYWOOD, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **8086**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36.76** | **$36.76** |
|---|---|---|---|---|

**MAHONEY, JASON R.**
**1348 Kellam Ave**
**Los Angeles, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5389**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.00** | **$90.00** |
|---|---|---|---|---|

**MAIDANA, OSCAR M.**
**6002 Coke Avenue**
**Long Beach, CA 90805**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5261**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,077.20** | **$1,077.20** |
|---|---|---|---|---|

**MAJEED, CICELY .**
**327 W. PCH HWY APT 7**
**LONG BEACH, CA 90806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6440**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|--------|----------------------------------|------------------------|----------------------|
|        | Name | | |

---

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.48 | $205.48 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**MALESPIN, VALERIE E.**
**12652 Mercer St.**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6868**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.56 | $207.56 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**MALINAO, GERALD .**
**7925 VENTURA CANYON AVE APT**
**#201**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2590**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $322.50 | $322.50 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**MANCIA-LOPEZ, HAYCIE A.**
**1254 S Berendo St Apt 212**
**Los Angeles, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6759**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.25 | $356.25 |
|-------|---------------------------------------------|-----------------------------------------------|---------|---------|

**Marcelo, Adalberto .**
**1390 E. 33 St.**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2380**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $386.10 | $386.10 |
|---|---|---|---|---|

**MARCIAL-SALIGAN, YAHTZIRI**
**5115 Towne Ave**
**Los Angeles, CA 90011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6809**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |
|---|---|---|---|---|

**MARIN, CAROLINA**
**13433 Corcoran St**
**San Fernando, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6188**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**MARIN, MARTHA**
**970 Menlo Ave apt 20**
**Los Angeles, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5972**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**MARROQUIN, BETHANY**
**415 N. El Molino Ave. #1**
**Pasadena, CA 91101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6871**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $446.25 | $446.25 |
|---|---|---|---|---|

**MARROQUIN, EDUARDO .**
**3908 E 56th**
**Maywood, CA 90270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9082**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,243.02 | $4,243.02 |
|---|---|---|---|---|

**MARTELL, KAREN**
**282 WHITNEY AVE APT #1**
**POMONA, CA 91767**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5525**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,444.91 | $4,444.91 |
|---|---|---|---|---|

**MARTIN, JOEL .**
**12963 CHIPPEWA ST.**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0058**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,806.42 | $1,806.42 |
|---|---|---|---|---|

**MARTINEZ E, MELISSA .**
**3453 N. MISSION RD.**
**LOS ANGELES, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3668**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.80 | $251.80 |
|---|---|---|---|---|

**MARTINEZ PEREZ, JOSE R.**
**233 N Kenmore Avenue Apt. 303**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5986**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,475.75 | $4,475.75 |
|---|---|---|---|---|

**MARTINEZ, AMBAR .**
**19931 INGOMAR ST**
**WINNETKA, CA 91306**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0088**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.94 | $863.94 |
|---|---|---|---|---|

**MARTINEZ, BRIAN J.**
**346 W. VALENCIA AVE**
**BURBANK, CA 91506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5742**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $289.80 | $289.80 |
|---|---|---|---|---|

**MARTINEZ, DANIELLE K.**
**2201 CHARNWOOD AVE**
**ALHAMBRA, CA 91803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4742**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.28 | $187.28 |
|---|---|---|---|---|

**MARTINEZ, DONAJI**
**1036 W. 49th Street**
**Los Angeles, CA 90037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5401**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,427.95 | $2,427.95 |
|---|---|---|---|---|

**MARTINEZ, DONNA C.**
**8958 MERCEDES AVENUE**
**ARLETA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5556**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.54 | $301.54 |
|---|---|---|---|---|

**MARTINEZ, ERIKA**
**1212 Gordon St #7**
**Los Angeles, CA 90038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6877**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.81 | $169.81 |
|---|---|---|---|---|

**MARTINEZ, ESTHER R.**
**4628 Eagle Rock Blvd Apt #6**
**Los Angeles, CA 90041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5235**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.78 | $405.78 |
|---|---|---|---|---|

**MARTINEZ, JASMINE F.**
**7553 Beck ave.**
**North Hollywood, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5049**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.83 | $327.83 |
|---|---|---|---|---|

**MARTINEZ, MAYRA A.**
**6000 GOTHAM ST.**
**BELL GARDENS, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2607**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $444.01 | $444.01 |
|---|---|---|---|---|

**MARTINEZ, MILIAN .**
**1323 S WESTMORELAND AVE**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6343**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,550.13 | $4,550.13 |
|---|---|---|---|---|

**MATAALII, LORENA S.**
**1616 N. SCHRADER BLVD APT 1**
**LOS ANGELES, CA 90028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5474**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,266.51 | $1,266.51 |
|---|---|---|---|---|

**MAYORGA, ROXANA .**
**11346 EMELITA ST**
**NORTH HOLLYWOOD, CA 91601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4191**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $527.85 | $527.85 |
|---|---|---|---|---|

**MAZAS, JAVIER .**
**2226 S HOBART BLVD APT #5**
**LOS ANGELES, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1201**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.62 | $320.62 |
|---|---|---|---|---|

**MAZAS, RAQUEL S.**
**297 N State College Blvd Apt 4018**
**Orange, CA 92868**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6788**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.75 | $284.75 |
|---|---|---|---|---|

**MAZED, CHRISTEEN .**
**6434 BALBOA BLVD APT #202**
**VAN NUYS, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3361**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**MCINTYRE, LADEJA**
**4520 Cimarron St.**
**Los Angeles, CA 90062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6216**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,685.76 | $1,685.76 |
|---|---|---|---|---|

**MCQUERRY, CASEY C.**
**25 GENOA STREET APT # B**
**ARCADIA, CA 91006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5930**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,811.39 | $1,811.39 |
|---|---|---|---|---|

**MEDELLIN GUERRERO,**
**ARANZAZU**
**12330 OSBORNE ST. Apt. 14**
**PACOIMA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5410**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,715.80 | $1,715.80 |
|---|---|---|---|---|

**MEDINA, ALEXANDRA J.**
**4076 CALICO AVENUE**
**PICO RIVERA, CA 90660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5465**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.45 | $237.45 |
|---|---|---|---|---|

**MEDINA, BRIAN D.**
13370 Kagel Canyon St.
Pacoima, CA 91331

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6280**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $501.15 | $501.15 |
|---|---|---|---|---|

**MEDRANO, MABELYN .**
2467 ELKGROVE AVE.
COMMERCE, CA 90040

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **3167**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.59 | $1,100.59 |
|---|---|---|---|---|

**MEJIA PINEDA, MIRIAM A.**
839 W. 167th STREET APT 7
GARDENA, CA 90247

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **5164**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.03 | $228.03 |
|---|---|---|---|---|

**MEJIA, DANIELA J.**
1808 2nd St.
San Fernando, CA 91340

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **4870**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,185.21 | $1,185.21 |
|---|---|---|---|---|

**MEJIA, DIANA .**
**2301 W. LA HABRA BLVD. APT #5**
**LA HABRA, CA 90631**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4188**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.51 | $283.51 |
|---|---|---|---|---|

**MEJIA, PAOLA D.**
**1808 2nd street**
**San Fernando, CA 91340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4869**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.37 | $669.37 |
|---|---|---|---|---|

**MEJICANOS, HARSSEN**
**2614 W. 7TH ST APT #416**
**LOS ANGELES, CA 90057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6756**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 | $171.00 |
|---|---|---|---|---|

**MELANSON, LAURIE**
**12142 Cantura St**
**Studio City, CA 91604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6247**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.09 | $216.09 |
|---|---|---|---|---|

**MELGAR, KIMBERLY A.**
**1831 Tamarind Ave Apt. 7**
**Los angeles, CA 90028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5201**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.24 | $1,198.24 |
|---|---|---|---|---|

**MENDEZ, MONICA**
**641 1/2 WEST  48TH STREET**
**LOS ANGELES, CA 90037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5929**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.41 | $236.41 |
|---|---|---|---|---|

**MENDEZ, OMAR**
**4427 S. Morgan Ave.**
**Los Angeles, CA 90011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6255**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.70 | $319.70 |
|---|---|---|---|---|

**MENDOZA, CRISTIAN A.**
**110 W 92 St**
**Los Angeles, CA 90003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4792**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
| --- | --- | --- | --- |
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.06 | $374.06 |
| --- | --- | --- | --- | --- |

**MENDOZA, EDUARDO .**
**1309 W 36th PL**
**Los Angeles, CA 90007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3945**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.94 | $252.94 |
| --- | --- | --- | --- | --- |

**MENDOZA, MARLENE**
**13163 CARL ST**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6799**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.40 | $309.40 |
| --- | --- | --- | --- | --- |

**MENENDEZ, ERIKA V.**
**13135 Vanowen St Apt. 3**
**North Hollywood, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5228**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,711.53 | $1,711.53 |
| --- | --- | --- | --- | --- |

**MENESES, VALINDA .**
**635 SOUTH SHELTON STREET**
**APT #C**
**BURBANK, CA 91506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2510**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,552.95** | **$1,552.95** |
|---|---|---|---|---|

**MERINO, CARLOTA .**
**4560 W. 120th St. Apt 44**
**Los Angeles, CA 90250**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **0749**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$102.00** | **$102.00** |
|---|---|---|---|---|

**MERTELL, JASON .**
**10121 JORDAN AVENUE**
**CHATSWORTH, CA 91311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **4108**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,517.85** | **$6,517.85** |
|---|---|---|---|---|

**MESA, NORMA .**
**5624 MERIDIAN ST APT #102**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **0187**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$385.59** | **$385.59** |
|---|---|---|---|---|

**MEZA, ANAHI .**
**13339 PIERCE ST.**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **2370**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $530.03 | $530.03 |
|---|---|---|---|---|

**MEZA, BELINDA .**
**13339 PIERCE ST**
**PACOIMA, CA 91331**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **8368**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $213.75 | $213.75 |
|---|---|---|---|---|

**MEZA, ISABEL N.**
**1330 S Baker st**
**Santa Ana, CA 92707**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6881**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $128.25 | $128.25 |
|---|---|---|---|---|

**MILES, MICHAEL J.**
**27940 Solanint Road**
**Canyon Country, CA 91387**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6473**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $450.00 | $450.00 |
|---|---|---|---|---|

**MILLAN, ROBERTO .**
**14939 FLORENTINE ST.**
**SYLMAR, CA 91342**

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3279**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $741.60 | $741.60 |
|---|---|---|---|---|

**MILNER, ANTANIK L.**
1958 Lohengrin St
Los Angeles, CA 90047

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5398**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**MIRANDA I, JENNIFER P.**
3200 W 5th st apt #710
Santa Ana, CA 92703

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6801**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.19 | $323.19 |
|---|---|---|---|---|

**MIRANDA, ALFRED .**
12001 FOOTHILL BLVD APT #19
LAKE VIEW TERRACE, CA 91342

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1042**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,261.80 | $1,261.80 |
|---|---|---|---|---|

**MIRHOSSAINI, VIVIEN .**
16349 CHATSWORTH ST
GRANADA HILLS, CA 91344

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3690**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.66 | $142.66 |
|---|---|---|---|---|

| **MOLINA RODRIGUEZ, OSVALDO .**
**6807 BELLAIRE AVE**
**NORTH HOLLYWOOD, CA 91605** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed |

| Date or dates debt was incurred
**10/25/2019** | Basis for the claim: |

| Last 4 digits of account number **2972** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $705.50 | $705.50 |
|---|---|---|---|---|

| **Monrrigo, Erick G.**
**5732 CLEON AVE**
**NORTH HOLLYWOOD, CA 91601** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed |

| Date or dates debt was incurred
**10/25/2019** | Basis for the claim: |

| Last 4 digits of account number **6787** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,744.70 | $4,744.70 |
|---|---|---|---|---|

| **MONTANO, VANESSA .**
**14849 LORNE ST**
**PANORAMA CITY, CA 91402** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed |

| Date or dates debt was incurred
**10/25/2019** | Basis for the claim: |

| Last 4 digits of account number **0066** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.59 | $285.59 |
|---|---|---|---|---|

| **MONTERROSO MARROQUIN,
SHEYLA .**
**16344 BRYANT STREET**
**NORTH HILLS, CA 91343** | *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed |

| Date or dates debt was incurred
**10/25/2019** | Basis for the claim: |

| Last 4 digits of account number **4171** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No
☐ Yes |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$291.89** | **$291.89** |
|---|---|---|---|---|
| | **MONTES, ASHLEY**<br>**13590 Corcoran St.**<br>**San Fernando, CA 91340** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **4802** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$168.58** | **$168.58** |
|---|---|---|---|---|
| | **MONTIEL III, Reymundo G.**<br>**15215 Victory Blvd apt 119**<br>**Van Nuys, CA 91411** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6844** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$245.68** | **$245.68** |
|---|---|---|---|---|
| | **MONUGIAN, DEREK .**<br>**844 CHESTNUT AVE APT #31**<br>**LOS ANGELES, CA 90042** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **3102** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,870.00** | **$1,870.00** |
|---|---|---|---|---|
| | **MONZON, RUTH I.**<br>**1505 DEL AMO BLVD APT 3**<br>**TORRANCE, CA 90501** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **5332** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,325.10 | $1,325.10 |
|---|---|---|---|---|

**MOORE, KOQUIS .**
**1140 WEST BLVD**
**LOS ANGELES, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **2796**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.54 | $321.54 |
|---|---|---|---|---|

**MORA, JAMES .**
**221 N BERENDO ST APT #9**
**LOS ANGELES, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **8949**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.09 | $319.09 |
|---|---|---|---|---|

**MORALES VASQUEZ, FATIMA**
**1431 W 36th Pl**
**Los Angeles, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **5984**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,072.70 | $1,072.70 |
|---|---|---|---|---|

**MORALES, ANGELICA**
**1515 S Mansfield Ave**
**Los Angeles, CA 90019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **5306**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,176.38 | $3,176.38 |
|---|---|---|---|---|

**MORALES, ERNESTO .**
**11068 CHIVERS AVENUE**
**PACOIMA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2939**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.42 | $222.42 |
|---|---|---|---|---|

**MORALES, NATHAN R.**
**620 Orange Grove Avenue**
**San Fernando, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5449**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $260.49 | $260.49 |
|---|---|---|---|---|

**MORALES, ROGELIO .**
**1740 1/4 N. GARFIELD PL.**
**LOS ANGELES, CA 90028**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2409**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.55 | $237.55 |
|---|---|---|---|---|

**MORALES, SARAHI**
**15237  Lemarsh St**
**Mission Hills, CA 91345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6909**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
| | Name | | |

---

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.50 | $294.50 |

**MORAN, DIANA**
**10966 LEHIGH AVENUE # 52**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4897**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $832.32 | $832.32 |

**MORENO, ADRIAN**
**8938 TOBIAS AVENUE APT 304**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6886**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |

**MORENO, DAMION A.**
**6013 Maywood Ave. #22**
**Huntington Park, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6393**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.98 | $188.98 |

**MORENO, MAYRA .**
**13313 BEAVER STREET**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4114**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** | **$300.00** |
|---|---|---|---|---|

**MORENO, ROXANNA**
**12873 Cometa Ave**
**San Fernando, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6754**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,001.20** | **$2,001.20** |
|---|---|---|---|---|

**MORENO, SONIA .**
**2001 NEW JERSEY ST**
**LOS ANGELES, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0480**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$290.62** | **$290.62** |
|---|---|---|---|---|

**MORRISON, ANDREW A.**
**28502 COLHARY COURT**
**CANYON COUNTRY, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4408**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128.25** | **$128.25** |
|---|---|---|---|---|

**MOSQUEDA, JULIE**
**2100 San Anseline Ave Apt B**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6377**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,885.26 | $1,885.26 |
|---|---|---|---|---|

**MOSQUEDA, KARINA**
**39513 DIJON LANE**
**PALMDALE, CA 93551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6376**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,340.09 | $2,340.09 |
|---|---|---|---|---|

**MOZQUEDA, STEPHANIE .**
**12050 VAN NUYS BLVD.**
**LAKE VIEW TERRACE, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3460**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.39 | $287.39 |
|---|---|---|---|---|

**MUNOZ, ESMERALDA .**
**11352 ACALA AVE.**
**SAN FERNANDO, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3402**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,234.40 | $4,234.40 |
|---|---|---|---|---|

**MUNOZ, JOSE L.**
**6651 BAKMAN AVE APT #3**
**NORTH HOLLYWOOD, CA 91606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0186**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$299.44** | **$299.44** |
|---|---|---|---|---|

**MUNOZ, JUAN A.**
**13563 SAYRE ST**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4741**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$102.00** | **$102.00** |
|---|---|---|---|---|

**Murillo, Gia**
**602 Hillcrest Drive**
**Bakersfield, CA 93305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6707**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$235.12** | **$235.12** |
|---|---|---|---|---|

**NAJAR, EDUARDO**
**14720 Roscoe blvd. #34**
**Panorama City, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6251**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$138.94** | **$138.94** |
|---|---|---|---|---|

**NARANG, SHIVANI P.**
**7 Redcrown**
**Mission Viejo, CA 92692**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6261**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,574.28 | $2,574.28 |
|---|---|---|---|---|

**NAVA JIMENEZ, PAOLA**
**23412 MAGIC MOUNTAIN PKWY**
**APT 1112**
**VALENCIA, CA 91355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4985**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.71 | $1,079.71 |
|---|---|---|---|---|

**NAVA, CYNTHIA .**
**4668 S. HUNTINGTON DRIVE APT**
**#107**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0082**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.88 | $232.88 |
|---|---|---|---|---|

**NAVA, LESLIE**
**13223 Aztec St.**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5436**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.20 | $271.20 |
|---|---|---|---|---|

**NAVARRETE, EDUARDO**
**11047 Strathern St. Apt.7**
**Sun Valley, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6221**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 | $305.00 |
|---|---|---|---|---|

**NAVARRO, LEYDI**
**828 North Brand Blvd**
**San Fernando, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5871**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.44 | $161.44 |
|---|---|---|---|---|

**NAVARRO, MARYSOL .**
**4191 BRIGHTON AVE**
**LOS ANGELES, CA 90062**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0853**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |
|---|---|---|---|---|

**NAVAS, PATRICK .**
**26849 SHOREBREAK LN. APT # 41**
**VALENCIA, CA 91355**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3691**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,388.26 | $1,388.26 |
|---|---|---|---|---|

**NAZARIO, PAULA S.**
**2858 LEEWARD AVENUE APT 304**
**LOS ANGELES, CA 90005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5485**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.28 | $377.28 |
|---|---|---|---|---|

**NEGRETE, VANESSA**
**1745 S Harvard Blvd**
**Los Angeles, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5135**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.45 | $210.45 |
|---|---|---|---|---|

**NERI, ELIZABETH**
**736 E. 41 PL**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4312**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.88 | $211.88 |
|---|---|---|---|---|

**NGUYEN, JOLIE**
**8433 Darby Ave**
**Northridge, CA 91325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6757**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 | $75.00 |
|---|---|---|---|---|

**NGUYEN, KHA .**
**1543 W. ELGENIA ST**
**WEST COVINA, CA 91790**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2599**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,516.63** | **$1,516.63** |
|---|---|---|---|---|

**NUNEZ CRUZ, VANESSA**
**8020 LEMONA AVENUE**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5884**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$292.50** | **$292.50** |
|---|---|---|---|---|

**NUNEZ, JACQUELINE**
**1508 2ND ST**
**SAN FERNANDO, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5958**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$253.47** | **$253.47** |
|---|---|---|---|---|

**NUNEZ, PATRICIA**
**13113 Kagel Cyn**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5198**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$176.91** | **$176.91** |
|---|---|---|---|---|

**NUNO, DESIREE .**
**15455 GLENOAKS BLVD. APT #**
**195**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4290**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,421.24** | **$3,421.24** |
|---|---|---|---|---|

**OCAMPO, JANETH .**
**8241 WHITSETT AVE APT #4**
**NORTH HOLLYWOOD, CA 91605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1202**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199.36** | **$199.36** |
|---|---|---|---|---|

**OCANA, JACOB S.**
**12619 victory blvd**
**North hollywood, CA 91606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5960**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213.75** | **$213.75** |
|---|---|---|---|---|

**OCASLA, ARNULFO A.**
**2850 Riverside Drive Apt.313**
**Los Angeles, CA 90039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6053**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** | **$60.00** |
|---|---|---|---|---|

**OCHOA, JASMIN M.**
**4107 Walnut St**
**Cudahy, CA 90201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5802**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|--------|----------------------------------|------------------------|----------------------|
|        | Name                             |                        |                      |

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,533.82 | $5,533.82 |
|-------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**OCHOA, JONATHAN .**
**13172 FENTON AVE**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0093**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.56 | $231.56 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**OCHOA, JOSHUA J.**
**13172 Fenton Ave.**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6256**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.25 | $180.25 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**OCHOA, OSWALDO A.**
**2170 1/2 W 31st St.**
**Los Angeles, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4724**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.72 | $129.72 |
|-------|-----------------------------------------------|-----------------------------------------------|---------|---------|

**OCHOA, RENEE .**
**3426 ISABEL DRIVE APT #1**
**LOS ANGELES, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **7914**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,641.28** | **$4,641.28** |
|---|---|---|---|---|
| | **OJEDA, FABIAN .**<br>**5829 SULTANA AVE.**<br>**TEMPLE CITY, CA 91780** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **1090** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$209.05** | **$209.05** |
|---|---|---|---|---|
| | **Olandes, Mariajose J.**<br>**13063 Gladstone Ave**<br>**Sylmar, CA 91342** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6818** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$425.00** | **$425.00** |
|---|---|---|---|---|
| | **Olea, Daniel**<br>**12592 Bromwhich Street**<br>**Pacoima, CA 91331** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6697** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$238.69** | **$238.69** |
|---|---|---|---|---|
| | **Oliva, SONIA E.**<br>**13255 Reliance St**<br>**Arleta, CA 91331** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6346** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.555** | Priority creditor's name and mailing address

**OLIVEROS JORDAN, ALEJANDRO**
**11432 ERWIN STREET**
**NORTH HOLLYWOOD, CA 91606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$262.15        $262.15

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4311**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.556** | Priority creditor's name and mailing address

**OQUELI, MICHAEL .**
**2221 BELLEVUE AVE**
**LOS ANGELES, CA 90026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$317.96        $317.96

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **8603**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.557** | Priority creditor's name and mailing address

**ORELLANA, GABRIELA**
**8760 de soto ave apt 103**
**Canoga park, CA 91304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$260.06        $260.06

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6813**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.558** | Priority creditor's name and mailing address

**OROZCO ESQUIVAS, JENNIFER .**
**17806 LASSEN STREET APT #212**
**NORTHRIDGE, CA 91324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$2,981.60        $2,981.60

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3942**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.53 | $298.53 |
|---|---|---|---|---|

**OROZCO Jr., JESUS V.**
**16220 Cornuta Ave. Apt. 10**
**Bellflower, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5914**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,567.43 | $1,567.43 |
|---|---|---|---|---|

**OROZCO, GUADALUPE J.**
**16220 CORNUTA AVE APT 10**
**BELLFLOWER, CA 90706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5701**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.70 | $305.70 |
|---|---|---|---|---|

**Orozco, Katherine A.**
**12707 Bradley Avenue Unit 9**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6217**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,014.84 | $6,014.84 |
|---|---|---|---|---|

**ORTEGA, MANUEL .**
**1704 MORISAN AVE**
**PALMDALE, CA 93550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **7044**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.78 | $448.78 |
|---|---|---|---|---|

**ORTIZ JR., DAVID .**
**543 N. ARDMORE APT #3**
**LOS ANGELES, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1292**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.80 | $195.80 |
|---|---|---|---|---|

**ORTIZ Jr., JOE L.**
**12764 Herrick Ave**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5110**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,725.56 | $1,725.56 |
|---|---|---|---|---|

**ORTIZ, AURELIA .**
**19115 FRANFORT STREET**
**NORTHRIDGE, CA 91324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2846**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,460.70 | $1,460.70 |
|---|---|---|---|---|

**ORTIZ, CLARICZA D.**
**215 S ARMONA**
**LOS ANGELES, CA 90731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5590**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $270.00 |
|---|---|---|---|---|

**ORTIZ, MIA Q.**
**1114 W Ralston St Apt A**
**Ontario, CA 91762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6086**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,331.92 | $11,331.92 |
|---|---|---|---|---|

**OSHIRO, DAVID .**
**1120 CAMPANILE**
**NEWPORT BEACH, CA 92660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **8789**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.64 | $427.64 |
|---|---|---|---|---|

**OSORIO, JAHAIRA .**
**10965 GLENOAKS BLVD. APT #60**
**PACOIMA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3366**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,385.30 | $1,385.30 |
|---|---|---|---|---|

**OSORNIA, ALEXANDRIA .**
**8983 GREENBUSH AVENUE**
**ARLETA, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2117**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.30 | $186.30 |
|---|---|---|---|---|

**OSTORGA, ANA .**
**9800 VESPER AVE APT #55**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2143**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.75 | $270.75 |
|---|---|---|---|---|

**OUTTEN, NUEJAH**
**11451 BROOKHURST ST**
**GARDEN GROVE, CA 92840**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6800**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.75 | $213.75 |
|---|---|---|---|---|

**Pablo, Leonardo J.**
**441 Hartford Ave Apt 208**
**Los Angeles, CA 90017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6512**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,676.72 | $1,676.72 |
|---|---|---|---|---|

**PACHECO, FABIAN**
**126 NORTH ELECTRIC AVENUE**
**APT K**
**ALHAMBRA, CA 91801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6700**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.64 | $143.64 |
|---|---|---|---|---|

**PACHECO, GRISELDA .**
**17054 HARTLAND ST**
**VAN NUYS, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0193**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,762.74 | $6,762.74 |
|---|---|---|---|---|

**PADILLA, JENNIFER .**
**156 NORTH ALMA AVENUE**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **7046**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.94 | $195.94 |
|---|---|---|---|---|

**PALACIOS, BRIAN**
**20811 Lassen St. Apt. 12**
**Chatsworth, CA 91311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6156**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**PALACIOS, EMILY .**
**7521 LAS PLUMAS LANE**
**TUJUNGA, CA 91042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1370**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,703.27** | **$3,703.27** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**PALAFOX, EDLYN**
**435 S HOOVER ST APT 11**
**LOS ANGELES, CA 90020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4335**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$310.00** | **$310.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Palma, Jan .**
**9743 Cedros Ave.**
**Panorama City, CA 91402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0435**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$336.19** | **$336.19** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**PANAMENO, SARA**
**7945 Peachtree Ave**
**Panorama City, CA 91402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4728**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$223.30** | **$223.30** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**PANIAGUA, DANIEL**
**13045 1/2 Carl Street Apt 366**
**Pacoima, CA 91331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5915**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,672.00 | $1,672.00 |
|---|---|---|---|---|

**PANIAGUA, MAYRA .**
**13045 1/2 CARL ST APT #366**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6458**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.30 | $165.30 |
|---|---|---|---|---|

**PANTOJA, HERIBERTO**
**463 N. Meyer St.**
**San Fernando, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6326**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $994.16 | $994.16 |
|---|---|---|---|---|

**PANUCO-HERNANDEZ, RAQUEL**
**5239. Monte Vista St APT#308**
**Los Angeles, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5427**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.74 | $938.74 |
|---|---|---|---|---|

**PARAMO, GRICELLI**
**12655 Filmore St**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5799**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,581.40** | **$5,581.40** |
|---|---|---|---|---|

**PARLAK, YASIN**
**3338 REDONDO BEACH BLVD**
**APT 214**
**TORRANCE, CA 90504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4903**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,453.60** | **$2,453.60** |
|---|---|---|---|---|

**PATTERSON, BRITTANY .**
**22814 14TH STREET**
**NEWHALL, CA 91321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3221**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$319.30** | **$319.30** |
|---|---|---|---|---|

**PATTISON, ALEXANDRIA D.**
**11777 Foothill Boulevard Apt B 14**
**Lake View Terrace, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5476**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$299.25** | **$299.25** |
|---|---|---|---|---|

**PENSADO, NOELL**
**3900 W 5th St Apt D8**
**Santa Ana, CA 92703**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6820**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $468.00 | $468.00 |
|---|---|---|---|---|

**PENUELAS, DIANA .**
**10907 LENIGH AVENUE APT #412**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3508**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.55 | $178.55 |
|---|---|---|---|---|

**PERALTA, KIMBERLY G.**
**11411 Dronfield Ave 47**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6812**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.38 | $236.38 |
|---|---|---|---|---|

**PEREZ GOMEZ, MAYRA**
**1172 Graham St**
**Simi Valley, CA 93065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6779**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.44 | $224.44 |
|---|---|---|---|---|

**PEREZ LARIOS, ALEXANDRA E.**
**10140 SEPULVEDA BLVD APT 6**
**MISSION HILLS, CA 91345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5940**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**2.595** | Priority creditor's name and mailing address

**PEREZ RAMOS, EVODIO .**
**12067 PIERCE ST**
**LAKE VIEW TERRACE, CA 91342**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$141.52    $141.52

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1513**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.596** | Priority creditor's name and mailing address

**PEREZ, DIEGO A.**
**329 North Ditman Ave**
**Los Angeles, CA 90063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$228.62    $228.62

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6848**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.597** | Priority creditor's name and mailing address

**PEREZ, ESTRELLA**
**160 E 119th st**
**Los Angeles, CA 90061**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$267.03    $267.03

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5888**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.598** | Priority creditor's name and mailing address

**PEREZ, PERLA I.**
**12247 Klingerman St.**
**El Monte, CA 91732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$319.20    $319.20

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6067**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,370.53 | $1,370.53 |
|---|---|---|---|---|

**PETERS, JOUR 'DAN**
**718 E. 81ST ST**
**LOS ANGELES, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0935**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,881.74 | $3,881.74 |
|---|---|---|---|---|

**PETROSYAN, NELI .**
**524 PORTER ST**
**GLENDALE, CA 91205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2847**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,741.06 | $6,741.06 |
|---|---|---|---|---|

**PHAM, NICHOLAS .**
**5925 Middleton St Apt 48**
**Huntington Park, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **8996**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**PINEIRO, DANIEL M.**
**8184 Glencrest Dr.**
**Sun Valley, CA 91352**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5150**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.58 | $282.58 |
|---|---|---|---|---|

**PINO, KATHERINE N.**
**12600 Carl St. #30**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5953**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.88 | $106.88 |
|---|---|---|---|---|

**POLANCO, JOSE M.**
**1223 E Imperial Hwy**
**Los Angeles, CA 90059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5757**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**POLAT, FRANK O.**
**18553 Saticoy St. Unit.119**
**Reseda, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5344**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.62 | $263.62 |
|---|---|---|---|---|

**PONCE, JULIO**
**13000 Studebaker Rd Apt.48**
**Norwalk, CA 90650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6914**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.31 | $227.31 |
|---|---|---|---|---|

**PONCE, MARIA B.**
**225 NORTH AVENUE 53 APT #6**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3383**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,365.15 | $4,365.15 |
|---|---|---|---|---|

**PRECIADO, ERNESTO**
**4415 E. 6th**
**LOS ANGELES, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4829**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,151.24 | $1,151.24 |
|---|---|---|---|---|

**PRIETO CRUZ, JOCELYN .**
**2256 PARKSIDE AVE APT #202**
**LOS ANGELES, CA 90031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3242**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.67 | $202.67 |
|---|---|---|---|---|

**QUEVEDO, MATTHEW J.**
**18204 Nordhoff St**
**Northridge, CA 91325-2734**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5428**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,144.28** | **$2,144.28** |
|---|---|---|---|---|

**QUEZADA, BRENDA .**
**27240 LUTHER DRIVE UNIT 511**
**CANYON COUNTY, CA 91351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3665**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$235.01** | **$235.01** |
|---|---|---|---|---|

**QUEZADA, RANDY**
**7500 PENFIELD AVENUE**
**WINNETKA, CA 91306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5081**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$996.33** | **$996.33** |
|---|---|---|---|---|

**QUEZADA, YADIRA**
**7500 Penfield Avenue**
**WINNETKA, CA 91306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4326**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$92.31** | **$92.31** |
|---|---|---|---|---|

**QUINTANILLA RAMIREZ, NORMA .**
**18553 Saticoy St. Unit 151**
**Reseda, CA 91335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2222**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,661.79 | $2,661.79 |
|---|---|---|---|---|

**QUINTANILLA, WALTER .**
**13255 TERRA BELLA ST**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0848**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,569.39 | $2,569.39 |
|---|---|---|---|---|

**QUIRARTE, NOE .**
**1913 E. 124TH ST**
**COMPTON, CA 90222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3954**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,587.42 | $2,587.42 |
|---|---|---|---|---|

**QUIROZ PEREZ, NANCY**
**3715 W. 1ST STREET #104**
**LOS ANGELES, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5073**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.81 | $338.81 |
|---|---|---|---|---|

**RAMCLAM, COURTNEY L.**
**2619 So La Salle Ave #5**
**Los Angeles, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4861**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $184.96 | $184.96 |
|---|---|---|---|---|

**RAMIREZ Cordova, TANIA C.**
**14959 Vanowen Street #24**
**Van Nuys, CA 91405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6345**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $128.25 | $128.25 |
|---|---|---|---|---|

**Ramirez, Ariella**
**329 N 16th**
**Montebello, CA 90640**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6404**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $337.30 | $337.30 |
|---|---|---|---|---|

**RAMIREZ, CLAUDIA**
**10400 Swinton Ave**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6811**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $254.61 | $254.61 |
|---|---|---|---|---|

**RAMIREZ, DIANNA**
**13890 Sayre St. Apt. 204**
**Sylmar, CA 91342**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5562**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.00 | $90.00 |
|---|---|---|---|---|

**RAMIREZ, JEAN .**
**15440 SHERMAN WAY APT #124**
**VAN NUYS, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1798**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.22 | $133.22 |
|---|---|---|---|---|

**RAMIREZ, MARIA C.**
**1809 Kearney street**
**Los Angeles, CA 90033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5520**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,875.13 | $4,875.13 |
|---|---|---|---|---|

**RAMIREZ, MARIA D.**
**14717 COBALT ST**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5643**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,133.44 | $3,133.44 |
|---|---|---|---|---|

**RAMIREZ, MARITZA**
**742 E GRANADA COURT**
**ONTARIO, CA 91764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5347**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 157 of 231**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.78 | $284.78 |
|---|---|---|---|---|

**RAMIREZ, MARVIN A.**
**9541 WOODMAN AVE UNIT 3**
**ARLETA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **7155**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,519.12 | $1,519.12 |
|---|---|---|---|---|

**RAMIREZ, MICHELE G.**
**634 WEST 113th STREET**
**LOS ANGELES, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5933**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**RAMIREZ, RAMON**
**4063 1/2 WOODLAWN AVE**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6001**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.18 | $406.18 |
|---|---|---|---|---|

**RAMIREZ, ROBINETTE .**
**13700 COMMUNITY ST**
**PACOIMA, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2858**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,708.63 | $2,708.63 |
|---|---|---|---|---|

**RAMIREZ, ROSA .**
**3140 FAIRMOUNT ST**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5072**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.72 | $166.72 |
|---|---|---|---|---|

**RAMOS, LESLEY**
**13217 Kismet Ave**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6908**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.52 | $137.52 |
|---|---|---|---|---|

**RAMOS, MARILU**
**5087 Bohlig Rd**
**Los Angeles, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5242**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,135.20 | $2,135.20 |
|---|---|---|---|---|

**RASCON, MARISSA .**
**1319 SOUTH MERIDIAN AVE**
**ALHAMBRA, CA 91803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0157**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,841.00** | **$4,841.00** |
|---|---|---|---|---|
| | **REBATET, JACOB .**<br>**10518 SPRY ST**<br>**NORWALK, CA 90650** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: |
|---|---|
| Last 4 digits of account number **5698** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$149.62** | **$149.62** |
|---|---|---|---|---|
| | **REFFELLS, QUINTIN M.**<br>**725 Manchester Dr**<br>**Inglewood, CA 90301** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: |
|---|---|
| Last 4 digits of account number **6207** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$305.00** | **$305.00** |
|---|---|---|---|---|
| | **REGALADO, JADE E.**<br>**13161 Foothill Blvd #114**<br>**Sylmar, CA 91342** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: |
|---|---|
| Last 4 digits of account number **6781** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$150.00** | **$150.00** |
|---|---|---|---|---|
| | **RESTREPO, SAMUEL D.**<br>**344 W. Duarte Rd #A**<br>**Monrovia, CA 91016** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

| Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: |
|---|---|
| Last 4 digits of account number **5287** | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$450.00** | **$450.00** |
|---|---|---|---|---|

**REVOLORIO, CHRISTOPHER**
**1136 Arapahoe St Apt. 101**
**Los Angeles, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6190**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$122.01** | **$122.01** |
|---|---|---|---|---|

**REYES, JESSICA .**
**616 CLINTWOOD AVE**
**LA PUENTE, CA 91744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9955**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$647.71** | **$647.71** |
|---|---|---|---|---|

**REYES, MICHAEL**
**501 S MANHATTAN PLACE APT**
**#106**
**LOS ANGELES, CA 90020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5588**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,538.40** | **$1,538.40** |
|---|---|---|---|---|

**REYES, ZULY**
**18813 SCHOENBORN STREET**
**NORTHRIDGE, CA 91324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6317**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.75 | $93.75 |
|---|---|---|---|---|

**RICHMOND, CHANTAL J.**
**3365 SANTA FE AVENUE APT # 18**
**LONG BEACH, CA 90810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5944**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,178.31 | $3,178.31 |
|---|---|---|---|---|

**RIOS, BLANCA E.**
**4936 WHITSETT AVENUE APT #7**
**VALLEY VILLAGE, CA 91607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1180**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.49 | $165.49 |
|---|---|---|---|---|

**RIOS, JOCELYNE G.**
**11538 WELK AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4733**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,576.97 | $3,576.97 |
|---|---|---|---|---|

**RIVAS, KIMBERLY C.**
**611 N Pearl Ave**
**Compton, CA 90221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2797**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $156.75 | $156.75 |
|---|---|---|---|---|

**RIVAS, XIOMARA E.**
**2158 N MANANNA AVE APT 1**
**LOS ANGELES, CA 90032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6679**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $285.00 | $285.00 |
|---|---|---|---|---|

**RIVERA, JENNIFER**
**208 N Burris Ave**
**COMPTON, CA 90221**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6191**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $125.81 | $125.81 |
|---|---|---|---|---|

**RIVERA-MURILLO, EMILY E.**
**9415 SYLMAR AVE UNIT 7**
**PANORAMA CITY, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6763**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,131.06 | $1,131.06 |
|---|---|---|---|---|

**RIVERA-MURILLO, ROCIO**
**9415 SYLMAR AVENUE UNIT 7**
**PANORAMA CITY, CA 91402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6872**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.72 | $271.72 |
|---|---|---|---|---|

**ROBINSON, DAJA S.**
**630 S ALVARADO ST APT # 206**
**LOS ANGELES, CA 90057**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **7683**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.25 | $128.25 |
|---|---|---|---|---|

**ROBLES, ADRIANA**
**14833 Parthenia St. Apt #25**
**Panorama City, CA 91402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6285**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.94 | $195.94 |
|---|---|---|---|---|

**ROBLES, ARLENE A.**
**9025 BRADHURST STREET**
**PICO RIVERA, CA 90660**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5976**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,868.00 | $1,868.00 |
|---|---|---|---|---|

**ROBLES, KARLA**
**9635 SEPULVEDA BOULEVARD**
**UNIT #1**
**NORTH HILLS, CA 91343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6204**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,415.48 | $1,415.48 |
|---|---|---|---|---|
| | **ROBLES, OSBALDO .** | Check all that apply. | | |
| | **1317 LUCAS ST.** | ☐ Contingent | | |
| | **SAN FERNANDO, CA 91340** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **10/25/2019** | |

| | Last 4 digits of account number **1221** | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.00 | $305.00 |
|---|---|---|---|---|
| | **Robles-Cruz, Lissette** | Check all that apply. | | |
| | **3066 W 15th St Apt 201** | ☐ Contingent | | |
| | **Los Angeles, CA 90019** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **10/25/2019** | |

| | Last 4 digits of account number **6714** | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.28 | $161.28 |
|---|---|---|---|---|
| | **RODRIGUEZ CISNEROS, OSWALDO M.** | Check all that apply. | | |
| | **1087 W 39th St Apt 16** | ☐ Contingent | | |
| | **Los Angeles, CA 90037** | ☐ Unliquidated | | |
| | | ■ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **10/25/2019** | |

| | Last 4 digits of account number **5241** | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.12 | $358.12 |
|---|---|---|---|---|
| | **Rodriguez, Aaron M.** | Check all that apply. | | |
| | **974 S New Hampshire Ave Apt 5** | ☐ Contingent | | |
| | **Los Angeles, CA 90006** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | **10/25/2019** | |

| | Last 4 digits of account number **6712** | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | | ☐ Yes |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.80 | $308.80 |
|---|---|---|---|---|

**RODRIGUEZ, ALINA .**
**15445 COBALT ST #201**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3479**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,083.52 | $1,083.52 |
|---|---|---|---|---|

**RODRIGUEZ, ANDREA S.**
**430 Coronado Terrace Apt #3**
**Los Angles, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6126**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.19 | $323.19 |
|---|---|---|---|---|

**Rodriguez, Andres**
**14243 HOYT ST**
**ARLETA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6713**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $286.46 | $286.46 |
|---|---|---|---|---|

**RODRIGUEZ, ANDRES A.**
**16709 chatsworth street**
**Granada hills, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5111**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.50 | $310.50 |
|---|---|---|---|---|

**RODRIGUEZ, ASHLEY A.**
**7934 Laurel Canyon Blvd Apt 1**
**North Hollywood, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5282**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.40 | $211.40 |
|---|---|---|---|---|

**RODRIGUEZ, BALTAZAR .**
**8983 VICTORIA AVE**
**SOUTH GATE, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5849**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.25 | $185.25 |
|---|---|---|---|---|

**RODRIGUEZ, BIANKA .**
**8734 WAKEFIELD AVE**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6002**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,667.63 | $2,667.63 |
|---|---|---|---|---|

**RODRIGUEZ, CATALINA .**
**9600 SYLMAR AVE APT #43**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2780**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.42 | $183.42 |
|---|---|---|---|---|

**RODRIGUEZ, JAZZIEL .**
**3532 VINTON AVE APT #3**
**LOS ANGELES, CA 90034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **7432**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,982.65 | $1,982.65 |
|---|---|---|---|---|

**RODRIGUEZ, JOHANNA .**
**118 N MARGUERITA AVE APT #A**
**ALHAMBRA, CA 91801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0753**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.32 | $560.32 |
|---|---|---|---|---|

**RODRIGUEZ, KARENT .**
**5711 RUTHELEN ST**
**LOS ANGELES, CA 90062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6675**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $367.50 | $367.50 |
|---|---|---|---|---|

**RODRIGUEZ, MARIA H.**
**232 s Harvard Blvd #5**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6183**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,488.34** | **$4,488.34** |
|---|---|---|---|---|

**RODRIGUEZ, MIGUEL .**
**1089 HARRIS AVE**
**LOS ANGELES, CA 90063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0659**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$142.50** | **$142.50** |
|---|---|---|---|---|

**RODRIGUEZ, MISHELLE**
**4213 yosemite way**
**Los angeles, CA 90065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6888**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$256.50** | **$256.50** |
|---|---|---|---|---|

**RODRIGUEZ, NATALIE**
**10958 S Figueroa St**
**Los Angeles, CA 90061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5762**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,238.21** | **$4,238.21** |
|---|---|---|---|---|

**RODRIGUEZ, NOEMI .**
**18551 DEARBORN STREET APT**
**#38**
**NORTHRIDGE, CA 91324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0511**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,972.00 | $1,972.00 |
|---|---|---|---|---|

**RODRIGUEZ, ROCIO R.**
**3412 CUDAHY ST**
**HUNTINGTON PARK, CA 90255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3180**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**RODRIGUEZ, RUBY A.**
**5103 WOODLAWN AVE**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4364**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,724.99 | $1,724.99 |
|---|---|---|---|---|

**RODRIGUEZ, STACEY .**
**6561 FULTON AVE APT 7**
**VAN NUYS, CA 91401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4195**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,928.07 | $2,928.07 |
|---|---|---|---|---|

**RODRIGUEZ-CABRERA,**
**VERONICA .**
**385 E. LINCOLN AVE**
**MONTEBELLO, CA 90640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2884**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor  **Youth Policy Institute, Inc.**

Name

Case number (if known)  **2:19-bk-23085-BB**

---

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $72.00 | $72.00 |
|---|---|---|---|---|

**ROJAS, MARK**
**795 RAYMOND ST**
**UPLAND, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4370**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,544.86 | $2,544.86 |
|---|---|---|---|---|

**ROMAN ALVAREZ Jr., SALOMON .**
**5853 Virginia Ave. APT #6**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1178**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $360.00 | $360.00 |
|---|---|---|---|---|

**ROMAN VALDEZ, KARLA**
**13009 CARL ST APT 394**
**PACOIMA, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6775**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $6,471.88 | $6,471.88 |
|---|---|---|---|---|

**ROMERO, ANGELICA .**
**18409 COMPANARIO DR**
**ROWLAND HEIGHTS, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9132**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,704.80** | **$1,704.80** |
|---|---|---|---|---|

**ROMERO, STEPHANIE .**
8710 Rialton St
Pico Rivera, CA 90660

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3130**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$496.61** | **$496.61** |
|---|---|---|---|---|

**ROSADO-SANTOS, KEILA .**
13439 TREGO ST.
SYLMAR, CA 91342

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2571**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$180.00** |
|---|---|---|---|---|

**RUBINSTEIN, AMY**
411 N. 3RD STREET APT G
ALHAMBRA, CA 91801

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5936**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$369.00** | **$369.00** |
|---|---|---|---|---|

**RUEDA, MIRIAM .**
15147 ROXFORD STREET
SYLMAR, CA 91342

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4296**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.00 | $341.00 |
|---|---|---|---|---|

**RUIZ, ALEJANDRA**
**1620 E 82nd PL**
**Los ngeles, CA 90001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6789**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.75 | $213.75 |
|---|---|---|---|---|

**RUIZ, ALEX .**
**1333 1/2 E 27th St**
**Los Angeles, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0931**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**Ruiz, Enrique**
**14757 Sherman Way Apt 318**
**Van Nuys, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6321**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.56 | $231.56 |
|---|---|---|---|---|

**RUIZ, GILBERTO**
**1132 S Huron Dr**
**Santa Ana, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6900**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.25 | $236.25 |
|---|---|---|---|---|

**RUIZ, KELLY**
**13600 Cantlay St Apt 8**
**Van Nuys, CA 91405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6780**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $270.00 |
|---|---|---|---|---|

**RUSSELL, TRAVIS**
**19716 Azure Field Drive**
**Newhall, CA 91321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6821**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.51 | $358.51 |
|---|---|---|---|---|

**RUVALCABA, YEDID .**
**132 3/4 E. 47TH PL.**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4135**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**SALAM Esq., FATMA**
**16636 Gilmore St.**
**Van Nuys, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6866**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.80 | $195.80 |
|---|---|---|---|---|

**SALAM, ASMAA**
**16636 Gilmore St**
**Van Nuys, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6843**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.30 | $321.30 |
|---|---|---|---|---|

**SALAS, KRISTEENA .**
**4618 TOPAZ STREET**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3572**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.90 | $436.90 |
|---|---|---|---|---|

**SALCEDO, LEILANI .**
**13712 MERCER STREET**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3184**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,166.00 | $4,166.00 |
|---|---|---|---|---|

**SALGADO, GLORIA C.**
**236 S. Avenue 55 APT J**
**Los Angeles, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5316**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.85 | $212.85 |
|---|---|---|---|---|

**2.699**

Priority creditor's name and mailing address

**SALINAS, JACQUELINE**
**1147 Van Pelt Ave**
**Los Angeles, CA 90063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$212.85        $212.85

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5331**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.700**

Priority creditor's name and mailing address

**SALINAS, KIMBERLY .**
**1120 W. 57TH ST.**
**LOS ANGELES, CA 90037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$2,220.20        $2,220.20

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2389**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.701**

Priority creditor's name and mailing address

**SALOMON, SALVADOR**
**15056 Vose St.**
**Van Nuys, CA 91405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$235.12        $235.12

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5481**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.702**

Priority creditor's name and mailing address

**SALVADOR, ANNER**
**123 N Hagar st**
**San Fernando, CA 91340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$99.75        $99.75

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6867**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,577.60 | $1,577.60 |
|---|---|---|---|---|

**SANCHEZ ARROYO, KHERGTIN .**
**4326 W MLK JR BLVD APT #5**
**LOS ANGELES, CA 90008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **8754**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.47 | $97.47 |
|---|---|---|---|---|

**SANCHEZ, ALEJANDRO .**
**13112 El Dorado Ave.**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **1510**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.85 | $293.85 |
|---|---|---|---|---|

**SANCHEZ, ALEXANDRA M.**
**9367 Urbana Ave.**
**Arleta, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **5812**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.46 | $255.46 |
|---|---|---|---|---|

**SANCHEZ, BRYAN A.**
**12967 Paxton St**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **5319**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.81 | $188.81 |
|---|---|---|---|---|

**SANCHEZ, ISABELLE
16948 Labrador st.
Northridge, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6846**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.03 | $311.03 |
|---|---|---|---|---|

**SANCHEZ, JARINTZI .
123 N. HAGAR STREET APT # B
SAN FERNANDO, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4304**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.06 | $299.06 |
|---|---|---|---|---|

**SANCHEZ, JOSE L.
11183 HERRICK AVE
PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4735**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.81 | $302.81 |
|---|---|---|---|---|

**SANCHEZ, MARCO A.
820w 80th st
Los Angeles, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6832**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.00 | $228.00 |
|---|---|---|---|---|

**SANCHEZ, MIGUEL A.**
**6442 LINDLEY AVE**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4415**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.65 | $154.65 |
|---|---|---|---|---|

**SANDOVAL, PATRICIA**
**926 S Duncan Ave**
**Los Angeles, CA 90022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5206**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,542.66 | $5,542.66 |
|---|---|---|---|---|

**SANTANA, ALICIA .**
**9937 STANWIN AVE**
**ARLETA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2759**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.50 | $348.50 |
|---|---|---|---|---|

**SANTIAGO, MONICA N.**
**7901 broadleaf ave.**
**panorama city, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6855**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.20 | $941.20 |
|---|---|---|---|---|

**SANTOS, DIANA**
**10251 KEWEN  AVE.**
**PACOIMA, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

| Last 4 digits of account number **4680** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.36 | $312.36 |
|---|---|---|---|---|

**SANTOS, SANDY**
**5711 1/2 Ruthelen st.**
**Los Angeles, CA 90062**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

| Last 4 digits of account number **6837** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.51 | $193.51 |
|---|---|---|---|---|

**SARENANA, EZEKIEL**
**512 Chatsworth Dr**
**San Fernando, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

| Last 4 digits of account number **6823** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.71 | $183.71 |
|---|---|---|---|---|

**SARENANA, LAWRENCE .**
**10631 LINDLEY AVE. APT #247**
**NORTHRIDGE, CA 91326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

| Last 4 digits of account number **2414** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes |

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,325.10 | $1,325.10 |
|---|---|---|---|---|

**SAROHA, DEEPTI**
**6643 WOODEY AVENUE APT 12A**
**VAN NUYS, CA 91406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5969**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.56 | $117.56 |
|---|---|---|---|---|

**SAUCEDO, VANESSA A.**
**14547 Fox St Rear**
**Mission Hills, CA 91345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6334**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,569.71 | $11,569.71 |
|---|---|---|---|---|

**SAUNDERS, STANLEY .**
**15106 NW OAKMONT LOOP**
**BEAVERTON, OR 97006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0010**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.40 | $55.40 |
|---|---|---|---|---|

**SCHULTZ, MARTA .**
**1019 6TH ST APT #4**
**SANTA MONICA, CA 90403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **1421**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.25 | $293.25 |
|---|---|---|---|---|

**SEGURA, YOLANDA ESTELA P.**
**1656 W 11th PL APT 2**
**Los Angeles, CA 90015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5966**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,734.86 | $1,734.86 |
|---|---|---|---|---|

**SEPULVEDA, IRMA .**
**26123 BOUQUET CANYON RD APT**
**223**
**SANTA CLARITA, CA 91350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0757**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $54.25 | $54.25 |
|---|---|---|---|---|

**SEPULVEDA, JOSE .**
**11339 MONTGOMERY AVE**
**GRANADA HILLS, CA 91434**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3831**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.84 | $96.84 |
|---|---|---|---|---|

**SERRANO VALLADARES, SAUL**
**10472 Laurel Canyon Blvd.**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5475**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $356.11 | $356.11 |
|---|---|---|---|---|

**SERRANO, SARA**
**8137 California Ave**
**South Gate, CA 90280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6828**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,903.91 | $3,903.91 |
|---|---|---|---|---|

**SERRATO, HECTOR .**
**10077 AMBOY AVE**
**PACOIMA, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5608**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |
|---|---|---|---|---|

**SHARP, ROBIN .**
**6710 VARNA AVE**
**VALLEY GLEN, CA 91401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9145**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,570.74 | $2,570.74 |
|---|---|---|---|---|

**SICAL SANCHEZ, CARLOS S.**
**19401 HAYNES STREET APT # 10**
**RESEDA, CA 91335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5771**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,647.11 | $2,647.11 |
|---|---|---|---|---|
| | **SILVA, JASMINE .**<br>**439 NEWTON ST**<br>**SAN FERNANDO, CA 91340** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **9133** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,630.36 | $1,630.36 |
|---|---|---|---|---|
| | **SILVA, JESSICA .**<br>**660 LORANNE AVE**<br>**POMONA, CA 91767** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **3667** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,836.24 | $1,836.24 |
|---|---|---|---|---|
| | **SILVA, KATHY**<br>**8421 VENTURA CANYON AVENUE**<br>**APT 1**<br>**PANORAMA CITY, CA 91402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6443** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,272.84 | $1,272.84 |
|---|---|---|---|---|
| | **SILVA, MICHAEL A.**<br>**14906 Polk Street**<br>**Sylmar, CA 91342** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **5130** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,261.40** | **$3,261.40** |
|---|---|---|---|---|
| | **SILVA, NICHOLAS .**<br>**3116 BLANCHARD ST.**<br>**LOS ANGELES, CA 90063** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **3123** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,696.43** | **$1,696.43** |
|---|---|---|---|---|
| | **SIMPSON, LINDSAY .**<br>**1435 N. Placentia Avenue APT 64**<br>**Fullerton, CA 92831** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **3934** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,404.72** | **$3,404.72** |
|---|---|---|---|---|
| | **SKRUMBIS, AMBER M.**<br>**5710 Crescent Park East APT #436**<br>**Playa Vista, CA 90094** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **5118** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$185.25** | **$185.25** |
|---|---|---|---|---|
| | **SMITH, CHEYANNE**<br>**15519 Deblynn Ave**<br>**Gardena, CA 90248** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **5833** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $148.24 | $148.24 |
|---|---|---|---|---|

**SMITH, CHRISTIAN A.**
**10607 Crenshaw Blvd Apt 3**
**Inglewood, CA 90303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5438**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $214.20 | $214.20 |
|---|---|---|---|---|

**SMITH, ERICK J.**
**247 N Berendo St**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4881**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,648.11 | $2,648.11 |
|---|---|---|---|---|

**SOLANO, LENIN .**
**330 N BIXEL ST APT #203**
**LOS ANGELES, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0311**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $264.91 | $264.91 |
|---|---|---|---|---|

**SOLIS, CECILIA S.**
**19545 Sherman Way Unit 109**
**Reseda, CA 91335**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6054**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,404.48** | **$1,404.48** |
|---|---|---|---|---|

**SOLIS, DAVID S.**
**214 W 62ND ST**
**LOS ANGELES, CA 90003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2610**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,817.98** | **$1,817.98** |
|---|---|---|---|---|

**SOLORIO, DELANIE .**
**1431 HOLLISTER STREET**
**SAN FERNANDO, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3145**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$362.25** | **$362.25** |
|---|---|---|---|---|

**SORTO CARPIO, KENIA J.**
**1138 S Fedora St Apt 5**
**Los Angeles, CA 90006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6882**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,788.18** | **$2,788.18** |
|---|---|---|---|---|

**SOWERS, REBECCA G.**
**1456 SOUTH WOOSTER STREET**
**APT #1**
**LOS ANGELES, CA 90035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4771**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**SPARKS, RICARDO A.**
**6055 Bonfair Ave**
**Lakewood, CA 90712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6454**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $340.00 |
|---|---|---|---|---|

**SU, DARREN**
**2579 LOMBARDY BLVD.**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5137**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,275.54 | $2,275.54 |
|---|---|---|---|---|

**SULLIVAN, BRIANNE T.**
**1735 WINONA BLVD APT #8**
**LOS ANGELES, CA 90027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5379**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.69 | $181.69 |
|---|---|---|---|---|

**TAPIA, STACEY M.**
**8505 COLUMBUS AVENUE UNIT**
**302**
**NORTH HILLS, CA 91343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5862**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.00 | $408.00 |
|---|---|---|---|---|

**TAPIA, STACY .**
**9233 VAN NUYS BLVD # 224**
**PANORAMA CITY, CA 91402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6034**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.38 | $1,121.38 |
|---|---|---|---|---|

**TARANGO, SANDRA .**
**13550 FOOTHILL BLVD UNIT #6**
**SYLMAR, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3956**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.75 | $213.75 |
|---|---|---|---|---|

**TARAX, VANESSA**
**15038 Paddock St.**
**Sylmar, CA 91342**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6173**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,086.69 | $4,086.69 |
|---|---|---|---|---|

**TEDLA, HAMEN .**
**12829 Wintrop ave.**
**Grandahills, CA 91344**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **9072**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.42 | $287.42 |
|---|---|---|---|---|

**TEJADA, ERICK B.**
**4519 Clinton st**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6834**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.75 | $167.75 |
|---|---|---|---|---|

**TELLES, JENNIFER**
**816 S Park View St Apt 304**
**Los Angeles, CA 90057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6753**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.20 | $298.20 |
|---|---|---|---|---|

**TEMMERMAN, JULIE M.**
**10023 Halbrent Ave**
**Mission Hills, CA 91345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5800**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.50 | $262.50 |
|---|---|---|---|---|

**TEPOX, WENDY .**
**4228 WALL STREET**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3965**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.27 | $186.27 |

**TERRE, JOHN .**
**6615 Lemp Ave. #4**
**North Hollywood, CA 91606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5322**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.74 | $275.74 |

**THOMAS, TAYLOR M.**
**P.O. BOX 7023**
**Long Beach, CA 90807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5671**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.00 | $240.00 |

**TLATOA, JONATHAN .**
**1136 E. 48TH ST.**
**LOS ANGELES, CA 90011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3159**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.70 | $209.70 |

**TOBAR Jr., CARLOS R.**
**846 west 83rd st. Apt. 4**
**Los Angeles, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5094**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.50 | $142.50 |
|---|---|---|---|---|

**TOLEDO, JOHN G.**
**149 N Kenmore Ave**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6461**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $534.23 | $534.23 |
|---|---|---|---|---|

**TORRES, AMANDA B.**
**2021 ARLINGTON AVE, apt 8**
**LOS ANGELES, CA 90018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6905**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.00 | $310.00 |
|---|---|---|---|---|

**Torres, Claudia F.**
**1973 Knox St.**
**San Fernando, CA 91340**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6099**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.70 | $232.70 |
|---|---|---|---|---|

**TORRES, SAMANTHA**
**25399 The Old Road APT 2-208**
**Stevenson Ranch, CA 91381**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **6814**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.06 | $317.06 |
|---|---|---|---|---|

**TORRES, TANIA**
**6720 HAYVENHURST AVENUE**
**APT #55**
**VAN NUYS, CA 91406**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5920**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.68 | $294.68 |
|---|---|---|---|---|

**Torres, Vanessa**
**1973 Knox St.**
**San Fernando, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6021**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.50 | $247.50 |
|---|---|---|---|---|

**TORRES, YAIRA**
**10914 El Dorado Ave**
**Los Angeles, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6898**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.98 | $233.98 |
|---|---|---|---|---|

**TOSCANO PEREZ, BLANCA**
**1533 N. Highland St Apt A**
**Orange, CA 92867**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6861**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,521.17** **$5,521.17** |
| | **TOVAR, JASMINE .** | *Check all that apply.* | |
| | **434 E 76TH STREET** | ☐ Contingent | |
| | **LOS ANGELES, CA 90003** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **10/25/2019** | | |
| | Last 4 digits of account number **3310** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$49.88** **$49.88** |
| | **TOWNSEND, WHITNEY A.** | *Check all that apply.* | |
| | **528 N. BENTON WAY APT # 214** | ☐ Contingent | |
| | **LOS ANGELES, CA 90026** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **10/25/2019** | | |
| | Last 4 digits of account number **5148** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$193.91** **$193.91** |
| | **TRANSITO-VALDEZ, IRMA** | *Check all that apply.* | |
| | **4037 Morgan Ave** | ☐ Contingent | |
| | **Los Angeles, CA 90011** | ☐ Unliquidated | |
| | | ■ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **10/25/2019** | | |
| | Last 4 digits of account number **5377** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$216.72** **$216.72** |
| | **TRUJILLO, BRENDA .** | *Check all that apply.* | |
| | **1327 SHERIDAN AVE** | ☐ Contingent | |
| | **POMONA, CA 91767** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | **10/25/2019** | | |
| | Last 4 digits of account number **3935** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY | ■ No | |
| | unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes | |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**TUAZON, ERIC .**
**28342 CAMINO DEL ARTE DR.**
**VALENCIA, CA 91354**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **7979**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,149.51 | $1,149.51 |
|---|---|---|---|---|

**TUREK, CIARA .**
**1329 N. COLUMBUS AVE APT #D**
**GLENDALE, CA 91202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3760**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.02 | $86.02 |
|---|---|---|---|---|

**TZINTZUN, SAMANTHA D.**
**10420 Marklein Ave.**
**Mission Hills, CA 91345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5402**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.50 | $142.50 |
|---|---|---|---|---|

**ULLOA, CRISLY**
**1029 S Westmoreland Ave Apt#104**
**Los Angeles, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6434**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.19 | $324.19 |
|---|---|---|---|---|

**URIOSTEGUI, LINDA C.**
10052 Antigua St.
Anaheim, CA 92804

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6907**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.51 | $210.51 |
|---|---|---|---|---|

**URQUILLA, MARIA .**
27332 SANTA CLARITA RD.
SANTA CLARITA, CA 91350

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3931**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.50 | $77.50 |
|---|---|---|---|---|

**Utkina, Linoy**
7107 Kester Ave Apt 114
Van Nuys, CA 91405

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6659**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.56 | $110.56 |
|---|---|---|---|---|

**VALDEZ, SILVIA**
13030 garber st
pacoima, CA 91331

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6748**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.86 | $61.86 |
|---|---|---|---|---|

**VALENZUELA, KEVIN M.**
**1730 W. 64st**
**Los angeles, CA 90047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5200**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,151.24 | $1,151.24 |
|---|---|---|---|---|

**VALLEJO VAZQUEZ, MARIA .**
**1627 S. VERMONT AVE APT #1**
**LOS ANGELES, CA 90006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3200**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.47 | $166.47 |
|---|---|---|---|---|

**VALLEJO, LESLE J.**
**3419 Los Angeles Street**
**Baldwin Park, CA 91706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5294**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $288.75 | $288.75 |
|---|---|---|---|---|

**Valverde, Stephanie**
**221 Lucas Ave**
**Los Angeles, CA 90026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6790**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
| --- | --- | --- | --- |
| | Name | | |

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $85.50 | $85.50 |
| --- | --- | --- | --- | --- |
| | **VARELA, JOSHUA**<br>**225 S San Dimas Cyn Rd apt#8**<br>**San Dimas, CA 91773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **6917** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $5,373.39 | $5,373.39 |
| --- | --- | --- | --- | --- |
| | **VARGAS, ANAHI .**<br>**9701 CANTERBURY AVE**<br>**ARLETA, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **9997** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $292.50 | $292.50 |
| --- | --- | --- | --- | --- |
| | **VARGAS, ERIC G.**<br>**19436 Vanowen St**<br>**Reseda, CA 91335** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **5948** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $2,250.94 | $2,250.94 |
| --- | --- | --- | --- | --- |
| | **VARGAS, HUMBERTO**<br>**9701 CANTERBURY AVE**<br>**ARLETA, CA 91331** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**10/25/2019** | Basis for the claim: | | |
| | Last 4 digits of account number **4405** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.81 | $247.81 |
|---|---|---|---|---|

**VASQUEZ, AMY L.**
**2636 Hillcrest Dr Apt 6**
**Los Angeles, CA 90016**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6863**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.00 | $372.00 |
|---|---|---|---|---|

**VASQUEZ, CLAUDIA .**
**238 S. LAFAYETTE PARK PL APT**
**#306**
**LOS ANGELES, CA 90057**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0027**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $255.00 |
|---|---|---|---|---|

**VASQUEZ, FATIMA**
**5732 FOUNTAIN AVE**
**LOS ANGELES, CA 90028**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4921**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,415.52 | $2,415.52 |
|---|---|---|---|---|

**VAZQUEZ, JENNIFER .**
**405 EUCLID AVE**
**LOS ANGELES, CA 90063**

_Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6395**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.00 | $57.00 |
|---|---|---|---|---|

**VAZQUEZ, JORGE A.**
4011 Randoll St
Huntngton Park, CA 90255

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5897**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.65 | $361.65 |
|---|---|---|---|---|

**VEGA, ENRIQUE**
13666 Filmore St
Pacoima, CA 91331

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5108**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.38 | $192.38 |
|---|---|---|---|---|

**Vega, Jennifer**
372 Loma Dr
Los Angeles, CA 90017

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5990**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,717.92 | $2,717.92 |
|---|---|---|---|---|

**VELA, THANIA .**
5409 MILDRED ST
SIMI VALLEY, CA 93063

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0435**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.75 | $213.75 |
|---|---|---|---|---|

**VELEZ, VICTOR M.**
**1190 Rolland Curtis Pl**
**Los Angeles, CA 90037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5753**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.95 | $235.95 |
|---|---|---|---|---|

**VENEGAS, ANNA L.**
**12659 CATHY ST**
**SYLMAR, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4366**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,376.10 | $1,376.10 |
|---|---|---|---|---|

**VENEGAS, JEANNE .**
**13310 GLENOAKS**
**SYLMAR, CA 91342**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2894**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,155.30 | $2,155.30 |
|---|---|---|---|---|

**VERGARA-DIAZ, JONATHAN I.**
**828 NORTH BRAND BLVD**
**SAN FERNANDO, CA 91340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6267**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**2.803**

Priority creditor's name and mailing address
**VIDACA, JASMINE .**
**22761 Vanowen St. Apt 216**
**West Hills, CA 91307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,559.97    $1,559.97

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0015**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.804**

Priority creditor's name and mailing address
**VIDANA, BERENICE**
**18440 Hatteras St.  Apt. #24**
**Tarzana, CA 91356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$391.00    $391.00

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5751**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.805**

Priority creditor's name and mailing address
**VILLANUEVA, BELEN .**
**13510 VAUGHN STREET**
**SAN FERNANDO, CA 91340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$380.98    $380.98

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4112**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.806**

Priority creditor's name and mailing address
**VILORIA, GENE .**
**14914 ROSCOE BLVD. APT #17**
**PANORAMA CITY, CA 91402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$200.70    $200.70

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **3838**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.89 | $203.89 |
|---|---|---|---|---|

**Vizcarra, Arvin C.**
**12620 Judd St.**
**Pacoima, CA 91331**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5600**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.40 | $248.40 |
|---|---|---|---|---|

**WADE, WANDA .**
**4221 FLOWER ST**
**LOS ANGELES, CA 90037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5323**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,024.32 | $3,024.32 |
|---|---|---|---|---|

**WARMSLEY, DREW**
**700 NORTH DWIGHT AVENUE**
**COMPTON, CA 90220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5603**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.44 | $224.44 |
|---|---|---|---|---|

**WELMOND, CHLOE**
**117 Bimini Place, Apt 216**
**Los Angeles, CA 90004**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6851**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.50 | $232.50 |
|---|---|---|---|---|

**WILLIAMS Jr., CLARENCE**
**26812 Isabella Pkwy Apt 202**
**Santa Clarita, CA 91351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6885**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.43 | $234.43 |
|---|---|---|---|---|

**WILLIAMS Jr., TROY**
**11844 S Normandie Ave**
**Los Angeles, CA 90044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4778**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,908.80 | $1,908.80 |
|---|---|---|---|---|

**WILLIAMS, CRAIG**
**17821 LASSEN STREET APT 340**
**NORTHRIDGE, CA 91325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6440**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,311.71 | $5,311.71 |
|---|---|---|---|---|

**WOMACK, MARGUERITE .**
**5108 BUCHANAN STREET**
**LOS ANGELES, CA 90042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **4241**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|--------|----------------------------------|------------------------|----------------------|
|        | Name |  |  |

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,709.00 | $2,709.00 |
|-------|----------------------------------------------|-----------------------------------------------|-----------|-----------|

**WOODS, CASSIE**
**2354 FLETCHER DRIVE APT #233**
**LOS ANGELES, CA 90039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5890**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.12 | $368.12 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**WOODS-MCGUIRE, JAHLYN**
**4455 East Goldfield Ave**
**Long Beach, CA 90807**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6791**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.75 | $213.75 |
|-------|----------------------------------------------|-----------------------------------------------|---------|---------|

**WOODSON, ADRIAN**
**1200 N. CULVER AVENUE APT A**
**COMPTON, CA 90222**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5922**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,106.25 | $10,106.25 |
|-------|----------------------------------------------|-----------------------------------------------|------------|------------|

**WU, NICHOLAS .**
**5510 POPLAR BLVD**
**LOS ANGELES, CA 90032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **2642**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

| 2.819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.25 | $242.25 |
|---|---|---|---|---|

**YACAPIN, ANDRE J.**
**17416 Stare Street**
**Northridge, CA 91325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6026**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 | $270.00 |
|---|---|---|---|---|

**Yahutentzi, Joel A.**
**13214 Terra Bella st**
**Pacoima, CA 91331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6850**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.36 | $194.36 |
|---|---|---|---|---|

**YESCAS, LUCRECIA**
**2858 Leeward Ave Apt 309**
**Los Angeles, CA 90005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6875**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.33 | $210.33 |
|---|---|---|---|---|

**ZAMBRANO, JASMINE G.**
**5963 Agra St**
**Bell Gardens, CA 90201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6020**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.60 | $86.60 |
|---|---|---|---|---|

**ZAMORA, DENISE .**
**1600 TREMONT ST**
**LOS ANGELES, CA 90033**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **0733**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.75 | $213.75 |
|---|---|---|---|---|

**ZAMUDIO MARTINEZ, LUIS .**
**6125 S. MAIN STREET APT #1**
**LOS ANGELES, CA 90003**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **3208**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.78 | $68.78 |
|---|---|---|---|---|

**ZAMUDIO, DAVID .**
**2710 ILLINOIS AVE**
**SOUTH GATE, CA 90280-4004**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **0819**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.31 | $104.31 |
|---|---|---|---|---|

**ZAPATA, LESLIE L.**
**11231 Norris ave**
**Pacoima, CA 91331**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/25/2019** | |

Last 4 digits of account number **5823**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|

**ZARAZUA, BRIGETTE**
**11916 STRATHERN STREET**
**NORTH HOLLYWOOD, CA 91605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6646**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.64 | $143.64 |
|---|---|---|---|---|

**ZAVALA, ABRIL**
**7120 Forbes Ave.**
**Van Nuys, CA 91406**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6819**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.62 | $264.62 |
|---|---|---|---|---|

**ZELAYA, JONATHAN**
**7301 Lennox Ave #E14**
**Van Nuys, CA 91405**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6835**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,812.06 | $4,812.06 |
|---|---|---|---|---|

**ZIMMERMAN, CHARMANE .**
**3330 HOLLYPARK DRIVE APT 4**
**INGLEWOOD, CA 90305**

Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **6504**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $166.62 | $166.62 |
|---|---|---|---|---|

**ZUNIGA, FREDDY J.**
**3958 1/2 2ND AVE**
**LOS ANGELES, CA 90008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5891**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $9,200.56 | $9,200.56 |
|---|---|---|---|---|

**ZUNIGA, IRIS .**
**3205 LINDA VISTA**
**GLENDALE, CA 91206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **0221**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $57.00 | $57.00 |
|---|---|---|---|---|

**ZUNIGA, JUDITH I.**
**1539 W Gage Ave**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5737**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $57.90 | $57.90 |
|---|---|---|---|---|

**ZUNIGA, SAMANTHA G.**
**1539 W. Gage Ave**
**Los Angeles, CA 90047**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**10/25/2019**

Basis for the claim:

Last 4 digits of account number **5463**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$380.00**

**911 Plumbing Services**
**1621 N. WILCOX AVE. UNIT #243**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number  **0024**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36,327.10**

**A Purpose Transportation**
**PO BOX 39A64**
**LOS ANGELES, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number  **0282**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,893.00**

**ABCO Technology**
**6733 S. SEPULVEDA BLVD**
**STE. #106**
**LOS ANGELES, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number  **0026**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$269.00**

**ABM**
**ONE LIBERTY PLAZA**
**7TH FL**
**NEW YORK, NY 01006**

Date(s) debt was incurred _

Last 4 digits of account number  **0725**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,060.00**

**Alas Media**
**451 S. Brand Blvd Suite 201**
**San Fernando, CA 91340**

Date(s) debt was incurred _

Last 4 digits of account number  **AS00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$576.00**

**Alfred Mena**
**13015 WHEELER AVE**
**SYLMAR, CA 91342**

Date(s) debt was incurred _

Last 4 digits of account number  **0378**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$344.72**

**All Electrical Solutions Inc.**
**8009 NORTON AVE**
**WEST HOLLYWOOD, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number  **0871**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Alliance For Children And Families**
**11700 W Lake Park Drive**
**Milwaukee, WI 53224**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  LI05**

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$358,108.08** |
|---|---|---|---|

**American Express**
**WORLD FINANCIAL CENTER**
**NEW YORK, NY 10285**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  0597**

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,670.00** |
|---|---|---|---|

**American GTS**
**WORLD FINANCIAL CENTER**
**NEW YORK, NY 10285**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  0597**

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$325.00** |
|---|---|---|---|

**Apex Innovations Courses**
**Po Box 8171**
**Calabasas, CA 91302**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  EX03**

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,797.77** |
|---|---|---|---|

**Armanino LLP**
**PO BOX 398285**
**SAN FRANCISCO, CA 94139-8285**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  0044**

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,895.00** |
|---|---|---|---|

**Asucla**
**Ucla Restaurants**
**308 Westwood Plaza Kh234**
**Los Angeles, CA 90095**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  UC00**

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,221.36** |
|---|---|---|---|

**Azteca Soccer**
**11853 E Valley Blvd**
**El Monte, CA 91732**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number  TE01**

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$246.58**

**Baudville Inc.**
**5380 52ND ST SE**
**GRAND RAPIDS, MI**

Date(s) debt was incurred _

Last 4 digits of account number  **0707**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$616.00**

**Bay Alarm**
**5130 Commercial Circle**
**#N/A**
**Concord, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,722.00**

**Benuck & Rainey Inc.**
**25 CONCORD ROAD**
**LEE, NH 03861**

Date(s) debt was incurred _

Last 4 digits of account number  **0908**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,070.52**

**Bert Corona Charter School**
**9400 Remick Avenue**
**Pacoima, CA 91331**

Date(s) debt was incurred _

Last 4 digits of account number  **RT00**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,818.52**

**Best Buy**
**7601 Penn Ave S**
**RICHFIELD, MN 55423**

Date(s) debt was incurred _

Last 4 digits of account number  **0253**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,440.33**

**Beverly Locksmith**
**4023-1 W 3RD STREET**
**LOS ANGELES, CA 90028**

Date(s) debt was incurred _

Last 4 digits of account number  **0754**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$177.73**

**BH Photo**
**370A W 35th St**
**New York, NY 10001**

Date(s) debt was incurred _

Last 4 digits of account number  **0259**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Bright Star Schools**
**2636 South Mansfield Avenue**
**Los Angeles, CA 90016**

Date(s) debt was incurred _

Last 4 digits of account number  **IG00**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$482,150.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Buck Institute for Education**
**3 HAMILTON LANDING**
**SUITE 220**
**NOVATO, CA 94949**

Date(s) debt was incurred _

Last 4 digits of account number  **0528**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$155.34**

---

**3.24**

**Nonpriority creditor's name and mailing address**

**C3 Business Solutions**
**3130 S. HARBOR BLVD.**
**SUITE 500**
**SANTA ANA, CA 92704**

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$158,509.92**

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Cal State University Northridge**
**University Cash Services 8214**
**18111 Nordhoff St**
**Northridge, CA 91330**

Date(s) debt was incurred _

Last 4 digits of account number  **LS00**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,293.00**

---

**3.26**

**Nonpriority creditor's name and mailing address**

**California Department of Education (21st**
**1430 N Street**
**Sacramento, CA 95814-5901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,285,486.00**

---

**3.27**

**Nonpriority creditor's name and mailing address**

**California Science Center**
**700 Exposition Park Drive**
**Los Angeles, CA 90037**

Date(s) debt was incurred _

Last 4 digits of account number  **LI01**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,558.40**

---

**3.28**

**Nonpriority creditor's name and mailing address**

**California State University Long Beach**
**1250 Bellflower Blvd**
**LONG BEACH, CA**

Date(s) debt was incurred _

Last 4 digits of account number  **0679**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,325.00**

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$750.00** |
|---|---|---|---|

**California State University Los Angeles**
**5151 STATE UNIVERSITY DRIVE**
**LOS ANGELES, CA 90032**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0714**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,147.72** |
|---|---|---|---|

**Capstan Ventures, LLC**
**4744 Telephone Rd**
**STE 3-295**
**Ventura, CA 93003**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Center4FE**
**12701 SCHABARUM AVENU**
**IRWINDALE, CA 91706**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0950**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,778.95** |
|---|---|---|---|

**Childcare Careers**
**2000 Sierra Point Pkwy**
**Ste 702**
**Brisbane, CA 94005**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0075**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,213.12** |
|---|---|---|---|

**CitiBank Mastercard**
**388-390 GREENWICH ST**
**NEW YORK, NY 10013**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0843**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$370.00** |
|---|---|---|---|

**City Year**
**287 Columbus Ave**
**Boston, MA 02116**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0080**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,250.00** |
|---|---|---|---|

**Clear Impact**
**11300 ROCKVILLE PIKE**
**SUITE 1001**
**ROCKVILLE, MD 20852**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  **0710**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Cloud for Good**
**1854A HENDERSONVILLE #252**
**Asheville, NC 28803**

Date(s) debt was incurred __

Last 4 digits of account number  **0084**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,650.00**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**Coe's Glass**
**15532 CRENSHAW BLVD.**
**GARDENA, CA 90249**

Date(s) debt was incurred __

Last 4 digits of account number  **0936**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$278.64**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Collegespring**
**1333 BROADWAY**
**SUITE 250**
**OAKLAND, CA 94612**

Date(s) debt was incurred __

Last 4 digits of account number  **0086**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Commline, Inc**
**5563 Sepulveda Blvd Ste. D**
**Culver City, CA 90230**

Date(s) debt was incurred __

Last 4 digits of account number  **MM03**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$44,370.54**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Computer Institute Of Technology**
**6444 Bellingham Ave Suite 202**
**North Hollywood, CA 91606**

Date(s) debt was incurred __

Last 4 digits of account number  **MP05**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,800.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**

**CopyFree**
**601 S San Gabriel Blvd**
**San Gabriel, CA 91776**

Date(s) debt was incurred __

Last 4 digits of account number  **PY02**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,598.23**

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Cosco Fire Protection**
**1075 W. LAMBERT RD. BLDG D**
**BREA, CA 92821**

Date(s) debt was incurred __

Last 4 digits of account number  **0090**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,480.00**

---

| Debtor | **Youth Policy Institute, Inc.** | | Case number (if known) | **2:19-bk-23085-BB** |

Name

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**Council of Development Finance Agencies**
**100 E BROAD ST**
**SUITE 1200**
**COMLUMBUS, OH 43215**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __0695__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,248.43** |
|---|---|---|---|

**Crown Awards**
**9 SKYLINE DR**
**HAWTHORNE, NY 10532**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __0362__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,229.00** |
|---|---|---|---|

**Dell c/o Lam, Lyn & Philip, P.C.**
**6213 SKYLINE DRIVE, SUITE 2100**
**HOUSTON, TX 77057**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __7057__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$724,072.00** |
|---|---|---|---|

**Department of Education (os Angeles Prom**
**400 Maryland Avenue, SW**
**Washington, DC 20202**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,650.00** |
|---|---|---|---|

**Department of Labor (Reentry Employment**
**200 Constitution AVE NW**
**Washington   20210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,664.59** |
|---|---|---|---|

**DirectED Educational Services**
**21820 BURBANK BLVD**
**SUITE 310**
**WOODLAND HILLS, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __0723__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,377.15** |
|---|---|---|---|

**Discount School Supply**
**P.O. Box 6013**
**Carol Stream, IL 60197**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __SC00__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$573.00** |
|---|---|---|---|

**Discovery Science Center of Orange Count**
**2500 N. MAIN ST.**
**SANTA ANA, CA 92705**

Date(s) debt was incurred __

Last 4 digits of account number  **0458**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$800.40** |
|---|---|---|---|

**Dolphin Trucking**
**4820 S EASTER AVE**
**UNIT 0**
**COMMERECE, CA 90040**

Date(s) debt was incurred __

Last 4 digits of account number  **0925**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,749.50** |
|---|---|---|---|

**Downey Adult School**
**12340 WOODRUFF AVE**
**DOWNEY, CA 90241**

Date(s) debt was incurred __

Last 4 digits of account number  **0276**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,833.00** |
|---|---|---|---|

**DSH Architecture**
**3250 Wilshire Blvd Suite 1105**
**LOS ANGELES, CA 90010**

Date(s) debt was incurred __

Last 4 digits of account number  **H000**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$41,950.00** |
|---|---|---|---|

**EdNet Career Institute**
**7301 TOPANGA CANYON BLVD.**
**#350**
**CANOGA PARK, CA 91303**

Date(s) debt was incurred __

Last 4 digits of account number  **0916**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,772.32** |
|---|---|---|---|

**EL Community School**

**CA**

Date(s) debt was incurred __

Last 4 digits of account number  **0704**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,864.91** |
|---|---|---|---|

**Emma, Inc.**
**123 MISSION ST 26TH**
**SAN FRANCISCO, CA 94105**

Date(s) debt was incurred __

Last 4 digits of account number  **0648**

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Youth Policy Institute, Inc.**                    Case number (if known)   **2:19-bk-23085-BB**

Name

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76,840.00 |
|---|---|---|---|

**Employed Security Service Center Inc**
959 E Walnut St Suite 112
Pasadena, CA 91106

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **PL03**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,488.05 |
|---|---|---|---|

**Employment Development Department**
PO BOX 826880, MIC 92T
SACRAMENTO, CA 94280-0001

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **MP00**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,968.00 |
|---|---|---|---|

**Evaluation Specialists**
7040 AVENIDA ENCINAS, SUITE 104
CARLSBAD, CA 92011

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0285**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,295.85 |
|---|---|---|---|

**Eventbrite**
651 Brannan St Suite 110
San Francisco, CA 94107

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **EN00**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,190.00 |
|---|---|---|---|

**Families in Schools**
1545 WILSHIRE BLVD. SUITE 700
LOS ANGELES, CA 90017

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0114**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,357.50 |
|---|---|---|---|

**Fifth Road, Inc**
2821 Elm Street
Los Angeles, CA 90065

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **FT01**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,900.00 |
|---|---|---|---|

**Foundation for CA Community Colleges**
1102 Q STREET
Suite 4800
Sacramento, CA 95811-6549

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0419**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**3.64**

**Nonpriority creditor's name and mailing address**

**Fresh Start Meals Inc**
**1530 1St St**
**San Fernando, CA 91340**

Date(s) debt was incurred _

Last 4 digits of account number  **ES04**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$92,137.86**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**Game Learning**
**8306 WILSHIRE BLVD**
**SUITE 545**
**BEV HILLS, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number  **0436**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$999.99**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**Genesis, The Schlesinger Academy for Inn**
**9595 WILSHIRE BLVD.**
**SUITE 700**
**BEVERLY HILLS, CA 90212**

Date(s) debt was incurred _

Last 4 digits of account number  **0212**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,250.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**Girls On The Run Of Los Angeles**
**556 S Fair Oaks Ave, 101307**
**Pasadena, CA 91105**

Date(s) debt was incurred _

Last 4 digits of account number  **RL01**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,065.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**Goodwill of Southern California**
**342 N. San Fernando Rd**
**Los Angeles, CA 90031**

Date(s) debt was incurred _

Last 4 digits of account number  **OD04**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,105.97**

---

**3.69**

**Nonpriority creditor's name and mailing address**

**Gopher Sports**
**Nw 5634**
**Po Box 1450**
**Minneapolis, MN 55485**

Date(s) debt was incurred _

Last 4 digits of account number  **PH00**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,166.31**

---

**3.70**

**Nonpriority creditor's name and mailing address**

**Granada Hills Charter High School**
**10535 Zelzah Ave.**
**Granada Hills, CA 91344**

Date(s) debt was incurred _

Last 4 digits of account number  **AN01**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$83,488.52**

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,070.50 |
|---|---|---|---|

**GSF Truck & Bus Training**
**16211 Filbert St**
**Sylmar, CA 91342**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **FD00**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,869.20 |
|---|---|---|---|

**HireRight, LLC**
**PO BOX 847891**
**DALLAS, TX 75284-7891**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **0474**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,099.08 |
|---|---|---|---|

**Home Depot**
**2455 Paces Ferry Rd. NW**
**ATLANTA, GA 30339**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **0252**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,056.00 |
|---|---|---|---|

**Houghton Mifflin Hartcourt**
**222 Berkeley Street**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **GH00**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $186.70 |
|---|---|---|---|

**House of Trophies & Awards Inc.**
**1820 EAST 1ST ST**
**Los Angeles, CA 90033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **0443**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Impact Philanthropy**
**821 3RD STREET**
**Santa Monica, CA 90403**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **1007**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,022.74 |
|---|---|---|---|

**Impaq International, LLC**
**10420 LITTLE PATUXENT PARKWAY**
**SUITE 300**
**COLUMBIA, MD 21044**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number  **0131**

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,301.82** |
|---|---|---|---|

**International Institute of Los Angeles**
**3845 SELIG PLACE**
**LOS ANGELES, CA 90031**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0133**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,146.10** |
|---|---|---|---|

**Israel, Sara**
**638 WEST KNOLL DRIVE APT 5**
**WEST HOLLYWOOD, CA 90069**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0135**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,764.00** |
|---|---|---|---|

**Jaime Lee-Ramirez**
**16901 GERMAIN ST**
**GRANADA HILLS, CA 91344**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0403**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$360,281.85** |
|---|---|---|---|

**JFK Transportation Company Inc.**
**980 W. 17TH STREET, SUITE B**
**Santa Ana, CA 92706**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0020**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75.00** |
|---|---|---|---|

**Knollwood**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0674**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$621.73** |
|---|---|---|---|

**La Plaza De Cultura Y Artes**
**501 N Main St**
**Los Angeles, CA 90012**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **PL00**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,660.00** |
|---|---|---|---|

**LAANE**
**464 LUCAS AVE 202**
**LOS ANGELES, CA 90017**

☐ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0701**

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$194.98**

**Lakeshore**
2695 E. Dominguez St.
Carson, CA 90895

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **KE00**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,590.18**

**LewisColor Lithographers**
30 JOSEPH E KENNEDY BLVD
STATESBORO, GA 30458

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0153**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$654.00**

**Los Angeles Cleantech Incubator**
525 S. Hewitt Street
Los Angeles, CA 90013

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **SA02**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,384.00**

**Los Angeles Education Partnership**
202 West 1St Street Ste 060410
Los Angeles, CA 90012

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **EP00**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,975.00**

**Los Angeles Unified School District HDLP**
14101 E. NELSON AVENUE
La Puente, CA 91476

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0917**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,387.50**

**Luna Impact, Inc.**
12449 LOUISE AVE UNIT 5
Los Angeles, CA 90066

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0614**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$402.00**

**Marsh & McLennan**
Lockbox 740663
Los Angeles, CA 90074

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **RS02**

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|

**Maryam Maleki**
**9165 ALCOTT ST #203**
**LOS ANGELES, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number  **0162**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,377.63** |
|---|---|---|---|

**Maximus Protective Services**
**2540 Grand Avenue**
**Huntington Park, CA 90255**

Date(s) debt was incurred _

Last 4 digits of account number  **XI00**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,820.00** |
|---|---|---|---|

**Miguel Contreras Learning Complex**
**322 S. LUCAS AVE.**
**LOS ANGELES, CA. 90017-0000**

Date(s) debt was incurred _

Last 4 digits of account number  **0604**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,744.00** |
|---|---|---|---|

**Monvrovia Community Adult School**
**920 SOUTH MOUNTAIN AVE**
**Monrovia, CA 91016**

Date(s) debt was incurred _

Last 4 digits of account number  **0167**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,479.27** |
|---|---|---|---|

**Multi Business Systems**
**P.O. Box 3039**
**Bakersfield, CA 93385**

Date(s) debt was incurred _

Last 4 digits of account number  **LT01**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$106,044.00** |
|---|---|---|---|

**Multicultural Learning Center**
**7510 DESOTO AVE**
**CANOGA PARK, CA 91303**

Date(s) debt was incurred _

Last 4 digits of account number  **0334**

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,631.81** |
|---|---|---|---|

**National Council Of La Raza**
**1126 16Th St, N.W. Suite 600**
**Washington, DC 20036**

Date(s) debt was incurred _

Last 4 digits of account number  **TI00**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$495.00** |
|---|---|---|---|

**National Dropout Prevention Center**

ANDERSON, SC 29621

Date(s) debt was incurred __

Last 4 digits of account number  **0746**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00** |
|---|---|---|---|

**National Fitness Productions**
217 S. KENWOOD ST.
GLENDALE, CA 91205

Date(s) debt was incurred __

Last 4 digits of account number  **0339**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**National Retail Foundation**
12TH FLOOR
1101 NEW YORK AVE
NW, DC 20005

Date(s) debt was incurred __

Last 4 digits of account number  **0853**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,091.17** |
|---|---|---|---|

**New Horizons Career Development LLC**
1900 S State College Blvd, Ste 100
Anaheim, CA 92806

Date(s) debt was incurred __

Last 4 digits of account number  **WH01**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,450.00** |
|---|---|---|---|

**NIU College**
5959 TOPANGA CANYON BLVD
SUITE #110
WOODLAND HILLS, CA 91367

Date(s) debt was incurred __

Last 4 digits of account number  **0174**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$175.00** |
|---|---|---|---|

**NRFF**

Date(s) debt was incurred __

Last 4 digits of account number  **0938**

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,498.00** |
|---|---|---|---|

**NTEN**
621 SW ALDER
SUITE 310
PORTLAND, OR 97205

Date(s) debt was incurred __

Last 4 digits of account number  **0812**

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$78,050.61**

**Oracle America, Inc.**
Po Box 44471
San Francisco, CA 94144

Date(s) debt was incurred __

Last 4 digits of account number __AC00__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$53,100.00**

**Orenda Education (Principal's Exchange)**
2101 E. FOURTH ST. SUITE 200B
Santa Ana, CA 92705

Date(s) debt was incurred __

Last 4 digits of account number __0189__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$275.00**

**Organizational Services, Inc**
3380 Travis Pointe
Ann Arbor, MI 48108

Date(s) debt was incurred __

Last 4 digits of account number __GA01__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**Pacoima Beautiful**
13520 Van Nuys Blvd, Suite 209
Pacoima, CA 91331

Date(s) debt was incurred __

Last 4 digits of account number __CO04__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$135.00**

**Parsa Tech Inc.**
23454 BLYTHE ST
West Hills, CA 91304

Date(s) debt was incurred __

Last 4 digits of account number __0596__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$607.50**

**Pasadena Center Operating Company**
300 E. Green Street
Pasadena, CA 91101

Date(s) debt was incurred __

Last 4 digits of account number __0340__

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$325.00**

**Pearson Vue**
62160 Collections Center Dr
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __AR01__

☐ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $47.25 |
|---|---|---|---|

**Peerspace**
**743 CLEMENTINA ST**
**SAN FRANCISCO, CA 94103**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  **0860**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,023.00 |
|---|---|---|---|

**Permaguard Security Systems, Inc**
**P.O. Box 55065**
**Valencia, CA 91385**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  **RM00**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**PR-Tech Services, LLC.**
**Po Box 861241**
**Los Angeles, CA 90086**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  **TE00**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,500.00 |
|---|---|---|---|

**PrePaid USA**
**www.prepaid-usa.com**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,500.00 |
|---|---|---|---|

**Princeton Review**
**62996 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0629**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  **IN00**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $27,000.00 |
|---|---|---|---|

**Public Counsel**
**610 S Ardmore Avenue**
**Los Angeles, CA 90005**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  **BL03**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $526.17 |
|---|---|---|---|

**Rebublic Services**
**Po Box 78829**
**Phoenix, AZ 85062**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number**  **PU01**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Rose Marie Jiles**
**423 EAST 118TH PLACE**
**LOS ANGELES, CA 90061**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number  0139**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67,509.35 |
|---|---|---|---|

**Roth Staffing Companies, L.P.**
**Po Box 60003**
**Anaheim, CA 92812**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number  TH00**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $547.40 |
|---|---|---|---|

**S&S Worldwide**
**75 Mill Street**
**Colchester, CT 06415**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number  0251**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209,383.00 |
|---|---|---|---|

**Sabio Enterprises, Inc.**
**400 Corporate Pointe, Suite 300**
**Culver City, CA 90230**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number  BI00**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $534.72 |
|---|---|---|---|

**Salesforce**
**50 FREMONT ST.**
**STE. #300**
**SAN FRANCISCO, CA 94105**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number  0197**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,497.50 |
|---|---|---|---|

**SAP Concur**
**601 108TH AVENUE NE,**
**SUITE 1000**
**BELLEVUE, WA 98004**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number  1005**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,947.60 |
|---|---|---|---|

**Schultz, Steven**

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number  1035**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,054.77** |
|---|---|---|---|

**SLB Printing Inc.**
**2818 S ROBERTSON BLVD**
**Los Angeles, CA 90034**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0702**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,218.33** |
|---|---|---|---|

**Spectrum**
**9260 Topanga Cyn Bv**
**Chatsworth, CA 91311**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  EC02**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00** |
|---|---|---|---|

**St. John's Well Child & Family Center In**
**808 W. 58TH ST**
**Los Angeles, CA 90037**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0823**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$156,438.76** |
|---|---|---|---|

**Staples Contract & Commercial Inc**
**Dept La**
**Po Box 83689**
**Chicago, IL 60696**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  AP00**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78,962.48** |
|---|---|---|---|

**Staples Technology**
**P.O. BOX 95230**
**Chicago, IL 60694**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  AP02**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$94,919.00** |
|---|---|---|---|

**Stem & More LLC**
**7618 JELLICO AVE**
**Northridge, CA 91325**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0212**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,207.68** |
|---|---|---|---|

**STS Education**
**130-A W. COCHRAN ST**
**SIMI VALLEY, CA 93065**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  0620**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $697.95 |
|---|---|---|---|

**Sylmar Lock & Key**
**13754 FOOTHILL BLVD UNIT 2**
**SYLMAR, CA 91342**

Date(s) debt was incurred __
Last 4 digits of account number __0757__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|

**Taqueria Vista Hermosa**
**3655 S. Grand Ave. C5**
**Los Angeles, CA 90007**

Date(s) debt was incurred __
Last 4 digits of account number __0007__

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,523.20 |
|---|---|---|---|

**Teachers on Reserve**
**www.teachersonreserve.com**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.31 |
|---|---|---|---|

**Ted Gibson Picture Frames Inc**
**4271 W 3RD ST**
**LOS ANGELES, CA 90020**

Date(s) debt was incurred __
Last 4 digits of account number __0849__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Terminix**
**Terminix Processing Center**
**Po Box 742592**
**Cincinnati, OH 45274**

Date(s) debt was incurred __
Last 4 digits of account number __RM00__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,900.00 |
|---|---|---|---|

**TGA Truck Driving School - Reich Ind**
**1115 S TAYLOR AVE**
**MONTEBELLO, CA 90640**

Date(s) debt was incurred __
Last 4 digits of account number __0926__

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,695.00 |
|---|---|---|---|

**The Gatemaster JP, Inc.**
**8508 KEWEN AVE**
**SUN VALLEY, CA 91352**

Date(s) debt was incurred __
Last 4 digits of account number __0870__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,250.00** |
|---|---|---|---|

**Tree House**
**3514 N VANCOUVER AVE.**
**SUITE 500**
**PORTLAND, OR 97227**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1009**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227.66** |
|---|---|---|---|

**UCLA**
**DEPARTMENT K - UCLA EXTENSION**
**P.O. BOX 24901**
**LOS ANGELES, CA 90024-0901**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **LA00**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255,992.00** |
|---|---|---|---|

**Ultimate Software (Payroll Services)**
**Po Box 930953**
**Atlanta, GA 91193**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **T100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,576.80** |
|---|---|---|---|

**Uniforms & Safety Supplies**
**11011 San Fernando Rd**
**Pacoima, CA 91331**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **IF00**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
|---|---|---|---|

**University of California**
**PO BOX 1432**
**BAKERSFIELD, CA 93302**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0686**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Urban House LLC**
**1001 STARBUCK ST #L102**
**FULLERTON, CA 92833**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **0527**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**YMCA**
**ATTN: AUDRIE ECHNOZ**
**1553 N. SCHRADER BLVD**
**LOS ANGELES, CA 90028**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **CA01**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

| Debtor | **Youth Policy Institute, Inc.** | Case number (if known) | **2:19-bk-23085-BB** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 899,741.44 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,834,459.22 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,734,200.66 |