**Fill in this information to identify the case:**

Debtor name      **Youth Policy Institute, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:19-bk-23085-BB**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Pacoima/North Valley WorkSource Center Mission Plaza 1201 Truman St., Suite A San Fernando, CA 91340** | |
| State the term remaining    **5 Years** | |
| List the contract number of any government contract | **816 PARTNERS LLC 315 S. Beverly Dr., Suite 406 Beverly Hills, CA 90212** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **State: CA Community Reinvestment Grants Program, 9/1/2019 to 8/31/2021** |
| State the term remaining    **22 Months** | |
| List the contract number of any government contract | **CA Governor's Office of Business and Eco** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **State: Every Student Succeeds Act Comprehensive Support and Improvement (ESSA CSI 2019) - Discovery, 3/18/2019 to 6/30/2020** |
| State the term remaining    **8 Months** | |
| List the contract number of any government contract | **California Department of Education (CDE)** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 APEX Academy HS, 7/1/2017 to 6/30/2022** |
| State the term remaining    **32 Months** | **California Department of Education (CDE)** |

Debtor 1    **Youth Policy Institute, Inc.**
  First Name      Middle Name      Last Name

Case number *(if known)*    **2:19-bk-23085-BB**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | _____ |  |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | State: ASES New Horizons 2017-2020, 7/1/2017 to 6/30/2020 |  |
|---|---|---|---|
|  | State the term remaining | 8 Months |  |
|  | List the contract number of any government contract | _____ | California Department of Education (CDE) |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | State: 21st Century 2017 Los Angeles Leadership Academy, 7/1/2017 to 6/30/2022 |  |
|---|---|---|---|
|  | State the term remaining | 32 Months |  |
|  | List the contract number of any government contract | _____ | California Department of Education (CDE) |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | State: 21st Century 2017 Celerity Dyad, 7/1/2017 to 6/30/2022 |  |
|---|---|---|---|
|  | State the term remaining | 32 Months |  |
|  | List the contract number of any government contract | _____ | California Department of Education (CDE) |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | State: 21st Century 2017 Crown Preparatory Academy, 7/1/2017 to 6/30/2022 |  |
|---|---|---|---|
|  | State the term remaining | 32 Months |  |
|  | List the contract number of any government contract | _____ | California Department of Education (CDE) |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | State: 21st Century 2017 Alliance Neuwirth Leadership Academy, 7/1/2017 to 6/30/2022 |  |
|---|---|---|---|
|  | State the term remaining | 32 Months |  |
|  | List the contract number of any government contract | _____ | California Department of Education (CDE) |

Debtor 1    **Youth Policy Institute, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **2:19-bk-23085-BB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES Crown Preparatory Academy 2017-2020, 7/1/2017 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES North Valley Military 2017-2020, 7/1/2017 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES Fenton STEM Academy 2017-2020, 7/1/2017 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES MORCS 2017-2020, 7/1/2017 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES Vista Charter 2017-2020, 7/1/2017 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 Wallis Annenberg High, 7/1/2017 to 6/30/2022** | |
|---|---|---|---|
| | State the term remaining | **32 Months** | |
| | List the contract number of any | | **California Department of Education (CDE)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Youth Policy Institute, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **2:19-bk-23085-BB**

<hr>

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 ICEF Inglewood ES, 7/1/2017 to 6/30/2022** | |
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 ICEF Vista ES, 7/1/2017 to 6/30/2022** | |
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 ICEF Vista MS, 7/1/2017 to 6/30/2022** | |
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 Alliance Dr. Ogla Mohan High, 7/1/2017 to 6/30/2022** | |
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 Academia Moderna, 7/1/2017 to 6/30/2022** | |
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 APEX Academy MS, 7/1/2017 to 6/30/2022** | **California Department of Education (CDE)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Youth Policy Institute, Inc.** | | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| State the term remaining | **32 Months** | |
| List the contract number of any government contract | | |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 Prepa Tec, 7/1/2017 to 6/30/2022** | |
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES LAAAE 2017-2020, 7/1/2017 to 6/30/2020** | |
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES Fenton Primary Center 2017-2020, 7/1/2017 to 6/30/2020** | |
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 Celerity Palmati Charter, 7/1/2017 to 6/30/2022** | |
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 Alliance Marc & Eva Stern Math and Science, 7/1/2017 to 6/30/2022** | |
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Youth Policy Institute, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **2:19-bk-23085-BB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2017 MORCS, 7/1/2017 to 6/30/2022** | |
|---|---|---|---|
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES Prepa Tec 2018-21, 7/1/2018 to 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | **20 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Fenton Primary Center, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 NEW Academy of Science and Arts, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 PUC Community Charter, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Aspire Ollin, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any | | **California Department of Education (CDE)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Youth Policy Institute, Inc.**
First Name          Middle Name          Last Name

Case number (*if known*)    **2:19-bk-23085-BB**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Prepa Tec, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Multicultural Learning Center, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Los Angeles International Charter, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 LAAAE, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 CNCA, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 CNCA #2, 7/1/2018 to 6/30/2023** | **California Department of Education (CDE)** |
|---|---|---|---|

| Debtor 1 | **Youth Policy Institute, Inc.** | | | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **44 Months** | |
| List the contract number of any government contract _____ | |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest **State: 21st Century 2018 Bright Star, 7/1/2018 to 6/30/2023** | |
| State the term remaining **44 Months** | |
| List the contract number of any government contract _____ | **California Department of Education (CDE)** |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest **State: 21st Century 2018 TEACH Academy, 7/1/2018 to 6/30/2023** | |
| State the term remaining **44 Months** | |
| List the contract number of any government contract _____ | **California Department of Education (CDE)** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest **State: 21st Century 2018 Math and Science College Prep, 7/1/2018 to 6/30/2023** | |
| State the term remaining **44 Months** | |
| List the contract number of any government contract _____ | **California Department of Education (CDE)** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest **State: 21st Century 2018 Montague Charter, 7/1/2018 to 6/30/2023** | |
| State the term remaining **44 Months** | |
| List the contract number of any government contract _____ | **California Department of Education (CDE)** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest **State: 21st Century 2018 Bert Corona, 7/1/2018 to 6/30/2023** | |
| State the term remaining **44 Months** | |
| List the contract number of any government contract _____ | **California Department of Education (CDE)** |

Debtor 1    **Youth Policy Institute, Inc.**

First Name         Middle Name         Last Name

Case number (*if known*)    **2:19-bk-23085-BB**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Resolute Academy Charter, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Academia Avance HS, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Magnolia Science Academy, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 New Designs Watts, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Vaughn, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Accelerated, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any | | **California Department of Education (CDE)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **Youth Policy Institute, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **2:19-bk-23085-BB**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Academia Avance, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 New Village, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 CNCA #3, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 New Heights Charter, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Pacoima Charter, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES Excelencia 2018-21, 7/1/2018 to 6/30/2021** | **California Department of Education (CDE)** |
|---|---|---|---|

| Debtor 1 | **Youth Policy Institute, Inc.** | | | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | | | |
|---|---|---|---|---|
| | State the term remaining | **20 Months** | | |
| | List the contract number of any government contract | _____ | | |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES CNCA #2 2018-21, 7/1/2018 to 6/30/2021** | | |
| | State the term remaining | **20 Months** | | |
| | List the contract number of any government contract | _____ | **California Department of Education (CDE)** | |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 NEW Academy Canoga Park, 7/1/2018 to 6/30/2023** | | |
| | State the term remaining | **44 Months** | | |
| | List the contract number of any government contract | _____ | **California Department of Education (CDE)** | |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 MSA 2, 7/1/2018 to 6/30/2023** | | |
| | State the term remaining | **44 Months** | | |
| | List the contract number of any government contract | _____ | **California Department of Education (CDE)** | |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Alliance Health Services, 7/1/2018 to 6/30/2023** | | |
| | State the term remaining | **44 Months** | | |
| | List the contract number of any government contract | _____ | **California Department of Education (CDE)** | |
| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Grace Hopper, 7/1/2018 to 6/30/2023** | | |
| | State the term remaining | **44 Months** | | |
| | List the contract number of any government contract | _____ | **California Department of Education (CDE)** | |

Debtor 1    **Youth Policy Institute, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **2:19-bk-23085-BB**

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Vaughn, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2018 Granada Hills Charter, 7/1/2018 to 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | **44 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **State: Crown Preparatory Academy ASES Kids Code, 1/1/2019 to 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | **20 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **State: CNCA #2 ASES Kids Code, 1/1/2019 to 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | **20 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **State: Camino Nuevo Charter Academy ASES Kids Code, 1/1/2019 to 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | **20 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **State: Academia Moderna ASES Kids Code, 1/1/2019 to 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | **20 Months** | |
| | List the contract number of any | | **California Department of Education (CDE)** |

Debtor 1  **Youth Policy Institute, Inc.**                                    Case number *(if known)*   **2:19-bk-23085-BB**

First Name                Middle Name                Last Name

<table>
<tr><td style="background:#440033;"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **City: BTB James Monroe High School 2019-20, 7/1/2019 to 6/30/2020** | |
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **City: BTB Newcastle Elementary 2019-20, 7/1/2019 to 6/30/2020** | |
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **City: BTB Edward Roybal Learning Center 2019-20, 7/1/2019 to 6/30/2020** | |
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **City: BTB Woodrow Wilson Senior High 2019-20, 7/1/2019 to 6/30/2020** | |
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **City: BTB North Hollywood Senior High 2019-20, 7/1/2019 to 6/30/2020** | |
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **City: BTB San Jose Street Elementary 2019-20, 7/1/2019 to 6/30/2020** | **California Department of Education (CDE)** |

Debtor 1    **Youth Policy Institute, Inc.**
First Name        Middle Name            Last Name                    Case number (*if known*)    **2:19-bk-23085-BB**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **8 Months** | |
| List the contract number of any government contract  _____ | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES Vista Heritage Global Academy 2019-2022, 7/1/2019 to 6/30/2022** | |
|---|---|---|---|
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract  _____ | | **California Department of Education (CDE)** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 PUC Lakeview Charter High, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract  _____ | | **California Department of Education (CDE)** |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 Discovery Charter #2, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract  _____ | | **California Department of Education (CDE)** |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 North Valley Military, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract  _____ | | **California Department of Education (CDE)** |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 Sylmar Biotech, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract  _____ | | **California Department of Education (CDE)** |

Debtor 1    **Youth Policy Institute, Inc.**                                          Case number (*if known*)    **2:19-bk-23085-BB**
            First Name        Middle Name        Last Name

   **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.78.  State what the contract or lease is for and the nature of the debtor's interest    **State: 21st Century 2019 Valley Charter Middle, 7/1/2019 to 6/30/2024**<br><br>State the term remaining    **56 Months**<br><br>List the contract number of any government contract | **California Department of Education (CDE)** |
| 2.79.  State what the contract or lease is for and the nature of the debtor's interest    **State: ASES SFiAM 2019-2022, 7/1/2019 to 6/30/2022**<br><br>State the term remaining    **32 Months**<br><br>List the contract number of any government contract | **California Department of Education (CDE)** |
| 2.80.  State what the contract or lease is for and the nature of the debtor's interest    **State: 21st Century 2019 Magnolia Science Academy 2, 7/1/2019 to 6/30/2024**<br><br>State the term remaining    **56 Months**<br><br>List the contract number of any government contract | **California Department of Education (CDE)** |
| 2.81.  State what the contract or lease is for and the nature of the debtor's interest    **State: ASES Bert Corona 2019-2022, 7/1/2019 to 6/30/2022**<br><br>State the term remaining    **32 Months**<br><br>List the contract number of any government contract | **California Department of Education (CDE)** |
| 2.82.  State what the contract or lease is for and the nature of the debtor's interest    **State: 21st Century 2019 MSA 3, 7/1/2019 to 6/30/2024**<br><br>State the term remaining    **56 Months**<br><br>List the contract number of any government contract | **California Department of Education (CDE)** |
| 2.83.  State what the contract or lease is for and the nature of the debtor's interest    **State: Magnolia Public Schools ASES 2019-20, 7/1/2019 to 6/30/2020**<br><br>State the term remaining    **8 Months**<br><br>List the contract number of any | **California Department of Education (CDE)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1  **Youth Policy Institute, Inc.**

First Name          Middle Name          Last Name          Case number (*if known*)  **2:19-bk-23085-BB**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 SMBCC, 7/1/2019 to 6/30/2019** | |
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 City Language Immersion Center, 7/1/2019 to 6/30/2024** | |
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 Aspire Firestone, 7/1/2019 to 6/30/2024** | |
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 PUC Triumph, 7/1/2019 to 6/30/2024** | |
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 CNCA High, 7/1/2019 to 6/30/2024** | |
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| | | | |
|---|---|---|---|
| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 Aspire Gateway, 7/1/2019 to 6/30/2024** | **California Department of Education (CDE)** |

Debtor 1    **Youth Policy Institute, Inc.**                                    Case number (*if known*)    **2:19-bk-23085-BB**
            First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **56 Months** | |
| List the contract number of any government contract | |

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES Academia Moderna 2019-2022, 7/1/2019 to 6/30/2022** | |
|---|---|---|---|
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES Scholarship Prep Charter 2019-2022, 7/1/2019 to 6/30/2022** | |
|---|---|---|---|
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 Magnolia Science Academy 4, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **State: ASES CNCA 2019-2022, 7/1/2019 to 6/30/2022** | |
|---|---|---|---|
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 Vista Charter Middle, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Youth Policy Institute, Inc.**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Case number (*if known*)  **2:19-bk-23085-BB**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 CNCA #4 Middle, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 Vista Heritage Global Academy, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 Fenton Avenue, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 Bert Corona Charter High, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **State: 21st Century 2019 SFiAM, 7/1/2019 to 6/30/2024** | |
|---|---|---|---|
| | State the term remaining | **56 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **City: BTB Panorama High School 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any | | **California Department of Education (CDE)** |

Debtor 1    **Youth Policy Institute, Inc.**
First Name          Middle Name          Last Name          Case number (*if known*)    **2:19-bk-23085-BB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **City: BTB Parthenia Elementary 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **City: BTB STEM Academy 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **State: Every Student Succeeds Act Comprehensive Support and Improvement (ESSA CSI 2019) - New Village, 3/18/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **State: 2019 Learning Communities for School Success Program (Prop 47), 7/1/2019 to 6/30/2022** | |
|---|---|---|---|
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | | **California Department of Education (CDE)** |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **State: 2020 Cal EITC Education and Outreach, 10/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **California Department of Health and Huma** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Youth Policy Institute, Inc.** | | | Case number *(if known)* | **2:19-bk-23085-BB** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **State: Veterans Employment Related Assistance Program (VEAP) (2019), 6/1/2019 to 12/31/2020** | |
|---|---|---|---|
| | State the term remaining | **14 Months** | |
| | List the contract number of any government contract | | **California Employment Development Depart** |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **State: Broadband Adoption Account - Digital Literacy (SFG), 12/31/2018 to 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | **20 Months** | |
| | List the contract number of any government contract | | **California Public Utilities Commission (** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **State: Broadband Adoption Account - Digital Literacy (FSC), 12/31/2018 to 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | **20 Months** | |
| | List the contract number of any government contract | | **California Public Utilities Commission (** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **State: Broadband Adoption Account - Digital Literacy (WSC), 12/31/2018 to 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | **20 Months** | |
| | List the contract number of any government contract | | **California Public Utilities Commission (** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **State: Broadband Adoption Account - Digital Literacy (YSED), 12/31/2018 to 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | **15 Months** | |
| | List the contract number of any government contract | | **California Public Utilities Commission (** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **City: Hollywood FamilySource Center 2019, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | **City of Los Angeles** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Youth Policy Institute, Inc.**
First Name    Middle Name    Last Name

Case number (*if known*)    **2:19-bk-23085-BB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **City: Project imPACT Employment Provider, 2/1/2018 to 8/15/2020** | |
|---|---|---|---|
| | State the term remaining | **9 Months** | |
| | List the contract number of any government contract | | **City of Los Angeles** |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **City: National Dislocated Worker Grant, 5/1/2019 to 9/30/2020** | |
|---|---|---|---|
| | State the term remaining | **11 Months** | |
| | List the contract number of any government contract | | **City of Los Angeles** |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **City: Day Labor Resource Centers 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **City of Los Angeles** |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **Printers and Coperies, includes service** | |
|---|---|---|---|
| | State the term remaining | **(10/18/22) 36 Months** | |
| | List the contract number of any government contract | | **COPYFREE 601 S San Gabriel Blvd. San Gabriel, CA 91776** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: Promise Zone VISTAs 2019-2020, 5/12/2019 to 5/9/2020** | |
|---|---|---|---|
| | State the term remaining | **6 Months** | |
| | List the contract number of any government contract | | **Corporation for National and Community S** |

Debtor 1   **Youth Policy Institute, Inc.**                                              Case number (*if known*)   **2:19-bk-23085-BB**
      First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.117.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Federal: AmeriCorps National Direct (2018 - 2021), 7/1/2018 to 6/30/2021**
**20 Months**

**Corporation for National and Community S**

---

**2.118.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sylmar Warehouse and Offices**
**12843 Foothill Blvd., Unit B**
**Sylmar, CA  91342**
**33 Months**

**Curtin Security Company, Inc.**
**10046 Valley Spring Lane**
**North Hollywood, CA 91602**

---

**2.119.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**City: WIOA City WorkSource Center-North Valley-Dislocated Workers- 2019-20, 7/1/2019 to 6/30/2020**
**8 Months**

**Economic & Workforce Development Departm**

---

**2.120.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**City: WIOA City WorkSource Center-North Valley-Adult- 2019-20, 7/1/2019 to 6/30/2020**
**8 Months**

**Economic & Workforce Development Departm**

---

**2.121.**  State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**City: WIOA WorkSource Center 2019-22, 7/1/2019 to 6/30/2022**
**32 Months**

**Economic & Workforce Development Departm**

---

Debtor 1   **Youth Policy Institute, Inc.**

First Name                    Middle Name                    Last Name

Case number (*if known*)   **2:19-bk-23085-BB**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **City: LA County Youth @ Work - Other Underserved Youth-North Valley- 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **City: LA County Youth @ Work - SIY- North Valley-2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **City: Summer Youth Employment Program (SYEP) North Valley-2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **City: LA County Youth @ Work - Other Underserved Youth- Central- 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **City: LA County Youth @ Work - CalWorks-Central-2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Youth Policy Institute, Inc.**
_____
First Name         Middle Name         Last Name

Case number (*if known*)   **2:19-bk-23085-BB**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **City: LA County Youth @ Work -LA County Foster Youth Fund- North Valley-2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **City: LA County Youth @ Work -LA County Foster Youth Fund- Central- 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **City: LA County Youth @ Work - CalWorks- North Valley-2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **City: WIOA YouthSource Center Pico Union 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **City: WIOA YouthSource Center Northeast Valley 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Economic & Workforce Development Departm** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **City: Summer Youth Employment Program (SYEP) Central-2019-20, 7/1/2019 to 6/30/2020** | **Economic & Workforce Development Departm** |
|---|---|---|---|

Debtor 1    **Youth Policy Institute, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **2:19-bk-23085-BB**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | State the term remaining | **8 Months** |  |
|---|---|---|---|
|  | List the contract number of any government contract |  |  |
| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **City: LA County Youth @ Work - SIY-Central-2019-20, 7/1/2019 to 6/30/2020** |  |
|  | State the term remaining | **8 Months** |  |
|  | List the contract number of any government contract |  | **Economic & Workforce Development Departm** |
| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: 2018 Volunteer Income Tax Assistance (VITA), 8/1/2018 to 6/30/2020** |  |
|  | State the term remaining | **8 Months** |  |
|  | List the contract number of any government contract |  | **Internal Revenue Service (IRS)** |
| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: Imagine Mars Project, 4/26/2017 to 5/31/2020** |  |
|  | State the term remaining | **7 Months** |  |
|  | List the contract number of any government contract |  | **Jet Propulsion Laboratory (NASA)** |
| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **County: Community Wellness Initiative III, 9/15/2018 to 3/15/2020** |  |
|  | State the term remaining | **4 Months** |  |
|  | List the contract number of any government contract |  | **L.A. Care Health Plan** |
| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **County: Community Wellness Initiative IV, 3/16/2020 to 9/15/2021** |  |
|  | State the term remaining | **22 Months** |  |
|  | List the contract number of any government contract |  | **L.A. Care Health Plan** |

Debtor 1    **Youth Policy Institute, Inc.**
   First Name          Middle Name          Last Name

Case number (*if known*)    **2:19-bk-23085-BB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **County: Support to Gala - 2019, 10/16/2019 to 10/15/2020** | |
|---|---|---|---|
| | State the term remaining | **11 Months** | |
| | List the contract number of any government contract | | **LA County Board of Supervisors - SD2** |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **County: Support to Girls & Gangs, 12/31/2018 to 12/31/2019** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | |
| | List the contract number of any government contract | | **Los Angeles County Board of Supervisors** |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **County: Prevention & Aftercare Services-SPA 4, 1/1/2020 to 12/31/2020** | |
|---|---|---|---|
| | State the term remaining | **14 Months** | |
| | List the contract number of any government contract | | **Los Angeles County Department of Childre** |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **County: County WIOA WorkSource Center Adults 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Los Angeles County Workforce Development** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **County: County WIOA WorkSource Center Dislocated Workers 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | | **Los Angeles County Workforce Development** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **County: Project INVEST 2019-20, 7/1/2019 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | **Los Angeles County Workforce Development** |

Debtor 1   **Youth Policy Institute, Inc.**                                    Case number (*if known*)   **2:19-bk-23085-BB**
           First Name         Middle Name         Last Name

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **State: Learning Communities for School Success Program (Prop 47), 7/1/2017 to 6/30/2020** | |
|---|---|---|---|
| | State the term remaining | **8 Months** | |
| | List the contract number of any government contract | _____ | **Los Angeles Unified School District (LAU** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **City: Beyond the Bell Providers, 7/1/2019 to 6/30/2022** | |
|---|---|---|---|
| | State the term remaining | **32 Months** | |
| | List the contract number of any government contract | _____ | **Los Angeles Unified School District (LAU** |

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **YPI on Beverly 2707-11 Beverly Blvd. Los Angeles, CA  90057** | |
|---|---|---|---|
| | State the term remaining | **35 Months** | |
| | List the contract number of any government contract | _____ | **MDB International Branding, LLC 2711 Beverly Blvd. Los Angeles, 2 90057** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: 2018 Challenge America, 1/1/2019 to 12/31/2019** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | |
| | List the contract number of any government contract | _____ | **National Endowment for the Arts** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **County: Transitional Subsidized Employment 2019-20, 3/1/2019 to 2/28/2020** | |
|---|---|---|---|
| | State the term remaining | **4 Months** | |
| | List the contract number of any government contract | _____ | **South Bay Workforce Investment Board** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **Youth Policy Institute, Inc.**
         First Name          Middle Name          Last Name

Case number *(if known)*   **2:19-bk-23085-BB**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **YPI Headquarters 6464 Sunset Blvd., Suite 650 Los Angeles, CA  90028 YPI Headquarters** | |
|---|---|---|---|
| | State the term remaining | | **Sunset Blvd. Properties 6464 Sunset Blvd., Suite 700 Dirk Degraeve, Director of Leasing Los Angeles, CA 90028** |
| | List the contract number of any government contract | | |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Hollywood FamilySource Center 1075 N. Western Ave. Units 110-113  1075 N. Western Ave.** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Superior Investments, LLC C/O Sanca  9034 W. Sunset Blvd. West Hollywood, CA 90069** |
| | List the contract number of any government contract | | |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: Education Innovation and Research (EIR) Program - 2019, 10/1/2019 to 9/30/2023** | |
|---|---|---|---|
| | State the term remaining | **47 Months** | **United States Department of Education** |
| | List the contract number of any government contract | | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: San Fernando Valley GEAR UP (GEAR UP 1), 9/25/2014 to 9/24/2021** | |
|---|---|---|---|
| | State the term remaining | **23 Months** | **United States Department of Education** |
| | List the contract number of any government contract | | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: Educational Opportunity Centers, 9/11/2016 to 8/31/2021** | |
|---|---|---|---|
| | State the term remaining | **22 Months** | **United States Department of Education** |
| | List the contract number of any government contract | | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: Los Angeles Promise Neighborhood in the Promise Zone (PN2), 1/1/2017 to 12/31/2021** | **United States Department of Education** |
|---|---|---|---|

Debtor 1    **Youth Policy Institute, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **2:19-bk-23085-BB**

████  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining     **26 Months** | |
| List the contract number of any government contract | |
| 2.155.  State what the contract or lease is for and the nature of the debtor's interest     **Federal: LAPZ GEAR UP (GEAR UP 2), 9/26/2017 to 9/25/2024** | |
| State the term remaining     **59 Months** | |
| List the contract number of any government contract | **United States Department of Education** |
| 2.156.  State what the contract or lease is for and the nature of the debtor's interest     **Federal: Promise4LA GEAR UP (GEAR UP 3), 10/1/2018 to 9/30/2025** | |
| State the term remaining     **71 Months** | |
| List the contract number of any government contract | **United States Department of Education** |
| 2.157.  State what the contract or lease is for and the nature of the debtor's interest     **Federal: School Climate Transformation (2019-2023), 10/1/2019 to 9/30/2024** | |
| State the term remaining     **59 Months** | |
| List the contract number of any government contract | **United States Department of Education** |
| 2.158.  State what the contract or lease is for and the nature of the debtor's interest     **Federal: Resident Opportunity & Self-Sufficiency Program (ROSS), 3/18/2019 to 3/17/2022** | |
| State the term remaining     **28 Months** | |
| List the contract number of any government contract | **United States Department of Housing and** |
| 2.159.  State what the contract or lease is for and the nature of the debtor's interest     **Federal: TechHire, 7/1/2016 to 6/30/2020** | |
| State the term remaining     **8 Months** | |
| List the contract number of any government contract | **United States Department of Labor (DOL)** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Youth Policy Institute, Inc.**
   First Name        Middle Name        Last Name

Case number (*if known*)  **2:19-bk-23085-BB**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: DOL Young Adult Re-Entry (RP-3 DOL Direct), 7/1/2019 to 10/1/2022** | |
|---|---|---|---|
| | State the term remaining | **35 Months** | |
| | List the contract number of any government contract | _____ | **United States Department of Labor (DOL)** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: Full Service Community Schools 2019, 10/1/2019 to 9/30/2024** | |
|---|---|---|---|
| | State the term remaining | **59 Months** | |
| | List the contract number of any government contract | _____ | **US Department of Education** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Federal: Community-Based Crime Reduction (CBCR, formerly Byrne), 10/1/2017 to 9/30/2020** | |
|---|---|---|---|
| | State the term remaining | **11 Months** | |
| | List the contract number of any government contract | _____ | **US Department of Justice (DOJ)** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **WorkSource Center-Temporary Site 13420 Van Nuys Blvd. Suite 221; two cubicles in 121 Pacoima, CA 91331** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | |
| | List the contract number of any government contract | _____ | **VEDC: The Entrepreneur Center 13420 Van Nuys Blvd., Suite 121 Pacoima, CA 91331** |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **213 Phone lines, Plan ID: 96345, 98127, 99308, 99304, 99307** | |
|---|---|---|---|
| | State the term remaining | **Varries** | |
| | List the contract number of any government contract | _____ | **Verizon WIreless P.O. Box 660108 Dallas, TX 75266** |