1    Scott F. Gautier (State Bar No. 211742)
     *SGautier@RobinsKaplan.com*
2    Kevin D. Meek (State Bar No. 280562)
     *KMeek@RobinsKaplan.com*
3    ROBINS KAPLAN LLP
     2049 Century Park East, Suite 3400
4    Los Angeles, CA  90067
     Telephone:    310 552 0130
5    Facsimile:    310 229 5800

6    *Attorneys for Debtor, Youth Policy Institute, Inc.*

7

8                **UNITED STATES BANKRUPTCY COURT**

9                **CENTRAL DISTRICT OF CALIFORNIA**

10                      **LOS ANGELES DIVISION**

11

12   In re:                                    Case No.  2:19-bk-23085-BB

13   YOUTH POLICY INSTITUTE, INC., a           Chapter  7
     District of Columbia non-profit
14   corporation,                              **DEBTOR'S: (I) STATEMENT OF**
                                               **FINANCIAL AFFAIRS; AND (II)**
15          Debtor.                            **COMMENTS, RESERVATIONS,**
                                               **LIMITATIONS, AND DISCLAIMERS**
16                                             **WITH RESPECT TO STATEMENT OF**
                                               **FINANCIAL AFFAIRS**
17

18          On November 5, 2019 (the "Petition Date"), Youth Policy Institute, Inc. (the "Debtor") filed

19   a petition in the United States Bankruptcy Court for the Central District of California (Los Angeles

20   Division) (the "Bankruptcy Court") seeking relief under chapter 7 of the United States Bankruptcy

21   Code.  The Debtor's case is assigned to the Honorable Sheri Bluebond.  Attached is the Debtor's

22   Statement of Financial Affairs ("SOFA") in accordance with section 521 of the Bankruptcy Code,

23   Federal Rule of Bankruptcy Procedure 1007 and Local Bankruptcy Rule 1007-1.  The following

24   comments, reservations, limitations and disclaimers (collectively, the "Comments") supplement

25   and are incorporated into the attached SOFA.  The Debtor prepared the SOFA with the assistance

26   of the Debtor's professionals.

27          **Recent New Management Prepared the SOFA**

28          As a result of questions with respect to transactions and expenses involving the individual

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1    that was formerly the Debtor's the Chief Executive Officer, the Debtor's Board of Directors

2    terminated that person effective on September 23, 2019.  The person that served as the Debtor's

3    Chief Financial Officer resigned from the Debtor effective on September 20, 2019.  In addition,

4    prior to the former CEO's termination and the former CFO's resignation, serious questions were

5    raised by the Debtor's accountants regarding various financial and other reports that were submitted

6    to some governmental agencies in connection with funds that were previously granted to the Debtor

7    to operate its programs.

8         After the former CEO was terminated and the former CFO resigned, the Debtor retained a

9    new Interim Chief Executive Officer and a new financial consultant, who took primary

10    responsibility for preparing the SOFA.  Consequently, the information provided in the SOFA is

11    based upon the limited experience of those recently employed individuals.  In addition, as of the

12    time that the SOFA was prepared, the Debtor's financial reporting system has not been fully

13    integrated, the inputting of transactional data for the current fiscal year is not completed, and cash

14    accounts have not been reconciled for over one year. Therefore, the SOFA is based upon the

15    information and belief of the new management, with limited personal knowledge of much of that

16    information, given the limited amount of time they were employed by the Debtor and the questions

17    that exist with respect to the financial information reported by the Debtor prior to the

18    commencement of its chapter 7 bankruptcy case.  This is an important limitation on the information

19    identified in the SOFA.

20         **Reservation of Rights**

21         The information in the SOFA is unaudited.  The Debtor has sought to ensure that the SOFA

22    is accurate and complete based upon information that was available at the time that the SOFA was

23    prepared.  Subsequent information or discovery, however, may result in material changes to the

24    SOFA, and the SOFA may contain inadvertent errors, omissions or inaccuracies.  Moreover,

25    because the SFOA contains unaudited information, there can be no assurance that the SOFA is

26    wholly accurate and complete.  The Debtor reserves the right to amend and/or supplement the

27    SOFA as it deems necessary or appropriate.  In particular, note that the listing of a claim or a

28    contract does not constitute an admission by the Debtor of the legal rights of the claimant, or a

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1    waiver of the Debtor's right to disclaim or dispute such claim or contract as attributable to the

2    Debtor. Any claim or contract may be removed from the SOFA, whether by amending the SOFA

3    or otherwise.  Additionally, any claim may be the subject of an objection on any grounds, including

4    the claim has already been satisfied. Any claim that is listed in the SOFA may be disputed or

5    defended on any grounds.  All rights of offset and/or setoff may be asserted with respect to any

6    claim reflected on the SOFA.  Objections and defenses may include all grounds, including as to

7    amount, liability or classification, and the right to recharacterize, reclassify, recategorize, or

8    redesignate any claim as "disputed," "contingent" and/or "unliquidated," whether by amending the

9    SOFA or otherwise.

10       Listing a claim as "secured," "unsecured priority" or "unsecured nonpriority," does not

11    constitute a waiver of the right to recharacterize, reclassify, recategorize, or redesignate such claim.

12    Furthermore, listing a contract as "executory" or "unexpired," does not constitute an admission by

13    the Debtor that such contract or agreement is an executory contract or unexpired lease nor a waiver

14    of the right to recharacterize, reclassify or dispute the validity, status or enforceability of any

15    contracts, agreements or leases and to amend or supplement the SOFA, as necessary.

16       Despite its efforts to identify all known assets, the Debtor may not have listed all of its

17    causes of action or claims for relief against entities or potential causes of action or claims for relief

18    against entities, including causes of action or claims for relief arising under the provisions of

19    Chapter 5 of the Bankruptcy Code and any other nonbankruptcy laws to recover assets or avoid

20    transfers. All rights to assert any cause of action or claim for relief (including avoidance actions),

21    controversy, right of setoff, cross claim, counterclaim, or recoupment, and any cause of action or

22    claim for relief in connection with any contract, breach of duty imposed by law or in equity,

23    demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment,

24    account, defense, power, privilege, license, and franchise of any kind or character whatsoever,

25    known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated

26    or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively,

27    whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or

28    pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither the

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

3

1  Comments nor the SOFA shall be deemed a waiver of any Causes of Action or in any way prejudice

2  or impair the assertion of any such Causes of Action.

3    Any specific reservation of rights contained elsewhere in the Comments does not limit in

4  any respect the foregoing general reservation of rights.

5    **Basis of Presentation**

6    The SOFA reflects financial information for the Debtor only and do not purport to represent

7  financial statements prepared in accordance with Generally Accepted Accounting Principles

8  ("GAAP"), nor are they intended to reconcile fully with any financial statements otherwise

9  prepared and/or distributed by the Debtor.

10    **Totals**

11    All totals that are included in the SOFA represent totals of all known amounts included in

12  the SOFA. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise

13  undetermined amounts, the actual total may be materially different than the listed total. The

14  description of an amount as "unknown," "disputed," "contingent," "unliquidated," or

15  "undetermined" is not intended to reflect upon the materiality of such amount. Due to numerous

16  unliquidated, contingent, and/or disputed claims, any summary statistics in the SOFA and

17  Comments may significantly understate the Debtor's liabilities.

18    **Currency**

19    Unless otherwise indicated, all amounts are reflected in U.S. dollars.

20    **Fair Market Value; Book Value**

21    It would be prohibitively expensive, unduly burdensome and an inefficient use of the

22  Debtor's resources for the Debtor to obtain current market valuations of all of its assets.

23  Accordingly, unless otherwise indicated, the SOFA reflects net book values for assets as of the

24  Petition Date as reflected in the Debtor's books and records. Amounts ultimately realized may vary

25  from net book value, and such variance may be material. The asset amounts listed do not include

26  material write-downs that may be necessary. Cash is presented as bank balances as of the Petition

27  Date.

28    **Property and Equipment**

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

1    Nothing in the SOFA is, or shall be construed as, an admission as to the determination of

2    legal status of any lease (including whether any lease is a true lease or financing arrangement), and

3    all of the Debtor's rights are reserved with respect to such issues.

4    **Estimates**

5    In some cases, the Debtor made certain estimates and assumptions that affect the reported

6    amounts of assets and liabilities as of the Petition Date. The right to make amendments to the

7    reported amounts of assets and liabilities to reflect changes in those estimates or assumptions is

8    reserved.

9    **Fiscal Year:**

10    The Debtor's fiscal year ended on June 30, 2019.

11    **Claims of Third-Party Related Entities**

12    Although the Debtor has sought to classify properly each claim listed in the SOFA as being

13    either disputed or undisputed, liquidated or unliquidated and/or contingent or noncontingent, the

14    Debtor may not been able to reconcile fully all payments made to certain third parties and their

15    related entities on account of the Debtor's obligations to both such entity and its affiliates.

16    Therefore, to the extent that the Debtor has classified claims of a creditor as disputed, unliquidated

17    and/or contingent, all claims of such creditor's affiliates listed in the SOFA shall similarly be

18    considered as disputed, unliquidated and/or contingent, whether or not they are designated as such.

19    **Comments Control**

20    The SOFA is subject to and qualified by the Comments. In the event that the SOFA differs

21    from the Comments, the Comments shall control.

22

23    DATED:  December 3, 2019          **ROBINS KAPLAN LLP**

24                                      By: /s/ Kevin D. Meek_____

25                                          Kevin D. Meek

26                                      Attorneys For Debtor, Youth Policy Institute, Inc.

27

28

**Fill in this information to identify the case:**

Debtor name    **Youth Policy Institute, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **2:19-bk-23085-BB**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |
    | **From the beginning of the fiscal year to filing date:**<br>From  **7/01/2019** to **Filing Date** | ☐ Operating a business<br>■ Other    **Grant Revenue** | **$9,347,512.00** |
    | **For prior year:**<br>From  **7/01/2018** to  **6/30/2019** | ☐ Operating a business<br>■ Other    **Grant Revenue** | **$46,987,478.00** |
    | **For year before that:**<br>From  **7/01/2017** to  **6/30/2018** | ☐ Operating a business<br>■ Other    **Grant Revenue** | **$44,283,083.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    | --- | --- | --- | --- |

Debtor    **Youth Policy Institute, Inc.**

Case number *(if known)* **2:19-bk-23085-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Kaiser Permanente** **File 54803** **90074** | **9/4/19,** **9/26/19,** **10/25/19** | **$1,282,345.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **MDB International Branding LLC** **3680 BEVERLY BLVD** **90004** | **8/19/19,** **9/3/19,** **10/2/19** | **$207,305.13** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Paramount Contractors And Developers, I** **6464 Sunset Blvd, Suite 700** **90028** | **8/19/19,** **9/3/19,** **10/1/19** | **$179,842.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Excel Investments, LLC** **Po Box 2027** **90801** | **8/20/19,** **9/3/19,** **10/1/19** | **$83,511.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **PLIC - SBD Grand Island** **Po Box 10372** **50306** | **8/19/19,** **9/4/19,** **10/25/19** | **$63,271.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **ARMANINO LLP** **PO BOX 398285** **94139** | **8/30/19,** **9/3/19** | **$58,356.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **THOMASKELLY SOFTWARE ASSOCIATES** **1 SUGAR CREEK CENTER BLVD SUITE 410** **77478** | **9/12/2019** | **$47,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **AFLAC** **Attn Remittance Processing Services** **1932** **31993** | **8/19/19,** **8/28/19,** **9/13/19,** **10/25/19** | **$38,643.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Youth Policy Institute, Inc.**    Case number *(if known)* **2:19-bk-23085-BB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.9. | **Fresh Start Meals, Inc**<br>**1530 1St St**<br>**91340** | **10/18/19,**<br>**10/21/19** | **$38,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. | **PRINCIPAL'S EXCHANGE**<br>**2101 E. FOURTH ST. SUITE 200B**<br>**92705** | **8/14/2019** | **$34,420.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | **Maximus Protective Services**<br>**2540 Grand Avenue**<br>**90255** | **8//27/19,**<br>**9/13/19,**<br>**10/18/19** | **$32,011.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **SALEF**<br>**421 S. Bixel St. Suite A**<br>**90017** | **8/14/2019** | **$31,010.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **Vision Service Plan**<br>**P.O. Box 45210**<br>**94145** | **8/19/19,**<br>**9/4/19,**<br>**10/25/19** | **$29,520.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | **C3 Business Solutions**<br>**3130 S. HARBOR BLVD. SUITE 500**<br>**92704** | **9/5/19,**<br>**10/2/19** | **$27,825.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **The Princeton Review**<br>**62996 COLLECTION CENTER DRIVE**<br>**-0629** | **8/14/2019** | **$26,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.16. | **California Dental Network Inc**<br>**Po Box 2428**<br>**92654** | **8/19/19,**<br>**9/4/19,**<br>**10/25/19** | **$25,421.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Youth Policy Institute, Inc.**                                    Case number *(if known)*  **2:19-bk-23085-BB**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.17. **Curtin Security Company, Inc.**<br>**10046 Valley Spring Lane**<br>**91602** | **8/19/19,**<br>**9/3/19,**<br>**9/4/19,,**<br>**10/1/19** | **$22,020.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **PENSION ASSURANCE LLP**<br>**20335 VENTURA BOULEVARD SUITE**<br>**305**<br>**91364** | **10/25/2019** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **T Rowe Price**<br>**P.O. Box 64012**<br>**21264** | **9/4/19,**<br>**10/25/19** | **$15,394.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. **VEDC**<br>**5121 VAN NUYS BLVD 3RD FLOOR**<br>**91403** | **8/19/19,**<br>**9/3/19,**<br>**10/1/19** | **$12,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **BENUCK & RAINEY, INC.**<br>**25 CONCORD ROAD**<br>**03861** | **8/23/2019** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **AMEREICAN EXPRESS**<br>**WORLD FINANCIAL CENTER**<br>**10285** | **8/26/2019** | **$130,114.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. **California Community Foundation**<br>**221 S Figueroa St Suite 400**<br>**90012** | **9/27/2019** | **$2,005,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. **First Insurance**<br>**Po Box 7000**<br>**60197** | **10/7/2019** | **$38,528.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Youth Policy Institute, Inc.**                                       Case number *(if known)*  **2:19-bk-23085-BB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.25. | **ProSight Insurance**<br>P.O. Box 969<br>06498 | **10/15/2019** | **$57,643.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | **Robins Kaplan**<br>800 LASALLE AVE<br>55402 | **10/25/2019** | **$50,269.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.27. | **Grobstein Teeple**<br>6300 Canoga Ave<br>Woodland Hills, CA 91367 | **10/28/2019** | **$50,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28. | **WITHDRAWL**<br>Movers | **10/29/2019** | **$8,220.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | **TROWE PRICE**<br>P.O. Box 64012<br>21264 | **10/31/2019** | **$10,263.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | **Pension Assurance LLP**<br>20335 VENTURA BOULEVARD<br>91364 | **10/31/2019** | **$17,100.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. | **Kravitz**<br>16030 Ventura Blvd Ste 200<br>91436 | **10/31/2019** | **$18,275.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **Youth Policy Institute, Inc.** | Case number *(if known)* **2:19-bk-23085-BB** |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Dixon Slingerland**<br>**6464 Sunset Blvd**<br>**Los Angeles, CA 90028**<br>**President and CEO** | **12/21/18** | **$60,347.66** | **Expense Reimbursement** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **DEPARTMENT OF EDUCATION** | **Corrective Action Plan and Audit** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **CITY OF LA AUDIT-Economic & Workforce Development Department (EWDD)** | **Economic & Workforce Development Department (EWDD) audit of city contracts** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **CITY OF LA AUDIT-Los Angeles Housing + Community Investment Department** | **CITY OF LA AUDIT-Los Angeles Housing + Community Investment Department audit of programs** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Youth Policy Institute, Inc.**                               Case number *(if known)*   **2:19-bk-23085-BB**

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Laura Padilla v. Youth Policy Institute, Inc.** **19STCV08196** | **Civil** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **worker's compensation claim filed by Cindy Aguilar in June 2019** | **Worker's Compensation Claim** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **worker's compensation claim filed by Victor Velez in March 2019** | **Worker's Compensation Claim** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **small claims judgment lien in favor of "The Drumming For Your Life Institute" dated 10/7/2010.** **10M08907** | | **Los Angeles County Municipal Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. | **A judgment lien in an unknown amount in favor of "E.T.A. Cuisenaire" dated 6/7/2010.** | | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **EMPLOYEE**<br><br>Recipients relationship to debtor | **CHEFD.COM** | **11/14/17** | **$287.00** |
| 9.2. | **EMPLOYEE**<br><br>Recipients relationship to debtor | **CHEFD.COM** | **12/22/17** | **$204.00** |
| 9.3. | **EMPLOYEE**<br><br>Recipients relationship to debtor | **CHEFD.COM** | **05/03/18** | **$213.00** |

Debtor    **Youth Policy Institute, Inc.**                                  Case number *(if known)*  **2:19-bk-23085-BB**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **ROBERT SAINZ** | **NOMAD LA HOTEL GIFT CARD 0269** | **06/29/18** | **$503.50** |
| | Recipients relationship to debtor | | | |
| 9.5. | **PLEASE DO NOT ENTER** | | **11/15/18** | **$164.25** |
| | Recipients relationship to debtor | | | |
| 9.6. | **APLPAY ZOLA REGISTRY** | | **03/11/19** | **$512.50** |
| | Recipients relationship to debtor | | | |
| 9.7. | **DEMOCRATIC MIDTERM VICTOR 948908176102 -** | | **05/15/18** | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.8. | **ACTBLUE*KAINE.VICTORY - ACTBLUECC.COM, M** | | **05/31/18** | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.9. | **AMERICAN POSSIBILITIES** | | **10/02/18** | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.10. | **APL PAY ACTBLUE*DONATETODEMS** | | **02/11/19** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.11. | **APL PAY ACTBLUE*DONATETODEMS** | | **02/11/19** | **$1,000.00** |
| | Recipients relationship to debtor | | | |
| 9.12. | **charity** | | | **$1,800.00** |
| | Recipients relationship to debtor | | | |

Debtor    **Youth Policy Institute, Inc.**                                 Case number *(if known)*   **2:19-bk-23085-BB**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.13 | **Cal Science Foundation** | | | **$191.62** |
| | Recipients relationship to debtor | | | |
| 9.14 | **Oakwood School** | | | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.15 | **Wine for fire releif** | | | **$200.00** |
| | Recipients relationship to debtor | | | |
| 9.16 | **Bel-Air hotel event** | | | **$700.00** |
| | Recipients relationship to debtor | | | |
| 9.17 | **Stanford Fund** | | | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.18 | **charity** | | | **$600.00** |
| | Recipients relationship to debtor | | | |
| 9.19 | **YPI** | | | **$500.00** |
| | Recipients relationship to debtor | | | |
| 9.20 | **KCRW** | | **11/07/17** | **$417.00** |
| | Recipients relationship to debtor | | | |
| 9.21 | **KCRW** | | **11/22/17** | **$400.00** |
| | Recipients relationship to debtor | | | |

Debtor   **Youth Policy Institute, Inc.**                              Case number *(if known)*   **2:19-bk-23085-BB**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.22. | **C-CAP** | | **12/15/17** | **$1,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.23. | **KCRW** | | **12/08/17** | **$417.00** |
| | **Recipients relationship to debtor** | | | |
| 9.24. | **OMAZE, INC.** | | **12/13/17** | **$500.00** |
| | **Recipients relationship to debtor** | | | |
| 9.25. | **KCRW** | | **01/08/18** | **$417.00** |
| | **Recipients relationship to debtor** | | | |
| 9.26. | **OMAZE, INC.** | | **01/19/18** | **$100.00** |
| | **Recipients relationship to debtor** | | | |
| 9.27. | **C-CAP** | | **02/13/18** | **$500.00** |
| | **Recipients relationship to debtor** | | | |
| 9.28. | **KCRW** | | **02/07/18** | **$417.00** |
| | **Recipients relationship to debtor** | | | |
| 9.29. | **OMAZE, INC.** | | **02/09/18** | **$1,000.00** |
| | **Recipients relationship to debtor** | | | |
| 9.30. | **CHARITYBUZZ.COM** | | **03/23/18** | **$1,559.95** |
| | **Recipients relationship to debtor** | | | |

Debtor    **Youth Policy Institute, Inc.**                                    Case number *(if known)*   **2:19-bk-23085-BB**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.31. | **Help SJ Racing Team** | | 03/12/18 | **$500.00** |
| | Recipients relationship to debtor | | | |
| 9.32. | **KCRW** | | 03/07/18 | **$417.00** |
| | Recipients relationship to debtor | | | |
| 9.33. | **KCRW** | | 04/12/18 | **$417.00** |
| | Recipients relationship to debtor | | | |
| 9.34. | **GIVESMART** | | 05/23/18 | **$2,075.00** |
| | Recipients relationship to debtor | | | |
| 9.35. | **HERMANDAD MEXICANA NACION** | | 05/09/18 | **$5,000.00** |
| | Recipients relationship to debtor | | | |
| 9.36. | **KCRW** | | 05/07/18 | **$417.00** |
| | Recipients relationship to debtor | | | |
| 9.37. | **NETWORK FOR GOOD** | | 05/08/18 | **$515.00** |
| | Recipients relationship to debtor | | | |
| 9.38. | **Pou Timoun Foundation** | | 04/26/18 | **$1,400.00** |
| | Recipients relationship to debtor | | | |
| 9.39. | ***CIVICSC4DONATION** | | 06/21/18 | **$71.43** |
| | Recipients relationship to debtor | | | |

Debtor    **Youth Policy Institute, Inc.**                                  Case number *(if known)*  **2:19-bk-23085-BB**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.40. | **CHARITABLECONTRIB** | | 06/21/18 | $428.57 |
| | **Recipients relationship to debtor** | | | |
| 9.41. | **HELP SAMI FAGEN** | | 05/30/18 | $500.00 |
| | **Recipients relationship to debtor** | | | |
| 9.42. | **KCRW** | | 06/08/18 | $417.00 |
| | **Recipients relationship to debtor** | | | |
| 9.43. | **ALEXS LEMONADE FOUNDATION** | | 07/18/18 | $4,800.00 |
| | **Recipients relationship to debtor** | | | |
| 9.44. | **GE HENRY TO HOBART** | | 07/24/18 | $500.00 |
| | **Recipients relationship to debtor** | | | |
| 9.45. | **GOFUNDME** | | 06/28/18 | $75.00 |
| | **Recipients relationship to debtor** | | | |
| 9.46. | **KCRW** | | 07/09/18 | $417.00 |
| | **Recipients relationship to debtor** | | | |
| 9.47. | **SAVE DR WALDOS RESEAR** | | 06/28/18 | $500.00 |
| | **Recipients relationship to debtor** | | | |
| 9.48. | **KCRW** | | 08/08/18 | $417.00 |
| | **Recipients relationship to debtor** | | | |

Debtor    **Youth Policy Institute, Inc.**                                              Case number *(if known)*  **2:19-bk-23085-BB**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.49. | **GIVESMART** | | 09/11/15 | **$120.00** |
| | Recipients relationship to debtor | | | |
| 9.50. | **KCRW** | | 09/07/18 | **$417.00** |
| | Recipients relationship to debtor | | | |
| 9.51. | **KCRW** | | 10/08/18 | **$417.00** |
| | Recipients relationship to debtor | | | |
| 9.52. | **SALVADORANA** | | 10/01/18 | **$2,500.00** |
| | Recipients relationship to debtor | | | |
| 9.53. | **HONORING KEYMAAN** | | 11/02/18 | **$500.00** |
| | Recipients relationship to debtor | | | |
| 9.54. | **KCRW** | | 11/07/18 | **$417.00** |
| | Recipients relationship to debtor | | | |
| 9.55. | **LACI** | | 11/11/18 | **$500.00** |
| | Recipients relationship to debtor | | | |
| 9.56. | **ALLIANCE MARC EVA STE** | | 12/07/18 | **$250.00** |
| | Recipients relationship to debtor | | | |
| 9.57. | **KCRW** | | 12/07/18 | **$417.00** |
| | Recipients relationship to debtor | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    **Youth Policy Institute, Inc.**                                        Case number (if known)   **2:19-bk-23085-BB**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.58. | **SOLISSUPERVOH** | | 12/07/18 | $1,500.00 |
| | **Recipients relationship to debtor** | | | |
| 9.59. | **KCRW** | | 01/07/19 | $417.00 |
| | **Recipients relationship to debtor** | | | |
| 9.60. | **PRIZEO.COM** | | 01/12/19 | $500.00 |
| | **Recipients relationship to debtor** | | | |
| 9.61. | **KCRW** | | 02/07/19 | $417.00 |
| | **Recipients relationship to debtor** | | | |
| 9.62. | **KCRW** | | 03/07/19 | $417.00 |
| | **Recipients relationship to debtor** | | | |
| 9.63. | **QGV*ST. JOHN'S WELL CHILD ST. JOHN'S WEL** | | 03/11/19 | $5,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.64. | **KCRW** | | 04/07/19 | $417.00 |
| | **Recipients relationship to debtor** | | | |
| 9.65. | **HERMANDAD MEXICANA NACION** | | 04/30/19 | $5,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.66. | **KCRW** | | 05/07/19 | $417.00 |
| | **Recipients relationship to debtor** | | | |

Debtor    **Youth Policy Institute, Inc.**                                       Case number *(if known)*  **2:19-bk-23085-BB**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.67. | **LIBERTY HILL FOUNDATION** | | 05/01/19 | $750.00 |
| | **Recipients relationship to debtor** | | | |
| 9.68. | **PICO UNION** | | 05/16/19 | $250.00 |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Grobstein Teeple, LLP**<br>**6300 Canoga Ave 1500W**<br>**Woodland Hills, CA 91367** | | 10/28/19 | $50,000.00 |
| | **Email or website address**<br>**gtllp.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Robins Kaplan**<br>**2019 Century Park East**<br>**Suite 3400**<br>**Los Angeles, CA 90067** | | 11/25/19 | $50,000.00 |
| | **Email or website address**<br>**www.robinskaplan.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor    **Youth Policy Institute, Inc.**                                      Case number *(if known)*    **2:19-bk-23085-BB**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Tax Return Information, IRS Voulenteer Income Tax Assistance (VITA) program.  Personal participant infomration. Personnal student enrollment records including some information covered by HIPPA.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

Debtor    **Youth Policy Institute, Inc.**                                       Case number *(if known)*  **2:19-bk-23085-BB**

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **YOUTH POLICY INSTITUTE 401(K)** | EIN:  **47-4062603** |

Has the plan been terminated?

■ No
☐ Yes

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **YOUTH POLICY INSTITUTE 403(b)** | EIN:  **52-1278339** |

Has the plan been terminated?

■ No
☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Arleta Storage** <br> **8918 Woodman Ave** <br> **Arleta, CA 91331** | **Carmen Gutierrez** | **Boxes, Files, Furniture,** | ☐ No <br> ■ Yes |
| **Iron Mountain** <br> **100 Campus Dr.** <br> **Collegeville, PA 19426** | **Unknown** | **Boxes/Files** | ☐ No <br> ■ Yes |
| **Nova Storage** <br> **13043 Foothill Blvd** <br> **Sylmar, CA 91342** | **Carmen Guitierrez** | **Boxes/files** | ☐ No <br> ■ Yes |

Debtor    **Youth Policy Institute, Inc.**                                    Case number *(if known)*    **2:19-bk-23085-BB**

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
| --- | --- |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Department of Labor** | **2707 Beverly Blvd**<br>**Los Angeles, CA 90057** | **Ford Passenger Van** | **Unknown** |

| **Part 12:** | **Details About Environment Information** |
| --- | --- |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
| --- | --- |

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
| --- | --- | --- |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Debtor    **Youth Policy Institute, Inc.**                                          Case number *(if known)*  **2:19-bk-23085-BB**

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Steve Schultz** <br> **6464 Sunset Blvd #650** <br> **Los Angeles, CA 90028** | **2014  to 9/20/19** |
| 26a.2.  **David Oshiro** <br> **2707 Beverly Blvd, Los** <br> **Los Angeles, CA 90057** | **2011 to 10/25/19** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Armanino LLP** <br> **PO BOX 398285** <br> **San Francisco, CA 94139** | **Oct 2018 - Nov 19, performed FY 2018 Auidt periond ended June 30, 2018** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Hill Morgan and Associates LLP** <br> **19602 Fariman Dr** <br> **Carson, CA 90746** | **Annual Audit A-133 for FY -2011 - 2017** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.  **The Federal Audit Clearinghouse (FAC)** <br> **https://harvester.census.gov** | |
| 26d.2.  **Non Profit Finance Fund** <br> **5 Hanover Square, 9th Floor** <br> **New York, NY 10004** | |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Youth Policy Institute, Inc.**                                    Case number *(if known)*  **2:19-bk-23085-BB**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dan Grunfeld** | **6464 Sunset Blvd #650 Los Angeles, CA 90028** | **Executive Chair of the Board and Interim CEO** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Iris Zuniga** | **6464 Sunset Blvd #650 Los Angeles, CA 90028** | **Executive Vice President** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ruth Dineros** | **2707 Beverly Blvd. Los Angeles, CA 90057** | **Cheif Operating Officer** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stan Saunders** | **6464 Sunset Blvd #650 Los Angeles, CA 90028** | **Cheif Grants Officer** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Dixon SLingerland** | **6464 Sunset Blvd #650 Los Angeles, CA 90028** | **President & CEO** | **1995-9/23/19** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Steve Schultz** | **6464 Sunset Blvd #650 Los Angeles, CA 90028** | **CFO** | **2014  to 9/20/19** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Tara Watford** | **6464 Sunset Blvd #650 Los Angeles, CA 90028** | **Cheif Data Officer** | **to 6/4/19** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jessie Noonan** | **6464 Sunset Blvd #650 Los Angeles, CA 90028** | **Cheif Academic Officer** | **to 6/1/19** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **Youth Policy Institute, Inc.**                     Case number *(if known)* **2:19-bk-23085-BB**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dixon Slingerland**<br>**6464 Sunset Blvd #650**<br>**Los Angeles, CA 90028** | **490,671.69** | **11/7/19 to 9/25/19** | **Salary, Expense Reimbursment** |
| | Relationship to debtor<br>**Former President & CEO** | | | |
| 30.2. | **Dan Grunfeld**<br>**6464 Sunset Blvd #650**<br>**Los Angeles, CA 90028** | **61,153.85** | **8/2/19 to 10/25/19** | **Salary** |
| | Relationship to debtor<br>**Chair of the Board and Interim CEO** | | | |
| 30.3. | **Iris Zuniga**<br>**6464 Sunset Blvd #650**<br>**Los Angeles, CA 90028** | **225,618.92** | **11/9/18 to 10/25/19** | **Salary** |
| | Relationship to debtor<br>**Executive Vice President** | | | |
| 30.4. | **Steve Schultz**<br>**6464 Sunset Blvd #650**<br>**Los Angeles, CA 90028** | **152,181.84** | **11/9/18 to 9/25/19** | **Salary** |
| | Relationship to debtor<br>**Former CFO** | | | |
| 30.5. | **Stan Saunders**<br>**6464 Sunset Blvd #650**<br>**Los Angeles, CA 90028** | **156,157.32** | **11/9/18 to 10/25//19** | **Salary** |
| | Relationship to debtor<br>**Cheif Grants Officer** | | | |
| 30.6. | **Tara Watford**<br>**6464 Sunset Blvd #650**<br>**Los Angeles, CA 90028** | **87,131,94** | **11/7/19 to 6/4/19** | **Salary** |
| | Relationship to debtor<br>**Former Cheif Data Officer** | | | |
| 30.7. | **Ruth Dineros**<br>**2707 Beverly Blvd**<br>**Los Angeles, CA 90057** | **179,592.68** | **11/7/19 to 10/25/19** | **Salary** |
| | Relationship to debtor<br>**Cheif Operating Officer** | | | |

Debtor    **Youth Policy Institute, Inc.**                                        Case number (if known)    **2:19-bk-23085-BB**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Jessie Noonan**<br>**6464 Sunset Blvd #650**<br>**Los Angeles, CA 90028** | 118,827.92 | **11/9/18 to**<br>**5/30/19** | **Salary** |
| | Relationship to debtor<br>**Former Chief Academic Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on        December 3, 2019

_Signature of individual signing on behalf of the debtor_        Daniel Grunfeld
                                                                 Printed name

Position or relationship to debtor        Interim CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

1.  The information contained in the Debtor's Statement of Financial Affairs is subject to the Comments, Reservations, Limitations, and Disclaimers attached to the Statement of Financial Affairs.

### PROOF OF SERVICE OF DOCUMENT(S)

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):  **DEBTOR'S (I) STATEMENT OF FINANCIAL AFFFAIRS; AND (II) COMMENTS, RESERVATIONS, LIMITATIONS, AND DISCLAIMERS WITH RESPECT TO STATEMENT OF FINANCIAL AFFAIRS**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the aforementioned documents was served by the court via NEF and hyperlink to the documents. On (*date*) **December 3, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 3, 2019** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Nonprofit Finance Fund**
c/o Samuel A. Newman
Genevieve Weiner
Sidley Austin LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013

**Chapter 7 Trustee**
Jason M Rund
Sheridan & Rund
840 Apollo Street, Suite 351
El Segundo, CA 90245

**Counsel for Trustee**
Jeffrey A. Krieger
Keith Banner
Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars #2000
Los Angeles, CA 90067

**Office of the United States Trustee**
United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
(213) 894-681

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
61283200.1

**F 9013-3.1.PROOF.SERVICE**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 3, 2019** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Judge**
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
Hon. Sheri Bluebond
25 E. Temple St., Suite 1534, Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 3, 2019 | Kevin D. Meek | /s/ Kevin D. Meek |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.