| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California 90067-4590<br>Telephone:  310.553.3610<br>Fax:  310.553.0687<br>(proposed counsel)<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Jason M. Rund, Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>DEC 06 2019<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY wesley    DEPUTY CLERK |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Name Of* DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒ **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐ **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

**Movant** (*name*):  Jason M. Rund, Chjapter 7 Trustee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

   **a.** *Title of motion*: **NOTICE OF MOTION AND MOTION FOR ORDER LIMITING SCOPE OF NOTICE**

   **b.** *Date of filing of motion:* **12/6/2019**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

   *Date of filing of Application*:

3. Based upon the court's review of the application, it is ordered that:

   a. ☐ The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

   b. ☒ The Application is **GRANTED**, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 1                          **F 9075-1.1.ORDER.SHORT.NOTICE**

Order Shortening Time re Limit Notice Motion(3667150.1).doc

(1) ☒ A hearing on the motion will take place as follows:

| | |
|---|---|
| **Hearing date:** December 11, 2019<br>**Time:** 11:00 a.m.<br>**Courtroom:** 1539 | **Place:**<br>☒ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☒ No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date: December 9, 2019<br><br>Time: 11:00 a.m. | Secured Creditors; United States Trustee<br><br>☐ See attached page<br>(C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☒ No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)   ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date: December 9, 2019<br><br>Time: 11:00 a.m. | The Limited Service List as such term is defined in the Trustee's motion to limit notice<br><br>☐ See attached page<br>(D) _Service is also required upon_:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>  (*see Court Manual for address*) |

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*   Page 2   **F 9075-1.1.ORDER.SHORT.NOTICE**

Order Shortening Time re Limit Notice Motion(3667150.1).doc

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

---

(B) *Deadlines:*
Date: December 9, 2019
Time: 11:00 a.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

The Limited Service List as such term is defined in the Trustee's motion to limit notice

☐ See attached page

(D) *Service is also required upon:*
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

(B) *Deadlines:*
Date:
Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon:*
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

---

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                      Page 3                      **F 9075-1.1.ORDER.SHORT.NOTICE**
Order Shortening Time re Limit Notice Motion(3667150.1).doc

|  |  |
|---|---|
| (B) *Deadlines:*<br>Date:<br><br>Time: | (C) *Persons/entities to be served with written reply to opposition:*<br>-- All persons/entities who filed a written opposition<br><br><br>(D) *Service is also required upon:*<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's Copy personally delivered to chambers<br>  *(see Court Manual for address)* |

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☒ no later than:    Date: December 10, 2019    Time: 12:00 p.m.

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: December 6, 2019

_____
Sheri Bluebond
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

Order Shortening Time re Limit Notice Motion(3667150.1).doc