JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | Case No. 2:19-bk-23085-BB |
|---|---|
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER LIMITING SCOPE OF NOTICE** |
| | **Hearing**<br>Date: December 11, 2019<br>Time: 11:00 a.m.<br>Place: Courtroom 1539<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, THE LIMITED SERVICE LISTAND THEIR RESPECTIVE COUNSEL:**

**PLEASE TAKE NOTICE** that on **December 11, 2019 at 11:00 a.m.** in the above captioned courtroom a hearing (the "Hearing") will be conducted before the Honorable Sheri Bluebond, United States Bankruptcy Judge to consider the *Motion for Order Limiting Scope of Notice* [Docket No. 20] (the "Motion") filed Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") for entry of an order

76214.00002/3667394.1

MOTION FOR ORDER
LIMITING SCOPE OF NOTICE

1  pursuant to sections 105 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the

2  "Bankruptcy Code") and Rules 2002, 4001, 6004, 6006, 6007, 9006, 9007, 9013, 9014, and 9019

3  of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each a "Bankruptcy

4  Rule") authorizing the Trustee to limit notice of the Limited Notice Matters (as defined in the

5  Motion) in this chapter 7 case to the following parties: (1) the Office of the United States Trustee;

6  (2) the largest twenty unsecured creditors compiled pursuant to the disclosures of the Debtor in its

7  *Schedule E/F* filed on December 3, 2019 [Docket No. 15-3] ("Schedule E/F"); (3) parties that file

8  with the Court and serve upon the Trustee requests for notice of all matters in accordance with

9  Bankruptcy Rule 2002(i); (4) any party with a pecuniary interest in the subject matter of the

10 particular Limited Notice Matter or its counsel; and (5) all secured creditors disclosed in the

11 Debtor's *Schedule D* filed on December 3, 2019 [Docket No. 15-2] (collectively, the "Limited

12 Service List").

13 **PLEASE TAKE FURTHER NOTICE** that the Motion will be heard on shortened time

14 pursuant to Local Bankruptcy Rule 9075-1(b) and the *Order: Granting Application and Setting*

15 *Hearing on Shortened Notice* [Docket No. 23] (the "Order Shortening Time") entered by the

16 Court on December 6, 2019.

17 **PLEASE TAKE FURTHER NOTICE** that pursuant to the Order Shortening Time, any

18 opposition can be filed with the Court in advance of the Hearing in the form required by Local

19 Bankruptcy Rule 9013-1(f) or be made orally at the Hearing.  Any reply of the Trustee can also

20 be made orally at the Hearing.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

76214.00002/3667394.1    1    NOTICE OF HEARING ON MOTION FOR ORDER LIMITING SCOPE OF NOTICE

1  **PLEASE TAKE FURTHER NOTICE** that as required by the Order Shortening Time, this Notice is being served on the Limited Service List via overnight mail or through the Court's electronic noticing (NEF) system.

DATED:  December 6, 2019

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By:/s/ *Jeffrey A. Krieger*
   JEFFREY A. KRIEGER
   KEITH PATRICK BANNER
   Proposed Attorneys for Jason M. Rund,
   Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

76214.00002/3667394.1    2    NOTICE OF HEARING ON MOTION FOR ORDER LIMITING SCOPE OF NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER LIMITING SCOPE OF NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 6, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 6, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 6, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Messenger**
Honorable Sheri Bluebond
United States Bankruptcy Court, Central District
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 6, 2019 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

2. **SERVED BY UNITED STATES MAIL**:

**Secured Creditors**

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

**Unsecured Creditors**

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, , CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll Services)
P.O. Box 930953
Atlanta, GA 91193