United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 19-23085-BB
Youth Policy Institute, Inc.                                            Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1              Date Rcvd: Dec 06, 2019
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db              #+Youth Policy Institute, Inc.,    6464 Sunset Blvd., Suite 650,    Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com,
               laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
              Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
              Jeffrey A Krieger    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com,
               kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
              Keith Patrick Banner    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com,
               sharper@greenbergglusker.com;calendar@greenbergglusker.com
              Kevin Meek    on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com,
               kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
              Matthew N Sirolly    on behalf of Creditor    Labor Commissioner, California, Division of Labor
               Standards Enforcement msirolly@dir.ca.gov
              Robert D Bass    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 8

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California 90067-4590<br>Telephone:  310.553.3610<br>Fax:  310.553.0687<br>(proposed counsel)<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for*: Jason M. Rund, Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 06 2019**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** wesley    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -***Name Of* **DIVISION**

| In re:<br><br><br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-23085-BB<br><br>CHAPTER: 7<br><br>**ORDER:**<br><br>☒  **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☐  **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

**Movant** (*name*):  Jason M. Rund, Chjapter 7 Trustee

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    **a.**  *Title of motion*: **NOTICE OF MOTION AND MOTION FOR ORDER LIMITING SCOPE OF NOTICE**

    **b.**  *Date of filing of motion:* **12/6/2019**

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*:

3. Based upon the court's review of the application, it is ordered that:

    a.  ☐  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    b.  ☒  The Application is **GRANTED**, and it is further ordered that:

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                     Page 1                     **F 9075-1.1.ORDER.SHORT.NOTICE**

Order Shortening Time re Limit Notice Motion(3667150.1).doc

(1) ☒  A hearing on the motion will take place as follows:

| **Hearing date:** December 11, 2019 | **Place:** |
|---|---|
| **Time:** 11:00 a.m. | ☒ **255 East Temple Street, Los Angeles, CA 90012** |
| **Courtroom:** 1539 | ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367** |
| | ☐ **3420 Twelfth Street, Riverside, CA 92501** |
| | ☐ **411 West Fourth Street, Santa Ana, CA 92701** |
| | ☐ **1415 State Street, Santa Barbara, CA 93101** |

(2) ☒  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) *Deadlines:* | (B) *Persons/entities to be provided with telephonic notice:* |
|---|---|
| Date: December 9, 2019 | Secured Creditors; United States Trustee |
| Time: 11:00 a.m. | |
| | ☐ See attached page |
| | (C) *Telephonic notice is also required upon* the United States trustee |

(3) ☒  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:   ☒ one of the methods checked   ☐ all of the methods checked

(A)  ☒ Personal Delivery   ☒ Overnight Mail   ☐ First class mail   ☒ Facsimile*   ☒ Email*

| (B) *Deadlines:* | (C) *Persons/entities to be served with written notice and a copy of this order:* |
|---|---|
| Date: December 9, 2019 | |
| Time: 11:00 a.m. | The Limited Service List as such term is defined in the Trustee's motion to limit notice |
| | ☐ See attached page |
| | (D) S*ervice is also required upon*: |
| | -- United States trustee *(electronic service is not permitted)* |
| | -- Judge's copy personally delivered to chambers (*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                   Page 2                                   **F 9075-1.1.ORDER.SHORT.NOTICE**

Order Shortening Time re Limit Notice Motion(3667150.1).doc

(4) ☒ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☒ one of the methods checked  ☐ all of the methods checked

(A) ☒ Personal Delivery  ☒ Overnight Mail  ☐ First Class Mail  ☒ Facsimile*  ☒ Email*

---

(B) *Deadlines:*
Date: December 9, 2019
Time: 11:00 a.m.

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

The Limited Service List as such term is defined in the Trustee's motion to limit notice

☐ See attached page

(D) *Service is also required upon:*
-- United States trustee *(no electronic service permitted)*
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

---

(5) ☒ Regarding **opposition to the motion**

☒ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

(B) *Deadlines:*
Date:
Time:

(C) *Persons/entities to be served with written opposition to the motion:*
-- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon:*
-- United States trustee (*electronic service is not permitted*)
-- Judge's copy personally delivered to chambers
  (*see Court Manual for address*)

---

(6) ☒ Regarding a **reply to an opposition:**

☒ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked  ☐ all of the methods checked

(A) ☐ Personal Delivery  ☐ Overnight Mail  ☐ First Class Mail  ☐ Facsimile*  ☐ Email*

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 3    **F 9075-1.1.ORDER.SHORT.NOTICE**

Order Shortening Time re Limit Notice Motion(3667150.1).doc

(B) *Deadlines:*
  Date:
  Time:

(C) *Persons/entities to be served with written reply to opposition:*
  -- All persons/entities who filed a written opposition

(D) *Service is also required upon:*
  -- United States trustee *(electronic service is not permitted)*
  -- Judge's Copy personally delivered to chambers
    (*see Court Manual for address*)

(7) ☐ Other requirements:

(8) ☒ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

| | | |
|---|---|---|
| ☐ at least 2 days before the hearing. | | |
| ☒ no later than: | Date: December 10, 2019 | Time: 12:00 p.m. |

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: December 6, 2019

Sheri Bluebond
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 4  **F 9075-1.1.ORDER.SHORT.NOTICE**

Order Shortening Time re Limit Notice Motion(3667150.1).doc