JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**DECLARATION OF SERVICE RE:**<br>**HEARING ON TRUSTEE'S MOTION FOR**<br>**ORDER LIMITING SCOPE OF NOTICE**<br><br>**Hearing**<br>Date:  December 11, 2019<br>Time:  11:00 a.m.<br>Place: Courtroom 1539<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

I, Keith Patrick Banner, being fully sworn, hereby declare that the following is true to the best of my knowledge, information and belief:

1.  I am an attorney at Greenberg Glusker Fields Claman & Machtinger LLP, proposed general bankruptcy counsel to Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"). The facts herein contained are within my own personal knowledge and belief and I could and would competently testify thereto if called upon to do so.

///

76214.00002/3667394.1

DECLARATION OF SERVICE RE HEARING ON
MOTION TO LIMIT SCOPE OF NOTICE

2. On December 6, 2019, the Court entered its *Order: Granting Application and Setting Hearing on Shortened Notice* [Docket No. 23] (the "Order Shortening Time") pursuant to which the Court scheduled a hearing on the Trustee's *Motion for Order Limiting Scope of Notice* [Docket No. 20] (the "Motion") for December 11, 2019 at 11:00 a.m. (the "Hearing").

3. Pursuant to the Order Shortening Time, the Trustee filed his *Notice of Hearing on Trustee's Motion for Order Limiting Scope of Notice* [Docket No. 25] (the "Notice of Hearing").

4. As required under the Order Shortening Time, on December 6, 2019, our office served copies of (a) the Order Shortening Time; (b) the Notice of Hearing; and (c) the Motion via overnight mail and/or the Court's NEF system to the following parties: (1) the Office of the United States Trustee; (2) the largest twenty unsecured creditors compiled pursuant to the disclosures of the Debtor in its *Schedule E/F* filed on December 3, 2019 [Docket No. 15-3] ("Schedule E/F"); (3) parties that file with the Court and serve upon the Trustee requests for notice of all matters in accordance with Bankruptcy Rule 2002(i); (4) any party with a pecuniary interest in the subject matter of the particular Limited Notice Matter or its counsel; and (5) all secured creditors disclosed in the Debtor's *Schedule D* filed on December 3, 2019 [Docket No. 15-2] (collectively, the "Limited Service List"). *See* Proof of Service accompanying Docket Nos. 20 & 25.

5. As further required under the Order Shortening Time, our office provided further notice of the Hearing to the appropriate parties, as follows:

  a. On December 6, 2019 I spoke with Sam Newman and Genevieve Weiner of Sidley Austin LLP, counsel for secured creditor Nonprofit Finance Fund and provided notice of the Hearing;

  b. On December 9, 2019 our office gave telephonic notice of the Hearing to the U.S. Trustee via detailed voicemail message to analyst, Jack Arutyunyan, to whom we were directed to.

/ / /

/ / /

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

76214.00002/3667394.1   1   DECLARATION OF SERVICE RE HEARING ON MOTION TO LIMIT SCOPE OF NOTICE

     c.  On December 9, 2019, after multiple attempts to give Ford Motor Credit ("Ford") telephonic notice of the Hearing, our office was directed to send notice via facsimile to their legal department at (313) 390-3366. As instructed, our office transmitted the Notice, the Order Shortening Time and the Motion via facsimile to Ford.

     d.  On December 9, 2019, our office called Jules and Associates at (213) 362-5600 and left a detailed voicemail message providing notice of the Hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at Los Angeles, California on this 9th day of December, 2019.

_____
KEITH PATRICK BANNER

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

76214.00002/3667394.1

2

DECLARATION OF SERVICE RE HEARING ON MOTION TO LIMIT SCOPE OF NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF SERVICE RE: HEARING ON TRUSTEE'S MOTION FOR ORDER LIMITING SCOPE OF NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 9, 2019 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 9, 2019 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Messenger**
Honorable Sheri Bluebond
United States Bankruptcy Court, Central District
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 9, 2019 | Sherry Harper | */s/ Sherry Harper* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |