JASON M. RUND, Chapter 7 Trustee (SBN 166514)
SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone:  310.640.1200
Email:  trustee@srlawyers.com

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY**

**JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-**

**INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the

bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), has filed his application

(the "Application") for authority to employ, pursuant to sections 327(a) and 330 of title 11 of the

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Greenberg Glusker Fields

2  Claman & Machtinger LLP ("Greenberg Glusker" or the "Firm") as his general bankruptcy

3  counsel, effective as of November 11, 2019.  As set forth in detail in the Application, the Firm

4  will render all services required by the Trustee during his administration of the case, including,

5  without limitation, advising the Trustee with respect to his duties and powers, the investigation

6  and disposition of assets of the estate, the investigation and prosecution of claims of the estate,

7  and the review and analysis of proofs of claim filed against the estate.

8        **PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the

9  Application, the *Declaration of Jeffrey A. Krieger* (the "Krieger Declaration") attached thereto,

10  this Notice, the arguments of counsel, and other admissible evidence properly brought before the

11  Court.  In addition, the Trustee respectfully requests that the Court take judicial notice of the

12  chapter 7 case docket and all pleadings filed in the above captioned chapter 7 bankruptcy case,

13  including the specific pleadings referenced in the Application.

14        **PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ Greenberg

15  Glusker at its regular billing rates for bankruptcy matters, which generally range from $315 to

16  $950 per hour for attorneys, and $275 to $350 per hour for paralegals, as more fully described in

17  the Application, subject to the Bankruptcy Court's approval of Greenberg Glusker's

18  compensation and reimbursement of costs as provided by the Bankruptcy Code, specifically

19  sections 330 and 331, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy

20  Rules.  The current billing rates of the principal attorneys who will work on the case are as

21  follows: Jeffrey A. Krieger - $625/hour; and Keith Patrick Banner - $475/hour.  These rates as of

22  January 1, 2020 will be $660/hour and $525/hour respectively and may be adjusted annually from

23  time to time.  A list of the current billing rates for the attorneys and paralegals of Greenberg

24  Glusker most likely to be involved in the representation of the Trustee in connection with this

25  bankruptcy case is attached as <u>Exhibit 3</u> to the Krieger Declaration.

26        The Firm will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy

27  Code.  All compensation will be paid from the funds of the Debtor's bankruptcy estate.

28  Greenberg Glusker has not received any retainer with respect to its employment.

NOTICE OF APPLICATION TO EMPLOY
COUNSEL

**GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting:

> Jeffrey A. Krieger, Esq.
> GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
> 1900 Avenue of the Stars, 21st Floor
> Los Angeles, California 90067
> Telephone:  310.553.3610
> Facsimile:  310.553.0687
> Email: JKrieger@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rules 2014-1(b)(3)(E) and 9013-1(o)(1), any response to the Application and request for hearing must be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his proposed general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn:  Jeffrey A. Krieger, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067; and (ii) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

DATED:  December 10, 2019

_____
JASON M. RUND, Trustee

DATED:  December 10, 2019

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: _____
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl., Los Angeles, CA 90067
A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 10, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒     Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) December 10, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***Please Note, Service List to be detailed in a later filed Supplemental Proof of Service***

☐     Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 10, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐     Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 10, 2019 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.    <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
  0813@ecf.pacerpro.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

Proof of Service(3668655.1).docx