| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California  90067-4590<br>Telephone:310.553.3610<br>Fax:  310.553.0687<br><br>☐   Individual *appearing without an attorney*<br>☒   Attorney for:   Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br>ORDER GRANTING MOTION FOR ORDER LIMITING SCOPE OF NOTICE<br><br>[DOCKET NO. 20] |

PLEASE TAKE NOTICE that the order titled <u>ORDER GRANTING MOTION FOR ORDER LIMITING SCOPE OF NOTICE R</u> was lodged on (*date*) <u>December 10, 2019</u> and is attached hereto as <u>Exhibit A</u>.  This order relates to docket number 20.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 1                        **F 9021-1.2.BK.NOTICE.LODGMENT**
76214-00002/3668853.1

# EXHIBIT A

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR ORDER LIMITING SCOPE OF NOTICE**<br><br>**Hearing**<br>Date: December 11, 2019<br>Time: 11:00 a.m.<br>Place: Courtroom 1539<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

On the above captioned date and time, the court considered the *Motion for Order Limiting Scope of Notice* [Docket No. 20] (the "Motion") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") for entry of an order limiting the scope of notice required in this chapter 7 case. Appearances were stated on the record.

Based upon the Court's review of the Motion, the accompanying Memorandum of Points and Authorities, the *Declaration of Jason M. Rund* accompanying the Motion, the evidentiary record, and argument of counsel; it appearing that this Court has jurisdiction over this matter

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion

2  having been given under the circumstances; and after due deliberation and good cause appearing

3  therefor, based upon findings of fact and conclusions of law stated on the record orally and

4  recorded in open court pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, as

5  incorporated into Bankruptcy Rule 7052 and applied to contested matters by Bankruptcy Rule

6  9014(c),

7      IT IS ORDERED THAT:

8      1. The Motion is granted.

9      2. Pursuant to sections 105, 1107 and 1108 of title 11 of the United States Code, 11

10 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2002(i), 2002(m), 4001, 6004, 6006,

11 6007, 9006, 9007, 9013, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure (the

12 "Bankruptcy Rules" and each a "Bankruptcy Rule"), notice of the Limited Notice Matters, as

13 defined below, is limited to the following: (1) the Office of the United States Trustee; (2) the

14 largest twenty unsecured creditors compiled pursuant to the disclosures of the Debtor in its

15 *Schedule E/F* filed on December 3, 2019 [Docket No. 15-3] ("Schedule E/F"); (3) parties that file

16 with the Court and serve upon the Trustee requests for notice of all matters in accordance with

17 Bankruptcy Rule 2002(i); (4) any party with a pecuniary interest in the subject matter of the

18 particular Limited Notice Matter or its counsel; and (5) all secured creditors disclosed in the

19 Debtor's *Schedule D* filed on December 3, 2019 [Docket No. 15-2] (collectively, the "Limited

20 Service List").

21     3. Except for matters set forth in paragraph 4 below, the Limited Notice Matters

22 constitute all notices, motions, or applications, including, but not limited to, the following:

23         a. any proposed use, sale, or lease of property of the estate pursuant to section

24            363 of the Bankruptcy Code and Bankruptcy Rules 2002(a)(2), 4001(b),

25            and 6004 (except a sale of substantially all assets of the estate);

26         b. any proposed financing or use of cash collateral;

27         c. any proposed approval of a compromise or settlement of a controversy

28            pursuant to Bankruptcy Rules 2002(a)(3) and 9019 and/or section 363 of

the Bankruptcy Code;

d. any proposed abandonment or disposition of property of the estate pursuant to section 554 of the Bankruptcy Code and Bankruptcy Rule 6007(a);

e. any proposed assumption, assumption and assignment or rejection of contracts or leases under section 365 of the Bankruptcy Code and Bankruptcy Rule 6006(a) or (c);

f. any proposal to prohibit or condition the use, sale or lease of property pursuant to section 363 of the Bankruptcy Code or Bankruptcy Rule 4001(a);

g. any proposed objections to claims pursuant to section 502 of the Bankruptcy Code or Bankruptcy Rules 3002, 3003 or 3007;

h. any proposed application for employment of professionals pursuant to sections 327, 1103 or 1104 of the Bankruptcy Code or Bankruptcy Rule 2014;

i. any proposed application for compensation or reimbursement of expenses of professionals, pursuant to sections 328, 329, 330, or 331 of the Bankruptcy Code and Bankruptcy Rules 2002(a)(6), 2016, 2017, and 6005; except as provided by other orders of this Court; and

j. except as limited below, a hearing relating to any other contested matters, requests for relief, pleadings, or papers in this chapter 7 case that may or may not require notice to all creditors or equity holders pursuant to the Bankruptcy Code, Bankruptcy Rule 9014, or the Local Bankruptcy Rules, provided that, the Trustee, applicant, or movant, as applicable, includes in such pleading the basis for the limited service.

4. Notwithstanding the foregoing, this order does not affect the rights of all creditors to receive notice of the following matters or proceedings: (a) the date fixed for filing proofs of claim; (b) a hearing on the dismissal or conversion of this chapter 7 bankruptcy case; and (c) any other proceeding for which the Court orders further notice.

5. In addition to the service methods authorized by Local Bankruptcy Rule 9075-1, service of emergency or expedited Limited Notice Matters by overnight delivery are authorized if such notice will be delivered prior to the scheduled hearing time or as otherwise ordered by the Court.

6. The Trustee shall serve a copy of this order on the Debtor's creditor matrix.

7. The Trustee shall provide a copy of the Limited Service List to any creditor or party in interest that makes a written request to the Trustee's counsel.

8. Any party may be added to the Limited Service List by either (a) serving a written request for inclusion on the Trustee's counsel; or (b) filing in this chapter 7 bankruptcy case a Request to be Added or Removed From Courtesy Notification of Electronic Filing (NEF), a copy of which may be obtained through the Court's website at:

https://www.cacb.uscourts.gov/forms/request-be-added-or-removed-courtesy-notification-electronic-filing-nef

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: ORDER GRANTING MOTION FOR ORDER LIMITING SCOPE OF NOTICE [DOCKET NO. 20]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 10, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 10, 2019 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |