JASON M. RUND, TRUSTEE
Email: trustee@srlawyers.com
840 Apollo Street, Suite 351
El Segundo, CA 90245

Telephone:     (310) 640-1200
Facsimile:     (310) 640-0200

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No.: 2:19-23085-BB<br><br>19230852<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: KEVIN MEEK
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 01/07/20 at 02:30 PM at OFFICE OF THE UNITED STATES TRUSTEE, BANK OF THE WEST BUILDING, 915 Wilshire Boulevard, Tenth Floor, Room 2, Los Angeles, CA 90017, for the reason set forth below:

- ☐ You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, the Trustee will request that the court dismiss the case pursuant to Local Bankruptcy Rule 1017-2(b).

- ☐ You failed to provide proper picture I.D. and/or original proof of Social Security Number at the 341(a) meeting previously scheduled in your matter.

- ☒ Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.
    ☐ 2 years tax returns     ☐ 1 year bank statement     ☐ Other

- ☐ Amend Schedule A, B, C, D, E, F, G, H, I, J

- ☐ Amend Statement of Related Cases

- ☐ Amend Statement of Financial Affairs

- ☒ **Contact Trustee's office prior to meeting to see if Debtor will be required to appear. This is a holding date only.**

Dated:    December 12, 2019                         /s/ Jason M. Rund
                                                    JASON M. RUND, TRUSTEE

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on December 12, 2019.

| | |
|---|---|
| YOUTH POLICY INSTITUTE, INC.<br>6464 SUNSET BLVD., SUITE 650<br>LOS ANGELES, CA 90028 | KEVIN MEEK<br>ROBINS KAPLAN LLP<br>2049 CENTURY PARK EAST, SUITE 3400<br>LOS ANGELES, CA 90067<br>/s/ Laura Gitnick |