1  **JASON M. RUND**
   **840 APOLLO ST., STE. 351**
2  **EL SEGUNDO, CA 90245**
   **(310) 640-1200 PHONE**
3  *trustee@srlawyers.com*

4
   **CHAPTER 7 TRUSTEE**
5

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                   LOS ANGELES DIVISION

11
   In re                                )    Case No.:  2:19-bk-23085 BB
12                                       )
   YOUTH POLICY INSTITUTE, INC.          )    Chapter 7
13                                       )
                                         )    **TRUSTEE'S APPLICATION TO**
14                                       )    **EMPLOY HAHN FIFE & CO., LLP AS**
                                         )    **ACCOUNTANTS; DECLARATIONS OF**
15                                       )    **ACCOUNTANT AND CHAPTER 7**
                                         )    **TRUSTEE**
16                                       )
                                         )    [No Hearing Required]
17                                       )
                Debtor.                  )
18  ─────────────────────────────────── )

19

20  **TO THE HONORABLE SHERI BLUEBOND UNITED STATES BANKRUPTCY**

21  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND**

22  **OTHER INTERESTED PARTIES**

23          Jason M. Rund (hereinafter the "Trustee" or "Applicant") applies to the court for

24  an Order authorizing the employment of Hahn Fife & Company, LLP (hereinafter "Hahn Fife"),

25  as his accountants (hereinafter "Application") and respectfully represents as follows:

26

27

28

1          1.        Applicant is the duly-qualified and acting Chapter 7 Trustee in the above-
2     captioned case.
3
4          2.        Applicant proposes to employ Hahn Fife & Company, LLP ("Hahn Fife")
5     to provide accounting services to the bankruptcy estate that include assist in the closing of the
6     Debtor's 401(k), investigate and back up computers, analysis of potential preferential and
7     fraudulent transfers, monitor the issuance of the Debtor's W-2's, preparing and filing the
8     necessary state and federal estate tax returns, review of financial documents and any other
9     reasonable duties assigned by the Trustee
10
11         3.        As indicated by the attached Declaration of Donald T. Fife, Hahn Fife is
12    experienced in bankruptcy accounting matters, including those involving trustees, bankruptcy
13    estates, and tax matters included in bankruptcy estates.  The firm is competent to perform the
14    requisite accounting services in this case.  The firm's breadth of experience and length of service
15    is described in the resumes copies of which are attached as Exhibit "1".
16
17         4.        As indicated by the attached Declaration of Donald T. Fife, Hahn Fife
18    is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules,
19    and will comply with the Code and the Rules.  Hahn Fife has agreed to perform accounting
20    services and to thereafter make application to this Court for compensation.  Hahn Fife has further
21
22    agreed and will accept as their fee such amount as is determined by the Court to be reasonable
23    and proper.
24
25         5.        Applicant proposes to retain Hahn Fife upon the following basis: Except
26    as the Court may otherwise determine, after due notice, Hahn Fife will petition the Court under
27    11 U.S.C. Section 330 for an allowance of fees and reimbursable costs not more often than every
28                                                  2

1    120 days. The petition will be heard upon notice to necessary parties. Hahn Fife will accept

2    compensation and reimbursements of expenses in such amounts that the Court may award. There

3    will be no written employment agreement apart from this Application. The only source of

4    payment or compensation will be the estate. No retainer has been paid or is being proposed to

5    Hahn Fife.

6           6.      To the best of Applicant's knowledge, Hahn Fife: (1) does not hold or

7    represent any interest adverse to Applicant, the Debtor, the creditors, and the estate; (2) has no

8    connection with the Debtor, the creditors, any other party in interest, their respective attorneys

9    and accountants, the United States Trustee, any person employed in the office of the United

10   States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central

11   District of California; (3) is a disinterested person as that term is defined in 11 U.S.C. Section

12   101(14); and (4) holds no pre-petition claim against the estate.

13

14           **WHEREFORE,** Applicant respectfully requests an order: (1) authorizing her to

15   employ Hahn Fife as accountants, effective November 13, 2019, as an administrative expense of

16   the estates upon the terms and conditions in this application; (2) granting for such other and

17   further relief as is just and proper.

18
   DATED: _December 13, 2019_
19
                                                    /s/ Jason M. Rund
20                                                  Jason M. Rund
                                                    Chapter 7 Trustee
21

22

23

24

25

26

27

28                                           3

1          **DECLARATION OF JASON M. RUND**

2          I, Jason M. Rund, declare as follows:

3          1.          I am the duly-acting and qualified Chapter 7 Trustee of the estate of *Youth*

4  *Policy Institute, Inc.* ("Debtor").

5          2.          I have personal knowledge of the facts in this declaration; except those

6  facts that are based upon information and belief and as to those facts I believe such facts to be

7  true. If called as a witness, I could competently testify to the facts in this declaration.

8          3.          I have determined that it was necessary to employ a certified public

9  accountant to provide accounting services that include preparing and filing the federal and state

10  estate tax returns, review of financial documents, preference analysis, preparing Monthly

11  Operating Reports and any other reasonable duties assigned by me in this estate.

12          4.          I desire to utilize Hahn Fife's accounting expertise and services and to

13  employ Hahn Fife as my accountants, effective November 13, 2019.  I believe that Hahn Fife's

14  employment is economical and prudent.

15          5.          Except as provided herein, to the best of my knowledge and based upon

16  Mr. Fife's Declaration filed concurrently herewith,

17                    a.          Hahn Fife and Mr. Fife have no connection with the Debtor, his

18  insiders, creditors, any other party or parties in interest, their respective attorneys and

19  accountants, or any person employed in the Office of the U.S. Trustee;

20                    b.          Hahn Fife and Mr. Fife are not creditors, equity security holders or

21  insiders of the Debtors;

22                    c.          Hahn Fife and Mr. Fife are not and were not investment bankers

23  for any outstanding security of the Debtors;

24                    d.          Hahn Fife and Mr. Fife have not been within three(3) years before

25  the date of the filing of the petition herein, an investment banker for a security of the Debtors, or

26  any representative for such an investment banker in connection with the offer, sale or issuance of

27

28                                        4

1   any security of the Debtors;

2          e.     Hahn Fife and Mr. Fife are not and were not, within two (2) years

3   before the date of filing of the petition herein, directors, officers or employees of the Debtors or

4   of any investment banker for any security of the Debtors.

5          f.     Hahn Fife and Mr. Fife do not represent an individual or entity

6   which holds an interest adverse to the bankruptcy estate; and

7          g.     Mr. Fife is not related to the bankruptcy judge in this case.

8      6.   Hahn Fife and Mr. Fife will not receive a retainer in this case.

9      I declare under penalty of perjury that the foregoing is true and correct.  Executed at El

10  Segundo, California, on December 13, 2019.

11

12                                  /s/ Jason M. Rund
                                    _____
13                                  Jason M. Rund
                                    Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  5

1    **DECLARATION OF DONALD T. FIFE**

2    I, Donald T. Fife, declare as follows:

3    1.    I am a duly-licensed certified public accountant in the State of California

4    and a Partner in the firm of Hahn Fife & Company, LLP.

5    2.    I have personal knowledge of the facts in this Declaration and, if called as

6    a witness, could competently testify to these facts.

7    3.    The firm is experienced in bankruptcy matters, including those involving

8    trustees, bankruptcy estates, and issues relating to the tax effects from sale of estate assets.  I am

9    competent to perform the requisite accounting services in this case.  The firm's breadth of

10    experience and length of service is described in the resume a copy of which is attached as Exhibit

11    B.

12    4.    I am familiar with the Bankruptcy Code, the Bankruptcy Rules, and the

13    Local Bankruptcy Rules, and will comply with the Code and Rules.

14    5.    I agree to the terms and conditions of employment in the foregoing

15    application.  I am willing to accept compensation and reimbursement of expenses in such

16    amounts that the Court may award.  I understand that my compensation may be modified under

17    U.S.C. Section 330, if so warranted.  No retainer has been paid or is being proposed to the firm.

18    6.    The firm does not hold or represent any interest adverse to Applicant, the

19    Debtors, the creditors, and the estate. The firm has no connection with the Debtors, the creditors,

20    any other party in interest, their respective attorneys and accountants, United States Trustee, and

21    person employed in the office of the United States Trustee, or any bankruptcy judge in the United

22    States Bankruptcy Court for the Central District of California.  The firm is a disinterested party

23    as that term is defined in 11 U.S.C. Section 101(14).  The firm holds no pre-petition claim

24    against the estate.

25    7.    I agree that I will not share my compensation with any person or entity.

26

27

28    6

1          8.    Attached as Exhibit "2" is a schedule of the firm's rate of reimbursement

2  of expenses. The firm's rates range from $80.00 for Staff to $420.00 for Partner.

3          I declare under penalty of perjury that the foregoing is true and correct.

4          Executed at Pasadena, California on _____12-12-19_____.

5

6

7                     DONALD T. FIFE

8                     Hahn Fife & Company, LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

### *Firm Statement of Qualifications*

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters.  The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years.  Following are brief summaries of the qualifications of firm's current professional staff.  It is expected that the Firm will add professional staff as required to serve client needs.

### *Donald T. Fife, CPA*

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony.  He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 16 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation.  He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim.  Over the last 14 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California.  He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum.  He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate:  $420.00

**EXHIBIT 1**

**RATES FOR REIMBURSEMENT OF INCURRED EXPENSES**
**HAHN FIFE & COMPANY, LLP**

| | |
|---|---|
| PHOTOCOPYING | $0.10 PER PAGE |
| TELECOPIER - INCOMING | $0.15 PER PAGE |
|           OUTGOING | $1.00 PER PAGE |
| MILEAGE | $0.27 PER MILE |
| TELEPHONE | ACTUAL COST |
| POSTAGE | ACTUAL COST |
| MESSENGER | ACTUAL COST |
| OVERNIGHT MAIL | ACTUAL COST |
| ON-LINE COMPUTER RESEARCH | ACTUAL COST |
| FILING FEES | ACTUAL COST |
| DEPOSITION OR WITNESS FEES | ACTUAL COST |
| PARKING | ACTUAL COST |

**EXHIBIT 2**

9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
 790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12·13·19 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**   kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Robert D Bass**   bob.bass47@icloud.com
- **Jeffrey A Krieger**   jkrieger@ggfirm.com, kwoodson@greenbergglusker.com
- **Kevin Meek**   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Matthew N Sirolly**   msirolly@dir.ca.gov
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**   gweiner@sidley.com, laefilingnotice@sidley.com

☐ Service information continued on attached pag

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12·13·19 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Youth Policy Institute Inc. / 6464 Sunset Blvd., Suite 650 / Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12·13·19 | Martha Quintero | *Martha Quintero* (signature) |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**