```
1   JASON M. RUND
    840 APOLLO ST., STE. 351
2   EL SEGUNDO, CA 90245
    (310) 640-1200 PHONE
3   trustee@srlawyers.com

4   CHAPTER 7 TRUSTEE
```

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:19-bk-23085-BB |
| | Chapter 7 |
| YOUTH POLICY INSTITUTE INC. | **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS** |
| | [No Hearing Required] |
| Debtor. | |

**TO ALL PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that Jason M. Rund (hereinafter the "Trustee" or "Applicant") intends to submit an application to employ Hahn Fife & Company, LLP as his accountants in the above-captioned bankruptcy proceeding effective November 13, 2019 as the date when services commenced.

The scope of Hahn Fife's employment will include review of financial documents, investigate and back up computers, assist in closing of the Debtor's 401(k), analysis of potential preferential and fraudulent transfers, monitor the issuance of the Debtor's W-2's, preparing and filing the necessary state and federal estate tax returns, as well as to prepare the bankruptcy estate accounting necessary to the preparation of said tax returns and other reasonable duties assigned by the Trustee.

1    The terms of employment of the Firm agreed to by the Trustee, subject to
approval of the Court, are that the Firm will undertake representation of the Trustee at a rate
between $80.00 and $420.00 per hour, depending on the experience and expertise of the
accountant or staff performing the work.

    The Firm will apply to the Court for approval of compensation in accordance with
the provisions of 11 U.S.C. Section 330 and agrees to accept as compensation such sums as the
Court may allow.

    Except at provided herein, to the best of Trustee's knowledge, and based upon the
statement of disinterestedness filed concurrently herewith,

    a.    Neither the Firm nor any of the attorneys employed by the Firm has any connection with the Debtors, the Trustee, insiders, creditors, or any other party or parties in interest, their respective attorneys and accountants, or any person employed in the Office of the United States Trustee;

    b.    The Firm is not a creditor, an equity security holder or an insider of the Debtors;

    c.    The Firm is not and was not an investment banker for any outstanding security of the Debtors;

    d.    The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtors;

    e.    The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors;

    f.    The Firm does not represent an individual or entity which holds a interest adverse to the estate; and

2

g.  None of the Firm's partners or employees is related to the bankruptcy judge in this case.

The Firm is disinterested within the meaning of 11 U.S.C. Section 2014-1(a) and 101(14).

The Firm has no fee sharing arrangement, understanding or compensation sharing arrangement with any other entity, and no part of the accountant's fees or expenses awarded to the Firm will be paid to any other entity.

The Firm will not receive a retainer in this case. The employment of the Firm is in the best interests of the Trustee and the estate.

Requests for a copy of the Application should be in writing and directed to Donald T. Fife, Hahn Fife & Company, LLP at 790 E. Colorado Blvd., 9th Floor, Pasadena, CA 91101.

PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-1(b)(3)(E), that any response and request for hearing on the Application must be in the form as required by LBR 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court, 255 E. Temple Street, Los Angeles, California 90012, no later than fourteen (14) days from the date of service of this Notice, plus an additional three (3) days unless this Notice was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). The Trustee will set a hearing date and send out notice thereto if any such response is timely received. No hearing will be held if no response and request for hearing is received.

Dated: December 13, 2019

/s/ Jason M. Rund
Jason M. Rund
Chapter 7 Trustee

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
790 E. COLORADO BLVD., 9TH FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12-13-19, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**  kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Robert D Bass**  bob.bass47@icloud.com
- **Jeffrey A Krieger**  jkrieger@ggfirm.com, kwoodson@greenbergglusker.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Kevin Meek**  kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Jason M Rund (TR)**  trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Matthew N Sirolly**  msirolly@dir.ca.gov
- **United States Trustee (LA)**  ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**  gweiner@sidley.com, laefilingnotice@sidley.com

☐ Service information continued on attached page

Pursuant to Order Granting Motion for Order Limiting Scope of Notice

2. **SERVED BY UNITED STATES MAIL**: entered December 11, 2019
On (*date*) 12-13-19, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Youth Policy Institute Inc. / 6464 Sunset Blvd., Suite 650 / Los Angeles, CA 90028

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12-13-19, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger / Hon. Sheri Bluebond / 255 E. Temple Street #1534 / Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12-13-19 | Martha Quintero | *Martha Quintero* /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

4

June 2012                                                                                                                                            F 9013-3.1.PROOF.SERVICE

2. **SERVED BY UNITED STATES MAIL:**

**Secured Creditors**

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

**Unsecured Creditors**

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, , CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll Services)
P.O. Box 930953
Atlanta, GA 91193