JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KRAVITZ, LLC REGARDING WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN**<br><br>[NO HEARING REQUIRED] |
|---|---|

This stipulation (this "Stipulation") is made and entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and the Kravitz, LLC, an Ascensus Company. ("Kravitz"), on the other.  The Trustee and Kravitz are sometimes referred to herein as the "Parties."  This Stipulation is made with respect to the following facts.

A. On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), commencing the within chapter 7 bankruptcy case.

B. On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant to section 701 of the Bankruptcy Code.

C. Prior to the Petition Date, the Debtor created, maintained and served as the plan administrator of the following 401(k) retirement plan: the YPI Savings and Retirement Plan – Trust ID Number 47-4052603 (the "Plan").

D. As of the Petition Date, the Plan had not been terminated and currently holds funds that constitute property of the respective former employees of the Debtor and such funds do not constitute property of the bankruptcy estate under section 541 of the Bankruptcy Code.

E. Pursuant to section 704(a)(11), on the Petition Date the Trustee succeeded to the Debtor as plan administrator under the Plan.

F. As the Debtor is no longer operating, the Plan must be administered (with employee balances distributed to the employees) and dissolved in an orderly fashion (the "401(k) Termination Process").

G. Prior to the Petition Date, Kravitz was retained by the Debtor assist in administration of the Plan and to further assist in the 401(k) Termination Process.

H. Kravitz has agreed to continue to perform services necessary for the 401(k) Termination Process and will be compensated through the Plan assets as permitted by the Plan documents and applicable law.

I. Based on the foregoing, the Trustee believes it is in the overwhelming best interest of the bankruptcy estate and the Debtor's former employees to enter into this Stipulation to authorize the termination of the Plan and further authorize Kravitz to take all actions necessary to complete the 401(k) Termination Process.

Therefore, subject to the approval of the Bankruptcy Court, the Parties hereby stipulate and agree as follows:

1. The Trustee is authorized to terminate the Plan and continue the 401(k) Termination Process utilizing the services of Kravitz.

2. Kravitz is authorized to take all action necessary to facilitate the 401(k) Termination Process, including but not limited to: (a) preparation of the official documentation

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

appointing the Trustee as Plan Sponsor/Plan Administrator with the authority to distribute the assets of the plan; (b) prepare and transmit, or direct the preparation and transmittable of notices to Plan participants regarding the 401(k) Termination Process; (c) prepare and file, or direct the preparation and filing of appropriate forms relating to the Plan with the Internal Revenue Service, Franchise Tax Board, and/or any other taxing authority or governmental agency upon approval of the Trustee; and (d) assist with the distribution of benefits working with T. Rowe Price and setting up distributions for approval by the Trustee.

3. The Trustee hereby further authorizes Kravitz to distribute, or direct the distribution of all Plan funds to the appropriate Plan participants upon approval by the Trustee.

4. Kravitz is authorized to be compensated through the Plan assets as permitted by applicable Plan documents and/or applicable law. Kravitz shall not be entitled to further compensation outside of the Plan assets except by order of the bankruptcy court.

5. T. Rowe Price and/or any other institution currently holding the assets of the Plan shall comply with the requests of Kravitz made in connection with the 401(k) Termination Process.

6. Nothing in this Stipulation shall be construed as imposing fiduciary obligations on Kravitz relating to the Plan and/or the Plan participants and all distributions made during the Termination Process are subject to the Trustee's final approval.

7. This Stipulation may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original. Such counterparts shall together constitute and be one and the same instrument.

STIPULATION RE TERMINATION OF 401(K) PLAN

DATED: December 18, 2019

JASON M. RUND
Solely in his capacity as Chapter 7 Trustee
for Youth Policy Institute

DATED: December 18, 2019

KRAVITZ, INC.

By:    Daniel Kravitz

Its:    President

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KRAVITZ, LLC REGARDING WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(K) PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 19, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 19, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Messenger**
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2019 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| Date | Printed Name | Signature |