| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California  90067-4590<br>Telephone:310.553.3610<br>Fax:  310.553.0687<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for:   Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br>                           Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br>ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KRAVITZ INC. REGARDING WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN<br><br>[DOCKET NO. 44] |

PLEASE TAKE NOTICE that the order titled <u>ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KRAVITZ INC. REGARDING WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN</u> was lodged on (*date*) <u>December 19, 2019</u> and is attached hereto as <u>Exhibit A</u>.  This order relates to docket number 44.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 1                                              **F 9021-1.2.BK.NOTICE.LODGMENT**
Notice of Lodgment -- re Order Approving Stipulation(3686655.1).doc

# EXHIBIT A

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KRAVITZ INC. REGARDING WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and Kravitz, LLC Regarding Wind-Down and Dissolution of Debtor's 401(k) Plan* [Docket No. 44] (the "Stipulation")[1] entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and Kravitz, LLC, an Ascensus Company ("Kravitz" and together with the Trustee, the "Parties"), pursuant which the Parties have agreed to procedures regarding to the Debtor's pre-petition 401(k)

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation

ORDER APPROVING STIPULATION
RE TERMINATION OF 401(K) PLAN

retirement plan: the YPI Savings and Retirement Plan – Trust ID Number 47-4052603 (the "Plan") relating specifically to the administration (with employee balances distributed to the employees) and dissolution of the Plan in an orderly fashion (the "401(k) Termination Process"), and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The Plan is deemed terminated

3. The Trustee is authorized to continue the 401(k) Termination Process utilizing the services of Kravitz.

4. Kravitz is authorized to take all action necessary to facilitate the 401(k) Termination Process, including but not limited to: (a) preparation of the official documentation appointing the Trustee as Plan Sponsor/Plan Administrator with the authority to distribute the assets of the plan; (b) prepare and transmit, or direct the preparation and transmittable of notices to Plan participants regarding the 401(k) Termination Process; (c) prepare and file, or direct the preparation and filing of appropriate forms relating to the Plan with the Internal Revenue Service, Franchise Tax Board, and/or any other taxing authority or governmental agency upon approval of the Trustee; and (d) assist with the distribution of benefits working with T. Rowe Price and setting up distributions for approval by the Trustee.

5. Kravitz is hereby further authorized to distribute, or direct the distribution of all Plan funds to the appropriate Plan participants upon approval by the Trustee.

6. Kravitz is authorized to be compensated through the Plan assets as permitted by applicable Plan documents and/or applicable law. Kravitz shall not be entitled to further compensation outside of the Plan assets except by order of the Court.

7. T. Rowe Price and/or any other institution currently holding the assets of the Plan shall comply with the requests of Kravitz made in connection with the 401(k) Termination Process.

///

8.  Nothing herein or in the Stipulation shall be construed as imposing fiduciary obligations on Kravitz relating to the Plan and/or the Plan participants and all distributions made during the Termination Process are subject to the Trustee's final approval.

###

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:  ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KRAVITZ INC. REGARDING WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN [DOCKET NO. 44]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 19, 2019 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 19, 2019 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Messenger**
Honorable Sheri Bluebond
United States Bankruptcy Court, Central District
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2019 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

*June 2012*