JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**AMENDED NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME PURSUANT TO 11 U.S.C. § 365(d)(1) IN WHICH TO ASSUME OR REJECT EXECUTORY CONTRACTS; DECLARATION OF JASON M. RUND IN SUPPORT THEREOF**<br><br>Hearing<br>Date:    January 15, 2020<br>Time:   **11:00 a.m.**<br>Place:   Courtroom 1539<br>           United States Bankruptcy Court<br>           255 E. Temple Street<br>           Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that a hearing will be held on January 15, 2020 at **11:00 a.m.**, or as soon thereafter as the matter may be heard, before the Honorable Sheri Bluebond, United States Bankruptcy Judge, in Courtroom 1539 of the United States Bankruptcy Court located in the

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California 90012 on the *Chapter 7 Trustee's Motion for Order Extending Time Pursuant to 11 U.S.C. § 365(d)(1) in which to Assume or Reject Executory Contracts* (the "Motion") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") for entry of an order pursuant to section 365(d)(1) of title 11 of the United States Code §§ 101, *et seq.* (the "Bankruptcy Code") extending the time to assume or reject executory contracts of the Debtor (collectively, the "Agreements") for approximately 90 additional days, to April 7, 2020, without prejudice to the Trustee seeking a further extension as the Trustee deems necessary.

As further set forth in the Motion, the Debtor has disclosed approximately 150 applicable Agreements (collectively, the "Scheduled Agreements") in its *Schedules*, *Statement of Financial Affairs* and other case commencement documents [Docket Nos. 15 & 16]. The Trustee understands, through review of the Debtor's Schedule G and through his investigations to date, that the Scheduled Agreements relate to the approximately 200 individual grants from various city, county, state and federal agencies for the after-school and other programs the Debtor conducted prior to the Petition Date (collectively, the "Disclosed Grants"). The Trustee further understands that the Schedule A/B disclosures of $2.65 million in aggregate "accounts receivables" and the "unbilled" grants of approximately $5.4 million relate to the Disclosed Grants (and therefore, to certain of the Scheduled Agreements).

The Trustee's immediate assumption of any of the Agreements of the Debtor could result in significant administrative liability for the estate. Conversely, if the Trustee is forced to immediately reject the Agreements, his ability to maximize the value of the assets of the bankruptcy estate could be adversely impacted, or, at the very least, be significantly compromised. This is especially true in this case, as the Debtor has disclosed that many of the Scheduled Agreements appear to relate to the Disclosed Grants, which, based on the Debtor's disclosures in Schedule A/B could potentially be worth millions of dollars to the bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice, the *Declaration of Jason M. Rund* attached to the Motion, the record in this case and all other matters of which this Court may take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence, and such further oral and documentary evidence as may be presented at any hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice"), the Motion constitutes a Limit Notice Matter and therefore the Trustee will serve the Motion and this Notice on the Limited Service List. In addition, the Trustee will serve this Notice on each of the approximately 18 counterparties to the roughly 150 executory contracts disclosed in the Debtor's Schedule G.[1]

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for the Central District of California at www.cacb.uscourts.gov or by contacting counsel for the Trustee:

> Jeffrey A. Krieger, Esq.
> Keith Patrick Banner, Esq.
> Greenberg Glusker Fields Claman & Machtinger LLP
> 1900 Avenue of the Stars, 21st Floor
> Los Angeles, California 90067
> Telephone:  310.553.3610
> Facsimile:  310.553.0687
> Email: JKrieger@GreenbergGlusker.com
>        KBanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 9013-1(f), any response or opposition to the Motion must be in writing in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed with the Court and served on counsel for the Trustee at the address listed above, and on the Office of the United States Trustee at 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017, at least fourteen (14) days prior to the date of the hearing on the Motion.

---

[1] Though approximately 150 executory contracts have been disclosed in the Debtor's Schedule G, such contracts appear to only pertain to 18 disclosed counterparties, as numerous contracts are identified as having identical counterparties. The Debtor's Schedule G further does not disclose addresses for the 18 counterparties so the Trustee has served this Notice on addresses obtained through either (i) communications with applicable counterparties; (ii) filings, documents and records of the Debtor; and/or (iii) public records and internet resources.

As set forth in Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an opposition or other response to the Motion may be deemed by the Court to constitute consent to the granting of the Motion.

DATED: December 20, 2019

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Jeffrey A. Krieger
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Proposed Attorneys for Jason M. Rund, Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

4

AMENDED NOTICE OF MOTION TO EXTEND TIME TO ASSUME OR REJECT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME PURSUANT TO 11 U.S.C. § 365(d)(1) IN WHICH TO ASSUME OR REJECT EXECUTORY CONTRACTS; DECLARATION OF JASON M. RUND IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) December 20, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 19, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 20, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Messenger**
Honorable Sheri Bluebond
United States Bankruptcy Court, Central District
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 20, 2019 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:

**Secured Creditors**

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

**Unsecured Creditors**

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, , CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll Services)
P.O. Box 930953
Atlanta, GA 91193

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

**Schedule G Grant Counterparties**

CA Governor's Office of Business and Economic Development
1325 J Street, Suite 1800
Sacramento, CA 95814
Attn: Legal Department

California Department of Education (CDE)
Legal and Audits Branch
1430 N. Street
Sacramento, CA 95814-5901
Attn: Keith Yamanaka, General Counsel

California Public Utilities Commission
Legal Division
505 Van Ness Avenue
San Francisco, CA  94102
Attn: Arocles Aguilar, General Counsel

City of Los Angeles Community Development Department
Office of the General Manager
1200 W. Seventh Street
Los Angeles, CA 90017
Attn: Rushmore Cervantes, General Manager

Corporation for National and Community Service
Office of the General Counsel
250 E. Street, SW
Washington D.C. 20525
Attn: Tim Noelker, General Counsel

Los Angeles Economic & Workforce Development Department
1200 W. 7th Street
Los Angeles, CA 90017
Attn: John L. Reamer, Jr.

Internal Revenue Service (IRS)
P.O. Box 7346
Philadelphia, PA 19101-7346

Jet Propulsion Laboratory (NASA)
Office of the General Counsel
1200 E. California Blvd M/C 108-31
Pasadena, CA 91125

L.A. Care Health Plan
1055 W. 7th Street, 10th Floor
Los Angeles, CA 90017
Attn: Augustavia J. Haydel, General Counsel

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                      F 9013-3.1.PROOF.SERVICE

LA County Board of Supervisors - SD2
Deparatment of Regional Planning
320 West Temple Street
Los Angeles, CA 90012
Attn: General Counsel

Los Angeles County Department of Children & Family Services
425 Shatto Place
Los Angeles, CA 90020
Attn: General Counsel

Los Angeles County Workforce Development Dept.
3175 W 6th St
Los Angeles, CA 90020
Attn: Otto Solorzano, Acting Director

Los Angeles Unified School District (LAU
Office of the General Counsel
333 South Beaudry Avenue, 20th Floor
Los Angeles, California 90017
Attn: Sharon L. Thomas, CIPP/G

National Endowment for the Arts
Office of the General Counsel
400 7th Street, SW
Washington, D.C. 20506
Attn: India Pinkney, General Counsel

South Bay Workforce Investment Board
11539 Hawthorne Blvd., 5th Floor
Hawthorne, CA 90250
Attn: General Counsel

United States Department of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

United States Department of Labor (DOL)
200 Constitution AVE NW
Washington, D.C. 20210

US Department of Justice (DOJ)
U.S. DOL – ETA, Region 6
90 7th Street, Suite 17-300
San Francisco, CA 94103
Attn: Tiffani Thomas, Federal Project Officer

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                               F 9013-3.1.PROOF.SERVICE