JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND MDB INTERNATIONAL BRANDING LLC FOR RELIEF FROM THE AUTOMATIC STAY REGARDING BEVERLY FACILITY**<br><br>[NO HEARING REQUIRED] |

  This stipulation (the "Stipulation") is made and entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and MDB International Branding LLC ("MDB"), on the other, through their counsel of record. The Trustee and MDB are sometimes referred to herein as the "Parties." This Stipulation is made with respect to the following facts.

  A. On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), commencing the within chapter 7 bankruptcy case.

B.  On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant to section 701 of the Bankruptcy Code.

C.  Prior to the Petition Date, the Debtor and MDB entered into a commercial lease (the "Lease") of certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility").

D.  As of the Petition Date, the Debtor no longer occupied the Beverly Facility, but certain personal property of the Debtor, including but not limited to furniture, fixtures and equipment; property used for the Debtor's various after-school and related programs; and paper records of the Debtor (collectively, the "Debtor's Property") remains at the Beverly Facility.

E.  Some of the Debtor's Property, specifically certain of the Debtor's paper records, may be responsive to a grand jury subpoena issued by the United States Department of Justice (the "DOJ") in connection with a criminal investigation being conducted by the Department of Labor, Office of the Inspector General (the "DOL").

F.  Prior to the Petition Date, the Debtor and the non-profit organization Think Together ("TT") entered into an agreement whereby TT would take over a number of the Debtor's after-school and related programs.

G.  On or around the Petition Date, TT began to occupy some of the space in the Beverly Facility formerly occupied by the Debtor.

H.  The Debtor has neither assigned the Lease to TT, nor subleased to TT any portion of the Beverly Facility.

I.  MDB and TT have entered into negotiations regarding TT's use of the space formerly occupied by the Debtor, but, as of the date of this Stipulation, MDB has not entered into any lease arrangement with TT.

J.  The Parties have agreed to permit the MDB relief from the automatic stay to as to the Beverly Facility on the terms set forth herein.

Therefore, subject to the approval of the Bankruptcy Court, the Parties hereby stipulate and agree as follows:

1. Upon entry of an order approving this Stipulation, MDB will be granted limited relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code to the extent necessary to take any and all actions under nonbankruptcy law against TT and TT's occupation of the Beverly Facility, including but not limited the commencement of eviction proceedings without further order of the Bankruptcy Court and without notice to the Trustee.

2. On January 31, 2020, without further notice or order of the bankruptcy court, MDB will be granted relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code to proceed under applicable nonbankruptcy law to enforce its remedies to obtain full possession of the Beverly Facility.

3. MDB shall not take any action against the Debtor's Property located on the Beverly Facility until relief from stay is granted pursuant to paragraph 2, above.

4. At any time prior to January 31, 2020, MDB shall permit the Trustee, the DOJ, the DOL, or any party the foregoing may direct, full access to the Beverly Facility and the Debtor's Property.

5. MDB shall not seek to enforce any monetary claim against the Debtor or the Debtor's estate relating to the relief granted hereunder, except through the claims process in the pending chapter 7 bankruptcy case. The foregoing shall not be construed as prohibiting MDB from seeking any monetary claim against non-debtor party, TT.

6. All rights of the Parties are reserved regarding any claim filed by MDB in connection with the Lease and/or the Beverly Facility, including but not limited to any purported administrative claim.

7. The 14-day stay provided under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply to the relief from the automatic stay agreed to hereunder.

8. All disputes between the Parties regarding this Stipulation, the Lease, and/or the Beverly Facility shall be resolved in the bankruptcy court, which shall retain jurisdiction for all such matters.

/ / /

/ / /

9. This Stipulation may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original. Such counterparts shall together constitute and be one and the same instrument.

DATED: December 20, 2019

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Jeffrey A. Krieger
JEFFREY A. KRIEGER
Attorneys for Jason M. Rund, Chapter 7 Trustee for Youth Policy Institute, Inc.

DATED: December 20, 2019

NOVIAN & NOVIAN LLP

By: /s/ Farhad Novian
FARHAD NOVIAN
Attorneys for MDB International Branding LLC

DATED: December 20, 2019

LAW OFFICES OF DAVID W. MEADOWS

By: David W. Meadows
DAVID W. MEADOWS
Attorneys for MDB International Branding LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND MDB INTERNATIONAL BRANDING LLC FOR RELIEF FROM THE AUTOMATIC STAY REGARDING BEVERLY FACILITY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 23, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 23, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 23, 2019 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

Via GSO
Youth Policy Institute, Inc.
6464 Sunset Blvd., Suite 650
Los Angeles, CA 90028

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 23, 2019 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com