JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax:  310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

FILED & ENTERED

DEC 23 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

　　　　　Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KRAVITZ INC. REGARDING WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN**

[NO HEARING REQUIRED]

　　　The Court having considered the *Stipulation Between Chapter 7 Trustee and Kravitz, LLC Regarding Wind-Down and Dissolution of Debtor's 401(k) Plan* [Docket No. 44] (the "Stipulation")[1] entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and Kravitz, LLC, an Ascensus Company ("Kravitz" and together with the Trustee, the "Parties"), pursuant which the Parties have agreed to procedures regarding to the Debtor's pre-petition 401(k)

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation

ORDER APPROVING STIPULATION
RE TERMINATION OF 401(K) PLAN

retirement plan: the YPI Savings and Retirement Plan – Trust ID Number 47-4052603 (the "Plan") relating specifically to the administration (with employee balances distributed to the employees) and dissolution of the Plan in an orderly fashion (the "401(k) Termination Process"), and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

**1.** The Stipulation is **APPROVED.**

**2.** The Plan is deemed **TERMINATED.**

3. The Trustee is authorized to continue the 401(k) Termination Process utilizing the services of Kravitz.

4. Kravitz is authorized to take all action necessary to facilitate the 401(k) Termination Process, including but not limited to: (a) preparation of the official documentation appointing the Trustee as Plan Sponsor/Plan Administrator with the authority to distribute the assets of the plan; (b) prepare and transmit, or direct the preparation and transmittable of notices to Plan participants regarding the 401(k) Termination Process; (c) prepare and file, or direct the preparation and filing of appropriate forms relating to the Plan with the Internal Revenue Service, Franchise Tax Board, and/or any other taxing authority or governmental agency upon approval of the Trustee; and (d) assist with the distribution of benefits working with T. Rowe Price and setting up distributions for approval by the Trustee.

5. Kravitz is hereby further authorized to distribute, or direct the distribution of all Plan funds to the appropriate Plan participants upon approval by the Trustee.

6. Kravitz is authorized to be compensated through the Plan assets as permitted by applicable Plan documents and/or applicable law. Kravitz shall not be entitled to further compensation outside of the Plan assets except by order of the Court.

7. T. Rowe Price and/or any other institution currently holding the assets of the Plan shall comply with the requests of Kravitz made in connection with the 401(k) Termination Process.

///

8. Nothing herein or in the Stipulation shall be construed as imposing fiduciary obligations on Kravitz relating to the Plan and/or the Plan participants and all distributions made during the Termination Process are subject to the Trustee's final approval.

###

Date: December 23, 2019

Sheri Bluebond
United States Bankruptcy Judge