United States Bankruptcy Court
Central District of California

In re:  
Youth Policy Institute, Inc.  
    Debtor

Case No. 19-23085-BB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Dec 23, 2019  
                Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.  
db        #+Youth Policy Institute, Inc.,    6464 Sunset Blvd., Suite 650,    Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:

        Christopher E Prince    on behalf of Interested Party    Courtesy NEF cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com  
        David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com  
        Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com  
        Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com  
        Jeffrey A Krieger    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com  
        Keith Patrick Banner    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com  
        Kevin Meek    on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com  
        Matthew N Sirolly    on behalf of Creditor    Labor Commissioner, California, Division of Labor Standards Enforcement msirolly@dir.ca.gov  
        Robert D Bass    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com  
        Shawn M Christianson    on behalf of Interested Party    Courtesy NEF cmcintire@buchalter.com, schristianson@buchalter.com  
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                                               TOTAL: 11

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax:  310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**DEC 23 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND KRAVITZ INC. REGARDING WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and Kravitz, LLC Regarding Wind-Down and Dissolution of Debtor's 401(k) Plan* [Docket No. 44] (the "Stipulation")[1] entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and Kravitz, LLC, an Ascensus Company ("Kravitz" and together with the Trustee, the "Parties"), pursuant which the Parties have agreed to procedures regarding to the Debtor's pre-petition 401(k)

---
[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation

ORDER APPROVING STIPULATION
RE TERMINATION OF 401(K) PLAN

retirement plan: the YPI Savings and Retirement Plan – Trust ID Number 47-4052603 (the "Plan") relating specifically to the administration (with employee balances distributed to the employees) and dissolution of the Plan in an orderly fashion (the "401(k) Termination Process"), and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

**1.** The Stipulation is **APPROVED.**

**2.** The Plan is deemed **TERMINATED.**

3. The Trustee is authorized to continue the 401(k) Termination Process utilizing the services of Kravitz.

4. Kravitz is authorized to take all action necessary to facilitate the 401(k) Termination Process, including but not limited to: (a) preparation of the official documentation appointing the Trustee as Plan Sponsor/Plan Administrator with the authority to distribute the assets of the plan; (b) prepare and transmit, or direct the preparation and transmittable of notices to Plan participants regarding the 401(k) Termination Process; (c) prepare and file, or direct the preparation and filing of appropriate forms relating to the Plan with the Internal Revenue Service, Franchise Tax Board, and/or any other taxing authority or governmental agency upon approval of the Trustee; and (d) assist with the distribution of benefits working with T. Rowe Price and setting up distributions for approval by the Trustee.

5. Kravitz is hereby further authorized to distribute, or direct the distribution of all Plan funds to the appropriate Plan participants upon approval by the Trustee.

6. Kravitz is authorized to be compensated through the Plan assets as permitted by applicable Plan documents and/or applicable law. Kravitz shall not be entitled to further compensation outside of the Plan assets except by order of the Court.

7. T. Rowe Price and/or any other institution currently holding the assets of the Plan shall comply with the requests of Kravitz made in connection with the 401(k) Termination Process.

/ / /

8.  Nothing herein or in the Stipulation shall be construed as imposing fiduciary obligations on Kravitz relating to the Plan and/or the Plan participants and all distributions made during the Termination Process are subject to the Trustee's final approval.

###

Date: December 23, 2019

Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590