JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

FILED & ENTERED

DEC 27 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoar DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND MDB INTERNATIONAL BRANDING LLC FOR RELIEF FROM THE AUTOMATIC STAY REGARDING BEVERLY FACILITY**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and MDB International Branding LLC for Relief from the Automatic Stay Regarding Beverly Facility* [Docket No. 53] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor") and MDB International Branding LLC ("MDB" and together with the Trustee, the "Parties"), through their respective counsel of record, and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1.   The Stipulation is **APPROVED**.

2.    MDB is **GRANTED** limited relief from the automatic stay pursuant to section 362(d)(1) of the title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "Bankruptcy Code") to the extent necessary to take any and all actions under nonbankruptcy law, without further order of the Court and without further notice to the Trustee, against the non-profit organization Think Together ("TT") which currently occupies certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility"), as to which Debtor and MDB were party to a pre-petition commercial lease (the "Lease").

3.    On **January 31, 2020**, without further notice or order of the Court, MDB shall be **GRANTED** relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code to proceed under applicable nonbankruptcy law to enforce its remedies to obtain full possession of the Beverly Facility.

4.    MDB shall not take any action against the Debtor's Property located on the Beverly Facility until relief from stay is granted pursuant to paragraph 3, above.

5.    MDB shall not seek to enforce any monetary claim against the Debtor or the Debtor's estate relating to the relief granted hereunder, except through the claims process in the pending chapter 7 bankruptcy case. The foregoing shall not be construed as prohibiting MDB from seeking any monetary claim against non-debtor party, TT.

6.    All rights of the Parties are reserved regarding any claim filed by MDB in connection with the Lease and/or the Beverly Facility, including but not limited to any purported administrative claim.

7.    The 14-day stay provided under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply to the relief from the automatic stay granted to hereunder.

/ / /

/ / /

/ / /

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

YPI- Order on Stipulation re RFS Beverly(3686990.2).docx    2    ORDER ON STIPULATION RE RELIEF FROM STAY (BEVERLY FACILITY)

8. The Court retains jurisdiction to resolve all disputes between the Parties regarding this Stipulation, the Lease, and/or the Beverly Facility.

###

Date: December 27, 2019

Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

YPI- Order on Stipulation re RFS Beverly(3686990.2).docx    3    ORDER ON STIPULATION RE RELIEF FROM STAY (BEVERLY FACILITY)