United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 19-23085-BB
Youth Policy Institute, Inc.                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin            Page 1 of 1            Date Rcvd: Dec 27, 2019
                         Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2019.
db           #+Youth Policy Institute, Inc.,    6464 Sunset Blvd., Suite 650,    Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2019 at the address(es) listed below:
              Christopher E Prince    on behalf of Interested Party    Courtesy NEF cprince@lesnickprince.com,
               jmack@lesnickprince.com;cprince@ecf.courtdrive.com
              David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
              Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com,
               laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
              Jason M Rund (TR)    trustee@srlawyers.com,    jrund@ecf.axosfs.com
              Jeffrey A Krieger    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com,
               kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
              Keith Patrick Banner    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com,
               sharper@greenbergglusker.com;calendar@greenbergglusker.com
              Kevin Meek    on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com,
               kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
              Matthew N Sirolly    on behalf of Creditor    Labor Commissioner, California, Division of Labor
               Standards Enforcement msirolly@dir.ca.gov
              Robert D Bass    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com
              Shawn M Christianson    on behalf of Interested Party    Courtesy NEF cmcintire@buchalter.com,
               schristianson@buchalter.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                TOTAL: 11

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**DEC 27 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND MDB INTERNATIONAL BRANDING LLC FOR RELIEF FROM THE AUTOMATIC STAY REGARDING BEVERLY FACILITY**

[NO HEARING REQUIRED]

The Court having considered the *Stipulation Between Chapter 7 Trustee and MDB International Branding LLC for Relief from the Automatic Stay Regarding Beverly Facility* [Docket No. 53] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor") and MDB International Branding LLC ("MDB" and together with the Trustee, the "Parties"), through their respective counsel of record, and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Stipulation is **APPROVED**.

YPI- Order on Stipulation re RFS Beverly(3686990.2).docx

ORDER ON STIPULATION RE RELIEF FROM STAY (BEVERLY FACILITY)

2. MDB is **GRANTED** limited relief from the automatic stay pursuant to section 362(d)(1) of the title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") to the extent necessary to take any and all actions under nonbankruptcy law, without further order of the Court and without further notice to the Trustee, against the non-profit organization Think Together ("TT") which currently occupies certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility"), as to which Debtor and MDB were party to a pre-petition commercial lease (the "Lease").

3. On **January 31, 2020**, without further notice or order of the Court, MDB shall be **GRANTED** relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code to proceed under applicable nonbankruptcy law to enforce its remedies to obtain full possession of the Beverly Facility.

4. MDB shall not take any action against the Debtor's Property located on the Beverly Facility until relief from stay is granted pursuant to paragraph 3, above.

5. MDB shall not seek to enforce any monetary claim against the Debtor or the Debtor's estate relating to the relief granted hereunder, except through the claims process in the pending chapter 7 bankruptcy case. The foregoing shall not be construed as prohibiting MDB from seeking any monetary claim against non-debtor party, TT.

6. All rights of the Parties are reserved regarding any claim filed by MDB in connection with the Lease and/or the Beverly Facility, including but not limited to any purported administrative claim.

7. The 14-day stay provided under Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure shall not apply to the relief from the automatic stay granted to hereunder.

/ / /

/ / /

/ / /

/ / /

8. The Court retains jurisdiction to resolve all disputes between the Parties regarding this Stipulation, the Lease, and/or the Beverly Facility.

###

Date: December 27, 2019

*Sheri Bluebond*
United States Bankruptcy Judge

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590