| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JASON M. RUND<br>840 APOLLO ST., STE. 351<br>EL SEGUNDO, CA 90245<br>(310) 640-1200 PHONE<br>trustee@srlawyers.com<br><br><br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>   YOUTH POLICY INSTITUTE, INC.<br><br><br><br><br><br><br>                                      Debtor(s). | CASE NO.:  2:19-bk-23085 BB<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY**<br>**REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 12/13/2019     Movant(s) filed a motion or application (Motion) entitled: TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANTS

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 12/13/2019     Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 17  days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 01/03/2020

\_\_\_\_/s/ Jason M. Rund_____
Signature

\_\_\_\_Jason M. Rund_____
Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 9013-1.2.NO.REQUEST.HEARING.DEC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 840 APOLLO STREET, SUITE 351, EL SEGUNDO, CA 90245

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/03/2020__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

    kmeek@robinskaplan.com; jkrieger@ggfirm.com;
    trustee@srlawyers.com; bob.bass47@icloud.com
    kbanner@greenbergglusker.com; msirolly@dir.ca.gov
    ustpregion16.la.ecf@usdoj.gov; gweiner@sidley.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/03/2020__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Golden State Overnight Delivery Service:

Judge's Copy:  Honorable Sheri Bluebond, United States Bankruptcy Judge, United States Bankruptcy Court, Bin outside Suite 1482, 255 Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/03/2020 | Laura Gitnick | /s/  Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## File a Motion:

2:19-bk-23085-BB Youth Policy Institute, Inc.

Type: bk                    Chapter: 7 v                    Office: 2 (Los Angeles)
Assets: y                    Judge: BB

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from Jason M Rund (TR) entered on 12/13/2019 at 12:09 PM
PST and filed on 12/13/2019

**Case Name:**          Youth Policy Institute, Inc.
**Case Number:**       2:19-bk-23085-BB
**Document Number:** 38

**Docket Text:**
Application to Employ Hahn Fife & Company, LLP as Accountants *; Declarations of Accountant and
Chapter 7 Trustee with proof of service* Filed by Trustee Jason M Rund (TR) (Rund (TR), Jason)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Y:\EPIQ\TCMSWIN\DocMan\YOUTH POLICY INSTITUTE, INC. [2_19-23085]
\Professionals\Application - Accountant.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=12/13/2019] [FileNumber=96695758
-0] [86cf9ccdedcfa00455b05dcc736461382756d020b922b80535627ca3c0f8387b4
c5b99e06ec28c602c4cbc33e86619b548cf6b2000cea672c11a409f09827933]]

**2:19-bk-23085-BB Notice will be electronically mailed to:**

Keith Patrick Banner on behalf of Trustee Jason M Rund (TR)
kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com

Robert D Bass on behalf of Attorney Robert D. Bass
bob.bass47@icloud.com

Jeffrey A Krieger on behalf of Trustee Jason M Rund (TR)
jkrieger@ggfirm.com,
kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Kevin Meek on behalf of Debtor Youth Policy Institute, Inc.

kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Jason M Rund (TR)
trustee@srlawyers.com, jrund@ecf.axosfs.com

Matthew N Sirolly on behalf of Creditor Labor Commissioner, California, Division of Labor Standards
Enforcement
msirolly@dir.ca.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Genevieve G Weiner on behalf of Creditor Nonprofit Finance Fund
gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

**2:19-bk-23085-BB Notice will not be electronically mailed to:**

1  **JASON M. RUND**
   **840 APOLLO ST., STE. 351**
2  **EL SEGUNDO, CA 90245**
   **(310) 640-1200 PHONE**
3  *trustee@srlawyers.com*

4

5  **CHAPTER 7 TRUSTEE**

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    LOS ANGELES DIVISION

11

12  In re                               )    Case No.:  2:19-bk-23085 BB

13  YOUTH POLICY INSTITUTE, INC.        )    Chapter 7
                                        )
14                                      )    **TRUSTEE'S APPLICATION TO**
                                        )    **EMPLOY HAHN FIFE & CO., LLP AS**
                                        )    **ACCOUNTANTS; DECLARATIONS OF**
15                                      )    **ACCOUNTANT AND CHAPTER 7**
                                        )    **TRUSTEE**
16                                      )
17                                      )    [No Hearing Required]
                                        )
18              Debtor.                 )
                                        )

19

20  **TO THE HONORABLE SHERI BLUEBOND UNITED STATES BANKRUPTCY**

21  **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR AND**

22  **OTHER INTERESTED PARTIES**

23              Jason M. Rund (hereinafter the "Trustee" or "Applicant") applies to the court for

24  an Order authorizing the employment of Hahn Fife & Company, LLP (hereinafter "Hahn Fife"),

25  as his accountants (hereinafter "Application") and respectfully represents as follows:

26

27

28

1           1.      Applicant is the duly-qualified and acting Chapter 7 Trustee in the above-

2  captioned case.

3

4           2.      Applicant proposes to employ Hahn Fife & Company, LLP ("Hahn Fife")

5  to provide accounting services to the bankruptcy estate that include assist in the closing of the

6  Debtor's 401(k), investigate and back up computers, analysis of potential preferential and

7  fraudulent transfers, monitor the issuance of the Debtor's W-2's, preparing and filing the

8  necessary state and federal estate tax returns, review of financial documents and any other

9  reasonable duties assigned by the Trustee

10

11          3.      As indicated by the attached Declaration of Donald T. Fife, Hahn Fife is

12  experienced in bankruptcy accounting matters, including those involving trustees, bankruptcy

13  estates, and tax matters included in bankruptcy estates.  The firm is competent to perform the

14  requisite accounting services in this case.  The firm's breadth of experience and length of service

15  is described in the resumes copies of which are attached as Exhibit "1".

16

17          4.      As indicated by the attached Declaration of Donald T. Fife, Hahn Fife

18  is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules,

19  and will comply with the Code and the Rules.  Hahn Fife has agreed to perform accounting

20  services and to thereafter make application to this Court for compensation.  Hahn Fife has further

21

22  agreed and will accept as their fee such amount as is determined by the Court to be reasonable

23  and proper.

24

25          5.      Applicant proposes to retain Hahn Fife upon the following basis: Except

26  as the Court may otherwise determine, after due notice, Hahn Fife will petition the Court under

27  11 U.S.C. Section 330 for an allowance of fees and reimbursable costs not more often than every

28

2

1  120 days. The petition will be heard upon notice to necessary parties. Hahn Fife will accept

2  compensation and reimbursements of expenses in such amounts that the Court may award. There

3  will be no written employment agreement apart from this Application. The only source of

4  payment or compensation will be the estate. No retainer has been paid or is being proposed to

5  Hahn Fife.

6        6.     To the best of Applicant's knowledge, Hahn Fife: (1) does not hold or

7  represent any interest adverse to Applicant, the Debtor, the creditors, and the estate; (2) has no

8  connection with the Debtor, the creditors, any other party in interest, their respective attorneys

9  and accountants, the United States Trustee, any person employed in the office of the United

10  States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central

11  District of California; (3) is a disinterested person as that term is defined in 11 U.S.C. Section

12  101(14); and (4) holds no pre-petition claim against the estate.

13

14        **WHEREFORE**, Applicant respectfully requests an order: (1) authorizing her to

15  employ Hahn Fife as accountants, effective November 13, 2019, as an administrative expense of

16  the estates upon the terms and conditions in this application; (2) granting for such other and

17  further relief as is just and proper.

18  DATED: December 13, 2019

19

20                             /s/ Jason M. Rund

                              Jason M. Rund

21                                Chapter 7 Trustee

22

23

24

25

26

27

28                               3

1                 **DECLARATION OF JASON M. RUND**

2         I, Jason M. Rund, declare as follows:

3              1.      I am the duly-acting and qualified Chapter 7 Trustee of the estate of *Youth*

4 *Policy Institute, Inc.* ("Debtor").

5              2.      I have personal knowledge of the facts in this declaration; except those

6 facts that are based upon information and belief and as to those facts I believe such facts to be

7 true. If called as a witness, I could competently testify to the facts in this declaration.

8              3.      I have determined that it was necessary to employ a certified public

9 accountant to provide accounting services that include preparing and filing the federal and state

10 estate tax returns, review of financial documents, preference analysis, preparing Monthly

11 Operating Reports and any other reasonable duties assigned by me in this estate.

12              4.      I desire to utilize Hahn Fife's accounting expertise and services and to

13 employ Hahn Fife as my accountants, effective November 13, 2019.  I believe that Hahn Fife's

14 employment is economical and prudent.

15              5.      Except as provided herein, to the best of my knowledge and based upon

16 Mr. Fife's Declaration filed concurrently herewith,

17                   a.      Hahn Fife and Mr. Fife have no connection with the Debtor, his

18 insiders, creditors, any other party or parties in interest, their respective attorneys and

19 accountants, or any person employed in the Office of the U.S. Trustee;

20                   b.      Hahn Fife and Mr. Fife are not creditors, equity security holders or

21 insiders of the Debtors;

22                   c.      Hahn Fife and Mr. Fife are not and were not investment bankers

23 for any outstanding security of the Debtors;

24                   d.      Hahn Fife and Mr. Fife have not been within three(3) years before

25 the date of the filing of the petition herein, an investment banker for a security of the Debtors, or

26 any representative for such an investment banker in connection with the offer, sale or issuance of

27

28                                4

1    any security of the Debtors;

2              e.    Hahn Fife and Mr. Fife are not and were not, within two (2) years

3    before the date of filing of the petition herein, directors, officers or employees of the Debtors or

4    of any investment banker for any security of the Debtors.

5              f.    Hahn Fife and Mr. Fife do not represent an individual or entity

6    which holds an interest adverse to the bankruptcy estate; and

7              g.    Mr. Fife is not related to the bankruptcy judge in this case.

8         6.    Hahn Fife and Mr. Fife will not receive a retainer in this case.

9         I declare under penalty of perjury that the foregoing is true and correct.  Executed at El

10   Segundo, California, on December 13, 2019.

11

12                                        /s/ Jason M. Rund
                                          _____
13                                        Jason M. Rund
                                          Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    5

## DECLARATION OF DONALD T. FIFE

I, Donald T. Fife, declare as follows:

1.     I am a duly-licensed certified public accountant in the State of California and a Partner in the firm of Hahn Fife & Company, LLP.

2.     I have personal knowledge of the facts in this Declaration and, if called as a witness, could competently testify to these facts.

3.     The firm is experienced in bankruptcy matters, including those involving trustees, bankruptcy estates, and issues relating to the tax effects from sale of estate assets. I am competent to perform the requisite accounting services in this case. The firm's breadth of experience and length of service is described in the resume a copy of which is attached as Exhibit B.

4.     I am familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules, and will comply with the Code and Rules.

5.     I agree to the terms and conditions of employment in the foregoing application. I am willing to accept compensation and reimbursement of expenses in such amounts that the Court may award. I understand that my compensation may be modified under U.S.C. Section 330, if so warranted. No retainer has been paid or is being proposed to the firm.

6.     The firm does not hold or represent any interest adverse to Applicant, the Debtors, the creditors, and the estate. The firm has no connection with the Debtors, the creditors, any other party in interest, their respective attorneys and accountants, United States Trustee, and person employed in the office of the United States Trustee, or any bankruptcy judge in the United States Bankruptcy Court for the Central District of California. The firm is a disinterested party as that term is defined in 11 U.S.C. Section 101(14). The firm holds no pre-petition claim against the estate.

7.     I agree that I will not share my compensation with any person or entity.

6

1         8.     Attached as Exhibit "2" is a schedule of the firm's rate of reimbursement

2 of expenses. The firm's rates range from $<u>80.00</u> for Staff to $<u>420.00</u> for Partner.

3         I declare under penalty of perjury that the foregoing is true and correct.

4         Executed at Pasadena, California on   <u>12-12-19</u>  .

5

6

7                         DONALD T. FIFE

8                         Hahn Fife & Company, LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7

### *Firm Statement of Qualifications*

The Firm was formed in September of 2003 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters.   The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years.   Following are brief summaries of the qualifications of firm's current professional staff.   It is expected that the Firm will add professional staff as required to serve client needs.

### *Donald T. Fife, CPA*

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony.   He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.

Mr. Fife has over 16 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation.   He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim.   Over the last 14 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California.   He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum.   He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Hourly Rate:  $420.00

**EXHIBIT 1**

**RATES FOR REIMBURSEMENT OF INCURRED EXPENSES**
**HAHN FIFE & COMPANY, LLP**

| | |
|---|---|
| PHOTOCOPYING | $0.10 PER PAGE |
| TELECOPIER -  INCOMING | $0.15 PER PAGE |
|                  OUTGOING | $1.00 PER PAGE |
| MILEAGE | $0.27 PER MILE |
| TELEPHONE | ACTUAL COST |
| POSTAGE | ACTUAL COST |
| MESSENGER | ACTUAL COST |
| OVERNIGHT MAIL | ACTUAL COST |
| ON-LINE COMPUTER RESEARCH | ACTUAL COST |
| FILING FEES | ACTUAL COST |
| DEPOSITION OR WITNESS FEES | ACTUAL COST |
| PARKING | ACTUAL COST |

**EXHIBIT 2**

9

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
790 E. COLORADO BLVD., 9ᵀᴴ FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
12·13·19 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**    kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Robert D Bass**    bob.bass47@icloud.com
- **Jeffrey A Krieger**    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com
- **Kevin Meek**    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Matthew N Sirolly**    msirolly@dir.ca.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**    gweiner@sidley.com, laefilingnotice@sidley.com

☐ Service information continued on attached pag

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12·13·19 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Youth Policy Institute Inc. / 6464 Sunset Blvd., Suite 650 / Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

SERVICE ON JUDGE NOT REQUIRED PER LBR 5005-2(d)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12·13·19 | Martha Quintero | *Martha Quntero* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                          **F 9013-3.1.PROOF.SERVICE**

## File a Notice:

2:19-bk-23085-BB Youth Policy Institute, Inc.

Type: bk                     Chapter: 7 v                Office: 2 (Los Angeles)

Assets: y                    Judge: BB

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from Jason M Rund (TR) entered on 12/13/2019 at 12:13 PM
PST and filed on 12/13/2019
**Case Name:**        Youth Policy Institute, Inc.
**Case Number:**      2:19-bk-23085-BB
**Document Number:** 39

**Docket Text:**
Notice of motion/application *Notice of Trustee's Application to Employ Hahn Fife & Company, LLP as
Accountants with proof of service* Filed by Trustee Jason M Rund (TR) (RE: related document(s)[38]
Application to Employ Hahn Fife & Company, LLP as Accountants *; Declarations of Accountant and
Chapter 7 Trustee with proof of service* Filed by Trustee Jason M Rund (TR) (Rund (TR), Jason)).
(Rund (TR), Jason)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Y:\EPIQ\TCMSWIN\DocMan\YOUTH POLICY INSTITUTE, INC. [2_19-23085]
\Professionals\Notice - Accountant.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=12/13/2019] [FileNumber=96695787
-0] [a63d7f7e6f1f0945fe055cfcee136149f186f4b4d35d695cf7c601da49093c565
8c20ccc6a1479bc9b49b6ec20f8c87e21d84cd241e94014109ead4d51310827]]

**2:19-bk-23085-BB Notice will be electronically mailed to:**

Keith Patrick Banner on behalf of Trustee Jason M Rund (TR)
kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com

Robert D Bass on behalf of Attorney Robert D. Bass
bob.bass47@icloud.com

Jeffrey A Krieger on behalf of Trustee Jason M Rund (TR)
jkrieger@ggfirm.com,
kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

David W. Meadows on behalf of Interested Party Courtesy NEF

david@davidwmeadowslaw.com

Kevin Meek on behalf of Debtor Youth Policy Institute, Inc.
kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Jason M Rund (TR)
trustee@srlawyers.com, jrund@ecf.axosfs.com

Matthew N Sirolly on behalf of Creditor Labor Commissioner, California, Division of Labor Standards
Enforcement
msirolly@dir.ca.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Genevieve G Weiner on behalf of Creditor Nonprofit Finance Fund
gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

**2:19-bk-23085-BB Notice will not be electronically mailed to:**

1   **JASON M. RUND**
    **840 APOLLO ST., STE. 351**
2   **EL SEGUNDO, CA 90245**
    **(310) 640-1200 PHONE**
3   *trustee@srlawyers.com*

4   **CHAPTER 7 TRUSTEE**

5

6

7
                    **UNITED STATES BANKRUPTCY COURT**
8
                    **CENTRAL DISTRICT OF CALIFORNIA**
9
                          LOS ANGELES DIVISION
10
    In re                              )   Case No. 2:19-bk-23085-BB
11                                     )
                                       )   Chapter 7
12  YOUTH POLICY INSTITUTE INC.        )
                                       )   **NOTICE OF TRUSTEE'S APPLICATION**
13                                     )   **TO EMPLOY HAHN FIFE & COMPANY,**
                                       )   **LLP AS ACCOUNTANTS**
14                                     )
                                       )   [No Hearing Required]
15                                     )
                    Debtor.            )
16  _____   )

17  **TO ALL PARTIES IN INTEREST:**

18          **NOTICE IS HEREBY GIVEN** that Jason M. Rund (hereinafter the "Trustee" or

19  "Applicant") intends to submit an application to employ Hahn Fife & Company, LLP as his

20  accountants in the above-captioned bankruptcy proceeding effective November 13, 2019 as the

21  date when services commenced.

22          The scope of Hahn Fife's employment will include review of financial documents,

23  investigate and back up computers, assist in closing of the Debtor's 401(k), analysis of potential

24  preferential and fraudulent transfers, monitor the issuance of the Debtor's W-2's, preparing and

25  filing the necessary state and federal estate tax returns, as well as to prepare the bankruptcy estate

26  accounting necessary to the preparation of said tax returns and other reasonable duties assigned

27  by the Trustee.

28

1    The terms of employment of the Firm agreed to by the Trustee, subject to

2    approval of the Court, are that the Firm will undertake representation of the Trustee at a rate

3    between $80.00 and $420.00 per hour, depending on the experience and expertise of the

4    accountant or staff performing the work.

5    The Firm will apply to the Court for approval of compensation in accordance with

6    the provisions of 11 U.S.C. Section 330 and agrees to accept as compensation such sums as the

7    Court may allow.

8    Except at provided herein, to the best of Trustee's knowledge, and based upon the

9    statement of disinterestedness filed concurrently herewith,

10    a.    Neither the Firm nor any of the attorneys employed by the Firm has

11    any connection with the Debtors, the Trustee, insiders, creditors, or any other party or parties in

12    interest, their respective attorneys and accountants, or any person employed in the Office of the

13    United States Trustee;

14    b.    The Firm is not a creditor, an equity security holder or an insider of

15    the Debtors;

16    c.    The Firm is not and was not an investment banker for any

17    outstanding security of the Debtors;

18    d.    The Firm has not been within three (3) years before the date of the

19    filing of the petition herein, an investment banker for a security of the Debtors, or an attorney for

20    such an investment banker in connection with the offer, sale or issuance of any security of the

21    Debtors;

22    e.    The Firm is not and was not, within two (2) years before the date of

23    the filing of the petition herein, a director, officer or employee of the Debtors or of any

24    investment banker for any security of the Debtors;

25    f.    The Firm does not represent an individual or entity which holds a

26    interest adverse to the estate; and

27    2

28

1          g.     None of the Firm's partners or employees is related to the

2  bankruptcy judge in this case.

3          The Firm is disinterested within the meaning of 11 U.S.C. Section 2014-1(a) and

4  101(14).

5          The Firm has no fee sharing arrangement, understanding or compensation sharing

6  arrangement with any other entity, and no part of the accountant's fees or expenses awarded to

7  the Firm will be paid to any other entity.

8          The Firm will not receive a retainer in this case.  The employment of the Firm is

9  in the best interests of the Trustee and the estate.

10          Requests for a copy of the Application should be in writing and directed to

11  Donald T. Fife, Hahn Fife & Company, LLP at 790 E. Colorado Blvd., 9th Floor, Pasadena, CA

12  91101.

13          PLEASE TAKE FURTHER NOTICE pursuant to Local Bankruptcy Rule 2014-

14  1(b)(3)(E), that any response and request for hearing on the Application must be in the form as

15  required by LBR 9013-1(f)(1), filed with the Clerk of the United States Bankruptcy Court, 255 E.

16  Temple Street, Los Angeles, California 90012, no later than fourteen (14) days from the date of

17  service of this Notice, plus an additional three (3) days unless this Notice was served by personal

18  delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B).  The Trustee will set a hearing date

19  and send out notice thereto if any such response is timely received.  No hearing will be held if no

20  response and request for hearing is received.

21

22

23  Dated:  December 13, 2019

24                               /s/ Jason M. Rund

25                               Jason M. Rund
                               Chapter 7 Trustee

26

27                             3

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
  790 E. COLORADO BLVD., 9ᵀᴴ FLOOR, PASADENA, CA 91101

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF TRUSTEE'S APPLICATION TO EMPLOY HAHN FIFE & COMPANY AS ACCOUNTANTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12-13-19 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**    kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Robert D Bass**    bob.bass47@icloud.com
- **Jeffrey A Krieger**    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kevin Meek**    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Matthew N Sirolly**    msirolly@dir.ca.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**    gweiner@sidley.com, laefilingnotice@sidley.com

☐ Service information continued on attached pag
Pursuant to Order Granting Motion for Order Limiting Scope of Notice

**2.  SERVED BY UNITED STATES MAIL**: entered December 11, 2019
On (*date*) 12-13-19 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor / Youth Policy Institute Inc. / 6464 Sunset Blvd., Suite 650 / Los Angeles, CA 90028

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12-13-19 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger / Hon. Sheri Bluebond / 255 E. Temple Street #1534 / Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12-13-19 | Martha Quintero | *Martha Quintero* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

*June 2012*                                                   **F 9013-3.1.PROOF.SERVICE**

2. **SERVED BY UNITED STATES MAIL**:

**Secured Creditors**

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

**Unsecured Creditors**

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, , CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll Services)
P.O. Box 930953
Atlanta, GA 91193