1  Jason M. Rund
2  840 Apollo Street, Suite 351
   El Segundo, CA  90245
3  Telephone:      (310) 640-1200
   Facsimile: (310) 640-0200
4  Email:     trustee@srlawyers.com

FILED & ENTERED

JAN 08 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>YOUTH POLICY INSTITUTE, INC.<br><br>Debtor. | Case No.  2:19-bk-23085 BB<br><br>Chapter 7<br><br>**ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY HAHN FIFE & COMPANY, LLP AS ACCOUNTANT** |

The Court having read and considered the Chapter 7 Trustee's Application to Employ Hahn Fife & Co., LLP as Accountants filed December 13, 2019 as Docket #38 (the "Application"), noting the lack of opposition, and with good cause shown,

///

///

///

///

///

///

///

1

**IT IS HEREBY ORDERED** that:

1. The Application is **APPROVED.**

2. Employment is pursuant to 11 U.S.C. § 327 and compensation and reimbursement of costs are subject to further application, determination and approval by this Court pursuant to 11 U.S.C. § 330.

# # #

Date: January 8, 2020

Sheri Bluebond
United States Bankruptcy Judge

2