1   JASON M. RUND, Chapter 7 Trustee (SBN 166514)
    SHERIDAN & RUND
2   840 Apollo Street, Suite 351
    El Segundo, CA 90245
3   Telephone:  310.640.1200
    Email:  trustee@srlawyers.com
4
    JEFFREY A. KRIEGER (SBN 156535)
5   JKrieger@GreenbergGlusker.com
    KEITH PATRICK BANNER (SBN 259502)
6   KBanner@GreenbergGlusker.com
    GREENBERG GLUSKER FIELDS CLAMAN
7   & MACHTINGER LLP
    1900 Avenue of the Stars, 21st Floor
8   Los Angeles, California 90067-4590
    Telephone:  310.553.3610
9   Fax:  310.553.0687

10  Proposed Attorneys for Jason M. Rund,
    Chapter 7 Trustee
11

12              UNITED STATES BANKRUPTCY COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                  LOS ANGELES DIVISION

15

16  In re:                          Case No. 2:19-bk-23085-BB

17  YOUTH POLICY INSTITUTE, INC.,   Chapter 7

18          Debtor.                 **CHAPTER 7 TRUSTEE'S APPLICATION
                                    TO EMPLOY INTERCO MANAGEMENT
19                                  CORPORATION AS TRUSTEE'S FIELD
                                    AGENT; DECLARATIONS OF TONY
20                                  SHOKRAI AND JASON M. RUND IN
                                    SUPPORT THEREOF**
21
                                    [NO HEARING REQUIRED]
22

23

24      **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY**

25  **JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-**

26  **INTEREST HEREIN:**

27          Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor

28  Youth Policy Institute, Inc. (the "Debtor"), hereby submits his application (the "Application") for

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  authority to employ, pursuant to sections 327(a) and 330 of title 11 of the United States Code,

2  11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of

3  Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule"), Interco

4  Management Corporation ("Interco") as his field agent, effective as of December 5, 2019.  The

5  relief requested is based on this Application, the accompanying *Declaration of Tony Shokrai* (the

6  "Shokrai Declaration"), the *Declaration of Jason M. Rund* (the "Rund Declaration"), and the

7  concurrently filed notice of the Trustee's Application.  To the extent required, the Trustee further

8  requests that the Court take judicial notice of the bankruptcy case docket and all pleadings filed

9  herein, including the specific pleadings referenced in the Application.  In support of his

10  Application, the Trustee respectfully represents as follows:

11  **I.    JURISDICTION AND VENUE**

12  The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

13  The venue of this proceeding and this Application is proper pursuant to 28 U.S.C. §§ 1408 and

14  1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  The Trustee

15  consents to the entry of a final judgment or order with respect to the Application, if it is

16  determined that the Court, absent consent of the parties, cannot enter a final order or judgment

17  consistent with Article III of the United States Constitution.  The statutory predicates for the relief

18  requested herein are sections 327(a) and 330 of the Bankruptcy Code and Bankruptcy Rule

19  2014(a).

20  **II.    BACKGROUND**

21  **A.    Commencement of the Bankruptcy Case**

22  On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the

23  "Petition") under chapter 7 of the Bankruptcy Code, commencing the within chapter 7 bankruptcy

24  case.  The Debtor filed the Petition on an emergency basis without the required schedules,

25  statements and other case commencement documents listed in section 2.1(b) of the Court Manual.

26  On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant to

27  section 701 of the Bankruptcy Code.  The first chapter 7 meeting of creditors pursuant to section

28  341(a) of the Bankruptcy Code (the "341(a) Meeting") was held on December 11, 2019 at 9:00

APPLICATION TO
EMPLOY FIELD AGENT

1   a.m., at which the Debtor's representatives appeared.  The 341(a) Meeting has since been

2   continued to January 7, 2020 at 2:30 p.m.

3        **B.**     **The Debtor's Petition Disclosures**

4       As detailed in the corporate resolutions accompanying the Debtor's Petition (*See* Docket

5   No. 1, the "Resolutions"), the Debtor is a non-profit corporation which operated after-school and

6   extracurricular programs at nearly 100 sites in the Los Angeles area and focused on the highest

7   need communities.  In operating these programs, the Debtor was funded primarily through

8   sizeable federal and state government grants.  In fact, the Debtor's most recent publicly available

9   tax return shows grants totaling more than $40 million for both fiscal years 2016/2017 and

10  2015/2016.  The Resolutions further detail that in early 2019, an audit revealed irregularities in

11  expense reimbursements made to the former CEO, Dixon Slingerland ("Mr. Slingerland"), and

12  inaccurate disclosures and reports made in connection with the various grants the Debtor

13  received.  The Debtor's Board of Directors therefore formed a special committee and investigated

14  these irregularities and, through its investigations concluded that Mr. Slingerland used the

15  Debtor's funds for unauthorized and personal expenditures, and further directed inaccurate

16  reporting to certain government agencies.

17       **C.**     **The Debtor's Disclosures in the Schedules and SOFA**

18      After obtaining an extension of the deadline to file its required disclosure schedules and

19  statements (*See* Docket No. 9), on December 3, 2019, the Debtor filed its *Schedules*, *Statement of*

20  *Financial Affairs* and other case commencement documents [Docket Nos. 15 & 16] (collectively,

21  the "Schedules and SOFA").  The Schedules and SOFA have been prepared by the interim

22  management of the Debtor.  As such, included with the Schedules and SOFA a number of

23  reservations, disclaimers and comments which note, among other things: (1) the Schedules and

24  SOFA were prepared by the interim management of the Debtor, who had only directly overseen

25  the Debtor's affairs since September 2019; (2) the Debtor's former CFO also resigned effective

26  September 20, 2019; (3) the Debtor's financial reporting system has not been fully integrated with

27  all transaction information and cash accounts have not reconciled for over a year; and (4) much of

28

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

3

APPLICATION TO
EMPLOY FIELD AGENT

1  the information in the Schedules and SOFA was based on the information and belief of the

2  interim management.

3        **1.        General Disclosures Made in the Schedules and SOFA**

4        Despite being prepared by interim management based on limited information, the

5  Schedules and SOFA provide a valuable snapshot of the Debtor's affairs.  The Schedules and

6  SOFA, disclose, among other things, approximately 981 unsecured creditors – 834 priority

7  unsecured creditors consisting primarily of wage claimants, and 147 general unsecured creditors.

8        The Schedules and SOFA further disclose over $9.2 million in assets and approximately

9  $12.2 million in liabilities, including a secured liability of approximately $4.35 million owed to

10  Non Profit Finance Fund ("NFF").  The most significant asset categories disclosed by the Debtor

11  are "accounts receivable" – consisting generally of approximately $1.55 million in current, and

12  approximately $1.1 million in overdue, accounts, and "other property" of approximately $5.4

13  million in "unbilled" grants.  The Trustee understands that most, if not all, of these assets relate to

14  various government grants for programs previously conducted and are likely subject to certain

15  reporting requirements and may be further subject to certain government agency claims.

16        The Schedules and SOFA also disclose certain causes of action against Mr. Slingerland in

17  the aggregate amount of approximately $1.77 million, the collection of which may require

18  litigation and may implicate certain pre-petition insurance policies held by the Debtor.

19        **2.        Disclosures Relating to the Location of the Debtor's Personal**

20        **Property**

21        The Schedules and SOFA further disclose that prior to the Petition Date, the Debtor was

22  party to a commercial lease of certain real property located at 2707-11 Beverly Blvd., Los

23  Angeles, CA 90057 (the "Beverly Facility").  The Trustee has visited the Beverly Facility and has

24  observed that a substantial amount of personal property of the Debtor remains at the Beverly

25  Facility, including but not limited to furniture, fixtures and equipment; supplies used for the

26  Debtor's various after-school and related programs; and paper records.  The Schedules and SOFA

27  further disclose the Debtor was party to pre-petition leases at the following locations, some or all

28  of which may contain personal property and documents of the Debtor: (a) Pacoima/North Valley

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

APPLICATION TO
EMPLOY FIELD AGENT

Worksource Center, 1201 Truman St., Suite A, San Fernando CA 91340; (b) the Debtor's former

headquarters at 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028; (c) Hollywood

FamilySource Center, Units 110-113, 1075 N. Western Ave., Los Aneles CA 90038; and (d)

WorkSource Center (Temp. Site) 13420 Van Nuys Blvd., Suite 221, Pacoima, CA 91331.

The Schedules and SOFA further disclose three off-site storage facilities, at which certain

of the Debtor's personal property and documents are stored: (a) Arleta Storage, 8918 Woodman

Ave., Arleta, CA 91331; (b) Iron Mountain, 100 Campus Dr., Collegeville, PA 19426; and (c)

Nova Storage, 13043 Foothill Blvd., Sylmar, CA 91342.  The Trustee has further come to learn

that certain personal property of the Debtor is being held at the following locations, which were

not disclosed by the Debtor in the Schedules and SOFA: (a) Extra Space Storage, 4728 Fountain,

Los Angeles CA 90028; and (b) San Fernando Gardens Community Center, 10896 Lehigh Ave,

Pacoima, CA 91331.  As the Debtor conducted programs at numerous sites in the greater Los

Angeles area, the Trustee anticipates there may be additional personal property of the Debtor held

at locations currently unknown to the Trustee.

### D.    Government Agency Investigations/Grand Jury Subpoena

The events detailed in the Debtor's resolutions accompanying the Petition, especially

those relating to alleged falsified or incorrect reporting to government agencies, has prompted

numerous government agencies to launch investigations of their own into the affairs of the Debtor

and Mr. Slingerland.  One such investigation has been initiated by the U.S. Department of Labor,

as to which a grand jury subpoena was served on the Trustee on November 26, 2019.  The

Trustee is working cooperatively with the assigned Assistant United States Attorney to provide all

documents required to comply with the subpoena.  The Trustee further expects to be served with

additional subpoenas as this chapter 7 bankruptcy progresses.

### III.    RELIF REQUESTED

The Trustee seeks approval to employ Interco, as of December 5, 2019, to act as his field

agent to perform certain services including, but not limited to, visiting the various sites of the

Debtor and assessing/accounting for the Debtor's personal property and/or documents located

thereon.  Due to the volume of documents and property of the Debtor and the numerous locations

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

APPLICATION TO
EMPLOY FIELD AGENT

1  (disclosed and undisclosed) at which such property may be located, the assistance of Interco is

2  necessary for the Trustee to promptly administer and/or abandon estate assets of the bankruptcy

3  estate and to further preserve and/or make available documents relating to ongoing government

4  investigations.

5      The Trustee has on previous occasions in other bankruptcy cases, employed field agents to

6  perform similar services.  The Trustee understands that Interco and its personnel, including its

7  principal Tony Shokrai, are well-qualified to provide such services.  Therefore, the Trustee seeks

8  to employ Interco as his field agent in this case.

9      Interco has agreed to render all of the above-described services.  The terms on which

10  Interco proposes to be employed are at the hourly rate of $200.00 for Mr. Shokrai plus costs and

11  actual out-of-pocket expenses, plus $75.00 to $125.00 per hour for the services of any additional

12  personnel which Interco uses as part of its operations.  The Trustee believes that as an economic

13  measure, it is appropriate and in the best interest of the estate and its creditors to allow the Trustee

14  to employ Interco because Interco is familiar with the bankruptcy process and has performed

15  similar services in other bankruptcy cases.  Attached hereto as <u>Exhibit 1</u> and incorporated herein

16  by this reference is a true and correct copy of the Mr. Shokrai's resume.  The Trustee believes

17  that the proposed fee arrangement is reasonable based upon the prevailing fees in the Los Angeles

18  area for similar services.

19      To the best of the Trustee's knowledge, and based on the attached Shokrai Declaration,

20  Interco represents no other entity in connection with this matter, and other than being employed

21  by the Trustee in other matters, has no connection or financial interest in or with the Trustee, the

22  Debtor, his creditors, the United States Trustee, any employee of the United States Trustee or any

23  other party in interest, and Interco does not represent or hold an interest adverse to the bankruptcy

24  estate.

25      Effective representation of the Trustee called for Interco to commence rendering services

26  on December 5, 2019, which Interco did in the interests of the estate.

27  / / /

28  / / /

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

APPLICATION TO
EMPLOY FIELD AGENT

## IV.    CONCLUSION

Based on the foregoing, the Trustee respectfully requests entry of an order authorizing the retention, pursuant to 11 U.S.C. §§ 327(a) and 330, of Interco to act as field agent for the Trustee with respect to the matters referred to in this Application and, generally, upon the terms and conditions set forth above, effective as of December 5, 2019.

DATED:  January 2, 2020

_____
JASON M. RUND, Trustee

DATED:   January  8 , 2020

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: /s/ Jeffrey A. Krieger
_____
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

APPLICATION TO
EMPLOY FIELD AGENT

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**DECLARATION OF TONY SHOKRAI**

**(Pursuant to Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure)**

I, Tony Shokrai, declare:

1.      I am the President of Interco Management Corporation ("Interco"), proposed field agent for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor").  I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2.      Interco was founded in 1986 and concentrates its services in the area of representing bankruptcy trustees and state court receivers in the management and administration of their estates.  Over the past twenty-seven (27) years, Interco represented numerous bankruptcy trustees in the Central District of California and receivers, all as evidenced by Interco's resume, which is attached hereto as <u>Exhibit 1</u> and is incorporated herein by this reference.  Interco has been employed by numerous bankruptcy trustees and bankruptcy estates and has collected, inventoried, secured and stored debtor's property and business records, and collected accounts receivables.  In addition, Interco has investigated debtors' business affairs for numerous panel trustees and assisted trustees in their administration of their bankruptcy estates.

3.      Interco carries a general liability insurance policy in the amount of $1 million, workers' compensation policy for $3 million per occurrence, and a fidelity bond.

4.      The fees to be charged by Interco for the above-described services will be at the hourly rate of $200.00 plus costs and actual out-of-pocket expenses, plus $75.00 to $125.00 per hour for the services of any additional personnel which Interco uses as part of its operations.  I believe that the services to be rendered by Interco shall be cost effective as it will be substantially less expensive for the Trustee to retain Interco to perform such services, rather than having "moving and storage professionals" or other professionals perform these services.

5.      Interco represents no other entity in connection with this matter, and other than being employed by the Trustee in other matters, has no connection or financial interest in or with the Trustee, the Debtor, his creditors, the United States Trustee, any employee of the United States Trustee or any other party in interest, and represents or holds no interest adverse to the

DECLARATION OF
TONY SHOKRAI

1  bankruptcy estate.  Interco is a disinterested person within the meaning of the Bankruptcy Code

2  §101(4).

3      6.      Interco does not have any pre-petition claims against the estate.  Interco does not

4  have any relationship or connection with the Trustee, the Debtor, the United States Trustee, any

5  employee of the United States Trustee, any insider, or any entity related to the Debtor, and Interco

6  has not received any retainer from the Trustee, the estate, or any third party.

7      7.      Attached hereto as Exhibit 2 and incorporated herein by this reference is a copy of

8  the Notice of Chapter 7 Trustee's Application to Employ Interco Management Corporation as

9  Field Agent, including a proof of service thereon, that has been served on all creditors and

10  parties-in-interest herein and filed concurrently herewith

11      I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct.

13      Executed this  27  day of December, 2019, at Santa Monica, California.

14

15

16                                                      TONY SHOKRAI

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

2

DECLARATION OF
TONY SHOKRAI

### DECLARATION OF JASON M. RUND

I, Jason M. Rund, declare:

1.      I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor").  I have personal knowledge of the facts stated below, or have gained knowledge of them from pleadings and other documents typically obtained and reviewed by trustees administering estates or from the professionals employed to assist me herein, and, if called as a witness, I could and would testify competently thereto.

2.      I submit this Declaration in support of the accompanying *Chapter 7 Trustee's Application to Employ Interco Management Corporation as Trustee's Field Agent* (the "Application").  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

3.      On the Petition Date, I was duly appointed the chapter 7 trustee pursuant to section 701 of the Bankruptcy Code.  The first chapter 7 meeting of creditors pursuant to section 341(a) of the Bankruptcy Code (the "341(a) Meeting") was held on December 11, 2019 at 9:00 a.m., at which the Debtor's representatives appeared.  The 341(a) Meeting has since been continued to January 7, 2020 at 2:30 p.m.

4.      I understand that the Debtor's filed Schedules, Statement of Financial Affairs and other case commencement documents [Docket Nos. 15 & 16] (collectively, the "Schedules and SOFA"), SOFA have been prepared by the interim management of the Debtor.  I further understand that much interim management began work for the Debtor no earlier than the end of July 2019 and only officially oversaw the Debtor's affairs since September 2019.  As a result, the Debtor's interim management has included with the Schedules and SOFA a number of reservations, disclaimers and comments which note, among other things: (1) the Schedules and SOFA were prepared by the interim management of the Debtor, who had only directly overseen the Debtor's affairs since September 2019; (2) the Debtor's former CFO also resigned effective September 20, 2019; (3) the Debtor's financial reporting system has not been fully integrated with all transaction information and cash accounts have not reconciled for over a year; and (4) much of

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

DECLARATION OF
JASON M. RUND

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    the information in the Schedules and SOFA was based on the information and belief of the

2    interim management.

3        5.    Despite being prepared by interim management based on limited information, the

4    Schedules and SOFA provide a valuable snapshot of the Debtor's affairs.  The Schedules and

5    SOFA, disclose, among other things, approximately 981 unsecured creditors – 834 priority

6    unsecured creditors consisting primarily of wage claimants, and 147 general unsecured creditors.

7    The Schedules and SOFA further disclose over $9.2 million in assets and approximately $12.2

8    million in liabilities, including a secured liability of approximately $4.35 million owed to

9    NonProfit Finance Fund ("NFF").  The most significant asset categories disclosed by the Debtor

10   are "accounts receivable" – consisting generally of approximately $1.55 million in current, and

11   approximately $1.1 million in overdue, accounts, and "other property" of approximately $5.4

12   million in "unbilled" grants.  I understand that most, if not all, of these assets relate to various

13   government grants for programs previously conducted and are likely subject to certain reporting

14   requirements and may be further subject to certain government agency claims.

15       6.    The Schedules and SOFA also disclose certain causes of action against Mr.

16   Slingerland in the aggregate amount of approximately $1.77 million, the collection of which I

17   believe may require litigation and may implicate certain pre-petition insurance policies held by

18   the Debtor.

19       7.    The Schedules and SOFA further disclose that prior to the Petition Date, the

20   Debtor was party to a commercial lease of certain real property located at 2707-11 Beverly Blvd.,

21   Los Angeles, CA 90057 (the "Beverly Facility").  I have visited the Beverly Facility and has

22   observed that a substantial amount of personal property of the Debtor remains at the Beverly

23   Facility, including but not limited to furniture, fixtures and equipment; supplies used for the

24   Debtor's various after-school and related programs; and paper records.

25       8.    The Schedules and SOFA further disclose the Debtor was party to pre-petition

26   leases at the following locations, some or all of which may contain personal property and

27   documents of the Debtor: (a) Pacoima/North Valley Worksource Center, 1201 Truman St., Suite

28   A, San Fernando CA 91340; (b) the Debtor's former headquarters at 6464 Sunset Blvd., Suite

650, Los Angeles, CA 90028; (c) Hollywood Family Source Center, Units 110-113, 1075 N.

Western Ave., Los Aneles CA 90038; and (d) WorkSource Center (Temp. Site) 13420 Van Nuys

Blvd., Suite 221, Pacoima, CA 91331.

9.    The Schedules and SOFA further disclose three off-site storage facilities, at which

certain of the Debtor's personal property and documents are stored: (a) Arleta Storage, 8918

Woodman Ave., Arleta, CA 91331; (b) Iron Mountain, 100 Campus Dr., Collegeville, PA 19426;

and (c) Nova Storage, 13043 Foothill Blvd., Sylmar, CA 91342.  I have also come to learn that

certain personal property of the Debtor is being held at the following locations, which were not

disclosed by the Debtor in the Schedules and SOFA: (a) Extra Space Storage, 4728 Fountain, Los

Angeles CA 90028; and (b) San Fernando Gardens Community Center, 10896 Lehigh Ave,

Pacoima, CA 91331.  As the Debtor conducted programs at numerous sites in the greater Los

Angeles area, I anticipate there may be additional personal property of the Debtor held at

currently unknown locations.

10.    Due to the volume of documents and property of the Debtor and the numerous

locations (disclosed and undisclosed) at which such property may be located, the assistance of

Interco is necessary to promptly administer and/or abandon estate assets of the bankruptcy estate

and to further preserve and/or make available documents relating to ongoing government

investigations.

11.    I have on previous occasions in other bankruptcy cases, employed field agents to

perform similar services.  I understand that Interco and its personnel, including its principal Tony

Shokrai, are well-qualified to provide such services.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

12.    To the best of my knowledge, and based on the accompanying Shokrai Declaration, Interco represents no other entity in connection with this matter, and other than being employed in other matters, has no connection or financial interest in or with the Trustee, the Debtor, his creditors, the United States Trustee, any employee of the United States Trustee or any other party in interest, and Interco does not represent or hold an interest adverse to the bankruptcy estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2020, at El Segundo, California

JASON M. RUND

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

EXHIBIT 1

DECLARATION OF
JASON M. RUND

# INTERCO MANAGEMENT CORPORATION

2118 Wilshire Boulevard
Suite 717
Santa Monica, CA 90403
Phone: ( 310 ) 466-5437

## ABOUT OUR COMPANY:

Interco Management Corporation offers the service background and depth of experience in bankruptcy, insolvency, receivership, and litigation support.  During the past twenty three years, Interco Management Corporation has served several bankruptcy trustees as well as state and federal court-appointed receivers in the areas concerning administration, investigation, operation, and asset-recovery.

Interco Management Corporation's services include but are not limited to: appraisal, inventory, investigation, and property management. Other areas of expertise include operating Chapter 11 cases as well as the liquidation of Chapter 7 estates.

## PRINCIPAL

Hom Tony Shokrai was born on May 1, 1942. He attended Missouri University in 1969 and Northrop University in Los Angeles and obtained a B.S. in business administration in 1976.  Mr. Shokrai was the founder of Interco Management Corporation at its inception in 1987 and maintains his role as president and founder of the corporation.

Mr. Shokrai is a Receiver in state and federal court cases. He is a member of the California Business Forum. He has handled the administration of some of the largest and most complex insolvency matters for numerous Bankruptcy Trustees with the highest level of efficiency.

## EXPERIENCE:

### Asset Management/ Bankruptcy Administrator                    (1986- Present)
Responsible for asset management and administration of cases for numerous Bankruptcy Trustee. Responsibilities include field administration, inventory appraisal as well as managing estate in Bankruptcy. Other specialization includes operating chapter (11), and liquidation of chapter (7) estates. I am very familiar with the rules and procedures of the Bankruptcy.

## PERSIDENT & FOUNDER OF Interco Management Corp. (1979 Present)

Formed  a property management company which manages over 400 residential multi family units throughout southern California. Appointed as state court receiver in 1996. Represented several banks and financial institution in receivership.

## MANAGEMENT CONSULTANT:                              (1975-1979)
### References available upon request

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>EXHIBIT 2</u>

<u>Notice</u>

**GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   JEFFREY A. KRIEGER (SBN 156535)
    JKrieger@GreenbergGlusker.com
2   KEITH PATRICK BANNER (SBN 259502)
    KBanner@GreenbergGlusker.com
3   GREENBERG GLUSKER FIELDS CLAMAN
    & MACHTINGER LLP
4   1900 Avenue of the Stars, 21st Floor
    Los Angeles, California 90067-4590
5   Telephone:  310.553.3610
    Fax:  310.553.0687
6
7   Proposed Attorneys for Jason M. Rund,
    Chapter 7 Trustee
8
9                    UNITED STATES BANKRUPTCY COURT
10                   CENTRAL DISTRICT OF CALIFORNIA
11                        LOS ANGELES DIVISION

12
13  In re:                                  Case No. 2:19-bk-23085-BB

14  YOUTH POLICY INSTITUTE, INC.,           Chapter 7

15           Debtor.                        **NOTICE OF CHAPTER 7 TRUSTEE'S
                                            APPLICATION TO EMPLOY INTERCO
16                                          MANAGEMENT CORPORATION AS
                                            TRUSTEE'S FIELD AGENT**
17
                                            [NO HEARING REQUIRED]
18

19
20       **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY**

21  **JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-**

22  **INTEREST HEREIN:**

23       **PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the

24  bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), has filed his application

25  (the "Application") for authority to employ, pursuant to sections 327(a) and 330 of title 11 of the

26  United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Interco Management

27  Corporation ("Interco") as his field agent, effective as of December 5,  2019.  As set forth in

28  detail in the Application, Interco will render field agent services required by the Trustee during

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1 his administration of the case, including, but not limited to, visiting the various sites of the Debtor

2 and assessing/accounting for the Debtor's personal property and/or documents located thereon.

3 Due to the volume of documents and property of the Debtor and the numerous locations

4 (disclosed and undisclosed) at which such property may be located, the assistance of Interco is

5 necessary for the Trustee to promptly administer and/or abandon estate assets of the bankruptcy

6 estate and to further preserve and/or make available documents relating to ongoing government

7 investigations.

8     **PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the

9 Application, the *Declaration of Tony Shokrai* and *Declaration of Jason M. Rund* respectively

10 attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly

11 brought before the Court.  In addition, the Trustee respectfully requests that the Court take

12 judicial notice of the case docket and all pleadings filed in the above captioned bankruptcy case,

13 including the specific pleadings referenced in the Application.

14     **PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ Interco at its

15 regular billing rates of $200.00 per hour for Tony Shokrai plus costs and actual out-of-pocket

16 expenses, plus $75.00 to $125.00 per hour for the services of any additional personnel which

17 Interco uses as part of its operations, as more fully described in the Application, subject to the

18 Bankruptcy Court's approval of Interco's compensation and reimbursement of costs as provided

19 by the Bankruptcy Code, specifically sections 330 and 331, the Federal Rules of Bankruptcy

20 Procedure, and the Local Bankruptcy Rules.

21     Interco will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy

22 Code.  All compensation will be paid from the funds of the Debtor's bankruptcy estate.  Interco

23 has not received any retainer with respect to its employment.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

NOTICE OF APPLICATION
TO EMPLOY FIELD AGENT

A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting:

> Jeffrey A. Krieger, Esq.
> Keith Patrick Banner, Esq.
> GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
> 1900 Avenue of the Stars, 21st Floor
> Los Angeles, California 90067
> Telephone:  310.553.3610
> Facsimile:  310.553.0687
> Email: JKrieger@GreenbergGlusker.com
> KBanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rules 2014-1(b)(3)(E) and 9013-1(o)(1), any response to the Application and request for hearing must be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his proposed general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn:  Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067; (iii) his proposed field agent, Interco Management Corporation, Attn:  Tony Shokrai, 2118 Wilshire Boulevard, Suite 717, Santa Monica, CA 90403; and (iv) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.


DATED:  January 8, 2020            GREENBERG GLUSKER FIELDS CLAMAN
                                   & MACHTINGER LLP



                                   By: */s/ Jeffrey A. Krieger*
                                   JEFFREY A. KRIEGER
                                   KEITH PATRICK BANNER
                                   Proposed Attorneys for Jason M. Rund,
                                   Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY INTERCO MANAGAMENT CORPORATION AS TRUSTEE'S FIELD AGENT; DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 8, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 8, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 8, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                    **F 9013-3.1.PROOF.SERVICE**

Proof of Service(3696058.1).docx

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:


- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
  0813@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Proof of Service(3696058.1).docx