| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California 90067-4590<br>Telephone: 310.553.3610<br>Fax: 310.553.0687<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant(s)* Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>YOUTH POLICY INSTITUTE, INC.<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7<br><br>**DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)**<br><br>[No Hearing Required] |
|---|---|

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2. On (*date*): 01/08/2020___ Movant(s) filed a motion or application (Motion) entitled: CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL DECLARATION OF JEFFREY A. KRIEGER IN SUPPORT THEREOF

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): 01/08/2020___ Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than 30__ days have passed after Movant(s) served the notice of motion.

7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.    Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: <u>01/08/2020</u>              <u>/s/ Jeffrey A. Krieger                                        </u>
                                   Signature


                                   <u>Jeffrey A. Krieger                                        </u>
                                   Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 2                    **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# EXHIBIT "A"

1   JASON M. RUND, Chapter 7 Trustee (SBN 166514)
    SHERIDAN & RUND
2   840 Apollo Street, Suite 351
    El Segundo, CA 90245
3   Telephone:  310.640.1200
    Email:  trustee@srlawyers.com
4
    JEFFREY A. KRIEGER (SBN 156535)
5   JKrieger@GreenbergGlusker.com
    KEITH PATRICK BANNER (SBN 259502)
6   KBanner@GreenbergGlusker.com
    GREENBERG GLUSKER FIELDS CLAMAN
7   & MACHTINGER LLP
    1900 Avenue of the Stars, 21st Floor
8   Los Angeles, California 90067-4590
    Telephone:  310.553.3610
9   Fax:  310.553.0687

10  Proposed Attorneys for Jason M. Rund,
    Chapter 7 Trustee
11

12                  UNITED STATES BANKRUPTCY COURT

13                  CENTRAL DISTRICT OF CALIFORNIA

14                       LOS ANGELES DIVISION

15

16  In re:                              Case No. 2:19-bk-23085-BB

17  YOUTH POLICY INSTITUTE, INC.,       Chapter 7

18          Debtor.                     **CHAPTER 7 TRUSTEE'S APPLICATION
                                        TO EMPLOY GREENBERG GLUSKER
19                                      FIELDS CLAMAN & MACHTINGER LLP
                                        AS GENERAL BANKRUPTCY COUNSEL;
20                                      DECLARATION OF JEFFREY A.
                                        KRIEGER IN SUPPORT THEREOF**
21
                                        [NO HEARING REQUIRED]
22

23

24      **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY**

25  **JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-**

26  **INTEREST HEREIN:**

27          Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor

28  Youth Policy Institute, Inc. (the "Debtor"), hereby submits his application (the "Application") for

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

authority to employ, pursuant to sections 327(a) and 330 of title 11 of the United States Code,

11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule"), Greenberg

Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker" or the "Firm") as his general

bankruptcy counsel, effective as of November 11, 2019.  The relief requested is based on this

Application, the attached *Declaration of Jeffrey A. Krieger* (the "Krieger Declaration"), and the

concurrently filed notice of the Trustee's Application.  To the extent required, the Trustee further

requests that the Court take judicial notice of the chapter 7 case docket and all pleadings filed

herein, including the specific pleadings referenced in the Application.  In support of his

Application, the Trustee respectfully represents as follows.

## I.    JURISDICTION AND VENUE

The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.

The venue of this proceeding and this Application is proper pursuant to 28 U.S.C. §§ 1408 and

1409.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  The Trustee

consents to the entry of a final judgment or order with respect to the Application, if it is

determined that the Court, absent consent of the parties, cannot enter a final order or judgment

consistent with Article III of the United States Constitution.  The statutory predicates for the relief

requested herein are sections 327(a) and 330 of the Bankruptcy Code and Bankruptcy Rule

2014(a).

## II.    BACKGROUND

### A.    Commencement of the Bankruptcy Case

On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the

"Petition") under chapter 7 of the Bankruptcy Code, commencing the within chapter 7 bankruptcy

case.  The Debtor filed the Petition on an emergency basis without the required schedules,

statements and other case commencement documents listed in section 2.1(b) of the Court Manual.

The Debtor's creditor matrix accompanying the Petition consists of approximately 356 pages and

lists approximately 2,760 parties.  *See* BNC Certificate of Notice of Petition, Docket No. 6.

On the Petition Date, the Trustee was duly appointed the interim chapter 7 trustee

APPLICATION TO
EMPLOY COUNSEL

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

pursuant to section 701 of the Bankruptcy Code.  The first chapter 7 meeting of creditors pursuant to section 341(a) of the Bankruptcy Code (the "341(a) Meeting") is currently scheduled for December 11, 2019 at 9:00 a.m.

### B.    The Debtor's Petition Disclosures

As detailed in the corporate resolutions accompanying the Debtor's Petition (*See* Docket No. 1, the "Resolutions"), the Debtor is a non-profit corporation which operated after-school and extracurricular programs at nearly 100 sites in the Los Angeles area and focused on the highest need communities.  In operating these programs, the Debtor was funded primarily through sizeable federal and state government grants.  In fact, the Debtor's most recent publicly available tax return shows grants totaling more than $40 million for both fiscal years 2016/2017 and 2015/2016.  The Resolutions further detail that in early 2019, an audit revealed irregularities in expense reimbursements made to the former CEO, Dixon Slingerland ("Mr. Slingerland"), and inaccurate disclosures and reports made in connection with the various grants the Debtor received.  The Debtor's Board of Directors therefore formed a special committee and investigated these irregularities and, through its investigations concluded that Mr. Slingerland used the Debtor's funds for unauthorized and personal expenditures, and further directed inaccurate reporting to certain government agencies.

### C.    The Debtor's Disclosures in the Schedules and SOFA

After obtaining an extension of the deadline to file its required disclosure schedules and statements (*See* Docket No. 9), on December 3, 2019, the Debtor filed its *Schedules*, *Statement of Financial Affairs* and other case commencement documents [Docket Nos. 15 & 16] (collectively, the "Schedules and SOFA").  In the Schedules and SOFA, the Debtor discloses, among other things, approximately 981 unsecured creditors – 834 priority unsecured creditors consisting primarily of wage claimants, and 147 general unsecured creditors.  In addition, the Schedules and SOFA identify approximately 163 contract counterparties relating to pre-petition executory contracts and unexpired leases.

The Schedules and SOFA, which have been prepared by the interim management of the Debtor, disclose over $9.2 million in assets and approximately $12.2 million in liabilities,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

3

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

including a secured liability of approximately $4.35 million owed to Non Profit Finance Fund ("NFF").  The most significant asset categories disclosed by the Debtor are "accounts receivable" – consisting generally of approximately $1.55 million in current, and approximately $1.1 million in overdue, accounts, and "other property" of approximately $5.4 million in "unbilled" grants.  The Trustee understands that most, if not all, of these assets relate to various government grants for programs previously conducted and are likely subject to certain reporting requirements and may be further subject to certain government agency claims.

The Schedules and SOFA also disclose certain causes of action against Mr. Slingerland in the aggregate amount of approximately $1.77 million, the collection of which may require litigation and may implicate certain pre-petition insurance policies held by the Debtor.

**D.**     **Government Agency Investigations/Grand Jury Subpoena**

The events detailed in the Debtor's resolutions, especially those relating to alleged falsified or incorrect reporting to government agencies, has prompted numerous government agencies to launch investigations of their own into the affairs of the Debtor and Mr. Slingerland.  One such investigation has been initiated by the U.S. Department of Labor, as to which a grand jury subpoena was served on the Trustee on November 26, 2019.  The Trustee is working cooperatively with the assigned Assistant United States Attorney to provide all documents required to comply with the subpoena.  The Trustee further expects to be served with additional subpoenas as this chapter 7 bankruptcy progresses.

**E.**     **The Debtor's 401(k) Plan**

The Debtor's Schedules and SOFA further disclose an interest in a 401(k) plan and 403(b) plan, both of which the Debtor has disclosed were not terminated as of the Petition Date.  Greenberg Glusker and the Trustee have been working closely with the appropriate parties to promptly commence a wind-down and termination of these plans.

**F.**     **Secured Claim of NFF**

As noted above, the Debtor's Schedules and SOFA disclose a secured claim held by NFF in the approximate amount of $4.35 million.  On November 25, 2019, NFF filed *Nonprofit Finance Fund's Statement of Non-Consent to Use of Cash Collateral* [Docket No. 14] (the "NFF

APPLICATION TO
EMPLOY COUNSEL

1   Statement"). According to the NFF Statement, NFF asserts a first priority lien in all assets,

2   including all accounts receivable.

3   **III.   RELIF REQUESTED**

4   The Trustee wishes to employ Greenberg Glusker as his general bankruptcy counsel in

5   connection with the Debtor's bankruptcy case, effective as of November 11, 2019. As briefly

6   described above, this chapter 7 case is complex, involving, among other things, (i) multiple

7   investigations by government agencies relating to the accounting irregularities and potential

8   criminal acts committed by the Debtor's former CEO; (ii) potential causes of action against Mr.

9   Slingerland and others, which may implicate insurance policies; (iii) government grants that may

10  be subject to certain regulatory and compliance reporting; (iv) the wind-down and termination of

11  the Debtor's 401(k) and 403(b) plans; and (v) a purported first priority lien in all assets asserted

12  by NFF relating to a $4.35 million loan.

13  Greenberg Glusker is well-qualified to provide the Trustee legal counsel in the bankruptcy

14  case. Greenberg Glusker has significant experience in rendering legal counsel to parties in

15  bankruptcy in the Central District of California, and the attorneys who will represent the Trustee

16  in this case specialize in bankruptcy law, including complex liquidations and bankruptcy

17  litigation. Greenberg Glusker also has expertise in corporate, tax, and civil litigation matters

18  (including insurance litigation) which can be called on to assist the Trustee, as needed.

19  Summaries of the experience and qualifications of the attorneys with Greenberg Glusker who are

20  expected to render bankruptcy services to the Trustee are attached as Exhibit 1 to the Krieger

21  Declaration.

22  The Trustee requires general bankruptcy counsel to render the following types of

23  professional services, among others:

24  (a)   Assist and advise the Trustee regarding the Trustee's duties and powers in

25  this case;

26  (b)   Assist and advise the Trustee with respect to his investigation of potential

27  assets of the estate, including the circumstance of the Debtor's affairs and its decision to

28  file the Petition and initiate the bankruptcy case;

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

APPLICATION TO
EMPLOY COUNSEL

1    (c)    Assist the Trustee with the disposition of assets of the estate, including

2  obtaining appropriate orders of the Bankruptcy Court;

3    (d)    Assist the Trustee with the investigation of litigation claims of the estate,

4  including whether or not the estate owns any valuable avoidance claims;

5    (e)    If required, prosecute litigation claims on behalf of the Trustee and the

6  estate;

7    (f)    Assist and advise the Trustee with respect to any claims filed against the

8  estate, and file any objections thereto, if required; and

9    (g)    Provide such other legal services as may be required by Trustee in the

10  course of his duties as chapter 7 trustee herein.

11    The Trustee has selected Greenberg Glusker to represent him in this case as his general

12  bankruptcy counsel.  The Trustee is not a member or partner of the Firm.  However, the Trustee is

13  familiar with the Firm and its attorneys and believes it can perform the legal services required

14  herein ably and efficiently.  Therefore, the employment of the Firm as attorneys for the Trustee is

15  in the best interest of the estate.  A copy of the Trustee's engagement agreement (the

16  "Engagement Agreement") with Greenberg Glusker is attached as <u>Exhibit 2</u> to the Krieger

17  Declaration.

18    Effective representation of the Trustee called for the Firm to commence rendering services

19  on November 11, 2019, which the Firm has done in the interests of the estate.

20  **IV.    <u>NO ADVERSE INTERESTS/DISINTERESTEDNESS</u>**

21    As of the date of this Application, to the best of the Trustee's knowledge and after

22  consideration of the disclosures made in the Krieger Declaration, Greenberg Glusker and all of its

23  partners, associates and counsel are disinterested persons as that term is defined in 11 U.S.C.

24  § 101(14), and neither Greenberg Glusker nor any of its partners, associates or counsel are

25  connected with the Debtor, its creditors, any other party-in-interest, its respective attorneys and

26  accountants, or the bankruptcy estate, except that Mr. Krieger and Mr. Banner, personally, and

27  the Firm, currently represent and have represented the Trustee in the past in matters in which he is

28  the chapter 7 or chapter 11 trustee, and may do so in the future.  In addition, from time-to-time,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

APPLICATION TO
EMPLOY COUNSEL

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1  the Firm may also represent clients in matters in which the clients are adverse to the Trustee when

2  he acts in his capacity as a chapter 7 trustee, or otherwise works as a lawyer.  All of these matters

3  are wholly unrelated to the Firm's work for the Trustee in this matter and the Debtor's bankruptcy

4  case.

5  Based on these disclosures made in the Krieger Declaration, the Trustee submits that no

6  reason for denial of employment of the Firm exists.

7  **V.   COMPENSATION**

8  The Trustee has not made any arrangement with the Firm with regard to the Firm's

9  compensation for its services to the estate.  The Firm has agreed to apply to the Court for

10  approval of its fees and reimbursement of its costs in accordance with the Bankruptcy Code,

11  specifically sections 330 and 331, the Federal Rules of Bankruptcy Procedure and the Local

12  Bankruptcy Rules.

13  As detailed in the Krieger Declaration, the normal billing rates of Greenberg Glusker for

14  bankruptcy cases, at the time of this Application, generally range from $315 to $950 per hour for

15  attorneys, and from $275 to $350 per hour for paralegals.  The current billing rate of the principal

16  attorneys who will work on the case are as follows:  Jeffrey A. Krieger - $625/hour; and Keith

17  Patrick Banner - $475/hour.  These rates as of January 1, 2020 will be $660/hour and $525/hour

18  respectively and may be adjusted annually from time to time.  A list of the current billing rates for

19  the attorneys and paralegals of Greenberg Glusker most likely to be involved in the representation

20  of the Trustee in connection with this bankruptcy case is attached to the Krieger Declaration as

21  Exhibit 3.

22  It is contemplated that Greenberg Glusker will seek compensation based upon hourly

23  billing rates, and reimbursement of expenses pursuant to the Guidelines promulgated by the

24  Executive Office of the U.S. Trustee and as set forth herein.  A list of expenses ordinarily charged

25  by Greenberg Glusker to its clients is attached to the Krieger Declaration as Exhibit 4.

26  **VI.   CONCLUSION**

27  Based on the foregoing, the Trustee respectfully requests entry of an order authorizing the

28  retention, pursuant to 11 U.S.C. §§ 327(a) and 330, of Greenberg Glusker Fields Claman

APPLICATION TO
EMPLOY COUNSEL

1  & Machtinger LLP to act as general bankruptcy counsel for the Trustee with respect to the

2  matters referred to in this Application and, generally, upon the terms and conditions set forth

3  above, effective as of November 11, 2019.

4

5

6  DATED:  December _10_, 2019

7                                                    JASON M. RUND, Trustee

8

9  DATED:  December _10_, 2019                       GREENBERG GLUSKER FIELDS CLAMAN
                                                     & MACHTINGER LLP

10

11                                          By:_____
                                                     JEFFREY A. KRIEGER
12                                                   KEITH PATRICK BANNER
                                                     Proposed Attorneys for Jason M. Rund,
13                                                   Chapter 7 Trustee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

8

APPLICATION TO
EMPLOY COUNSEL

# DECLARATION OF JEFFREY A. KRIEGER

## (Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedure)

Jeffrey A. Krieger declares:

1.     I am an attorney duly admitted to practice before this United States Bankruptcy Court.  I am an attorney at the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker" or the "Firm"), proposed general bankruptcy counsel for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor").  I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2.     Greenberg Glusker, located in Century City, California, has been in existence for 60 years.  Currently, Greenberg Glusker has 98 attorneys, practicing in a variety of areas, including bankruptcy and restructuring.  Greenberg Glusker and the members of its bankruptcy group are highly experienced in rendering legal counsel to parties in bankruptcy cases pending in the Central District of California.  The Firm and the members of its bankruptcy group are experienced in the representation of chapter 7 trustees and are competent to perform the general bankruptcy services required by the Trustee.  The Firm also has expertise in corporate, tax, and civil litigation matters which can be called on to assist the Trustee, as needed.

3.     I am the attorney who will be principally responsible for handling the case on behalf of the Trustee.  My experience and qualifications, and the experience and qualifications of the other lawyers in the Firm's bankruptcy group, are described in the attorney biographies attached hereto as Exhibit 1.  I have 28 years of experience in handling matters in the areas of bankruptcy, reorganization and creditor's rights.  The other attorneys in the bankruptcy group and I are experienced in cases such as this one.

4.     A true and correct copy of Greenberg Glusker's engagement agreement with the Trustee is attached hereto as Exhibit 2.

5.     To the best of my knowledge, based upon a review of the Firm's regular computerized records and of the Debtor's Schedules and, neither I, the Firm, nor any of its partners, associates or counsel has any connection with the Debtor, its creditors herein or any

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

APPLICATION TO
EMPLOY COUNSEL

other party-in-interest in this estate, its respective attorneys and accountants, or the bankruptcy

estate, adverse or otherwise, except as follows:  I, personally, and the Firm, represent and have

represented the Trustee in the past in matters in which he is the chapter 7 or chapter 11 trustee,

and may do so in the future.  In addition, from time-to-time, the Firm may also represent clients in

matters in which the clients are adverse to the Trustee when he acts in his capacity as a chapter 7

trustee, or otherwise works as a lawyer.  All of these matters are wholly unrelated to the Firm's

work for the Trustee in this matter and the Debtor's bankruptcy case.

6.      I have reviewed the extensive list of creditors and other interested parties as

identified in the Debtor's Schedules and Statement of Financial Affairs filed on December 3,

2019 – which contains over 2000 names including nearly 1000 of the Debtor's employees – and

to the best of my knowledge, I believe neither I, the Firm, nor any of its partners, associates or

counsel has any connection with the creditors listed therein.  Due to the thousands of creditors

disclosed, Greenberg Glusker's conflicts department has, to date, run the names of largest 20

unsecured creditors, the Debtor, the Debtor's former and interim CEOs, and the secured creditors.

Greenberg Glusker's conflicts department is continuing to run conflict searches regarding the

remaining creditors disclosed.  If any connections are revealed through subsequent searches, I

will supplement this declaration with the proper disclosures.

7.      To the best of my knowledge, based upon a review of the Firm's regular

computerized records of cases, clients and parties affected by cases, the Firm has no pre-petition

claim against the Debtor or the estate of any kind.  The Firm does not and will not represent any

related debtor before this or any other Court, and to the best of my knowledge the Firm and each

of its attorneys is disinterested relative to this case.

8.      The Firm and its members are not related to or employees of the Office of the

United States Trustee or the United States Bankruptcy Judge herein.

9.      The normal billing rates of Greenberg Glusker for bankruptcy cases, at the time of

this Application, generally range from $315 to $950 per hour for attorneys, and from $110 to

$375 per hour for paralegals.  My current billing rate is $625/hour.  Keith Patrick Banner will also

work on this matter, and his billing rate is $475/hour.  These rates adjust as of January 1, 2020 to

APPLICATION TO
EMPLOY COUNSEL

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    $660/hour and $525/hour, respectively and may be adjusted annually from time to time. A list of

2    the billing rates for the attorneys and paralegals of Greenberg Glusker most likely to be involved

3    in the representation of the Trustee in connection with this bankruptcy case is attached hereto as

4    Exhibit 3.

5          10.      Attached hereto as Exhibit 4 and incorporated herein by this reference is a

6    schedule of cost reimbursements regularly sought by the Firm from its regularly paying clients.

7    These items are consistent with the United States Trustee's Guidelines.

8          11.      Attached hereto as Exhibit 5 and incorporated herein by this reference is a copy of

9    the Notice of Chapter 7 Trustee's Application to Employ Greenberg Glusker Fields Claman

10    & Machtinger LLP as General Bankruptcy Counsel, including a proof of service thereon, that has

11    been served on all creditors and parties-in-interest herein and filed concurrently herewith.

12         I declare under penalty of perjury under the laws of the United States of America that the

13    foregoing is true and correct.

14         Executed this 10th day of December, 2019, at Los Angeles, California.

JEFFREY A. KRIEGER

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

3

APPLICATION TO
EMPLOY COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 1

4

APPLICATION TO
EMPLOY COUNSEL



# Brian L. Davidoff

Chair, Bankruptcy, Reorganization & Capital Recovery
Ph. 310-201-7520
Fax 310-201-2328

HOME  >  OUR PEOPLE  >  BRIAN L. DAVIDOFF

Brian Davidoff tackles his clients' problems with experience, drive, and focus. He helps middle-market companies and their principals navigate difficult financial waters. Brian also guides lenders, creditors, and vendors seeking to maximize their recoveries, and represents buyers and sellers of distressed assets.

His early experience as a corporate attorney allows him to address both insolvency and business needs of his clients. Frequently, he acts as general counsel to both distressed and thriving businesses, advising them on their business growth, financings, and M&A activity.

**Accomplishing your objective.**

"If you're having difficulty figuring out how to deal with your company's financial distress, seeking to recover funds from a financially troubled company, or looking to buy assets of a financially distressed seller, I work with you to devise the right strategy to accomplish your objective," he says.

"I often get involved in high-stress situations. Clients' livelihoods and their companies are at stake and they put a lot of trust in you. The process can be complex and uncertain. Helping my clients understand the component pieces of the process along the way is very important. It is also difficult at the outset to predict the final outcome of a restructuring, however, by working closely with my clients I build a partnership that dramatically increases the chances of a successful result."

For example, Brian knew what was at stake for a downtown Los Angeles furniture manufacturer and retailer that ran into financial distress. The company founder and owner knew that the livelihoods of over 200 workers depended on the ongoing success of the business. "We were able in the course of a chapter 11 reorganization to restructure the balance sheet and re-negotiate the senior credit facility with the lender.

## SERVICES

Bankruptcy, Reorganization & Capital Recovery

Corporate Structuring & Operations

Restructuring & Loan Workout

Corporate, Finance & Securities

Financial Services





*Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law*

*Litigation - Bankruptcy*

The company survived, the owner again has a successful business, and the jobs of the hundreds of workers were saved."

**Restoring a level of confidence.**

Brian has succeeded for his varied clients—cutting across industries and objectives—by bringing a high level of skill, integrity, and commitment to the process.

"When representing a company going through a restructuring, you quickly learn that the client is often taking fire from different quarters because creditors have lost money and typically no one is happy. A critical aspect of a restructuring is to restore a level of confidence and integrity in the business operations," he says. "This usually goes far in gaining the confidence of judges and other key stakeholders, including creditors, lenders, vendors and employees."

With over thirty years' experience in counseling his clients on their varied business issues, specifically in restructuring and bankruptcy, Brian has built a wealth of collegial relationships.

"In Southern California we repeatedly appear before the same bankruptcy judges and having credibility with the court is important, as is having credibility with other professionals in the restructuring and bankruptcy community with whom you may be adverse from time to time in client matters. In such a high-stress situation credible relationships can be vitally important and often enables you to work through difficult issues."

**Collaborating with other professionals.**

Also important in reaching the best results for his clients is the breadth and depth of Brian's Greenberg Glusker colleagues in other practice groups.

"It is common in a bankruptcy or restructuring case that I collaborate with my corporate, real estate, employment, litigation, or entertainment partners. In this way I can bring the various legal skills needed to properly guide the client. Outside of my law firm, I often work with financial and operational restructuring professionals to bring a complete approach to addressing the client's issues."

Brian's passion outside of the practice of law is competing in triathlons. He says, "This takes a significant level of dedication and commitment. I bring this same commitment to resolution of my client's issues."

Brian has been married over 30 years and has two adult daughters, who enjoy competing with Brian in his athletic endeavors.

**Brian L. Davidoff**



Exhibit 1
6

## Professional Affiliations

- 2019 Board of Directors, The American Board of Certification
- Past Board of Governors, Beverly Hills Bar Association
- Past Trustee, Los Angeles County Bar Association
- Past President, Westwood Bar Association
- Past Director, Los Angeles Bankruptcy Forum
- Past President, California Organization of Small Bars
- Bankruptcy Rules Committee Member, State Bar of California, Business Law Section
- Member, American Bankruptcy Institute
- Past Chair, Primerus Business Corporate International

## Awards

- *Best Lawyers in America* (2017 - 2020)

## Bar Admissions

- California, 1982

## Education

- University of Witwatersrand, Johannesburg, South Africa  (J.D., 1979)
- University of Miami  (LL.M., 1981)

---

Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars · 21st Floor · Los Angeles, CA · 90067   310-553-3610 · info@greenbergglusker.com
Copyright © 2019 Greenberg Glusker Fields Claman & Machtinger LLP. **Website Credits**



# Jeffrey A. Krieger

Partner
Ph. 310-785-6869
Fax 310-201-2343

HOME > OUR PEOPLE > JEFFREY A. KRIEGER

Jeff Krieger is a partner at Greenberg Glusker and a specialist in bankruptcy-related matters. He joined the firm in October of 1991 after a stint as a summer associate during law school. He returned after graduation and became a partner in 1998.

Jeff's practice is broad and encompasses both creditors and debtors, as well as clients whose business dealings are potentially affected by financial distress, whether involving a vendor, a customer, business partner or simply a stakeholder. By combining strategic, high-level counsel with deep expertise in the procedural elements of bankruptcy law, Jeff assists his clients in managing the risks presented by bankruptcy proceedings and maximizing the opportunities.

Whenever someone engaged in a business undertaking becomes involved, even obliquely, in Chapter 11, it affects everyone connected with them. By strategizing early and acting decisively in these situations, Jeff's clients can often either limit their potential exposure, take advantage of a newly uncovered opportunity, or both.

Although he has counseled clients in a range of industries, real estate and entertainment (particularly production studios and television companies) are two of Jeff's primary industry verticals. For these clients, he often acts as a kind of Distant Early Warning system when a party with whom they have business dealings—say, a contractual relationship—either enters Chapter 11 or begins exhibiting signs of financial distress. In these situations, Jeff works with a client to evaluate the situation, and review the key tactical issues: "How do I protect myself?"; "Can I continue to do business with this company?"; "How do we collect what we're owed?"; and "When should we terminate this arrangement?"

Jeff's experience and strategic sense often enable him to utilize bankruptcy as a source of competitive advantage for his clients. For

## SERVICES

**Bankruptcy, Reorganization & Capital Recovery**

**Restructuring & Loan Workout**

**Real Estate**

**Financing Transactions**

**Sports**



*Bankruptcy and Creditor Debtor Rights / Insolvency and Reorganization Law*

example, this may involve purchasing an asset from a bankrupt entity at a significant discount using Section 363 proceedings. It may also mean enabling a client to recover assets that were assumed to be unavailable by carefully reviewing the bankruptcy filings and the debtor's status. An example of this might be a subordinated creditor who, unexpectedly, had not been required by the senior creditor to waive the right to marshall assets and consequently recovered over one million dollars for the client. Jeff has a wide array of tools in his legal toolbox and will use the most effective one for the business situation at hand.

Bankruptcy is, despite all the legal issues involved, ultimately a business situation. In that context, Jeff recognizes that a negotiated resolution is usually preferable to a litigated one.  A practical solution that's based on a business-oriented analysis of the cost and benefits of different options is almost always superior to heading for the courthouse. Jeff's ability to do this is informed by an intimate, firsthand knowledge of the bankruptcy bench—his longstanding working relationship with Southern California bankruptcy judges gives his arguments impact—they listen because they know him. Effective arguments and practice before the bankruptcy bench can often forestall the need to make arguments elsewhere later.

As is so often the case in business, the ultimate effect of bankruptcy proceedings depends in large measure on how they're managed.  What initially appears to be an unworkable or very negative situation can often contain significant latent advantages. Utilizing a combination of strategic thinking and planning, and careful, expert guidance through the nuances of bankruptcy statutes and procedure, Jeff insures the best possible outcome for his clients and converts latent advantages into tangible ones.

## Professional Affiliations

- Member, Athletes Touch networking group
- Former Chair, Commercial Law and Bankruptcy Section of Los Angeles County Bar Association

## Charitable & Civic Involvement

- Member, Board of Directors and Executive Committee, Special Olympics Southern California
- Chairman, Board of Directors and Executive Committee, Special Olympics Southern California, January 2016 - December 2018
- Member, Board of Directors, Maccabi USA Sports for Israel

## Awards

- Listed, Best Lawyers of America - Bankruptcy Law, 2018- 2020

Exhibit 1
9

• Rated, "AV Preeminent 5.0 out of 5," Martindale Hubbell

## Bar Admissions

• California

## Education

• University of California, Davis School of Law  (J.D., 1991)
• Swarthmore College  (B.A., 1986)
    — Economics Major

---

Greenberg Glusker Fields Claman & Machtinger LLP

1900 Avenue of the Stars · 21st Floor · Los Angeles, CA · 90067  310-553-3610 · info@greenbergglusker.com
Copyright © 2019 Greenberg Glusker Fields Claman & Machtinger LLP. **Website Credits**



# Keith Patrick Banner

Associate
Ph. 310-201-7469
Fax 310-201-4454

**HOME**  >  **OUR PEOPLE**  >  KEITH PATRICK BANNER

Keith Patrick Banner is an attorney in Greenberg Glusker's Bankruptcy and Financial Restructuring Group.

Keith focuses on business insolvency and distressed transactions with relevant experience in a variety of industries, including retail, entertainment, technology and real estate. Keith helps guide companies through a myriad of insolvency solutions that are appropriate for the particular circumstance, including out-of-court transactions, such as the refinance of complex loan facilities or an assignment for the benefit of creditors ("ABC"); or through the bankruptcy court in a chapter 11 reorganization or chapter 7 liquidation. Keith provides a calm and understanding approach to what often amounts to a rather tumultuous time for a business.

Prior to joining the firm, Keith served as the judicial law clerk to the Honorable Peter H. Carroll, U.S. Bankruptcy Judge for the Central District of California. Prior to clerking, Keith practiced at an AM Law 100 firm and a boutique insolvency firm, both located in Los Angeles. This diversity of experience provides Keith with a broad perspective and the tools for a company's successful rehabilitation.

## SERVICES

**Bankruptcy, Reorganization & Capital Recovery**

**Restructuring & Loan Workout**

**Corporate Structuring & Operations**

**Mergers & Acquisitions**

**Corporate, Finance & Securities**

## Bar Admissions

- California

## Court Admissions

- Central District of California
- Eastern District of California
- Northern District of California

## Education

- Northwestern University School of Law  (J.D., *cum laude*, 2008)

Exhibit 1
11

12/9/2019

Case 2:19-bk-23085-BB    Doc 89    Filed 12/09/19    Entered 12/09/19 16:29:20    Desc
Main Document      Page 23 of 46

- University of California, Los Angeles  (B.A., *summa cum laude*, 2005)

  — Political Science

---

Greenberg Glusker Fields Claman & Machtinger LLP

1900 Avenue of the Stars · 21st Floor · Los Angeles, CA · 90067  310-553-3610 · info@greenbergglusker.com

Copyright © 2019 Greenberg Glusker Fields Claman & Machtinger LLP. **Website Credits**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

<u>EXHIBIT 2</u>

<u>ENGAGEMENT AGREEMENT</u>

5

APPLICATION TO
EMPLOY COUNSEL



Jeffrey A. Krieger

D: 310.785.6869
F: 310.553.0687
JKrieger@ggfirm.com
File Number: 99910-00264

November 15, 2019

**Via Email**

Jason M. Rund
Sheridan & Rund
840 Apollo Street, Ste. 351
El Segundo, CA 90245
Email: JRund@SRlawyers.com

   Re: *In re Youth Policy Institute, Inc.*
     *Bankruptcy Case no. 2:19-bk-23085-BB*

Dear Jason:

  Thank you for retaining Greenberg Glusker Fields Claman & Machtinger LLP to represent you as Chapter 7 Trustee ("you") in the bankruptcy case of *In re Youth Policy Institute, Inc., a District of Columbia non-profit corporation* (the "Debtor"), Bankruptcy Case no. 2:19-bk-23085-BB (the "Bankruptcy Case"), pending in the United States Bankruptcy Court, Central District of California, Los Angeles Division (the "Bankruptcy Court").

  <u>Engagement:</u>

  Our goal is to provide you with the highest quality legal services in a cost-effective manner to help you reach your objectives.  Our firm's policy, in accordance with the general requirements of the California Business & Professions Code, requires that we have a written agreement with our clients setting forth the arrangements upon which we perform legal services. This letter sets forth the terms of the agreement under which you have retained us.

  The terms of engagement in this letter also will apply to any additional matters we handle on your behalf or at your direction or for your entities (i.e., those owned or controlled by you, or under common control with you).  When we handle matters for your entities, both you and those entities will be jointly and severally responsible for payment of our bills for those matters.  The terms of this letter shall apply from the first date we performed work for which we are now being engaged, but we shall have no obligation to perform work until you return a signed copy of this letter.

  <u>Roles of Attorney and Client:</u>

  Our responsibilities are to provide legal counsel and assistance to you in accordance with the terms of this letter, and to provide statements to you that clearly state the basis for our fees and charges. During the course of our firm's engagement by you, we may express opinions or beliefs to you about the effectiveness of various courses of action or about the results that might

Jason M. Rund, Chapter 7 Trustee
November 15, 2019
Page 2

be anticipated.  Such statements are expressions of opinion only and should not be construed as
promises or guaranties.  You, as the client, are ultimately responsible for any decision whether to
proceed with a particular course of action or transaction.

In the course of our relationship, we ask that you be clear and complete in your
communications with us and cooperate with us to enable us to provide you with the legal
services you seek.  Please keep us informed of developments related to this representation.

You have the right to terminate our services at any time without limitation.  We may
withdraw with or without your consent if we determine, in our sole discretion, that we need to do
so.  We will be entitled to be paid for all services rendered and costs or expenses incurred on
your behalf through the last date we provide services.  [If permission for termination or
withdrawal is required by a court, we will request such permission.]  You also agree to sign
substitution-of-attorney forms or other documents that may be necessary to confirm the
conclusion of our relationship.

After the conclusion of our services on a matter, changes may occur in the laws or
regulations that could have an impact upon your future rights and liabilities.  Unless you and we
later agree that we will provide additional advice on issues arising from the concluded matter, we
have no continuing obligation to advise you with respect to that matter, including with respect to
changes in the laws or regulations regarding such matter.  The fact that we may inform you from
time to time of developments in the law that may be of interest to you, whether by email or
otherwise, should not be understood to revive or create an attorney-client relationship.

<u>No Calendaring or Collections:</u>

If this matter involves litigation or arbitration, we will be responsible for monitoring and
complying with any deadlines imposed by the court or the arbitrator.  With respect to any
agreements to which you are or may in the future be a party, including agreements resulting from
the settlement of any litigation, our firm will <u>not</u> be responsible for monitoring or complying
with any deadlines related to the giving of notice, the exercising of rights (e.g., options) or the
making of other decisions within certain time periods (e.g., exercising any audit rights, granting
an approval or consent, filing UCC Continuation Statements, filing fictitious business name
renewals, making any other filings with governmental authorities, or filing or replying to legal
claims), even if an agreement provides that we or any of our attorneys are to receive a copy of
any notice given to you under the agreement, unless we have expressly agreed in writing to
monitor the deadline for you.  Further, you understand and agree that we are not responsible for
collecting monies due to you, unless you and we agree that we will do so.

<u>Billing and Fees:</u>

We understand that with respect to this engagement, that our employment must be
approved by the Bankruptcy Court and that our fees and costs (as further described below) will
be paid by the Debtor's bankruptcy estate as an administrative expense, but only after approval
by the Bankruptcy Court.  Subject to the requirements of the Bankruptcy Court regarding the

Exhibit 2
15

Jason M. Rund, Chapter 7 Trustee
November 15, 2019
Page 3

payment of fees and reimbursement of costs for attorneys employed as estate professionals in
chapter 7 bankruptcy cases, we will bill you for our services monthly.  We believe that our
billing procedures are simple and clear.  However, we encourage you to ask any questions
regarding our statements as soon as you receive them.

You understand that it is impossible to determine in advance the amount of fees and costs
that will be incurred in your matter(s).  Any estimate or budget we may provide is not a
guarantee of the actual fees or costs that will be incurred.

Our fees are computed on an hourly basis in accordance with standard rates assigned to
each attorney and paralegal assistant.  Billings will be reflected in one-tenth of an hour
increments.  Currently, attorney and paralegal rates vary from $200 to $1,200 per hour.  I will be
primarily responsible for representing you.  Our firm has established my hourly rate at $625.
Some of the work on your matter will be performed by Keith Patrick Banner, whose current
hourly rate is $475.  Other or additional attorneys and paralegals also may perform services, in
our discretion, and you will be charged for their services at the rates established by our firm.  Our
hourly rates are subject to change, and the applicable rates will be those in effect at the time the
services are performed.  We review our rates annually and changes, if any, normally become
effective on January 1 of each year. I anticipate that my hourly rate as of January 1, 2020 will be
$660 and Keith Banner's hourly rate will be $525.  We will provide you with information
regarding our hourly rates at your request at any time.  Our monthly statements will set forth the
hourly rate, time spent and work performed by each attorney and paralegal working on your
matter.

In addition to fees for services, we will bill you monthly for costs and expenses incurred
on your behalf and for certain in-house administrative services.  Expenses such as court filing
fees, filing fees of other government agencies, entity name reservations, trademark and
tradename searches, fees and expenses of accountants or experts retained on your behalf, charges
for transcripts, depositions, reproduction of documents when done by an outside service,
computerized legal research and parking and travel expenses will be billed at the actual costs
incurred by us  Expenses such as reproduction of documents in our office, mileage and word
processing will be charged at our standard rates in effect at the time the expense is incurred.  We
currently do not bill clients for long distance telephone charges or faxes.  A list of our current
charges for these services is attached, and an itemization will be provided to you upon request at
any time.

In certain circumstances, a court may order payment of fees or costs by one party to the
other.  If any such fees or costs are paid to us, they will be credited against the amount the
bankruptcy estate owes us, but the bankruptcy estate will remain liable for any unpaid portion of
our bills.  If the court awards fees or costs against the bankruptcy estate in favor of the opposing
party, the bankruptcy estate will be responsible for payment of that amount separately from and
in addition to any amounts due us.

Also, certain parties – including the personal representative of a decedent's probate
estate, the conservator of an incapacitated individual, the legal guardian of a minor, a bankruptcy

Exhibit 2
16

Jason M. Rund, Chapter 7 Trustee
November 15, 2019
Page 4

trustee and a debtor in possession in a bankruptcy proceeding – may only pay their attorneys'
fees with a prior court order.  If we represent you in any of these capacities, we will file a
petition seeking an order from the court that you pay for our services at the conclusion of the
matter.  We may also file interim petitions seeking orders that you pay for our services during the
pendency of the matter.

<u>Conflicts of Interest</u>:

We cannot, and will not, without appropriate consents, represent any party if there is a
conflict of interest with any of our other clients.  In order to avoid conflicts of interest among our
clients, we maintain a database of relevant names.  In connection with this matter, we have
searched for the following names: Youth Policy Institute, Jason Rund, Dan Grunfeld, Dixon
Slingerland and Hill Morgan and Associates LLP.  Once we learn of other parties that should be
searched for conflicts of interest, we will do so.  Please advise us, when you return the signed
copy of this letter, if you know of any other individuals or entities that may be involved in this
matter.  In addition, if you learn in the future of other individuals or entities that may be
involved, please inform us at once so that we may search for conflicts of interest with respect to
them.

<u>Responding to Subpoenas and Other Requests for Information</u>:

If we are required to respond to a subpoena of our records relating to services we have
performed for you, or to testify by deposition or otherwise concerning such services, we will first
consult with you as to whether you wish to supply the information demanded or assert your
attorney-client privilege to the extent you may properly do so.  The bankruptcy estate agrees to
reimburse us for our time and expense incurred in responding to any such demand, including, but
not limited to, time and expense incurred in search and photocopying costs, reviewing
documents, appearing at depositions or hearings, and otherwise litigating issues raised by the
request.

<u>Document Retention and Destruction Policy</u>:

We may decide to retain certain materials relating to our representation of you solely in
electronic format.  After our representation of you has concluded with respect to a particular
matter, we will have no obligation to maintain, preserve, review, or store the materials relating to
that matter for more than seven (7) years.  If you would like us to provide you with the files
relating to that matter, please inform us in writing within seven (7) years of the cessation of our
work on that matter.  If you do not inform us in writing within seven (7) years of the cessation of
our work on a matter that you would like us to provide you with the files relating to that matter,
then we have the right to destroy the files.

If you request, we will retain essential, ink-signed documents (i.e. negotiable instruments,
wills and trusts) in paper form at our office or deliver them to you.  If at any time you request
your client file, you agree that delivery to you of electronic materials (together with physical
copies of materials not saved electronically) will satisfy our obligation to release to you all client

Exhibit 2
17

Jason M. Rund, Chapter 7 Trustee
November 15, 2019
Page 5

papers and property. Please note that you will be responsible for any costs of making a copy of
your file that we may retain. You acknowledge that we own all attorney work product and have
no obligation to make the original or a copy thereof available to you. If you have any questions
or concerns about our document retention and destruction policy, please discuss them with us.

### Confirmation of Agreement:

This agreement may be signed in handwritten or electronic signature counterparts, and
signature pages may be transmitted by facsimile, email or other means, each of which shall
constitute an original, and together one and the same document.

Please confirm your agreement and consent to the terms of this letter by signing below
and returning this letter to us.

We will endeavor to represent you promptly and efficiently, and we hope for a long and
mutually satisfactory relationship.

Sincerely,

Jeffrey A. Krieger

JAK/jk

AGREED AND CONSENTED TO
this 5th day of November, 2019

JASON M. RUND, Solely as Chapter 7
Trustee of the Bankruptcy Estate of Youth
Policy Institute, Inc.

Exhibit 2
18

Jason M. Rund, Chapter 7 Trustee
November 15, 2019
Page 6

To help you understand your bills, listed below are typical cost items charged by our firm.  You are charged the actual cost for costs incurred on your behalf to third parties.


**Messenger Service**          $5.00 for one of our employees to deliver an item outside of our office in the immediate Century City area.  Actual charges of a commercial messenger service outside the immediate Century City area.

**Parking**                    Actual parking charges.

**Mileage**                    Charged at the standard mileage rate published by the IRS in effect when the miles are driven; this rate is $0.58 per mile for 2019.

**Photocopying**               $0.20 per page.

**Word Processing/**           $30.00 - $44.00 per hour.  Charged when a client's
**Secretarial Overtime**       requirements make additional Secretarial Services
**or Additional Services**     necessary

                               To facilitate your payment, our wire transfer and ACH payment instructions are set forth below:

                               RETAINER account in US Dollars:


                               Bank Name:     First Republic Bank
                                              111 Pine Street
                                              San Francisco, CA 94111

                               SWIFT CODE:    FRBBUS6S

                               ABA:           321081669

                               Account Name   Greenberg Glusker Fields Claman & Machtinger

                               Account No.    #924-0002-7941

Exhibit 2
19

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>EXHIBIT 3</u>

Greenberg Glusker Fields Claman & Machtinger LLP
2019 Attorney Billing Rate Schedule

| Professional | 2019 Hourly Billing Rate |
|---|---|
| Jeffrey A. Krieger (attorney) | $625.00 |
| Keith Patrick Banner (attorney) | $475.00 |

6

APPLICATION TO
EMPLOY COUNSEL

Exhibit 3
20

EXHIBIT 4

Greenberg Glusker Fields Claman & Machtinger LLP has established the following rates of reimbursement for expenses in conformance with the Local Bankruptcy Rules for the Central District of California:

| | |
|---|---|
| Photocopying/scanning/printing | $.20 per page |
| Telecopying | $2.00 for the first page on outgoing faxes and $1.00 for each additional page, plus actual telephone charges in excess of $1.00. There is no charge for incoming faxes. |
| Messenger | $5.00 for one of our employees to deliver an item outside of our office in the immediate Century City area. Actual charges of a commercial messenger service outside the immediate Century City area. |
| Other | Actual cost |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1   EXHIBIT 5

2

3   NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG
    GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY

4   COUNSEL

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

8

APPLICATION TO
EMPLOY COUNSEL

1   JASON M. RUND, Chapter 7 Trustee (SBN 166514)
    SHERIDAN & RUND
2   840 Apollo Street, Suite 351
    El Segundo, CA 90245
3   Telephone:  310.640.1200
    Email:  trustee@srlawyers.com
4
    JEFFREY A. KRIEGER (SBN 156535)
5   JKrieger@GreenbergGlusker.com
    KEITH PATRICK BANNER (SBN 259502)
6   KBanner@GreenbergGlusker.com
    GREENBERG GLUSKER FIELDS CLAMAN
7   & MACHTINGER LLP
    1900 Avenue of the Stars, 21st Floor
8   Los Angeles, California 90067-4590
    Telephone:  310.553.3610
9   Fax:  310.553.0687

10  Proposed Attorneys for Jason M. Rund,
    Chapter 7 Trustee
11

12              UNITED STATES BANKRUPTCY COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14                 LOS ANGELES DIVISION

15

16  In re:                          Case No. 2:19-bk-23085-BB

17  YOUTH POLICY INSTITUTE, INC.,   Chapter 7

18            Debtor.               **NOTICE OF CHAPTER 7 TRUSTEE'S
                                    APPLICATION TO EMPLOY
19                                  GREENBERG GLUSKER FIELDS
                                    CLAMAN & MACHTINGER LLP AS
20                                  GENERAL BANKRUPTCY COUNSEL**

21                                  [NO HEARING REQUIRED]

22

23      **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY**

24  **JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-**

25  **INTEREST HEREIN:**

26      **PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the

27  bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), has filed his application

28  (the "Application") for authority to employ, pursuant to sections 327(a) and 330 of title 11 of the

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Greenberg Glusker Fields

Claman & Machtinger LLP ("Greenberg Glusker" or the "Firm") as his general bankruptcy

counsel, effective as of November 11, 2019.  As set forth in detail in the Application, the Firm

will render all services required by the Trustee during his administration of the case, including,

without limitation, advising the Trustee with respect to his duties and powers, the investigation

and disposition of assets of the estate, the investigation and prosecution of claims of the estate,

and the review and analysis of proofs of claim filed against the estate.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the

Application, the *Declaration of Jeffrey A. Krieger* (the "Krieger Declaration") attached thereto,

this Notice, the arguments of counsel, and other admissible evidence properly brought before the

Court.  In addition, the Trustee respectfully requests that the Court take judicial notice of the

chapter 7 case docket and all pleadings filed in the above captioned chapter 7 bankruptcy case,

including the specific pleadings referenced in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ Greenberg

Glusker at its regular billing rates for bankruptcy matters, which generally range from $315 to

$950 per hour for attorneys, and $275 to $350 per hour for paralegals, as more fully described in

the Application, subject to the Bankruptcy Court's approval of Greenberg Glusker's

compensation and reimbursement of costs as provided by the Bankruptcy Code, specifically

sections 330 and 331, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy

Rules.  The current billing rates of the principal attorneys who will work on the case are as

follows: Jeffrey A. Krieger - $625/hour; and Keith Patrick Banner - $475/hour.  These rates as of

January 1, 2020 will be $660/hour and $525/hour respectively and may be adjusted annually from

time to time.  A list of the current billing rates for the attorneys and paralegals of Greenberg

Glusker most likely to be involved in the representation of the Trustee in connection with this

bankruptcy case is attached as <u>Exhibit 3</u> to the Krieger Declaration.

The Firm will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy

Code.  All compensation will be paid from the funds of the Debtor's bankruptcy estate.

Greenberg Glusker has not received any retainer with respect to its employment.

NOTICE OF APPLICATION TO EMPLOY
COUNSEL

Exhibit 5
24

1    A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by

2    contacting:

3        Jeffrey A. Krieger, Esq.
         GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
         1900 Avenue of the Stars, 21st Floor
4        Los Angeles, California 90067
         Telephone:  310.553.3610
5        Facsimile:  310.553.0687
         Email: JKrieger@GreenbergGlusker.com
6

7        **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rules

8    2014-1(b)(3)(E) and 9013-1(o)(1), any response to the Application and request for hearing must

9    be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court

10   and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii)

11   his proposed general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP,

12   Attn:  Jeffrey A. Krieger, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California

13   90067; and (ii) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850,

14   Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

15       If you fail to file a written response within seventeen (17) days from the date of the

16   service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver

17   of your right to oppose the Application and may grant the requested relief.

18

19   DATED:  December 10, 2019

20                                                      JASON M. RUND, Trustee

21

22   DATED:  December 10, 2019        GREENBERG GLUSKER FIELDS CLAMAN
                                      & MACHTINGER LLP
23

24                                   By:
25                                      JEFFREY A. KRIEGER
                                        KEITH PATRICK BANNER
26                                      Proposed Attorneys for Jason M. Rund,
                                        Chapter 7 Trustee
27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

YP!- Notice of application to employ GG(3668165.1).docx        3        NOTICE OF APPLICATION TO EMPLOY
                                                                                            COUNSEL

Exhibit 5
25

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl., Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF JEFFREY A. KRIEGER IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 10, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 10, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 10, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 10, 2019 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.    <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:


- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
  0813@ecf.pacerpro.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                        **F 9013-3.1.PROOF.SERVICE**

Proof of Service(3668755.1).docx

# EXHIBIT "B"

JASON M. RUND, Chapter 7 Trustee (SBN 166514)
SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone:  310.640.1200
Email:  trustee@srlawyers.com

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL** |
| | [NO HEARING REQUIRED] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

PLEASE TAKE NOTICE that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), has filed his application (the "Application") for authority to employ, pursuant to sections 327(a) and 330 of title 11 of the

NOTICE OF APPLICATION TO EMPLOY
COUNSEL

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Greenberg Glusker Fields

Claman & Machtinger LLP ("Greenberg Glusker" or the "Firm") as his general bankruptcy

counsel, effective as of November 11, 2019.  As set forth in detail in the Application, the Firm

will render all services required by the Trustee during his administration of the case, including,

without limitation, advising the Trustee with respect to his duties and powers, the investigation

and disposition of assets of the estate, the investigation and prosecution of claims of the estate,

and the review and analysis of proofs of claim filed against the estate.

PLEASE TAKE FURTHER NOTICE that the relief requested is based on the

Application, the *Declaration of Jeffrey A. Krieger* (the "Krieger Declaration") attached thereto,

this Notice, the arguments of counsel, and other admissible evidence properly brought before the

Court.  In addition, the Trustee respectfully requests that the Court take judicial notice of the

chapter 7 case docket and all pleadings filed in the above captioned chapter 7 bankruptcy case,

including the specific pleadings referenced in the Application.

PLEASE TAKE FURTHER NOTICE that the Trustee seeks to employ Greenberg

Glusker at its regular billing rates for bankruptcy matters, which generally range from $315 to

$950 per hour for attorneys, and $275 to $350 per hour for paralegals, as more fully described in

the Application, subject to the Bankruptcy Court's approval of Greenberg Glusker's

compensation and reimbursement of costs as provided by the Bankruptcy Code, specifically

sections 330 and 331, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy

Rules.  The current billing rates of the principal attorneys who will work on the case are as

follows: Jeffrey A. Krieger - $625/hour; and Keith Patrick Banner - $475/hour.  These rates as of

January 1, 2020 will be $660/hour and $525/hour respectively and may be adjusted annually from

time to time.  A list of the current billing rates for the attorneys and paralegals of Greenberg

Glusker most likely to be involved in the representation of the Trustee in connection with this

bankruptcy case is attached as <u>Exhibit 3</u> to the Krieger Declaration.

The Firm will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy

Code.  All compensation will be paid from the funds of the Debtor's bankruptcy estate.

Greenberg Glusker has not received any retainer with respect to its employment.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

NOTICE OF APPLICATION TO EMPLOY
COUNSEL

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1     A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by

2  contacting:

3            Jeffrey A. Krieger, Esq.
             GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
4            1900 Avenue of the Stars, 21st Floor
             Los Angeles, California 90067
5            Telephone:  310.553.3610
             Facsimile:  310.553.0687
6            Email: JKrieger@GreenbergGlusker.com

7            **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rules

8  2014-1(b)(3)(E) and 9013-1(o)(1), any response to the Application and request for hearing must

9  be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court

10 and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii)

11 his proposed general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP,

12 Attn:  Jeffrey A. Krieger, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California

13 90067; and (ii) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850,

14 Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

15           If you fail to file a written response within seventeen (17) days from the date of the

16 service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver

17 of your right to oppose the Application and may grant the requested relief.

18

19 DATED:  December 10, 2019

20                                              JASON M. RUND, Trustee

21

22 DATED:  December 10, 2019            GREENBERG GLUSKER FIELDS CLAMAN
                                        & MACHTINGER LLP
23

24                                      By:
25                                         JEFFREY A. KRIEGER
                                           KEITH PATRICK BANNER
26                                         Proposed Attorneys for Jason M. Rund,
                                           Chapter 7 Trustee
27

28

NOTICE OF APPLICATION TO EMPLOY
                                                                                                  COUNSEL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl., Los Angeles, CA 90067
A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S
APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL
BANKRUPTCY COUNSEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by
LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
December 10, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒        Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) December 10, 2019, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24 hours after the document is filed.

***Please Note, Service List to be detailed in a later filed Supplemental Proof of Service***

☐        Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 10, 2019, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.
Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐        Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 10, 2019 | Julie King | | /s/ Julie King |
|---|---|---|---|
| *Date* | *Printed Name* | | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:


- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
  0813@ecf.pacerpro.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

Proof of Service(3668655.1).docx

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

 1900 Avenue of the Stars, Ste. 2100, Los Angeles

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/08/2020    , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) 01/08/2020    , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/08/2020    , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/08/2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com,
  jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com