JASON M. RUND, Chapter 7 Trustee (SBN 166514)
SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: 310.640.1200
Email: trustee@srlawyers.com

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

FILED & ENTERED

JAN 10 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[NO HEARING REQUIRED] |

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER APPROVING APPLICATION TO
EMPLOY COUNSEL

The Court having considered the *Chapter 7 Trustee's Application to Employ Greenberg Glusker Fields Claman & Machtinger LLP as General Bankruptcy Counsel* [Docket No. 29] (the "Application") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks an order authorizing the employment of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as general bankruptcy counsel pursuant to the terms of that certain engagement agreement (the "Engagement Agreement") attached as Exhibit 2 to the *Declaration of Jeffrey A. Krieger* accompanying the Application; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Application having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Application; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED THAT:**

**1.** The Application is **GRANTED.**

**2.** The Trustee is authorized to retain Greenberg Glusker as his general bankruptcy counsel under section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") pursuant to the terms and conditions set forth in the Engagement Agreement and Application, effective as of **November 11, 2019.**

**3.** Any fees authorized to be paid to Greenberg Glusker hereunder are subject to the Court's subsequent approval of interim and/or final fee applications made pursuant to sections 330 and/or 331 of the Bankruptcy Code.

### # #

Date: January 10, 2020

Sheri Bluebond
United States Bankruptcy Judge

2    ORDER APPROVING APPLICATION TO EMPLOY COUNSEL