United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 19-23085-BB
Youth Policy Institute, Inc.                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: wjacksonC            Page 1 of 1              Date Rcvd: Jan 10, 2020
                              Form ID: pdf042            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
db            #+Youth Policy Institute, Inc.,    6464 Sunset Blvd., Suite 650,    Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Christopher E Prince    on behalf of Interested Party    Courtesy NEF cprince@lesnickprince.com,
               jmack@lesnickprince.com;cprince@ecf.courtdrive.com
              David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
              Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com,
               laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
              Jason M Rund (TR)    trustee@srlawyers.com,    jrund@ecf.axosfs.com
              Jeffrey A Krieger    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com,
               kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
              Keith Patrick Banner    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com,
               sharper@greenbergglusker.com;calendar@greenbergglusker.com
              Kevin Meek    on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com,
               kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
              Matthew N Sirolly    on behalf of Creditor    Labor Commissioner, California, Division of Labor
               Standards Enforcement msirolly@dir.ca.gov
              Robert D Bass    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com
              Shawn M Christianson    on behalf of Interested Party    Courtesy NEF cmcintire@buchalter.com,
               schristianson@buchalter.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                              TOTAL: 11

JASON M. RUND, Chapter 7 Trustee (SBN 166514)
SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone:  310.640.1200
Email:  trustee@srlawyers.com

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 10 2020**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** wesley **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL**<br><br>[NO HEARING REQUIRED] |

/ / /

/ / /

/ / /

/ / /

/ / /

ORDER APPROVING APPLICATION TO
EMPLOY COUNSEL

The Court having considered the *Chapter 7 Trustee's Application to Employ Greenberg Glusker Fields Claman & Machtinger LLP as General Bankruptcy Counsel* [Docket No. 29] (the "Application") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks an order authorizing the employment of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker") as general bankruptcy counsel pursuant to the terms of that certain engagement agreement (the "Engagement Agreement") attached as Exhibit 2 to the *Declaration of Jeffrey A. Krieger* accompanying the Application; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Application having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Application; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED THAT:**

**1.**     The Application is **GRANTED.**

**2.**     The Trustee is authorized to retain Greenberg Glusker as his general bankruptcy counsel under section 327(a) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") pursuant to the terms and conditions set forth in the Engagement Agreement and Application, effective as of **November 11, 2019.**

**3.**     Any fees authorized to be paid to Greenberg Glusker hereunder are subject to the Court's subsequent approval of interim and/or final fee applications made pursuant to sections 330 and/or 331 of the Bankruptcy Code.

# # #

Date: January 10, 2020

Sheri Bluebond
United States Bankruptcy Judge

2     ORDER APPROVING APPLICATION TO EMPLOY COUNSEL