| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California  90067-4590<br>Telephone:310.553.3610<br>Fax:  310.553.0687<br><br>☐   Individual *appearing without an attorney*<br>☒   Attorney for:   Jason M. Rund, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME PURSUANT TO 11 U.S.C. §365(d)(1) IN WHICH TO ASSUME OR REJECT EXECUTORY CONTRACTS<br><br>[DOCKET NO. 48] |

PLEASE TAKE NOTICE that the order titled <u>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME PURSUANT TO 11 U.S.C. §365(d)(1) IN WHICH TO ASSUME OR REJECT EXECUTORY CONTRACTS</u> was lodged on (*date*) <u>January 15, 2020</u> and is attached hereto as <u>Exhibit A</u>.  This order relates to docket number 48.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                           Page 1                                           **F 9021-1.2.BK.NOTICE.LODGMENT**
Notice of Lodgment -- re Order Granting Trustee's Motion or Order Extend(3702898.1).doc

# EXHIBIT A

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME PURSUANT TO 11 U.S.C. § 365(d)(1) IN WHICH TO ASSUME OR REJECT EXECUTORY CONTRACTS** |
| | Hearing<br>Date:    January 15, 2020<br>Time:   11:00 a.m.<br>Place:  Courtroom 1539<br>          United States Bankruptcy Court<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

On the above captioned date and time, the court considered the *Chapter 7 Trustee's Motion for Order Extending Time Pursuant to 11 U.S.C. § 365(d)(1) in Which to Assume or Reject Executory Contracts* [Docket No. 48] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Motion.

1  "Debtor") for entry of an order pursuant to section 365(d)(1) of title 11 of the United States Code

2  §§ 101, et seq. (the "Bankruptcy Code") extending the time to assume or reject executory

3  contracts of the Debtor. Appearances were as stated on the record.

4      Based upon the Court's review of the Motion, the accompanying Memorandum of Points

5  and Authorities, the *Declaration of Jason M. Rund* accompanying the Motion, the evidentiary

6  record, and argument of counsel; it appearing that this Court has jurisdiction over this matter

7  pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion

8  having been given under the circumstances; no party having filed a response in opposition to the

9  Motion; and after due deliberation and good cause appearing therefor, based upon findings of fact

10 and conclusions of law stated on the record orally and recorded in open court pursuant to Rule

11 52(a) of the Federal Rules of Civil Procedure, as incorporated into Bankruptcy Rule 7052 and

12 applied to contested matters by Bankruptcy Rule 9014(c),

13     IT IS ORDERED THAT:

14     1. The Motion is **GRANTED**.

15     2. The deadline for the Trustee to assume or reject executory contracts of the Debtor

16 pursuant to section 365(d)(1) of the Bankruptcy Code is extended to, and including, **April 7,**

17 **2020**.

18     3. The extension granted hereunder is without prejudice to the Trustee seeking

19 further extensions of the deadline, so long as such later motion is filed prior to the expiration of

20 the extended period.

21                                ###

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME PURSUANT TO 11 U.S.C. §365(d)(1) IN WHICH TO ASSUME OR REJECT EXECUTORY CONTRACTS [DOCKET NO. 48]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 15, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 15, 2020 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |