| | |
|---|---|
| Chapter 7 Trustee Name, Address, Telephone & FAX Nos., & Email Address<br>JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California 90067-4590<br>Telephone:  310.553.3610<br>Fax:  310.553.0687<br><br>Attorneys for Jason M. Rund,<br>Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 16 2020**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** wesley    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S MOTION UNDER LBR 2016-2 FOR AUTHORIZATION TO EMPLOY PARAPROFESSIONALS AND/OR AUTHORIZATION TO PAY FLAT FEE TO TAX PREPARER**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

1. The motion to employ **David Oshiro ("Paraprofessional")** as a paraprofessional is
   ☒ Granted    ☐ Denied.

2. The motion to employ _____ as a tax preparer, and to pay $_____ (*not to exceed $1,000 unless the court orders otherwise*) to the tax preparer is
   ☐ Granted    ☐ Denied.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

3. The motion is set for hearing on _____ at _____ and the trustee is directed to give notice to the United States trustee, all objecting parties or their attorneys.

4. By signing this order, the court is not making a judicial determination as to whether the services set forth in paragraphs 1.B or 1.C of the motion constitutes "trustee services."

5. **The Trustee is authorized to pay the Paraprofessional at a rate of $45/hour in an aggregate amount of not more than $8,000 without further order of the Court.**

###

Date: January 16, 2020

Sheri Bluebond
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2016                                             Page 2                              F 2016-2.1.ORDER.TRUSTEE.EMPLOY

Order re Oshiro Employment (form order)(3700962.1).docx