JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 17 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME PURSUANT TO 11 U.S.C. § 365(d)(1) IN WHICH TO ASSUME OR REJECT EXECUTORY CONTRACTS**<br><br>Hearing<br>Date:   January 15, 2020<br>Time:   11:00 a.m.<br>Place:  Courtroom 1539<br>         United States Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

On the above captioned date and time, the court considered the *Chapter 7 Trustee's Motion for Order Extending Time Pursuant to 11 U.S.C. § 365(d)(1) in Which to Assume or Reject Executory Contracts* [Docket No. 48] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the

---
[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Motion.

"Debtor") for entry of an order pursuant to section 365(d)(1) of title 11 of the United States Code §§ 101, et seq. (the "Bankruptcy Code") extending the time to assume or reject executory contracts of the Debtor. Appearances were as stated on the record.

Based upon the Court's review of the Motion, the accompanying Memorandum of Points and Authorities, the *Declaration of Jason M. Rund* accompanying the Motion, the evidentiary record, and argument of counsel; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no party having filed a response in opposition to the Motion; and after due deliberation and good cause appearing therefor, based upon findings of fact and conclusions of law stated on the record orally and recorded in open court pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, as incorporated into Bankruptcy Rule 7052 and applied to contested matters by Bankruptcy Rule 9014(c),

IT IS ORDERED THAT:

1. The Motion is **GRANTED**.

2. The deadline for the Trustee to assume or reject executory contracts of the Debtor pursuant to section 365(d)(1) of the Bankruptcy Code is extended to, and including, **April 7, 2020**.

3. The extension granted hereunder is without prejudice to the Trustee seeking further extensions of the deadline, so long as such later motion is filed prior to the expiration of the extended period.

###

Date: January 17, 2020

_____
Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

76214.00002/3668479.1                                2                              ORDER EXTENDING TIME
                                                                                    TO ASSUME/REJECT