JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CERTAIN STORAGE UNITS LOCATED AT ARLETA STORAGE**<br><br>**DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PURSUANT TO BANKRUPTCY RULE 6007(a) AND LBR 6007-1] |
|---|---|

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") hereby gives notice pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

and each, a "Bankruptcy Rule") and Local Bankruptcy Rule 6007-1 of his intent to abandon certain personal property of the Debtor located at Arleta Storage, 8919 Woodman Ave., Arleta, CA 91331 ("Arleta Storage"), as more fully described herein and in the accompanying *Declaration of Tony Shokrai* (the "Shokrai Declaration").

**PLEASE TAKE FURTHER NOTICE** that the Trustee currently intends to abandon only the following storage units leased by the Debtor pre-petition on a month-to-month basis at Arleta Storage and the contents therein: Unit 3, Unit 4, Unit 6, Unit A116 Unit A129, Unit A140, Unit B-403 and Unit C-350 (collectively, the "Abandoned Units").

**PLEASE TAKE FURTHER NOTICE** that the Trustee, at this time, does not seek to abandon the following units and their contents at Arleta Storage: Unit 9, Unit 11, Unit 15 and Unit 28 (collectively the "Retained Units"). The Trustee does not intend to immediately abandon the Retained Units as they may contain documents responsive to a grand jury subpoena dated November 29, 2019 (the "Grand Jury Subpoena") issued by the United States Department of Justice, United States Attorney's Office in connection with a criminal investigation being conducted by the Department of Labor (the "DOL"). The Trustee will promptly seek to abandon the contents of the Retained Units after providing the DOL a reasonable amount of time to access and/or recover any documents and records located at the Retained Units. The Trustee and his counsel have inspected the contents of the Abandoned Units and have determined no documents responsive to the Grand Jury Subpoena are contained therein.

**PLEASE TAKE FURTHER NOTICE** that contents of the Abandoned Units consist generally of materials and equipment used by the Debtor pre-petition in conducting its various after-school and other programs, including books, classroom-type materials, toys, furniture, office supplies and equipment, games, clothing, and documents. Photographs of the contents of the Abandoned Units are attached collectively as Exhibit 1 to the Shokrai Declaration. Based on the Trustee's inspection of the contents of the Abandoned Units, the Trustee has concluded in his business judgment that the contents of the Abandoned Units are of inconsequential value to the bankruptcy estate and the administrative burden of selling the contents would outweigh any potential realizable value.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**PLEASE TAKE FURTHER NOTICE** that as of the date of this Notice, $5,349.75 of past due rent is attributable to the Abandoned Units, an amount which will continue to increase each month if the units are not abandoned. As such, the Trustee has concluded that the Abandoned Units are burdensome to the bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") this Notice constitutes a Limit Notice Matter and therefore the Trustee will serve this Notice on the Limited Service List (which includes all secured creditors which may have an interest in the contents of the Abandoned Units). In addition, the Trustee will serve this Notice on Arleta Storage and the DOL, through the Assistant United States Attorney, as reflected in the accompanying proof of service. The Trustee submits that no further notice is required under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 6007-1, any objection to the Trustee's abandonment of the Abandoned Units must be filed with the Court, along with a request for hearing, and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067; and (iii) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 6007-1(d) and 6007-1(e), if no timely objection and proper request for hearing is filed and served, the Abandoned Units and their contents are deemed abandoned without further order of the Court.

DATED: January 17, 2020

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Jeffrey A. Krieger*
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Attorneys for Jason M. Rund, Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**DECLARATION OF TONY SHOKRAI**

I, Tony Shokrai, declare:

1. I am the President of Interco Management Corporation ("Interco"), proposed field agent for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2. On behalf of the Trustee, I have accessed and inspected certain storage units leased by the Debtor pre-petition located at Arleta Storage, 8919 Woodman Ave., Arleta, CA 91331 ("Arleta Storage").

3. My inspection of the Debtor's storage units located at Arleta Storage included the following units: Unit 3, Unit 4, Unit 6, Unit A116 Unit A129, Unit A140, Unit B-403 and Unit C-350 (collectively, the "Abandoned Units").

4. In my inspection of the Abandoned Units, I observed that the contents consist generally of materials and equipment used by the Debtor pre-petition in conducting its various after-school and other programs, including books, classroom-type materials, toys, furniture, office supplies and equipment, games, clothing, and documents. True and correct photographs of the contents of the Abandoned Units are collectively attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of January, 2020, at Santa Monica, California.

TONY SHOKRAI

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**DECLARATION OF JASON M. RUND**

I, Jason M. Rund, declare:

1. I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, or have gained knowledge of them from pleadings and other documents typically obtained and reviewed by trustees administering estates or from the professionals employed to assist me herein, and, if called as a witness, I could and would testify competently thereto.

2. According to the Debtor's Statement of Financial Affairs [Docket No.16], prior to the commencement of the chapter 7 bankruptcy case, the Debtor leased storage units located at Arleta Storage, 8919 Woodman Ave., Arleta, CA 91331 ("Arleta Storage"). I understand through my investigations and the investigations of my professionals that the Debtor leased 12 units at Arleta Storage.

3. On January 10, 2020, I, along with my counsel and field agent, visited Arleta Storage and inspected each of the storage units thereon previously leased by the Debtor on a month-to-month basis.

4. With respect to Unit 3, Unit 4, Unit 6, Unit A116 Unit A129, Unit A140, Unit B-403 and Unit C-350 (collectively, the "Abandoned Units"), the contents generally consist of materials and equipment used by the Debtor pre-petition in conducting its various after-school and other programs, including books, classroom-type materials, toys, furniture, office supplies and equipment, games, clothing, and documents.

5. Based on my inspection of the contents of the Abandoned Units, I have concluded in my business judgment that the contents of the Abandoned Units are of inconsequential value to the bankruptcy estate and the administrative burden of selling the contents would outweigh any potential realizable value.

6. I understand that as of the date of this declaration, $5,349.75 of past due rent is attributable to the Abandoned Units, an amount which will continue to increase each month if the units are not abandoned. As such, the I have concluded that the Abandoned Units are burdensome to the bankruptcy estate.

7. At this time, I do not seek to abandon the following units at Arleta Storage: Unit 9, Unit 11, Unit 15 and Unit 28 (collectively the "Retained Units"). Based on my inspection of the contents of the Retained Units, the Retained Units may contain documents responsive to a grand jury subpoena dated November 29, 2019 (the "Grand Jury Subpoena") issued by the United States Department of Justice, United States Attorney's Office in connection with a criminal investigation being conducted by the Department of Labor (the "DOL"). I will promptly seek to abandon the contents of the Retained Units after providing the DOL a reasonable amount of time to access and/or recover any documents and records located at the Retained Units. I, along with my counsel have inspected the contents of the Abandoned Units and have determined no documents responsive to the Grand Jury Subpoena are contained therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17 day of January, 2020, at El Segundo, California.

JASON M. RUND

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# EXHIBIT “1”

# UNIT 3

03

# UNIT 4

04

Alexander's

# UNIT 6

06

MEDIUM
MEDIANA
Folders
New YSED

# UNIT A116

A-116

ULINE

DO NOT DROP
Lakeshore
CORNER STORAGE CENTER
FRAGILE
FRAGILE
Lakeshore
products designed with learning in mind
Lakeshore
designed with learning in mind

# UNIT A129

A-129

O NOT DROP

Lakeshore
NOT DROP

# UNIT A140

A-140

# UNIT B-403

B-403

8½ x 11 in

L-Z
Closed Files
ictorias 2014-2015
3250
STAPLES
14-15
1 of 1
Marco's
YPI
33250 Closed

# UNIT C-350

C-350

Lakeshore
UCB-1 DD
CASE PACK QTY 4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CERTAIN STORAGE UNITS LOCATED AT ARLETA STORAGE DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 17, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 17, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 17, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

Via Email
Assistant United States Attorney
Kimberly Jaimez- Kimberly.Jaimez@usdoj.gov
Counsel to the Arleta Landlord
Bob Bass-Bob.Bass47@icloud.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 17, 2020 | Julie King | */s/ Julie King* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

76214-00002/3705361.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass bob.bass47@icloud.com
- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows david@davidwmeadowslaw.com
- Kevin Meek kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR) trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly msirolly@dir.ca.gov
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Secured Creditors

Ford Motor Credit
260 Interstate N
PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

Unsecured Creditors

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, , CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

76214-00002/3705361.1

Orenda Education (Principal's Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll Services)
P.O. Box 930953
Atlanta, GA 91193

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

76214-00002/3705361.1