United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 19-23085-BB
Youth Policy Institute, Inc.                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin            Page 1 of 1           Date Rcvd: Jan 17, 2020
                            Form ID: pdf042        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2020.
db              #+Youth Policy Institute, Inc.,    6464 Sunset Blvd., Suite 650,   Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 17, 2020 at the address(es) listed below:
              Christopher E Prince    on behalf of Interested Party    Courtesy NEF cprince@lesnickprince.com,
               jmack@lesnickprince.com;cprince@ecf.courtdrive.com
              David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
              Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com,
               laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
              Jason M Rund (TR)     trustee@srlawyers.com, jrund@ecf.axosfs.com
              Jeffrey A Krieger    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com,
               kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
              Keith Patrick Banner    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com,
               sharper@greenbergglusker.com;calendar@greenbergglusker.com
              Kevin Meek     on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com,
               kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
              Matthew N Sirolly    on behalf of Creditor    Labor Commissioner, California, Division of Labor
               Standards Enforcement msirolly@dir.ca.gov
              Robert D Bass     on behalf of Attorney Robert D. Bass bob.bass47@icloud.com
              Shawn M Christianson    on behalf of Interested Party    Courtesy NEF cmcintire@buchalter.com,
               schristianson@buchalter.com
              United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
                                                                                               TOTAL: 11

```
JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee
```

**FILED & ENTERED**

JAN 17 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley     DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER EXTENDING TIME PURSUANT TO 11 U.S.C. § 365(d)(1) IN WHICH TO ASSUME OR REJECT EXECUTORY CONTRACTS** |
| | <u>Hearing</u><br>Date:    January 15, 2020<br>Time:   11:00 a.m.<br>Place:  Courtroom 1539<br>            United States Bankruptcy Court<br>            255 E. Temple Street<br>            Los Angeles, CA 90012 |

On the above captioned date and time, the court considered the *Chapter 7 Trustee's Motion for Order Extending Time Pursuant to 11 U.S.C. § 365(d)(1) in Which to Assume or Reject Executory Contracts* [Docket No. 48] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Motion.

"Debtor") for entry of an order pursuant to section 365(d)(1) of title 11 of the United States Code §§ 101, et seq. (the "Bankruptcy Code") extending the time to assume or reject executory contracts of the Debtor. Appearances were as stated on the record.

Based upon the Court's review of the Motion, the accompanying Memorandum of Points and Authorities, the *Declaration of Jason M. Rund* accompanying the Motion, the evidentiary record, and argument of counsel; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no party having filed a response in opposition to the Motion; and after due deliberation and good cause appearing therefor, based upon findings of fact and conclusions of law stated on the record orally and recorded in open court pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, as incorporated into Bankruptcy Rule 7052 and applied to contested matters by Bankruptcy Rule 9014(c),

IT IS ORDERED THAT:

1. The Motion is **GRANTED**.

2. The deadline for the Trustee to assume or reject executory contracts of the Debtor pursuant to section 365(d)(1) of the Bankruptcy Code is extended to, and including, **April 7, 2020**.

3. The extension granted hereunder is without prejudice to the Trustee seeking further extensions of the deadline, so long as such later motion is filed prior to the expiration of the extended period.

### 

Date: January 17, 2020

Sheri Bluebond
United States Bankruptcy Judge