JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO SYLMAR FACILITY; AND (2) ABANDONMENT OF PERSONAL PROPERTY LOCATED AT SYLMAR FACILITY**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") has filed his motion (the "Motion") for entry of an order approving the Trustee's: (1) rejection of the Debtor's unexpired lease regarding real property located at 12843 Foothill Blvd., Unit B, Sylmar California 91342

(the "Sylmar Facility") pursuant to section 365 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and (2) abandonment pursuant of the Debtor's personal property located at the Sylmar Facility pursuant to section 554(a) of the Bankruptcy Code.

As discussed in the Motion, the Debtor's lease of the Sylmar Facility costs approximately $7,000 per month and is therefore burdensome to the estate. In addition, the Sylmar Facility is largely vacated, with the only personal property remaining thereon being of inconsequential value to the bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Motion, the *Declaration of Tony Shokrai* and *Declaration of Jason M. Rund* respectively attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly brought before the Court. In addition, the Trustee respectfully requests that the Court take judicial notice of the case docket and all pleadings filed in the above captioned bankruptcy case, including the specific pleadings referenced in the Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") the Motion and this Notice constitute a Limit Notice Matter and therefore the Trustee will serve this Notice on the Limited Service List (which includes all secured creditors which may have an interest in the contents of the Abandoned Units). In addition, the Trustee will serve this Notice on Arleta Storage and the DOL, through the Assistant United States Attorney, as reflected in the accompanying proof of service. The Trustee submits that no further notice is required under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 9013-1(o)(1), any response to the Motion and request for hearing must be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067; (iii) his proposed field agent, Interco Management Corporation, Attn: Tony Shokrai, 2118

Wilshire Boulevard, Suite 717, Santa Monica, CA 90403; and (iv) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

DATED: January 21, 2020

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Jeffrey A. Krieger
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Attorneys for Jason M. Rund,
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO SYLMAR FACILITY; AND (2) ABANDONMENT OF PERSONAL PROPERTY LOCATED AT SYLMAR FACILITY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 21, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 21, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 21, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**Via Messenger**

The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

**Via Email**

Assistant United States Attorney
Kimberly Jaimez- Kimberly.Jaimez@usdoj.gov

Counsel to the Arleta Landlord
Bob Bass-Bob.Bass47@icloud.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 21, 2020 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

76214-00002/3706235.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Secured Creditors

| Ford Motor Credit | Jules and Associates | Non-Profit Finance Fund |
|---|---|---|
| 260 Interstate N PKWY NW | 2 Great Valley Parkway, Suite 300 | 5 Hanover Square, 9th Floor |
| Atlanta, GA 30339 | Malvern, PA 19355 | New York, NY 10004 |

Unsecured Creditors

| American Express | Bright Star Schools | C3 Business Solutions |
|---|---|---|
| World Financial Center | 2636 South Mansfield Avenue | 3130 S. Harbor Blvd. |
| New York, NY 10285 | Los Angeles, CA 90016 | Suite 500 |
| | | Santa Ana, CA 92704 |
| California Department of Education | Department of Education (Los Angeles Prom) | Employed Security Service Center Inc. |
| 21st 1430 N Street | 400 Maryland Avenue, SW | 959 E., Walnut Street |
| Sacramento, CA 95814-5901 | Washington, DC 20202 | Suite 112 |
| | | Pasadena, CA 91106 |
| Fresh Start Meals Inc | Granada Hills Charter High School | JFK Transportation Company Inc. |
| 1530 1st Street | 10535 Zelzah Avenue | 980 W. 17th Street |
| San Fernando, CA 91340 | Granada Hills, CA 91344 | Suite B |
| | | Santa Ana, CA 92706 |
| Multicultural Learning Center | NIU College | Oracle America, Inc. |
| 7510 Desoto Avenue | 5959 Topanga Canyon Blvd. | P.O. Box 44471 |
| Canoga Park, , CA 91303 | Suite 110 | San Francisco, CA 94144 |
| | Woodland Hills, CA 91367 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

76214-00002/3706235.1

| | | |
|---|---|---|
| Orenda Education (Principal's Exchange)<br>2101 E. Fourth Street<br>Suite 200B<br>Santa Ana, CA 92705 | Roth Staffing Companies, L.P.<br>P.O. Box 60003<br>Anaheim, CA 92812 | Sabio Enterprises, Inc.<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230 |
| Spectrum<br>9260 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Staples Contract & Commercial Inc.<br>Dept. La<br>P.O. Box 83689<br>Chicago, IL 60696 | Staples Technology<br>P.O. Box 95230<br>Chicago, IL 60694 |
| Stem & More LLC<br>7618 Jellico Avenue<br>Northridge, CA 91325 | Ultimate Software (Payroll Services)<br>P.O. Box 930953<br>Atlanta, GA 91193 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

76214-00002/3706235.1