JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CERTAIN PERSONAL PROPERTY OF THE DEBTOR LOCATED AT SAN FERNANDO GARDENS**<br><br>**DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PURSUANT TO BANKRUPTCY RULE 6007(a) AND LBR 6007-1] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") hereby gives notice pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"

and each, a "Bankruptcy Rule") and Local Bankruptcy Rule 6007-1 of his intent to abandon certain personal property of the Debtor located at San Fernando Gardens, 10995 Lehigh Ave., Pacoima, CA 91331 ("San Fernando Gardens"), as more fully described herein and in the accompanying *Declaration of Tony Shokrai* (the "Shokrai Declaration").

**PLEASE TAKE FURTHER NOTICE** that the Trustee understands that, pre-petition, the Debtor conducted certain programs from San Fernando Gardens to assist disadvantaged persons. The Trustee further understands that San Fernando Gardens is owned and/or managed by the Housing Authority of the City of Los Angeles ("HACLA").

**PLEASE TAKE FURTHER NOTICE** that the personal property of the Debtor left at San Fernando Gardens generally consists of materials and equipment used by the Debtor pre-petition in conducting its programs, including books, classroom-type materials, toys, furniture, computers, office supplies and equipment, games and clothing (collectively, the "Abandoned Property"). Photographs of the Debtor's personal property left at San Fernando Gardens are attached collectively as Exhibit 1 to the Shokrai Declaration. Based on the Trustee's evaluation of the Abandoned Property at San Fernando Gardens, the Trustee has concluded in his business judgment that such Abandoned Property is of inconsequential value to the bankruptcy estate and the administrative burden of selling such property would outweigh any potential realizable value.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") this Notice constitutes a Limit Notice Matter and therefore the Trustee will serve this Notice on the Limited Service List (which includes all secured creditors which may have an interest in the contents of the Abandoned Units). In addition, the Trustee will serve this Notice on HACLA, as reflected in the accompanying proof of service. The Trustee submits that no further notice is required under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 6007-1, any objection to the Trustee's abandonment of the Abandoned Units must be filed with the Court, along with a request for hearing, and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker

Fields Claman & Machtinger LLP, Attn: Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067; and (iii) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 6007-1(d) and 6007-1(e), if no timely objection and proper request for hearing is filed and served, the Abandoned Property are deemed abandoned without further order of the Court.

DATED: January 22, 2020

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Jeffrey A. Krieger*
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Attorneys for Jason M. Rund,
Chapter 7 Trustee

## DECLARATION OF TONY SHOKRAI

I, Tony Shokrai, declare:

1. I am the President of Interco Management Corporation ("Interco"), field agent for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2. On behalf of the Trustee, I have accessed and inspected certain personal property of the Debtor located at San Fernando Gardens, 10995 Lehigh Ave., Pacoima, CA 91331 ("San Fernando Gardens").

3. In my inspection of San Fernando Gardens, I observed that the personal property of the Debtor left at San Fernando Gardens generally consists of materials and equipment used by the Debtor pre-petition in conducting its programs, including books, classroom-type materials, toys, furniture, computers, office supplies and equipment, games and clothing (collectively, the "Abandoned Property"). True and correct photographs of the Abandoned Property are collectively attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of January, 2020, at Santa Monica, California.

_____
TONY SHOKRAI
<small>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590</small>

## DECLARATION OF JASON M. RUND

I, Jason M. Rund, declare:

1. I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, or have gained knowledge of them from pleadings and other documents typically obtained and reviewed by trustees administering estates or from the professionals employed to assist me herein, and, if called as a witness, I could and would testify competently thereto.

4. I understand that, pre-petition, the Debtor conducted certain programs from 10995 Lehigh Ave., Pacoima, CA 91331 ("San Fernando Gardens") to assist disadvantaged persons. I further understand that San Fernando Gardens is owned and/or managed by the Housing Authority of the City of Los Angeles ("HACLA").

5. Through my review of the information and photographs of my field agent, I understand that personal property of the Debtor left at San Fernando Gardens generally consists of materials and equipment used by the Debtor pre-petition in conducting its programs, including books, classroom-type materials, toys, furniture, computers, office supplies and equipment, games and clothing (collectively, the "Abandoned Property").

6. Based on my evaluation of the information I have received regarding the Abandoned Property, I have concluded in my business judgment that such Abandoned Property is of inconsequential value to the bankruptcy estate and the administrative burden of selling such property would outweigh any potential realizable value.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of January, 2020, at El Segundo, California.

_____
JASON M. RUND

# EXHIBIT "1"













# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CERTAIN PERSONAL PROPERTY OF THE DEBTOR LOCATED AT SAN FERNANDO GARDENS DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 22, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 22, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 22, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

Via Email
HACLA
Yelena Baydalinova- Yelena.Baydalinova@Hacla.org
Joel Lopez-Joel.Lopez@Hacla.org
Janet Brumley-Janet.Brumley@Hacla.org

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 22, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**

76214-00002/3707485.1

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

**2. <u>SERVED BY UNITED STATES MAIL</u>:**

<u>Secured Creditors</u>

Ford Motor Credit
260 Interstate N
PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

<u>Unsecured Creditors</u>

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

76214-00002/3707485.1

| | | |
|---|---|---|
| Orenda Education (Principal's Exchange)<br>2101 E. Fourth Street<br>Suite 200B<br>Santa Ana, CA 92705 | Roth Staffing Companies, L.P.<br>P.O. Box 60003<br>Anaheim, CA 92812 | Sabio Enterprises, Inc.<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230 |
| Spectrum<br>9260 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Staples Contract & Commercial Inc.<br>Dept. La<br>P.O. Box 83689<br>Chicago, IL 60696 | Staples Technology<br>P.O. Box 95230<br>Chicago, IL 60694 |
| Stem & More LLC<br>7618 Jellico Avenue<br>Northridge, CA 91325 | Ultimate Software (Payroll Services)<br>P.O. Box 930953<br>Atlanta, GA 91193 | |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

76214-00002/3707485.1