Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

☐ *Movant(s) appearing without an attorney*
☒ *Attorney for Movant(s)* Jason M. Rund, Chapter 7 Trustee

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

In re:
YOUTH POLICY INSTITUTE, INC.

Debtor(s).

CASE NO.: 2:19-bk-23085-BB
CHAPTER: 7

# DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION
## LBR 9013-1(o)(3)

[No Hearing Required]

1. I am the ☐ Movant(s) or ☒ attorney for Movant(s) or ☐ employed by attorney for Movant(s).
2. On (*date*): 01/08/2020 Movant(s) filed a motion or application (Motion) entitled: Chapter 7 Trustee's Application to Employ Interco Management Corporation as Trustee's Field Agent ; Declarations of Tony Shokrai and Jason M. Rund in Support Thereof
3. A copy of the Motion and notice of motion is attached to this declaration.
4. On (*date*): 01/08/2020 Movant(s), served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.
5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).
6. More than 19 days have passed after Movant(s) served the notice of motion.
7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.
8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* Page 1 **F 9013-1.2.NO.REQUEST.HEARING.DEC**

Main Document Page 2 of 32

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 01/27/2020

/s/ Jeffrey A. Krieger
Signature

Jeffrey A. Krieger
Printed name

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* Page 2 **F 9013-1.2.NO.REQUEST.HEARING.DEC**

# EXHIBIT "A"

JASON M. RUND, Chapter 7 Trustee (SBN 166514)
SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: 310.640.1200
Email: trustee@srlawyers.com

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY INTERCO MANAGEMENT CORPORATION AS TRUSTEE'S FIELD AGENT; DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT THEREOF**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

Jason M. Rund, Chapter 7 Trustee (the “Trustee”) of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the “Debtor”), hereby submits his application (the “Application”) for

authority to employ, pursuant to sections 327(a) and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule"), Interco Management Corporation ("Interco") as his field agent, effective as of December 5, 2019. The relief requested is based on this Application, the accompanying *Declaration of Tony Shokrai* (the "Shokrai Declaration"), the *Declaration of Jason M. Rund* (the "Rund Declaration"), and the concurrently filed notice of the Trustee's Application. To the extent required, the Trustee further requests that the Court take judicial notice of the bankruptcy case docket and all pleadings filed herein, including the specific pleadings referenced in the Application. In support of his Application, the Trustee respectfully represents as follows:

## I. JURISDICTION AND VENUE

The Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. The venue of this proceeding and this Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). The Trustee consents to the entry of a final judgment or order with respect to the Application, if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution. The statutory predicates for the relief requested herein are sections 327(a) and 330 of the Bankruptcy Code and Bankruptcy Rule 2014(a).

## II. BACKGROUND

### A. Commencement of the Bankruptcy Case

On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of the Bankruptcy Code, commencing the within chapter 7 bankruptcy case. The Debtor filed the Petition on an emergency basis without the required schedules, statements and other case commencement documents listed in section 2.1(b) of the Court Manual.

On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant to section 701 of the Bankruptcy Code. The first chapter 7 meeting of creditors pursuant to section 341(a) of the Bankruptcy Code (the "341(a) Meeting") was held on December 11, 2019 at 9:00

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

a.m., at which the Debtor's representatives appeared. The 341(a) Meeting has since been continued to January 7, 2020 at 2:30 p.m.

**B. The Debtor's Petition Disclosures**

As detailed in the corporate resolutions accompanying the Debtor's Petition (*See* Docket No. 1, the "Resolutions"), the Debtor is a non-profit corporation which operated after-school and extracurricular programs at nearly 100 sites in the Los Angeles area and focused on the highest need communities. In operating these programs, the Debtor was funded primarily through sizeable federal and state government grants. In fact, the Debtor's most recent publicly available tax return shows grants totaling more than $40 million for both fiscal years 2016/2017 and 2015/2016. The Resolutions further detail that in early 2019, an audit revealed irregularities in expense reimbursements made to the former CEO, Dixon Slingerland ("Mr. Slingerland"), and inaccurate disclosures and reports made in connection with the various grants the Debtor received. The Debtor's Board of Directors therefore formed a special committee and investigated these irregularities and, through its investigations concluded that Mr. Slingerland used the Debtor's funds for unauthorized and personal expenditures, and further directed inaccurate reporting to certain government agencies.

**C. The Debtor's Disclosures in the Schedules and SOFA**

After obtaining an extension of the deadline to file its required disclosure schedules and statements (*See* Docket No. 9), on December 3, 2019, the Debtor filed its *Schedules*, *Statement of Financial Affairs* and other case commencement documents [Docket Nos. 15 & 16] (collectively, the "Schedules and SOFA"). The Schedules and SOFA have been prepared by the interim management of the Debtor. As such, included with the Schedules and SOFA a number of reservations, disclaimers and comments which note, among other things: (1) the Schedules and SOFA were prepared by the interim management of the Debtor, who had only directly overseen the Debtor's affairs since September 2019; (2) the Debtor's former CFO also resigned effective September 20, 2019; (3) the Debtor's financial reporting system has not been fully integrated with all transaction information and cash accounts have not reconciled for over a year; and (4) much of

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

the information in the Schedules and SOFA was based on the information and belief of the interim management.

**1. General Disclosures Made in the Schedules and SOFA**

Despite being prepared by interim management based on limited information, the Schedules and SOFA provide a valuable snapshot of the Debtor's affairs. The Schedules and SOFA, disclose, among other things, approximately 981 unsecured creditors – 834 priority unsecured creditors consisting primarily of wage claimants, and 147 general unsecured creditors.

The Schedules and SOFA further disclose over $9.2 million in assets and approximately $12.2 million in liabilities, including a secured liability of approximately $4.35 million owed to Non Profit Finance Fund ("NFF"). The most significant asset categories disclosed by the Debtor are "accounts receivable" – consisting generally of approximately $1.55 million in current, and approximately $1.1 million in overdue, accounts, and "other property" of approximately $5.4 million in "unbilled" grants. The Trustee understands that most, if not all, of these assets relate to various government grants for programs previously conducted and are likely subject to certain reporting requirements and may be further subject to certain government agency claims.

The Schedules and SOFA also disclose certain causes of action against Mr. Slingerland in the aggregate amount of approximately $1.77 million, the collection of which may require litigation and may implicate certain pre-petition insurance policies held by the Debtor.

**2. Disclosures Relating to the Location of the Debtor's Personal Property**

The Schedules and SOFA further disclose that prior to the Petition Date, the Debtor was party to a commercial lease of certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility"). The Trustee has visited the Beverly Facility and has observed that a substantial amount of personal property of the Debtor remains at the Beverly Facility, including but not limited to furniture, fixtures and equipment; supplies used for the Debtor's various after-school and related programs; and paper records. The Schedules and SOFA further disclose the Debtor was party to pre-petition leases at the following locations, some or all of which may contain personal property and documents of the Debtor: (a) Pacoima/North Valley

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Worksource Center, 1201 Truman St., Suite A, San Fernando CA 91340; (b) the Debtor's former headquarters at 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028; (c) Hollywood FamilySource Center, Units 110-113, 1075 N. Western Ave., Los Aneles CA 90038; and (d) WorkSource Center (Temp. Site) 13420 Van Nuys Blvd., Suite 221, Pacoima, CA 91331.

The Schedules and SOFA further disclose three off-site storage facilities, at which certain of the Debtor's personal property and documents are stored: (a) Arleta Storage, 8918 Woodman Ave., Arleta, CA 91331; (b) Iron Mountain, 100 Campus Dr., Collegeville, PA 19426; and (c) Nova Storage, 13043 Foothill Blvd., Sylmar, CA 91342. The Trustee has further come to learn that certain personal property of the Debtor is being held at the following locations, which were not disclosed by the Debtor in the Schedules and SOFA: (a) Extra Space Storage, 4728 Fountain, Los Angeles CA 90028; and (b) San Fernando Gardens Community Center, 10896 Lehigh Ave, Pacoima, CA 91331. As the Debtor conducted programs at numerous sites in the greater Los Angeles area, the Trustee anticipates there may be additional personal property of the Debtor held at locations currently unknown to the Trustee.

**D. Government Agency Investigations/Grand Jury Subpoena**

The events detailed in the Debtor's resolutions accompanying the Petition, especially those relating to alleged falsified or incorrect reporting to government agencies, has prompted numerous government agencies to launch investigations of their own into the affairs of the Debtor and Mr. Slingerland. One such investigation has been initiated by the U.S. Department of Labor, as to which a grand jury subpoena was served on the Trustee on November 26, 2019. The Trustee is working cooperatively with the assigned Assistant United States Attorney to provide all documents required to comply with the subpoena. The Trustee further expects to be served with additional subpoenas as this chapter 7 bankruptcy progresses.

## III. RELIF REQUESTED

The Trustee seeks approval to employ Interco, as of December 5, 2019, to act as his field agent to perform certain services including, but not limited to, visiting the various sites of the Debtor and assessing/accounting for the Debtor's personal property and/or documents located thereon. Due to the volume of documents and property of the Debtor and the numerous locations

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

(disclosed and undisclosed) at which such property may be located, the assistance of Interco is necessary for the Trustee to promptly administer and/or abandon estate assets of the bankruptcy estate and to further preserve and/or make available documents relating to ongoing government investigations.

The Trustee has on previous occasions in other bankruptcy cases, employed field agents to perform similar services. The Trustee understands that Interco and its personnel, including its principal Tony Shokrai, are well-qualified to provide such services. Therefore, the Trustee seeks to employ Interco as his field agent in this case.

Interco has agreed to render all of the above-described services. The terms on which Interco proposes to be employed are at the hourly rate of $200.00 for Mr. Shokrai plus costs and actual out-of-pocket expenses, plus $75.00 to $125.00 per hour for the services of any additional personnel which Interco uses as part of its operations. The Trustee believes that as an economic measure, it is appropriate and in the best interest of the estate and its creditors to allow the Trustee to employ Interco because Interco is familiar with the bankruptcy process and has performed similar services in other bankruptcy cases. Attached hereto as Exhibit 1 and incorporated herein by this reference is a true and correct copy of the Mr. Shokrai's resume. The Trustee believes that the proposed fee arrangement is reasonable based upon the prevailing fees in the Los Angeles area for similar services.

To the best of the Trustee's knowledge, and based on the attached Shokrai Declaration, Interco represents no other entity in connection with this matter, and other than being employed by the Trustee in other matters, has no connection or financial interest in or with the Trustee, the Debtor, his creditors, the United States Trustee, any employee of the United States Trustee or any other party in interest, and Interco does not represent or hold an interest adverse to the bankruptcy estate.

Effective representation of the Trustee called for Interco to commence rendering services on December 5, 2019, which Interco did in the interests of the estate.

/ / /

/ / /

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## IV. CONCLUSION

Based on the foregoing, the Trustee respectfully requests entry of an order authorizing the retention, pursuant to 11 U.S.C. §§ 327(a) and 330, of Interco to act as field agent for the Trustee with respect to the matters referred to in this Application and, generally, upon the terms and conditions set forth above, effective as of December 5, 2019.

DATED: January 2, 2020

JASON M. RUND, Trustee

DATED: January 8, 2020

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: /s/ Jeffrey A. Krieger
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Proposed Attorneys for Jason M. Rund, Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

**DECLARATION OF TONY SHOKRAI**

**(Pursuant to Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure)**

I, Tony Shokrai, declare:

1. I am the President of Interco Management Corporation ("Interco"), proposed field agent for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2. Interco was founded in 1986 and concentrates its services in the area of representing bankruptcy trustees and state court receivers in the management and administration of their estates. Over the past twenty-seven (27) years, Interco represented numerous bankruptcy trustees in the Central District of California and receivers, all as evidenced by Interco's resume, which is attached hereto as Exhibit 1 and is incorporated herein by this reference. Interco has been employed by numerous bankruptcy trustees and bankruptcy estates and has collected, inventoried, secured and stored debtor's property and business records, and collected accounts receivables. In addition, Interco has investigated debtors' business affairs for numerous panel trustees and assisted trustees in their administration of their bankruptcy estates.

3. Interco carries a general liability insurance policy in the amount of $1 million, workers' compensation policy for $3 million per occurrence, and a fidelity bond.

4. The fees to be charged by Interco for the above-described services will be at the hourly rate of $200.00 plus costs and actual out-of-pocket expenses, plus $75.00 to $125.00 per hour for the services of any additional personnel which Interco uses as part of its operations. I believe that the services to be rendered by Interco shall be cost effective as it will be substantially less expensive for the Trustee to retain Interco to perform such services, rather than having "moving and storage professionals" or other professionals perform these services.

5. Interco represents no other entity in connection with this matter, and other than being employed by the Trustee in other matters, has no connection or financial interest in or with the Trustee, the Debtor, his creditors, the United States Trustee, any employee of the United States Trustee or any other party in interest, and represents or holds no interest adverse to the

bankruptcy estate. Interco is a disinterested person within the meaning of the Bankruptcy Code §101(4).

6. Interco does not have any pre-petition claims against the estate. Interco does not have any relationship or connection with the Trustee, the Debtor, the United States Trustee, any employee of the United States Trustee, any insider, or any entity related to the Debtor, and Interco has not received any retainer from the Trustee, the estate, or any third party.

7. Attached hereto as Exhibit 2 and incorporated herein by this reference is a copy of the Notice of Chapter 7 Trustee's Application to Employ Interco Management Corporation as Field Agent, including a proof of service thereon, that has been served on all creditors and parties-in-interest herein and filed concurrently herewith

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27 day of December, 2019, at Santa Monica, California.

TONY SHOKRAI

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Case 2:19-bk-23085-BB Doc 61 Filed 01/07/20 Entered 01/07/20 15:52:12 Desc Main Document Page 10 of 21

**DECLARATION OF JASON M. RUND**

I, Jason M. Rund, declare:

1. I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, or have gained knowledge of them from pleadings and other documents typically obtained and reviewed by trustees administering estates or from the professionals employed to assist me herein, and, if called as a witness, I could and would testify competently thereto.

2. I submit this Declaration in support of the accompanying *Chapter 7 Trustee's Application to Employ Interco Management Corporation as Trustee's Field Agent* (the "Application"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

3. On the Petition Date, I was duly appointed the chapter 7 trustee pursuant to section 701 of the Bankruptcy Code. The first chapter 7 meeting of creditors pursuant to section 341(a) of the Bankruptcy Code (the "341(a) Meeting") was held on December 11, 2019 at 9:00 a.m., at which the Debtor's representatives appeared. The 341(a) Meeting has since been continued to January 7, 2020 at 2:30 p.m.

4. I understand that the Debtor's filed Schedules, Statement of Financial Affairs and other case commencement documents [Docket Nos. 15 & 16] (collectively, the "Schedules and SOFA"), SOFA have been prepared by the interim management of the Debtor. I further understand that much interim management began work for the Debtor no earlier than the end of July 2019 and only officially oversaw the Debtor's affairs since September 2019. As a result, the Debtor's interim management has included with the Schedules and SOFA a number of reservations, disclaimers and comments which note, among other things: (1) the Schedules and SOFA were prepared by the interim management of the Debtor, who had only directly overseen the Debtor's affairs since September 2019; (2) the Debtor's former CFO also resigned effective September 20, 2019; (3) the Debtor's financial reporting system has not been fully integrated with all transaction information and cash accounts have not reconciled for over a year; and (4) much of

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

the information in the Schedules and SOFA was based on the information and belief of the interim management.

5. Despite being prepared by interim management based on limited information, the Schedules and SOFA provide a valuable snapshot of the Debtor's affairs. The Schedules and SOFA, disclose, among other things, approximately 981 unsecured creditors – 834 priority unsecured creditors consisting primarily of wage claimants, and 147 general unsecured creditors. The Schedules and SOFA further disclose over $9.2 million in assets and approximately $12.2 million in liabilities, including a secured liability of approximately $4.35 million owed to NonProfit Finance Fund ("NFF"). The most significant asset categories disclosed by the Debtor are "accounts receivable" – consisting generally of approximately $1.55 million in current, and approximately $1.1 million in overdue, accounts, and "other property" of approximately $5.4 million in "unbilled" grants. I understand that most, if not all, of these assets relate to various government grants for programs previously conducted and are likely subject to certain reporting requirements and may be further subject to certain government agency claims.

6. The Schedules and SOFA also disclose certain causes of action against Mr. Slingerland in the aggregate amount of approximately $1.77 million, the collection of which I believe may require litigation and may implicate certain pre-petition insurance policies held by the Debtor.

7. The Schedules and SOFA further disclose that prior to the Petition Date, the Debtor was party to a commercial lease of certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility"). I have visited the Beverly Facility and has observed that a substantial amount of personal property of the Debtor remains at the Beverly Facility, including but not limited to furniture, fixtures and equipment; supplies used for the Debtor's various after-school and related programs; and paper records.

8. The Schedules and SOFA further disclose the Debtor was party to pre-petition leases at the following locations, some or all of which may contain personal property and documents of the Debtor: (a) Pacoima/North Valley Worksource Center, 1201 Truman St., Suite A, San Fernando CA 91340; (b) the Debtor's former headquarters at 6464 Sunset Blvd., Suite

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

650, Los Angeles, CA 90028; (c) Hollywood Family Source Center, Units 110-113, 1075 N. Western Ave., Los Aneles CA 90038; and (d) WorkSource Center (Temp. Site) 13420 Van Nuys Blvd., Suite 221, Pacoima, CA 91331.

9. The Schedules and SOFA further disclose three off-site storage facilities, at which certain of the Debtor's personal property and documents are stored: (a) Arleta Storage, 8918 Woodman Ave., Arleta, CA 91331; (b) Iron Mountain, 100 Campus Dr., Collegeville, PA 19426; and (c) Nova Storage, 13043 Foothill Blvd., Sylmar, CA 91342. I have also come to learn that certain personal property of the Debtor is being held at the following locations, which were not disclosed by the Debtor in the Schedules and SOFA: (a) Extra Space Storage, 4728 Fountain, Los Angeles CA 90028; and (b) San Fernando Gardens Community Center, 10896 Lehigh Ave, Pacoima, CA 91331. As the Debtor conducted programs at numerous sites in the greater Los Angeles area, I anticipate there may be additional personal property of the Debtor held at currently unknown locations.

10. Due to the volume of documents and property of the Debtor and the numerous locations (disclosed and undisclosed) at which such property may be located, the assistance of Interco is necessary to promptly administer and/or abandon estate assets of the bankruptcy estate and to further preserve and/or make available documents relating to ongoing government investigations.

11. I have on previous occasions in other bankruptcy cases, employed field agents to perform similar services. I understand that Interco and its personnel, including its principal Tony Shokrai, are well-qualified to provide such services.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

12. To the best of my knowledge, and based on the accompanying Shokrai Declaration, Interco represents no other entity in connection with this matter, and other than being employed in other matters, has no connection or financial interest in or with the Trustee, the Debtor, his creditors, the United States Trustee, any employee of the United States Trustee or any other party in interest, and Interco does not represent or hold an interest adverse to the bankruptcy estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2nd day of January, 2020, at El Segundo, California

JASON M. RUND

Case 2:19-bk-23085-BB Doc 81 Filed 01/07/20 Entered 01/07/20 15:52:12 Desc Main Document Page 14 of 21

EXHIBIT 1

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# INTERCO MANAGEMENT CORPORATION

2118 Wilshire Boulevard
Suite 717
Santa Monica, CA 90403
Phone: ( 310 ) 466-5437

## ABOUT OUR COMPANY:

Interco Management Corporation offers the service background and depth of experience in bankruptcy, insolvency, receivership, and litigation support. During the past twenty three years, Interco Management Corporation has served several bankruptcy trustees as well as state and federal court-appointed receivers in the areas concerning administration, investigation, operation, and asset-recovery.

Interco Management Corporation's services include but are not limited to: appraisal, inventory, investigation, and property management. Other areas of expertise include operating Chapter 11 cases as well as the liquidation of Chapter 7 estates.

## PRINCIPAL

Hom Tony Shokrai was born on May 1, 1942. He attended Missouri University in 1969 and Northrop University in Los Angeles and obtained a B.S. in business administration in 1976. Mr. Shokrai was the founder of Interco Management Corporation at its inception in 1987 and maintains his role as president and founder of the corporation.

Mr. Shokrai is a Receiver in state and federal court cases. He is a member of the California Business Forum. He has handled the administration of some of the largest and most complex insolvency matters for numerous Bankruptcy Trustees with the highest level of efficiency.

## EXPERIENCE:

**Asset Management/ Bankruptcy Administrator                    (1986- Present)**

Responsible for asset management and administration of cases for numerous Bankruptcy Trustee. Responsibilities include field administration, inventory appraisal as well as managing estate in Bankruptcy. Other specialization includes operating chapter (11), and liquidation of chapter (7) estates. I am very familiar with the rules and procedures of the Bankruptcy.

## PERSIDENT & FOUNDER OF Interco Management Corp. (1979 Present)

Formed a property management company which manages over 400 residential multi family units throughout southern California. Appointed as state court receiver in 1996. Represented several banks and financial institution in receivership.

## MANAGEMENT CONSULTANT:                    (1975-1979)

**References available upon request**

Case 2:19-bk-23085-BB Doc 81 Filed 01/08/20 Entered 01/08/20 15:52:45 Desc Main Document Page 10 of 21

EXHIBIT 2

Notice

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY INTERCO MANAGEMENT CORPORATION AS TRUSTEE'S FIELD AGENT**

[NO HEARING REQUIRED]

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), has filed his application (the "Application") for authority to employ, pursuant to sections 327(a) and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Interco Management Corporation ("Interco") as his field agent, effective as of December 5, 2019. As set forth in detail in the Application, Interco will render field agent services required by the Trustee during

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

his administration of the case, including, but not limited to, visiting the various sites of the Debtor and assessing/accounting for the Debtor's personal property and/or documents located thereon. Due to the volume of documents and property of the Debtor and the numerous locations (disclosed and undisclosed) at which such property may be located, the assistance of Interco is necessary for the Trustee to promptly administer and/or abandon estate assets of the bankruptcy estate and to further preserve and/or make available documents relating to ongoing government investigations.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Application, the *Declaration of Tony Shokrai* and *Declaration of Jason M. Rund* respectively attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly brought before the Court. In addition, the Trustee respectfully requests that the Court take judicial notice of the case docket and all pleadings filed in the above captioned bankruptcy case, including the specific pleadings referenced in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ Interco at its regular billing rates of $200.00 per hour for Tony Shokrai plus costs and actual out-of-pocket expenses, plus $75.00 to $125.00 per hour for the services of any additional personnel which Interco uses as part of its operations, as more fully described in the Application, subject to the Bankruptcy Court's approval of Interco's compensation and reimbursement of costs as provided by the Bankruptcy Code, specifically sections 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

Interco will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy Code. All compensation will be paid from the funds of the Debtor's bankruptcy estate. Interco has not received any retainer with respect to its employment.

/ / /

/ / /

/ / /

/ / /

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting:

Jeffrey A. Krieger, Esq.
Keith Patrick Banner, Esq.
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067
Telephone: 310.553.3610
Facsimile: 310.553.0687
Email: JKrieger@GreenbergGlusker.com
KBanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rules 2014-1(b)(3)(E) and 9013-1(o)(1), any response to the Application and request for hearing must be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his proposed general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067; (iii) his proposed field agent, Interco Management Corporation, Attn: Tony Shokrai, 2118 Wilshire Boulevard, Suite 717, Santa Monica, CA 90403; and (iv) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

DATED: January 8, 2020

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Jeffrey A. Krieger*
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Proposed Attorneys for Jason M. Rund, Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

3

NOTICE OF APPLICATION TO EMPLOY FIELD AGENT

Main Document Page 23 of 32

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY INTERCO MANAGAMENT CORPORATION AS TRUSTEE'S FIELD AGENT; DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 8, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) January 8, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 8, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2020 | Julie King | */s/ Julie King* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Proof of Service(3696058.1).docx

Main Document Page 24 of 32

1. **<u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- Keith Patrick Banner kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass bob.bass47@icloud.com
- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows david@davidwmeadowslaw.com
- Kevin Meek kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR) trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly msirolly@dir.ca.gov
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Proof of Service(3696058.1).docx

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY INTERCO MANAGEMENT CORPORATION AS TRUSTEE'S FIELD AGENT**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), has filed his application (the "Application") for authority to employ, pursuant to sections 327(a) and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Interco Management Corporation ("Interco") as his field agent, effective as of December 5, 2019. As set forth in detail in the Application, Interco will render field agent services required by the Trustee during

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

his administration of the case, including, but not limited to, visiting the various sites of the Debtor and assessing/accounting for the Debtor's personal property and/or documents located thereon. Due to the volume of documents and property of the Debtor and the numerous locations (disclosed and undisclosed) at which such property may be located, the assistance of Interco is necessary for the Trustee to promptly administer and/or abandon estate assets of the bankruptcy estate and to further preserve and/or make available documents relating to ongoing government investigations.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Application, the *Declaration of Tony Shokrai* and *Declaration of Jason M. Rund* respectively attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly brought before the Court. In addition, the Trustee respectfully requests that the Court take judicial notice of the case docket and all pleadings filed in the above captioned bankruptcy case, including the specific pleadings referenced in the Application.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to employ Interco at its regular billing rates of $200.00 per hour for Tony Shokrai plus costs and actual out-of-pocket expenses, plus $75.00 to $125.00 per hour for the services of any additional personnel which Interco uses as part of its operations, as more fully described in the Application, subject to the Bankruptcy Court's approval of Interco's compensation and reimbursement of costs as provided by the Bankruptcy Code, specifically sections 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules.

Interco will only seek compensation pursuant to sections 330 and 331 of the Bankruptcy Code. All compensation will be paid from the funds of the Debtor's bankruptcy estate. Interco has not received any retainer with respect to its employment.

/ / /

/ / /

/ / /

/ / /

/ / /

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

A copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting:

Jeffrey A. Krieger, Esq.
Keith Patrick Banner, Esq.
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067
Telephone: 310.553.3610
Facsimile: 310.553.0687
Email: JKrieger@GreenbergGlusker.com
KBanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rules 2014-1(b)(3)(E) and 9013-1(o)(1), any response to the Application and request for hearing must be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his proposed general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067; (iii) his proposed field agent, Interco Management Corporation, Attn: Tony Shokrai, 2118 Wilshire Boulevard, Suite 717, Santa Monica, CA 90403; and (iv) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Application and may grant the requested relief.

DATED: January 8, 2020

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Jeffrey A. Krieger*
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Proposed Attorneys for Jason M. Rund, Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Main Document Page 28 of 32

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY INTERCO MANAGAMENT CORPORATION AS TRUSTEE'S FIELD AGENT; DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 8, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) January 8, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 8, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 8, 2020 | Julie King | */s/ Julie King* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Proof of Service(3696158.1).docx

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass bob.bass47@icloud.com
- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows david@davidwmeadowslaw.com
- Kevin Meek kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR) trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly msirolly@dir.ca.gov
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Secured Creditors

Ford Motor Credit
260 Interstate N
PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

Unsecured Creditors

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, , CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Proof of Service(3696158.1).docx

Main Document Page 30 of 32

Orenda Education (Principal's Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll Services)
P.O. Box 930953
Atlanta, GA 91193

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

Proof of Service(3696158.1).docx

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1900 Avenue of the Stars, Ste. 2100 LosAngeles, CA 90067

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/27/2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/27/2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/27/2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/27/2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016* Page 3 **F 9013-1.2.NO.REQUEST.HEARING.DEC**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass bob.bass47@icloud.com
- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows david@davidwmeadowslaw.com
- Kevin Meek kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR) trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly msirolly@dir.ca.gov
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com