JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 28 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY INTERCO MANAGEMENT CORPORATION AS TRUSTEE'S FIELD AGENT**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Chapter 7 Trustee's Application to Employ Interco Management Corporation as Trustee's Field Agent* [Docket No. 61] (the "Application") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks an order authorizing the employment of Interco Management Corporation ("Interco") as field agent to the Trustee; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Application having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Application; and after due deliberation and good cause appearing therefor,

76214-00002/3709884.1

ORDER AUTHORIZING
EMPLOYMENT OF FIELD AGENT

**IT IS ORDERED THAT:**

1. The Application is **GRANTED**.

2. The Trustee is authorized to employ Interco as his field agent at the expense of the bankruptcy estate, effective as of **December 5, 2019**, pursuant to 11 U.S.C. §§ 327(a) and 330.

3. Except as the Court may otherwise determine and direct, any compensation to be paid to Interco hereunder are subject to the Court's subsequent approval of interim and/or final fee applications made pursuant to sections 330 and/or 331 of the Bankruptcy Code.

###

Date: January 28, 2020

Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

76214-00002/3709884.1    2    ORDER AUTHORIZING EMPLOYMENT OF FIELD AGENT