JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO THE BEVERLY FACILITY *NUNC PRO TUNC* TO THE PETITION DATE; AND (2) ABANDONMENT OF PERSONAL PROPERTY LOCATED AT THE BEVERLY FACILITY** |
| | [NO HEARING REQUIRED] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") has filed his motion (the "Motion") for entry of an order approving the Trustee's: (1) rejection of the Debtor's unexpired

1  commercial lease regarding real property located at 2707-11 Beverly Blvd., Los Angeles, CA
2  90057 (the "Beverly Facility") *nunc pro tunc* to the date the bankruptcy was commenced (i.e.
3  November 5, 2019, the "Petition Date") pursuant to section 365 of title 11 of the United States
4  Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and (2) abandonment pursuant of the
5  Debtor's personal property left at the Beverly Facility, excluding all vehicles located thereon
6  (collectively, the "Abandoned Property") pursuant to section 554(a) of the Bankruptcy Code.

7  As discussed in the Motion, the Debtor's unexpired pre-petition commercial lease (the
8  "Beverly Lease") relating to the Beverly Facility with lessor MDB International Branding, LLC
9  (the "MDB") costs approximately $70,000 per month and is therefore burdensome to the estate.
10 In addition, as of the Petition Date, the Debtor no longer occupied the Beverly Facility, but left
11 the Abandoned Property onsite, as more fully detailed in the Motion.  The Trustee, his counsel
12 and his field agent have visited and inspected the Beverly Facility and have observed that the
13 Abandoned Property left by the Debtor at the Beverly Facility largely consists of fixtures,
14 furniture, supplies, clothing, electronics, office equipment, including select computers and
15 printers, office supplies, and documents.  The Trustee has consulted with an auctioneer and
16 understands that the aggregate net liquidation value of the Abandoned Property is likely less than
17 $25,000.00, all, or most of which is encumbered by the senior secured lien of Non-Profit Finance
18 Fund ("NFF").  As such, the Abandoned Property is of inconsequential value to the bankruptcy
19 estate.

20 **PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Motion,
21 the *Declaration of Tony Shokrai* and *Declaration of Jason M. Rund* respectively attached thereto,
22 this Notice, the arguments of counsel, and other admissible evidence properly brought before the
23 Court.  In addition, the Trustee respectfully requests that the Court take judicial notice of the case
24 docket and all pleadings filed in the above captioned bankruptcy case, including the specific
25 pleadings referenced in the Motion.

26 **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting*
27 *Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") the
28 Motion and this Notice constitute a Limit Notice Matter and therefore the Trustee will serve this

1  Notice on the Limited Service List (which includes all secured creditors which may have an

2  interest in the Abandoned Property).  In addition, the Trustee will serve this Notice on MDB and

3  the Department of Labor, through the Assistant United States Attorney, as reflected in the

4  accompanying proof of service.  The Trustee submits that no further notice is required under the

5  circumstances.

6        **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule

7  9013-1(o)(1), any response to the Motion and request for hearing must be in the form required by

8  Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the

9  Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy

10 counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn:  Jeffrey A. Krieger, Esq.

11 and Keith Patrick Banner, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California

12 90067; (iii) his proposed field agent, Interco Management Corporation, Attn:  Tony Shokrai, 2118

13 Wilshire Boulevard, Suite 717, Santa Monica, CA 90403; and (iv) the Office of the United States

14 Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within

15 seventeen (17) days from the date of service of this Notice.

16       If you fail to file a written response within seventeen (17) days from the date of the

17 service of this Notice, the Bankruptcy Court may treat such failure as a waiver of your right to

18 oppose the Motion and may grant the requested relief.

19

20  DATED: January 28, 2020          GREENBERG GLUSKER FIELDS CLAMAN
                                    & MACHTINGER LLP
21

22

23                                  By: */s/ Jeffrey A. Krieger*
                                        JEFFREY A. KRIEGER
24                                      KEITH PATRICK BANNER
                                        Attorneys for Jason M. Rund,
25                                      Chapter 7 Trustee

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1900 Avenue of the Stars, 21st Fl. Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO THE BEVERLY FACILITY NUNC PRO TUNC TO THE PETITION DATE; AND (2) ABANDONMENT OF PERSONAL PROPERTY LOCATED AT THE BEVERLY FACILITY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 28, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) January 28, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Debtor</u>
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 28, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

<u>Via Messenger</u>
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

<u>Via Email</u>
Assistant United States Attorney
Kimberly Jaimez- Kimberly.Jaimez@usdoj.gov
<u>Counsel to the Arleta Landlord</u>
Bob Bass-Bob.Bass47@icloud.com

<u>Counsel for MDB</u>
David Meadows-David@DavidWMeadowslaw.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 28, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

76214-00002/3712055.1

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

**2. <u>SERVED BY UNITED STATES MAIL</u>:**

<u>Secured Creditors</u>

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

Think Together
2101 E 4th St Ste. 200B
Santa Ana, CA 92705
Attn: Teresa A. McQueen, General Counsel

<u>Unsecured Creditors</u>

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                    **F 9013-3.1.PROOF.SERVICE**

76214-00002/3712055.1

| | | |
|---|---|---|
| Multicultural Learning Center<br>7510 Desoto Avenue<br>Canoga Park, CA 91303 | NIU College<br>5959 Topanga Canyon Blvd.<br>Suite 110<br>Woodland Hills, CA 91367 | Oracle America, Inc.<br>P.O. Box 44471<br>San Francisco, CA 94144 |
| Orenda Education (Principal's Exchange)<br>2101 E. Fourth Street<br>Suite 200B<br>Santa Ana, CA 92705 | Roth Staffing Companies, L.P.<br>P.O. Box 60003<br>Anaheim, CA 92812 | Sabio Enterprises, Inc.<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230 |
| Spectrum<br>9260 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Staples Contract & Commercial Inc.<br>Dept. La<br>P.O. Box 83689<br>Chicago, IL 60696 | Staples Technology<br>P.O. Box 95230<br>Chicago, IL 60694 |
| Stem & More LLC<br>7618 Jellico Avenue<br>Northridge, CA 91325 | Ultimate Software (Payroll Services)<br>P.O. Box 930953<br>Atlanta, GA 91193 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                             **F 9013-3.1.PROOF.SERVICE**

76214-00002/3712055.1