1  Andy C. Warshaw SBN 263880
   **FINANCIAL RELIEF LAW CENTER, APC**
2  1200 Main St. Ste G
   Irvine, CA 92614
3  Office Phone: (714) 442-3319
   Facsimile: (714) 361-5380
4  awarshaw@bwlawcenter.com

5

6

7

8                    **UNITED STATES BANKRUPTCY COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

10 | In Re                           | Case No. 2:19-bk-23085-BB |
11 | YOUTH POLICY INSTITUTE, INC.    | Chapter 7                 |
12 |                  Debtor.        | **REQUEST FOR NOTICE**    |

17              **TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:**

18     Financial Relief Law Center, APC hereby notices its appearance on behalf of Evaluation

19 Specialists and requests to receive notice of all proceedings in the Chapter 7 case of Youth

20 Policy Institute, Inc., including, but not limited to, any notices in the above-referenced

21 administrative matter and any related adversary proceedings and that the following name be

22 added to the electronic creditor matrix:

23                              Andy C. Warshaw
                        **FINANCIAL RELIEF LAW CENTER, APC**
24                              1200 Main St. Ste G
                                Irvine, CA 92614
25                          Office Phone: (714) 442-3319

                              REQUEST FOR NOTICE - 1

Facsimile: (714) 361-5380
Email: awarshaw@bwlawcenter.com

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice shall constitute a waiver of Financial Relief Law Center, APC's:

(a) Right to a trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution.

(b) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All the above rights are expressly reserved and preserved without exception and shall not be waived by the filing of this notice or by any participation in this matter.

Dated: January 29, 2020

Respectfully Submitted,

Financial Relief Law Center, APC

*/s/ Andy C. Warshaw*
Andy C. Warshaw

REQUEST FOR NOTICE - 2

| In re: | | CHAPTER: **7** |
|---|---|---|
| **Youth Policy Institute, Inc** | Debtor(s). | CASE NUMBER: **2:19-bk-23085** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**1200 Main St., Suite G**
**Irvine, CA 92614**

A true and correct copy of the foregoing document entitled (*specify*): __**Request for Notice**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**1/29/20**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
Robert D Bass    bob.bass47@icloud.com
Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
David W. Meadows    david@davidwmeadowslaw.com
Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
Matthew N Sirolly    msirolly@dir.ca.gov
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __**1/29/20**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Honorable Sheri Bluebond**
**United States Bankruptcy Court**
**Central District of California**
**Edward R. Roybal Federal Building and Courthouse**
**255 E. Temple Street, Suite 1534 / Courtroom 1539**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 29, 2020** | **Ronda Miner** | **Ronda Miner** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **9013-3.1.PROOF.SERVICE**