United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 19-23085-BB
Youth Policy Institute, Inc.                                          Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2           User: wjacksonC              Page 1 of 1              Date Rcvd: Jan 28, 2020
                               Form ID: pdf042              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2020.
db              #+Youth Policy Institute, Inc.,   6464 Sunset Blvd., Suite 650,   Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2020                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2020 at the address(es) listed below:
              Christopher E Prince    on behalf of Interested Party    Courtesy NEF cprince@lesnickprince.com,
               jmack@lesnickprince.com;cprince@ecf.courtdrive.com
              David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
              Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com,
               laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
              Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
              Jeffrey A Krieger    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com,
               kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
              Keith Patrick Banner    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com,
               sharper@greenbergglusker.com;calendar@greenbergglusker.com
              Kevin Meek    on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com,
               kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
              Matthew N Sirolly    on behalf of Creditor    Labor Commissioner, California, Division of Labor
               Standards Enforcement msirolly@dir.ca.gov
              Robert D Bass    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com
              Shawn M Christianson    on behalf of Interested Party    Courtesy NEF cmcintire@buchalter.com,
               schristianson@buchalter.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 11

<div style="float:left">**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**  
1900 Avenue of the Stars, 21st Floor  
Los Angeles, California 90067-4590</div>

| | |
|---|---|
| 1 | JEFFREY A. KRIEGER (SBN 156535) |
|   | JKrieger@GreenbergGlusker.com |
| 2 | KEITH PATRICK BANNER (SBN 259502) |
|   | KBanner@GreenbergGlusker.com |
| 3 | GREENBERG GLUSKER FIELDS CLAMAN |
|   | & MACHTINGER LLP |
| 4 | 1900 Avenue of the Stars, 21st Floor |
|   | Los Angeles, California 90067-4590 |
| 5 | Telephone: 310.553.3610 |
|   | Fax: 310.553.0687 |
| 6 | |
| 7 | Proposed Attorneys for Jason M. Rund, Chapter 7 Trustee |

**FILED & ENTERED**

**JAN 28 2020**

**CLERK U.S. BANKRUPTCY COURT**  
**Central District of California**  
**BY** wesley **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY INTERCO MANAGEMENT CORPORATION AS TRUSTEE'S FIELD AGENT**

[NO HEARING REQUIRED]

The Court having considered the *Chapter 7 Trustee's Application to Employ Interco Management Corporation as Trustee's Field Agent* [Docket No. 61] (the "Application") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks an order authorizing the employment of Interco Management Corporation ("Interco") as field agent to the Trustee; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Application having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Application; and after due deliberation and good cause appearing therefor,

76214-00002/3709884.1

ORDER AUTHORIZING  
EMPLOYMENT OF FIELD AGENT

**IT IS ORDERED THAT:**

1. The Application is **GRANTED**.

2. The Trustee is authorized to employ Interco as his field agent at the expense of the bankruptcy estate, effective as of **December 5, 2019**, pursuant to 11 U.S.C. §§ 327(a) and 330.

3. Except as the Court may otherwise determine and direct, any compensation to be paid to Interco hereunder are subject to the Court's subsequent approval of interim and/or final fee applications made pursuant to sections 330 and/or 331 of the Bankruptcy Code.

###

Date: January 28, 2020

Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

76214-00002/3709884.1    2    ORDER AUTHORIZING EMPLOYMENT OF FIELD AGENT