1  JEFFREY A. KRIEGER (SBN 156535)
   JKrieger@GreenbergGlusker.com
2  KEITH PATRICK BANNER (SBN 259502)
   KBanner@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
   Proposed Attorneys for Jason M. Rund,
7  Chapter 7 Trustee

**FILED & ENTERED**

**FEB 11 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

8

9                      UNITED STATES BANKRUPTCY COURT

10                     CENTRAL DISTRICT OF CALIFORNIA

11                          LOS ANGELES DIVISION

12  In re:                              Case No. 2:19-bk-23085-BB

13  YOUTH POLICY INSTITUTE, INC.,       Chapter 7

14         Debtor.                      **ORDER GRANTING CHAPTER 7
15                                      TRUSTEE'S MOTION FOR ORDER
                                        APPROVING: (1) REJECTION OF
16                                      UNEXPIRED LEASE RELATING TO
                                        SYLMAR FACILITY; AND (2)
17                                      ABANDONMENT OF PERSONAL
                                        PROPERTY LOCATED AT SYLMAR
18                                      FACILITY**

19                                       [NO HEARING REQUIRED]

20

21         The Court having considered the *Chapter 7 Trustee's Motion for Order Approving: (1)*

22  *Rejection of Unexpired Lease Relating to Sylmar Facility; and (2) Abandonment of Personal*

23  *Property Located at Sylmar Facility* [Docket No. 77] (the "Motion") filed by Jason M. Rund,

24  Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc.

25  (the "Debtor"), which seeks an order authorizing the rejection of the Debtor's unexpired lease and

26  abandonment of the Debtor's property left at 12843 Foothill Blvd., Unit B, Sylmar California

27  91342 (the "Sylmar Facility") pursuant to sections 365 and 554 of title 11 of the United States

28

*Vertical left margin:* GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP — 1900 Avenue of the Stars, 21st Floor — Los Angeles, California 90067-4590

1    Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"); it appearing that this Court has

2    jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and

3    adequate notice of the Motion having been given under the circumstances; no timely response or

4    request for hearing having been filed with respect to the Motion; and after due deliberation and

5    good cause appearing therefor,

6        **IT IS ORDERED THAT:**

7        1.        The Motion is **GRANTED**.

8        **2.**        Pursuant to section 365 of the Bankruptcy Code, the Debtor's unexpired lease of

9    real property relating to the Sylmar Facility is **REJECTED**.

10        3.        Pursuant to section 554(a) of the Bankruptcy Code, all the Debtor's personal

11    property located at the Sylmar Facility is **ABANDONED** to the Debtor.

12                                                      ###

13

14

15

16

17

18

19

20

21

22

23

24    Date: February 11, 2020

25                                              Sheri Bluebond
                                              United States Bankruptcy Judge

26

27

28

ORDER GRANTING MOTION TO REJECT
                                                      LEASE AND ABANDON ASSETS

**GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590