United States Bankruptcy Court
Central District of California

In re:  
Youth Policy Institute, Inc.  
    Debtor

Case No. 19-23085-BB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2    User: admin    Page 1 of 1    Date Rcvd: Feb 11, 2020  
                     Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.  
db        #+Youth Policy Institute, Inc.,   6464 Sunset Blvd., Suite 650,   Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2020 at the address(es) listed below:

        Andy C Warshaw    on behalf of Creditor    Evaluation Specialists awarshaw@bwlawcenter.com, ecf@bwlawcenter.com  
        Christopher E Prince     on behalf of Interested Party    Courtesy NEF cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com  
        David W. Meadows     on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com  
        Genevieve G Weiner     on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com  
        Jason M Rund (TR)    trustee@srlawyers.com,  jrund@ecf.axosfs.com  
        Jeffrey A Krieger     on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com  
        Keith Patrick Banner     on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com  
        Kevin Meek     on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com  
        Matthew N Sirolly     on behalf of Creditor    Labor Commissioner, California, Division of Labor Standards Enforcement msirolly@dir.ca.gov  
        Robert D Bass     on behalf of Attorney Robert D. Bass bob.bass47@icloud.com  
        Shawn M Christianson     on behalf of Interested Party    Courtesy NEF cmcintire@buchalter.com, schristianson@buchalter.com  
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                TOTAL: 12

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**FEB 11 2020**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** wesley **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO SYLMAR FACILITY; AND (2) ABANDONMENT OF PERSONAL PROPERTY LOCATED AT SYLMAR FACILITY**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Chapter 7 Trustee's Motion for Order Approving: (1) Rejection of Unexpired Lease Relating to Sylmar Facility; and (2) Abandonment of Personal Property Located at Sylmar Facility* [Docket No. 77] (the "Motion") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks an order authorizing the rejection of the Debtor's unexpired lease and abandonment of the Debtor's property left at 12843 Foothill Blvd., Unit B, Sylmar California 91342 (the "Sylmar Facility") pursuant to sections 365 and 554 of title 11 of the United States

Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Motion; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED THAT:**

1. The Motion is **GRANTED**.

**2.** Pursuant to section 365 of the Bankruptcy Code, the Debtor's unexpired lease of real property relating to the Sylmar Facility is **REJECTED.**

3. Pursuant to section 554(a) of the Bankruptcy Code, all the Debtor's personal property located at the Sylmar Facility is **ABANDONED** to the Debtor.

###

Date: February 11, 2020

Sheri Bluebond
United States Bankruptcy Judge

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

76214-00002/3722720.1    2    ORDER GRANTING MOTION TO REJECT LEASE AND ABANDON ASSETS