|  | FOR COURT USE ONLY |
|---|---|
|  | FILED<br>MAR 0 6 2020<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Name of Debtor(s) listed on the bankruptcy case:<br><br>Youth Policy Institute, Inc. | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7 |
|---|---|
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):    C3 Business Solutions

   Mailing Address:    3130 S. Harbor Blvd, Suite 500

   City, State, Zip Code: Santa Ana, CA 92704

3. **New Address:**

   Mailing Address:    20321 SW Acacia Street, Suite 200

   City, State, Zip Code: Newport Beach, CA 92660

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 03/03/2020        Mike Laverty
                        Requestor's printed name(s)

                        *Mike Laverty*
                        Requestor's signature(s)

                        Office Manager
                        Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                          F 1002-1.3.CHANGE.ADDRESS