| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California  90067-4590<br>Telephone:310.553.3610<br>Fax:  310.553.0687<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for:   Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br>ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO THE BEVERLY FACILITY; AND (2) ABANDONMENT OF CERTAIN PERSONAL PROPERTY LOCATED AT THE BEVERLY FACILITY<br><br>[DOCKET NO. 82] |

PLEASE TAKE NOTICE that the order titled <u>ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO THE BEVERLY FACILITY; AND (2) ABANDONMENT OF CERTAIN PERSONAL PROPERTY LOCATED AT THE BEVERLY FACILITY</u> was lodged on (*date*) <u>March 12, 2020</u> and is attached hereto as <u>Exhibit A</u>.  This order relates to docket number 82.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**
38469-00004/3748005.1

# EXHIBIT A

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO THE BEVERLY FACILITY; AND (2) ABANDONMENT OF CERTAIN PERSONAL PROPERTY LOCATED AT THE BEVERLY FACILITY**<br><br><u>Hearing</u><br>Date:  March 11, 2020<br>Time:  10:00 a.m.<br>Place: Courtroom 1539<br>       United States Bankruptcy Court<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

On the above captioned date and time, the court considered the *Chapter 7 Trustee's Motion for Order Approving: (1) Rejection of Unexpired Lease Relating to the Beverly Facility Nunc Pro Tunc to the Petition Date; and (2) Abandonment of Personal Property Located at the Beverly Facility* [Docket No. 82] (the "Motion") filed by Jason M. Rund, Chapter 7 Trustee (the

76214-00002/3725903.4

ORDER GRANTING MOTION TO REJECT
LEASE AND ABANDON ASSETS

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067-4590

"Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks an order authorizing (1) rejection of the Debtor's unexpired commercial lease regarding real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility") pursuant to section 365 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and (2) abandonment of the Debtor's personal property located at the Beverly Facility pursuant to section 554(a) of the Bankruptcy Code. Appearances were as stated on the record.

Based upon the Court's review of the Motion, the notices thereof, the *Declaration of Jason M. Rund* and *Declaration of Tony Shokrai* accompanying the Motion, the evidentiary record, and argument of counsel; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no party having filed a response in opposition to the Motion; and after due deliberation and good cause appearing therefor, based upon findings of fact and conclusions of law, if any, stated on the record orally and recorded in open court pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, as incorporated into Bankruptcy Rule 7052 and applied to contested matters by Bankruptcy Rule 9014(c),

**IT IS ORDERED THAT:**

1. The Motion is **GRANTED** as set forth below.

2. Pursuant to section 365 of the Bankruptcy Code, the Debtor's unexpired lease of real property relating to the Beverly Facility is **REJECTED**. The Court makes no determination as to the effective date of such lease rejection, except that such date shall be no later than the date of automatic rejection provided under section 365(d)(4) of the Bankruptcy Code.

3. The rejection granted hereunder is without prejudice to the respective rights of the Trustee, on behalf of the bankruptcy estate, and lessor MDB International Branding, LLC ("MDB") regarding any administrative claim MDB may seek with respect to the Beverly Facility, with all such rights being expressly reserved.

4. Pursuant to section 554(a) of the Bankruptcy Code, except for those documents segregated in that portion of the Beverly Facility occupied by Think Together (collectively, the

1  "Retained Documents"), all of the Debtor's personal property located at the Beverly Facility is
2  **ABANDONED** to the Debtor, effective immediately.  The Retained Documents will remain
3  assets of the bankruptcy estate unless and until abandoned by the Trustee through subsequent
4  notice under Bankruptcy Rule 6007 and Local Bankruptcy Rule 6007-1.

5       5.     To the extent necessary, Nonprofit Finance Fund is granted relief from the
6  automatic stay to exercise any of its rights under nonbankruptcy law against personal property
7  abandoned pursuant to this order, effective immediately, and the 14-day stay under Bankruptcy
8  Rule 4001(a)(3) is hereby waived.

9                      ###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2049 Century Park East, Suite 2600, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO THE BEVERLY FACILITY; AND (2) ABANDONMENT OF CERTAIN PERSONAL PROPERTY LOCATED AT THE BEVERLY FACILITY [DOCKET NO. 82]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **March 12, 2020**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com; calendar@greenbergglusker.com; jking@greenbergglusker.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 12, 2020 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |