JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**MAR 13 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO THE BEVERLY FACILITY; AND (2) ABANDONMENT OF CERTAIN PERSONAL PROPERTY LOCATED AT THE BEVERLY FACILITY**

<u>Hearing</u>
Date:   March 11, 2020
Time:   10:00 a.m.
Place:  Courtroom 1539
        United States Bankruptcy Court
        255 E. Temple Street
        Los Angeles, CA 90012

On the above captioned date and time, the court considered the *Chapter 7 Trustee's Motion for Order Approving: (1) Rejection of Unexpired Lease Relating to the Beverly Facility Nunc Pro Tunc to the Petition Date; and (2) Abandonment of Personal Property Located at the Beverly Facility* [Docket No. 82] (the "Motion") filed by Jason M. Rund, Chapter 7 Trustee (the

76214-00002/3725903.4

ORDER GRANTING MOTION TO REJECT
LEASE AND ABANDON ASSETS

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067-4590

1  "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which

2  seeks an order authorizing (1) rejection of the Debtor's unexpired commercial lease regarding real

3  property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility")

4  pursuant to section 365 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the

5  "Bankruptcy Code") and (2) abandonment of the Debtor's personal property located at the

6  Beverly Facility pursuant to section 554(a) of the Bankruptcy Code.  Appearances were as stated

7  on the record.

8        Based upon the Court's review of the Motion, the notices thereof, the *Declaration of

9  Jason M. Rund* and *Declaration of Tony Shokrai* accompanying the Motion, the evidentiary

10  record, and argument of counsel; it appearing that this Court has jurisdiction over this matter

11  pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion

12  having been given under the circumstances; no party having filed a response in opposition to the

13  Motion; and after due deliberation and good cause appearing therefor, based upon findings of fact

14  and conclusions of law, if any, stated on the record orally and recorded in open court pursuant to

15  Rule 52(a) of the Federal Rules of Civil Procedure, as incorporated into Bankruptcy Rule 7052

16  and applied to contested matters by Bankruptcy Rule 9014(c),

17        **IT IS ORDERED THAT:**

18        1.      The Motion is **GRANTED** as set forth below.

19        2.      Pursuant to section 365 of the Bankruptcy Code, the Debtor's unexpired lease of

20  real property relating to the Beverly Facility is **REJECTED**.  The Court makes no determination

21  as to the effective date of such lease rejection, except that such date shall be no later than the date

22  of automatic rejection provided under section 365(d)(4) of the Bankruptcy Code.

23        3.      The rejection granted hereunder is without prejudice to the respective rights of the

24  Trustee, on behalf of the bankruptcy estate, and lessor MDB International Branding, LLC

25  ("MDB") regarding any administrative claim MDB may seek with respect to the Beverly Facility,

26  with all such rights being expressly reserved.

27        4.      Pursuant to section 554(a) of the Bankruptcy Code, except for those documents

28  segregated in that portion of the Beverly Facility occupied by Think Together (collectively, the

1  "Retained Documents"), all of the Debtor's personal property located at the Beverly Facility is
2  **ABANDONED** to the Debtor, effective immediately.  The Retained Documents will remain
3  assets of the bankruptcy estate unless and until abandoned by the Trustee through subsequent
4  notice under Bankruptcy Rule 6007 and Local Bankruptcy Rule 6007-1.
5       5.    To the extent necessary, Nonprofit Finance Fund is granted relief from the
6  automatic stay to exercise any of its rights under nonbankruptcy law against personal property
7  abandoned pursuant to this order, effective immediately, and the 14-day stay under Bankruptcy
8  Rule 4001(a)(3) is hereby waived.

9                                                ###

23  Date: March 13, 2020

            Sheri Bluebond
            United States Bankruptcy Judge