JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CERTAIN CITY PROGRAM MATERIALS RELATING TO CITY OF LOS ANGELES PROGRAMS LOCATED AT BEVERLY FACILITY**<br><br>**DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PURSUANT TO BANKRUPTCY RULE 6007(a) AND LBR 6007-1] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") hereby gives notice pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

and each, a "Bankruptcy Rule") and Local Bankruptcy Rule 6007-1 of his intent to abandon certain documents identified by the City of Los Angeles (the "City"), consisting of approximately 200 boxes of documents, consisting of intake sheets, reports and other documents made in connection with the with various programs run by the Debtor pre-petition which were funded by the City (collectively, the "City Program Materials") which are located at real property formerly leased by the Debtor located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility"). Photographs of the City Program Materials are attached as Exhibit 1 to the accompanying *Declaration of Tony Shokrai* (the "Shokrai Declaration").

**PLEASE TAKE FURTHER NOTICE** that on March 13, 2020, the Court entered its *Order Approving Chapter 7 Trustee's Motion for Order Approving: (1) Rejection of Unexpired Lease Relating to the Beverly Facility; and (2) Abandonment of Certain Personal Property Located at the Beverly Facility* [Docket No. 98] (the "Beverly Rejection Order"). Paragraph 4 of the Beverly Rejection Order provided that all personal property of the Debtor located at the Beverly Facility is abandoned, except for those documents segregated in that portion of the Beverly Facility occupied by current tenant, Think Together. As the City Program Documents were included in those documents segregated in that portion of the Beverly Facility occupied by Think Together, the City Program Materials were not abandoned upon entry of the Beverly Rejection Order.

**PLEASE TAKE FURTHER NOTICE** that the City has asserted ownership over the City Program Materials and the City has therefore sought take possession the City Program Materials. In addition, representatives of the City inspected all documents located at the Beverly Facility on March 11, 2020 and specifically identified and labeled all documents constituting the City Program Materials. As of the date of this Notice, the City Program Materials have been segregated from all other documents located at the Beverly Facility.

**PLEASE TAKE FURTHER NOTICE** that in connection with that certain grand jury subpoena dated November 29, 2019 (the "Grand Jury Subpoena") issued by the United States Department of Justice, United States Attorney's Office (the "DOJ") relating to a criminal investigation being conducted by the Department of Labor (the "DOL") the Trustee, coordinated

NOTICE OF INTENT TO ABANDON CITY PROGRAM MATERIALS AT BEVERLY FACILITY

with the DOL and the DOJ to permit their respective agents' full access to the Beverly Facility to retrieve all documents related to the Grand Jury Subpoena.  On January 16, 2020, approximately 15 agents of the DOL, the Los Angeles Unified School District Office of the Inspector General ("LAUSD"), and the Federal Bureau of Investigation ("FBI") visited the Beverly Facility to inspect and retrieve responsive documents and interview former employees of the Debtor.  On January 23, 2020, the DOL, LAUSD and FBI conducted a second site visit on January 23, 2020, during which approximately 16 agents, again, inspected and retrieved documents responsive to the Grand Jury Subpoena.  As the DOJ, DOL, LAUSD and FBI did not take possession of the City Program Materials, and further based on the Trustee's inspection and the inspection of his professionals of the City Program Materials, the Trustee has concluded that the City Program Materials are not responsive to the Grand Jury Subpoena.

**PLEASE TAKE FURTHER NOTICE** that based on the Trustee's inspection, and the inspections of his professionals of the of the City Program Materials and in light of the City asserting ownership of the City Program Materials, the Trustee has concluded in his business judgment that the City Program Materials are of inconsequential value to the bankruptcy estate and retention of the City Programs Materials would cause an unnecessary burden on the bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") this Notice constitutes a Limit Notice Matter and therefore the Trustee will serve this Notice on the Limited Service List (which includes all secured creditors).  In addition, the Trustee will serve this Notice on the DOL, through the Assistant United States Attorney, as reflected in the accompanying proof of service.  The Trustee submits that no further notice is required under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 6007-1, any objection to the Trustee's abandonment of the City Program Materials must be filed with the Court, along with a request for hearing, and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg

1  Glusker Fields Claman & Machtinger LLP, Attn: Jeffrey A. Krieger, Esq. and Keith Patrick

2  Banner, Esq., 2049 Century Park East, Ste. 2600, Los Angeles, California 90067; and (iii) the

3  Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles,

4  California 90017, within seventeen (17) days from the date of service of this Notice.

5      **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 6007-

6  1(d) and 6007-1(e), if no timely objection and proper request for hearing is filed and served, the

7  City Program Materials are deemed abandoned without further order of the Court.

8  DATED: March 13, 2020      GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Jeffrey A. Krieger*
    JEFFREY A. KRIEGER
    KEITH PATRICK BANNER
    Attorneys for Jason M. Rund,
    Chapter 7 Trustee

## DECLARATION OF TONY SHOKRAI

I, Tony Shokrai, declare:

1. I am the President of Interco Management Corporation ("Interco"), field agent for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2. On multiple occasions, on behalf of the Trustee, I have accessed and inspected certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility"), which was formerly leased by the Debtor.

3. On March 11, 2020, I accompanied representatives of the City of Los Angeles (the "City") during their inspection of the documents located at the Beverly Facility and I observed that representatives of the City specifically identified and labeled approximately 200 boxes of documents, consisting of intake sheets, reports and other documents made in connection with the with various programs run by the Debtor pre-petition which were funded by the City (collectively, the "City Program Materials").

4. Following the City's identification of the City Program Materials, my staff and I segregated the City Program Materials from all other documents located at the Beverly Facility. True and correct photographs of the segregated City Program Materials are collectively attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13 day of March, 2020, at Santa Monica, California.

_____
TONY SHOKRAI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# DECLARATION OF JASON M. RUND

I, Jason M. Rund, declare:

1. I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, or have gained knowledge of them from pleadings and other documents typically obtained and reviewed by trustees administering estates or from the professionals employed to assist me herein, and, if called as a witness, I could and would testify competently thereto.

5. I, along with my counsel and field agent have visited and inspected the certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility"), which was formerly leased by the Debtor.

6. I understand through my field agent that on March 11, 2020, representatives of the City of Los Angeles (the "City"), accompanied by my field agent, inspected the documents located at the Beverly Facility. I further understand that representatives of the City specifically identified and labeled approximately 200 boxes of documents, consisting of intake sheets, reports and other documents made in connection with the with various programs run by the Debtor pre-petition which were funded by the City (collectively, the "City Program Materials").

7. I understand that the City has communicated to my professionals that it asserts ownership of the City Program Materials and the City has therefore seeks to take possession the City Program Materials.

8. Based on my inspection and the inspection of my professionals of the City Program Materials and in light of the City asserting ownership of the City Program Materials, I have concluded in my business judgment that the City Program Materials are of inconsequential value to the bankruptcy estate and retention of the City Programs Materials would impose an unnecessary burden on the bankruptcy estate.

9. In connection with that certain grand jury subpoena dated November 29, 2019 (the "Grand Jury Subpoena") issued by the United States Department of Justice, United States Attorney's Office (the "DOJ") relating to a criminal investigation being conducted by the Department of Labor (the "DOL"), I, through my professionals, coordinated with the DOL and

the DOJ to permit their respective agents' full access to the Beverly Facility to retrieve all documents related to the Grand Jury Subpoena. I understand through my field agent that on January 16, 2020, approximately 15 agents of the DOL, the Los Angeles Unified School District Office of the Inspector General ("LAUSD"), and the Federal Bureau of Investigation ("FBI") visited the Beverly Facility to inspect and retrieve responsive documents and interview former employees of the Debtor. I further understand that on January 23, 2020, the DOL, LAUSD and FBI conducted a second site visit on January 23, 2020, during which approximately 16 agents, again, inspected and retrieved documents responsive to the Grand Jury Subpoena. As the DOJ, DOL, LAUSD and FBI did not take possession of the City Program Materials, and further based on my inspection and the inspection of my professionals of the City Program Materials, I have concluded that the City Program Materials are not responsive to the Grand Jury Subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of March, 2020, at El Segundo, California.

_____
JASON M. RUND

# EXHIBIT "1"

Case 2:19-bk-23085-BB    Doc 99    Filed 03/13/20    Entered 03/13/20 18:04:04    Desc
Main Document    Page 8 of 15







# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CERTAIN CITY PROGRAM MATERIALS RELATING TO CITY OF LOS ANGELES PROGRAMS LOCATED AT BEVERLY FACILITY**
**DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) March 13, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 13, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 13, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

Via Email
Assistant United States Attorney
Kimberly Jaimez- Kimberly.Jaimez@usdoj.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 13, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

*June 2012*
76214-00002/3749073.1

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

**2. SERVED BY UNITED STATES MAIL**:

Secured Creditors

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

Think Together
2101 E 4th St Ste. 200B
Santa Ana, CA 92705
Attn: Teresa A. McQueen,
General Counsel

Unsecured Creditors

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

| | | |
|---|---|---|
| Multicultural Learning Center<br>7510 Desoto Avenue<br>Canoga Park, CA 91303 | NIU College<br>5959 Topanga Canyon Blvd.<br>Suite 110<br>Woodland Hills, CA 91367 | Oracle America, Inc.<br>P.O. Box 44471<br>San Francisco, CA 94144 |
| Orenda Education (Principal's Exchange)<br>2101 E. Fourth Street<br>Suite 200B<br>Santa Ana, CA 92705 | Roth Staffing Companies, L.P.<br>P.O. Box 60003<br>Anaheim, CA 92812 | Sabio Enterprises, Inc.<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230 |
| Spectrum<br>9260 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Staples Contract & Commercial Inc.<br>Dept. La<br>P.O. Box 83689<br>Chicago, IL 60696 | Staples Technology<br>P.O. Box 95230<br>Chicago, IL 60694 |
| Stem & More LLC<br>7618 Jellico Avenue<br>Northridge, CA 91325 | Ultimate Software (Payroll Services)<br>P.O. Box 930953<br>Atlanta, GA 91193 | |