United States Bankruptcy Court
Central District of California

In re:  
Youth Policy Institute, Inc.  
    Debtor

Case No. 19-23085-BB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 1      Date Rcvd: Mar 13, 2020  
                      Form ID: pdf042   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.  
db         #+Youth Policy Institute, Inc.,   6464 Sunset Blvd., Suite 650,   Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:

            Andy C Warshaw   on behalf of Creditor   Evaluation Specialists awarshaw@bwlawcenter.com, ecf@bwlawcenter.com  
            Christopher E Prince   on behalf of Interested Party   Courtesy NEF cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com  
            David W. Meadows   on behalf of Interested Party   Courtesy NEF david@davidwmeadowslaw.com  
            Genevieve G Weiner   on behalf of Creditor   Nonprofit Finance Fund gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com  
            Jason M Rund (TR)   trustee@srlawyers.com,   jrund@ecf.axosfs.com  
            Jeffrey A Krieger   on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com  
            Keith Patrick Banner   on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com  
            Kevin Meek   on behalf of Debtor   Youth Policy Institute, Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com  
            Magdalena R Bordeaux   on behalf of Interested Party   Courtesy NEF mbordeaux@publiccounsel.org  
            Matthew N Sirolly   on behalf of Creditor   Labor Commissioner, California, Division of Labor Standards Enforcement msirolly@dir.ca.gov  
            Robert D Bass   on behalf of Attorney Robert D. Bass bob.bass47@icloud.com  
            Shawn M Christianson   on behalf of Interested Party   Courtesy NEF cmcintire@buchalter.com, schristianson@buchalter.com  
            United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov  
                                                                                                                 TOTAL: 13

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Proposed Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**MAR 13 2020**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER APPROVING: (1) REJECTION OF UNEXPIRED LEASE RELATING TO THE BEVERLY FACILITY; AND (2) ABANDONMENT OF CERTAIN PERSONAL PROPERTY LOCATED AT THE BEVERLY FACILITY**<br><br><u>Hearing</u><br>Date: March 11, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 1539<br>United States Bankruptcy Court<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

On the above captioned date and time, the court considered the *Chapter 7 Trustee's Motion for Order Approving: (1) Rejection of Unexpired Lease Relating to the Beverly Facility Nunc Pro Tunc to the Petition Date; and (2) Abandonment of Personal Property Located at the Beverly Facility* [Docket No. 82] (the "Motion") filed by Jason M. Rund, Chapter 7 Trustee (the

76214-00002/3725903.4

ORDER GRANTING MOTION TO REJECT
LEASE AND ABANDON ASSETS

"Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks an order authorizing (1) rejection of the Debtor's unexpired commercial lease regarding real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility") pursuant to section 365 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and (2) abandonment of the Debtor's personal property located at the Beverly Facility pursuant to section 554(a) of the Bankruptcy Code. Appearances were as stated on the record.

Based upon the Court's review of the Motion, the notices thereof, the *Declaration of Jason M. Rund* and *Declaration of Tony Shokrai* accompanying the Motion, the evidentiary record, and argument of counsel; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no party having filed a response in opposition to the Motion; and after due deliberation and good cause appearing therefor, based upon findings of fact and conclusions of law, if any, stated on the record orally and recorded in open court pursuant to Rule 52(a) of the Federal Rules of Civil Procedure, as incorporated into Bankruptcy Rule 7052 and applied to contested matters by Bankruptcy Rule 9014(c),

**IT IS ORDERED THAT:**

1. The Motion is **GRANTED** as set forth below.

2. Pursuant to section 365 of the Bankruptcy Code, the Debtor's unexpired lease of real property relating to the Beverly Facility is **REJECTED**. The Court makes no determination as to the effective date of such lease rejection, except that such date shall be no later than the date of automatic rejection provided under section 365(d)(4) of the Bankruptcy Code.

3. The rejection granted hereunder is without prejudice to the respective rights of the Trustee, on behalf of the bankruptcy estate, and lessor MDB International Branding, LLC ("MDB") regarding any administrative claim MDB may seek with respect to the Beverly Facility, with all such rights being expressly reserved.

4. Pursuant to section 554(a) of the Bankruptcy Code, except for those documents segregated in that portion of the Beverly Facility occupied by Think Together (collectively, the

76214-00002/3725903.4    2    ORDER GRANTING MOTION TO REJECT LEASE AND ABANDON ASSETS

1  "Retained Documents"), all of the Debtor's personal property located at the Beverly Facility is
2  **ABANDONED** to the Debtor, effective immediately.  The Retained Documents will remain
3  assets of the bankruptcy estate unless and until abandoned by the Trustee through subsequent
4  notice under Bankruptcy Rule 6007 and Local Bankruptcy Rule 6007-1.
5      5.    To the extent necessary, Nonprofit Finance Fund is granted relief from the
6  automatic stay to exercise any of its rights under nonbankruptcy law against personal property
7  abandoned pursuant to this order, effective immediately, and the 14-day stay under Bankruptcy
8  Rule 4001(a)(3) is hereby waived.

                                         ###

Date: March 13, 2020

Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067-4590

76214-00002/3725903.4                3                ORDER GRANTING MOTION TO REJECT
                                                      LEASE AND ABANDON ASSETS