WINDSOR TROY
Daniel C. Sharpe, Esq. (SBN 267075)
Kim L. Anglin, Esq. (SBN 218749)
3701 Wilshire Blvd., Suite 1111
Los Angeles, CA 90010
Telephone: (323) 800-5405
Facsimile: (323) 800-5406
Email: daniels@wtroy.com

*Attorneys for Creditor/Claimant I.A., a Minor*

FILED
MAR 1 3 2020
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re

YOUTH POLICY INSTITUTE, INC.

Debtor

) Case No.: 2:19-BK-23085-BB
)
) **NOTICE AND PROOF OF CLAIM**
) **FOR CREDITOR/CLAIMANT I.A.,**
) **A MINOR**
)

TO THE ABOVE-NAMED DEBTOR, THIS HONORABLE COURT, AND ALL COUNSEL OF RECORD:

Pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 3001, Creditor/Claimant I.A., a minor, by and through her Guardian Ad Litem Faustino Aguirre, hereby provides notice and proof of claim against Debtor YOUTH POLICY INSTITUTE, INC., in the above-captioned bankruptcy

- 1 -
NOTICE AND PROOF OF CLAIM PURSUANT TO FRBP 3001

matter.

Pursuant to FRBP 3001(a), Creditor/Claimant I.A. provides the following information in furtherance of this Notice and Proof of Claim in good faith, subject to the anticipated litigation of the claim in Los Angeles Superior Court:

1. Creditor/Claimant I.A. was born in 2012, and therefore is a minor at the time of the filing of this Notice and Proof of Claim.

2. During the 2018/2019 school year, Creditor/Claimant I.A. was enrolled in *Camino Nuevo Charter Academy*, a private charter school located in Los Angeles, California.

3. During the 2018/2019 school year, Debtor YOUTH POLICY INSTITUTE, INC. provided services to *Camino Nuevo Charter Academy* for hosting, supervising, and maintaining afterschool programs for minor students attending *Camino Nuevo Charter Academy*, including but not limited to Creditor/Claimant I.A.; such services were routine for Debtor YOUTH POLICY INSTITUTE, INC. and constituted the ordinary course of Debtor YOUTH POLICY INSTITUTE, INC.'s business and financial affairs.

4. During the 2018/2019 school year, Debtor YOUTH POLICY INSTITUTE, INC. employed an individual named Hugo Aguilar, Jr. as an

instructor, teacher's aide, or other similar title at *Camino Nuevo Charter Academy* for purposes of overseeing and supervising the afterschool programs run by Debtor YOUTH POLICY INSTITUTE.

5.  During the 2018/2019 school year, Hugo Aguilar, Jr. supervised Creditor/Claimant I.A. in such afterschool programs; by virtue of his employment, Mr. Aguilar was often permitted, authorized, or otherwise allowed by Debtor YOUTH POLICY INSTITUTE, INC. to care for, supervise, and interact with Creditor/Claimant I.A. and many other minor school children outside the presence of other adult employees of either Debtor YOUTH POLICY INSTITUTE, INC. or *Camino Nuevo Charter Academy*.

6.  In or around June of 2019, criminal investigation into Hugo Aguilar, Jr. resulted in criminal prosecution of Hugo Aguilar, Jr. in Los Angeles Superior Court Case No. BA477465 pursuant to California Penal Code 288(a) and related statutory provisions, alleging in essence that Hugo Aguilar, Jr. repeatedly molested several minor students under his supervision and care while serving as an employee of Debtor YOUTH POLICY INSTITUTE, INC.

7.  Creditor/Claimant I.A. alleges that Hugo Aguilar, Jr. repeatedly engaged in inappropriate touching of her person, including in particular her

genital area, while performing his duties as an employee of Debtor YOUTH POLICY INSTITUTE, INC., in or around March and April of 2019.

8.  Creditor/Claimant I.A. alleges that Hugo Aguilar, Jr. repeatedly engaged in inappropriate touching of other minor students under his care while performing his duties as an employee of Debtor YOUTH POLICY INSTITUTE, INC.

9.  Creditor/Claimant I.A. alleges that one or more supervisors employed by Debtor YOUTH POLICY INSTITUTE, INC., who were responsible for the hiring and supervision of Hugo Aguilar, Jr. – including but not limited to an individual known to Creditor/Claimant I.A. as Ms. Rodriguez – failed to properly and adequately supervise Hugo Aguilar, Jr., such that Hugo Aguilar, Jr. was allowed to continue engaging in molestation of Creditor/Claimant I.A. and multiple other minor children for several weeks before such misconduct was eventually reported, resulting in the aforementioned criminal prosecution.

10. It is foreseeable that minor children – including but not necessarily limited to Creditor/Claimant I.A. – will be harmed by the inadequate screening and supervision of individuals hired specifically for the purpose of supervising and protecting such minor children.

11. Pursuant to California Civil Code § 2330, the common law

principle of *respondeat superior*, and related California case law, school entities – including private entities such as Debtor YOUTH POLICY INSTITUTE, INC. – are liable for the negligent supervision of its employees in failing to screen, hire, or supervise individuals entrusted with the direct care of minor children. (See *C.A. v. William S. Hart Union High School Dist.* (2012) 53 Cal.4th 861, 869; see also *Dailey v. Los Angeles Unified School Dist.* (1970) 2 Cal.3d 741, 747; accord, *Hoff v. Vacaville Unified School Dist.* (1988) 19 Cal.4th 925, 932-933.)

12. Creditor/Claimant I.A. asserts this claim by and through her Guardian Ad Litem and counsel of record, Daniel C. Sharpe, Esq. of the law firm *WINDSOR TROY*; this claim has not been acquired from any other person.

13. Pursuant to FRBP 2002(g), Notices and payments related to the claim asserted herein by Creditor/Claimant I.A. should be sent to her counsel of record, Daniel C. Sharpe, Esq. – WINDSOR TROY, located at 3701 Wilshire Boulevard, Suite 1111, Los Angeles California 90010.

14. This is an original Notice and Proof of Claim and does not amend any prior claim.

15. Creditor/Claimant I.A., by and through her Guardian Ad Litem and Counsel of Record, is unaware of any filing of a proof of claim on her

- 5 -
NOTICE AND PROOF OF CLAIM PURSUANT TO FRBP 3001

behalf, and on that basis denies that a proof for this claim has been submitted previously.

16. Creditor/Claimant I.A., by and through her Guardian Ad Litem and Counsel of Record, denies that nay number is or was used to identify the Debtor YOUTH POLICY INSTITUTE.

17. Creditor/Claimant I.A. submits that this claim is subject to proof in anticipated litigation, but asserts herein that such claim has an estimated value of $1,000,000.00, inclusive of general damages for pain and suffering, as well as special/economic damages for medical care – both previously incurred and reasonably anticipated to be incurred in the future; pursuant to California Civil Code § 3287(a), Creditor/Claimant I.A. understands that the claim asserted herein is not subject to pre-judgment interest.

18. Creditor/Claimant I.A., by and through her Guardian Ad Litem and Counsel of Record, is unaware that this claim is secured by any lien on property.

19. Creditor/Claimant I.A., by and through her Guardian Ad Litem and Counsel of Record, denies that this claim is based on a lease or is subject to the right of setoff.

20. Creditor/Claimant I.A., by and through her Guardian Ad Litem

- 6 -
NOTICE AND PROOF OF CLAIM PURSUANT TO FRBP 3001

and Counsel of Record, is entitled to priority under 11 U.S.C. § 507(a)(3), as this claim falls under § 502(f) because the claim arose in or around spring of 2019 and arose in the ordinary course of Debtor YOUTH POLICY INSTITUTE, INC.'s business and financial affairs.

21.    The below signatory, Daniel C. Sharpe, Esq., is the Creditor/Claimant's attorney of record and is therefore duly authorized to execute this Notice and Proof of Claim.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge.

Respectfully Submitted,

DATED: March 13, 2020                    WINDSOR TROY

_____
DANIEL C. SHARPE, ESQ.
Attorneys for Creditor/Claimant