JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>　　　　　　　Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR NONPROFIT FINANCE FUND: (1) AUTHORIZING USE OF CASH COLLATERAL; (2) GRANTING CERTAIN CARVE OUTS FROM SENIOR LIEN IN FAVOR OF THE BANKRUPTCY ESTATE; AND (3) RESOLVING DISPUTES REGARDING SECURED CLAIM AND EXTENT OF LIEN**<br><br>Hearing<br>Date:　　April 29, 2020<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 1539<br>　　　　　United States Bankruptcy Court<br>　　　　　255 E. Temple Street<br>　　　　　Los Angeles, CA 90012 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY
JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-
INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that a hearing will be held on April 29, 2020 at 10:00 a.m., or
as soon thereafter as the matter may be heard, before the Honorable Sheri Bluebond, United
States Bankruptcy Judge, in Courtroom 1539 of the United States Bankruptcy Court located in the
Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles,
California 90012 on the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order
Approving Stipulation Between Chapter 7 Trustee and Secured Creditor Nonprofit Finance
Fund: (1) Authorizing Use of Cash Collateral; (2) Granting Certain Carve Outs from Senior Lien
in Favor of the Bankruptcy Estate; and (3) Resolving Disputes Regarding Secured Claim and
Extent of Lien* [Docket No. 107] (the "Motion") filed by Jason M. Rund, Chapter 7 Trustee (the
"Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute,
Inc. (the "Debtor") for entry of an order pursuant to Rule 9019 of the Federal Rules of
Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the
concurrently-filed *Stipulation Between Chapter 7 Trustee and Secured Creditor Nonprofit
Finance Fund: (1) Authorizing Use of Cash Collateral; (2) Granting Certain Carve Outs from
Senior Lien in Favor of the Bankruptcy Estate; and (3) Resolving Disputes Regarding Secured
Claim and Extent of Lien* [Docket No. 106] (the "Stipulation") entered into between the Trustee,
on behalf of the Bankruptcy Estate, on the one hand, and secured creditor Nonprofit Finance
Fund, a New York not-for-profit corporation ("NFF"), on the other hand with respect to the
secured claim and associated prepetition lien (the "Prepetition Lien") asserted by NFF in this
chapter 7 bankruptcy case.

As further set forth in the Motion, the Stipulation is the result of extensive, good faith
negotiations between the Trustee and NFF.  The Trustee and NFF have disputed the extent and
validity of the Prepetition Lien as to certain asset categories of the Bankruptcy Estate and have
now reached an agreement memorialized in the Stipulation.  Under the Stipulation, NFF has
agreed to carve out from proceeds it would otherwise receive on account of its Prepetition Lien

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

NOTICE OF MOTION TO
APPROVE COMPROMISE

1  certain amounts for the benefit of the Bankruptcy Estate – the extent of which varies depending

2  upon the applicable asset category.  The Stipulation effectuates a compromise between NFF and

3  the Bankruptcy Estate over these specific asset categories and ensures a benefit to creditors under

4  each without the need for protracted and costly litigation.  As such, the Trustee believes that the

5  Stipulation is in the best interests of the Bankruptcy Estate under the circumstances, is well within

6  the Trustee's business judgment, and should be approved.

7       **PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice, the

8  *Declaration of Jason M. Rund* attached to the Motion, the record in this case and all other matters

9  of which this Court may take judicial notice pursuant to Rule 201 of the Federal Rules of

10  Evidence, and such further oral and documentary evidence as may be presented at any hearing on

11  this Motion.

12       **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting*

13  *Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice"), the

14  Motion constitutes a Limit Notice Matter and therefore the Trustee will serve the Motion and this

15  Notice on the Limited Service List.

16       **PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained

17  by accessing PACER through the United States Bankruptcy Court website for the Central District

18  of California at www.cacb.uscourts.gov or by contacting counsel for the Trustee:

19         Jeffrey A. Krieger, Esq.
       Keith Patrick Banner, Esq.
20         Greenberg Glusker Fields Claman & Machtinger LLP
       2049 Century Park East, Ste. 2600
21         Los Angeles, California 90067
       Telephone:  310.553.3610
22         Facsimile:  310.553.0687
       Email: JKrieger@GreenbergGlusker.com
23              KBanner@GreenbergGlusker.com

24       **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule

25  9013-1(f), any response or opposition to the Motion must be in writing in the form required by

26  Local Bankruptcy Rule 9013-1(f)(1), must be filed with the Court and served on counsel for the

27  Trustee at the address listed above, and on the Office of the United States Trustee at 915 Wilshire

28

**GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

NOTICE OF MOTION TO
APPROVE COMPROMISE

1    Boulevard, Suite 1850, Los Angeles, California 90017, at least fourteen (14) days prior to the date

2    of the hearing on the Motion.

3        As set forth in Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an

4    opposition or other response to the Motion may be deemed by the Court to constitute consent to

5    the granting of the Motion.

6

7    DATED:  April 1, 2020                    GREENBERG GLUSKER FIELDS CLAMAN
                                              & MACHTINGER LLP

8

9                                            By:    */s/ Jeffrey A. Krieger*
10                                                  JEFFREY A. KRIEGER
                                                    KEITH PATRICK BANNER
11                                                  Attorneys for Jason M. Rund,
                                                    Chapter 7 Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

NOTICE OF MOTION TO
APPROVE COMPROMISE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR NONPROFIT FINANCE FUND: (1) AUTHORIZING USE OF CASH COLLATERAL; (2) GRANTING CERTAIN CARVE OUTS FROM SENIOR LIEN IN FAVOR OF THE BANKRUPTCY ESTATE; AND (3) RESOLVING DISPUTES REGARDING SECURED CLAIM AND EXTENT OF LIEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 1, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) April 1, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute
6464 Sunset Blvd. Ste. 650
Los Angeles, CA 90028

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 1, 2020 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 1, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1
76214-00002/3758592.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
  0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Secured Creditors

| | | |
|---|---|---|
| Ford Motor Credit<br>260 Interstate N PKWY NW<br>Atlanta, GA 30339 | Jules and<br>Associates<br>2 Great Valley<br>Parkway,<br>Suite 300<br>Malvern, PA 19355 | Non-Profit Finance Fund<br>5 Hanover Square,<br>9th Floor<br>New York, NY 10004 |

Think Together
2101 E 4th St Ste. 200B
Santa Ana, CA 92705
Attn: Teresa A. McQueen,
General Counsel

Unsecured Creditors

| | | |
|---|---|---|
| American Express<br>World Financial Center<br>New York, NY 10285 | Bright Star Schools<br>2636 South Mansfield Avenue<br>Los Angeles, CA 90016 | C3 Business Solutions<br>3130 S. Harbor Blvd.<br>Suite 500<br>Santa Ana, CA 92704 |
| California Department of<br>Education<br>21st 1430 N Street<br>Sacramento, CA 95814-5901 | Department of Education (Los<br>Angeles Prom)<br>400 Maryland Avenue, SW<br>Washington, DC 20202 | Employed Security Service Center<br>Inc.<br>959 E., Walnut Street<br>Suite 112<br>Pasadena, CA 91106 |
| Fresh Start Meals Inc<br>1530 1st Street<br>San Fernando, CA 91340 | Granada Hills Charter High School<br>10535 Zelzah Avenue<br>Granada Hills, CA 91344 | JFK Transportation Company Inc.<br>980 W. 17th Street<br>Suite B<br>Santa Ana, CA 92706 |

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's
Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial
Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll
Services)
P.O. Box 930953
Atlanta, GA 91193

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.