Jason M. Rund
Email: trustee@srlawyers.com
840 Apollo Street, Suite 351
El Segundo, CA  90245
Telephone:  (310) 640-1200
Facsimile:  (310) 640-0200

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **NOTICE OF CHANGE OF DATE AND TIME FOR TELEPHONIC CONTINUED MEETING OF CREDTIORS PURSUANT TO 11 U.S.C. § 341** |
| | [No Hearing Required] |

TO THE DEBTOR(S), DEBTOR'S ATTORNEY, IF ANY, THE UNITED STATES TRUSTEE AND ALL OTHER INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED THAT the continued Meeting of Creditors in the above-entitled matter pursuant to United States Bankruptcy Code Section 341(a) originally scheduled for April 7, 2020 and thereafter postponed will now take place on **Monday, May 4, 2020 at 10:00 A.M. via telephone conference only by calling the following number and access code on the appointed date and time: 1-866-916-3454 and entering participant code 4876953#.** Debtor's counsel to notify the debtor(s).

Dated:  April 3, 2020            /s/ Jason M. Rund
                                  JASON M. RUND
                                  Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA  90245

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHANGE OF DATE AND TIME FOR TELEPHONIC CONTINUED MEETING OF CREDITORS PURSUANT TO 11 U.S.C. § 341** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 3, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel for Debtor: Kevin Meek, kmeek@robinskaplan.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 3, 2020 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**