JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, CA 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON 2016 FORD TRANSIT VAN**<br><br>**DECLARATION OF JASON M. RUND IN SUPPORT**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PURSUANT TO BANKRUPTCY RULE 6007(a) AND LBR 6007-1] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") hereby gives notice pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") and Local Bankruptcy Rule 6007-1 of his intent to abandon that

certain 2016 Ford Transit Van, VIN#1FTYE2CM7GKA40878 (the "Ford Transit Van"), which is currently parked at the facility formerly leased by the Debtor located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility").

**PLEASE TAKE FURTHER NOTICE** that the Debtor disclosed the Ford Transit Van as an asset of the bankruptcy estate in its Schedule A/B filed on December 3, 2019 with a purported value of $15,672.40.

**PLEASE TAKE FURTHER NOTICE** that the Trustee, through his investigations, understands that the Ford Transit Van is encumbered by a purchase money lien with Ford Motor Credit with an outstanding balance of approximately $13,000 as of the date the bankruptcy was commenced. Based on the Trustee's inspection of the Ford Transit Van, his assessment of the present value of the same, and in light of the lien held by Ford Motor Credit, the Trustee has concluded in his business judgment that the administrative burden of selling the Ford Transit Van would outweigh any potential realizable value. Therefore, the Ford Transit Van is of inconsequential value to the bankruptcy estate. Further, absent abandonment, the Trustee would be required to continue to pay insurance premiums on the Ford Transit Van, which imposes an administrative burden on the bankruptcy estate.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") this Notice constitutes a Limit Notice Matter and therefore the Trustee will serve this Notice on the Limited Service List (which includes all secured creditors). In addition, the Trustee will serve this Notice on Ford Motor Credit, as reflected in the accompanying proof of service. The Trustee submits that no further notice is required under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 6007-1, any objection to the Trustee's abandonment of the Ford Transit Van must be filed with the Court, along with a request for hearing, and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 2049 Century Park East, Ste. 2600, Los Angeles, California 90067; and (iii) the Office of the

1  United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017,

2  within seventeen (17) days from the date of service of this Notice.

3       **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 6007-

4  1(d) and 6007-1(e), if no timely objection and proper request for hearing is filed and served, the

5  Ford Transit Van is deemed abandoned without further order of the Court.

7  DATED:  April 6, 2020          GREENBERG GLUSKER FIELDS CLAMAN
                                           & MACHTINGER LLP

By: */s/ Jeffrey A. Krieger*
    JEFFREY A. KRIEGER
    KEITH PATRICK BANNER
    Attorneys for Jason M. Rund,
    Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

## DECLARATION OF JASON M. RUND

I, Jason M. Rund, declare:

1.　　I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, or have gained knowledge of them from pleadings and other documents typically obtained and reviewed by trustees administering estates or from the professionals employed to assist me herein, and, if called as a witness, I could and would testify competently thereto.

2.　　I, along with my counsel and field agent have visited and inspected the Debtor's former facility located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility").

3.　　During my visit and inspection of the Beverly Facility, I observed that, parked on the premises is a 2016 Ford Transit Van, VIN#1FTYE2CM7GKA40878 (the "Ford Transit Van"), which was owned by the Debtor pre-petition.

4.　　I further understand that the Ford Transit Van I observed at the Beverly Facility is the same Ford Transit Van the Debtor disclosed on its Schedule A/B filed on December 3, 2019 with a purported value of $15,672.40.

5.　　Based on my investigations, and the investigations of my professionals, I understand that the Ford Transit Van is encumbered by a purchase money lien with Ford Motor Credit with an outstanding balance of approximately $13,000 as of the date the bankruptcy was commenced.

6.　　Based on my inspection of the Ford Motor Transit Van, my assessment of the present value of the same, and in light of the lien held by Ford Motor Credit, I have concluded in my business judgment that the administrative burden of selling the Ford Transit Van would outweigh any potential realizable value. Therefore, the Ford Transit Van is of inconsequential value to the bankruptcy estate. Further, absent abandonment, I would be required to continue to pay insurance premiums on the Ford Transit Van, which imposes an administrative burden on the bankruptcy estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of April, 2020, at El Segundo, California.

_____
JASON M. RUND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON 2016 FORD TRANSIT VAN**
**DECLARATION OF JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 6, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) April 6, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute
6464 Sunset Blvd. Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 6, 2020 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 6, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Ford Motor Credit

FORD MOTOR CREDIT
PO Box 537901
Livonia, MI 48153

Ford Motor Credit
P.O. Box 650574
Dallas, TX 75265-0574

Ford Motor Credit
1501 North Plano Road Ste. 100.
Richardson, TX 75081

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Secured Creditors

Think Together
2101 E 4th St Ste. 200B
Santa Ana, CA 92705
Attn: Teresa A. McQueen,
General Counsel

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance
Fund
5 Hanover Square,
9th Floor
New York, NY 10004

Unsecured Creditors

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
3130 S. Harbor Blvd.
Suite 500
Santa Ana, CA 92704

California Department of
Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los
Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center
Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2
76214-00002/3760992.1

| | | |
|---|---|---|
| Fresh Start Meals Inc<br>1530 1st Street<br>San Fernando, CA 91340 | Granada Hills Charter High School<br>10535 Zelzah Avenue<br>Granada Hills, CA 91344 | JFK Transportation Company Inc.<br>980 W. 17th Street<br>Suite B<br>Santa Ana, CA 92706 |
| Multicultural Learning Center<br>7510 Desoto Avenue<br>Canoga Park, CA 91303 | NIU College<br>5959 Topanga Canyon Blvd.<br>Suite 110<br>Woodland Hills, CA 91367 | Oracle America, Inc.<br>P.O. Box 44471<br>San Francisco, CA 94144 |
| Orenda Education (Principal's Exchange)<br>2101 E. Fourth Street<br>Suite 200B<br>Santa Ana, CA 92705 | Roth Staffing Companies, L.P.<br>P.O. Box 60003<br>Anaheim, CA 92812 | Sabio Enterprises, Inc.<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230 |
| Spectrum<br>9260 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Staples Contract & Commercial Inc.<br>Dept. La<br>P.O. Box 83689<br>Chicago, IL 60696 | Staples Technology<br>P.O. Box 95230<br>Chicago, IL 60694 |
| Stem & More LLC<br>7618 Jellico Avenue<br>Northridge, CA 91325 | Ultimate Software (Payroll Services)<br>P.O. Box 930953<br>Atlanta, GA 91193 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 3
76214-00002/3760992.1