JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>               Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON REMAINING STORAGE UNITS LOCATED AT ARLETA STORAGE**<br><br>**DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT**<br><br>[NO HEARING REQUIRED UNLESS REQUESTED PURSUANT TO BANKRUPTCY RULE 6007(a) AND LBR 6007-1] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") hereby gives notice pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"

*GREENBERG GLUSKER FIELDS CLAMAN*
*& MACHTINGER LLP*
*2049 Century Park East, Ste. 2600*
*Los Angeles, California 90067*

1  and each, a "Bankruptcy Rule") and Local Bankruptcy Rule 6007-1 of his intent to abandon

2  certain personal property of the Debtor located at Arleta Storage, 8919 Woodman Ave., Arleta,

3  CA 91331 ("Arleta Storage"), as more fully described herein and in the accompanying

4  *Declaration of Tony Shokrai* (the "Shokrai Declaration").

5      **PLEASE TAKE FURTHER NOTICE** pursuant to the *Notice of Chapter 7 Trustee's*

6  *Intent to Abandon Certain Storage Units Located at Arleta Storage* [Docket No. 74] (the "First

7  Arleta Notice of Abandonment"), filed and served by the Trustee on January 17, 2020, the

8  Trustee previously abandoned the following storage units and their contents located at Arleta

9  Storage: Unit 3, Unit 4, Unit 6, Unit A116 Unit A129, Unit A140, Unit B-403 and Unit C-350.

10      **PLEASE TAKE FURTHER NOTICE** that the under the First Arleta Notice of

11  Abandonment, the Trustee did not seek to abandon the following units and their contents at Arleta

12  Storage: Unit 9, Unit 11, Unit 15 and Unit 28 (collectively the "Units").  As detailed in the First

13  Arleta Notice of Abandonment, the Trustee did not seek to abandon the Units as they potentially

14  contained documents responsive to a grand jury subpoena dated November 29, 2019 (the "Grand

15  Jury Subpoena") issued by the United States Department of Justice, United States Attorney's

16  Office in connection with a criminal investigation being conducted by the Department of Labor

17  (the "DOL").

18      **PLEASE TAKE FURTHER NOTICE** that the Trustee coordinated with the DOL to

19  permit its agents full access to the Units to retrieve all documents related to the Grand Jury

20  Subpoena.  On April 24, 2020 multiple agents of the DOL and the Los Angeles Unified School

21  District Office of the Inspector General ("LAUSD") visited Arleta Storage and inspected the

22  Units.  At the conclusion of their inspection, the agents confirmed that there are no documents

23  contained in the Units responsive to the Grand Jury Subpoena.

24      **PLEASE TAKE FURTHER NOTICE** that Trustee understands through communication

25  with representatives for the City of Los Angeles (the "City") that the City claims ownership over

26  certain documents of the Debtor.  As such, the Trustee shared detailed photos and videos of the

27  documents contained in the Units, from which the City determined there are no City documents

28  contained therein.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

NOTICE OF INTENT TO ABANDON
REMAINING ARLETA STORAGE UNITS

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

1    **PLEASE TAKE FURTHER NOTICE** that contents of the Units consist generally of

2    documents and materials used by the Debtor pre-petition in conducting its various after-school

3    and other programs, including sign-in sheets, activity materials and reports.  Photographs of the

4    contents of the Units are attached collectively as <u>Exhibit 1</u> to the Shokrai Declaration.  Based on

5    the Trustee's inspection of the contents of the Units, the Trustee has concluded in his business

6    judgment that the contents of the Units are of inconsequential value to the bankruptcy estate and

7    the administrative burden of selling the contents would outweigh any potential realizable value.

8    **PLEASE TAKE FURTHER NOTICE** that rent attributable to the Units remains unpaid

9    and the past due amount will continue to increase if the Units are not abandoned.  As such, the

10   Trustee has concluded that the Units are burdensome to the bankruptcy estate.

11   **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting*

12   *Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") this

13   Notice constitutes a Limit Notice Matter and therefore the Trustee will serve this Notice on the

14   Limited Service List (which includes all secured creditors which may have an interest in the

15   contents of the Units).  In addition, the Trustee will serve this Notice on Arleta Storage, the City,

16   and the DOL, through the Assistant United States Attorney, as reflected in the accompanying

17   proof of service.  The Trustee submits that no further notice is required under the circumstances.

18   **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule

19   6007-1, any objection to the Trustee's abandonment of the Units must be filed with the Court,

20   along with a request for hearing, and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El

21   Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker Fields

22   Claman & Machtinger LLP, Attn:  Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 1900

23   Avenue of the Stars, 21st Floor, Los Angeles, California 90067; and (iii) the Office of the United

24   States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within

25   seventeen (17) days from the date of service of this Notice.

26   / / /

27   / / /

28   / / /

NOTICE OF INTENT TO ABANDON
REMAINING ARLETA STORAGE UNITS

1        **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 6007-

2 1(d) and 6007-1(e), if no timely objection and proper request for hearing is filed and served, the

3 Units and their contents are deemed abandoned without further order of the Court.

4

5    DATED:  April 27, 2020            GREENBERG GLUSKER FIELDS CLAMAN
                        & MACHTINGER LLP

6

7                      By: */s/ Jeffrey A. Krieger*

8                        JEFFREY A. KRIEGER
                       KEITH PATRICK BANNER

9                        Attorneys for Jason M. Rund,
                       Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

NOTICE OF INTENT TO ABANDON
REMAINING ARLETA STORAGE UNITS

## DECLARATION OF TONY SHOKRAI

I, Tony Shokrai, declare:

1.    I am the President of Interco Management Corporation ("Interco"), proposed field agent for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2.    On behalf of the Trustee, I have accessed and inspected certain storage units leased by the Debtor pre-petition located at Arleta Storage, 8919 Woodman Ave., Arleta, CA 91331 ("Arleta Storage").

3.    My inspection of the Debtor's storage units located at Arleta Storage included the following units:  Unit 9, Unit 11, Unit 15 and Unit 28 (collectively the "Units").

4.    In my inspection of the Units, I observed that the contents of the Units consist generally of documents and materials used by the Debtor pre-petition in conducting its various after-school and other programs, including sign-in sheets, activity materials and reports.  True and correct photographs I took of the contents of the Units are collectively attached as Exhibit 1.

5.    On April 24, 2020 I accompanied multiple agents of the Department of Labor ("DOL") and the Los Angeles Unified School District Office of the Inspector General ("LAUSD") during their visit to Arleta Storage and inspection of the Units.  At the conclusion of their inspection, the agents confirmed to me that there are no documents contained in the Units responsive to the grand jury subpoena dated November 29, 2019 issued by the United States Department of Justice, United States Attorney's Office in connection with a criminal investigation being conducted by the DOL.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 6 day of April, 2020, at Santa Monica, California.

TONY SHOKRAI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

## DECLARATION OF JASON M. RUND

I, Jason M. Rund, declare:

1.      I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, or have gained knowledge of them from pleadings and other documents typically obtained and reviewed by trustees administering estates or from the professionals employed to assist me herein, and, if called as a witness, I could and would testify competently thereto.

2.      According to the Debtor's Statement of Financial Affairs [Docket No.16], prior to the commencement of the chapter 7 bankruptcy case, the Debtor leased storage units located at Arleta Storage, 8919 Woodman Ave., Arleta, CA 91331 ("Arleta Storage"). I understand through my investigations and the investigations of my professionals that the Debtor leased 12 units at Arleta Storage.

3.      On January 10, 2020, I, along with my counsel and field agent, visited Arleta Storage and inspected each of the storage units thereon previously leased by the Debtor on a month-to-month basis.

4.      With respect to Unit 9, Unit 11, Unit 15 and Unit 28 (collectively the "Units"), I observed the contents of the Units consist generally of documents and materials used by the Debtor pre-petition in conducting its various after-school and other programs, including sign-in sheets, activity materials and reports.

5.      Based on my inspection of the contents of the Units, I have concluded in my business judgment that the contents of the Units are of inconsequential value to the bankruptcy estate and the administrative burden of selling the contents would outweigh any potential realizable value.

6.      I understand that rent attributable to the Units remains unpaid and the past due amount will continue to increase if the Units are not abandoned. As such, the I have concluded that the Units are burdensome to the bankruptcy estate.

7.      Based on my previous inspection of the contents of the Units, I concluded there was a possibility that some of the Units potentially could have contained documents responsive to

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

1    a grand jury subpoena dated November 29, 2019 (the "Grand Jury Subpoena") issued by the

2    United States Department of Justice, United States Attorney's Office in connection with a

3    criminal investigation being conducted by the Department of Labor (the "DOL"). As such, I

4    coordinated with the DOL to permit its agents full access to the Units to retrieve all documents

5    related to the Grand Jury Subpoena. I understand that on April 24, 2020 multiple agents of the

6    DOL and the Los Angeles Unified School District Office of the Inspector General ("LAUSD")

7    visited Arleta Storage to inspect and retrieve any documents responsive to the Grand Jury

8    subpoena.

9         8.    I further understand through communication with representatives for the City of

10   Los Angeles (the "City") that the City claims ownership over certain documents of the Debtor. I,

11   through my counsel, shared detailed photos and videos of the documents contained in the Units,

12   from which the City determined there are no City documents contained therein.

13        I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct.

15        Executed this _25th_ day of April, 2020, at El Segundo, California.

18                                              JASON M. RUND

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars 21st Floor
Los Angeles, California 90067-4590

                                              DECLARATION OF
                                              JASON M. RUND

# "EXHIBIT 1"

# UNIT 9















# UNIT 11

















# UNIT 15











# UNIT 28











# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON REMAINING STORAGE UNITS LOCATED AT ARLETA STORAGE DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 27, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) April 27, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

⊠ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 27, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Via Overnight
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

Via Email
City of Los Angeles Community Director of EWDD
Chris Rajapakse- Chris.Rajapakse@lacity.org
Assistant United States Attorney
Kimberly Jaimez- Kimberly.Jaimez@usdoj.gov
Counsel to the Arleta Landlord
Bob Bass-Bob.Bass47@icloud.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 27, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

76214-00002/3772037.1

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
  0813@ecf.pacerpro.com


2. **SERVED BY UNITED STATES MAIL**:

Secured Creditors

| | | |
|---|---|---|
| Ford Motor Credit<br>260 Interstate N<br>PKWY NW<br>Atlanta, GA 30339 | Jules and Associates<br>2 Great Valley Parkway,<br>Suite 300<br>Malvern, PA 19355 | Non-Profit Finance Fund<br>5 Hanover Square,<br>9th Floor<br>New York, NY 10004 |

Unsecured Creditors

| | | |
|---|---|---|
| American Express<br>World Financial Center<br>New York, NY 10285 | Bright Star Schools<br>2636 South Mansfield Avenue<br>Los Angeles, CA 90016 | C3 Business Solutions<br>20321 SW Acacia St., Ste. 200<br>Newport Beach, CA 92660 |
| California Department of<br>Education<br>21st 1430 N Street<br>Sacramento, CA 95814-5901 | Department of Education (Los<br>Angeles Prom)<br>400 Maryland Avenue, SW<br>Washington, DC 20202 | Employed Security Service Center<br>Inc.<br>959 E., Walnut Street<br>Suite 112<br>Pasadena, CA 91106 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, , CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's
Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial
Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll
Services)
P.O. Box 930953
Atlanta, GA 91193

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.