JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND MDB INTERNATIONAL BRANDING LLC REGARDING: (1) ADMINISTRATIVE CLAIM RELATING TO BEVERLY FACILITY; AND (2) RELATED PROOF OF CLAIM (CLAIM NO. 101)** |

This stipulation (the "Stipulation") is made and entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and MDB International Branding LLC ("MDB"), on the other, through their counsel of record. The Trustee and MDB are sometimes referred to herein as the "Parties." This Stipulation is made with respect to the following facts:

**RECITALS**

A. On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), commencing the within chapter 7 bankruptcy case.

B. On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant to section 701 of the Bankruptcy Code.

C. Prior to the Petition Date, the Debtor and MDB entered into a commercial lease (the "Lease") of certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility" or the "Premises").  As of the Petition Date, the monthly rent under the Lease totaled approximately $65,785.80.

D. As of the Petition Date, the Debtor no longer occupied the Beverly Facility, but certain personal property of the Debtor remained at the Beverly Facility, including but not limited to furniture, fixtures and equipment; property used for the Debtor's various after-school and related programs; and paper records of the Debtor (collectively, the "Debtor's Personal Property").

E. Certain of the Debtor's Personal Property, specifically certain of the Debtor's paper records, were potentially responsive to a grand jury subpoena issued by the United States Department of Justice (the "DOJ"), which was served on the Trustee on November 26, 2019 (the "Grand Jury Subpoena") in connection with an ongoing criminal investigation being conducted by the Department of Labor, Office of the Inspector General (the "DOL").

F. In connection with the Grand Jury Subpoena, the Trustee, coordinated with the DOL and the DOJ to permit their respective agents' full access to the Beverly Facility to retrieve all documents related to the Grand Jury Subpoena.  On January 16, 2020, approximately 15 agents of the DOL, the Los Angeles Unified School District Office of the Inspector General ("LAUSD"), and the Federal Bureau of Investigation ("FBI") visited the Beverly Facility to inspect and retrieve responsive documents and interview former employees of the Debtor.  On January 23, 2020, the DOL, LAUSD and FBI conducted a second site visit on January 23, 2020, during which approximately 16 agents, again, inspected and retrieved documents responsive to

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

1    the Grand Jury Subpoena.

2    G.    Prior to the Petition Date, the Debtor and the non-profit organization Think

3    Together ("TT") entered into an agreement whereby TT would take over a number of the

4    Debtor's after-school and related programs.

5    H.    On or around the Petition Date, TT began to occupy some of the space in the

6    Beverly Facility formerly occupied by the Debtor.

7    I.    Neither the Debtor, nor the Trustee assigned the Lease or subleased any space at

8    the Beverly Facility to TT.

9    J.    On December 23, 2019, the Trustee and MDB entered into a *Stipulation Between*

10   *Chapter 7 Trustee and MDB International Branding LLC for Relief from the Automatic Stay*

11   *Regarding Beverly Facility* [Docket No. 53] (the "RFS Stipulation"), which the Bankruptcy Court

12   approved by ordered entered on December 27, 2019 [Docket No. 57].  According to the terms of

13   the RFS Stipulation, MDB and the Trustee agreed that, among other things, (1) MDB would be

14   granted immediate relief from the automatic stay as to TT; (2) effective January 31, 2020, MDB

15   would be granted relief from the automatic stay to proceed under state law to obtain full

16   possession of the Beverly Facility; and (3) all the rights of the parties regarding any purported

17   administrative claim of MDB would be preserved.

18   K.    Following the Bankruptcy Court's approval of the RFS Stipulation, MDB entered

19   into a short-term lease arrangement with TT to lease all but the warehouse portion of the Beverly

20   Facility retroactively to the Petition Date, for $25,0000 per month through May 31, 2020 (and

21   month-to-month thereafter).

22   L.    On January 28, 2020, the Trustee filed his *Chapter 7 Trustee's Motion for Order*

23   *Approving: (1) Rejection of Unexpired Lease Relating to the Beverly Facility Nunc Pro Tunc to*

24   *the Petition Date; and (2) Abandonment of Personal Property Located at the Beverly Facility*

25   [Docket No. 82] (the "Rejection/Abandonment Motion").

26   M.    In connection with the Rejection/Abandonment Motion, the Trustee and MDB

27   agreed that rejection of the Lease could be retroactive to the Petition Date, as long as all

28   respective rights were preserved regarding any potential administrative claim of MDB.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

76214-00002/3762183.6    3    STIPULATION RE: ADMINISTRATIVE CLAIM
RELATING TO BEVERLY FACILITY

N. Though no timely objection to the Rejection/Abandonment Motion was filed, the Bankruptcy Court requested that the matter be set for hearing on March 11, 2020 at 10:00 a.m. to address, among other things, when rejection of the Lease would become effective. *See* Docket No. 92.

O. After a hearing on the Rejection/Abandonment Motion, the Bankruptcy Court on March 13, 2020, entered its *Order Approving Chapter 7 Trustee's Motion for Order Approving: (1) Rejection of Unexpired Lease Relating to the Beverly Facility; and (2) Abandonment of Certain Personal Property Located at the Beverly Facility* [Docket No. 98] (the "Rejection/Abandonment Order"). Paragraphs 2 and 3 of the Rejection/Abandonment Order provide, as follows:

> 2. Pursuant to section 365 of the Bankruptcy Code, the Debtor's unexpired lease of real property relating to the Beverly Facility is **REJECTED**. The Court makes no determination as to the effective date of such lease rejection, except that such date shall be no later than the date of automatic rejection provided under section 365(d)(4) of the Bankruptcy Code.
>
> 3. The rejection granted hereunder is without prejudice to the respective rights of the Trustee, on behalf of the bankruptcy estate, and lessor MDB International Branding, LLC ("MDB") regarding any administrative claim MDB may seek with respect to the Beverly Facility, with all such rights being expressly reserved.

P. All the Debtor's Personal Property previously located at the Premises has either been removed or abandoned by the Trustee. Pursuant to the Rejection/Abandonment Order, the Trustee abandoned all estate property located at the Beverly Facility, with the exception of certain documents which were secured in the portion of the Premises leased by TT, by permission and consent of TT. Such documents have since been removed by the Trustee's agents or the City of Los Angeles (*See* Docket No. 99).

Q. On March 2, 2020, while the Rejection/Abandonment Motion was still pending, MDB filed its proof of claim in the chapter 7 bankruptcy case, which has been designated as Claim No. 101 (the "MDB POC") and is listed on the Claims Register maintained by the Clerk of the Court. Among other things, the MDB asserts lease rejection damages in the aggregate net amount of $731,764.09 (the "MDB POC Amount"), after application of the Debtor's security

deposit held by MDB. Included in the MDB POC Amount, MDB asserts a total of $69,101.73 of pre-petition unpaid rent for the month of November 2019 (the "November 2019 Rent").

R. The Trustee and MDB, through counsel, have engaged in extensive, good faith, negotiations regarding any administrative claim MDB may be entitled to on account of the Lease and/or the Beverly Facility. The Trustee has taken the position that, among other things, MDB's administrative claim for contract rent under the Lease does not extend beyond January 31, 2020 (i.e. the date relief from the automatic stay was automatically granted)[1]) and should be reduced by the monthly rent paid by TT – a position which MDB denies and disputes in light of the Bankruptcy Courts Rejection/Abandonment Motion not being entered until March 13, 2020. (the "Dispute").

S. The Parties have now reached an agreement which resolves the Dispute and provides MDB an allowed administrative claim on the terms set forth herein.

NOW, THEREFORE, in consideration of the foregoing and subject to the approval of the Bankruptcy Court, the Parties hereby stipulate and agree as follows:

**STIPULATION**

1. The Parties hereby represent that the Recitals in this Stipulation are incorporated herein by reference and shall be deemed to be true and correct representations of the Parties with respect to such statements as such statements apply to each Party.

2. Upon entry of an order approving this Stipulation, MDB will be granted an allowed administrative claim under section 503(b) of the Bankruptcy Code in the total amount of $105,000 (the "MDB Administrative Claim").

3. The MDB Administrative Claim is granted as consideration for full resolution of the Dispute and full satisfaction of any administrative claim of MDB relating to the Beverly Facility, whether or not heretofore asserted by MDB.

///

///

---

[1] On January 28, 2020, three days prior to the effective date of the stipulated relief from stay – the Trustee filed and served the Rejection/Abandonment Motion. *See* Docket No. 82.

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

   4. The MDB POC Amount shall be reduced by $69,101.73 (i.e. the November 2019 Rent). This agreed reduction is without prejudice to the right of the Trustee to later object, on any basis, to any other portion of the MDB POC Amount or the MDB POC.

   5. All disputes between the Parties regarding this Stipulation, the MDB Administrative Claim, the Lease, the Beverly Facility and/or the MDB POC shall be resolved in the Bankruptcy Court, which shall retain jurisdiction for all such matters.

   6. This Stipulation may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original. Such counterparts shall together constitute and be one and the same instrument.

DATED: April 30, 2020

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: /s/ Jeffrey A. Krieger
JEFFREY A. KRIEGER
Attorneys for Jason M. Rund, Chapter 7
Trustee for Youth Policy Institute, Inc.

DATED: April 29, 2020

LAW OFFICES OF DAVID W. MEADOWS

By: David W. Meadows
DAVID W. MEADOWS
Attorneys for MDB International Branding LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND MDB INTERNATIONAL BRANDING LLC REGARDING: (1) ADMINISTRATIVE CLAIM RELATING TO BEVERLY FACILITY; AND (2) RELATED PROOF OF CLAIM (CLAIM NO. 101)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) April 30, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) April 30, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) April 30, 2020 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 30, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*December 2012*     Page 1
76214-00002/3774562.1

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 2
76214-00002/3774562.1