JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON STORAGE UNIT LOCATED AT NOVA STORAGE** |
| | **DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** |
| | [NO HEARING REQUIRED UNLESS REQUESTED PURSUANT TO BANKRUPTCY RULE 6007(a) AND LBR 6007-1] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") hereby gives notice pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") and Local Bankruptcy Rule 6007-1 of his intention to abandon

certain personal property of the Debtor located at Nova Storage, 13043 Foothill Blvd., Sylmar, CA 91342 ("Nova Storage"), as more fully described herein and in the accompanying *Declaration of Tony Shokrai* (the "Shokrai Declaration").

**PLEASE TAKE FURTHER NOTICE** that after the bankruptcy was filed, the Trustee learned through his investigations that though the Debtor did not lease any units at Nova Storage, Unit 0021 (the "Unit") was leased pre-petition under the name of Anna Becerra, a former employee of the Debtor, but the personal property contained therein was property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that after learning the Unit potentially contained property of the bankruptcy estate, the Trustee coordinated with Ms. Becerra and counsel for Nova Storage to gain access to the Unit.

**PLEASE TAKE FURTHER NOTICE** that the Trustee's field agent has inspected the Unit and the contents thereof consist generally of documents and materials used by the Debtor pre-petition in conducting its various after-school and other programs, including sign-in sheets, activity materials and reports. Photographs of the contents of the Unit are attached collectively as Exhibit 1 to the Shokrai Declaration.

**PLEASE TAKE FURTHER NOTICE** that after learning the Unit contains documents of the Debtor relating to its various programs, the Trustee understood that the Unit potentially contained documents responsive to a grand jury subpoena dated November 29, 2019 (the "Grand Jury Subpoena") issued by the United States Department of Justice, United States Attorney's Office in connection with a criminal investigation being conducted by the Department of Labor (the "DOL").

**PLEASE TAKE FURTHER NOTICE** that the Trustee coordinated with the DOL to permit its agents full access to the Unit to retrieve all documents related to the Grand Jury Subpoena. On April 24, 2020 multiple agents of the DOL and the Los Angeles Unified School District Office of the Inspector General ("LAUSD") visited Nova Storage and inspected the Unit. Following their inspection, the agents confirmed that there are no documents contained in the Unit responsive to the Grand Jury Subpoena.

///

**PLEASE TAKE FURTHER NOTICE** that Trustee understands through communication with representatives for the City of Los Angeles (the "City") that the City claims ownership over certain documents of the Debtor. As such, the Trustee shared detailed photos and videos of the documents contained in the Unit, from which the City determined there are no City documents contained therein.

**PLEASE TAKE FURTHER NOTICE** that based on the Trustee's investigations, the Trustee has concluded in his business judgment that the contents of the Unit are of inconsequential value to the bankruptcy estate and the administrative burden of selling the contents would outweigh any potential realizable value.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") this Notice constitutes a Limit Notice Matter and therefore the Trustee will serve this Notice on the Limited Service List (which includes all secured creditors which may have an interest in the contents of the Unit). In addition, the Trustee will serve this Notice on counsel for Nova Storage, the City, and the DOL, through the Assistant United States Attorney, as reflected in the accompanying proof of service. The Trustee submits that no further notice is required under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 6007-1, any objection to the Trustee's abandonment of the Unit must be filed with the Court, along with a request for hearing, and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067; and (iii) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

///
///
///

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 6007-1(d) and 6007-1(e), if no timely objection and proper request for hearing is filed and served, the Unit and its contents are deemed abandoned without further order of the Court.

DATED: May 5, 2020

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Jeffrey A. Krieger*
    JEFFREY A. KRIEGER
    KEITH PATRICK BANNER
    Attorneys for Jason M. Rund,
    Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

## DECLARATION OF TONY SHOKRAI

I, Tony Shokrai, declare:

1. I am the President of Interco Management Corporation ("Interco"), field agent for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2. On behalf of the Trustee, I accessed and inspected Unit 0021 (the "Unit") located at Nova Storage, 13043 Foothill Blvd., Sylmar, CA 91342 ("Nova Storage").

3. In my inspection of the Unit, I observed that the contents of the Unit consist generally of documents and materials used by the Debtor pre-petition in conducting its various after-school and other programs, including sign-in sheets, activity materials and reports. True and correct photographs I took of the contents of the Unit are collectively attached as Exhibit 1.

4. On April 24, 2020, I accompanied multiple agents of the Department of Labor ("DOL") and the Los Angeles Unified School District Office of the Inspector General ("LAUSD") during their visit to Nova Storage and inspection of the Unit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5TH day of May, 2020, at Santa Monica, California.

_____
TONY SHOKRAI

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

# DECLARATION OF JASON M. RUND

I, Jason M. Rund, declare:

1.  I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, or I have gained knowledge of them from pleadings and other documents typically obtained and reviewed by trustees administering estates or from the professionals employed to assist me herein, and, if called as a witness, I could and would testify competently thereto.

2.  According to the Debtor's Statement of Financial Affairs [Docket No.16], the Debtor disclosed an off-premises storage unit located at Nova Storage, 13043 Foothill Blvd., Sylmar, CA 91342 ("Nova Storage"). I have since learned through my investigations and those of my professionals that, though the Debtor did not lease any units at Nova Storage, Unit 0021 at Nova Storage (the "Unit") was leased pre-petition under the name of Anna Becerra, a former employee of the Debtor, and the personal property contained therein was property of the Debtor.

3.  After learning that the Unit potentially contained property of the bankruptcy estate, I coordinated with Ms. Becerra and counsel for Nova Storage to gain access to the Unit.

4.  I understand through my review of the photographs and videos of the Unit taken by my field agent, that the contents of the Unit consist generally of documents and materials used by the Debtor pre-petition in conducting its various after-school and other programs, including sign-in sheets, activity materials and reports. I have further concluded, in my business judgment, from my review of the photographs and videos of the Unit, that the contents of the Unit are of inconsequential value to the bankruptcy estate and the administrative burden of selling the contents would outweigh any potential realizable value.

5.  After learning the Unit contains documents of the Debtor relating to its various programs, I understood that the Unit potentially contained documents responsive to a grand jury subpoena dated November 29, 2019 (the "Grand Jury Subpoena") issued by the United States Department of Justice, United States Attorney's Office in connection with a criminal investigation being conducted by the Department of Labor (the "DOL"). As such, I coordinated with the DOL to permit its agents full access to the Unit to retrieve all documents related to the

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

Grand Jury Subpoena. I understand that on April 24, 2020 multiple agents of the DOL and the Los Angeles Unified School District Office of the Inspector General ("LAUSD") visited Nova Storage and inspected the Unit. Following their inspection, the agents confirmed with my counsel that there are no documents contained in the Unit responsive to the Grand Jury Subpoena.

6. I further understand through communication with representatives for the City of Los Angeles (the "City") that the City claims ownership over certain documents of the Debtor. I, through my counsel, shared detailed photographs and videos of the documents contained in the Unit, from which the City determined there are no City documents contained therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2020, at El Segundo, CA            .

_____
JASON M. RUND

# EXHIBIT "1"

















# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON STORAGE UNIT LOCATED AT NOVA STORAGE**
**DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 5, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) May 5, 2020, *I had an attorney service* serve the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute
6464 Sunset Blvd. Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 5, 2020 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email
Assistant United States Attorney
Kimberly Jaimez- Kimberly.Jaimez@usdoj.gov
Julian Andre- Julian.L.Andre@usdoj.gov

Attorney for Nova Storage
Louis Pacella, Esq.- Louis@Pacellalaw.com

City of Los Angeles Community Director of EWDD
Chris Rajapakse- Chris.Rajapakse@lacity.org

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 5, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**: *via attorney service*

Secured Creditors

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

Think Together
2101 E 4th St Ste. 200B
Santa Ana, CA 92705
Attn: Teresa A. McQueen,
General Counsel

Unsecured Creditors

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
20321 SW Acacia St. Ste. 200
Newport Beach, CA 92660

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2
76214-00002/3777887.1

| | | |
|---|---|---|
| Multicultural Learning Center<br>7510 Desoto Avenue<br>Canoga Park, CA 91303 | NIU College<br>5959 Topanga Canyon Blvd.<br>Suite 110<br>Woodland Hills, CA 91367 | Oracle America, Inc.<br>P.O. Box 44471<br>San Francisco, CA 94144 |
| Orenda Education (Principal's Exchange)<br>2101 E. Fourth Street<br>Suite 200B<br>Santa Ana, CA 92705 | Roth Staffing Companies, L.P.<br>P.O. Box 60003<br>Anaheim, CA 92812 | Sabio Enterprises, Inc.<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230 |
| Spectrum<br>9260 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Staples Contract & Commercial Inc.<br>Dept. La<br>P.O. Box 83689<br>Chicago, IL 60696 | Staples Technology<br>P.O. Box 95230<br>Chicago, IL 60694 |
| Stem & More LLC<br>7618 Jellico Avenue<br>Northridge, CA 91325 | Ultimate Software (Payroll Services)<br>P.O. Box 930953<br>Atlanta, GA 91193 | |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                         Page 3
76214-00002/3777887.1