JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA DEPARTMENT OF EDUCATION RE: EXTENSION OF TIME TO OBJECT TO NOTICES OF ABANDONMENT RELATING TO ARLETA STORAGE AND NOVA STORAGE** |

This *Stipulation Between Chapter 7 Trustee and California Department of Education Re: Extension of Time to Object to Notices of Abandonment Relating to Arleta Storage and Nova Storage* (the "Stipulation") is hereby entered into by and between Jason M. Rund, solely in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor"), through counsel, on

the one hand, and the California Department of Education ("CDE"), on the other. The Trustee and CDE are sometimes referred to herein as the "Parties" and each, a "Party". The Trustee and CDE enter into this Stipulation with reference to the following facts:

## RECITALS

A. On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of title 11 of the United States Code, 11 U.S.C. 101, *et seq.* (the "Bankruptcy Code"), commencing the within chapter 7 bankruptcy case (the "Bankruptcy Case"). On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant to section 701 of the Bankruptcy Code.

B. As detailed in the corporate resolutions accompanying the Debtor's Petition (*See* Docket No. 1, the "Resolutions"), the Debtor is a non-profit corporation which operated after-school and extracurricular programs at nearly 100 sites in the Los Angeles area. In operating these programs, the Debtor was funded primarily through sizeable federal and state government grants. The Resolutions further detail that in early 2019, an audit revealed, among other things, irregularities and inaccurate disclosures and reports made in connection with the various grants the Debtor received, including the 21st Century programs funded by the CDE.

C. On April 27, 2020, the Trustee filed his *Notice of Chapter 7 Trustee's Intent to Abandon Remaining Storage Units Located at Arleta Storage* [Docket No. 113] (the "Arleta Abandonment Notice") pursuant to which the Trustee noticed his intention to abandon the following storage units and their contents located at Arleta Storage, 8919 Woodman Ave., Arleta, CA 91331 ("Arleta Storage"): Unit 9, Unit 11, Unit 15 and Unit 28 (collectively the "Arleta Units").

D. On May 5, 2020, the Trustee filed his *Notice of Chapter 7 Trustee's Intent to Abandon Storage Unit Located at Nova Storage* [Docket No. 122] (the "Nova Abandonment Notice" together with the Arleta Abandonment Notice, the "Abandonment Notices") pursuant to which the Trustee noticed his intention to abandon Unit 0021 (the "Nova Unit", together with the Arleta Units, the "Units") located at Nova Storage, 13043 Foothill Blvd., Sylmar, CA 91342 ("Nova Storage").

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

E. The Trustee understands that the contents of the Units generally consist of documents and materials used by the Debtor pre-petition in conducting its various after-school programs, including CDE-related programs, such as sign-in sheets, activity materials and reports.

F. Pursuant to Local Bankruptcy Rule 6007-1, the deadline for parties-in-interest to file an objection the Arleta Abandonment Notice is May 14, 2020 (the "Arleta Objection Deadline") and the deadline for parties in interest to file an objection to the Nova Abandonment Notice is May 22, 2020 (the "Nova Objection Deadline").

G. On May 11, 2020, the CDE contacted the Trustee's counsel and requested inspection of the Units in order to review documents relating to CDE-related programs, including but not limited to the 21st Century programs. The Trustee has agreed to allow the CDE to inspect the Units and to provide the CDE a limited extension of time to object to the Abandonment Notices

NOW, THEREFORE, in consideration of the foregoing, the Trustee and CDE stipulate and agree as follows:

**STIPULATION:**

1. As to the CDE only, the Arleta Objection Deadline and the Nova Objection Deadline are each extended to May 28, 2020 (the "CDE Objection Deadline").

2. Upon the occurrence of the CDE Objection Deadline, provided that no party-in-interest has filed a timely objection to the Abandonment Notices, the Units and their contents shall be automatically abandoned pursuant to Local Bankruptcy Rule 6007-1.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3. The extension of the time agreed to herein is without prejudice to any subsequent agreement among the Parties to further extend the CDE Objection Deadline, as appropriate.

IN WITNESS WHEREOF, the parties hereto execute this Stipulation as of the date set forth opposite their respective signatures.

DATED: May 13, 2020

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: /s/ Jeffrey A. Krieger
    JEFFREY A. KRIEGER
    Attorneys for Jason M. Rund, Chapter 7
    Trustee for Youth Policy Institute, Inc.

DATED May 12, 2020

XAVIER BECERRA
Attorney General of California

By: /s/ Matthew Heyn
    Matthew C. Heyn
    Deputy Attorney General
Attorneys for the California Department of Education

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA DEPARTMENT OF EDUCATION RE: EXTENSION OF TIME TO OBJECT TO NOTICES OF ABANDONMENT RELATING TO ARLETA STORAGE AND NOVA STORAGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 13, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) May 13, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 13, 2020 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 2

76214-00002/3783377.1