| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California 90067<br>Telephone:  310.553.3610<br>Fax:  310.553.0687<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.<br><br>                                                                 Debtor(s). | CASE NO.: 2:19-BK-23085-BB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA DEPARTMENT OF EDUCATION RE: EXTENSION OF TIME TO OBJECT TO NOTICES OF ABANDONMENT RELATING TO ARLETA STORAGE AND NOVA STORAGE [DOCKET NO. 124]** |

PLEASE TAKE NOTE that the order or judgment titled  ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA DEPARTMENT OF EDUCATION RE: EXTENSION OF TIME TO OBJECT TO NOTICES OF ABANDONMENT RELATING TO ARLETA STORAGE AND NOVA STORAGE
was lodged on (*date*) May 13, 2020  and is attached.  This order relates to the motion which is docket number 124.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                                                            **F 9021-1.2.BK.NOTICE.LODGMENT**

76214-00002/3784142.1

# EXHIBIT A

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | Case No. 2:19-bk-23085-BB |
|---|---|
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA DEPARTMENT OF EDUCATION RE: EXTENSION OF TIME TO OBJECT TO NOTICES OF ABANDONMENT RELATING TO ARLETA STORAGE AND NOVA STORAGE**<br><br>**[NO HEARING REQUIRED]** |

The Court having considered the *Stipulation Between Chapter 7 Trustee and California Department of Education Re: Extension of Time to Object to Notices of Abandonment Relating to Arleta Storage and Nova Storage* [Docket No. 124] (the "Stipulation") entered into by and between Jason M. Rund, solely in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute,

1   Inc. (the "Debtor"), through counsel, on the one hand, and the California Department of

2   Education ("CDE"), through counsel, on the other, relating to the following notices of

3   abandonment: (1) *Notice of Chapter 7 Trustee's Intent to Abandon Remaining Storage Units*

4   *Located at Arleta Storage* [Docket No. 113] (the "Arleta Abandonment Notice"); and (2) *Notice*

5   *of Chapter 7 Trustee's Intent to Abandon Storage Unit Located at Nova Storage* [Docket No.

6   122] (the "Nova Abandonment Notice" together with the Arleta Abandonment Notice, the

7   "Abandonment Notices"), and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Stipulation is **APPROVED**.

2. As to the CDE only, the deadlines to file an objection to the Arleta Abandonment Notice and the Nova Abandonment Notice are each extended to **May 28, 2020** (the "CDE Objection Deadline").

3. Upon the occurrence of the CDE Objection Deadline, provided that no party-in-interest has filed a timely objection to the Abandonment Notices, the applicable storage units and their contents shall be automatically abandoned pursuant to Local Bankruptcy Rule 6007-1.

4. The extension of the time granted herein is without prejudice to any subsequent agreement among the parties to further extend the CDE Objection Deadline, as appropriate.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 13, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) May 13, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) May 13, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 13, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                                                                                       **F 9021-1.2.BK.NOTICE.LODGMENT**

76214-00002/3784142.1