JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 14 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA DEPARTMENT OF EDUCATION RE: EXTENSION OF TIME TO OBJECT TO NOTICES OF ABANDONMENT RELATING TO ARLETA STORAGE AND NOVA STORAGE**<br><br>**[NO HEARING REQUIRED]** |

The Court having considered the *Stipulation Between Chapter 7 Trustee and California Department of Education Re: Extension of Time to Object to Notices of Abandonment Relating to Arleta Storage and Nova Storage* [Docket No. 124] (the "Stipulation") entered into by and between Jason M. Rund, solely in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute,

Inc. (the "Debtor"), through counsel, on the one hand, and the California Department of Education ("CDE"), through counsel, on the other, relating to the following notices of abandonment: (1) *Notice of Chapter 7 Trustee's Intent to Abandon Remaining Storage Units Located at Arleta Storage* [Docket No. 113] (the "Arleta Abandonment Notice"); and (2) *Notice of Chapter 7 Trustee's Intent to Abandon Storage Unit Located at Nova Storage* [Docket No. 122] (the "Nova Abandonment Notice" together with the Arleta Abandonment Notice, the "Abandonment Notices"), and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Stipulation is **APPROVED**.

2. As to the CDE only, the deadlines to file an objection to the Arleta Abandonment Notice and the Nova Abandonment Notice are each extended to **May 28, 2020** (the "CDE Objection Deadline").

3. Upon the occurrence of the CDE Objection Deadline, provided that no party-in-interest has filed a timely objection to the Abandonment Notices, the applicable storage units and their contents shall be automatically abandoned pursuant to Local Bankruptcy Rule 6007-1.

4. The extension of the time granted herein is without prejudice to any subsequent agreement among the parties to further extend the CDE Objection Deadline, as appropriate.

###

Date: May 14, 2020

Sheri Bluebond
United States Bankruptcy Judge