United States Bankruptcy Court
Central District of California

In re:  
Youth Policy Institute, Inc.  
    Debtor

Case No. 19-23085-BB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 1     Date Rcvd: May 14, 2020  
                    Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2020.  
db          #+Youth Policy Institute, Inc.,   6464 Sunset Blvd., Suite 650,   Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2020 at the address(es) listed below:

      Andy C Warshaw    on behalf of Creditor    Evaluation Specialists awarshaw@bwlawcenter.com, ecf@bwlawcenter.com  
      Christopher E Prince    on behalf of Interested Party    Courtesy NEF cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com  
      Daniel C Sharpe    on behalf of Creditor    I. A. , daniel.c.sharpe@me.com  
      Daniel C Sharpe    on behalf of Creditor    A.M. , daniel.c.sharpe@me.com  
      David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com  
      Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com  
      Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com  
      Jeffrey A Krieger    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com  
      Keith Patrick Banner    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com  
      Kevin Meek    on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com  
      Magdalena R Bordeaux    on behalf of Interested Party    Courtesy NEF mbordeaux@publiccounsel.org  
      Matthew N Sirolly    on behalf of Creditor    Labor Commissioner, California, Division of Labor Standards Enforcement msirolly@dir.ca.gov  
      Robert D Bass    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com  
      Shawn M Christianson    on behalf of Interested Party    Courtesy NEF cmcintire@buchalter.com, schristianson@buchalter.com  
      United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov  
                                                                                                                    TOTAL: 15

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 14 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA DEPARTMENT OF EDUCATION RE: EXTENSION OF TIME TO OBJECT TO NOTICES OF ABANDONMENT RELATING TO ARLETA STORAGE AND NOVA STORAGE**<br><br>**[NO HEARING REQUIRED]** |

The Court having considered the *Stipulation Between Chapter 7 Trustee and California Department of Education Re: Extension of Time to Object to Notices of Abandonment Relating to Arleta Storage and Nova Storage* [Docket No. 124] (the "Stipulation") entered into by and between Jason M. Rund, solely in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute,

Inc. (the "Debtor"), through counsel, on the one hand, and the California Department of Education ("CDE"), through counsel, on the other, relating to the following notices of abandonment: (1) *Notice of Chapter 7 Trustee's Intent to Abandon Remaining Storage Units Located at Arleta Storage* [Docket No. 113] (the "Arleta Abandonment Notice"); and (2) *Notice of Chapter 7 Trustee's Intent to Abandon Storage Unit Located at Nova Storage* [Docket No. 122] (the "Nova Abandonment Notice" together with the Arleta Abandonment Notice, the "Abandonment Notices"), and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Stipulation is **APPROVED**.

2. As to the CDE only, the deadlines to file an objection to the Arleta Abandonment Notice and the Nova Abandonment Notice are each extended to **May 28, 2020** (the "CDE Objection Deadline").

3. Upon the occurrence of the CDE Objection Deadline, provided that no party-in-interest has filed a timely objection to the Abandonment Notices, the applicable storage units and their contents shall be automatically abandoned pursuant to Local Bankruptcy Rule 6007-1.

4. The extension of the time granted herein is without prejudice to any subsequent agreement among the parties to further extend the CDE Objection Deadline, as appropriate.

###

Date: May 14, 2020

Sheri Bluebond
United States Bankruptcy Judge