| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Jason M. Rund<br>Chapter 7 Trustee<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245<br>Telephone: 310-640-1200<br>Facsimile: 310-640-0200<br>trustee@srlawyers.com<br><br>☒ *Chapter 7 trustee appearing without attorney*<br>☐ *Attorney for chapter 7 trustee* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Youth Policy Institute, Inc., | CASE NO.: 2:19-bk-23085-BB<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF TRUSTEE'S INTENT<br>TO PAY ADMINISTRATIVE EXPENSES<br>TOTALING $5,000 OR LESS**<br><br>**[LBR 2016-2(b)]** |
| Debtor(s). | [No Hearing Required (LBR 2016-2(b))] |

NOTICE IS HEREBY GIVEN that the duly appointed chapter 7 trustee intends to pay administrative expenses totaling $5,000 or less as described in Exhibit A (*attached*) using estate funds.

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**. Pursuant to LBR 2016-2(b), the trustee is not required to serve this notice on any party or the court, and the burden is on any party in interest who wishes to have notice to register for electronic notice or otherwise monitor the bankruptcy case docket, pursuant to 11 U.S.C. §§ 102(1) and 503(b) and 28 U.S.C. § 959(b). Any party who opposes to this notice may request a hearing on the notice. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date this notice is <u>filed</u>. If an opposition is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the notice, and the trustee will lodge a proposed order granting the motion.

Date: 05/29/2020

By: /s/ Jason M. Rund
*Signature of chapter 7 trustee or the trustee's attorney*

Name: Jason M. Rund
*Printed name of chapter 7 trustee or the trustee's attorney*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 1     **F 2016-2.3.NOTICE.TRUSTEE.DISBURSE**

**EXHIBIT "A"**

**Total Estimated Administrative Expenses for Which Court Approval is Sought at this Time:**

| | |
|---|---|
| $_____ | Advertising Sale of Assets |
| $ 2,635.41_____ | Insurance |
| $_____ | Rent |
| $_____ | Postpetition taxes payable pursuant to 11 U.S.C. § 503(b)(1)(B), but not preconversion taxes |
| $_____ | Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2) |
| **Total:**  $ 2,635.41_____ | **Estimated Administrative Expenses** |

The foregoing expenditures are justified by the following facts:

Please refer Attachment 1 consisting of three pages.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                          Page 2                          **F 2016-2.3.NOTICE.TRUSTEE.DISBURSE**

**Attachment 1**

### A. Commencement of the Bankruptcy Case

On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of the Bankruptcy Code, commencing the within chapter 7 bankruptcy case.

### B. Assets Requiring Insurance

Shortly after the Petition Date, the trustee reviewed debtor's insurance policies and learned the general liability coverages would expire December 31, 2019. The trustee determined that it was necessary and proper to maintain coverage for the premises where certain assets, business records and two vehicles were located. The trustee arranged insurance through Trustee Insurance Agency for the Beverly Facility (discussed below) and two Ford vans which the trustee ultimately decided to abandon. The total amount due is $2,635.41. This is the final amount and continued coverage is no longer necessary.

### C. The Beverly Facility

According to the Debtor's Schedule G, Item 2.146, the debtor discloses an unexpired commercial lease relating to certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility").

The Trustee, his counsel and his field agent visited and inspected the Beverly Facility and have observed that the facility is a large commercial space consisting of approximately 29,024 square feet of office space with an attached warehouse and loading dock. The Beverly Facility also has approximately 84 rooftop parking spaces. As of the Petition Date, the debtor no longer occupied the Beverly Facility, but left certain personal property onsite. The personal property left by the Debtor at the Beverly Facility largely consisted of fixtures, furniture, supplies, clothing, electronics, office equipment, including select computers and printers, office supplies, and documents. All personal property of the Debtor left at the Beverly Facility has since been removed or abandoned by the Trustee.

**D.     Grand Jury Subpoena**

The events detailed in the Debtor's resolutions accompanying the Petition, especially those relating to alleged falsified or incorrect reporting to government agencies, has prompted numerous government agencies to launch investigations of their own into the affairs of the Debtor and its former CEO, Dixon Slingerland.  One such investigation has been initiated by the U.S. Department of Labor (the "DOL"), as to which a grand jury subpoena issued by the United States Department of Justice (the "DOJ") was served on the Trustee on November 26, 2019 (the "Grand Jury Subpoena").

In connection with the Grand Jury Subpoena, the trustee, recognizing that there were numerous potentially responsive documents located at the Beverly Facility, coordinated with the DOL and the DOJ to permit their respective agents' full access to the Beverly Facility to retrieve all documents related to the Grand Jury Subpoena.  On January 16, 2020, approximately 15 agents of the DOL, the Los Angeles Unified School District Office of the Inspector General ("LAUSD"), and the Federal Bureau of Investigation ("FBI") visited the Beverly Facility to inspect and retrieve responsive documents and interview former employees of the Debtor.  On January 23, 2020, the DOL, LAUSD and FBI conducted a second site visit on January 23, 2020, during which approximately 16 agents, again, inspected and retrieved documents responsive to the Grand Jury Subpoena.

**E.     The Rejection/Abandonment Motion**

On January 28, 2020, the trustee filed his *Chapter 7 Trustee's Motion for Order Approving: (1) Rejection of Unexpired Lease Relating to the Beverly Facility Nunc Pro Tunc to the Petition Date; and (2) Abandonment of Personal Property Located at the Beverly Facility* [Docket No. 82] (the "Rejection/Abandonment Motion").  Pursuant to the Rejection/Abandonment Motion, the Trustee requested, among other things, (1) rejection of the Lease *nunc pro tunc* to the Petition Date; and (2) abandonment of all personal property located at the Beverly Facility.

Following a hearing on the Rejection/Abandonment Motion, on March 13, 2020, the Bankruptcy Court entered its *Order Approving Chapter 7 Trustee's Motion for Order Approving: (1) Rejection of Unexpired Lease Relating to the Beverly Facility; and (2) Abandonment of Certain Personal Property Located at the Beverly Facility* [Docket No. 98].

In addition, the Rejection/Abandonment Order provides that all personal property of the Debtor left at the Beverly Facility would be abandoned except certain documents segregated in that portion of the Beverly Facility occupied by Think Together (collectively, the "Retained Documents"). The Retained Documents included those City Program Materials subsequently abandoned by the Trustee, as discussed below.

### F. The City Program Materials

The Trustee understands through communication with representatives for the City of Los Angeles (the "City") that the City claims ownership over certain documents located at the Beverly Facility relating to programs operated under the City of Los Angeles Economic and Workforce Department (the "EWDD"). On March 11, 2020, the Trustee coordinated with the City to have its representatives inspect the Beverly Facility and identify any documents relating to EWDD programs. During that visit, the City identified approximately 200 boxes of applicable documents, consisting generally of intake sheets, reports and other documents made in connection with the various EWDD programs (collectively, the "City Program Materials"). On March 13, 2020, the Trustee filed his *Notice of Chapter 7 Trustee's Intent to Abandon Certain City Program Materials Relating to City of Los Angeles Programs Located at Beverly Facility* [Docket No. 99]. With no timely objection filed to the notice, the City Program Materials have been abandoned. On April 21, 2020, representatives of the City returned to the Beverly Facility and removed the City Program Materials. Also, on the same day, any further Retained Documents not previously removed and/or abandoned were retrieved, leaving no property of the bankruptcy estate at the facility.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA 90245

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Trustee's Intent to Pay Administrative Expenses Totaling $5,000 or Less [LBR 2016-2(b)]</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 29, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**   kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Robert D Bass**   bob.bass47@icloud.com
- **Jeffrey A Krieger**   jkrieger@ggfirm.com, kwoodson@greenbergglusker.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Kevin Meek**   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Matthew N Sirolly**   msirolly@dir.ca.gov
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**   gweiner@sidley.com, laefilingnotice@sidley.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On May 29, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Debtor</u>:
Youth Policy Institute, Inc.
6464 Sunset Blvd., Suite 650
Los Anglees, CA 90028

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 29, 2020 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**