JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 04 2020**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley    **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND MDB INTERNATIONAL BRANDING LLC REGARDING ADMINISTRATIVE CLAIM RELATING TO BEVERLY FACILITY**<br><br>Hearing<br>Date:      June 3, 2020<br>Time:     10:00 a.m.<br>Place:    Courtroom 1539<br>          United States Bankruptcy Court<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

On the above captioned date at the time noted, the Court considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Stipulation Between Chapter 7 Trustee and MDB International Branding LLC Regarding Administrative Claim Relating to Beverly Facility* [Docket No. 116] (the "Motion")[1] filed by Jason M. Rund, Chapter 7

---

[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

76214-00002/3796084.1                                              1                              ORDER GRANTING MOTION TO
                                                                                                  APPROVE COMPROMISE

Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor") for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the *Stipulation Between Chapter 7 Trustee and MDB International Branding LLC Regarding: (1) Administrative Claim Relating to Beverly Facility; and (2) Related Proof of Claim (Claim No. 101)* [Docket No. 115] (the "Stipulation") entered into between the Trustee, on behalf of the Bankruptcy Estate, on the one hand, and MDB International Branding LLC ("MDB" and together with the Trustee, the "Parties"), on the other hand, with respect to the Debtor's prepetition commercial lease with MDB (the "Lease") of certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility") and the dispute between the Parties regarding any administrative claim MDB may be entitled to on account of the Lease and/or the Beverly Facility, as more fully described in the Motion and Stipulation (the "Dispute").

The Court having reviewed the Motion, the Stipulation, and the *Declaration of Jason M. Rund* accompanying the Motion, no opposition having been filed to the Motion,

**IT IS HEREBY ORDERED that:**

1. The Motion is **GRANTED**.

2. The Stipulation is **APPROVED** in its entirety.

3. MDB is **GRANTED** an **ALLOWED** administrative claim under section 503(b) of the Bankruptcy Code in the total amount of $105,000 (the "MDB Administrative Claim").

4. The MDB Administrative Claim is granted as consideration for full resolution of the Dispute and full satisfaction of any administrative claim of MDB relating to the Beverly Facility, whether or not heretofore asserted by MDB.

5. The proof of claim filed by MDB in this chapter 7 bankruptcy case, which has been designated as Claim No. 101 (the "MDB POC") shall be reduced by $69,101.73. This reduction is without prejudice to the right of the Trustee to later object, on any basis, to the MDB POC Amount, or any portion thereof.

///

///

6. The Court retains jurisdiction for all matters regarding the Stipulation, the MDB Administrative Claim, the Lease, the Beverly Facility and/or the MDB POC.

####

Date: June 4, 2020

Sheri Bluebond
United States Bankruptcy Judge