United States Bankruptcy Court
Central District of California

In re:  
Youth Policy Institute, Inc.  
    Debtor

Case No. 19-23085-BB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0973-2     User: wjacksonC     Page 1 of 1     Date Rcvd: Jun 04, 2020
                             Form ID: pdf042     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.
db             #+Youth Policy Institute, Inc.,    6464 Sunset Blvd., Suite 650,    Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:
        Andy C Warshaw    on behalf of Creditor   Evaluation Specialists awarshaw@bwlawcenter.com,
         ecf@bwlawcenter.com
        Christopher E Prince    on behalf of Interested Party    Courtesy NEF cprince@lesnickprince.com,
         jmack@lesnickprince.com;cprince@ecf.courtdrive.com
        Daniel C Sharpe    on behalf of Creditor    I. A. ,   daniel.c.sharpe@me.com
        Daniel C Sharpe    on behalf of Creditor    A.M. ,   daniel.c.sharpe@me.com
        David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
        Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com,
         laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
        Jason M Rund (TR)     trustee@srlawyers.com,   jrund@ecf.axosfs.com
        Jeffrey A Krieger    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com,
         kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
        Keith Patrick Banner    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com,
         sharper@greenbergglusker.com;calendar@greenbergglusker.com
        Kevin Meek    on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com,
         kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
        Magdalena R Bordeaux    on behalf of Interested Party    Courtesy NEF mbordeaux@publiccounsel.org
        Matthew N Sirolly    on behalf of Creditor    Labor Commissioner, California, Division of Labor
         Standards Enforcement msirolly@dir.ca.gov
        Robert D Bass    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com
        Shawn M Christianson    on behalf of Interested Party    Courtesy NEF cmcintire@buchalter.com,
         schristianson@buchalter.com
        Sheryl K Ith    on behalf of Creditor    Ford Motor Credit Company LLC sith@cookseylaw.com,
         sith@ecf.courtdrive.com
        United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
                                                                                     TOTAL: 16

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 04 2020**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** wesley    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND MDB INTERNATIONAL BRANDING LLC REGARDING ADMINISTRATIVE CLAIM RELATING TO BEVERLY FACILITY**

Hearing
Date:   June 3, 2020
Time:   10:00 a.m.
Place:  Courtroom 1539
        United States Bankruptcy Court
        255 E. Temple Street
        Los Angeles, CA 90012

On the above captioned date at the time noted, the Court considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Stipulation Between Chapter 7 Trustee and MDB International Branding LLC Regarding Administrative Claim Relating to Beverly Facility* [Docket No. 116] (the "Motion")[1] filed by Jason M. Rund, Chapter 7

---

[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

76214-00002/3796084.1                    1                    ORDER GRANTING MOTION TO
                                                              APPROVE COMPROMISE

1  Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth

2  Policy Institute, Inc. (the "Debtor") for entry of an order pursuant to Rule 9019 of the Federal

3  Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule")

4  approving the *Stipulation Between Chapter 7 Trustee and MDB International Branding LLC*

5  *Regarding: (1) Administrative Claim Relating to Beverly Facility; and (2) Related Proof of Claim*

6  *(Claim No. 101)* [Docket No. 115] (the "Stipulation") entered into between the Trustee, on behalf

7  of the Bankruptcy Estate, on the one hand, and MDB International Branding LLC ("MDB" and

8  together with the Trustee, the "Parties"), on the other hand, with respect to the Debtor's

9  prepetition commercial lease with MDB (the "Lease") of certain real property located at 2707-11

10 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility") and the dispute between the

11 Parties regarding any administrative claim MDB may be entitled to on account of the Lease

12 and/or the Beverly Facility, as more fully described in the Motion and Stipulation (the "Dispute").

13     The Court having reviewed the Motion, the Stipulation, and the *Declaration of Jason M.*

14 *Rund* accompanying the Motion, no opposition having been filed to the Motion,

15     **IT IS HEREBY ORDERED that:**

16     1.    The Motion is **GRANTED**.

17     2.    The Stipulation is **APPROVED** in its entirety.

18     3.    MDB is **GRANTED** an **ALLOWED** administrative claim under section 503(b) of

19 the Bankruptcy Code in the total amount of $105,000 (the "MDB Administrative Claim").

20     4.    The MDB Administrative Claim is granted as consideration for full resolution of

21 the Dispute and full satisfaction of any administrative claim of MDB relating to the Beverly

22 Facility, whether or not heretofore asserted by MDB.

23     5.    The proof of claim filed by MDB in this chapter 7 bankruptcy case, which has

24 been designated as Claim No. 101 (the "MDB POC") shall be reduced by $69,101.73.  This

25 reduction is without prejudice to the right of the Trustee to later object, on any basis, to the MDB

26 POC Amount, or any portion thereof.

27 / / /

28 / / /

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

6. The Court retains jurisdiction for all matters regarding the Stipulation, the MDB Administrative Claim, the Lease, the Beverly Facility and/or the MDB POC.

####

Date: June 4, 2020

Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067