| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jason M. Rund<br>Chapter 7 Trustee<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245<br>Telephone: 310-640-1200<br>Facsimile:   310-640-0200<br>Email:        trustee@srlawyers.com<br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br>                                             Debtor. | CASE NO.: 2:19-bk-23085-BB<br><br>CHAPTER: 7 |
|---|---|
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 2016-2(b)** |
| | [No Hearing Required] |

1.  I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).

2.  On (*date*): 05/29/2020    Movant(s) filed a motion or application (Motion) entitled: Trustee's Notice of Intent to Pay Administrative Expenses Totaling $5,000 or Less

3.  A copy of the Motion and notice of motion is attached to this declaration.

4.  On (*date*): 05/29/2020   Movant(s), served a copy of   ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.

5.  Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6.  More than 14   days have passed after Movant(s) served the notice of motion.

7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

9.   Based on the foregoing, and pursuant to LBR 2016-2(b), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: 06/15/2020          /s/ Jason M. Rund_____
                         Signature


                         Jason M. Rund_____
                         Printed name

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

840 Apollo Street, Suite 351
El Segundo, CA 90245

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 2016-2(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 06/15/2020   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel for Trustee: Greenberg, Glusker, Fields, Claman & Machtinger, jkrieger@ggfirm.com, kbanner@greenbergglusker.com
Counsel for Debtor: Kevin Meeks, kmeek@robinskaplan.com
NEF: awarshaw@bwlawcenter.com; cprince@lesnickprince.com; daniel.c.sharpe@me.com; david@davidwmeadowslaw.com; mbordeaux@publiccounsel.org; msirolly@dir.ca.gov; ☐ Service information continued on attached page
bob.bass47@icloud.com; cmcintire@buchalter.com; sith@cookseylaw.com

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 06/15/2020 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## Trustee action:

[2:19-bk-23085-BB Youth Policy Institute, Inc.](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Los Angeles) |
| Assets: y | Judge: BB | |

### U.S. Bankruptcy Court

### Central District of California

Notice of Electronic Filing

The following transaction was received from Jason M Rund (TR) entered on 5/29/2020 at 1:19 PM PDT and filed on 5/29/2020

**Case Name:**        Youth Policy Institute, Inc.
**Case Number:**      [2:19-bk-23085-BB](#)
**Document Number:** [131](#)

**Docket Text:**
Notice of Motion and Motion Under LBR 2016-2 For Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee *Notice of Trustee's Intent to Pay Administrative Expenses Totaling $5,000 or Less [LBR 2016-2(b)]* Filed by Trustee Jason M Rund (TR). (Rund (TR), Jason)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Y:\EPIQ\TCMSWIN\DocMan\YOUTH POLICY INSTITUTE, INC. [2_19-23085] \Pleadings\Notice Intent to Pay Administrative Claims - Insurance 05-29-2020.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=5/29/2020] [FileNumber=98078386-0] [b9ef368cc78bc87b1c0bfaf0bf0b79b95dfca9ec0a48a076b0ba490c2e2acc856f 9f73ebb6711617e99f9da6180977a74978cca7750041f29e91202efe5276e4]]

**2:19-bk-23085-BB Notice will be electronically mailed to:**

Keith Patrick Banner on behalf of Trustee Jason M Rund (TR)
kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com

Robert D Bass on behalf of Attorney Robert D. Bass
bob.bass47@icloud.com

Magdalena R Bordeaux on behalf of Interested Party Courtesy NEF
mbordeaux@publiccounsel.org

Shawn M Christianson on behalf of Interested Party Courtesy NEF
cmcintire@buchalter.com, schristianson@buchalter.com

Sheryl K Ith on behalf of Creditor Ford Motor Credit Company LLC
sith@cookseylaw.com, sith@ecf.courtdrive.com

Jeffrey A Krieger on behalf of Trustee Jason M Rund (TR)
jkrieger@ggfirm.com,
kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Kevin Meek on behalf of Debtor Youth Policy Institute, Inc.
kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Christopher E Prince on behalf of Interested Party Courtesy NEF
cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com

Jason M Rund (TR)
trustee@srlawyers.com, jrund@ecf.axosfs.com

Daniel C Sharpe on behalf of Creditor A.M.
, daniel.c.sharpe@me.com

Daniel C Sharpe on behalf of Creditor I. A.
, daniel.c.sharpe@me.com

Matthew N Sirolly on behalf of Creditor Labor Commissioner, California, Division of Labor Standards
Enforcement
msirolly@dir.ca.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Andy C Warshaw on behalf of Creditor Evaluation Specialists
awarshaw@bwlawcenter.com, ecf@bwlawcenter.com

Genevieve G Weiner on behalf of Creditor Nonprofit Finance Fund
gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

**2:19-bk-23085-BB Notice will not be electronically mailed to:**

Greenberg Glusker Fields Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067

Hahn Fife & Company, LLP
,

Interco Management Corporation
2118 Wilshire Blvd., #717

Santa Monica, CA 90403

David Oshiro
,

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jason M. Rund<br>Chapter 7 Trustee<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245<br>Telephone: 310-640-1200<br>Facsimile: 310-640-0200<br>trustee@srlawyers.com<br><br>☒ *Chapter 7 trustee appearing without attorney*<br>☐ *Attorney for chapter 7 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Youth Policy Institute, Inc., | CASE NO.: 2:19-bk-23085-BB<br><br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF TRUSTEE'S INTENT<br>TO PAY ADMINISTRATIVE EXPENSES<br>TOTALING $5,000 OR LESS**<br><br>**[LBR 2016-2(b)]** |
| Debtor(s). | [No Hearing Required (LBR 2016-2(b))] |

NOTICE IS HEREBY GIVEN that the duly appointed chapter 7 trustee  intends to pay administrative expenses totaling $5,000 or less as described in Exhibit A (*attached*) using estate funds.

**DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING**. Pursuant to LBR 2016-2(b), the trustee is not required to serve this notice on any party or the court, and the burden is on any party in interest who wishes to have notice to register for electronic notice or otherwise monitor the bankruptcy case docket, pursuant to 11 U.S.C. §§ 102(1) and 503(b) and 28 U.S.C. § 959(b).  Any party who opposes to this notice may request a hearing on the notice.  The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date this notice is filed.  If an opposition is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing.  If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the notice, and the trustee will lodge a proposed order granting the motion.

Date: 05/29/2020

By: /s/ Jason M. Rund
*Signature of chapter 7 trustee or the trustee's attorney*

Name: Jason M. Rund
*Printed name of chapter 7 trustee or the trustee's attorney*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 1                          **F 2016-2.3.NOTICE.TRUSTEE.DISBURSE**

**EXHIBIT "A"**

**Total Estimated Administrative Expenses for Which Court Approval is Sought at this Time:**

$_____  Advertising Sale of Assets

$ 2,635.41_____  Insurance

$_____  Rent

$_____  Postpetition taxes payable pursuant to 11 U.S.C. § 503(b)(1)(B), but not
                                 preconversion taxes

$_____  Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

**Total:** $ 2,635.41_____  **Estimated Administrative Expenses**


The foregoing expenditures are justified by the following facts:

  Please refer Attachment 1 consisting of three pages.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Attachment 1**

### A.    Commencement of the Bankruptcy Case

On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of the Bankruptcy Code, commencing the within chapter 7 bankruptcy case.

### B.    Assets Requiring Insurance

Shortly after the Petition Date, the trustee reviewed debtor's insurance policies and learned the general liability coverages would expire December 31, 2019.  The trustee determined that it was necessary and proper to maintain coverage for the premises where certain assets, business records and two vehicles were located.  The trustee arranged insurance through Trustee Insurance Agency for the Beverly Facility (discussed below) and two Ford vans which the trustee ultimately decided to abandon.  The total amount due is $2,635.41.  This is the final amount and continued coverage is no longer necessary.

### C.    The Beverly Facility

According to the Debtor's Schedule G, Item 2.146, the debtor discloses an unexpired commercial lease relating to certain real property located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility").

The Trustee, his counsel and his field agent visited and inspected the Beverly Facility and have observed that the facility is a large commercial space consisting of approximately 29,024 square feet of office space with an attached warehouse and loading dock.  The Beverly Facility also has approximately 84 rooftop parking spaces.  As of the Petition Date, the debtor no longer occupied the Beverly Facility, but left certain personal property onsite.  The personal property left by the Debtor at the Beverly Facility largely consisted of fixtures, furniture, supplies, clothing, electronics, office equipment, including select computers and printers, office supplies, and documents.  All personal property of the Debtor left at the Beverly Facility has since been removed or abandoned by the Trustee.

1      **D.      Grand Jury Subpoena**

2          The events detailed in the Debtor's resolutions accompanying the Petition, especially those

3 relating to alleged falsified or incorrect reporting to government agencies, has prompted numerous

4 government agencies to launch investigations of their own into the affairs of the Debtor and its

5 former CEO, Dixon Slingerland.  One such investigation has been initiated by the U.S. Department

6 of Labor (the "DOL"), as to which a grand jury subpoena issued by the United States Department of

7 Justice (the "DOJ") was served on the Trustee on November 26, 2019 (the "Grand Jury Subpoena").

8          In connection with the Grand Jury Subpoena, the trustee, recognizing that there were

9 numerous potentially responsive documents located at the Beverly Facility, coordinated with the

10 DOL and the DOJ to permit their respective agents' full access to the Beverly Facility to retrieve all

11 documents related to the Grand Jury Subpoena.  On January 16, 2020, approximately 15 agents of

12 the DOL, the Los Angeles Unified School District Office of the Inspector General ("LAUSD"), and

13 the Federal Bureau of Investigation ("FBI") visited the Beverly Facility to inspect and retrieve

14 responsive documents and interview former employees of the Debtor.  On January 23, 2020, the

15 DOL, LAUSD and FBI conducted a second site visit on January 23, 2020, during which

16 approximately 16 agents, again, inspected and retrieved documents responsive to the Grand Jury

17 Subpoena.

18      **E.      The Rejection/Abandonment Motion**

19          On January 28, 2020, the trustee filed his *Chapter 7 Trustee's Motion for Order Approving:*

20 *(1) Rejection of Unexpired Lease Relating to the Beverly Facility Nunc Pro Tunc to the Petition*

21 *Date; and (2) Abandonment of Personal Property Located at the Beverly Facility* [Docket No. 82]

22 (the "Rejection/Abandonment Motion").  Pursuant to the Rejection/Abandonment Motion, the

23 Trustee requested, among other things, (1) rejection of the Lease *nunc pro tunc* to the Petition Date;

24 and (2) abandonment of all personal property located at the Beverly Facility.

25          Following a hearing on the Rejection/Abandonment Motion, on March 13, 2020, the

26 Bankruptcy Court entered its *Order Approving Chapter 7 Trustee's Motion for Order Approving: (1)*

27 *Rejection of Unexpired Lease Relating to the Beverly Facility; and (2) Abandonment of Certain*

28 *Personal Property Located at the Beverly Facility* [Docket No. 98].

1    In addition, the Rejection/Abandonment Order provides that all personal property of the

2  Debtor left at the Beverly Facility would be abandoned except certain documents segregated in that

3  portion of the Beverly Facility occupied by Think Together (collectively, the "Retained

4  Documents"). The Retained Documents included those City Program Materials subsequently

5  abandoned by the Trustee, as discussed below.

6    **F.    The City Program Materials**

7    The Trustee understands through communication with representatives for the City of Los

8  Angeles (the "City") that the City claims ownership over certain documents located at the Beverly

9  Facility relating to programs operated under the City of Los Angeles Economic and Workforce

10  Department (the "EWDD"). On March 11, 2020, the Trustee coordinated with the City to have its

11  representatives inspect the Beverly Facility and identify any documents relating to EWDD programs.

12  During that visit, the City identified approximately 200 boxes of applicable documents, consisting

13  generally of intake sheets, reports and other documents made in connection with the various EWDD

14  programs (collectively, the "City Program Materials").   On March 13, 2020, the Trustee filed his

15  *Notice of Chapter 7 Trustee's Intent to Abandon Certain City Program Materials Relating to City of*

16  *Los Angeles Programs Located at Beverly Facility* [Docket No. 99].   With no timely objection filed

17  to the notice, the City Program Materials have been abandoned. On April 21, 2020, representatives

18  of the City returned to the Beverly Facility and removed the City Program Materials. Also, on the

19  same day, any further Retained Documents not previously removed and/or abandoned were

20  retrieved, leaving no property of the bankruptcy estate at the facility.

21

22

23

24

25

26

27

28

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

SHERIDAN & RUND
840 Apollo Street, Suite 351
El Segundo, CA  90245

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Trustee's Intent to Pay Administrative Expenses Totaling $5,000 or Less [LBR 2016-2(b)]</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 29, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**   kbanner@greenbergglusker.com, sharper@greenbergglusker.com
- **Robert D Bass**   bob.bass47@icloud.com
- **Jeffrey A Krieger**   jkrieger@ggfirm.com, kwoodson@greenbergglusker.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Kevin Meek**   kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Matthew N Sirolly**   msirolly@dir.ca.gov
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Genevieve G Weiner**   gweiner@sidley.com, laefilingnotice@sidley.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On May 29, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

<u>Debtor</u>:
Youth Policy Institute, Inc.
6464 Sunset Blvd., Suite 650
Los Angeles, CA 90028

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 29, 2020 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**