| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>Jason M. Rund<br>Chapter 7 Trustee<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245<br>Telephone: 310-640-1200<br>Facsimile: 310-640-0200<br>trustee@srlawyers.com | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>JUN 16 2020<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY wesley    DEPUTY CLERK |
| ☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br><br>YOUTH POLICY INSTITUTE, INC,<br><br><br><br><br><br>Debtor. | CASE NO.: 2:19-bk-23085-BB<br><br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S NOTICE OF INTENT TO PAY ADMINISTRATIVE EXPENSES TOTALING $5,000 OR LESS**<br><br>**[LBR 2016-2(b)] [Doc No. 1299]**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based upon the trustee's notice of intent to pay administrative expenses totaling $5,000 or less filed as docket entry number 131 (Motion), the Motion is:

☒ **GRANTED.**  The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit A to the Motion.

☐ Denied.  The trustee is not authorized to disburse funds from the estate as set forth in Exhibit B to the Motion.

☐ Set for hearing on _____ at _____.  The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                      Page 1                      **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**

☐ Other (*specify*):

### ###

Date: June 16, 2020

Sheri Bluebond
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                              Page 2                              **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**