United States Bankruptcy Court
Central District of California

In re:                                                              Case No. 19-23085-BB
Youth Policy Institute, Inc.                                        Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin          Page 1 of 1          Date Rcvd: Jun 16, 2020
                    Form ID: pdf042       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
db              #+Youth Policy Institute, Inc.,    6464 Sunset Blvd., Suite 650,   Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
       Andy C Warshaw   on behalf of Creditor   Evaluation Specialists  awarshaw@bwlawcenter.com,
    ecf@bwlawcenter.com
       Christopher E Prince   on behalf of Interested Party   Courtesy NEF cprince@lesnickprince.com,
    jmack@lesnickprince.com;cprince@ecf.courtdrive.com
       Daniel C Sharpe   on behalf of Creditor   I. A. ,  daniel.c.sharpe@me.com
       Daniel C Sharpe   on behalf of Creditor   A.M. ,  daniel.c.sharpe@me.com
       David W. Meadows   on behalf of Interested Party   Courtesy NEF david@davidwmeadowslaw.com
       Genevieve G Weiner   on behalf of Creditor   Nonprofit Finance Fund gweiner@sidley.com,
    laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
       Jason M Rund (TR)   trustee@srlawyers.com,  jrund@ecf.axosfs.com
       Jeffrey A Krieger   on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com,
    kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
       Keith Patrick Banner   on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com,
    sharper@greenbergglusker.com;calendar@greenbergglusker.com
       Kevin Meek   on behalf of Debtor   Youth Policy Institute, Inc. kmeek@robinskaplan.com,
    kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
       Magdalena R Bordeaux   on behalf of Interested Party   Courtesy NEF mbordeaux@publiccounsel.org
       Matthew N Sirolly   on behalf of Creditor   Labor Commissioner, California, Division of Labor
    Standards Enforcement msirolly@dir.ca.gov
       Robert D Bass   on behalf of Attorney Robert D. Bass bob.bass47@icloud.com
       Shawn M Christianson   on behalf of Interested Party   Courtesy NEF cmcintire@buchalter.com,
    schristianson@buchalter.com
       Sheryl K Ith   on behalf of Creditor   Ford Motor Credit Company LLC sith@cookseylaw.com,
    sith@ecf.courtdrive.com
       United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                          TOTAL: 16

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jason M. Rund<br>Chapter 7 Trustee<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245<br>Telephone: 310-640-1200<br>Facsimile: 310-640-0200<br>trustee@srlawyers.com<br><br><br>☐ *Attorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | **FILED & ENTERED**<br><br>**JUN 16 2020**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY wesley    DEPUTY CLERK |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re:<br><br><br>YOUTH POLICY INSTITUTE, INC,<br><br><br><br><br><br><br>                                        Debtor. | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7<br><br>**ORDER ON TRUSTEE'S NOTICE OF INTENT TO PAY ADMINISTRATIVE EXPENSES TOTALING $5,000 OR LESS**<br><br>**[LBR 2016-2(b)] [Doc No. 1299]**<br><br>☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based upon the trustee's notice of intent to pay administrative expenses totaling $5,000 or less filed as docket entry number <u>131</u> (Motion), the Motion is:

☒ **GRANTED.** The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit A to the Motion.

☐ Denied. The trustee is not authorized to disburse funds from the estate as set forth in Exhibit B to the Motion.

☐ Set for hearing on _____ at _____. The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**

☐ Other (*specify*):


### ###



Date: June 16, 2020

Sheri Bluebond
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                         Page 2                  **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**