1  JEFFREY A. KRIEGER (SBN 156535)
   JKrieger@GreenbergGlusker.com
2  KEITH PATRICK BANNER (SBN 259502)
   KBanner@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
4  2049 Century Park East, Ste. 2600
   Los Angeles, California 90067
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
7  Attorneys for Jason M. Rund,
   Chapter 7 Trustee

8
                    UNITED STATES BANKRUPTCY COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                         LOS ANGELES DIVISION
11

12  In re:                              Case No. 2:19-bk-23085-BB
13  YOUTH POLICY INSTITUTE, INC.,       Chapter 7
14        Debtor.                       **NOTICE OF CHAPTER 7 TRUSTEE'S
                                        INTENT TO ABANDON STORAGE UNIT
15                                      LOCATED AT EXTRA SPACE STORAGE**
16                                      **DECLARATIONS OF TONY SHOKRAI
                                        AND JASON M. RUND IN SUPPORT**
17
                                        [NO HEARING REQUIRED UNLESS
18                                      REQUESTED PURSUANT TO
                                        BANKRUPTCY RULE 6007(a) AND LBR
19                                      6007-1]
20

21

22      **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY**

23  **JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-**

24  **INTEREST HEREIN:**

25      **PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the

26  bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") hereby gives notice

27  pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"

28  and each, a "Bankruptcy Rule") and Local Bankruptcy Rule 6007-1 of his intention to abandon

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

1   certain personal property of the Debtor located at Extra Space Storage located at 4728 Fountain

2   Ave., Los Angeles, CA 90029 ("Extra Space Storage"), as more fully described herein and in the

3   accompanying *Declaration of Tony Shokrai* (the "Shokrai Declaration").

4        **PLEASE TAKE FURTHER NOTICE** that post-petition the Trustee learned through his

5   investigations that Unit 3106 (the "Unit") at Extra Space Storage was leased pre-petition by the

6   Debtor.

7        **PLEASE TAKE FURTHER NOTICE** that after learning the Unit potentially contained

8   property of the bankruptcy estate, the Trustee, through counsel, attempted multiple times to

9   contact Extra Space Storage and coordinate access to the Unit.  It was not until April 2020 that

10  Extra Space Storage responded to the Trustee's repeated demands and agreed to provide the

11  Trustee and his professionals access to the Unit.

12       **PLEASE TAKE FURTHER NOTICE** that the Trustee's field agent has inspected the

13  Unit and the contents thereof consist generally of documents and materials used by the Debtor

14  pre-petition in conducting its various after-school and other programs, including sign-in sheets,

15  activity materials and reports.  Photographs of the contents of the Unit are attached collectively as

16  Exhibit 1 to the Shokrai Declaration.

17       **PLEASE TAKE FURTHER NOTICE** that after learning the Unit contains documents

18  of the Debtor relating to its various programs, the Trustee understood that the Unit potentially

19  contained documents responsive to a grand jury subpoena dated November 29, 2019 (the "Grand

20  Jury Subpoena") issued by the United States Department of Justice, United States Attorney's

21  Office in connection with a criminal investigation being conducted by the Department of Labor

22  (the "DOL").  As such, the Trustee shared detailed photos and videos of the documents contained

23  in the Unit, from which the DOL determined there are no documents contained therein necessary

24  for their investigations or responsive to the Grand Jury Subpoena.

25       **PLEASE TAKE FURTHER NOTICE** that Trustee understands through

26  communications with representatives for the City of Los Angeles (the "City") that the City claims

27  ownership over certain documents of the Debtor.  As such, the Trustee shared detailed photos and

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

1  videos of the documents contained in the Unit, from which the City determined there are no City

2  documents contained therein.

3      **PLEASE TAKE FURTHER NOTICE** that Trustee understands through

4  communications with representatives for the California Department of Education ("CDE") that

5  the CDE wishes to inspect the contents of the Unit for information relating to CDE programs.

6  The Trustee is coordinating such an inspection with the CDE, which the Trustee anticipates will

7  be completed prior to the effective date of abandonment under this Notice.

8      **PLEASE TAKE FURTHER NOTICE** that based on the Trustee's investigations, the

9  Trustee has concluded in his business judgment that the contents of the Unit are of

10  inconsequential value to the bankruptcy estate and the administrative burden of selling the

11  contents would outweigh any potential realizable value.

12      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting

13  Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") this

14  Notice constitutes a Limit Notice Matter and therefore the Trustee will serve this Notice on the

15  Limited Service List (which includes all secured creditors which may have an interest in the

16  contents of the Unit).  In addition, the Trustee will serve this Notice on Extra Space Storage

17  (through their district manager), the City, the CDE and the DOL (through the Assistant United

18  States Attorney), as reflected in the accompanying proof of service.  The Trustee submits that no

19  further notice is required under the circumstances.

20      **PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule

21  6007-1, any objection to the Trustee's abandonment of the Unit must be filed with the Court,

22  along with a request for hearing, and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El

23  Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker Fields

24  Claman & Machtinger LLP, Attn:  Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 2049

25  Century Park East, Suite 2600, Los Angeles, California 90067; and (iii) the Office of the United

26  States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within

27  seventeen (17) days from the date of service of this Notice.

28  / / /

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

NOTICE OF INTENT TO ABANDON
EXTRA SPACE STORAGE UNIT

1       **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 6007-

2 1(d) and 6007-1(e), if no timely objection and proper request for hearing is filed and served, the

3 Unit and its contents are deemed abandoned without further order of the Court.

4

5   DATED:  June 22, 2020                GREENBERG GLUSKER FIELDS CLAMAN
                                & MACHTINGER LLP

6

7                              By: */s/ Jeffrey A. Krieger*

8                                 JEFFREY A. KRIEGER
                                KEITH PATRICK BANNER

9                                 Attorneys for Jason M. Rund,
                                Chapter 7 Trustee

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

### DECLARATION OF TONY SHOKRAI

I, Tony Shokrai, declare:

1.　　I am the President of Interco Management Corporation ("Interco"), field agent for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor").  I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2.　　On behalf of the Trustee, I accessed and inspected Unit 3106 (the "Unit") located at Extra Space Storage, 4728 Fountain Ave., Los Angeles, CA 90029 ("Extra Space Storage").

3.　　In my inspection of the Unit, I observed that the contents of the Unit consist generally of documents and materials used by the Debtor pre-petition in conducting its various after-school and other programs, including sign-in sheets, activity materials and reports.  True and correct photographs I took of the contents of the Unit are collectively attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _19ᵀᴴ_ day of June, 2020, at Santa Monica, California.

TONY SHOKRAI

NOTICE OF INTENT TO ABANDON
EXTRA SPACE STORAGE UNIT

1

## DECLARATION OF JASON M. RUND

2      I, Jason M. Rund, declare:

3      1.      I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of

4  Youth Policy Institute, Inc. (the "Debtor").  I have personal knowledge of the facts stated below,

5  or I have gained knowledge of them from pleadings and other documents typically obtained and

6  reviewed by trustees administering estates or from the professionals employed to assist me herein,

7  and, if called as a witness, I could and would testify competently thereto.

8      2.      According to the Debtor's Statement of Financial Affairs [Docket No.16], the

9  Debtor failed to disclose an off-premises storage unit located at 4728 Fountain Ave., Los

10  Angeles, CA 90029 ("Extra Space Storage").  I have since learned through my investigations and

11  those of my professionals that Unit 3106 (the "Unit") at Extra Space Storage was leased pre-

12  petition by the Debtor.

13      3.      After learning of the Unit, I, through counsel, attempted multiple times to contact

14  Extra Space Storage to coordinate access to the Unit.  It was not until April 2020 that Extra Space

15  Storage responded to my counsel's repeated demands and agreed to provide me and my

16  professionals access to the Unit.

17      4.      I understand through my review of the photographs and videos of the Unit taken

18  by my field agent, that the contents of the Unit consist generally of documents and materials used

19  by the Debtor pre-petition in conducting its various after-school and other programs, including

20  sign-in sheets, activity materials and reports.  I have further concluded, in my business judgment,

21  from my review of the photographs and videos of the Unit, that the contents of the Unit are of

22  inconsequential value to the bankruptcy estate and the administrative burden of selling the

23  contents would outweigh any potential realizable value.

24      5.      After learning the Unit contains documents of the Debtor relating to its various

25  programs, I understood that the Unit potentially contained documents responsive to a grand jury

26  subpoena dated November 29, 2019 (the "Grand Jury Subpoena") issued by the United States

27  Department of Justice, United States Attorney's Office in connection with a criminal

28  investigation being conducted by the Department of Labor (the "DOL").  As such, I, through

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

DECLARATION OF
JASON M. RUND

1   counsel, shared detailed photos and videos of the documents contained in the Unit, from which

2   the DOL determined there are no documents contained therein necessary for their investigations

3   or responsive to the Grand Jury Subpoena.

4         6.      I understand through communications with representatives for the City of Los

5   Angeles (the "City") that the City claims ownership over certain documents of the Debtor.  I,

6   through my counsel, shared detailed photographs and videos of the documents contained in the

7   Unit, from which the City determined there are no City documents contained therein.

8         7.      I understand through communications with representatives for the California

9   Department of Education ("CDE") that the CDE wishes to inspect the contents of the Unit for

10  information relating to CDE programs.  Therefore, I, through my professionals, am coordinating

11  such an inspection with the CDE, which I anticipate will be completed prior to the effective date

12  of abandonment under the accompanying Notice.

13

14        I declare under penalty of perjury under the laws of the United States of America that the

15  foregoing is true and correct.

16        Executed this 18th day of June, 2020; at El Segundo, California.

17

18

19                                                          JASON M. RUND

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

DECLARATION OF
JASON M. RUND

# EXHIBIT "1"







| Closed | A or Y | ✓ | | 1777199 |
| Closed | A or Y | ✓ | | 1777225 |
| ed | A or Y | ✓ | | 1777 5? |



YOUTH
POLICY
INSTITUTE



Files: <u>NPIs/Documentation</u>

School Site/Program: <u>Hollywood FamilySource Center</u>

## Fiscal Year: **2016-2017**

Dispose after: July 2022

Number of Boxes: <u>**1**</u> of <u>2</u>



YOUTH
POLICY
INSTITUTE

FSC Documents/Proof for Intakes 2014/2015



Youth Policy Institute

family source

# Hollywood
## FamilySource Center

# FY 2011-2012
### *04/01/2011-03/31/2012*
## Center Sign-In Sheets











Youth
Policy
Institute
LOS ANGELES
PROMISE
NEIGHBORHOOD

## YSED Storage Files Cover Sheet

**DEPARTMENT:** YouthSource & Education Department

**LOCATION:** PICO

**PROGRAM YEAR:** 2013-2015

**PROGRAM NAME:** GRYD

**CONTENTS:** Customer Files

Box #2 (G-P)

**Box___ of _____**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON STORAGE UNIT LOCATED AT EXTRA SPACE STORAGE DECLARATIONS OF TONY SHOKRAI AND JASON M. RUND IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) June 22, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) June 22, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute
6464 Sunset Blvd. Ste. 650
Los Angeles, CA 90028

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) June 22, 2020 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email
Assistant United States Attorney
Kimberly Jaimez- Kimberly.Jaimez@usdoj.gov
Julian Andre- Julian.L.Andre@usdoj.gov

Extra Space Storage
Michael Sparnicht, District Manager -
msparnicht@extraspace.com

City of Los Angeles
Gerardo Ruvalcaba - gerardo.ruvalcaba@lacity.org
Veronica McDonnell - veronica.mcdonnell@lacity.org

California Department of Education
Matthew Heyn, Esq. -- Matthew.Heyn@doj.ca.gov

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 22, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 1
76214-00002/3806966.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Secured Creditors

| | | |
|---|---|---|
| Ford Motor Credit<br>260 Interstate N PKWY NW<br>Atlanta, GA 30339 | Jules and<br>Associates<br>2 Great Valley<br>Parkway,<br>Suite 300<br>Malvern, PA 19355 | Non-Profit Finance Fund<br>5 Hanover Square,<br>9th Floor<br>New York, NY 10004 |

Think Together
2101 E 4th St Ste. 200B
Santa Ana, CA 92705
Attn: Teresa A. McQueen,
General Counsel

Unsecured Creditors

| | | |
|---|---|---|
| American Express<br>World Financial Center<br>New York, NY 10285 | Bright Star Schools<br>2636 South Mansfield Avenue<br>Los Angeles, CA 90016 | C3 Business Solutions<br>20321 SW Acacia St. Ste. 200<br>Newport Beach, CA 92660 |
| California Department of<br>Education<br>21st 1430 N Street<br>Sacramento, CA 95814-5901 | Department of Education (Los<br>Angeles Prom)<br>400 Maryland Avenue, SW<br>Washington, DC 20202 | Employed Security Service Center<br>Inc.<br>959 E., Walnut Street<br>Suite 112<br>Pasadena, CA 91106 |
| Fresh Start Meals Inc<br>1530 1st Street<br>San Fernando, CA 91340 | Granada Hills Charter High School<br>10535 Zelzah Avenue<br>Granada Hills, CA 91344 | JFK Transportation Company Inc.<br>980 W. 17th Street<br>Suite B<br>Santa Ana, CA 92706 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                    Page 2
76214-00002/3806966.1

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's
Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial
Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll
Services)
P.O. Box 930953
Atlanta, GA 91193

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 3
76214-00002/3806966.1