JASON M. RUND, TRUSTEE
Email: trustee@srlawyers.com
840 Apollo Street, Suite 351
El Segundo, CA 90245

Telephone: (310) 640-1200
Facsimile: (310) 640-0200

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In Re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No.: 2:19-23085-BB

19230852

Chapter: 7

NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)]

COUNSEL: KEVIN MEEK
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 08/03/20 at 01:30 PM via telephone conference only by calling 1-866-916-3454 and entering passcode 4876953#, for the reason set forth below:

☐ You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, the Trustee will request that the court dismiss the case pursuant to Local Bankruptcy Rule 1017-2(b).

☐ You failed to provide proper picture I.D. and/or original proof of Social Security Number at the 341(a) meeting previously scheduled in your matter.

☒ Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by the Trustee.
    ☐ 2 years tax returns       ☐ 1 year bank statement       ☐ Other

☐ Amend Schedule A, B, C, D, E, F, G, H, I, J

☐ Amend Statement of Related Cases

☐ Amend Statement of Financial Affairs

☐ Other

Dated: July 9, 2020                    /s/ Jason M. Rund
                                       JASON M. RUND, TRUSTEE

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on July 9, 2020.

YOUTH POLICY INSTITUTE, INC.          KEVIN MEEK
6464 SUNSET BLVD., SUITE 650          ROBINS KAPLAN LLP
LOS ANGELES, CA 90028                 2049 CENTURY PARK EAST, SUITE 3400
                                      LOS ANGELES, CA 90067
                                      /s/ Laura Gitnick