JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND A.M., A MINOR, FOR (1) LIMITED RELIEF FROM THE AUTOMATIC STAY TO PURSUE CLAIM IN NON-BANKRUPTCY FORUM AGAINST APPLICABLE INSURANCE AND/OR NON-DEBTOR THIRD PARTIES; AND (2) RESOLUTION OF PROOF OF CLAIM (CLAIM NO. 140)**<br><br>[NO HEARING REQUIRED] |

This stipulation (the "Stipulation") is made and entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and A.M., a Minor ("AM"), on the other, through their counsel of record.  The Trustee and AM are sometimes referred to herein as the "Parties."  This Stipulation is made with respect to the following facts.

A.    On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

1    Code"), commencing the within chapter 7 bankruptcy case.

2        B.        On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant

3    to section 701 of the Bankruptcy Code.

4        C.        On March 13, 2020, AM filed a proof of claim in the chapter 7 bankruptcy case,

5    which has been designated as Claim No. 140 (the "AM POC") and is listed on the Claims

6    Register maintained by the Clerk of the Court.  The AM POC asserts an unliquidated claim in an

7    estimated amount of $1,000,000.00 against the bankruptcy estate relating to alleged acts of

8    molestation purportedly committed by a former employee of the Debtor at Camino Nuevo Charter

9    Academy ("Camino Nuevo") prior to the Petition Date.

10       D.        On March 13, 2020, counsel for AM also filed a proof of claim in this bankruptcy

11   case on behalf of I.A., a Minor ("IA"), which has been designated as Claim No. 141 (the "IA

12   POC"), asserting a claim substantially similar to the AM POC – an unliquidated claim in an

13   estimated amount of $1,000,000.00 against the bankruptcy estate relating to alleged acts of

14   molestation purportedly committed by the same former employee of the Debtor at Camino Nuevo

15   prior to the Petition Date.

16       E.        On April 15, 2020, AM and IA jointly filed a *Complaint for Damages* (the

17   "Complaint") in the Los Angeles Superior Court against the Debtor, Camino Nuevo and

18   "Rodriguez", an individual, regarding the subject matter of the AM POC and the IA POC,

19   commencing the action styled *A.M., et al. v. Camino Nuevo Charter Academy, et al.*, Case No.

20   20STCV14509 (the "State Court Action").

21       F.        On July 2, 2020, in the State Court Action, IA filed a *Request for Dismissal* of all

22   claims asserted in the Complaint, without prejudice.

23       G.        Also, on July 2, 2020, A.M., as the sole remaining plaintiff, filed a *First Amended*

24   *Complaint* (the "FAC") in the State Court Action against the Debtor, Camino Nuevo and

25   Rodriguez.

26       H.        No summons has been issued or served in the State Court Action against the

27   Debtor.

28       I.        The Trustee understands that the claims asserted by AM in the AM POC and in the

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

State Court Action may be insured by insurance policies of the Debtor held prior to the Petition Date. However, the Trustee and his professionals have not conducted any analysis or made (and do not hereby make) any representations in that regard.

J.    The Parties have agreed to permit AM limited relief from the automatic stay to proceed in the State Court Action solely (1) against any applicable insurance policies of the Debtor and (2) against non-debtor third parties. In addition, the parties have agreed to a resolution of the AM POC as set forth below.

Therefore, subject to the approval of the Bankruptcy Court, the Parties hereby stipulate and agree as follows:

1.    Upon entry of an order approving this Stipulation, AM will be granted limited relief from the automatic stay pursuant to section 362(d)(1) of the Bankruptcy Code solely to the extent necessary to pursue the claims asserted in the State Court Action against any applicable insurance policies of the Debtor and/or any non-debtor third parties.

2.    The Debtor, as necessary, may remain a nominal defendant in the State Court Action, but AM will not affirmatively seek to obtain or enforce any judgment against the Debtor or the bankruptcy estate.

3.    AM hereby waives any deficiency or other claim against the Debtor or the bankruptcy estate relating to the subject matter of the AM POC, the Complaint, or the FAC.

4.    The AM POC shall be allowed as a general unsecured claim of $0.00, without prejudice to the right of AM to affirmatively seek recovery against any applicable insurance policies of the Debtor and/or non-debtor third parties with respect to the subject matter of the AM POC. Any subsequent amendment to the AM POC filed without the consent of the Trustee, shall be deemed void, unenforceable and not entitled to any distribution in the bankruptcy case.

5.    No later than 14 days from entry of an order approving this Stipulation, the Trustee shall provide counsel for AM copies of insurance policies of the Debtor, if any, that the Trustee determines, in his sole discretion, may apply to the claims asserted by AM in the State Court Action.

/ / /

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

STIPULATION RE:
CLAIM OF A.M., A MINOR

6.      All disputes between the Parties regarding this Stipulation or the AM POC shall be resolved in the bankruptcy court, which shall retain jurisdiction for all such matters.

7.      This Stipulation may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original.  Such counterparts shall together constitute and be one and the same instrument.

DATED:  August  28 , 2020

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: _____
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Attorneys for Jason M. Rund, Chapter 7
Trustee for Youth Policy Institute, Inc.

DATED:  August  28, 2020

WINDSOR TROY

By: _____
DANIEL C. SHARPE
Attorneys for A.M., a Minor

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

STIPULATION RE:
CLAIM OF A.M., A MINOR

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067
A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND A.M., A MINOR, FOR (1) LIMITED RELIEF FROM THE AUTOMATIC STAY TO PURSUE CLAIM IN NON-BANKRUPTCY FORUM AGAINST APPLICABLE INSURANCE AND/OR NON-DEBTOR THIRD PARTIES; AND (2) RESOLUTION OF PROOF OF CLAIM (CLAIM NO. 140)**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 28, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 28, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 28, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email
Attorney for Claimant A.M.
Daniel C. Sharpe- DanielS@WTroy.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 28, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                **F 9013-3.1.PROOF.SERVICE**

76214-00002/3850595.1

1.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
  0813@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**