| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California 90067<br>Telephone:  310.553.3610<br>Fax:  310.553.0687<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Jason M. Rund, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION** ||
| In re:<br>YOUTH POLICY INSTITUTE, INC.<br><br><br><br>Debtor(s) | CASE NO.: 2:19-BK-23085-BB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** <u>STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND A.M., A MINOR, FOR (1) LIMITED RELIEF FROM THE AUTOMATIC STAY TO PURSUE CLAIM IN NON-BANKRUPTCY FORUM AGAINST APPLICABLE INSURANCE AND/OR NON-DEBTOR THIRD PARTIES; AND (2) RESOLUTION OF PROOF OF CLAIM (CLAIM NO. 140) [Docket No. 147]</u> |

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND A.M., A MINOR, FOR (1) LIMITED RELIEF FROM THE AUTOMATIC STAY TO PURSUE CLAIM IN NON-BANKRUPTCY FORUM AGAINST APPLICABLE INSURANCE AND/OR NON-DEBTOR THIRD PARTIES; AND (2) RESOLUTION OF PROOF OF CLAIM (CLAIM NO. 140)</u>
was lodged on (*date*) <u>August 31, 2020</u> and is attached.  This order relates to the motion which is docket number <u>147</u>.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND A.M., A MINOR, FOR (1) LIMITED RELIEF FROM THE AUTOMATIC STAY TO PURSUE CLAIM IN NON-BANKRUPTCY FORUM AGAINST APPLICABLE INSURANCE AND/OR NON-DEBTOR THIRD PARTIES; AND (2) RESOLUTION OF PROOF OF CLAIM (CLAIM NO. 140)**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and A.M., a Minor, for (1) Limited Relief from the Automatic Stay to Pursue Claims in Non-Bankruptcy Forum Against Applicable Insurance and/or Non-Debtor Third Parties; and (2) Resolution of Proof of Claim (Claim No. 140)* [Docket No. 147] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and A.M., a Minor ("AM"), on the other, through their counsel of record, with respect to (1) claims asserted by AM in the action pending in the

76214-00002/3841060.1

ORDER ON STIPULATION RE:
CLAIM OF A.M., A MINOR

1  Superior Court of Los Angeles County styled *A.M., et al. v. Camino Nuevo Charter Academy, et
2  al.*, Case No. 20STCV14509 (the "State Court Action"); and (2) the proof of claim filed by AM
3  on March 13, 2020 which has been designated as Claim No. 140 (the "AM POC") and is listed on
4  the Claims Register maintained by the Clerk of the Court, and good cause appearing therefor,

    IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. AM is granted limited relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) solely to the extent necessary to pursue the claims asserted in the State Court Action against any applicable insurance policies of the Debtor and/or any non-debtor third parties.

3. The Debtor, as necessary, may remain a nominal defendant in the State Court Action, but AM will not affirmatively seek to obtain or enforce any judgment against the Debtor or the bankruptcy estate.

4. AM waives any deficiency or other claim against the Debtor or the bankruptcy estate relating to the subject matter of the AM POC or the claims asserted in the State Court Action.

5. The AM POC shall be allowed as a general unsecured claim of $0.00, without prejudice to the right of AM to affirmatively seek recovery against any applicable insurance policies of the Debtor and/or non-debtor third parties with respect to the subject matter of the AM POC. Any subsequent amendment to the AM POC filed without the consent of the Trustee, shall be deemed void, unenforceable and not entitled to any distribution in the bankruptcy case.

6. No later than 14 days from entry of an order approving this Stipulation, the Trustee shall provide counsel for AM copies of insurance policies of the Debtor, if any, that the Trustee determines, in his sole discretion, may apply to the claims asserted by AM in the State Court Action.

/ / /
/ / /
/ / /
/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

7. All disputes regarding this Stipulation or the AM POC shall be resolved in this Court, which retains jurisdiction for all such matters.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park East, Ste. 2600 Los Angeles, CA 90067
A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 31, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) August 31, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 31, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email
Attorney for Claimant A.M.
Daniel C. Sharpe- DanielS@WTroy.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 31, 2020 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**