JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**SEP 01 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND A.M., A MINOR, FOR (1) LIMITED RELIEF FROM THE AUTOMATIC STAY TO PURSUE CLAIM IN NON-BANKRUPTCY FORUM AGAINST APPLICABLE INSURANCE AND/OR NON-DEBTOR THIRD PARTIES; AND (2) RESOLUTION OF PROOF OF CLAIM (CLAIM NO. 140)**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and A.M., a Minor, for (1) Limited Relief from the Automatic Stay to Pursue Claims in Non-Bankruptcy Forum Against Applicable Insurance and/or Non-Debtor Third Parties; and (2) Resolution of Proof of Claim (Claim No. 140)* [Docket No. 147] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and A.M., a Minor ("AM"), on the other, through their counsel of record, with respect to (1) claims asserted by AM in the action pending in the

Superior Court of Los Angeles County styled *A.M., et al. v. Camino Nuevo Charter Academy, et al.*, Case No. 20STCV14509 (the "State Court Action"); and (2) the proof of claim filed by AM on March 13, 2020 which has been designated as Claim No. 140 (the "AM POC") and is listed on the Claims Register maintained by the Clerk of the Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Stipulation is **APPROVED.**

2. AM is **GRANTED limited relief** from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) solely to the extent necessary to pursue the claims asserted in the State Court Action against any applicable insurance policies of the Debtor and/or any non-debtor third parties.

3. The Debtor, as necessary, may remain a nominal defendant in the State Court Action, but AM will not affirmatively seek to obtain or enforce any judgment against the Debtor or the bankruptcy estate.

4. AM waives any deficiency or other claim against the Debtor or the bankruptcy estate relating to the subject matter of the AM POC or the claims asserted in the State Court Action.

5. The AM POC shall be **ALLOWED** as a general unsecured claim of $0.00, without prejudice to the right of AM to affirmatively seek recovery against any applicable insurance policies of the Debtor and/or non-debtor third parties with respect to the subject matter of the AM POC. Any subsequent amendment to the AM POC filed without the consent of the Trustee, shall be deemed void, unenforceable and not entitled to any distribution in the bankruptcy case.

6. No later than 14 days from entry of an order approving this Stipulation, the Trustee shall provide counsel for AM copies of insurance policies of the Debtor, if any, that the Trustee determines, in his sole discretion, may apply to the claims asserted by AM in the State Court Action.

/ / /

/ / /

/ / /

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

7. All disputes regarding this Stipulation or the AM POC shall be resolved in this Court, which retains jurisdiction for all such matters.

###

Date: September 1, 2020

_____
Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

76214-00002/3841060.1

3

ORDER ON STIPULATION RE:
CLAIM OF A.M., A MINOR