United States Bankruptcy Court
Central District of California

In re:                                                          Case No. 19-23085-BB
Youth Policy Institute, Inc.                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin          Page 1 of 1          Date Rcvd: Sep 01, 2020
                             Form ID: pdf042       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db              #+Youth Policy Institute, Inc.,   6464 Sunset Blvd., Suite 650,   Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
        Andy C Warshaw   on behalf of Creditor   Evaluation Specialists awarshaw@bwlawcenter.com,
         ecf@bwlawcenter.com
        Christopher E Prince   on behalf of Interested Party   Courtesy NEF cprince@lesnickprince.com,
         jmack@lesnickprince.com;cprince@ecf.courtdrive.com
        Daniel C Sharpe   on behalf of Creditor   I. A. , daniel.c.sharpe@me.com
        Daniel C Sharpe   on behalf of Creditor   A.M. , daniel.c.sharpe@me.com
        David W. Meadows   on behalf of Interested Party   Courtesy NEF david@davidwmeadowslaw.com
        Genevieve G Weiner   on behalf of Creditor   Nonprofit Finance Fund gweiner@sidley.com,
         laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
        Jason M Rund (TR)   trustee@srlawyers.com,   jrund@ecf.axosfs.com
        Jeffrey A Krieger   on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com,
         kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
        Keith Patrick Banner   on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com,
         sharper@greenbergglusker.com;calendar@greenbergglusker.com
        Kevin Meek   on behalf of Debtor   Youth Policy Institute, Inc. kmeek@robinskaplan.com,
         kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
        Magdalena R Bordeaux   on behalf of Interested Party   Courtesy NEF mbordeaux@publiccounsel.org
        Matthew N Sirolly   on behalf of Creditor   Labor Commissioner, California, Division of Labor
         Standards Enforcement msirolly@dir.ca.gov
        Robert D Bass   on behalf of Attorney Robert D. Bass bob.bass47@icloud.com
        Shawn M Christianson   on behalf of Interested Party   Courtesy NEF cmcintire@buchalter.com,
         schristianson@buchalter.com
        Sheryl K Ith   on behalf of Creditor   Ford Motor Credit Company LLC sith@cookseylaw.com,
         sith@ecf.courtdrive.com
        United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                                                    TOTAL: 16

1  JEFFREY A. KRIEGER (SBN 156535)
   JKrieger@GreenbergGlusker.com
2  KEITH PATRICK BANNER (SBN 259502)
   KBanner@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
4  2049 Century Park East, Ste. 2600
   Los Angeles, California 90067-4590
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
   Attorneys for Jason M. Rund,
7  Chapter 7 Trustee

```
FILED & ENTERED

      SEP 01 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley     DEPUTY CLERK
```

8
9                        UNITED STATES BANKRUPTCY COURT
10                       CENTRAL DISTRICT OF CALIFORNIA
11                            LOS ANGELES DIVISION
12

13  In re:                                   Case No. 2:19-bk-23085-BB

14  YOUTH POLICY INSTITUTE, INC.,            Chapter 7

15               Debtor.                     **ORDER <u>APPROVING</u> STIPULATION
                                             BETWEEN CHAPTER 7 TRUSTEE AND
16                                           A.M., A MINOR, FOR (1) LIMITED
                                             RELIEF FROM THE AUTOMATIC STAY
17                                           TO PURSUE CLAIM IN NON-
                                             BANKRUPTCY FORUM AGAINST
18                                           APPLICABLE INSURANCE AND/OR
                                             NON-DEBTOR THIRD PARTIES; AND (2)
19                                           RESOLUTION OF PROOF OF CLAIM
                                             (CLAIM NO. 140)**

20                                              [NO HEARING REQUIRED]

21

22          The Court having considered the *Stipulation Between Chapter 7 Trustee and A.M., a*

23  *Minor, for (1) Limited Relief from the Automatic Stay to Pursue Claims in Non-Bankruptcy*

24  *Forum Against Applicable Insurance and/or Non-Debtor Third Parties; and (2) Resolution of*

25  *Proof of Claim (Claim No. 140)* [Docket No. 147] (the "Stipulation") entered into by and between

26  Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy

27  Institute, Inc. (the "Debtor"), on the one hand, and A.M., a Minor ("AM"), on the other, through

28  their counsel of record, with respect to (1) claims asserted by AM in the action pending in the

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California  90067-4590

76214-00002/3841060.1

ORDER ON STIPULATION RE:
CLAIM OF A.M., A MINOR

1  Superior Court of Los Angeles County styled *A.M., et al. v. Camino Nuevo Charter Academy, et*

2  *al.*, Case No. 20STCV14509 (the "State Court Action"); and (2) the proof of claim filed by AM

3  on March 13, 2020 which has been designated as Claim No. 140 (the "AM POC") and is listed on

4  the Claims Register maintained by the Clerk of the Court, and good cause appearing therefor,

5       **IT IS HEREBY ORDERED that:**

6       1.     The Stipulation is **APPROVED.**

7       2.     AM is **GRANTED limited relief** from the automatic stay pursuant to 11 U.S.C. §

8  362(d)(1) solely to the extent necessary to pursue the claims asserted in the State Court Action

9  against any applicable insurance policies of the Debtor and/or any non-debtor third parties.

10       3.     The Debtor, as necessary, may remain a nominal defendant in the State Court

11  Action, but AM will not affirmatively seek to obtain or enforce any judgment against the Debtor

12  or the bankruptcy estate.

13       4.     AM waives any deficiency or other claim against the Debtor or the bankruptcy

14  estate relating to the subject matter of the AM POC or the claims asserted in the State Court

15  Action.

16       5.     The AM POC shall be **ALLOWED** as a general unsecured claim of $0.00, without

17  prejudice to the right of AM to affirmatively seek recovery against any applicable insurance

18  policies of the Debtor and/or non-debtor third parties with respect to the subject matter of the AM

19  POC.  Any subsequent amendment to the AM POC filed without the consent of the Trustee, shall

20  be deemed void, unenforceable and not entitled to any distribution in the bankruptcy case.

21       6.     No later than 14 days from entry of an order approving this Stipulation, the Trustee

22  shall provide counsel for AM copies of insurance policies of the Debtor, if any, that the Trustee

23  determines, in his sole discretion, may apply to the claims asserted by AM in the State Court

24  Action.

25  / / /

26  / / /

27  / / /

28  / / /

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California  90067-4590

76214-00002/3841060.1            2            ORDER ON STIPULATION RE:
CLAIM OF A.M., A MINOR

1          7.     All disputes regarding this Stipulation or the AM POC shall be resolved in this

2    Court, which retains jurisdiction for all such matters.

3

4                            ###

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24    Date: September 1, 2020

25                           Sheri Bluebond
                       United States Bankruptcy Judge

26

27

28

**GREENBERG GLUSKER FIELDS CLAMAN**
**& MACHTINGER LLP**
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

76214-00002/3841060.1               3             ORDER ON STIPULATION RE:
                                                      CLAIM OF A.M., A MINOR