| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California 90067<br>Telephone:  310.553.3610<br>Fax:  310.553.0687<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| In re:<br>YOUTH POLICY INSTITUTE, INC.<br><br><br><br>Debtor(s) | CASE NO.: 2:19-BK-23085-BB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><u>STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND PENCHECKS TRUST COMPANY OF AMERICA REGARDING FINAL WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN</u> [Docket No. 151] |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND PENCHECKS TRUST COMPANY OF AMERICA REGARDING FINAL WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN
was lodged on (*date*) September 4, 2020 and is attached.  This order relates to the motion which is docket number 151.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND PENCHECKS TRUST COMPANY OF AMERICA REGARDING FINAL WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and PenChecks Trust Company of American Regarding Final Wind-Down and Dissolution of Debtor's 401(k) Plan* [Docket No. 151] (the "Stipulation")[1] entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and PenChecks Trust Company of America ("PenChecks" and together with the Trustee, the "Parties"), on the other, pursuant which the Parties have agreed to procedures

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation

ORDER ON STIPULATION RE
TERMINATION OF 401(K) PLAN

regarding to the Debtor's pre-petition 401(k) retirement plan: the YPI Savings and Retirement Plan – Trust ID Number 47-4052603 (the "Plan") relating specifically to the final administration and dissolution of the Plan in an orderly fashion (the "401(k) Termination Process"), and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Stipulation is approved.

2. The PenChecks Agreement attached to the Stipulation as <u>Exhibit A</u> is approved.

3. The Trustee is authorized to continue the 401(k) Termination Process utilizing the services of PenChecks.

4. PenChecks is authorized to take all action necessary to facilitate the 401(k) Termination Process in accordance with the terms of the PenChecks Agreement.

5. PenChecks is authorized to be compensated through the Plan assets as permitted by the PenChecks Agreement, the applicable Plan documents and applicable law.

6. PenChecks shall not be entitled to further compensation outside of the Plan assets except by order of the bankruptcy court.

7. T. Rowe Price and/or any other institution currently holding the assets of the Plan shall comply with the requests of PenChecks made in connection with the 401(k) Termination Process.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park East, Ste. 2600 Los Angeles, CA 90067
A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 4, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.**  **SERVED BY UNITED STATES MAIL**:  On (*date*) September 4, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.**  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) September 4, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email
CCO at PenChecks
Mike McWherter, JD-
MMcWherter@PenChecks.com

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2020 | Julie King | */s/ Julie King* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                      Page 2                                    **F 9021-1.2.BK.NOTICE.LODGMENT**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**