JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

FILED & ENTERED

SEP 08 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND PENCHECKS TRUST COMPANY OF AMERICA REGARDING FINAL WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN**

[NO HEARING REQUIRED]

The Court having considered the *Stipulation Between Chapter 7 Trustee and PenChecks Trust Company of American Regarding Final Wind-Down and Dissolution of Debtor's 401(k) Plan* [Docket No. 151] (the "Stipulation")[1] entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and PenChecks Trust Company of America ("PenChecks" and together with the Trustee, the "Parties"), on the other, pursuant to which the Parties have agreed to procedures

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation

ORDER ON STIPULATION RE
TERMINATION OF 401(K) PLAN

regarding the Debtor's pre-petition 401(k) retirement plan: the YPI Savings and Retirement Plan – Trust ID Number 47-4052603 (the "Plan") relating specifically to the final administration and dissolution of the Plan in an orderly fashion (the "401(k) Termination Process"), and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Stipulation is **APPROVED.**

2. The PenChecks Agreement attached to the Stipulation as Exhibit A is **APPROVED.**

3. The Trustee is authorized to continue the 401(k) Termination Process utilizing the services of PenChecks.

4. PenChecks is authorized to take all action necessary to facilitate the 401(k) Termination Process in accordance with the terms of the PenChecks Agreement.

5. PenChecks is authorized to be compensated through the Plan assets as permitted by the PenChecks Agreement, the applicable Plan documents and applicable law.

6. PenChecks shall not be entitled to further compensation outside of the Plan assets except by order of the bankruptcy court.

7. T. Rowe Price and/or any other institution currently holding the assets of the Plan shall comply with the requests of PenChecks made in connection with the 401(k) Termination Process.

###

Date: September 8, 2020

Sheri Bluebond
United States Bankruptcy Judge