United States Bankruptcy Court
Central District of California

In re:                                                                  Case No. 19-23085-BB
Youth Policy Institute, Inc.                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 1           Date Rcvd: Sep 08, 2020
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2020.
db              #+Youth Policy Institute, Inc.,   6464 Sunset Blvd., Suite 650,   Los Angeles, CA 90028-8008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2020 at the address(es) listed below:
          Andy C Warshaw    on behalf of Creditor    Evaluation Specialists awarshaw@bwlawcenter.com,
           ecf@bwlawcenter.com
          Christopher E Prince    on behalf of Interested Party    Courtesy NEF cprince@lesnickprince.com,
           jmack@lesnickprince.com;cprince@ecf.courtdrive.com
          Daniel C Sharpe    on behalf of Creditor    I. A. , daniel.c.sharpe@me.com
          Daniel C Sharpe    on behalf of Creditor    A.M. , daniel.c.sharpe@me.com
          David W. Meadows    on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
          Genevieve G Weiner    on behalf of Creditor    Nonprofit Finance Fund gweiner@sidley.com,
           laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com
          Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
          Jeffrey A Krieger    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com,
           kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
          Keith Patrick Banner    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com,
           sharper@greenbergglusker.com;calendar@greenbergglusker.com
          Kevin Meek    on behalf of Debtor    Youth Policy Institute, Inc. kmeek@robinskaplan.com,
           kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
          Magdalena R Bordeaux    on behalf of Interested Party    Courtesy NEF mbordeaux@publiccounsel.org
          Matthew N Sirolly    on behalf of Creditor    Labor Commissioner, California, Division of Labor
           Standards Enforcement msirolly@dir.ca.gov
          Robert D Bass    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com
          Shawn M Christianson    on behalf of Interested Party    Courtesy NEF cmcintire@buchalter.com,
           schristianson@buchalter.com
          Sheryl K Ith    on behalf of Creditor    Ford Motor Credit Company LLC sith@cookseylaw.com,
           sith@ecf.courtdrive.com
          United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                               TOTAL: 16

|   |   |
|---|---|
| 1 | JEFFREY A. KRIEGER (SBN 156535) |
|   | JKrieger@GreenbergGlusker.com |
| 2 | KEITH PATRICK BANNER (SBN 259502) |
|   | KBanner@GreenbergGlusker.com |
| 3 | GREENBERG GLUSKER FIELDS CLAMAN |
|   | & MACHTINGER LLP |
| 4 | 2049 Century Park East, Suite 2600 |
|   | Los Angeles, California 90067 |
| 5 | Telephone: 310.553.3610 |
|   | Fax: 310.553.0687 |
| 6 |   |
|   | Attorneys for Jason M. Rund, |
| 7 | Chapter 7 Trustee |

**FILED & ENTERED**

**SEP 08 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND PENCHECKS TRUST COMPANY OF AMERICA REGARDING FINAL WIND-DOWN AND DISSOLUTION OF DEBTOR'S 401(k) PLAN**

[NO HEARING REQUIRED]

The Court having considered the *Stipulation Between Chapter 7 Trustee and PenChecks Trust Company of American Regarding Final Wind-Down and Dissolution of Debtor's 401(k) Plan* [Docket No. 151] (the "Stipulation")[1] entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and PenChecks Trust Company of America ("PenChecks" and together with the Trustee, the "Parties"), on the other, pursuant to which the Parties have agreed to procedures

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation

ORDER ON STIPULATION RE
TERMINATION OF 401(K) PLAN

regarding the Debtor's pre-petition 401(k) retirement plan: the YPI Savings and Retirement Plan – Trust ID Number 47-4052603 (the "Plan") relating specifically to the final administration and dissolution of the Plan in an orderly fashion (the "401(k) Termination Process"), and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. The Stipulation is **APPROVED.**

2. The PenChecks Agreement attached to the Stipulation as <u>Exhibit A</u> is **APPROVED.**

3. The Trustee is authorized to continue the 401(k) Termination Process utilizing the services of PenChecks.

4. PenChecks is authorized to take all action necessary to facilitate the 401(k) Termination Process in accordance with the terms of the PenChecks Agreement.

5. PenChecks is authorized to be compensated through the Plan assets as permitted by the PenChecks Agreement, the applicable Plan documents and applicable law.

6. PenChecks shall not be entitled to further compensation outside of the Plan assets except by order of the bankruptcy court.

7. T. Rowe Price and/or any other institution currently holding the assets of the Plan shall comply with the requests of PenChecks made in connection with the 401(k) Termination Process.

###

Date: September 8, 2020

Sheri Bluebond
United States Bankruptcy Judge