Blanca Rios
4936 Whitsett Ave Apt #7
Valley Village, CA 91607
714-227-8180
blanca.sanchez16@gmail.com

Creditor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC. | Chapter 7 |
| Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM** |
| | [No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on February 24, 2020, a Proof of Claim was filed by Blanca Rios in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $3,162.30.

I, Blanca Rios, withdraw my proof of claim filed on February 24, 2020, as claim number 98-1 for the amount of $3,162.30 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

Dated: 7/1/2020

---

Signature _____

Blanca Rios

Creditor

---

**NOTICE OF WITHDRAWAL OF CLAIM**