Catalina Rodriguez
9600 Sylmar Ave Apt 43
Panorama City, CA 91402
818-812-8880
Crod262914@gmail.com

Creditor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC. | Chapter 7 |
| Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM** |
| | [No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on February 10, 2020, a Proof of Claim was filed by Catalina Rodriguez in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $3,312.34

I, Catalina Rodriguez, withdraw my proof of claim filed on February 10, 2020 as claim number 85-1 for the amount of $3,312.34 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

Dated: 07/15/20

---

**NOTICE OF WITHDRAWAL OF CLAIM**

1
2              Signature _*Catalina Rodriguez*_
               Catalina Rodriguez
3              Creditor
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF WITHDRAWAL OF CLAIM**