David Ortiz Jr.
543 N. Ardmore Ave
Los Angeles, CA 90004
323-314-8134
Dorti8@lausd.net

Creditor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.<br><br>Debtor. | CASE NO.: 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF CLAIM**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

   **PLEASE TAKE NOTICE** that on December 23, 2019, a Proof of Claim was filed by David Ortiz Jr. in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $448.53.

   I, David Ortiz Jr., withdraw my proof of claim filed on December 23, 2019 as claim number 35-1 for the amount of $448.53 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

   I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

Dated: July 2, 2020

Signature *David Ortiz Jr.*
David Ortiz Jr.
Creditor

**NOTICE OF WITHDRAWAL OF CLAIM**

June 30, 2020

David Ortiz Jr.

543 N. Ardmore Ave Apt 3

Los Angeles, CA 90004

Re: Withdrawing individual Proof of Claim against Youth Policy Institute

Dear David Ortiz Jr.,

Enclosed is the Notice of Withdrawal that you must review and sign in order to withdraw your individual proof of claim against Youth Policy Institute ("YPI"). As we explained over the phone, we included you in the group proof of claim filed by our office on 3/16/2020. You filed your own individual proof of claim.

Since you cannot have two proof of claims, either you can keep your individual claim and be excluded from the group claim or you can withdraw your claim and continue to be part of the group claim. You indicated that you wanted to withdraw your individual claim and continue being part of the group claim. We need you to review and sign the Notice of Withdrawal. Please return it to our office by 7/15/2020. If there is an error on the form, please contact us at 213 897-1417 or amflores@dir.ca.gov to correct the information. **If we do not receive your signed Notice of Withdrawal by 7/15/2020, we will assume that you want to continue with your individual proof of claim and we will delete your information from our group proof of claim.**

Sincerely,


Anel M. Flores

Attorney


Encl. Notice of Withdrawal