Drew Warmsley
700 N. Dwight Ave
Compton, CA 90220
323-243-5205

Creditor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | CASE NO.: 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC. | Chapter 7 |
| Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM** |
| | [No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on December 26, 2019, a Proof of Claim was filed by Drew Warmsley in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $2,827.52

I, Drew Warmsley, withdraw my proof of claim filed on December 26, 2019 as claim number 38-1 for the amount of $2,827.52 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

---

NOTICE OF WITHDRAWAL OF CLAIM

-1-

Dated: 7-3-2020

Signature
Drew Warmsley
Creditor

---

**NOTICE OF WITHDRAWAL OF CLAIM**

-2-