Haziel Angeles
Email: haziel.angeles@gmail.com
Address: 11270 Huston St. Apt. 108 North Hollywood, Ca 91601
Telephone: (818) 442-2317

Creditor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | CASE NO.: 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC. | Chapter 7 |
| Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM** |
| | [No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on January 8, 2020 a Proof of Claim was filed by Haziel Angeles the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $71.25.

I, Haziel Angeles withdraw my proof of claim filed on January 8, 2020 as claim number 53-1 for the amount of you $71.25 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

//

---
**NOTICE OF WITHDRAWAL OF CLAIM**

-1-

//

I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

Dated: _____

                                                                         _____

Haziel Angeles
Creditor

**NOTICE OF WITHDRAWAL OF CLAIM**