Jennifer Orozco Esquivias
9511 Darby Ave Apt 10
Northridge, CA 91325
310-507-4534
jennie.oe310@gmail.com

Creditor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | CASE NO.: 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC. | Chapter 7 |
| Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM** |
| | [No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on that on November 12, 2019 and March 16, 2020, Proofs of Claim were filed by Jennifer Orozco Esquivias in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claims each being the in the amount of $2,821.60.

I, Jennifer Orozco Esquivias, withdraw my proof of claim filed on November 12, 2019 as claim number 6-1 for the amount of $2,821.60 and also withdraw my proof of claim filed on March 16, 2020 as claim number 139-1 for the amount of $2,821.60 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

**NOTICE OF WITHDRAWAL OF CLAIM**

Dated: 07/15/2020

Signature *[signature]*
PRINTED NAME   Jennifer Orozco
Creditor