John Terre
6615 Lemp Ave Apt. 4
North Hollywood, CA 91606
323-667-5524
johnterre@yahoo.com

Creditor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br>YOUTH POLICY INSTITUTE, INC.<br>Debtor. | CASE NO.: 2:19-bk-23085-BB<br>Chapter 7<br>**NOTICE OF WITHDRAWAL OF CLAIM**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on December 26, 2019, a Proof of Claim was filed by John Terre in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $186.23.

I, John Terre, withdraw my proof of claim filed on December 26, 2019 as claim number 30-1 for the amount of $186.23 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the

---

NOTICE OF WITHDRAWAL OF CLAIM

-1-

defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

Dated: 7/2/20

Signature *[signed]*

John Terre

Creditor

---

NOTICE OF WITHDRAWAL OF CLAIM

-2-