Karla Robles
9635 Sepulveda Blvd Unit 1
North Hills, CA
818-257-4544
Karla7robles@yahoo.com

Creditor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | CASE NO.: 2:19-bk-23085-BB |
|---|---|
| YOUTH POLICY INSTITUTE, INC. | Chapter 7 |
| Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM** |
| | [No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on February 3, 2020 a Proof of Claim was filed by Karla Robles in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $1,868.00.

I, Karla Robles, withdraw my proof of claim filed on February 3, 2020 as claim number 75-1 for the amount of 1,868.00 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

---

NOTICE OF WITHDRAWAL OF CLAIM

-1-

Dated: 7/6/2020

Signature /s/ 
PRINTED NAME  Karla Robles
Creditor