Liliana Barba
Barbalili11@gmail.com
10524 Woodman Ave. Mission Hills, Ca 91345
818-466-4306

Creditor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.<br><br>Debtor. | CASE NO.: 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF CLAIM**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on March 6, 2020 a Proof of Claim was filed by Liliana Barba in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $245.14

I, Liliana Barba, withdraw my proof of claim filed on March 6, 2020 as claim number 111 for the amount of $245.14 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

---

**NOTICE OF WITHDRAWAL OF CLAIM**

-1-

1  Dated: 7/15/2020

Signature

Liliana Barba
Creditor

**NOTICE OF WITHDRAWAL OF CLAIM**

-2-