Maria Urquilla
7332 Santa Clarita Rd
Santa Clarita, CA 91350
661-409-7611
mlu3845@lausd.net

Creditor

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.<br><br>Debtor. | CASE NO.: 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF CLAIM**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on March 3, 2020, a Proof of Claim was filed by Maria Urquilla in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $188.63.

I, Maria Urquilla, withdraw my proof of claim filed on March 3, 2020 as claim number 102-1 for the amount of $188.63 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

Dated: July 6, 2020

Case 2:19-bk-23085-BB    Doc 166    Filed 09/12/20    Entered 09/12/20 15:39:26    Desc
Main Document    Page 2 of 2

Signature
Maria Urquilla
Creditor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF WITHDRAWAL OF CLAIM

-2-