Marin Harper
500 Evergreen Street Unit 108
Inglewood, CA 90302
(405) 473-8705
Email: marinharper@gmail.com

Creditor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.<br><br>Debtor. | CASE NO.: 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF CLAIM**<br><br>[No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

   **PLEASE TAKE NOTICE** that on 1/7/20 a Proof of Claim was filed by Marin Harper in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $2,642.66.

   I, Marin Harper, withdraw my proof of claim filed on 1/7/20 as claim number 51-1 in the amount of $2,642.66 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

   I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

1 | Dated: 7-17-2020

_____
M. Harper
Marin Harper
Creditor

**NOTICE OF WITHDRAWAL OF CLAIM**

-2-