1  Michelle Emelle
   michelle.b.emelle@gmail.com
2  157 Obama Blvd. Los Angeles, Ca 90016
   (323) 806-8704
3

4

5  Creditor

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11

12  In re:                              CASE NO.: 2:19-bk-23085-BB

13  YOUTH POLICY INSTITUTE, INC.        Chapter 7

14         Debtor.                      NOTICE OF WITHDRAWAL OF
                                        CLAIM
15

16                                      [No Hearing Required]

17

18  **TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

19     **PLEASE TAKE NOTICE** that on December 26, 2019 Proof of Claim was filed by

20  Michelle Emelle in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim

21  being the in amount of $1,346.15.

22     I, Michelle Emelle, withdraw my proof of claim filed on December 26, 2019 as claim

23  number 37 for the amount of $1,346.15 because the California Labor Commissioner filed a proof

24  of claim that includes the amounts owed to me.

25     I certify that the said claim has not been the subject of an objection, nor have I been the

26  defendant in an adversary proceeding in this case, nor have I significantly participated in the

27  case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

28

---

**NOTICE OF WITHDRAWAL OF CLAIM**

Dated: 7/14/2020

Signature *Michelle Emelle*

Michelle Emelle
Creditor

**NOTICE OF WITHDRAWAL OF CLAIM**