1 | Ruth Monzon
2 | Goaskmonzon@gmail.com
  | 1505 Del Amo Blvd Apt. 3 Torrence, Ca 90501
3 | (310) 505-3894
4 |
5 | Creditor
6 |
7 |
8 | UNITED STATES BANKRUPTCY COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10 | LOS ANGELES DIVISION
11 |
12 | In re:                                     CASE NO.: 2:19-bk-23085-BB
13 | YOUTH POLICY INSTITUTE, INC.               Chapter 7
14 |           Debtor.                          NOTICE OF WITHDRAWAL OF CLAIM
15 |
16 |                                            [No Hearing Required]
17 |
18 | **TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**
19 |     **PLEASE TAKE NOTICE** that on February 14, 2020 a Proof of Claim was filed by
20 | Ruth Monzon in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim
21 | being the in amount of $2,386.20.
22 |     I, Ruth Monzon, withdraw my proof of claim filed on February 14, 2020 as claim number
23 | 89-1 for the amount of $2,386.20 because the California Labor Commissioner filed a proof of
24 | claim that includes the amounts owed to me.
25 |
26 |     //
27 |     //
28 |     I certify that the said claim has not been the subject of an objection, nor have I been the

NOTICE OF WITHDRAWAL OF CLAIM

-1-

1 | defendant in an adversary proceeding in this case, nor have I significantly participated in the
2 | case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.
3 | Dated: June 30, 2020

Signature /s/

Ruth Monzon
Creditor

NOTICE OF WITHDRAWAL OF CLAIM

-2-