Stanley Saunders
15106 NW Oakmont Loop
Beaverton, Oregon 97006
971-312-7988
stansaunders@yahoo.com

Creditor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.

Debtor.

CASE NO.: 2:19-bk-23085-BB

Chapter 7

**NOTICE OF WITHDRAWAL OF CLAIM**

[No Hearing Required]

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on November 8, 2019, a Proof of Claim was filed by Stanley Saunders in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim being the in amount of $11,560.97

I, Stanley Saunders, withdraw my proof of claim filed on November 8, 2019 as claim number 3-1 for the amount of $11,560.97 because the California Labor Commissioner filed a proof of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the defendant in an adversary proceeding in this case, nor have I significantly participated in the case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

Dated: 07/11/2020

/s/ Stanley P. Saunders
Stanley P. Saunders
Creditor

**NOTICE OF WITHDRAWAL OF CLAIM**

-2-