Wanda Wade
4221 S Flower St
Los Angeles, CA 90037
323-243-5205
wandaeglrck@aol.com

Creditor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re: | CASE NO.: 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC. | Chapter 7 |
| Debtor. | **NOTICE OF WITHDRAWAL OF CLAIM** |
| | [No Hearing Required] |

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

**PLEASE TAKE NOTICE** that on December 23, 2019, a Proof of Claim was filed by

Wanda Wade in the case of Youth Policy Institute, Case No. 2:19-bk-23085 BB, said claim

being the in amount of $248.32.

I, Wanda Wade, withdraw my proof of claim filed on December 23, 2019, as claim

number 32-1 for the amount of $248.32 because the California Labor Commissioner filed a proof

of claim that includes the amounts owed to me.

I certify that the said claim has not been the subject of an objection, nor have I been the

defendant in an adversary proceeding in this case, nor have I significantly participated in the

case, and that no order of the court, under Bankruptcy Rule 3006, appears necessary.

Dated: 7/15/2020

---

**NOTICE OF WITHDRAWAL OF CLAIM**

1

Signature _____

Wanda Wade

2

Creditor

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF WITHDRAWAL OF CLAIM**

-2-