JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING ACCORD AND SATISFACTION AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND HOUSING + COMMUNITY INVESTMENT DEPARTMENT, CITY OF LOS ANGELES REGARDING OUTSTANDING GRANT RECEIVABLE**<br><br>Hearing<br>Date:    February 10, 2021<br>Time:   11:00 a.m.<br>Place:  Courtroom 1539<br>         United States Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that a hearing will be held on February 10, 2021 at 11:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Sheri Bluebond, United States Bankruptcy Judge, in Courtroom 1539 of the United States Bankruptcy Court located in the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California 90012 on the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Accord and Satisfaction Agreement Between Chapter 7 Trustee and Housing + Community Investment Department, City of Los Angeles Regarding Outstanding Grant Receivable* (the "Motion") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor" or "YPI") for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the *Accord and Satisfaction Agreement* (the "Agreement") entered into between the Trustee, on behalf of the Bankruptcy Estate, on the one hand, and the Housing + Community Investment Department, City of Los Angeles ("HCID"), on the other, a copy which is attached as <u>Exhibit 1</u> to the *Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Motion.

As further set forth in the Motion, the Agreement is the result of extensive, good faith negotiations between the Trustee and HCID regarding the pre-petition grant receivable due to YPI for services performed (collectively, the "Prepetition Services") pursuant to the following pre-petition agreements relating to the "FamilySource Centers" program established by the City of Los Angeles, acting by and through HCID: Agreement No. C-131658 and Agreement No. 133744 (collectively, the "HCID Prepetition Agreements"). As detailed in the Motion, the Trustee understands that the total amount owed to YPI for the Prepetition Services is $471,825.58, of which $11,746.98 HCID disputes as disallowed costs. The Trustee and HCID have now reached an agreement memorialized in the Agreement which resolves the pre-petition grant receivable due from HCID, which results in: (1) payment in the aggregate amount of

$460,078.60; (2) full satisfaction of all obligations of YPI or the Trustee under the HCID Prepetition Agreements; (3) termination of the HCID Prepetition Agreements; and (4) mutual releases of claims between the parties relating to the HCID Prepetition Agreements.  The Trustee believes that the Agreement is in the best interests of the Bankruptcy Estate under the circumstances, is well within the Trustee's business judgment, and should be approved.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice, the Rund Declaration attached to the Motion, the record in this case and all other matters of which this Court may take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence, and such further oral and documentary evidence as may be presented at any hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice"), the Motion constitutes a Limit Notice Matter and therefore the Trustee will serve the Motion and this Notice on the Limited Service List.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for the Central District of California at www.cacb.uscourts.gov or by contacting counsel for the Trustee:

> Jeffrey A. Krieger, Esq.
> Keith Patrick Banner, Esq.
> Greenberg Glusker Fields Claman & Machtinger LLP
> 2049 Century Park East, Ste. 2600
> Los Angeles, California 90067
> Telephone:  310.553.3610
> Facsimile:  310.553.0687
> Email: JKrieger@GreenbergGlusker.com
>             KBanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 9013-1(f), any response or opposition to the Motion must be in writing in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed with the Court and served on counsel for the Trustee at the address listed above, and on the Office of the United States Trustee at 915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017, at least fourteen (14) days prior to the date of the hearing on the Motion.

/ / /

As set forth in Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve an opposition or other response to the Motion may be deemed by the Court to constitute consent to the granting of the Motion.

DATED: January 13, 2021

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: */s/ Jeffrey A. Krieger*
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Attorneys for Jason M. Rund,
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING ACCORD AND SATISFACTION AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND HOUSING + COMMUNITY INVESTMENT DEPARTMENT, CITY OF LOS ANGELES REGARDING OUTSTANDING GRANT RECEIVABLE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/13/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/13/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute
6464 Sunset Blvd., Ste 650
Los Angeles, CA 90028

[X] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/13/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/13/2021 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Secured Creditors

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

Think Together
2101 E 4th St Ste. 200B
Santa Ana, CA 92705
Attn: Teresa A. McQueen,
General Counsel

Unsecured Creditors

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
20321 SW Acacia St.
Newport Beach, CA 92660

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

| | | |
|---|---|---|
| Fresh Start Meals Inc<br>1530 1st Street<br>San Fernando, CA 91340 | Granada Hills Charter High School<br>10535 Zelzah Avenue<br>Granada Hills, CA 91344 | JFK Transportation Company Inc.<br>980 W. 17th Street<br>Suite B<br>Santa Ana, CA 92706 |
| Multicultural Learning Center<br>7510 Desoto Avenue<br>Canoga Park, CA 91303 | NIU College<br>5959 Topanga Canyon Blvd.<br>Suite 110<br>Woodland Hills, CA 91367 | Oracle America, Inc.<br>P.O. Box 44471<br>San Francisco, CA 94144 |
| Orenda Education (Principal's Exchange)<br>2101 E. Fourth Street<br>Suite 200B<br>Santa Ana, CA 92705 | Roth Staffing Companies, L.P.<br>P.O. Box 60003<br>Anaheim, CA 92812 | Sabio Enterprises, Inc.<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230 |
| Spectrum<br>9260 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Staples Contract & Commercial Inc.<br>Dept. La<br>P.O. Box 83689<br>Chicago, IL 60696 | Staples Technology<br>P.O. Box 95230<br>Chicago, IL 60694 |
| Stem & More LLC<br>7618 Jellico Avenue<br>Northridge, CA 91325 | Ultimate Software (Payroll Services)<br>P.O. Box 930953<br>Atlanta, GA 91193 | |