| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California  90067<br>Telephone:310.553.3610<br>Fax:  310.553.0687<br><br>☐  Individual *appearing without an attorney*<br>☒  Attorney for:   Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**   CHAPTER 7 TRUSTEE'S MOTION UNDER FED. BANKR. P. 9019 FOR ORDER APPROVING ACCORD AND SATISFACTION AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND HOUSING + COMMUNITY INVESTMENT DEPARTMENT, CITY OF LOS ANGELES REGARDING OUTSTANDING GRANT RECEIVABLE [Docket no. 173] |

PLEASE TAKE NOTICE that the order titled **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING ACCORD AND SATISFACTION AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND HOUSING + COMMUNITY INVESTMENT DEPARTMENT, CITY OF LOS ANGELES REGARDING OUTSTANDING GRANT RECEIVABLE** was lodged on February 11, 2021 (*date*) and is attached hereto as Exhibit A.  This order relates to docket number 173.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                                **F 9021-1.2.BK.NOTICE.LODGMENT**
76214-00002/3969277.1

# EXHIBIT "A"

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING ACCORD AND SATISFACTION AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND HOUSING + COMMUNITY INVESTMENT DEPARTMENT, CITY OF LOS ANGELES REGARDING OUTSTANDING GRANT RECEIVABLE** |
| | Hearing |
| | Date:  February 10, 2021 |
| | Time:  11:00 a.m. |
| | Place:  Courtroom 1539 |
| | United States Bankruptcy Court |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

On the above captioned date at the time noted, the Court considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Accord and Satisfaction Agreement Between Chapter 7 Trustee and Housing + Community Investment Department, City of Los Angeles Regarding Outstanding Grant Receivable* [Docket No. 173] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor" or "YPI") for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the *Accord and Satisfaction Agreement* (the "Agreement") entered into between the Trustee, on behalf of the Bankruptcy Estate, on the one hand, and the Housing + Community Investment Department, City of Los Angeles ("HCID"), on the other, a copy which is attached as Exhibit 1 to the *Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Motion, which relates to the pre-petition grant receivable due to YPI for services performed (collectively, the "Prepetition Services") pursuant to the following pre-petition agreements relating to the "FamilySource Centers" program established by the City of Los Angeles, acting by and through HCID:  Agreement No. C-131658 and Agreement No. 133744 (collectively, the "HCID Prepetition Agreements").

The Court having reviewed the Motion, the Agreement, and the Rund Declaration; and no opposition having been filed to the Motion,

**IT IS HEREBY ORDERED that:**

1. The Motion is **GRANTED**.

2. The Agreement is **APPROVED** in its entirety.

3. Pursuant to the terms of the Agreement, HCID shall pay to the Trustee the aggregate amount of **$460,078.60** no later than 30 days following entry of this order.

4. Upon the Trustee's timely receipt of the payment required under Paragraph 3 hereof, the HCID Prepetition Agreements shall be deemed terminated without further order or notice.

---

[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

5. The Court retains jurisdiction for all matters relating the Agreement and/or the Motion.

###

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>February 11, 2021</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>**:
On (*date*) <u>February 11, 2021</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u>** (state method <u>for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) <u>February 11, 2021</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 11, 2021 | Julie King | */s/ Julie King* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1**.**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com