JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**FEB 12 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING ACCORD AND SATISFACTION AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND HOUSING + COMMUNITY INVESTMENT DEPARTMENT, CITY OF LOS ANGELES REGARDING OUTSTANDING GRANT RECEIVABLE**

<u>Hearing</u>
Date:   February 10, 2021
Time:   11:00 a.m.
Place:  Courtroom 1539
        United States Bankruptcy Court
        255 E. Temple Street
        Los Angeles, CA 90012

On the above captioned date at the time noted, the Court considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Accord and Satisfaction Agreement Between Chapter 7 Trustee and Housing + Community Investment Department, City of Los Angeles Regarding Outstanding Grant Receivable* [Docket No. 173] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor" or "YPI") for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the *Accord and Satisfaction Agreement* (the "Agreement") entered into between the Trustee, on behalf of the Bankruptcy Estate, on the one hand, and the Housing + Community Investment Department, City of Los Angeles ("HCID"), on the other, a copy which is attached as <u>Exhibit 1</u> to the *Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Motion, which relates to the pre-petition grant receivable due to YPI for services performed (collectively, the "Prepetition Services") pursuant to the following pre-petition agreements relating to the "FamilySource Centers" program established by the City of Los Angeles, acting by and through HCID:  Agreement No. C-131658 and Agreement No. 133744 (collectively, the "HCID Prepetition Agreements").

The Court having reviewed the Motion, the Agreement, and the Rund Declaration; and no opposition having been filed to the Motion,

**IT IS HEREBY ORDERED that:**

1. The Motion is **GRANTED**.

2. The Agreement is **APPROVED** in its entirety.

3. Pursuant to the terms of the Agreement, HCID shall pay to the Trustee the aggregate amount of **$460,078.60** no later than **30 days** following entry of this order.

4. Upon the Trustee's timely receipt of the payment required under Paragraph 3 hereof, the HCID Prepetition Agreements shall be deemed terminated without further order or notice.

---

[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

2

ORDER GRANTING MOTION TO APPROVE COMPROMISE

5. The Court retains jurisdiction for all matters relating the Agreement and/or the Motion.

###

Date: February 12, 2021

Sheri Bluebond
United States Bankruptcy Judge