United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-23085-BB |
| Youth Policy Institute, Inc. | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: wjacksonC | Page 1 of 2 |
| Date Rcvd: Feb 12, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

**Recip ID    Recipient Name and Address**
db           #+ Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:**

**Name              Email Address**

Andy C Warshaw
                   on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  ecf@bwlawcenter.com

Christopher E Prince
                   on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com
                   jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com

Daniel C Sharpe
                   on behalf of Creditor I. A.   daniel.c.sharpe@me.com

Daniel C Sharpe
                   on behalf of Creditor A.M.   daniel.c.sharpe@me.com

David W. Meadows

| | |
|---|---|
| | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| Genevieve G Weiner | on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Jason M Rund (TR) | trustee@srlawyers.com jrund@ecf.axosfs.com |
| Jeffrey A Krieger | on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com sharper@greenbergglusker.com;calendar@greenbergglusker.com |
| Kevin Meek | on behalf of Debtor Youth Policy Institute Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com |
| Magdalena R Bordeaux | on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org |
| Matthew N Sirolly | on behalf of Creditor Labor Commissioner California, Division of Labor Standards Enforcement msirolly@dir.ca.gov |
| Robert D Bass | on behalf of Attorney Robert D. Bass bob.bass47@icloud.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com |
| Sheryl K Ith | on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com sith@ecf.courtdrive.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 16

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

FEB 12 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING ACCORD AND SATISFACTION AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND HOUSING + COMMUNITY INVESTMENT DEPARTMENT, CITY OF LOS ANGELES REGARDING OUTSTANDING GRANT RECEIVABLE**<br><br><u>Hearing</u><br>Date:     February 10, 2021<br>Time:     11:00 a.m.<br>Place:    Courtroom 1539<br>          United States Bankruptcy Court<br>          255 E. Temple Street<br>          Los Angeles, CA 90012 |

On the above captioned date at the time noted, the Court considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Accord and Satisfaction Agreement Between Chapter 7 Trustee and Housing + Community Investment Department, City of Los Angeles Regarding Outstanding Grant Receivable* [Docket No. 173] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor" or "YPI") for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the *Accord and Satisfaction Agreement* (the "Agreement") entered into between the Trustee, on behalf of the Bankruptcy Estate, on the one hand, and the Housing + Community Investment Department, City of Los Angeles ("HCID"), on the other, a copy which is attached as <u>Exhibit 1</u> to the *Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Motion, which relates to the pre-petition grant receivable due to YPI for services performed (collectively, the "Prepetition Services") pursuant to the following pre-petition agreements relating to the "FamilySource Centers" program established by the City of Los Angeles, acting by and through HCID: Agreement No. C-131658 and Agreement No. 133744 (collectively, the "HCID Prepetition Agreements").

The Court having reviewed the Motion, the Agreement, and the Rund Declaration; and no opposition having been filed to the Motion,

**IT IS HEREBY ORDERED that:**

1. The Motion is **GRANTED**.

2. The Agreement is **APPROVED** in its entirety.

3. Pursuant to the terms of the Agreement, HCID shall pay to the Trustee the aggregate amount of **$460,078.60** no later than **30 days** following entry of this order.

4. Upon the Trustee's timely receipt of the payment required under Paragraph 3 hereof, the HCID Prepetition Agreements shall be deemed terminated without further order or notice.

---

[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

5. The Court retains jurisdiction for all matters relating the Agreement and/or the Motion.

###

Date: February 12, 2021

Sheri Bluebond
United States Bankruptcy Judge

ORDER GRANTING MOTION TO APPROVE COMPROMISE

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067