JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICE OF PHILIP DRACHT AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327 AND TO APPROVE CONTINGENCY FEE ARRANGEMENT PURSUANT TO 11 U.S.C. § 328**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), has filed his application (the "Application") for authority to employ, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") and Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy

76214-00002/4093057.1

NOTICE OF APPLICATION TO EMPLOY
SPECIAL LITIGATION COUNSEL

Rule"), The Law Office of Philip Dracht ("Dracht") as his special litigation counsel, effective as of July 19, 2021.

**PLEASE TAKE FURTHER NOTICE** that as set forth in detail in the Application, in early 2019, an audit revealed irregularities in expense reimbursements made to the former CEO, Dixon Slingerland ("Mr. Slingerland"), and inaccurate disclosures and reports made in connection with the various grants the Debtor received. The Debtor's Board of Directors therefore formed a special committee and investigated these irregularities and, through its investigations concluded that Mr. Slingerland used the Debtor's funds for unauthorized and personal expenditures, and further directed inaccurate reporting to certain government agencies. The Trustee and his counsel have thoroughly investigated the pre-petition events reported by the special committee and believe that the bankruptcy estate possesses significant commercial tort claims against, *inter alia*, former officers and directors of YPI and certain former professionals engaged by the Debtor, some of which may implicate certain of the Debtor's pre-petition insurance policies (the "Commercial Tort Claims"). The Trustee seeks to employ Dracht as special litigation counsel to pursue such Commercial Tort Claims.

**PLEASE TAKE FURTHER NOTICE** that the relief requested is based on the Application, the *Declaration of Philip Dracht* (the "Dracht Declaration") attached thereto, this Notice, the arguments of counsel, and other admissible evidence properly brought before the Court. In addition, to the extent necessary, the Trustee respectfully requests that the Court take judicial notice of the chapter 7 case docket and all pleadings filed in the above captioned chapter 7 bankruptcy case, including the specific pleadings referenced in the Application.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Application, the Trustee seeks approval, pursuant to section 328(a) of the Bankruptcy Code, of a sliding scale contingency fee arrangement, summarized as follows (the "Contingency Fee"):

- For Commercial Tort Claims resolved within 30 days of filing an adversary complaint, Dracht will be entitled to the lesser of (i) 25% of the gross recovery on such claims; or (ii) the amount of actual legal services calculated at an hourly rate of $550.

- For Commercial Tort Claims resolved before the commencement of trial, Dracht will be entitled to 33% of the gross recovery on such claims.

- For Commercial Tort Claims resolved after commencement of trial, but before an appeal has been filed, Dracht will be entitled to 40% of the gross recovery on such claims.

- For Commercial Tort Claims resolved after the commencement of post-judgment appeal, Dracht will be entitled to 45% of the gross recovery on such claims.

If no recovery is obtained on the Commercial Tort Claims, Dracht will not be entitled to any compensation or reimbursement of any expense.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Trustee's Application can be obtained from the Bankruptcy Court or by contacting:

> Jeffrey A. Krieger, Esq.
> Keith Patrick Banner, Esq.
> GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
> 2049 Century Park East, Ste. 2600
> Los Angeles, California 90067
> Telephone: 310.553.3610
> Facsimile: 310.553.0687
> Email: JKrieger@GreenbergGlusker.com
>         KBanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rules 2014-1(b)(3)(E) and 9013-1(o)(1), any response to the Application and request for hearing must be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Jeffrey A. Krieger, Esq., 2049 Century Park East, Ste. 2600, Los Angeles, California 90067; (iii) his proposed special counsel at The Law Office of Philip Dracht, 15 W Carrillo St., Suite 250, Santa Barbara, CA 93101; and (iv) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice of the Application, the Bankruptcy Court may treat such failure as a waiver

1   of your right to oppose the Application and may grant the requested relief.

4   DATED:  August 2, 2021                    GREENBERG GLUSKER FIELDS CLAMAN
                                              & MACHTINGER LLP

                                              By: */s/ Jeffrey A. Krieger*
                                                  JEFFREY A. KRIEGER
                                                  KEITH PATRICK BANNER
                                                  Attorneys for Jason M. Rund,
                                                  Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICE OF PHILIP DRACHT AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327 AND TO APPROVE CONTINGENCY FEE ARRANGEMENT PURSUANT TO 11 U.S.C. § 328** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 2, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 2, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 2, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 2, 2021 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                       **F 9013-3.1.PROOF.SERVICE**

76214-00002/4105227.1

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

**2. <u>SERVED BY UNITED STATES MAIL</u>:**

<u>Ford Motor Credit</u>

| | | |
|---|---|---|
| FORD MOTOR CREDIT<br>PO Box 537901<br>Livonia, MI 48153 | Ford Motor Credit<br>P.O. Box 650574<br>Dallas, TX 75265-0574 | Ford Motor Credit<br>1501 North Plano Road Ste. 100.<br>Richardson, TX 75081 |
| Ford Motor Credit<br>260 Interstate N PKWY NW<br>Atlanta, GA 30339 | | |

<u>Secured Creditors</u>

| | | |
|---|---|---|
| Think Together<br>2101 E 4th St Ste. 200B<br>Santa Ana, CA 92705<br>Attn: Teresa A. McQueen,<br>General Counsel | Jules and Associates<br>2 Great Valley Parkway,<br>Suite 300<br>Malvern, PA 19355 | Non-Profit Finance Fund<br>5 Hanover Square,<br>9th Floor<br>New York, NY 10004 |

<u>Unsecured Creditors</u>

| | | |
|---|---|---|
| American Express<br>World Financial Center<br>New York, NY 10285 | Bright Star Schools<br>2636 South Mansfield Avenue<br>Los Angeles, CA 90016 | C3 Business Solutions<br>20321 SW Acacia St. Ste. 200<br>Newport Beach, CA 92660 |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

76214-00002/4105227.1

| | | |
|---|---|---|
| California Department of Education<br>21st 1430 N Street<br>Sacramento, CA 95814-5901 | Department of Education (Los Angeles Prom)<br>400 Maryland Avenue, SW<br>Washington, DC 20202 | Employed Security Service Center Inc.<br>959 E., Walnut Street<br>Suite 112<br>Pasadena, CA 91106 |
| Fresh Start Meals Inc<br>1530 1st Street<br>San Fernando, CA 91340 | Granada Hills Charter High School<br>10535 Zelzah Avenue<br>Granada Hills, CA 91344 | JFK Transportation Company Inc.<br>980 W. 17th Street<br>Suite B<br>Santa Ana, CA 92706 |
| Multicultural Learning Center<br>7510 Desoto Avenue<br>Canoga Park, CA 91303 | NIU College<br>5959 Topanga Canyon Blvd.<br>Suite 110<br>Woodland Hills, CA 91367 | Oracle America, Inc.<br>P.O. Box 44471<br>San Francisco, CA 94144 |
| Orenda Education (Principal's Exchange)<br>2101 E. Fourth Street<br>Suite 200B<br>Santa Ana, CA 92705 | Roth Staffing Companies, L.P.<br>P.O. Box 60003<br>Anaheim, CA 92812 | Sabio Enterprises, Inc.<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230 |
| Spectrum<br>9260 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Staples Contract & Commercial Inc.<br>Dept. La<br>P.O. Box 83689<br>Chicago, IL 60696 | Staples Technology<br>P.O. Box 95230<br>Chicago, IL 60694 |
| Stem & More LLC<br>7618 Jellico Avenue<br>Northridge, CA 91325 | Ultimate Software (Payroll Services)<br>P.O. Box 930953<br>Atlanta, GA 91193 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**

76214-00002/4105227.1