| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California  90067<br>Telephone:310.553.3610<br>Fax:  310.553.0687<br><br>☐  Individual *appearing without an attorney*<br>☒  *Attorney for:*   Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br><br><br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**   ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICE OF PHILIP DRACHT AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327 AND TO APPROVE CONTINGENCY FEE ARRANGEMENT PURSUANT TO 11 U.S.C. § 328<br><br>[Docket No. 180] |
|---|---|

PLEASE TAKE NOTICE that the order titled **ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICE OF PHILIP DRACHT AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327 AND TO APPROVE CONTINGENCY FEE ARRANGEMENT PURSUANT TO 11 U.S.C. § 328** was lodged on August 19, 2021 (*date*) and is attached hereto as Exhibit A.  This order relates to docket number 180

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**
76214-00002/4120364.1

# EXHIBIT A

76214-00002/4120364.1

1  JEFFREY A. KRIEGER (SBN 156535)
   JKrieger@GreenbergGlusker.com
2  KEITH PATRICK BANNER (SBN 259502)
   KBanner@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
4  2049 Century Park East, Ste. 2600
   Los Angeles, California 90067
5  Telephone: 310.553.3610
   Fax: 310.553.0687
6
7  Attorneys for Jason M. Rund,
   Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICE OF PHILIP DRACHT AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327 AND TO APPROVE CONTINGENCY FEE ARRANGEMENT PURSUANT TO 11 U.S.C. § 328** |
| | [NO HEARING REQUIRED] |

The Court having considered the *Chapter 7 Trustee's Application to Employ the Law Office of Phillip Dracht as Special Litigation Counsel Pursuant to 11 U.S.C. § 327 and to Approve Contingency Fee Arrangement Pursuant to 11 U.S.C. § 328* [Docket No. 180] (the "Application") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks entry of an order: (1) authorizing the employment of The Law Office of Philip Dracht ("Dracht") under section 327(a) of title 11 of the United States Code, 11 U.S.C., §101, *et seq.* (the "Bankruptcy Code") as his special litigation counsel pursuant to the terms of that certain Retainer Agreement dated July 19,

1  2021 (the "Retainer Agreement") attached as Exhibit 1 to the *Declaration of Philip Dracht*

2  accompanying the Application; and (2) pursuant to section 328(a) of the Bankruptcy Code,

3  approving the contingency fee arrangement contained in the Retainer Agreement (the

4  "Contingency Fee"); it appearing that this Court has jurisdiction over this matter pursuant to 28

5  U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Application having been

6  given under the circumstances; no timely response or request for hearing having been filed with

7  respect to the Application; and after due deliberation and good cause appearing therefor,

8      IT IS ORDERED THAT:

9      1.    The Application is granted.

10      2.    The Trustee is authorized to retain Dracht as his special litigation counsel under

11  section 327(a) of the Bankruptcy Code pursuant to the terms and conditions set forth in the

12  Retainer Agreement, effective as of July 19, 2021.

13      3.    The Contingency Fee is approved pursuant to section 328(a) of the Bankruptcy

14  Code.

15      4.    The Trustee is authorized to pay the Contingency Fee to Dracht, as appropriate,

16  subject to the provisions of section 328(a) of the Bankruptcy Code.

17      ###

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

76214-00002/4118637.1

2

ORDER AUTHORIZING EMPLOYMENT OF
SPECIAL LITIGATION COUNSEL

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICE OF PHILIP DRACHT AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327 AND TO APPROVE CONTINGENCY FEE ARRANGEMENT PURSUANT TO 11 U.S.C. § 328 [DOCKET NO. 180]**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 19, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 19, 2021 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1**.<u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Keith Patrick Banner     kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass     bob.bass47@icloud.com
- Magdalena R Bordeaux     mbordeaux@publiccounsel.org
- Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith     sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger     jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows     david@davidwmeadowslaw.com
- Kevin Meek     kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince     cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;hbaig@lesnickprince.com
- Jason M Rund (TR)     trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe     , daniel.c.sharpe@me.com
- Matthew N Sirolly     msirolly@dir.ca.gov
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw     awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner     gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com