1    JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
2    KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
3    GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
4    2049 Century Park East, Ste. 2600
Los Angeles, California 90067
5    Telephone:  310.553.3610
Fax:  310.553.0687
6
7    Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**AUG 20 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY wesley    DEPUTY CLERK**

8

9                    UNITED STATES BANKRUPTCY COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                        LOS ANGELES DIVISION

12

13   In re:                                    Case No. 2:19-bk-23085-BB

14   YOUTH POLICY INSTITUTE, INC.,             Chapter 7

15           Debtor.                           **ORDER APPROVING CHAPTER 7**
**TRUSTEE'S APPLICATION TO EMPLOY**
16                                             **THE LAW OFFICE OF PHILIP DRACHT**
**AS SPECIAL LITIGATION COUNSEL**
17                                             **PURSUANT TO 11 U.S.C. § 327 AND TO**
**APPROVE CONTINGENCY FEE**
18                                             **ARRANGEMENT PURSUANT TO 11**
**U.S.C. § 328**
19
                                              [NO HEARING REQUIRED]
20

21       The Court having considered the *Chapter 7 Trustee's Application to Employ the Law*

22   *Office of Phillip Dracht as Special Litigation Counsel Pursuant to 11 U.S.C. § 327 and to*

23   *Approve Contingency Fee Arrangement Pursuant to 11 U.S.C. § 328* [Docket No. 180] (the

24   "Application") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy

25   estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks entry of an order: (1)

26   authorizing the employment of The Law Office of Philip Dracht ("Dracht") under section 327(a)

27   of title 11 of the United States Code, 11 U.S.C., §101, *et seq.* (the "Bankruptcy Code") as his

28   special litigation counsel pursuant to the terms of that certain Retainer Agreement dated July 19,

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

76214-00002/4118637.1

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

1   2021 (the "Retainer Agreement") attached as Exhibit 1 to the *Declaration of Philip Dracht*

2   accompanying the Application; and (2) pursuant to section 328(a) of the Bankruptcy Code,

3   approving the contingency fee arrangement contained in the Retainer Agreement (the

4   "Contingency Fee"); it appearing that this Court has jurisdiction over this matter pursuant to 28

5   U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Application having been

6   given under the circumstances; no timely response or request for hearing having been filed with

7   respect to the Application; and after due deliberation and good cause appearing therefor,

8   **IT IS ORDERED THAT:**

9       1.      The Application is **GRANTED.**

10       2.      The Trustee is authorized to retain Dracht as his special litigation counsel under

11   section 327(a) of the Bankruptcy Code pursuant to the terms and conditions set forth in the

12   Retainer Agreement, effective as of **July 19, 2021**.

13       3.      The Contingency Fee is approved pursuant to section 328(a) of the Bankruptcy

14   Code.

15       4.      The Trustee is authorized to pay the Contingency Fee to Dracht, as appropriate,

16   subject to the provisions of section 328(a) of the Bankruptcy Code.

17                         ###

18

19

20

21

22

23

24   Date: August 20, 2021

                        Sheri Bluebond

25                           United States Bankruptcy Judge

26

27

28

76214-00002/4118637.1           2          ORDER AUTHORIZING EMPLOYMENT OF
SPECIAL LITIGATION COUNSEL