United States Bankruptcy Court

Central District of California

| In re: | Case No. 19-23085-BB |
|---|---|
| Youth Policy Institute, Inc. | Chapter 7 |
| Debtor | |

## CERTIFICATE OF NOTICE

| District/off: 0973-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 20, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Aug 22, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy C Warshaw | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com ecf@bwlawcenter.com |
| Christopher E Prince | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Daniel C Sharpe | on behalf of Creditor I. A.  daniel.c.sharpe@me.com |
| Daniel C Sharpe | on behalf of Creditor A.M.  daniel.c.sharpe@me.com |
| David W. Meadows | |

District/off: 0973-2  User: admin  Page 2 of 2
Date Rcvd: Aug 20, 2021  Form ID: pdf042  Total Noticed: 1

on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

Genevieve G Weiner
on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com
laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Jason M Rund (TR)
trustee@srlawyers.com jrund@ecf.axosfs.com

Jeffrey A Krieger
on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com
kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner
on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com
sharper@greenbergglusker.com;calendar@greenbergglusker.com

Kevin Meek
on behalf of Debtor Youth Policy Institute Inc. kmeek@robinskaplan.com,
kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux
on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly
on behalf of Creditor Labor Commissioner California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Robert D Bass
on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Shawn M Christianson
on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com schristianson@buchalter.com

Sheryl K Ith
on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com sith@ecf.courtdrive.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 16

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

AUG 20 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY THE LAW OFFICE OF PHILIP DRACHT AS SPECIAL LITIGATION COUNSEL PURSUANT TO 11 U.S.C. § 327 AND TO APPROVE CONTINGENCY FEE ARRANGEMENT PURSUANT TO 11 U.S.C. § 328**

[NO HEARING REQUIRED]

The Court having considered the *Chapter 7 Trustee's Application to Employ the Law Office of Phillip Dracht as Special Litigation Counsel Pursuant to 11 U.S.C. § 327 and to Approve Contingency Fee Arrangement Pursuant to 11 U.S.C. § 328* [Docket No. 180] (the "Application") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks entry of an order: (1) authorizing the employment of The Law Office of Philip Dracht ("Dracht") under section 327(a) of title 11 of the United States Code, 11 U.S.C., §101, *et seq.* (the "Bankruptcy Code") as his special litigation counsel pursuant to the terms of that certain Retainer Agreement dated July 19,

76214-00002/4118637.1

ORDER AUTHORIZING EMPLOYMENT OF
SPECIAL LITIGATION COUNSEL

2021 (the "Retainer Agreement") attached as Exhibit 1 to the *Declaration of Philip Dracht* accompanying the Application; and (2) pursuant to section 328(a) of the Bankruptcy Code, approving the contingency fee arrangement contained in the Retainer Agreement (the "Contingency Fee"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Application having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Application; and after due deliberation and good cause appearing therefor,

**IT IS ORDERED THAT:**

1. The Application is **GRANTED.**

2. The Trustee is authorized to retain Dracht as his special litigation counsel under section 327(a) of the Bankruptcy Code pursuant to the terms and conditions set forth in the Retainer Agreement, effective as of **July 19, 2021**.

3. The Contingency Fee is approved pursuant to section 328(a) of the Bankruptcy Code.

4. The Trustee is authorized to pay the Contingency Fee to Dracht, as appropriate, subject to the provisions of section 328(a) of the Bankruptcy Code.

###

Date: August 20, 2021

Sheri Bluebond
United States Bankruptcy Judge