JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

    Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**SUPPLEMENTAL DECLARATION OF JEFFREY A. KRIEGER PURSUANT TO FED R. BANKR. P. 2014 WITH RESPECT TO CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL**

[NO HEARING REQUIRED]

76214-00002/4181229.1

SUPPLEMENTAL DECLARATION OF
JEFFREY A. KRIEGER

## DECLARATION OF JEFFREY A. KRIEGER

**(Pursuant to Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure)**

I, Jeffrey A. Krieger, declare:

1. I am an attorney duly admitted to practice before this United States Bankruptcy Court. I am an attorney at the law firm of Greenberg Glusker Fields Claman & Machtinger LLP ("Greenberg Glusker" or the "Firm"), general bankruptcy counsel for Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"). I have personal knowledge of the facts stated below, and, if called as a witness, I could and would testify competently thereto.

2. On December 10, 2019, in connection with the *Chapter 7 Trustee's Application to Employ Greenberg Glusker Fields Claman & Machtinger LLP as General Bankruptcy Counsel; Declaration of Jeffrey A. Krieger In Support Thereof* [Docket No. 29] ("the Application"), Greenberg Glusker filed the (the "Original Declaration") in accordance with Rule 2014 of the Federal Rules of Bankruptcy Procedure.

3. The Original Declaration set forth Greenberg Glusker's known connections with the Debtor, its creditors, members and parties in interest based on a search and review of the Firm's records.

4. In addition to the connections set forth in the Original Declaration, Greenberg Glusker makes the following additional disclosure with respect to parties in interest, PLIC-SBD Grand Island ("PLIC") and Kaiser Permanente ("KP"), which are listed in section 2, question 3 of the Debtor's Statement of Financial Affairs. In that regard, I make the following additional disclosures:

    (a) In connection with transactional matters wholly unrelated to the Firm's work for the Trustee in this bankruptcy case, Greenberg Glusker represents Principal Life Insurance Company (an affiliate of PLIC).

    (b) In connection with a matter wholly unrelated to the Firm's work for the Trustee in this bankruptcy case, Greenberg Glusker previously represented Casmalia Petroleum Group ("CPG"), a voluntary association in which Kaiser Foundation Health

Plans, Inc. (an affiliate or dba for KP) was formerly a member.  Greenberg Glusker represented CPG, not any of its members.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November, 2021, at Los Angeles, California.

_____
JEFFREY A. KRIEGER

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): SUPPLEMENTAL DECLARATION OF JEFFREY A. KRIEGER PURSUANT TO FED R. BANKR. P. 2014 WITH RESPECT TO CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP AS GENERAL BANKRUPTCY COUNSEL
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/04/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☑ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/04/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/04/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/04/2021 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Philip D Dracht    pdracht@drachtlaw.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com