JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA COMMUNITY FOUNDATION TOLLING THE STATUTE OF LIMITATIONS TO COMMENCE AN AVOIDANCE ACTION UNDER 11 U.S.C. 546(a)**<br><br>[NO HEARING REQUIRED] |

This stipulation (this "Stipulation") is made and entered into as of November 3, 2021 (the "Effective Date"), by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and California Community Foundation ("CCF"), on the other.  The Trustee and CCF are sometimes referred to herein as the "Parties."  This Stipulation is made with respect to the following facts.

      A.      On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the

76214-00002/4180393.3

STIPULATION TOLLING
STATUTE OF LIMITATIONS

"Bankruptcy Code"), commencing the within chapter 7 bankruptcy case.

B. On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant to section 701 of the Bankruptcy Code.

C. On December 3, 2019, the Debtor filed its *Statement of Financial Affairs* [Docket No. 16] (the "SOFA").

D. In response to question 3 of the SOFA, which requires the Debtor to disclose all payments to creditors in the ninety (90) day period prior to the Petition, the Debtor, in a response identified as "3.23", disclosed a transfer to CCF on September 27, 2019 in the amount of $2,005,000.00 (the "Transfer").

E. The Trustee has investigated the Transfer and has evaluated certain rights and claims belonging to the Debtor's bankruptcy estate with respect thereto under chapter 5 of the Bankruptcy Code.

F. The Trustee has advised CCF of his intention to commence an action under sections 544, 545, 547, 548 or 553 of the Bankruptcy Code with respect to the Transfer (collectively, "Pre-Petition Avoidance Actions"), and CCF has presented certain defenses with respect thereto. In order to provide time to fully evaluate such asserted defenses and to permit the Parties to engage in good faith negotiations without the need for litigation, the Parties have agreed to toll an applicable statute of limitations with respect to the Transfer for 90 days, on the terms set forth herein.

Therefore, the Parties hereby stipulate and agree, as follows:

1. The Recitals above are incorporated herein by this reference.

2. The statute of limitations for commencing Pre-Petition Avoidance Actions is hereby tolled for 90 days after the Effective Date (the "Tolling Period").

3. The tolling agreed to herein is without prejudice to any further tolling by mutual written agreement between the Parties.

4. In the event that any Pre-Petition Avoidance Actions are commenced by the Trustee prior to the expiration of the Tolling Period, CCF covenants and agrees that it shall not

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

assert that the action was not timely commenced or that the deadline to file such Pre-Petition Avoidance Actions has expired.

5.    Except as expressly provided herein, this Stipulation is without prejudice to any Party's rights, claims, and/or defenses, all of which are expressly reserved. Nothing contained herein should be deemed to constitute, nor is it an admission by any party with respect to the merits of an or all of the claims or causes of action described herein.

6.    This Stipulation shall be deemed effective as of the Effective Date.

7.    The Bankruptcy Court shall retain exclusive jurisdiction over this Stipulation and the subject matter hereof.

8.    This Stipulation may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original. Such counterparts shall together constitute and be one and the same instrument.

DATED: November 3, 2021

_____
JASON M. RUND
Solely in his capacity as Chapter 7 Trustee
for Youth Policy Institute

DATED: November 3, 2021

CALIFORNIA COMMUNITY
FOUNDATION

By: _____
Its: _____

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

assert that the action was not timely commenced or that the deadline to file such Pre-Petition Avoidance Actions has expired.

5. Except as expressly provided herein, this Stipulation is without prejudice to any Party's rights, claims, and/or defenses, all of which are expressly reserved. Nothing contained herein should be deemed to constitute, nor is it an admission by any party with respect to the merits of an or all of the claims or causes of action described herein.

6. This Stipulation shall be deemed effective as of the Effective Date.

7. The Bankruptcy Court shall retain exclusive jurisdiction over this Stipulation and the subject matter hereof.

8. This Stipulation may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original. Such counterparts shall together constitute and be one and the same instrument.

DATED: November 3, 2021

_____
JASON M. RUND
Solely in his capacity as Chapter 7 Trustee
for Youth Policy Institute

DATED: November 4, 2021

CALIFORNIA COMMUNITY FOUNDATION

By: _Carol Bradford Worley_
Its: _Senior Counsel_

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA COMMUNITY FOUNDATION TOLLING THE STATUTE OF LIMITATIONS TO COMMENCE AN AVOIDANCE ACTION UNDER 11 U.S.C. 546(a)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/04/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/04/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/04/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/04/2021 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  F 9013-3.1.PROOF.SERVICE

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Philip D Dracht    pdracht@drachtlaw.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com