1  STEVEN M. GOLDSOBEL (State Bar No. 166405)
   NICK ERZRUMYAN (State Bar No. 336637)
2  LAW OFFICES OF STEVEN GOLDSOBEL,
   A PROFESSIONAL CORPORATION
3  1901 Avenue of the Stars, Suite 1750
   Los Angeles, CA 90067
4  Telephone: (310) 552-4848
   Facsimile: (310) 695-3860
5  Email: steve@sgoldsobel.com

6  Attorneys for Defendant
   Steven Schultz

7  PHILIP D. DRACHT (State Bar No. 219044)
   THE LAW OFFICE OF PHILIP DRACHT
8  15. W. Carrillo St.
   Santa Barbara, CA 93202
9  Telephone: (805) 979-8802
   Facsimile: (805) 613-6607
10 Email: pdracht@drachtlaw.com

11 Attorney for Plaintiff
   Jason M. Rund, Chapter 7 Trustee
12

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTUTE, INC., | Hon. Sheri Bluebond |
| Debtor. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| JASON M. RUND, Chapter 7 Trustee | Complaint Served:     November 8, 2021 |
| Plaintiff, | Current Response Date: December 8, 2021 |
| v. | New Response Date:    January 7, 2022 |
| DIXON SLINGERLAND; STEVEN SCHULTZ; SUZANNE STEINKE; SUZANNE M. STEINKE A PROFESSIONAL CORPORATION; HILL MORGAN AND ASSOCIATES, LLP | |
| Defendants. | |

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

IT IS HEREBY STIPULATED, pursuant to the Central District of California's Local Rule 8-3, by and between Plaintiff Jason M. Rund and Defendant Steven Schultz, through their undersigned counsel, that Defendant may have a thirty (30) day extension of time, up to and including January 7, 2022, to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action. No prior extension has been requested by Defendant.

Respectfully submitted,

Dated: November 24, 2021

LAW OFFICES OF STEVEN GOLDSOBEL,
A PROFESSIONAL CORPORATION

By: ___/s/ Steven M. Goldsobel___
    STEVEN M. GOLDSOBEL
    NICK ERZRUMYAN
    Attorneys for Defendant
    STEVEN SCHULTZ

Dated: November 24, 2021

THE LAW OFFICE OF PHILIP DRACHT

By: _____/s/ Philip Dracht_____
    PHILIP DRACHT
    Attorney for Plaintiff
    JASON M. RUND

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**