| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN<br>& MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California 90067<br>Telephone: 310.553.3610<br>Fax: 310.553.0687<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for:  Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>YOUTH POLICY INSTITUTE, INC.<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br>CHAPTER 7 TRUSTEE'S OMNIBUS MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISES WITH CERTAIN POTENTIAL PREFERENTIAL TRANSFER RECIPIENTS DECLARATION OF JASON M. RUND IN SUPPORT THEREOF [DOCKET NO. 186] |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER GRANTING CHAPTER 7 TRUSTEE'S OMNIBUS MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISES WITH CERTAIN POTENTIAL PREFERENTIAL TRANSFER RECIPIENTS

was lodged on (*date*) 11/29/2021 and is attached.  This order relates to the motion which is docket number 186.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER GRANTING CHAPTER 7 TRUSTEE'S OMNIBUS MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISES WITH CERTAIN POTENTIAL PREFERENTIAL TRANSFER RECIPIENTS** |
| | [NO HEARING REQUIRED] |

The Court having considered the *Chapter 7 Trustee's Omnibus Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromises with Certain Potential Preferential Transfer Recipients* [Docket No. 186] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute,

---

[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

Inc. (the "Debtor" or "YPI") for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the Trustee's compromises with potential preferential transfer recipients The Princeton Review ("TPR"), Benuck & Rainey, Inc. ("B&R"), Orenda Education, dba Principal's Exchange ("Orenda"), Vision Service Plan ("VSP"), Kaiser Foundation Health Plan, Inc. ("Kaiser") and California Dental Network ("CDN"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Motion; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee's compromises with potential preferential transfer recipients TPR, B&R, Orenda, VSP, Kaiser and CDN, as detailed in the Motion, are **APPROVED** pursuant to Bankruptcy Rule 9019.

3. The following agreements accompanying the Motion, which are attached to the *Declaration of Jason M. Rund* ("Rund Declaration") are **APPROVED** in their entirety: (a) settlement agreement VSP (Rund Decl., at Exh. 1); (b) settlement agreement with Kaiser (Rund Decl., at Exh. 2) and (c) settlement agreement with CDN ("Rund Decl., Exh. 3).

4. The Court retains jurisdiction for all matters relating the Motion.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600 Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/29/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: O(*date*) 11/29/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/29/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste.1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/29/2021 | Julie King | /s/ Julie King |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 2      **F 9021-1.2.BK.NOTICE.LODGMENT**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Philip D Dracht    pdracht@drachtlaw.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com