JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**NOV 29 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S OMNIBUS MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISES WITH CERTAIN POTENTIAL PREFERENTIAL TRANSFER RECIPIENTS**

[NO HEARING REQUIRED]

The Court having considered the *Chapter 7 Trustee's Omnibus Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromises with Certain Potential Preferential Transfer Recipients* [Docket No. 186] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor" or "YPI") for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the Trustee's compromises with potential preferential transfer recipients The Princeton Review

---

[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

("TPR"), Benuck & Rainey, Inc. ("B&R"), Orenda Education, dba Principal's Exchange ("Orenda"), Vision Service Plan ("VSP"), Kaiser Foundation Health Plan, Inc. ("Kaiser") and California Dental Network ("CDN"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Motion; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee's compromises with potential preferential transfer recipients TPR, B&R, Orenda, VSP, Kaiser and CDN, as detailed in the Motion, are **APPROVED** pursuant to Bankruptcy Rule 9019.

3. The following agreements accompanying the Motion, which are attached to the *Declaration of Jason M. Rund* ("Rund Declaration") are **APPROVED** in their entirety: (a) settlement agreement VSP (Rund Decl., at Exh. 1); (b) settlement agreement with Kaiser (Rund Decl., at Exh. 2) and (c) settlement agreement with CDN ("Rund Decl., Exh. 3).

4. The Court retains jurisdiction for all matters relating the Motion.

###

Date: November 29, 2021

Sheri Bluebond
United States Bankruptcy Judge