Jason M. Rund
Chapter 7 Trustee
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: (310) 640-1200
Facsimile:  (310) 640-0200
Email:  trustee@srlawyers.com

Chapter 7 Trustee

FILED & ENTERED

NOV 30 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | Case No.: 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING COMPROMISE WITH PRINCIPAL LIFE INSURANCE COMPANY** |
| | [No Hearing Required] |

The matter of the Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromise with Principal Life Insurance Company (the "Motion") [Docket No. 192] filed by Jason M. Rund, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee" or "Movant") for the bankruptcy estate of Youth Policy Institute, Inc. ("Debtor") is considered by the Court without a hearing pursuant to Local Bankruptcy Rule 9013-1(o).

The Court having read and considered the Trustee's Motion and Declaration in support thereof has determined as follows:

    A.    Due and appropriate Notice of Motion has been given [Docket No. 193]. There was no written opposition or request for a hearing;

    B.    Good cause exists to grant the Motion and approve the proposed compromise; and

    C.    The compromise is reasonable and entered into in good faith.

NOW THEREFORE, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED in its entirety;**

2. The Settlement Agreement is **APPROVED**; and

3. Jason M. Rund, Chapter 7 Trustee for the bankruptcy estate of Youth Policy Institute, Inc., is authorized to enter into the settlement with Principal Life Insurance Company as specified in the Motion filed with the Court and to take all action as may be proper and necessary to effectuate the settlement.

####

Date: November 30, 2021

Sheri Bluebond
United States Bankruptcy Judge