United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-23085-BB |
| Youth Policy Institute, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 01, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy C Warshaw | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com ecf@bwlawcenter.com |
| Christopher E Prince | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Daniel C Sharpe | on behalf of Creditor I. A.  daniel.c.sharpe@me.com |
| Daniel C Sharpe | on behalf of Creditor A.M.  daniel.c.sharpe@me.com |
| David W. Meadows | |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 29, 2021 | Form ID: pdf042 | Total Noticed: 1 |

on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

Genevieve G Weiner

on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com
laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Jason M Rund (TR)

trustee@srlawyers.com  jrund@ecf.axosfs.com

Jeffrey A Krieger

on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com
kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner

on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com
sharper@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner

on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com
sharper@greenbergglusker.com;calendar@greenbergglusker.com

Kevin Meek

on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com,
kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux

on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly

on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Philip D Dracht

on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com

Robert D Bass

on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Shawn M Christianson

on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sheryl K Ith

on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com  sith@ecf.courtdrive.com

Steven Goldsobel

on behalf of Defendant Steven Schultz steve@sgoldsobel.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 19

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**NOV 29 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER GRANTING CHAPTER 7 TRUSTEE'S OMNIBUS MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISES WITH CERTAIN POTENTIAL PREFERENTIAL TRANSFER RECIPIENTS**

[NO HEARING REQUIRED]

The Court having considered the *Chapter 7 Trustee's Omnibus Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromises with Certain Potential Preferential Transfer Recipients* [Docket No. 186] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor" or "YPI") for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the Trustee's compromises with potential preferential transfer recipients The Princeton Review

---

[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

1

ORDER GRANTING OMNIBUS MOTION
TO APPROVE COMPROMISES

("TPR"), Benuck & Rainey, Inc. ("B&R"), Orenda Education, dba Principal's Exchange ("Orenda"), Vision Service Plan ("VSP"), Kaiser Foundation Health Plan, Inc. ("Kaiser") and California Dental Network ("CDN"); it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Motion; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee's compromises with potential preferential transfer recipients TPR, B&R, Orenda, VSP, Kaiser and CDN, as detailed in the Motion, are **APPROVED** pursuant to Bankruptcy Rule 9019.

3. The following agreements accompanying the Motion, which are attached to the *Declaration of Jason M. Rund* ("Rund Declaration") are **APPROVED** in their entirety: (a) settlement agreement VSP (Rund Decl., at Exh. 1); (b) settlement agreement with Kaiser (Rund Decl., at Exh. 2) and (c) settlement agreement with CDN ("Rund Decl., Exh. 3).

4. The Court retains jurisdiction for all matters relating the Motion.

###

Date: November 29, 2021

Sheri Bluebond
United States Bankruptcy Judge