United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-23085-BB |
| Youth Policy Institute, Inc. | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 30, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 02, 2021                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy C Warshaw | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com ecf@bwlawcenter.com |
| Christopher E Prince | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Daniel C Sharpe | on behalf of Creditor I. A.   daniel.c.sharpe@me.com |
| Daniel C Sharpe | on behalf of Creditor A.M.   daniel.c.sharpe@me.com |
| David W. Meadows | |

District/off: 0973-2      User: admin      Page 2 of 2
Date Rcvd: Nov 30, 2021      Form ID: pdf042      Total Noticed: 1

| Name | Details |
|---|---|
| | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| Genevieve G Weiner | on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Jason M Rund (TR) | trustee@srlawyers.com  jrund@ecf.axosfs.com |
| Jeffrey A Krieger | on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com sharper@greenbergglusker.com;calendar@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com sharper@greenbergglusker.com;calendar@greenbergglusker.com |
| Kevin Meek | on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com |
| Magdalena R Bordeaux | on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org |
| Matthew N Sirolly | on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov |
| Philip D Dracht | on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com |
| Robert D Bass | on behalf of Attorney Robert D. Bass bob.bass47@icloud.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com |
| Sheryl K Ith | on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com  sith@ecf.courtdrive.com |
| Steven Goldsobel | on behalf of Defendant Steven Schultz steve@sgoldsobel.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 19

Jason M. Rund
Chapter 7 Trustee
840 Apollo Street, Suite 351
El Segundo, CA 90245
Telephone: (310) 640-1200
Facsimile:  (310) 640-0200
Email:  trustee@srlawyers.com

Chapter 7 Trustee

**FILED & ENTERED**

**NOV 30 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No.: 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING COMPROMISE WITH PRINCIPAL LIFE INSURANCE COMPANY**<br><br>[No Hearing Required] |

The matter of the Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromise with Principal Life Insurance Company (the "Motion") [Docket No. 192] filed by Jason M. Rund, the duly appointed, qualified and acting Chapter 7 Trustee ("Trustee" or "Movant") for the bankruptcy estate of Youth Policy Institute, Inc. ("Debtor") is considered by the Court without a hearing pursuant to Local Bankruptcy Rule 9013-1(o).

The Court having read and considered the Trustee's Motion and Declaration in support thereof has determined as follows:

A. Due and appropriate Notice of Motion has been given [Docket No. 193]. There was no written opposition or request for a hearing;

B. Good cause exists to grant the Motion and approve the proposed compromise; and

C. The compromise is reasonable and entered into in good faith.

NOW THEREFORE, **IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED in its entirety;**

2. The Settlement Agreement is **APPROVED**; and

3. Jason M. Rund, Chapter 7 Trustee for the bankruptcy estate of Youth Policy Institute, Inc., is authorized to enter into the settlement with Principal Life Insurance Company as specified in the Motion filed with the Court and to take all action as may be proper and necessary to effectuate the settlement.

####

Date: November 30, 2021

Sheri Bluebond
United States Bankruptcy Judge