1  JEFFREY A. KRIEGER (SBN 156535)
   JKrieger@GreenbergGlusker.com
2  KEITH PATRICK BANNER (SBN 259502)
   KBanner@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
4  2049 Century Park East, Ste. 2600
   Los Angeles, California 90067
5  Telephone: 310.553.3610
   Fax: 310.553.0687
6
7  Attorneys for Jason M. Rund,
   Chapter 7 Trustee

8

9                UNITED STATES BANKRUPTCY COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                    LOS ANGELES DIVISION

12

13  In re:                          Case No. 2:19-bk-23085-BB

14  YOUTH POLICY INSTITUTE, INC.,   Chapter 7

15         Debtor.                  **NOTICE OF CHAPTER 7 TRUSTEE'S**
                                    **INTENT TO ABANDON CERTAIN**
16                                  **PERSONAL PROPERTY OF THE**
                                    **DEBTOR LOCATED AT THE PACOIMA**
17                                  **ENTREPRENEURIAL CENTER**

18                                  **DECLARATION OF JASON M. RUND IN**
                                    **SUPPORT**
19
                                    [NO HEARING REQUIRED UNLESS
20                                  REQUESTED PURSUANT TO
                                    BANKRUPTCY RULE 6007(a) AND LBR
21                                  6007-1]

22

23       **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY**

24  **JUDGE, THE DEBTOR, THE UNITED STATES TRUSTEE, AND ALL PARTIES-IN-**

25  **INTEREST HEREIN:**

26       **PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the

27  bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") hereby gives notice

28  pursuant to Rule 6007(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

1 and each, a "Bankruptcy Rule") and Local Bankruptcy Rule 6007-1 of his intent to abandon

2 certain personal property of the Debtor located at the Pacoima Entrepreneurial Center located at

3 13420 Van Nuys Boulevard, Pacoima California 91331-3007 (the "PEC Premises"), as more fully

4 described herein and in the accompanying *Declaration of Jason M. Rund* (the "Rund

5 Declaration").

6      **PLEASE TAKE FURTHER NOTICE** that in the Debtor's Schedule G filed on

7 December 3, 2019 [Docket No. 15-4] the Debtor disclosed a month-to-month lease relating to

8 PEC Premises with Valley Economic Development Corporation ("VEDC"). The Trustee

9 understands that the Debtor previously conducted certain programs from the PEC Premises, but

10 appears to have abandoned the premises pre-petition.

11      **PLEASE TAKE FURTHER NOTICE** that the personal property of the Debtor left at

12 PEC Premises generally consists of materials and equipment used by the Debtor pre-petition in

13 conducting its programs, including documents, office furniture, computers, office supplies and

14 equipment (collectively, the "Abandoned Property"). Photographs of the Debtor's personal

15 property left at the PEC Premises are attached collectively as Exhibit 1 to the Rund Declaration.

16 Based on the Trustee's evaluation of the Abandoned Property at the PEC Premises, the Trustee

17 has concluded in his business judgment that such Abandoned Property is of inconsequential value

18 to the bankruptcy estate and the administrative burden of selling such property would outweigh

19 any potential realizable value.

20      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting*

21 *Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice") this

22 Notice constitutes a Limit Notice Matter and therefore the Trustee will serve this Notice on the

23 Limited Service List (which includes all secured creditors which may have an interest in the

24 contents of the Abandoned Units). In addition, the Trustee will serve this Notice on VEDC,

25 though their counsel Eve Karasik, Esq. of Levene, Neale, Bender, Yoo & Golubchik L.L.P., as

26 reflected in the accompanying proof of service. The Trustee submits that no further notice is

27 required under the circumstances.

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

NOTICE OF INTENT TO ABANDON PROPERTY
AT PACOIMA ENTREPRENEURIAL CENTER

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 6007-1, any objection to the Trustee's abandonment of the Abandoned Property must be filed with the Court, along with a request for hearing, and served on: (i) the Trustee at 840 Apollo Street, Suite 351, El Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn:  Jeffrey A. Krieger, Esq. and Keith Patrick Banner, Esq., 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067; and (iii) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rules 6007-1(d) and 6007-1(e), if no timely objection and proper request for hearing is filed and served, the Abandoned Property is deemed abandoned without further order of the Court.

DATED:  December 3, 2021

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: */s/ Keith Patrick Banner*
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Attorneys for Jason M. Rund,
Chapter 7 Trustee

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

**DECLARATION OF JASON M. RUND**

I, Jason M. Rund, declare:

1.      I am the duly appointed and acting chapter 7 Trustee of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor").  I have personal knowledge of the facts stated below, or have gained knowledge of them from pleadings and other documents typically obtained and reviewed by trustees administering estates or from the professionals employed to assist me herein, and, if called as a witness, I could and would testify competently thereto.

2.      I understand that, pre-petition, the Debtor conducted certain programs from the Pacoima Entrepreneurial Center located at 13420 Van Nuys Boulevard, Pacoima California 91331-3007 (the "PEC Premises").  I further understand that the Debtor appears to have abandoned the PEC Premises pre-petition.

3.      On December 2, 2021, I accessed and inspected certain personal property of the Debtor located at the PEC Premises.

4.      In my inspection of the PEC Premises, I observed that the personal property of the Debtor left at the PEC Premises generally consists of materials and equipment used by the Debtor pre-petition in conducting its programs, including documents, office furniture, computers, office supplies and equipment (collectively, the "Abandoned Property").  True and correct photographs of the Abandoned Property are collectively attached as Exhibit 1.

5.      Based on my evaluation, I have concluded in my business judgment that the Abandoned Property is of inconsequential value to the bankruptcy estate and the administrative burden of selling such property would outweigh any potential realizable value.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3ʳᵈ_ day of December, 2021, at El Segundo, California

JASON M. RUND

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

4

DECLARATION OF
JASON M. RUND

# EXHIBIT 1



**EXHIBIT 1 - PAGE 6**



**EXHIBIT 1 - PAGE 7**



**EXHIBIT 1 - PAGE 8**



**EXHIBIT 1 - PAGE 9**



EXHIBIT 1 - PAGE 10



EXHIBIT 1 - PAGE 11

EXHIBIT 1 - PAGE 12



**EXHIBIT 1 - PAGE 13**



**EXHIBIT 1 - PAGE 14**



EXHIBIT 1 - PAGE 15



EXHIBIT 1 - PAGE 16



EXHIBIT 1 - PAGE 17



EXHIBIT 1 - PAGE 18

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF CHAPTER 7 TRUSTEE'S INTENT TO ABANDON CERTAIN PERSONAL PROPERTY OF THE DEBTOR LOCATED AT THE PACOIMA ENTREPRENEURIAL CENTER; DECLARATION OF JASON M. RUND IN SUPPORT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) December 3, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) December 3, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) December 3, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

Via Email
to Eve H. Karasik -- EHK@lnbyg.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 3, 2021 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

76214-00002/4207744.1

**1.**    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner     kbanner@greenbergglusker.com,
  sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass     bob.bass47@icloud.com
- Magdalena R Bordeaux     mbordeaux@publiccounsel.org
- Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith     sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger     jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows     david@davidwmeadowslaw.com
- Kevin Meek     kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince     cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)     trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe     , daniel.c.sharpe@me.com
- Matthew N Sirolly     msirolly@dir.ca.gov
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw     awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner     gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-
  0813@ecf.pacerpro.com

**2. SERVED BY UNITED STATES MAIL**:
Ford Motor Credit

FORD MOTOR CREDIT          Ford Motor Credit              Ford Motor Credit
PO Box 537901              P.O. Box 650574                1501 North Plano Road Ste. 100.
Livonia, MI 48153          Dallas, TX 75265-0574          Richardson, TX 75081

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Secured Creditors

Think Together            Jules and Associates       Non-Profit Finance
2101 E 4th St Ste. 200B   2 Great Valley Parkway,    Fund
Santa Ana, CA 92705       Suite 300                  5 Hanover Square,
Attn: Teresa A. McQueen,  Malvern, PA 19355          9th Floor
General Counsel                                      New York, NY 10004

Unsecured Creditors

American Express          Bright Star Schools        C3 Business Solutions
World Financial Center    2636 South Mansfield Avenue 20321 SW Acacia St. Ste. 200
New York, NY 10285        Los Angeles, CA 90016      Newport Beach, CA 92660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                      **F 9013-3.1.PROOF.SERVICE**

76214-00002/4207744.1

California Department of
Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los
Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center
Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's
Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial
Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll
Services)
P.O. Box 930953
Atlanta, GA 91193

June 2012

F 9013-3.1.PROOF.SERVICE

76214-00002/4207744.1