JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>   Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**SECOND STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA COMMUNITY FOUNDATION TOLLING THE STATUTE OF LIMITATIONS TO COMMENCE AN AVOIDANCE ACTION**<br><br>[NO HEARING REQUIRED] |

This stipulation (this "Stipulation") is made and entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and California Community Foundation ("CCF"), on the other. The Trustee and CCF are sometimes referred to herein as the "Parties." This Stipulation is made with respect to the following facts.

A.    On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition (the "Petition") under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the

76214-00002/4259853.2

SECOND STIPULATION TOLLING
STATUTE OF LIMITATIONS

1  "Bankruptcy Code"), commencing the within chapter 7 bankruptcy case.

2      B.    On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant
3  to section 701 of the Bankruptcy Code.

4      C.    On December 3, 2019, the Debtor filed its *Statement of Financial Affairs* [Docket
5  No. 16] (the "SOFA").

6      D.    In response to question 3 of the SOFA, which requires the Debtor to disclose all
7  payments to creditors in the ninety (90) day period prior to the Petition, the Debtor, in a response
8  identified as "3.23", disclosed a transfer to CCF on September 27, 2019 in the amount of
9  $2,005,000.00 (the "Transfer").

10     E.    The Trustee has investigated the Transfer and has evaluated certain rights and
11 claims belonging to the Debtor's bankruptcy estate with respect thereto under chapter 5 of the
12 Bankruptcy Code.

13     F.    The Trustee has advised CCF of his intention to commence an action under
14 sections 544, 545, 547, 548 or 553 of the Bankruptcy Code with respect to the Transfer
15 (collectively, "Pre-Petition Avoidance Actions"), and CCF has presented certain defenses with
16 respect thereto.

17     G.    In order to provide time to fully evaluate such asserted defenses and to permit the
18 Parties to engage in good faith negotiations without the need for litigation, the Parties entered into
19 a *Stipulation Between Chapter 7 Trustee and California Community Foundation Tolling the*
20 *Statute of Limitations to Commence an Avoidance Action Under 11 U.C.C. §546(a)* [Docket No.
21 190] (the "First Stipulation") filed on November 4, 2021, which was approved by the Court by
22 order entered on November 5, 2021 [Docket No. 194] (the "First Order").

23     H.    Pursuant to the First Stipulation and First Order, the deadline for the Trustee to
24 commence an action under sections 544, 545, 547, 548, 550 and/or 553 of the Bankruptcy Code
25 as against CCF was extended to and including February 1, 2022.

26     I.    To allow for further negotiations, the Parties have agreed to further toll the
27 deadline applicable to the commencement of actions under sections 544, 545, 547, 548, 550
28 and/or 553 of the Bankruptcy Code for an additional approximately 60 days, on the terms set

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

forth herein.

Therefore, the Parties hereby stipulate and agree, as follows:

1. The Recitals above are incorporated herein by this reference.

2. The deadline for the Trustee to commence an action under sections 544, 545, 547, 548, 550 and/or 553 of the Bankruptcy Code as against California Community Foundation shall be extended to, and including April 4, 2022.

3. The tolling agreed to herein is without prejudice to any further tolling by mutual written agreement between the Parties.

4. In the event that any Pre-Petition Avoidance Actions are commenced by the Trustee prior to the expiration of the Tolling Period, CCF covenants and agrees that it shall not assert that the action was not timely commenced or that the deadline to file such Pre-Petition Avoidance Actions has expired.

5. Except as expressly provided herein, this Stipulation is without prejudice to any Party's rights, claims, and/or defenses, all of which are expressly reserved. Nothing contained herein should be deemed to constitute, nor is it an admission by any party with respect to the merits of an or all of the claims or causes of action described herein.

6. The Bankruptcy Court shall retain exclusive jurisdiction over this Stipulation and the subject matter hereof.

7. This Stipulation may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original. Such counterparts shall together constitute and be one and the same instrument.

DATED: January 25, 2022

_____
JASON M. RUND
Solely in his capacity as Chapter 7 Trustee
for Youth Policy Institute

DATED: January 25, 2022

CALIFORNIA COMMUNITY FOUNDATION

By: *Carol Bradford Worley*
Its: *Senior Counsel*

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **SECOND STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA COMMUNITY FOUNDATION TOLLING THE STATUTE OF LIMITATIONS TO COMMENCE AN AVOIDANCE ACTION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 26, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 26, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute, Inc.
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 26, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 26, 2022 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

76214-00002/4261409.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Ford Motor Credit

FORD MOTOR CREDIT
PO Box 537901
Livonia, MI 48153

Ford Motor Credit
P.O. Box 650574
Dallas, TX 75265-0574

Ford Motor Credit
1501 North Plano Road Ste. 100.
Richardson, TX 75081

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Secured Creditors

Think Together
2101 E 4th St Ste. 200B
Santa Ana, CA 92705
Attn: Teresa A. McQueen,
General Counsel

Jules and Associates
2 Great Valley Parkway,
Suite 300
Malvern, PA 19355

Non-Profit Finance
Fund
5 Hanover Square,
9th Floor
New York, NY 10004

Unsecured Creditors

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
20321 SW Acacia St. Ste. 200
Newport Beach, CA 92660

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

76214-00002/4261409.1

| | | |
|---|---|---|
| California Department of Education<br>21st 1430 N Street<br>Sacramento, CA 95814-5901 | Department of Education (Los Angeles Prom)<br>400 Maryland Avenue, SW<br>Washington, DC 20202 | Employed Security Service Center Inc.<br>959 E., Walnut Street<br>Suite 112<br>Pasadena, CA 91106 |
| Fresh Start Meals Inc<br>1530 1st Street<br>San Fernando, CA 91340 | Granada Hills Charter High School<br>10535 Zelzah Avenue<br>Granada Hills, CA 91344 | JFK Transportation Company Inc.<br>980 W. 17th Street<br>Suite B<br>Santa Ana, CA 92706 |
| Multicultural Learning Center<br>7510 Desoto Avenue<br>Canoga Park, CA 91303 | NIU College<br>5959 Topanga Canyon Blvd.<br>Suite 110<br>Woodland Hills, CA 91367 | Oracle America, Inc.<br>P.O. Box 44471<br>San Francisco, CA 94144 |
| Orenda Education (Principal's Exchange)<br>2101 E. Fourth Street<br>Suite 200B<br>Santa Ana, CA 92705 | Roth Staffing Companies, L.P.<br>P.O. Box 60003<br>Anaheim, CA 92812 | Sabio Enterprises, Inc.<br>400 Corporate Pointe, Suite 300<br>Culver City, CA 90230 |
| Spectrum<br>9260 Topanga Canyon Blvd.<br>Chatsworth, CA 91311 | Staples Contract & Commercial Inc.<br>Dept. La<br>P.O. Box 83689<br>Chicago, IL 60696 | Staples Technology<br>P.O. Box 95230<br>Chicago, IL 60694 |
| Stem & More LLC<br>7618 Jellico Avenue<br>Northridge, CA 91325 | Ultimate Software (Payroll Services)<br>P.O. Box 930953<br>Atlanta, GA 91193 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

76214-00002/4261409.1