| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN &<br>MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California  90067<br>Telephone:310.553.3610<br>Fax:  310.553.0687<br><br>☐   Individual *appearing without an attorney*<br>☒   *Attorney for:*   Jason M. Rund, Chapter 7 Trustee | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br><br><br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>---<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**    ORDER APPROVING SECOND STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA COMMUNITY FOUNDATION TOLLING THE STATUTE OF LIMITATIONS TO COMMENCE AN AVOIDANCE ACTION<br><br>[Docket No. 210] |

PLEASE TAKE NOTICE that the order titled **ORDER APPROVING SECOND STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA COMMUNITY FOUNDATION TOLLING THE STATUTE OF LIMITATIONS TO COMMENCE AN AVOIDANCE ACTION** was lodged on January 26, 2022 (*date*) and is attached hereto as <u>Exhibit A</u>. This order relates to docket number 210.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT A

76214-00002/4261440.1

1  JEFFREY A. KRIEGER (SBN 156535)
   JKrieger@GreenbergGlusker.com
2  KEITH PATRICK BANNER (SBN 259502)
   KBanner@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
4  2049 Century Park East, Suite 2600
   Los Angeles, California 90067
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
   Attorneys for Jason M. Rund,
7  Chapter 7 Trustee

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             LOS ANGELES DIVISION

11

12  In re:                              Case No. 2:19-bk-23085-BB

13  YOUTH POLICY INSTITUTE, INC.,       Chapter 7

14          Debtor.                     **ORDER APPROVING SECOND
                                        STIPULATION BETWEEN CHAPTER 7**
15                                      **TRUSTEE AND CALIFORNIA**
                                        **COMMUNITY FOUNDATION TOLLING**
16                                      **THE STATUTE OF LIMITATIONS TO**
                                        **COMMENCE AN AVOIDANCE ACTION**
17
                                        [NO HEARING REQUIRED]
18

19

20        The Court having considered the *Second Stipulation Between Chapter 7 Trustee and*

21  *California Community Foundation Tolling the Statute of Limitations to Commence an Avoidance*

22  *Action*  [Docket No. 210] (the "Stipulation")[1] entered into by and between Jason M. Rund,

23  Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the

24  "Debtor"), on the one hand, and California Community Foundation ("CCF" and together with the

25  Trustee, the "Parties"), on the other, and good cause appearing therefor,

26

27
   ───────────────────
28  [1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

1    IT IS HEREBY ORDERED that:

2    1.    The Stipulation is **APPROVED**.

3    2.    Pursuant to the parties' tolling agreement, the deadline for a trustee to

4    commence an action under 11 U.S.C. §§ 544, 545, 547, 548, 550 and/or 553 as against

5    California Community Foundation is hereby extended to and including **April 4, 2022**.

6    3.    The Bankruptcy Court retains exclusive jurisdiction over the Stipulation and

7    the subject matter thereof.

8    ###

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

2    ORDER ON SECOND STIPULATION
TOLLING STATUTE OF LIMITATIONS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park East, Ste. 2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:   ORDER APPROVING SECOND STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA COMMUNITY FOUNDATION TOLLING THE STATUTE OF LIMITATIONS TO COMMENCE AN AVOIDANCE ACTION [Docket No. 210]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 26, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

⊠ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **January 26, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> Debtor
> Youth Policy Institute, Inc.
> 6464 Sunset Blvd., Ste. 650
> Los Angeles, CA 90028

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 26, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

> Via Messenger
> The Honorable Sheri Bluebond
> United States Bankruptcy Court
> Central District of California
> Edward R. Roybal Federal Building and Courthouse
> 255 E. Temple Street, Ste. 1534
> Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 26, 2022 | Sherry Harper | /s/ Sherry Harper |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

2. **SERVED BY UNITED STATES MAIL**:

Ford Motor Credit

| | | |
|---|---|---|
| FORD MOTOR CREDIT<br>PO Box 537901<br>Livonia, Ml 48153 | Ford Motor Credit<br>P.O. Box 650574<br>Dallas, TX 75265-0574 | Ford Motor Credit<br>1501 North Plano Road Ste. 100.<br>Richardson, TX 75081 |

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Secured Creditors

| | | |
|---|---|---|
| Think Together<br>2101 E 4th St Ste. 200B<br>Santa Ana, CA 92705<br>Attn: Teresa A. McQueen,<br>General Counsel | Jules and Associates<br>2 Great Valley Parkway,<br>Suite 300<br>Malvern, PA 19355 | Non-Profit Finance Fund<br>5 Hanover Square,<br>9th Floor<br>New York, NY 10004 |

Unsecured Creditors

| | | |
|---|---|---|
| American Express<br>World Financial Center<br>New York, NY 10285 | Bright Star Schools<br>2636 South Mansfield Avenue<br>Los Angeles, CA 90016 | C3 Business Solutions<br>20321 SW Acacia St. Ste. 200<br>Newport Beach, CA 92660 |
| California Department of Education<br>21st 1430 N Street<br>Sacramento, CA 95814-5901 | Department of Education (Los<br>Angeles Prom)<br>400 Maryland Avenue, SW<br>Washington, DC 20202 | Employed Security Service Center<br>Inc.<br>959 E., Walnut Street<br>Suite 112<br>Pasadena, CA 91106 |

76214-00002/4261440.1

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's
Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll
Services)
P.O. Box 930953
Atlanta, GA 91193

76214-00002/4261440.1