| Attorney or Party Name, Address, Telephone and FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Summer Shaw, Esq. (SBN 283598)<br>SHAW & HANOVER, PC<br>42-600 Cook Street, Suite 210<br>Palm Desert, CA 92211<br>Telephone No.: (760) 610-0000<br>Facsimile No.: (760) 687-2800<br>Email: ss@shaw.law | |
| *Attorney for:* **Defendant, Suzanne M. Steinke, A Professional Corporation** | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA-LOS ANGELES DIVISION

| In re:<br><br>**Youth Policy Institute, Inc.**<br><br>Debtor(s). | CASE NO.: **2:19-bk-23085-BB**<br><br>ADVERSARY NO: **2:21-ap-01221-BB**<br>(*if applicable*)<br><br>CHAPTER: **7** |
|---|---|
| **Jason M. Rund**<br><br>Plaintiff(s),<br>vs.<br><br>**Dixon Slingerland; Steven Schultz; Suzanne Steinke; Suzanne M. Steinke a Professional Corporation; Hill Morgan and Associates, LLP**<br><br>Defendant(s). | # SUBSTITUTION OF ATTORNEY<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney (*specify*): **Suzanne M. Steinke, A Professional Corporation**

2. The name, address, telephone number, and email address of the new attorney are (*specify*): **Summer Shaw, Esq., Shaw & Hanover, PC, 42-600 Cook Street, Suite 210, Palm Desert, CA 92211, (760) 610-0000, ss@shaw.law**

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 1    F 2091-1.SUBSTITUTION.ATTY

3. New attorney hereby appears in the following matters: ☐ the bankruptcy case ☒ the adversary proceeding

4. The new attorney is substituted as attorney of record in place instead of the present attorney. (*Specify name of present attorney*): Suzanne Steinke, Esq.

Date: 1.19.22

[signature]

Signature of party
Suzanne M. Steinke, A Professional Corporation by
Suzanne M. Steinke, President/CEO

Printed name of party

Signature of *third* party (if applicable)

Printed name of *third* party (if applicable)

Signature of *second* party (if applicable)

Printed name of *second* party (if applicable)

Signature of *fourth* party (if applicable)

Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 1.19.22

[signature]

Signature of present attorney

Suzanne M. Steinke, Esq.
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: January 26, 2022

/s/ Summer Shaw
Signature of new attorney
Summer Shaw, Esq.
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                      Page 2                                      F 2091-1.SUBSTITUTION.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

42-600 Cook Street, Suite 210
Palm Desert, CA 92211

A true and correct copy of the foregoing document entitled (*specify*): **Substitution of Attorney for Suzanne M. Steinke, A Professional Corporation** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **01/27/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Keith Patrick Banner    kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
Philip D Dracht    pdracht@drachtlaw.com
Steven Goldsobel    steve@sgoldsobel.com
Hayes F Michel    hmichel@krakowskymichel.com
Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **01/27/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **HONORABLE JUDGE'S COPY**
> Honorable Sheri Bluebond
> United States Bankruptcy Court
> Edward R. Roybal Federal Building and Courthouse
> 255 E. Temple Street, Suite 1534
> Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 01/27/2022 | Teresa Stone | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014    Page 3    F 2091-1.SUBSTITUTION.ATTY