JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 27 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING SECOND STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA COMMUNITY FOUNDATION TOLLING THE STATUTE OF LIMITATIONS TO COMMENCE AN AVOIDANCE ACTION**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Second Stipulation Between Chapter 7 Trustee and California Community Foundation Tolling the Statute of Limitations to Commence an Avoidance Action* [Docket No. 210] (the "Stipulation")[1] entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and California Community Foundation ("CCF" and together with the Trustee, the "Parties"), on the other, and good cause appearing therefor,

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation

IT IS HEREBY ORDERED that:

1. The Stipulation is **APPROVED**.

2. Pursuant to the parties' tolling agreement, the deadline for a trustee to commence an action under 11 U.S.C. §§ 544, 545, 547, 548, 550 and/or 553 as against California Community Foundation is hereby extended to and including **April 4, 2022**.

3. The Bankruptcy Court retains exclusive jurisdiction over the Stipulation and the subject matter thereof.

###

Date: January 27, 2022

Sheri Bluebond
United States Bankruptcy Judge