Summer Shaw, Esq. (SBN 283598)
SHAW & HANOVER, PC
42-600 Cook Street, Suite 210
Palm Desert, CA 92211
Telephone No:(760) 610-0000
Facsimile No: (760) 687-2800
Email: ss@shaw.law
*Attorney for Defendant, Suzanne M. Steinke*

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| In re: | Case No.: 2:19-23085-BB |
|---|---|
| Youth Policy Institute, Inc. | Chapter: 7 |
| Debtor(s). | **NOTICE OF WITHDRAWAL OF SUBSTITUION OF ATTORNEY** [Docket 212] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE; CHAPTER 7 TRUSTEE; UNITED STATES TRUSTEE; AND ALL INTERESTED PARTIES:**

NOTICE IS HEREBY GIVEN that the Substitution of Attorney filed as Docket No. 212 in this matter is hereby withdrawn. The document was inadvertently filed in this case and should have been filed in a related adversary.

Date: January 27, 2022

Respectfully submitted,
**SHAW & HANOVER, PC**

By:  */s/ Summer Shaw*
Summer Shaw

-1-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **42-600 Cook Street, Suite 210, Palm Desert, CA 92211**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF WITHDRAWAL OF SUBSTITUTION OF COUNSEL [Docket No 212]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **01/27/2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**   kbanner@greenbergglusker.com, sharper@greenbergglusker.com;calendar@greenbergglusker.com
- **Philip D Dracht**   pdracht@drachtlaw.com
- **Steven Goldsobel**   steve@sgoldsobel.com
- **Hayes F Michel**   hmichel@krakowskymichel.com
- **Christopher E Prince**   cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Jason M Rund (TR)**   trustee@srlawyers.com, jrund@ecf.axosfs.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **01/27/2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

> **HONORABLE JUDGE'S COPY**
> Honorable Sheri Bluebond
> United States Bankruptcy Court
> Edward R. Roybal Federal Building and Courthouse
> 255 E. Temple Street, Suite 1534
> Los Angeles, CA  90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/27/2022 | Teresa Stone | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                **F 9013-3.1.PROOF.SERVICE**

