United States Bankruptcy Court

Central District of California

In re:                                                                                              Case No. 19-23085-BB
Youth Policy Institute, Inc.                                                         Chapter 7
Suzanne M Steinke
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 27, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 29, 2022                         Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy C Warshaw | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com ecf@bwlawcenter.com |
| Brian L Davidoff | on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Christopher E Prince | on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Christopher E Prince | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com |

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf042 | Total Noticed: 1 |

jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Daniel C Sharpe
on behalf of Creditor I. A.  daniel.c.sharpe@me.com

Daniel C Sharpe
on behalf of Creditor A.M.  daniel.c.sharpe@me.com

David W. Meadows
on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

EmmaElizabeth A Gonzalez
on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org

Genevieve G Weiner
on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hayes F Michel
on behalf of Defendant Hill Morgan and Associates, LLP hmichel@krakowskymichel.com

Jason M Rund (TR)
trustee@srlawyers.com  jrund@ecf.axosfs.com

Jeffrey A Krieger
on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner
on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com sharper@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner
on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com sharper@greenbergglusker.com;calendar@greenbergglusker.com

Kevin Meek
on behalf of Debtor Youth Policy Institute Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux
on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly
on behalf of Creditor Labor Commissioner California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Philip D Dracht
on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com

Robert D Bass
on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Shawn M Christianson
on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sheryl K Ith
on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com  sith@ecf.courtdrive.com

Steven Goldsobel
on behalf of Defendant Steven Schultz steve@sgoldsobel.com

Summer M Shaw
on behalf of Defendant Suzanne M Steinke ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 24

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**JAN 27 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING SECOND STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CALIFORNIA COMMUNITY FOUNDATION TOLLING THE STATUTE OF LIMITATIONS TO COMMENCE AN AVOIDANCE ACTION**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Second Stipulation Between Chapter 7 Trustee and California Community Foundation Tolling the Statute of Limitations to Commence an Avoidance Action* [Docket No. 210] (the "Stipulation")[1] entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and California Community Foundation ("CCF" and together with the Trustee, the "Parties"), on the other, and good cause appearing therefor,

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation

ORDER ON SECOND STIPULATION
TOLLING STATUTE OF LIMITATIONS

IT IS HEREBY ORDERED that:

1. The Stipulation is **APPROVED**.

2. Pursuant to the parties' tolling agreement, the deadline for a trustee to commence an action under 11 U.S.C. §§ 544, 545, 547, 548, 550 and/or 553 as against California Community Foundation is hereby extended to and including **April 4, 2022**.

3. The Bankruptcy Court retains exclusive jurisdiction over the Stipulation and the subject matter thereof.

###

Date: January 27, 2022

Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067