JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**MAR 08 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISE WITH CALIFORNIA COMMUNITY FOUNDATION**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromises with California Community Foundation* [Docket No. 219] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor" or "YPI")

---
[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the Trustee's proposed compromise with California Community Foundation ("CCF") and approving the *Settlement Agreement* (the "Agreement") by and between the Trustee, on behalf of the bankruptcy estate, and CCF, a copy of which is attached as Exhibit 1 to the *Declaration of Jason M. Rund* accompanying the Motion; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Motion; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee's compromise with CCF, as detailed in the Motion, is **APPROVED** pursuant to Bankruptcy Rule 9019.

3. The Agreement is **APPROVED** in its entirety.

4. The Court retains jurisdiction as to all matters relating to the Motion.

###

Date: March 8, 2022

Sheri Bluebond
United States Bankruptcy Judge