United States Bankruptcy Court

Central District of California

In re:  Case No. 19-23085-BB
Youth Policy Institute, Inc.  Chapter 7
Suzanne M Steinke

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 08, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

**Recip ID**  **Recipient Name and Address**
db       #+ Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:**

**Name**  **Email Address**
Andy C Warshaw
     on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  Warshaw.AndyB110606@notify.bestcase.com

Brian L Davidoff
     on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com

Christopher E Prince
     on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Christopher E Prince
     on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com

| | | | |
|---|---|---|---|
| District/off: 0973-2 | | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 08, 2022 | | Form ID: pdf042 | Total Noticed: 1 |

jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Daniel C Sharpe

on behalf of Creditor I. A.   daniel.c.sharpe@me.com

Daniel C Sharpe

on behalf of Creditor A.M.   daniel.c.sharpe@me.com

David W. Meadows

on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

EmmaElizabeth A Gonzalez

on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org

Genevieve G Weiner

on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hayes F Michel

on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com

Jason M Rund (TR)

trustee@srlawyers.com   jrund@ecf.axosfs.com

Jeffrey A Krieger

on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner

on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com sharper@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner

on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com sharper@greenbergglusker.com;calendar@greenbergglusker.com

Kevin Meek

on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux

on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly

on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Philip D Dracht

on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com

Robert D Bass

on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Shawn M Christianson

on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com   schristianson@buchalter.com

Sheryl K Ith

on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com   sith@ecf.courtdrive.com

Steven Goldsobel

on behalf of Defendant Steven Schultz steve@sgoldsobel.com   vandad@sgoldsobel.com

Summer M Shaw

on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw

on behalf of Interested Party Summer Shaw ss@shaw.law   shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw

on behalf of Defendant Suzanne M Steinke ss@shaw.law   shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 26

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

MAR 08 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY vandenst DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | Case No. 2:19-bk-23085-BB |
|---|---|
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER GRANTING** CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISE WITH CALIFORNIA COMMUNITY FOUNDATION |
| | [NO HEARING REQUIRED] |

The Court having considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromises with California Community Foundation* [Docket No. 219] (the "Motion")[1] filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Bankruptcy Estate") of Debtor Youth Policy Institute, Inc. (the "Debtor" or "YPI")

---

[1] Capitalized terms not defined herein shall have their meaning ascribed in the Motion.

for entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules" and each, a "Bankruptcy Rule") approving the Trustee's proposed compromise with California Community Foundation ("CCF") and approving the *Settlement Agreement* (the "Agreement") by and between the Trustee, on behalf of the bankruptcy estate, and CCF, a copy of which is attached as Exhibit 1 to the *Declaration of Jason M. Rund* accompanying the Motion; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Motion; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee's compromise with CCF, as detailed in the Motion, is **APPROVED** pursuant to Bankruptcy Rule 9019.

3. The Agreement is **APPROVED** in its entirety.

4. The Court retains jurisdiction as to all matters relating to the Motion.

### 

Date: March 8, 2022

Sheri Bluebond
United States Bankruptcy Judge