| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| BUCHALTER<br>A Professional Corporation<br>SHAWN M. CHRISTIANSON (SBN: 114707)<br>425 Market Street, Suite 2900<br>San Francisco, CA  94105-3493<br>Telephone: (415) 227-0900<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re  Multiple Parties (Please See Attached List)

                                                              Debtor(s),

                                                              Plaintiff(s),

vs.

                                                              Debtor(s).

CHAPTER

CASE NUMBER

☐  ADVERSARY NUMBER (if applicable)
☑  See attached list for multiple cases that require an update to the attorneys information

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Shawn M. Christianson__, __114707__, __schristianson@buchalter.com__
         *Name*                         *Bar ID Number*            *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address _425 Market St., Suite 2900, San Francisco, CA 94105_____
New Telephone Number_____ New Facsimile Number _____
New E-Mail Address_____

_____

Notice of Change of Address or Law Firm

(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
   ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
   ❏ I am, or
   ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
   ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
   ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
   ❏ I am, or
   ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 7/14/22

/s/ Shawn M. Christianson
Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

| Case No. | Case Title | Chapter / Lead BK case |
|---|---|---|
| 2:16-bk-23679-SK | Associated Third Party Administrators and Allied Fund Administrators LLC | 7 |
| 2:18-bk-20151-ER | Verity Health System of California, Inc. | 11 |
| 2:19-bk-23085-BB | Youth Policy Institute, Inc. and Suzanne M Steinke | 7 |
| 2:21-bk-19510-ER | LEGEND3D, INC. | 7 |
| 6:18-bk-11111-WJ | Universal Surveillance Systems, LLC | 7 |
| 8:15-bk-13008-TA | Anna's Linens, Inc. | 7 |
| 8:15-bk-15311-TA | Freedom Communications, Inc. | 11 |
| 8:18-bk-14038-SC | On Call Communications, Inc. | 7 |
| 8:19-bk-10158-TA | BP Fisher Law Group, LLP | 7 |
| 8:19-bk-10526-TA | LF Runoff 2, LLC | 7 |
| 8:19-bk-14865-TA | Ice Energy Holdings, Inc. | 7 |
| 8:22-bk-10948-SC | TRX Holdco, LLC | 11 |
| 9:21-bk-10020-RC | Core Scientific North America, Inc. | 7 |