Daniel C. Sharpe, Esq. (SBN 267075)
**WINDSOR TROY**
3701 Wilshire Boulevard, Suite 1111
Los Angeles, California 90010
Phone: (323) 800-5405
Facsimile: (323) 800-5406
Email: daniels@wtroy.com

Attorneys for Creditor/Claimant



# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In re | No. 2:19-BK-23085-BB |
|---|---|
| YOUTH POLICY INSTITUTE, INC.<br><br>Debtor | **NOTICE OF WITHDRAWAL OF CLAIM NO. 140 ON BEHALF OF CREDITOR/CLAIMANT A.M., A MINOR** |

TO THE ABOVE-NAMED DEBTOR, THIS HONORABLE COURT, AND ALL COUNSEL OF RECORD:

Pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 3006, Creditor/Claimant A.M., a minor, by and through her Guardian ad Litem Nidia Gonzalez, hereby provides notice of withdrawal of the previously asserted claim

against Debtor YOUTH POLICY INSTITUTE, INC. in the above-captioned bankruptcy matter.

Creditor/Claimant A.M. provides the following information in furtherance of this Notice of Withdrawal and to advise the Court and the Parties as to the same:

1. On March 13, 2020, Creditor/Claimant A.M. filed a Notice of and Proof of Claim as to Debtor YOUTH POLICY INSTITUTE, INC., asserting facts in support of a claim for negligent hiring, retention, and supervision of a former employee – Hugo Aguilar, Jr. – who was alleged to have engaged in inappropriate and unlawful touching of Creditor/Claimant A.M. and others left in his care by and through afterschool programs operated by Debtor YOUTH POLICY INSTITUTE, INC. at *Camino Nuevo Charter Academy* in Los Angeles, California. See Claim No. 140.

2. On April 15, 2020, Creditor/Claimant A.M. initiated a civil lawsuit in Los Angeles Superior Court, *A.M., et al. v. Camino Nuevo Charter Academy, et al.*, Case No. 20STCV14509 (hereinafter "State Action"); this matter identified Debtor YOUTH POLICY INSTITUTE, INC. as a defendant.

3. At no point was a summons served against Debtor YOUTH POLICY INSTITUTE, INC. in the State Action.

4. On August 28, 2020, a Stipulation between the Chapter 7 Trustee and Creditor/Claimant A.M. was filed with this Honorable Court, acknowledging the existence of the State Action permitting limited relief from the automatic stay in this

bankruptcy matter under section 362(d)(1) of the Bankruptcy Code to proceed in the State Action solely against any applicable insurance policies of Debtor YOUTH POLICY INSTITUTE, INC. and non-debtor third parties. See Document No. 147.

5. The Stipulation was approved on September 1, 2020 by this Honorable Court. See Document No. 149.

6. On June 7, 2021, *Philadelphia Indemnity Insurance Company*, a liability insurance carrier that provided insurance coverage for Debtor YOUTH POLICY INSTITUTE, INC., filed a Complaint in Intervention in the State Action, substituting itself as a party defendant for Debtor YOUTH POLICY INSTITUTE, INC.

7. In April of 2022, Creditor/Claimant A.M. reached tentative settlement of all claims related to all Defendants including as to *Philadelphia Indemnity Insurance Company* on behalf of Debtor YOUTH POLICY INSTITUTE, INC.

8. As part of the tentative settlement, Creditor/Claimant A.M., by and through her counsel of record and court-appointed *guardian ad litem*, executed a settlement agreement that would waive all future claims against Debtor YOUTH POLICY INSTITUTE, INC. and *Philadelphia Indemnity Insurance Company* in exchange for payment of settlement funds.

9. On April 27, 2022, a Notice of Settlement was filed on behalf of Creditor/Claimant A.M. in the State Action.

10. On July 25, 2022, the Los Angeles Superior Court issued an order approving the settlement of claims between Creditor/Claimant A.M. and the Defendants in the State Action.

11. Thereafter, Defendants – including Defendant in Intervention *Philadelphia Indemnity Insurance Company* – provided funds pursuant to the settlement agreement to Creditor/Claimant A.M. through her counsel of record.

12. Based on the foregoing, Creditor/Claimant A.M. has no further basis to continue asserting any claim against Debtor YOUTH POLICY INSTITUTE, INC., and the previously asserted Notice of Claim should be withdrawn from this bankruptcy matter.

Date: November 15, 2022

WINDSOR TROY

By: /S/ Daniel C. Sharpe, Esq.
Daniel C. Sharpe, Esq.
Attorney for Creditor/Claimant A.M.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3701 Wilshire Boulevard, Suite 1111, Los Angeles, California 90010

A true and correct copy of the foregoing document entitled (*specify*): _____
Notice of Withdrawal of Claim on behalf of Creditor/Claimant A.M., a Minor _____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/15/2022_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

For Debtor Youth Policy Institute, Inc.: Kevin Meek, kmeek@robinskaplan.com
For Defendant Suzanne M. Steinke:    Summer M, Shaw, ss@shaw.law
For Trustee Jason M. Rund (TR):    Keith P. Banner, kbanner@greenbergglusker.com;
Brian L. Davidoff, bdavidoff@greebergglusker.com; and Jeffrey A. Kreiger, jkreiger@ggfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/15/2022 | Daniel C. Sharpe, Esq. | /S/ Daniel C. Sharpe, Esq. |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**