Daniel C. Sharpe, Esq. (SBN 267075)
**WINDSOR TROY**
3701 Wilshire Boulevard, Suite 1111
Los Angeles, California 90010
Phone: (323) 800-5405
Facsimile: (323) 800-5406
Email: daniels@wtroy.com

Attorneys for Creditor/Claimant

FILED
NOV 16 2022
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| In re | No. 2:19-BK-23085-BB |
|---|---|
| YOUTH POLICY INSTITUTE, INC. | **NOTICE OF WITHDRAWAL OF CLAIM NO. 141 ON BEHALF OF CREDITOR/CLAIMANT I.A., A MINOR** |
| Debtor | |

TO THE ABOVE-NAMED DEBTOR, THIS HONORABLE COURT, AND ALL COUNSEL OF RECORD:

Pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 3006, Creditor/Claimant A.M., a minor, by and through her Guardian ad Litem Faustino Aguirre, hereby provides notice of withdrawal of the previously asserted claim against

NOTICE OF WITHDRAWAL OF CLAIM
1

Debtor YOUTH POLICY INSTITUTE, INC. in the above-captioned bankruptcy matter.

Creditor/Claimant I.A. provides the following information in furtherance of this Notice of Withdrawal and to advise the Court and the Parties as to the same:

1. On March 13, 2020, Creditor/Claimant I.A. filed a Notice of and Proof of Claim as to Debtor YOUTH POLICY INSTITUTE, INC., asserting facts in support of a claim for negligent hiring, retention, and supervision of a former employee – Hugo Aguilar, Jr. – who was alleged to have engaged in inappropriate and unlawful touching of Creditor/Claimant I.A. and others left in his care by and through afterschool programs operated by Debtor YOUTH POLICY INSTITUTE, INC. at *Camino Nuevo Charter Academy* in Los Angeles, California. See Claim No. 141.

2. On April 15, 2020, Creditor/Claimant I.A. initiated a civil lawsuit in Los Angeles Superior Court, *A.M., et al. v. Camino Nuevo Charter Academy, et al.*, Case No. 20STCV14509 (hereinafter "State Action"); this matter identified Debtor YOUTH POLICY INSTITUTE, INC. as a defendant.

3. Shortly thereafter, Creditor/Claimant I.A., by and through her court-appointed *guardian ad litem*, made the decision to cease the pursuit of any claims relating to this matter or the factual allegations asserted in the State Action.

4. On July 2, 2020, a Request for Dismissal without Prejudice was filed on behalf of Creditor/Claimant I.A. in the State Action along with a First Amended

Complaint that omitted Creditor/Claimant I.A. as a party plaintiff in the State Action, effectively removing Creditor/Claimant I.A. as a party to the litigation in the State Action.

5. At no point was a summons served against Debtor YOUTH POLICY INSTITUTE, INC. in the State Action.

6. At no point subsequent to the dismissal of Creditor/Claimant I.A.'s claims in the State Action has Creditor/Claimant I.A. renewed her claims in the State Action or otherwise asserted claims against Debtor YOUTH POLICY INSTITUTE, INC.

7. Based on the foregoing, Creditor/Claimant I.A. has no further basis to continue asserting any claim against Debtor YOUTH POLICY INSTITUTE, INC., and the previously asserted Notice of Claim should be withdrawn from this bankruptcy matter.

Date: November 15, 2022

WINDSOR TROY

By: /S/ Daniel C. Sharpe, Esq.
Daniel C. Sharpe, Esq.
Attorney for Creditor/Claimant I.A.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3701 Wilshire Boulevard, Suite 1111, Los Angeles, California 90010

A true and correct copy of the foregoing document entitled (*specify*): _____
Notice of Withdrawal of Claim on behalf of Creditor/Claimant I.A., a Minor _____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/15/2022____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

For Debtor Youth Policy Institute, Inc.: Kevin Meek, kmeek@robinskaplan.com
For Defendant Suzanne M. Steinke:   Summer M, Shaw, ss@shaw.law
For Trustee Jason M. Rund (TR):    Keith P. Banner, kbanner@greenbergglusker.com;
Brian L. Davidoff, bdavidoff@greeberggglusker.com; and Jeffrey A. Kreiger, jkreiger@ggfirm.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/15/2022 | Daniel C. Sharpe, Esq. | /S/ Daniel C. Sharpe, Esq. |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                         F 9013-3.1.PROOF.SERVICE