JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND YEHUDELLIE LLC REGARDING PROOF OF CLAIM (CLAIM NO. 88)**<br><br>[NO HEARING REQUIRED] |

This stipulation (the "Stipulation") is made and entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and Yehudellie, LLC ("Yehudellie"), on the other. The Trustee and Yehudellie are sometimes referred to herein as the "Parties." This Stipulation is made with respect to the following facts.

A. On November 5, 2019 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 7 of title 11 of the United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code"), commencing the within chapter 7 bankruptcy case.

B. On the Petition Date, the Trustee was duly appointed the chapter 7 trustee pursuant to section 701 of the Bankruptcy Code.

C. On February 14, 2020, Yehudellie filed a proof of claim in the chapter 7 bankruptcy case, which has been designated as Claim No. 88 (the "Yehudellie POC") and is listed on the Claims Register maintained by the Clerk of the Court. The Yehudellie POC asserts an unsecured claim in the amount of $59,146.02 and further asserts that the claim is entitled to a priority as a tax or penalty owed to a governmental unit pursuant to section 507(a)(8) of the Bankruptcy Code.

D. The Trustee, through counsel, and Yehudellie have engaged in discussions regarding the Yehudellie POC and have agreed to amend the claim on the terms hereof.

Therefore, subject to the approval of the Bankruptcy Court, the Parties hereby stipulate and agree as follows:

1. The Yehudellie POC shall be allowed as a general unsecured claim in the amount of $15,000 and shall not be entitled to any statutory priority and shall not be subject to further modification, reduction or amendment (the "Allowed Unsecured Claim"). Any distribution on the Allowed Unsecured Claim shall be made in connection with the Trustee's final report *pari passu* with allowed general unsecured claims in the Bankruptcy Case.

2. Except for the Allowed Unsecured Claim, neither Yehudellie, nor any principal or affiliate thereof shall assert, or will be allowed any further claim against the bankruptcy estate.

3. The Bankruptcy Court shall retain exclusive jurisdiction over this Stipulation and the subject matter hereof.

4. This Stipulation may be executed in one or more counterparts, each of which, when so executed, shall be deemed to be an original. Such counterparts shall together constitute and be one and the same instrument.

[*Signature Page Follows*]

DATED: November 21, 2022

_____
JASON M. RUND
Chapter 7 Trustee for Youth Policy Institute, Inc.

DATED: November 21, 2022

YEHUDELLIE. LLC

By: _____
Name: Dr. Nejat Rostami
Its: President/Owner

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600 Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND YEHUDELLIE LLC REGARDING PROOF OF CLAIM (CLAIM NO. 88)

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/21/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Keith Patrick Banner: kbanner@greenbergglusker.com, vafanasieva@greenbergglusker.com, calendar@greenbergglusker.com
Robert D Bass: bob.bass47@icloud.com
Magdalena R Bordeaux: mbordeaux@publiccounsel.org
Shawn M Christianson: cmcintire@buchalter.com, schristianson@buchalter.com
Brian L Davidoff: bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com, jking@greenbergglusker.com
Philip D Dracht: pdracht@drachtlaw.com
Steven Goldsobel: steve@sgoldsobel.com, vandad@sgoldsobel.com
EmmaElizabeth A Gonzalez: egonzalez@publiccounsel.org
Sheryl K Ith: sith@cookseylaw.com
Jeffrey A Krieger: jkrieger@ggfirm.com, kwoodson@greenbergglusker.com, calendar@greenbergglusker.com, jking@greenbergglusker.com
David W. Meadows: david@davidwmeadowslaw.com
Kevin Meek: kmeek@robinskaplan.com, kevinmeek32@gmail.com, kmeek@ecf.inforuptcy.com
Hayes F Michel: hmichel@krakowskymichel.com
Christopher E Prince: cprince@lesnickprince.com, jmack@lesnickprince.com, cprince@ecf.courtdrive.com, jnavarro@lesnickprince.com
Jason M Rund (TR): trustee@srlawyers.com, jrund@ecf.axosfs.com
Daniel C Sharpe: daniel.c.sharpe@me.com
Summer M Shaw: ss@shaw.law, shawsr70161@notify.bestcase.com, shawsr91811@notify.bestcase.com
Matthew N Sirolly: msirolly@dir.ca.gov
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Andy C Warshaw: awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com
Genevieve G Weiner: gweiner@sidley.com, laefilingnotice@sidley.com, genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/21/2022 | Viktoriia Afanasieva | /s/ Viktoriia Afanasieva |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**