| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California 90067-4590<br>Telephone: 310.553.3610<br>Fax: 310.553.0687<br><br>☐ Individual *appearing without an attorney*<br>☒ **Attorney for:** Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br>STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CITY YEAR REGARDING PROOFS OF CLAIM (CLAIM NOS. 17 & 22) |
|---|---|

PLEASE TAKE NOTE that the order titled: <u>ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CITY YEAR REGARDING PROOFS OF CLAIM (CLAIM NOS. 17 & 22)</u>
was lodged on (date) 1<u>1/22/2022</u> and is attached. This order relates to the motion which is docket number <u>230</u>.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROPOSED ORDER

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CITY YEAR REGARDING PROOFS OF CLAIM (CLAIM NOS. 17 & 22)**<br><br>[NO HEARING REQUIRED] |
|---|---|

The Court having considered the *Stipulation Between Chapter 7 Trustee and City Year Regarding Proofs of Claim (Claim Nos. 17 & 22)* [Docket No. 230 ] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and City Year, Inc. ("City Year"), on the other, with respect to the following proofs of claim filed by City Year: (i) a claim filed on December 5, 2019, which has been designated as Claim No. 17 (the "City Year POC"); and (ii) a claim also filed on December 5, 2019, which has been designated as Claim No. 22 (the

ORDER ON STIPULATION
RE: CLAIMS OF CITY YEAR

76214-00002/4605946.1

"Duplicate POC"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The City Year POC shall be allowed as a general unsecured claim in the amount of $230,000 and shall not be subject to further modification or amendment (the "Allowed Unsecured Claim"). Any distribution on the Allowed Unsecured Claim shall be made in connection with the Trustee's final report *pari passu* with allowed general unsecured claims in the Bankruptcy Case.

3. The Duplicate POC is hereby withdrawn as a duplicate of the Allowed Unsecured Claim.

4. Except for the Allowed Unsecured Claim, neither City Year, nor any principal or affiliate thereof shall assert, or will be allowed any further claim against the bankruptcy estate.

5. The Bankruptcy Court retains exclusive jurisdiction over the Stipulation and the subject matter hereof.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600 Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/22/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Keith Patrick Banner: kbanner@greenbergglusker.com, vafanasieva@greenbergglusker.com, calendar@greenbergglusker.com
Robert D Bass: bob.bass47@icloud.com
Magdalena R Bordeaux: mbordeaux@publiccounsel.org
Shawn M Christianson: cmcintire@buchalter.com, schristianson@buchalter.com
Brian L Davidoff: bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com, jking@greenbergglusker.com Philip D Dracht: pdracht@drachtlaw.com
Steven Goldsobel: steve@sgoldsobel.com, vandad@sgoldsobel.com
EmmaElizabeth A Gonzalez: egonzalez@publiccounsel.org
Sheryl K Ith: sith@cookseylaw.com
Jeffrey A Krieger: jkrieger@ggfirm.com, kwoodson@greenbergglusker.com, calendar@greenbergglusker.com, jking@greenbergglusker.com
David W. Meadows: david@davidwmeadowslaw.com
Kevin Meek: kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
Hayes F Michel: hmichel@krakowskymichel.com
Christopher E Prince: cprince@lesnickprince.com, jmack@lesnickprince.com, cprince@ecf.courtdrive.com, jnavarro@lesnickprince.com
Jason M Rund (TR): trustee@srlawyers.com, jrund@ecf.axosfs.com
Daniel C Sharpe: daniel.c.sharpe@me.com
Summer M Shaw: ss@shaw.law, shawsr70161@notify.bestcase.com, shawsr91811@notify.bestcase.com
Matthew N Sirolly: msirolly@dir.ca.gov
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Andy C Warshaw: awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com
Genevieve G Weiner: gweiner@sidley.com, laefilingnotice@sidley.com, genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/22/2022 | Viktoriia Afanasieva | /s/ Viktoriia Afanasieva |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    **F 9013-3.1.PROOF.SERVICE**