United States Bankruptcy Court

Central District of California

In re:                                                                           Case No. 19-23085-BB

Youth Policy Institute, Inc.                                          Chapter 7

Suzanne M Steinke

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2                                 User: admin                                         Page 1 of 2

Date Rcvd: Nov 22, 2022                         Form ID: pdf042                                 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy C Warshaw | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  Warshaw.AndyB110606@notify.bestcase.com |
| Brian L Davidoff | on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Christopher E Prince | on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Christopher E Prince | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com |

jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Daniel C Sharpe

on behalf of Creditor I. A.   daniel.c.sharpe@me.com

Daniel C Sharpe

on behalf of Creditor A.M.   daniel.c.sharpe@me.com

David W. Meadows

on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

EmmaElizabeth A Gonzalez

on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org

Genevieve G Weiner

on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com
laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hayes F Michel

on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com

Jason M Rund (TR)

trustee@srlawyers.com  jrund@ecf.axosfs.com

Jeffrey A Krieger

on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com
kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner

on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com
vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner

on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com
vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Kevin Meek

on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com,
kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux

on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly

on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Philip D Dracht

on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com

Robert D Bass

on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Shawn M Christianson

on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sheryl K Ith

on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com

Steven Goldsobel

on behalf of Defendant Steven Schultz steve@sgoldsobel.com  vandad@sgoldsobel.com

Summer M Shaw

on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law
shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw

on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw

on behalf of Defendant Suzanne M Steinke ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 26

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**NOV 22 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

YOUTH POLICY INSTITUTE, INC.,

Debtor.

Case No. 2:19-bk-23085-BB

Chapter 7

**ORDER APPROVING STIPULATION
BETWEEN CHAPTER 7 TRUSTEE AND
YEHUDELLIE LLC REGARDING PROOF
OF CLAIM (CLAIM NO. 88)**

[NO HEARING REQUIRED]

The Court having considered the *Stipulation Between Chapter 7 Trustee and Yehudellie,
LLC Regarding Proof of Claim (Claim No. 88)* [Docket No. 227] (the "Stipulation") entered into
by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of
Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and Yehudellie, LLC ("Yehudellie"),
on the other, with respect to the proof of claim filed by Yehudellie on February 14, 2020 which
has been designated as Claim No. 88 (the "Yehudellie POC") and is listed on the Claims Register
maintained by the Clerk of the Court, and good cause appearing therefor,

ORDER ON STIPULATION
RE: CLAIM OF YEHUDELLIE, LLC

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

**IT IS HEREBY ORDERED** that:

1.        The Stipulation is **APPROVED**.

2.        The Yehudellie POC shall be allowed as a general unsecured claim in the amount of $15,000 and shall not be entitled to any statutory priority and shall not be subject to further modification, reduction or amendment (the "Allowed Unsecured Claim").  Any distribution on the Allowed Unsecured Claim shall be made in connection with the Trustee's final report *pari passu* with allowed general unsecured claims in the Bankruptcy Case.

3.        Except for the Allowed Unsecured Claim, neither Yehudellie, nor any principal or affiliate thereof shall assert, or will be allowed any further claim against the bankruptcy estate.

4.        The Bankruptcy Court retains exclusive jurisdiction over this Stipulation and the subject matter hereof.

###

Date: November 22, 2022

Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590

2

ORDER ON STIPULATION
RE: CLAIM OF YEHUDELLIE, LLC

76214-00002/4603155.1