JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

FILED & ENTERED

NOV 28 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CITY YEAR REGARDING PROOFS OF CLAIM (CLAIM NOS. 17 & 22)**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and City Year Regarding Proofs of Claim (Claim Nos. 17 & 22)* [Docket No. 230 ] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and City Year, Inc. ("City Year"), on the other, with respect to the following proofs of claim filed by City Year: (i) a claim filed on December 5, 2019, which has been designated as Claim No. 17 (the "City Year POC"); and (ii) a claim also filed on December 5, 2019, which has been designated as Claim No. 22 (the

"Duplicate POC"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The City Year POC shall be allowed as a general unsecured claim in the amount of $230,000 and shall not be subject to further modification or amendment (the "Allowed Unsecured Claim"). Any distribution on the Allowed Unsecured Claim shall be made in connection with the Trustee's final report *pari passu* with allowed general unsecured claims in the Bankruptcy Case.

3. The Duplicate POC is hereby withdrawn as a duplicate of the Allowed Unsecured Claim.

4. Except for the Allowed Unsecured Claim, neither City Year, nor any principal or affiliate thereof shall assert, or will be allowed any further claim against the bankruptcy estate.

5. The Bankruptcy Court retains exclusive jurisdiction over the Stipulation and the subject matter hereof.

###

Date: November 28, 2022

Sheri Bluebond
United States Bankruptcy Judge