JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

FILED & ENTERED

NOV 30 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND EDNET CAREER INSTITUTE, INC. REGARDING PROOF OF CLAIM (CLAIM NO. 133)**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and EdNet Career Institute, Inc. Regarding Proof of Claim (Claim No. 133)* [Docket No. 234 ] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and EdNet Career Institute, Inc. ("EdNet"), on the other, with respect to the proof of claim filed by EdNet on March 13, 2020 which has been designated as Claim No. 133 (the "EdNet POC") and is listed on the Claims Register maintained by the Clerk of the Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The EdNet POC shall be allowed as a general unsecured claim in the amount of $75,200, which shall not be entitled to any statutory priority and shall not be subject to further modification, reduction or amendment (the "Allowed Unsecured Claim"). Any distribution on the Allowed Unsecured Claim shall be made in connection with the Trustee's final report *pari passu* with allowed general unsecured claims in the Bankruptcy Case.

3. Except for the Allowed Unsecured Claim, neither EdNet, nor any principal or affiliate thereof shall assert, or will be allowed any further claim against the bankruptcy estate.

4. The Bankruptcy Court retains exclusive jurisdiction over the Stipulation and the subject matter hereof.

###

Date: November 30, 2022

Sheri Bluebond
United States Bankruptcy Judge