United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-23085-BB |
| Youth Policy Institute, Inc. | Chapter 7 |
| Suzanne M Steinke | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 28, 2022 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 30, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy C Warshaw | |
| | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  Warshaw.AndyB110606@notify.bestcase.com |
| Brian L Davidoff | |
| | on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Christopher E Prince | |
| | on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Christopher E Prince | |
| | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com |

Case 2:19-bk-23085-BB    Doc 238    Filed 11/30/22    Entered 11/30/22 21:20:50    Desc
Imaged Certificate of Notice    Page 2 of 4

| District/off: 0973-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 28, 2022 | Form ID: pdf042 | Total Noticed: 1 |

jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Daniel C Sharpe
on behalf of Creditor I. A.  daniel.c.sharpe@me.com

Daniel C Sharpe
on behalf of Creditor A.M.  daniel.c.sharpe@me.com

David W. Meadows
on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

EmmaElizabeth A Gonzalez
on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org

Genevieve G Weiner
on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hayes F Michel
on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com

Jason M Rund (TR)
trustee@srlawyers.com  jrund@ecf.axosfs.com

Jeffrey A Krieger
on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner
on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner
on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Kevin Meek
on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux
on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly
on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Philip D Dracht
on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com

Robert D Bass
on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Shawn M Christianson
on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sheryl K Ith
on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com

Steven Goldsobel
on behalf of Defendant Steven Schultz steve@sgoldsobel.com  vandad@sgoldsobel.com

Summer M Shaw
on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
on behalf of Defendant Suzanne M Steinke ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 26

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

NOV 28 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND CITY YEAR REGARDING PROOFS OF CLAIM (CLAIM NOS. 17 & 22)**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and City Year Regarding Proofs of Claim (Claim Nos. 17 & 22)* [Docket No. 230 ] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and City Year, Inc. ("City Year"), on the other, with respect to the following proofs of claim filed by City Year: (i) a claim filed on December 5, 2019, which has been designated as Claim No. 17 (the "City Year POC"); and (ii) a claim also filed on December 5, 2019, which has been designated as Claim No. 22 (the

ORDER ON STIPULATION
RE: CLAIMS OF CITY YEAR

76214-00002/4605946.1

"Duplicate POC"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The City Year POC shall be allowed as a general unsecured claim in the amount of $230,000 and shall not be subject to further modification or amendment (the "Allowed Unsecured Claim"). Any distribution on the Allowed Unsecured Claim shall be made in connection with the Trustee's final report *pari passu* with allowed general unsecured claims in the Bankruptcy Case.

3. The Duplicate POC is hereby withdrawn as a duplicate of the Allowed Unsecured Claim.

4. Except for the Allowed Unsecured Claim, neither City Year, nor any principal or affiliate thereof shall assert, or will be allowed any further claim against the bankruptcy estate.

5. The Bankruptcy Court retains exclusive jurisdiction over the Stipulation and the subject matter hereof.

###

Date: November 28, 2022

Sheri Bluebond
United States Bankruptcy Judge