JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund, Chapter 7 Trustee

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISE WITH DIXON SLINGERLAND, STEVEN SCHULTZ, SUZANNE STEINKE, SUZANNE M. STEINKE A PROFESSIONAL CORPORATION, HILL MORGAN AND ASSOCIATES, LLP, RSUI INDEMNITY COMPANY AND HANOVER INSURANCE COMPANY**<br><br>[NO HEARING REQUIRED; LBR 9013-1(o)] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE DEBTOR AND ALL PARTIES-IN-INTEREST HEREIN:**

**PLEASE TAKE NOTICE** that Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor") has filed his *Chapter 7*

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

*Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromise with Dixon Slingerland, Steven Schultz, Suzanne Steinke, Suzanne M. Steinke a Professional Corporation, Hill Morgan and Associates, LLP, RSUI Indemnity Company and Hanover Insurance Company* [Docket No. 240] (the "Motion") pursuant to which the Trustee seeks entry of an order approving the Trustee's proposed compromise with Dixon Slingerland ("Slingerland"), Steven Schultz ("Schultz"), Suzanne M. Steinke ("Steinke"), Suzanne M. Steinke a Professional Corporation ("Steinke APC"), Hill Morgan and Associates LLP ("Hill Morgan", collectively with Slingerland, Schultz, Steinke, Steinke APC, "Defendants"), RSUI Indemnity Company ("RSUI") and Hanover Insurance Company ("Hanover", together with RSUI, "Insurers") and approving the *Settlement Agreement* (the "Settlement Agreement") by and among the Trustee, on behalf of the bankruptcy estate, and Defendants/Insurers memorializing such proposed compromise, a copy of which is attached as Exhibit 1 to the *Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Motion.

As further set forth in the Motion, the Trustee filed a complaint (the "Complaint") against Defendants, commencing Adversary No. 2:21-ap-01221-BB (the "Adversary Proceeding"). The claims asserted in the Complaint can generally be classified into four categories: (1) the claims against Slingerland and Schultz for negligence, breach of fiduciary duty and breach of charitable trust (First, Third and Fourth Claims for Relief) which led to the collapse of YPI (the "Negligence/Breach of Fiduciary Duty Claims"); (2) the claims against Slingerland for Unjust Enrichment, Fraud, Conversion, Receiving Embezzled Funds, and Unfair Competition (the Second, Fifth, Sixth, Seventh and Eighth Claims for Relief) relating to the approximately $1.9 million in alleged unauthorized and/or excessive expenditures caused by; (3) the claims against Steinke and Steinke APC Unjust Enrichment and Receiving Embezzled Funds (the Ninth and Tenth Claims for Relief); and (4) the professional negligence claims (Eleventh Claim for Relief) against Hill Morgan.

Since the commencement of the Adversary Proceeding, the Trustee, Defendants and Insurers have engaged in extensive good faith negotiations regarding the claims asserted in the Complaint and the insurance coverage applicable to the Negligence/Breach of Fiduciary Duty

Claims. The extensive good faith negotiations between the Trustee and Defendants/Insurers were fruitful. The Trustee, Defendants and Insurers have agreed to the proposed compromise memorialized in the Settlement Agreement without the need for further litigation. As detailed in the Settlement Agreement, the proposed compromise will result in an aggregate settlement payment to the bankruptcy estate of $4,886,796 (the "Settlement Payment"), funded as follows: (a) $2,761,796.00 from RSUI, representing the remaining policy limit under that certain Non-Profit Organization Management Liability Policy, policy no. xx9767; (b) $2,000,000 from Hanover, representing the full policy limit under that certain Hanover Excess Advantage, policy no. xx1903; and (c) $125,000 from Slingerland.

The Trustee believes that the proposed compromise with Defendants/Insurers memorialized in the Settlement Agreement is in the best interests of the bankruptcy estate under the circumstances, is well within the Trustee's business judgment, and should be approved

**PLEASE TAKE FURTHER NOTICE** that the Motion is based upon this Notice, the Rund Declaration, the record in this case and all other matters of which this Court may take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence, and such further oral and documentary evidence as may be presented at any hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion can be obtained for a fee by accessing PACER through the Court's website at www.cacb.uscourts.gov or free of charge by contacting the Trustee's counsel at:

Keith Patrick Banner, Esq.
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Facsimile: 310.553.0687
Email: kbanner@GreenbergGlusker.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's *Order Granting Motion for Order Limiting Scope of Notice* [Docket No. 32] (the "Order Limiting Notice"), the Motion constitutes a Limit Notice Matter and therefore the Trustee will serve the Motion and this

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

Notice on the Limited Service List, counsel for Defendants, counsel for the Insurers and all parties to the Padilla Action (as defined in the Motion).

**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Bankruptcy Rule 9013-1(o)(1), any response to the Motion and request for hearing must be in the form required by Local Bankruptcy Rule 9013-1(f)(1) and must be filed with the Court and served on: (i) the Trustee at 270 Coral Circle, El Segundo, California 90245; (ii) his general bankruptcy counsel, Greenberg Glusker Fields Claman & Machtinger LLP, Attn: Keith Patrick Banner, Esq., 2049 Century Park East, Ste. 2600, Los Angeles, California 90067; and (iii) the Office of the United States Trustee, located at 915 Wilshire Blvd., Suite 1850, Los Angeles, California 90017, within seventeen (17) days from the date of service of this Notice.

If you fail to file a written response within seventeen (17) days from the date of the service of this Notice, the Bankruptcy Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

DATED: January 20, 2023

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP

By: */s/ Keith Patrick Banner*
JEFFREY A. KRIEGER
KEITH PATRICK BANNER
Attorneys for Jason M. Rund,
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600 Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISE WITH DIXON SLINGERLAND, STEVEN SCHULTZ, SUZANNE STEINKE, SUZANNE M. STEINKE A PROFESSIONAL CORPORATION, HILL MORGAN AND ASSOCIATES, LLP, RSUI INDEMNITY COMPANY AND HANOVER INSURANCE COMPANY
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 1/20/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 1/20/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Youth Policy Institute
6464 Sunset Blvd., Ste. 650
Los Angeles, CA 90028

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 1/20/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Email
Counsel to Hanover
David Brown-DBrown@kdvlaw.com
Counsel to RSUI
David Tartaglio, Esq.-David.Tartaglio@MusickPeeler.com

Counsel to Padilla Action
Lyne A. Richardson, Esq.-
Lyne.Richardson@OgleTree.com
Brittany L. Turner, Esq.
Brittany.Turner@Ogletree.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 1/20/2023 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Keith Patrick Banner kbanner@greenbergglusker.com, vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass bob.bass47@icloud.com
- Magdalena R Bordeaux mbordeaux@publiccounsel.org
- Shawn M Christianson cmcintire@buchalter.com, schristianson@buchalter.com
- Brian L Davidoff bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Philip D Dracht pdracht@drachtlaw.com
- Steven Goldsobel steve@sgoldsobel.com, vandad@sgoldsobel.com
- EmmaElizabeth A Gonzalez egonzalez@publiccounsel.org
- Sheryl K Ith sith@cookseylaw.com
- Jeffrey A Krieger jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows david@davidwmeadowslaw.com
- Kevin Meek kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Hayes F Michel hmichel@krakowskymichel.com
- Christopher E Prince cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Jason M Rund (TR) trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe , daniel.c.sharpe@me.com
- Summer M Shaw ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- Matthew N Sirolly msirolly@dir.ca.gov
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com
- Genevieve G Weiner gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

**2. SERVED BY UNITED STATES MAIL:**

**Limited Service List**

Ford Motor Credit

FORD MOTOR CREDIT
PO Box 537901
Livonia, MI 48153

Ford Motor Credit
P.O. Box 650574
Dallas, TX 75265-0574

Ford Motor Credit
1501 North Plano Road Ste. 100.
Richardson, TX 75081

Ford Motor Credit
260 Interstate N PKWY NW
Atlanta, GA 30339

Secured Creditors

Think Together
2101 E 4th St Ste. 200B
Santa Ana, CA 92705
Attn: Teresa A. McQueen, General Counsel

Jules and Associates
2 Great Valley Parkway, Suite 300
Malvern, PA 19355

Non-Profit Finance Fund
5 Hanover Square,
9th Floor
New York, NY 10004

Unsecured Creditors

American Express
World Financial Center
New York, NY 10285

Bright Star Schools
2636 South Mansfield Avenue
Los Angeles, CA 90016

C3 Business Solutions
20321 SW Acacia St., Ste. 200
Newport Beach, CA 92660

California Department of Education
21st 1430 N Street
Sacramento, CA 95814-5901

Department of Education (Los Angeles Prom)
400 Maryland Avenue, SW
Washington, DC 20202

Employed Security Service Center
Inc.
959 E., Walnut Street
Suite 112
Pasadena, CA 91106

Fresh Start Meals Inc
1530 1st Street
San Fernando, CA 91340

Granada Hills Charter High School
10535 Zelzah Avenue
Granada Hills, CA 91344

JFK Transportation Company Inc.
980 W. 17th Street
Suite B
Santa Ana, CA 92706

Multicultural Learning Center
7510 Desoto Avenue
Canoga Park, , CA 91303

NIU College
5959 Topanga Canyon Blvd.
Suite 110
Woodland Hills, CA 91367

Oracle America, Inc.
P.O. Box 44471
San Francisco, CA 94144

Orenda Education (Principal's Exchange)
2101 E. Fourth Street
Suite 200B
Santa Ana, CA 92705

Roth Staffing Companies, L.P.
P.O. Box 60003
Anaheim, CA 92812

Sabio Enterprises, Inc.
400 Corporate Pointe, Suite 300
Culver City, CA 90230

Spectrum
9260 Topanga Canyon Blvd.
Chatsworth, CA 91311

Staples Contract & Commercial Inc.
Dept. La
P.O. Box 83689
Chicago, IL 60696

Staples Technology
P.O. Box 95230
Chicago, IL 60694

Stem & More LLC
7618 Jellico Avenue
Northridge, CA 91325

Ultimate Software (Payroll Services)
P.O. Box 930953
Atlanta, GA 91193

Additional Parties not on the limited service list

Laura Padilla
1160 S. Fickett St.
Los Angeles, CA 90023

Enrique Rodriguez
c/o Lyne A. Richardson, Esq.
Ogletree Deakins
19191 S. Vermont Avenue
Torrance, CA 90502