|  | FOR COURT USE ONLY |
|---|---|
|  | **FILED** JAN 26 2023 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Name of Debtor(s) listed on the bankruptcy case: YOUTH POLICY INSTITUTE, INC. | CASE NO.: 2:19-23085-BB CHAPTER: 7 |
|---|---|
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:  ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor

    Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
    Name(s): Lena Georgas
    Mailing Address: 1248 S. Orange Grove Avenue
    City, State, Zip Code: Los Angeles, CA 90019

3. **New Address:**
    Mailing Address: 2351 Fernleaf St.
    City, State, Zip Code: Los Angeles, CA 90031

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

    Debtor's DeBN account number _____

    Joint Debtor's DeBN account number _____

Date: 1/24/23

Lena Georgas
Requestor's printed name(s)

_[signature]_
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                                           F 1002-1.3.CHANGE.ADDRESS