| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN<br>& MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, CA 90067<br>Tel: 310 553-3610<br>Fax: 310 553-0687 | |
| ☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – <u>Los Angeles</u> DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:19-bk-23085-BB<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><u>CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISE WITH DIXON SLINGERLAND, STEVEN SCHULTZ, SUZANNE STEINKE, SUZANNE STEINKE A PROFESSIONAL CORPORATION.HILL MORGAN AND ASSOCIATES, LLP, RSUI INDEMNITY COMPANY, AND HANOVER INSURANCE COMPANY</u><br><br><u>DECLARATION OF JASON M. RUND IN SUPPORT THEREOF [DOCKET NO. 240]</u> |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISE WITH DIXON SLINGERLAND, STEVEN SCHULTZ, SUZANNE STEINKE, SUZANNE M. STEINKE A PROFESSIONAL CORPORATION, HILL MORGAN AND ASSOCIATES, LLP, RSUI INDEMNITY COMPANY AND HANOVER INSURANCE COMPANY</u>
was lodged on (*date*) <u>February 7, 2023</u> and is attached.  This order relates to the motion which is docket number <u>240</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISE WITH DIXON SLINGERLAND, STEVEN SCHULTZ, SUZANNE STEINKE, SUZANNE M. STEINKE A PROFESSIONAL CORPORATION, HILL MORGAN AND ASSOCIATES, LLP, RSUI INDEMNITY COMPANY AND HANOVER INSURANCE COMPANY**<br><br>[NO HEARING REQUIRED; LBR 9013-1(o)] |
|---|---|

The Court, having considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromise with Dixon Slingerland, Steven Schultz, Suzanne Steinke, Suzanne M. Steinke a Professional Corporation, Hill Morgan and Associates, LLP, RSUI Indemnity Company and Hanover Insurance Company* [Docket No. 240] (the "Motion") pursuant to which the Trustee seeks entry of an order approving the Trustee's proposed compromise with

Dixon Slingerland ("Slingerland"), Steven Schultz ("Schultz"), Suzanne M. Steinke ("Steinke"), Suzanne M. Steinke a Professional Corporation ("Steinke APC"), Hill Morgan and Associates LLP ("Hill Morgan", collectively with Slingerland, Schultz, Steinke, Steinke APC, "Defendants"), RSUI Indemnity Company ("RSUI") and Hanover Insurance Company ("Hanover", together with RSUI, "Insurers") and approving the *Settlement Agreement* (the "Settlement Agreement") by and among the Trustee, on behalf of the bankruptcy estate, and Defendants/Insurers memorializing such proposed compromise, a copy of which is attached as <u>Exhibit 1</u> to the *Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Motion.

The Court, having reviewed the Motion, the Settlement Agreement, and the Rund Declaration; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no timely opposition or response having been filed with respect to the Motion; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The compromise between the bankruptcy estate and Defendants, as detailed in the Motion and set forth in the Settlement Agreement, is **APPROVED** pursuant to Bankruptcy Rule 9019.

3. The Settlement Agreement is **APPROVED** in its entirety.

4. The Trustee is authorized to take all actions on behalf of the bankruptcy estate necessary to effectuate the Settlement Agreement.

5. Pursuant to the terms of the Settlement Agreement:

   a. No later than ten (10) business days from the "Effective Date" as defined in the Settlement Agreement, RSUI shall pay the Trustee on behalf of the Debtor's bankruptcy estate, the sum of $2,761,796.00 as a portion of the policy limit under that certain Non-Profit Organization Management Liability Policy, policy no. xx9767 (the "RSUI D&O Policy").

     b.    Concurrent with its payment to the Trustee, RSUI shall: (i) reimburse Slingerland, care of his defense counsel, the sum of $66,672.50, as full reimbursement of all defense expenses permitted under the RSUI D&O Policy; and (ii) reimburse Schultz, care of his defense counsel, the sum of $22,728.15 as full reimbursement of all defense expenses permitted under the RSUI D&O Policy.

     c.    No later than ten (10) business days from the Effective Date as defined in the Settlement Agreement, Hanover shall pay the Trustee on behalf of the Debtor's bankruptcy estate, a total of $2,000,000.00, constituting the full policy limit under that certain Hanover Excess Advantage, policy no. xx1903.

     d.    No later than April 30, 2023, and after the Effective Date as defined in the Settlement Agreement, Slingerland shall pay the Trustee on behalf of the Debtor's bankruptcy estate, a total of $71,533.56, to reimburse the Debtor's estate for the charges referenced in paragraph K of the Recitals in the Settlement Agreement and $53,466.44 for the remainder of Slingerland's Share of the Settlement Payment, for a total payment of $125,000.00.

6.    Pursuant to the Court's *Order Approving Chapter 7 Trustee's Application to Employ the Law Office of Philip Dracht as Special Litigation Counsel Pursuant to 11 U.S.C. § 327 and to Approve Contingency Fee Arrangement Pursuant to 11 U.S.C. § 328* [Docket No. 184], the contingency fee due to the Trustee's special counsel, The Law Office of Philip Dracht ("Dracht") on the terms set forth in the that certain Retainer Agreement dated July 19, 2021 is approved on a final basis and the Trustee is authorized to pay to Dracht, as funds are received pursuant to the Settlement Agreement, $1,612,642.68, constituting 33% of the gross recovery from the settlement and reimburse costs to Dracht totaling $1,701.96.

/ / /

/ / /

7. The Court retains jurisdiction for all matters relating the Motion and the Settlement Agreement.

###

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

4

ORDER GRANTING MOTION TO
APPROVE COMPROMISE

76214-00002/4614652.3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600 Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) February 7, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) February 7, 2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) February 7, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Messenger
The Honorable Sheri Bluebond
United States Bankruptcy Court
The Edward R. Roybal Federal Building
255 E. Temple Street, Ste. 1534
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 7, 2023 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- Keith Patrick Banner    kbanner@greenbergglusker.com, vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Philip D Dracht    pdracht@drachtlaw.com
- Steven Goldsobel    steve@sgoldsobel.com, vandad@sgoldsobel.com
- EmmaElizabeth A Gonzalez    egonzalez@publiccounsel.org
- Sheryl K Ith    sith@cookseylaw.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Hayes F Michel    hmichel@krakowskymichel.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**