JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**FEB 08 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli   DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISE WITH DIXON SLINGERLAND, STEVEN SCHULTZ, SUZANNE STEINKE, SUZANNE M. STEINKE A PROFESSIONAL CORPORATION, HILL MORGAN AND ASSOCIATES, LLP, RSUI INDEMNITY COMPANY AND HANOVER INSURANCE COMPANY**<br><br>[NO HEARING REQUIRED; LBR 9013-1(o)] |

The Court has reviewed and considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromise with Dixon Slingerland, Steven Schultz, Suzanne Steinke, Suzanne M. Steinke a Professional Corporation, Hill Morgan and Associates, LLP, RSUI Indemnity Company and Hanover Insurance Company* [Docket No. 240] (the "Motion") pursuant to which the Trustee seeks entry of an order approving the Trustee's

ORDER GRANTING MOTION TO
APPROVE COMPROMISE

76214-00002/4614652.3

proposed compromise with Dixon Slingerland ("Slingerland"), Steven Schultz ("Schultz"), Suzanne M. Steinke ("Steinke"), Suzanne M. Steinke a Professional Corporation ("Steinke APC"), Hill Morgan and Associates LLP ("Hill Morgan", collectively with Slingerland, Schultz, Steinke, Steinke APC, "Defendants"), RSUI Indemnity Company ("RSUI") and Hanover Insurance Company ("Hanover", together with RSUI, "Insurers") and approving the *Settlement Agreement* (the "Settlement Agreement") by and among the Trustee, on behalf of the bankruptcy estate, and Defendants/Insurers memorializing such proposed compromise, a copy of which is attached as <u>Exhibit 1</u> to the *Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Motion.

The Court, having reviewed the Motion, the Settlement Agreement, and the Rund Declaration; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no timely opposition or response having been filed with respect to the Motion; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The compromise between the bankruptcy estate and Defendants, as detailed in the Motion and set forth in the Settlement Agreement, is **APPROVED** pursuant to Bankruptcy Rule 9019.

3. The Settlement Agreement is **APPROVED** in its entirety.

4. The Trustee is authorized to take all actions on behalf of the bankruptcy estate necessary to effectuate the Settlement Agreement.

5. Pursuant to the terms of the Settlement Agreement:

    a. No later than ten (10) business days from the "Effective Date" as defined in the Settlement Agreement, RSUI shall pay the Trustee on behalf of the Debtor's bankruptcy estate, the sum of $2,761,796.00 as a portion of the policy limit under that certain Non-Profit Organization Management Liability Policy, policy no. xx9767 (the "RSUI D&O Policy").

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

|   |   |   |
|---|---|---|
| 1 | b. | Concurrent with its payment to the Trustee, RSUI shall: (i) reimburse Slingerland, care of his defense counsel, the sum of $66,672.50, as full reimbursement of all defense expenses permitted under the RSUI D&O Policy; and (ii) reimburse Schultz, care of his defense counsel, the sum of $22,728.15 as full reimbursement of all defense expenses permitted under the RSUI D&O Policy. |
| | c. | No later than ten (10) business days from the Effective Date as defined in the Settlement Agreement, Hanover shall pay the Trustee on behalf of the Debtor's bankruptcy estate, a total of $2,000,000.00, constituting the full policy limit under that certain Hanover Excess Advantage, policy no. xx1903. |
| | d. | No later than April 30, 2023, and after the Effective Date as defined in the Settlement Agreement, Slingerland shall pay the Trustee on behalf of the Debtor's bankruptcy estate, a total of $71,533.56, to reimburse the Debtor's estate for the charges referenced in paragraph K of the Recitals in the Settlement Agreement and $53,466.44 for the remainder of Slingerland's Share of the Settlement Payment, for a total payment of $125,000.00. |

6.  Pursuant to the Court's *Order Approving Chapter 7 Trustee's Application to Employ the Law Office of Philip Dracht as Special Litigation Counsel Pursuant to 11 U.S.C. § 327 and to Approve Contingency Fee Arrangement Pursuant to 11 U.S.C. § 328* [Docket No. 184], the contingency fee due to the Trustee's special counsel, The Law Office of Philip Dracht ("Dracht") on the terms set forth in the that certain Retainer Agreement dated July 19, 2021 is approved on a final basis and the Trustee is authorized to pay to Dracht, as funds are received pursuant to the Settlement Agreement, $1,612,642.68, constituting 33% of the gross recovery from the settlement and reimburse costs to Dracht totaling $1,701.96.

/ / /

/ / /

7. The Court retains jurisdiction for all matters relating the Motion and the Settlement Agreement.

### 

Date: February 8, 2023

Sheri Bluebond
United States Bankruptcy Judge