United States Bankruptcy Court

Central District of California

In re:  Case No. 19-23085-BB
Youth Policy Institute, Inc.  Chapter 7
Suzanne M Steinke

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Feb 08, 2023      Form ID: pdf042      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy C Warshaw | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  Warshaw.AndyB110606@notify.bestcase.com |
| Brian L Davidoff | on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Christopher E Prince | on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Christopher E Prince | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 08, 2023 | Form ID: pdf042 | Total Noticed: 1 |

jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Daniel C Sharpe
    on behalf of Creditor I. A.   daniel.c.sharpe@me.com

Daniel C Sharpe
    on behalf of Creditor A.M.   daniel.c.sharpe@me.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

EmmaElizabeth A Gonzalez
    on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org

Genevieve G Weiner
    on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hayes F Michel
    on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com

Jason M Rund (TR)
    trustee@srlawyers.com   jrund@ecf.axosfs.com

Jeffrey A Krieger
    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner
    on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner
    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Kevin Meek
    on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux
    on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly
    on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Philip D Dracht
    on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com

Robert D Bass
    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com   schristianson@buchalter.com

Sheryl K Ith
    on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com

Steven Goldsobel
    on behalf of Defendant Steven Schultz steve@sgoldsobel.com   vandad@sgoldsobel.com

Summer M Shaw
    on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Interested Party Summer Shaw ss@shaw.law   shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Defendant Suzanne M Steinke ss@shaw.law   shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 26

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax:  310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**FEB 08 2023**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY evangeli  DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION UNDER FED. R. BANKR. P. 9019 FOR ORDER APPROVING COMPROMISE WITH DIXON SLINGERLAND, STEVEN SCHULTZ, SUZANNE STEINKE, SUZANNE M. STEINKE A PROFESSIONAL CORPORATION, HILL MORGAN AND ASSOCIATES, LLP, RSUI INDEMNITY COMPANY AND HANOVER INSURANCE COMPANY**<br><br>[NO HEARING REQUIRED; LBR 9013-1(o)] |

The Court has reviewed and considered the *Chapter 7 Trustee's Motion Under Fed. R. Bankr. P. 9019 for Order Approving Compromise with Dixon Slingerland, Steven Schultz, Suzanne Steinke, Suzanne M. Steinke a Professional Corporation, Hill Morgan and Associates, LLP, RSUI Indemnity Company and Hanover Insurance Company* [Docket No. 240] (the "Motion") pursuant to which the Trustee seeks entry of an order approving the Trustee's

proposed compromise with Dixon Slingerland ("Slingerland"), Steven Schultz ("Schultz"), Suzanne M. Steinke ("Steinke"), Suzanne M. Steinke a Professional Corporation ("Steinke APC"), Hill Morgan and Associates LLP ("Hill Morgan", collectively with Slingerland, Schultz, Steinke, Steinke APC, "Defendants"), RSUI Indemnity Company ("RSUI") and Hanover Insurance Company ("Hanover", together with RSUI, "Insurers") and approving the *Settlement Agreement* (the "Settlement Agreement") by and among the Trustee, on behalf of the bankruptcy estate, and Defendants/Insurers memorializing such proposed compromise, a copy of which is attached as Exhibit 1 to the *Declaration of Jason M. Rund* (the "Rund Declaration") accompanying the Motion.

The Court, having reviewed the Motion, the Settlement Agreement, and the Rund Declaration; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Motion having been given under the circumstances; no timely opposition or response having been filed with respect to the Motion; and after due deliberation and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**.

2. The compromise between the bankruptcy estate and Defendants, as detailed in the Motion and set forth in the Settlement Agreement, is **APPROVED** pursuant to Bankruptcy Rule 9019.

3. The Settlement Agreement is **APPROVED** in its entirety.

4. The Trustee is authorized to take all actions on behalf of the bankruptcy estate necessary to effectuate the Settlement Agreement.

5. Pursuant to the terms of the Settlement Agreement:

    a. No later than ten (10) business days from the "Effective Date" as defined in the Settlement Agreement, RSUI shall pay the Trustee on behalf of the Debtor's bankruptcy estate, the sum of $2,761,796.00 as a portion of the policy limit under that certain Non-Profit Organization Management Liability Policy, policy no. xx9767 (the "RSUI D&O Policy").

      b.    Concurrent with its payment to the Trustee, RSUI shall: (i) reimburse Slingerland, care of his defense counsel, the sum of $66,672.50, as full reimbursement of all defense expenses permitted under the RSUI D&O Policy; and (ii) reimburse Schultz, care of his defense counsel, the sum of $22,728.15 as full reimbursement of all defense expenses permitted under the RSUI D&O Policy.

      c.    No later than ten (10) business days from the Effective Date as defined in the Settlement Agreement, Hanover shall pay the Trustee on behalf of the Debtor's bankruptcy estate, a total of $2,000,000.00, constituting the full policy limit under that certain Hanover Excess Advantage, policy no. xx1903.

      d.    No later than April 30, 2023, and after the Effective Date as defined in the Settlement Agreement, Slingerland shall pay the Trustee on behalf of the Debtor's bankruptcy estate, a total of $71,533.56, to reimburse the Debtor's estate for the charges referenced in paragraph K of the Recitals in the Settlement Agreement and $53,466.44 for the remainder of Slingerland's Share of the Settlement Payment, for a total payment of $125,000.00.

6.    Pursuant to the Court's *Order Approving Chapter 7 Trustee's Application to Employ the Law Office of Philip Dracht as Special Litigation Counsel Pursuant to 11 U.S.C. § 327 and to Approve Contingency Fee Arrangement Pursuant to 11 U.S.C. § 328* [Docket No. 184], the contingency fee due to the Trustee's special counsel, The Law Office of Philip Dracht ("Dracht") on the terms set forth in the that certain Retainer Agreement dated July 19, 2021 is approved on a final basis and the Trustee is authorized to pay to Dracht, as funds are received pursuant to the Settlement Agreement, $1,612,642.68, constituting 33% of the gross recovery from the settlement and reimburse costs to Dracht totaling $1,701.96.

/ / /

/ / /

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067

7. The Court retains jurisdiction for all matters relating the Motion and the Settlement Agreement.

###

Date: February 8, 2023

_____
Sheri Bluebond
United States Bankruptcy Judge