JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

FILED & ENTERED

MAR 24 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis       DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND THINK TOGETHER REGARDING PROOF OF CLAIM (CLAIM NO. 67)**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and Think Together Regarding Proof of Claim (Claim No. 67)* [Docket No. 250 ] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and Think Together, a non-profit organization ("TT"), on the other, with respect to the proof of claim filed by TT on January 28, 2020 which has been designated as Claim No. 67 (the "TT POC") and is listed on the Claims Register maintained by the Clerk of the Court, and good cause appearing therefor,

/ / /

ORDER ON STIPULATION RE:
CLAIM OF THINK TOGETHER

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The TT POC shall be allowed as a general unsecured claim in the amount of $402,575.34, which shall not be entitled to any statutory priority and shall not be subject to further modification, reduction or amendment (the "Allowed Unsecured Claim"). Any distribution on the Allowed Unsecured Claim shall be made in connection with the Trustee's final report *pari passu* with allowed general unsecured claims in the bankruptcy case. No further action shall be required of TT in connection with the allowance of the Allowed Unsecured Claim and any distribution thereon.

3. Except for the Allowed Unsecured Claim, TT shall not assert, nor will it be allowed any further claim against the bankruptcy estate.

4. Pursuant to the Stipulation, the Trustee shall not file an objection to the TT POC or otherwise seek any further modification, reduction or amendment to the TT POC.

5. All parties-in-interest and their respective representatives are authorized to take all actions necessary to implement the relief authorized and granted by this Order.

6. The Bankruptcy Court retains exclusive jurisdiction over the Stipulation and the subject matter thereof.

###

Date: March 24, 2023

Sheri Bluebond
United States Bankruptcy Judge

76214-00002/4689677.3