United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-23085-BB |
| Youth Policy Institute, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:

**Name**                    **Email Address**

Andy C Warshaw
    on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  warshaw.andyb110606@notify.bestcase.com

Brian L Davidoff
    on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com
    calendar@greenbergglusker.com;jking@greenbergglusker.com

Christopher E Prince
    on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com
    jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Christopher E Prince
    on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com
    jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 24, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Daniel C Sharpe
    on behalf of Creditor I. A.  daniel.c.sharpe@me.com

Daniel C Sharpe
    on behalf of Creditor A.M.  daniel.c.sharpe@me.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

EmmaElizabeth A Gonzalez
    on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org

Genevieve G Weiner
    on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com
    laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hayes F Michel
    on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com

Jason M Rund (TR)
    trustee@srlawyers.com  jrund@ecf.axosfs.com

Jeffrey A Krieger
    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com
    kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner
    on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com
    vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner
    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com
    vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Kevin Meek
    on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com,
    kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux
    on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly
    on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Philip D Dracht
    on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com

Robert D Bass
    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sheryl K Ith
    on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com

Steven Goldsobel
    on behalf of Defendant Steven Schultz steve@sgoldsobel.com  vandad@sgoldsobel.com

Summer M Shaw
    on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law
    shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Defendant Suzanne M Steinke ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 26

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@GreenbergGlusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Ste. 2600
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**MAR 24 2023**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY llewis    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND THINK TOGETHER REGARDING PROOF OF CLAIM (CLAIM NO. 67)**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and Think Together Regarding Proof of Claim (Claim No. 67)* [Docket No. 250] (the "Stipulation") entered into by and between Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and Think Together, a non-profit organization ("TT"), on the other, with respect to the proof of claim filed by TT on January 28, 2020 which has been designated as Claim No. 67 (the "TT POC") and is listed on the Claims Register maintained by the Clerk of the Court, and good cause appearing therefor,

/ / /

ORDER ON STIPULATION RE:
CLAIM OF THINK TOGETHER

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The TT POC shall be allowed as a general unsecured claim in the amount of $402,575.34, which shall not be entitled to any statutory priority and shall not be subject to further modification, reduction or amendment (the "Allowed Unsecured Claim"). Any distribution on the Allowed Unsecured Claim shall be made in connection with the Trustee's final report *pari passu* with allowed general unsecured claims in the bankruptcy case. No further action shall be required of TT in connection with the allowance of the Allowed Unsecured Claim and any distribution thereon.

3. Except for the Allowed Unsecured Claim, TT shall not assert, nor will it be allowed any further claim against the bankruptcy estate.

4. Pursuant to the Stipulation, the Trustee shall not file an objection to the TT POC or otherwise seek any further modification, reduction or amendment to the TT POC.

5. All parties-in-interest and their respective representatives are authorized to take all actions necessary to implement the relief authorized and granted by this Order.

6. The Bankruptcy Court retains exclusive jurisdiction over the Stipulation and the subject matter thereof.

###

Date: March 24, 2023

_____
Sheri Bluebond
United States Bankruptcy Judge

76214-00002/4689677.3