| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY A. KRIEGER (SBN 156535)<br>JKrieger@GreenbergGlusker.com<br>KEITH PATRICK BANNER (SBN 259502)<br>KBanner@GreenbergGlusker.com<br>GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP<br>2049 Century Park East, Ste. 2600<br>Los Angeles, California 90067-4590<br>Telephone: 310.553.3610<br>Fax: 310.553.0687<br><br>☐ Individual *appearing without an attorney*<br>☒ **Attorney for:** Jason M. Rund, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>          Debtor. | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br>STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR NONPROFIT FINANCE FUND REGARDING SECURED CLAIM DISTRIBUTION |

PLEASE TAKE NOTE that the order titled: <u>ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR NONPROFIT FINANCE FUND REGARDING SECURED CLAIM DISTRIBUTION</u>  (was lodged on (date) <u>06/08/2023</u> and is attached. This order relates to the motion which is docket number <u>256</u>.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1              **F 9021-1.2.BK.NOTICE.LODGMENT**

# Proposed Order

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@greenbergglusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@greenbergglusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:    310-553-3610
Facsimile:     310-553-0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR NONPROFIT FINANCE FUND REGARDING SECURED CLAIM DISTRIBUTION**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and Secured Creditor Nonprofit Finance Fund Regarding Secured Claim Distribution* [Docket No. 256] (the "Stipulation")[1] entered into by and between Jason M. Rund, solely in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and secured creditor Nonprofit Finance Fund, a New York not-for-profit corporation ("NFF"), on the other, and good cause appearing therefor,

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation.

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The Trustee is hereby authorized to make a distribution to NFF in the aggregate amount of $826,933.37 (the "NFF Distribution"), which constitutes the distribution on the NFF Secured Claim, as defined in and calculated pursuant to the *Stipulation Between Chapter 7 Trustee and Secured Creditor Nonprofit Finance Fund: (1) Authorizing Use of Cash Collateral; (2) Granting Certain Carve Outs from Senior Lien in Favor of the Bankruptcy Estate; and (3) Resolving Disputes Regarding Secured Claim and Extent of Lien* [Docket No. 106] (the "NFF Stipulation") previously entered into by and between the Trustee and NFF, which was approved by the Court by order entered May 4, 2020 [Docket No. 119].

3. NFF shall be entitled to an allowed general unsecured claim against the bankruptcy estate in the amount of $3,523,066.63 (the "NFF Unsecured Claim").

4. The NFF Unsecured Claim shall be entitled to share *pro rata* in any distributions to general unsecured creditors made by the Trustee in connection with the Trustee's final report.

5. The proof of claim filed by NFF, which has been denominated as Claim No. 130 by the Clerk of Court is hereby amended to conform with the terms of this order and the Stipulation, without the need for NFF to file an amended proof of claim.

6. Any net recoveries to the Bankruptcy Estate from each of the Asset Categories after the NFF Distribution shall be free and clear property of the Bankruptcy Estate and not subject to any encumbrance or claim by NFF, other than (i) NFF's right to a pro rata distribution on the NFF Unsecured Claim to the same extent as other general unsecured creditors and (ii) any administrative claim based on a breach of the NFF Stipulation or the Stipulation, as such may be determined by the Bankruptcy Court.

/ / /
/ / /
/ / /
/ / /
/ / /

7. Nothing in the Stipulation or this order, including, without limitation, the calculation of the NFF Distribution and the NFF Unsecured Claim, shall be construed as a waiver of the respective rights of the Parties regarding any Undiscovered Estate Property (as defined in the NFF Stipulation).

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2049 Century Park E #2600, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR NONPROFIT FINANCE FUND REGARDING SECURED CLAIM DISTRIBUTION**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _06/08/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Keith Patrick Banner: kbanner@greenbergglusker.com, vafanasieva@greenbergglusker.com, calendar@greenbergglusker.com
Robert D Bass: bob.bass47@icloud.com
Magdalena R Bordeaux: mbordeaux@publiccounsel.org
Shawn M Christianson: cmcintire@buchalter.com, schristianson@buchalter.com
Brian L Davidoff: bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com, jking@greenbergglusker.com Philip D Dracht: pdracht@drachtlaw.com
Steven Goldsobel: steve@sgoldsobel.com, vandad@sgoldsobel.com
EmmaElizabeth A Gonzalez: egonzalez@publiccounsel.org
Sheryl K Ith: sith@cookseylaw.com
Jeffrey A Krieger: jkrieger@ggfirm.com, kwoodson@greenbergglusker.com, calendar@greenbergglusker.com, jking@greenbergglusker.com
David W. Meadows: david@davidwmeadowslaw.com
Kevin Meek: kmeek@robinskaplan.com, kevinmeek32@gmail.com, kmeek@ecf.inforuptcy.com
Hayes F Michel: hmichel@krakowskymichel.com
Christopher E Prince: cprince@lesnickprince.com, jmack@lesnickprince.com, cprince@ecf.courtdrive.com, jnavarro@lesnickprince.com
Jason M Rund (TR): trustee@srlawyers.com, jrund@ecf.axosfs.com
Daniel C Sharpe: daniel.c.sharpe@me.com
Summer M Shaw: ss@shaw.law, shawsr70161@notify.bestcase.com, shawsr91811@notify.bestcase.com
Matthew N Sirolly: msirolly@dir.ca.gov
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Andy C Warshaw: awarshaw@bwlawcenter.com, Warshaw.AndyB110606@notify.bestcase.com
Genevieve G Weiner: gweiner@sidley.com, laefilingnotice@sidley.com, genevieve-weiner-0813@ecf.pacerpro.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 06/08/2023 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 06/08/2023 | Viktoriia Afanasieva | /s/ Viktoriia Afanasieva |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                   **F 9013-3.1.PROOF.SERVICE**