JEFFREY A. KRIEGER (SBN 156535)
JKrieger@greenbergglusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@greenbergglusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310-553-3610
Facsimile: 310-553-0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 09 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR NONPROFIT FINANCE FUND REGARDING SECURED CLAIM DISTRIBUTION**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and Secured Creditor Nonprofit Finance Fund Regarding Secured Claim Distribution* [Docket No. 256] (the "Stipulation")[1] entered into by and between Jason M. Rund, solely in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and secured creditor Nonprofit Finance Fund, a New York not-for-profit corporation ("NFF"), on the other, and good cause appearing therefor,

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation.

76214-00002/4800259.3

ORDER GRANTING STIPULATION WITH
NONPROFIT FINANCE FUND

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The Trustee is hereby authorized to make a distribution to NFF in the aggregate amount of $826,933.37 (the "NFF Distribution"), which constitutes the distribution on the NFF Secured Claim, as defined in and calculated pursuant to the *Stipulation Between Chapter 7 Trustee and Secured Creditor Nonprofit Finance Fund: (1) Authorizing Use of Cash Collateral; (2) Granting Certain Carve Outs from Senior Lien in Favor of the Bankruptcy Estate; and (3) Resolving Disputes Regarding Secured Claim and Extent of Lien* [Docket No. 106] (the "NFF Stipulation") previously entered into by and between the Trustee and NFF, which was approved by the Court by order entered May 4, 2020 [Docket No. 119].

3. NFF shall be entitled to an allowed general unsecured claim against the bankruptcy estate in the amount of $3,523,066.63 (the "NFF Unsecured Claim").

4. The NFF Unsecured Claim shall be entitled to share *pro rata* in any distributions to general unsecured creditors made by the Trustee in connection with the Trustee's final report.

5. The proof of claim filed by NFF, which has been denominated as Claim No. 130 by the Clerk of Court is hereby amended to conform with the terms of this order and the Stipulation, without the need for NFF to file an amended proof of claim.

6. Any net recoveries to the Bankruptcy Estate from each of the Asset Categories after the NFF Distribution shall be free and clear property of the Bankruptcy Estate and not subject to any encumbrance or claim by NFF, other than (i) NFF's right to a pro rata distribution on the NFF Unsecured Claim to the same extent as other general unsecured creditors and (ii) any administrative claim based on a breach of the NFF Stipulation or the Stipulation, as such may be determined by the Bankruptcy Court.

/ / /

/ / /

/ / /

/ / /

/ / /

7. Nothing in the Stipulation or this order, including, without limitation, the calculation of the NFF Distribution and the NFF Unsecured Claim, shall be construed as a waiver of the respective rights of the Parties regarding any Undiscovered Estate Property (as defined in the NFF Stipulation).

###

Date: June 9, 2023

Sheri Bluebond
United States Bankruptcy Judge

76214-00002/4800259.3

3

ORDER GRANTING STIPULATION WITH NONPROFIT FINANCE FUND