United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-23085-BB |
| Youth Policy Institute, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andy C Warshaw | |
| | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  warshaw.andyb110606@notify.bestcase.com |
| Brian L Davidoff | |
| | on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Christopher E Prince | |
| | on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Christopher E Prince | |
| | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 09, 2023 | Form ID: pdf042 | Total Noticed: 1 |

Daniel C Sharpe
    on behalf of Creditor I. A.   daniel.c.sharpe@me.com

Daniel C Sharpe
    on behalf of Creditor A.M.   daniel.c.sharpe@me.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

EmmaElizabeth A Gonzalez
    on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org

Genevieve G Weiner
    on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com
    laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

Hayes F Michel
    on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com

Jason M Rund (TR)
    trustee@srlawyers.com  jrund@ecf.axosfs.com

Jeffrey A Krieger
    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com
    kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner
    on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com
    vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Keith Patrick Banner
    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com
    vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com

Kevin Meek
    on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com,
    kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux
    on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly
    on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Philip D Dracht
    on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com

Robert D Bass
    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sheryl K Ith
    on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com

Steven Goldsobel
    on behalf of Defendant Steven Schultz steve@sgoldsobel.com  vandad@sgoldsobel.com

Summer M Shaw
    on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law
    shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Defendant Suzanne M Steinke ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 26

JEFFREY A. KRIEGER (SBN 156535)
JKrieger@greenbergglusker.com
KEITH PATRICK BANNER (SBN 259502)
KBanner@greenbergglusker.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone:  310-553-3610
Facsimile:  310-553-0687

Attorneys for Jason M. Rund,
Chapter 7 Trustee

**FILED & ENTERED**

**JUN 09 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** evangeli **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re: | Case No. 2:19-bk-23085-BB |
|---|---|
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **ORDER APPROVING STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND SECURED CREDITOR NONPROFIT FINANCE FUND REGARDING SECURED CLAIM DISTRIBUTION**<br><br>[NO HEARING REQUIRED] |

The Court having considered the *Stipulation Between Chapter 7 Trustee and Secured Creditor Nonprofit Finance Fund Regarding Secured Claim Distribution* [Docket No. 256] (the "Stipulation")[1] entered into by and between Jason M. Rund, solely in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), on the one hand, and secured creditor Nonprofit Finance Fund, a New York not-for-profit corporation ("NFF"), on the other, and good cause appearing therefor,

---

[1] Capitalized terms not otherwise defined herein shall have their meaning ascribed in the Stipulation.

76214-00002/4800259.3    ORDER GRANTING STIPULATION WITH NONPROFIT FINANCE FUND

**IT IS HEREBY ORDERED** that:

1. The Stipulation is **APPROVED**.

2. The Trustee is hereby authorized to make a distribution to NFF in the aggregate amount of $826,933.37 (the "NFF Distribution"), which constitutes the distribution on the NFF Secured Claim, as defined in and calculated pursuant to the *Stipulation Between Chapter 7 Trustee and Secured Creditor Nonprofit Finance Fund: (1) Authorizing Use of Cash Collateral; (2) Granting Certain Carve Outs from Senior Lien in Favor of the Bankruptcy Estate; and (3) Resolving Disputes Regarding Secured Claim and Extent of Lien* [Docket No. 106] (the "NFF Stipulation") previously entered into by and between the Trustee and NFF, which was approved by the Court by order entered May 4, 2020 [Docket No. 119].

3. NFF shall be entitled to an allowed general unsecured claim against the bankruptcy estate in the amount of $3,523,066.63 (the "NFF Unsecured Claim").

4. The NFF Unsecured Claim shall be entitled to share *pro rata* in any distributions to general unsecured creditors made by the Trustee in connection with the Trustee's final report.

5. The proof of claim filed by NFF, which has been denominated as Claim No. 130 by the Clerk of Court is hereby amended to conform with the terms of this order and the Stipulation, without the need for NFF to file an amended proof of claim.

6. Any net recoveries to the Bankruptcy Estate from each of the Asset Categories after the NFF Distribution shall be free and clear property of the Bankruptcy Estate and not subject to any encumbrance or claim by NFF, other than (i) NFF's right to a pro rata distribution on the NFF Unsecured Claim to the same extent as other general unsecured creditors and (ii) any administrative claim based on a breach of the NFF Stipulation or the Stipulation, as such may be determined by the Bankruptcy Court.

/ / /

/ / /

/ / /

/ / /

/ / /

7. Nothing in the Stipulation or this order, including, without limitation, the calculation of the NFF Distribution and the NFF Unsecured Claim, shall be construed as a waiver of the respective rights of the Parties regarding any Undiscovered Estate Property (as defined in the NFF Stipulation).

###

Date: June 9, 2023

Sheri Bluebond
United States Bankruptcy Judge