Jason M. Rund
Email: trustee@srlawyers.com
270 Coral Circle
El Segundo, CA 90245
Telephone: (310) 640-1200
Facsimile: (310) 640-0200

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: ) | Case No. 2:19-bk-23085-BB |
| ) | |
| YOUTH POLICY INSTITUTE, INC., ) | Chapter 7 |
| ) | |
| ) | **REQUEST FOR COURT COSTS** |
| Debtor. ) | |
| ) | [No Hearing Required] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned Trustee is prepared to file a Final Report and Account and requests that the Clerk of the Court provide the court costs that have been incurred in this case. Said sum will be included in the Final Report and Account.

Dated: August 8, 2023

/s/ Jason M. Rund
JASON M. RUND
Chapter 7 Trustee