United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 19-23085-BB |
| Youth Policy Institute, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 08, 2023 | Form ID: van191 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy C Warshaw | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  warshaw.andyb110606@notify.bestcase.com |
| Brian L Davidoff | on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Christopher E Prince | on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Christopher E Prince | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |

| | |
|---|---|
| Daniel C Sharpe | on behalf of Creditor I. A.   daniel.c.sharpe@me.com |
| Daniel C Sharpe | on behalf of Creditor A.M.   daniel.c.sharpe@me.com |
| David W. Meadows | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| EmmaElizabeth A Gonzalez | on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org |
| Genevieve G Weiner | on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com |
| Hayes F Michel | on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com |
| Jason M Rund (TR) | trustee@srlawyers.com jrund@ecf.axosfs.com |
| Jeffrey A Krieger | on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com |
| Kevin Meek | on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com |
| Magdalena R Bordeaux | on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org |
| Matthew N Sirolly | on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov |
| Philip D Dracht | on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com |
| Robert D Bass | on behalf of Attorney Robert D. Bass bob.bass47@icloud.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com |
| Sheryl K Ith | on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com |
| Steven Goldsobel | on behalf of Defendant Steven Schultz steve@sgoldsobel.com  vandad@sgoldsobel.com |
| Summer M Shaw | on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Defendant Suzanne M Steinke ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 26

| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District of California** | |
| In re: <br> Youth Policy Institute, Inc. | CHAPTER NO.: 7 |
| | CASE NO.: 2:19−bk−23085−BB |

## NOTICE OF COURT COSTS DUE

**To: Jason M Rund**

The following is a breakdown of the court costs that have been incurred in this CHAPTER SEVEN (7) case. This information is provided to complete the Trustee's Final Report; Application for Trustee Fees and Expenses. No hearing has been set at this time.

COURT COSTS DUE:

|  |  |
|---:|---|
| Appeal $ | |
| Certification $ | |
| Complaint $ | 350.00 |
| Conversion $ | |
| Cross−Appeal $ | |
| Notices (Estimated) $ | |
| Photocopies $ | |
| Reopening Fees $ | |
| Search Fees $ | |
| Other: $ | |
| **Total of Court Costs Due $** | **350.00** |

Payment must be made by **U.S. POSTAL SERVICE MONEY ORDER, or CASHIER'S CHECK payable to the "UNITED STATES BANKRUPTCY COURT"** and be paid in person or by mail to the address listed below. Checks will only be accepted from attorneys or law firms. A copy of this notice must be enclosed with your payment.

**United States Bankruptcy Court**
**255 E. Temple Street, Room 100, Los Angeles, CA 90012.**

For the Court
Dated: August 8, 2023

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Maria Evangelista**
   **Deputy Clerk**

(Form rev. 10/2010) npcc−VAN191                                   **262 / ME2**