| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Tony H. Shokrai<br>INTERCO MANAGEMENT CORPORATION<br>2118 Wilshire Blvd., Ste. 717<br>Santa Monica, CA 90403<br>310 466-5437<br>TShokrai@gmail.com<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for:* Field Agent for Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>YOUTH POLICY INSTITUTE, INC.<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7<br><br>**APPLICATION FOR PAYMENT OF:**<br>☐ **INTERIM FEES AND/OR EXPENSES (11 U.S.C. § 331)**<br>☒ **FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)**<br><br>DATE: [TO BE SET]<br>TIME: [TO BE SET]<br>COURTROOM: 1539<br>PLACE: United States Bankruptcy Court<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |
|---|---|

1. Name of Applicant (*specify*): INTERCO MANAGEMENT CORPORATION

2. Type of services rendered: FIELD AGENT SERVICES
   a. ☐ Attorney for (*specify*): _____
   b. ☐ Accountant for (*specify*): _____
   c. ☒ Other professional (*specify*): Field Agent for Jason M. Rund, Chapter 7 Trustee

3. Date of filing of petition under chapter  7  of the Bankruptcy Code: 11/5/2019

4. Date of entry of Order Approving Applicant's Employment: 1/28/2020

5. Date of filing of last Fee and/or Expense Application: n/a

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 1                **F 2016-1.2.APP.PAYMENT.FEES**

76214-00002/4897945.1

6. Total fees allowed or paid to Applicant to date (including retainers and prior approved fee applications): $ 45,000.00

    a. Retainer received: $ 0.00

    b. Retainer remaining as of the date of this Application: $ 0.00

    c. Total amount requested in all prior applications: $ n/a

    d. Total amount actually paid pursuant to prior approved applications: $ n/a

    e. Total amount currently due but unpaid pursuant to prior approved applications: $ n/a

    f. Total amount allowed but reserved pending final fee application: $ n/a

7. **Summary of Requested Fees**: (*attach detailed supporting documentation to this Application*)

| Professional Person's Name | Hourly Rate | X | Total Hours this Person | = | Total Fees this Person |
|---|---|---|---|---|---|
| a. Tony H. Shokrai | $ 200.00 | X | 177 | = | $ 35,400.00 |
| b. Staff Services | $ 50.00 | X | 192 | = | $ 9,600.00 |
| c. | $ | X | | = | $ 0.00 |
| d. | $ | X | | = | $ 0.00 |
| e. | $ | X | | = | $ 0.00 |
| f. | $ | X | | = | $ 0.00 |

    g. ☒ Continued on attached page

8. The hourly rates above are the same rates charged by the above professionals for non-bankruptcy services except as follows:    ☐ See attached page
    n/a

9. Bonus requested (final fee applications only): $ 0.00
    (*attach Declaration and Memorandum of Points and Authorities justifying bonus*)

10. **TOTAL FEES REQUESTED THIS APPLICATION**: $ 45,000.00

11. Total expenses paid to Applicant to date (including retainers and prior approved expense applications): $ 0.00

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                        **F 2016-1.2.APP.PAYMENT.FEES**

76214-00002/4897945.1

12. **Summary of Requested Expense Reimbursement:** (*attach detailed supporting documentation to this Application*)

| Type of Expense | Reimbursement Requested this Application |
|---|---|
| a. See attached itemized list of costs advanced | $ 5,681.40 |
| b. | $ |
| c. | $ |
| d. | $ |
| e. | $ |
| f. | $ |
| g. ☒ Continued on Attached Page | |

13. **TOTAL EXPENSE REIMBURSEMENT REQUESTED THIS APPLICATION:** $ 5,681.40

14. Applicant submits the following in support of the Application herein pursuant to LBR 2016-1 (*specify*):
see attached Narrative

15. Total number of attached pages of supporting documentation: __12__

16. Applicant declares under penalty of perjury under the laws of the United States that the foregoing Application and all attached supporting documentation are true and correct and accurately reflect services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

August 14, 2023    Tony H. Shokrai    _[signature]_
Date             Printed Name        Signature

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*In re Youth Policy Institute, Inc.*
Bankruptcy Case No. 2:19-bk-23085-BB

# Attachment to Final Fee Application
# of Interco Management Corporation

Interco Management Corporation ("Interco") was employed as Field Agent to Jason M. Rund, Trustee (the "Trustee") of the bankruptcy estate of Youth Policy Institute, Inc. (the "Debtor") effective as of December 5, 2019 by order of the Bankruptcy Court dated January 28, 2020 [Docket No. 81]. Attached as <u>Exhibit 1</u> hereto is a true and correct copy of the order authorizing the Trustee's employment of Interco.

The background of the Debtor's bankruptcy case is covered in detail in the concurrently filed final application for compensation and reimbursement of expenses filed by Greenberg Glusker Fields Claman & Machtinger LLP, general bankruptcy counsel for the Trustee (the "GG Fee Application").

As Field Agent to the Trustee, Interco, including its principal Tony Shokrai, was primarily involved in tasks relating to the Debtor's facilities and storage units which were central to the Trustee's administration of the bankruptcy case. Such facilities and storage units are described in more detail in the GG Fee Application.

Interco and its personnel were heavily involved with securing and facilitating access to the Debtors headquarters located at 2707-11 Beverly Blvd., Los Angeles, CA 90057 (the "Beverly Facility") – a large commercial space consisting of approximately 29,024 square feet of office space with a large attached warehouse, loading dock and rooftop parking. After initially inspecting the Beverly Facility with the Trustee, Interco returned to the Beverly Facility on numerous occasions to, among other things, retrieve and secure voluminous documents for, and provide access to: (i) the Trustee relating to the Debtor's 401k plan and other documents necessary for estate administration; (ii) the Federal Bureau of Investigation relating to an ongoing U.S. Department of Labor investigation; (iii) Van Horn Auctions; (iv) the City of Los Angeles; and (v) Los Angeles Unified School District. In addition, during one of my visits to the Beverly Facility, additional documents were discovered in a rooftop storage, as to which I worked with the Trustee to identify in order for the Trustee to take appropriate action.

In addition to the Beverly Facility, it was discovered that the Debtor stored personal property at numerous storage facilities. The Debtor's storage facilities included (collectively, the "Debtor Storage Units"): (i) twelve separate storage units at Arleta Storage, 8919 Woodman Ave., Arleta, CA 91331 (the "Arleta Storage Units"); (ii) a storage unit at Nova Storage, 13043 Foothill Blvd., Sylmar, CA 91342 (the "Nova Storage Unit"); and (iii) a storage unit at Extra Space Storage located at 4728 Fountain Ave., Los Angeles, CA 90029 (the "Extra Space Storage Unit"). As to each of the Debtor Storage Units, Interco either accompanied the Trustee or conducted its own inspection of the contents thereof, drafting detailed reports regarding their

contents and taking photographs of the same the Trustee. Also, on numerous occasions, Interco, on behalf of the Trustee, provided the Federal Bureau of Investigation and other city and federal authorities access to certain of the Debtor Storage Units, assisting each with their inspection of the numerous boxes of documents and other personal property. The Debtor's Extra Space Storage Unit was particularly complicated and required multiple visits, as the unit was leased not by the Debtor, but a former employee of the Debtor. Through the work of Interco, the Trustee was eventually able to access the Extra Space Storage Unit.

Interco believes that all of its work was reasonable and necessary under the circumstances. Attached as <u>Exhibit 2</u> hereto is a copy of Interco's invoice for its services rendered to the Trustee. The costs advanced for which it seeks reimbursement are also included in <u>Exhibit 2</u>. Attached as <u>Exhibit 3</u> hereto is a copy of the resume of Tony Shokrai, Interco's principal.

Main Document    Page 6 of 17

# EXHIBIT "1"

```
1  JEFFREY A. KRIEGER (SBN 156535)
   JKrieger@GreenbergGlusker.com
2  KEITH PATRICK BANNER (SBN 259502)
   KBanner@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
5  Telephone: 310.553.3610
   Fax: 310.553.0687
6
7  Proposed Attorneys for Jason M. Rund,
   Chapter 7 Trustee
```

FILED & ENTERED

JAN 28 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY   wesley   DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No. 2:19-bk-23085-BB<br><br>Chapter 7<br><br>**ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION TO EMPLOY INTERCO MANAGEMENT CORPORATION AS TRUSTEE'S FIELD AGENT**<br><br>[NO HEARING REQUIRED] |
|---|---|

The Court having considered the *Chapter 7 Trustee's Application to Employ Interco Management Corporation as Trustee's Field Agent* [Docket No. 61] (the "Application") filed by Jason M. Rund, Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Debtor Youth Policy Institute, Inc. (the "Debtor"), which seeks an order authorizing the employment of Interco Management Corporation ("Interco") as field agent to the Trustee; it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that due and adequate notice of the Application having been given under the circumstances; no timely response or request for hearing having been filed with respect to the Application; and after due deliberation and good cause appearing therefor,

76214-00002/3709884.1

ORDER AUTHORIZING
EMPLOYMENT OF FIELD AGENT

**IT IS ORDERED THAT:**

1. The Application is **GRANTED**.

2. The Trustee is authorized to employ Interco as his field agent at the expense of the bankruptcy estate, effective as of **December 5, 2019**, pursuant to 11 U.S.C. §§ 327(a) and 330.

3. Except as the Court may otherwise determine and direct, any compensation to be paid to Interco hereunder are subject to the Court's subsequent approval of interim and/or final fee applications made pursuant to sections 330 and/or 331 of the Bankruptcy Code.

###

Date: January 28, 2020

Sheri Bluebond
United States Bankruptcy Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# EXHIBIT "2"

**INTERCO MANAGEMENT CORP.**
**2118 WILSHIRE BLVD # 717**
**SANTA MONICA, CA 90403**
**(310) 466-5437**

Date April 17,2023

Mr. Jason M. Rund , Trustee
Sheridan & Rund
840 Apollo Street Suite 351
El Segando, CA 90245

<u>**YOUTH POLICY INSTITUTE, Chapter (7) Bankruptcy**</u>

INVOICE NO. 125  TRUSTEE : JASON RUND
**CASE NUMBER: 2:19-BK-23085-BB**

| DATE | Agent Staff | SERVICE DESCRIPTION | HOURS |
|---|---|---|---|
| 12/5/2019 | TS LM | Attend introductory conference call with Trustee and his counsel regarding chapter 7 Bankruptcy of the **YPI** . Made arrangement to collect documents pertaining to administration of the case | **2 Hours** |
| 12/6/2019 | TS | Received case planning and due diligence throughout the day; receive and reviewed with staff series of correspondences and other miscellaneous case related issues from Trustee's counsel | **2 Hours** |
| 12/7/2019 | TS | Review case status, correspondences and other due diligence activities, conference calls with Trustee and Counsel regarding case planning and due diligence | **4 Hours** |
| 12/16/2019 | TS M LM | Met with **Mr. DAVID OSHIRO** at **2707 Beverly Blvd Los Angeles** to get documents pertaining to the operation of the Corporation and list of the documents and files which was requested by the Trustee and his counsel. Received 67 steel file cabinets from other storage facilities which contain all documents and covering YPI operation and 401K documents | **8 Hours** **Staf-8 H** |
| 12/17/2019 | TS | Made arrangement with lock service man to open 67 steel file cabinets which was delivered from Main Corporate offices and with company of Counsel inspected all files and listed all cabinets and contents for storage. | **8 Hours** |
| 12/20/2019 | | Provide access to 67 file cabinets for documents viewing by the **FBI Agents**. Made arrangement for the lock service company to remove the locks and assist on removals of 4 boxes which was released to them. Report to Trustee and his Counsel | **2 Hours** **Staf-8H** |
| 12/22/2019 | TS LM | Prepared a large room as the storage for all file boxes which was in the warehouse and identified each **234 File boxes** for easy Identification. | **8 Hour** **Staf-8 H** |

1

| | | | |
|---|---|---|---|
| 12/23/2019 | TSM | Inspected the computer main room which was used by employees and had all technical equipments and all computer and laptops and charging systems for multiple laptop charger. Prepared inventory of all computers belonging to YPI and submitted to Trustee and counsel. | **6 Hours** **Staf-11H** |
| 01/06/2020 | | Per request of the Trustee contacted Scott **at VAN HORN AUCTIONEER** for inspection of YPI personal property, computers and other assets of the debtor at Beverly Blvd and other storage facilities. Met with Scott and inspected all the assets of the YPI including 2 Vehicles at Beverly Blvd storage facility. | **8 Hours** |
| 01/10/2020 | TSM | Received information regarding the ROOF TOP storage facility at Beverly Blvd .cut the locks and inspected the 6 storage units containing some files and other school equipments which made arrangement for moving the files for inspection and report to Trustee and Counsel | **8 Hours** **Staf-8 H** |
| 01/12/2020 | TS LM | Made arrangement for removing all the files and documents from all rooms at the Beverly Blvd Building to the warehouse to provide the rooms for the landlord . Moved all files and metal cabinets to the warehouse and labeled all documents and files for easy access. Made digital inventory for the Trustee and counsel. | **3 Hours** **Staf-12 H** |
| 01/14/2020 | TS LM M | Met with the City Of Los Angeles Workforce Development Division and **M**r. **Chris Rajapackse** to view all documents pertaining to the city program. Accompanied city inspector to check all files in storage facility and file cabinets searching for financial documents and obtain copies . | **16 Hours** **Staf-21 H** |
| 01/16/2020 01/17/2020 01/23/2020 | TS LM M S | Per request of Trustee and his counsel, to provide Documents viewing by assistant US Attorney. Met with **Ms. CYNTHIA PENILLA from U.S. DEPARTMENT OF LABOR and MICHAEL TRILVESKY from LA UNIFIED SCHOOL DISTRICT** to provide access to all files related to YPI and help their agents to retrieve the files and audit entire storage facility in Beverly Blvd and provide the staff with the list of the files needed to be pulled and copied during the week of **January 16 ,2020 for 2 days and January 23,2020 for one days.** | **22 Hours** **Staf-16 H** |
| 01/29/2020 | TS LM | Received request from Trustee and Counsel to assist and make arrangement for documents viewing by **Mr. Matthew Heyn** of the **DEPARTMENT OF JUSTICE representing California Department of Education** inspect all documents and file boxes. We inspected all storage facility **(BEVERLY BLVD-ARLETA STORAGE-NOVA STORAGE- FRANKLIN AVE STORAGE-RECREATION PARK STORAGE-** | **13 Hours** **Staf-16 H** |

2

| Date | Staff | Description | Hours |
|---|---|---|---|
| 01/30/2020 | TS LM | **Arleta Storage**<br>**8918 Woodman Ave**<br>**Arleta ,CA 91331**<br><br>Visit Arleta Self Storage Facility with staff and identified (12) File Storage unit. and 6 School Supplies units in upper floor.<br>Made arrangement to cut the locks and visually checked the boxes list and searching for administrative boxes. Made Digital inventory of the **(2468) boxes** and submitted to Trustee and his counsel. | **10Hours**<br><br>**Staf-10H** |
| 02/12/2020 | TS LM | Received request from Trustee to meet with **AUSA Accountants** for the **INSPECTOR GENERAL OFFICE** and provide access to all Storage facilities for inspection and documents viewing **(BEVERLY BLVD-ARLETA STORAGE-NOVA STORAGE- FRANKLIN AVE STORAGE-RECREATION PARK STORA**GE | **13 Hours**<br><br>**Staf-16 H** |
| 02/14/2020 | TS LM S | **Franklin Self Storage.**<br>**4728 Franklin Ave**<br>**Hollywood, California**<br><br>Meeting at the storage facility at 4728 Franklin Ave in Hollywood to get access and inspect the 8 unit in 4th floor containing **212** YPI file boxes. Made arrangement to get the lock services to cut and replace locks. Made visual inspection of the stored files and photo digital inventory of the **212** file boxes. Submit the inventory to the Trustee and his counsel | **16 Hours**<br><br>**Staf-16 H** |
| 02/15/2020 | TS LM S | **Nova Storages**<br>**13043 Foothill Dr.**<br>**Sylmar, CA 913**<br><br>Meeting at the Storage facility with the owner of the property Mrs. Wong and his counsel to get access to the YPI personal property   Made arrangement for the Lock Service company to open the 2 locks on the glass entry doors. | **16 Hour**<br><br>**Staf-24 H** |
| 02/16/2020 | TS LM S | Made visual inspection of the file boxes in the storage area of the warehouse and offices in second floor of the building for files. Made digital inventory of the files and Personal property of the YPI for Trustee and his counsel. | **8 Hour**<br><br>**Staf-18 H** |
| 02/17/2020 | | Made arrangement for Trustee and his counsel to inspect the storage facility for documents viewing and verified the files and inspected all storage rooms for filling the order to abandon the files for turning the units back to the storage company. | **4 Hour** |

| | | |
|---|---|---|
| **Total Hours Field Agent**<br>**Total Hours Staff** | | **177 Hours**<br>**192 Hours** |
| **Special Field agent Tony Shokrai   (177)  Hours @ $200.00 Per Hour**<br>**Staff   Sorting, Indexing and Boxing (192) Hours @ $50.00 Per Hour)** | | $35,400.00<br>$ 9,600.00 |
| | | $45,000.00 |
| **COSTS ADVANCED**<br><br>Travel expenses  580 Miles @ $.58 per Miles<br><br>33 Locks and 60 Ft of ½ Chain security assorted  Hardware<br> Outside Labor<br><br>**TOTAL COST ADVANCED** | | $336.40<br><br>$881.00<br>$1800.00<br>$2,664.00<br><br>**$5,681.40** |
| | **INVOICE TOTAL** | $50,681.40 |

4

# EXHIBIT "3"

# INTERCO MANAGEMENT CORPORATION
2118 Wilshire Boulevard
Suite 717
Santa Monica, CA 90403
Phone: (310) 466-5437

**ABOUT OUR COMPANY**:

Interco Management Corporation offers the service background and depth of experience in bankruptcy, insolvency, receivership, and litigation support. During the past twenty three years, Interco Management Corporation has served several bankruptcy trustees as well as state and federal court-appointed receivers in the areas concerning administration, investigation, operation, and asset-recovery.

Interco Management Corporation's services include but are not limited to: appraisal, inventory, investigation, and property management. Other areas of expertise include operating Chapter 11 cases as well as the liquidation of Chapter 7 estates.

**PRINCIPAL**

Hom Tony Shokrai was born on May 1, 1942. He attended Missouri University in 1969 and Northrop University in Los Angeles and obtained a B.S. in business administration in 1976. Mr. Shokrai was the founder of Interco Management Corporation at its inception in 1987 and maintains his role as president and founder of the corporation.

Mr. Shokrai is a Receiver in state and federal court cases. He is a member of the California Business Forum. He has handled the administration of some of the largest and most complex insolvency matters for numerous Bankruptcy Trustees with the highest level of efficiency.

**EXPERIENCE:**

**Asset Management/ Bankruptcy Administrator                (1986- Present)**
Responsible for asset management and administration of cases for number of Bankruptcy Trustee. Responsibilities include field administration, inventory appraisal as well as managing estate in Bankruptcy. Other specialization includes operating chapter (11), and liquidation of chapter (7) estates. I am very familiar with the rules and procedures of the Bankruptcy.

**PERSIDENT & FOUNDER OF Interco Management Corp. (1979 2000)**

Formed a property management company which manages over 400 residential multi family units throughout southern California. Appointed as state court receiver in 1996. Represented several financial institutions in receivership.

**MANAGEMENT CONSULTANT:                            (1975-1979)**
**References available upon request**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2049 Century Park East, Ste. 2600 Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled: **APPLICATION FOR PAYMENT OF INTERIM (11 U.S.C. § 331)/FINAL FEES AND/OR EXPENSES (11 U.S.C. § 330)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 8/15/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 8/15/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 8/15/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/15/2023 | Julie King | /s/ Julie King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 2016-1.2.APP.PAYMENT.FEES**

76214-00002/4897945.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Keith Patrick Banner    kbanner@greenbergglusker.com, vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com
- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Brian L Davidoff    bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com;jking@greenbergglusker.com
- Philip D Dracht    pdracht@drachtlaw.com
- Steven Goldsobel    steve@sgoldsobel.com, vandad@sgoldsobel.com
- EmmaElizabeth A Gonzalez    egonzalez@publiccounsel.org
- Sheryl K Ith    sith@cookseylaw.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin Meek    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- Hayes F Michel    hmichel@krakowskymichel.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- Jason M Rund (TR)    trustee@srlawyers.com, jrund@ecf.axosfs.com
- Daniel C Sharpe    , daniel.c.sharpe@me.com
- Summer M Shaw    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 4    **F 2016-1.2.APP.PAYMENT.FEES**

76214-00002/4897945.1