**DONALD T. FIFE**
**HAHN FIFE & COMPANY, LLP**
**1055 E. COLORADO BLVD., 5th FL.**
**PASADENA, CA 91106**
**(626) 792-0855 PHONE**
**(626) 270-5701 FAX**
dfife@hahnfife.com

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.<br><br><br><br><br><br><br><br><br><br>Debtor(s). | Case No. 2:19-bk-23085-BB<br><br>**Chapter 7**<br><br>**FIRST AND FINAL FEE APPLICATION OF HAHN FIFE & COMPANY LLP FOR ALLOWANCE OF FEES & EXPENSES FROM NOVEMBER 13, 2019 THROUGH AUGUST 26, 2023; DECLARATION OF DONALD T. FIFE**<br><br>DATE:   [TO BE SET]<br>TIME:   [TO BE SET]<br>PLACE:  [TO BE SET] |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE:**

## I.

## INTRODUCTION

1.     This case commenced on November 5, 2019, pursuant to a voluntary petition filed under Chapter 7 of the Bankruptcy Code by the Debtor, *Youth Policy Institute, Inc.* and pursuant thereto, Jason M. Rund was appointed and qualified as the Chapter 7 Trustee.

2.    An Order authorizing the Trustee to Employ Hahn Fife & Company LLP as accountants was filed on or about January 8, 2020, with an effective date of November 13, 2019.

## II.

## GENERAL DESCRIPTION OF SERVICE RENDERED

**1.    Asset Analysis $3,162.00**

Time in this category includes time spent in the review and analysis of the Debtor's assets.

The majority of the time in this category included time spent in the analysis and preparation of the Debtor's Form 5500 – Annual Report of Employee Benefit Plan. Also included in this category is time spent in the review of the Debtor's audited financial statements and the Debtor's schedule of assets and liabilities.

Time of 7.40 hours was expended and fees of $3,162.00 were incurred in the category Asset Analysis.

**2.    Fee Application $1,176.00**

Time of 2.40 hours was expended and fees of $1,176.00 were incurred in the preparation of the herein First and Final fee application.

**3.    Meetings $5,022.00**

Time in this category includes time spent in Applicant's preparation for and participation in meetings where Applicant's participation was requested.

Applicant met with Debtor personnel on two instances – once at the Trustee Counsel's facilities and once at the Debtor's facilities. These meetings were instrumental in gaining an understanding of the Debtor's business, assets, and financial records. These meeting also provided an understating of what was performed by individuals that replaced prior management.

Also included in this category is time spent in speaking with the Debtor's former Office Manager and a case strategy meeting with the Trustee and Trustee Counsel.

1          Time of 11.90 hours was expended and fees of $5,022.00 were incurred in the

2  Database category.

3  **4.   Tax Proof of Claims $6,450.00**

4           Time in this category included time spent in the analysis of the Debtor's potential

5  for the receipt of payroll tax refunds.

6          Upon the filing of the bankruptcy petition, Debtor management informed the

7  Trustee that certain employer taxes were unnecessarily paid by the Debtor and potential

8  refunds were allowed to the Debtor.

9          Applicant reviewed the possibility of these refunds and ascertained that amended

10  returns were required to be filed to obtain the refunds (after correspondence with the IRS, it

11  was concluded that amended payroll returns were not filed by the Debtor). Applicant prepared

12  and filed the amended returns payroll returns for the years ended 2016, 2017, 2018 and 2019.

13          After filing the amended returns, Applincant followed up and corresponded with

14  the Internal Revenue Service on numerous occasions. This correspondence included written

15  correspondence, phone messages, and phone calls.

16          Approximately $200,000.00 was recovered from the amended returns. Time of

17  14.40 hours was expended and fees of $6,450.00 were incurred in the category Tax Proof of

18  Claims.

19  **5.   Tax Return Preparation $23,166.00**

20          Applicant prepared and filed both the Federal and California c-corporate tax

21  returns for the fiscal years ended June 30, 2018 through June 30, 2023. The June 30, 2023, tax

22  return is the final return the Trustee will file on the Debtor's behalf, thus releasing the Trustee

23  from further tax filing responsibility and allowing the case to close.

24          Upon the filing of the bankruptcy, no return was filed by the Debtor for the fiscal

25  year ended June 30, 2018. Applicant reviewed and analyzed the Debtor's prepetition tax

26  returns and other correspondence that was received from the taxing authorities. Since the

27  Internal Revenue Service had suspended the Debtor's non-profit status, it was required that c-

28  corporation returns be filed for the Debtor.

In order to prepare the Debtor's June 30, 2018 tax return, Applicant had to create the Debtor's beginning balance sheet from the Debtor's financial records. Applicant also had to create the ending balance sheet based on the year activity. Certain reconciliations were required so that the ending balance sheet was reconciled to the Form M-3.

For each subsequent year, Applicant compiled the activity incurred by the Chapter 7 Trustee and created the yearly income statement and ending balance sheet.

Tax preparation work involved: preparation of trust accounting, search and review of prior tax records, pro-forma of ownership, balance sheet information and capital information, reconciliation of the Debtor's balance sheet, compilation of income and loss information for the period prior to the bankruptcy filing, review and analysis of the Trustee's activity during his administration of the case, calculation on the loss on the liquidation of the property, analysis and calculation of deductible expenses, and correspondence and communication with the Trustee, Internal Revenue Service and the Franchise Tax Board, Trustee and other parties.

Applicant expended 47.80 hours and incurred $23,166.00 in fees in connection with tax preparation and processing services.

**6.    Post-Closing Fixed Fee $1,500.00**

Since there are pre-petition wage claims that are projected to be paid at the closing of the case, payroll tax returns (including Form 941, Form 940, Form De9 and Form De9c) will be required to be filed for the quarter the wage claims are paid. Applicant has agreed to prepare these returns (and projected correspondence) for this post-closing work for $1,500.00.

**7.    Benefits of Applicant's Work**

Applicant's services have been beneficial to the estate as the case cannot be closed without the preparation and filing of income tax returns. The work on the amended tax returns resulted in approximately $200,000.00 in refunds to the estate.

4

**8. Ability to Pay Administrative Expenses**

Applicant has been informed that there are sufficient funds to pay administrative costs.

## III.

## COMPENSATION FOR PROFESSIONAL SERVICES

Attached hereto as Exhibit "A" is a true and correct copy of the applicant's billing statement, which details time and expenses relevant to this application. Pursuant to Bankruptcy Rule 2016, Donald T. Fife hereby declares that no agreement or understanding was made between Applicant and any other entity for the sharing of the compensation received, or to be received, for services rendered in connection with this case.

## IV.

## COSTS INCURRED

**1. Shipping and Delivery Expense**

Applicant incurred $135.80 in postage. Applicant's policy is to use messengers only when sending important documents and when time is of the essence. Postage is charged only when multiple envelopes are being mailed at the same time. In the event of a multiple mailing, postage will be charged at costs and is accounted for the Applicant's mailing room.

**2. Photocopying**

Applicant incurred $125.30 in photocopying. Applicant charges $0.10 per page based on machinery and labor costs associated with such copying. Photocopying costs were incurred in connection with the preparation and filing of fee application(s) and notice(s) incident thereto, as well as the preparation and filing of the Federal and State tax returns.

**3. Tax Processing**

Applicant uses Lacerte Tax Software to prepare and file tax returns. Applicant is charged $110.00 for each year he prepares a corporate tax return. For the six years, Applicant was charged $660.00.

## V.

## CONCLUSION

WHEREFORE, Applicant requests that the Court issue an order awarding fees and costs incurred for the period November 13, 2019 through August 26, 2023. Applicant's fees for services incurred during said period total $40,476.00 and unreimbursed costs total $921.10. Applicant further requests that the Court authorize the Trustee to disburse $41,397.10 in total fees and costs.

Dated: August 28, 2023

DONALD T. FIFE
HAHN FIFE & COMPANY LLP

## DECLARATION OF DONALD T. FIFE

I, <u>DONALD T. FIFE</u>, do hereby declare:

1.    I am a certified public accountant duly licensed to practice in the State of California.

2.    I have personal knowledge of the facts herein and if called upon to testify as a witness, I could and would competently testify as thereto.

3.    I am the designated professional responsible for assuring compliance with the Office of the United States Trustee Guidelines related to billing.  I have reviewed the herein First and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") and I believe that all of the facts set forth herein are true and correct to comply with all applicable national and local bankruptcy rules.

4.    The fee application herein complies with the United States Trustee Fee Guide.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 25th day of August, 2023 at Pasadena, California.

DONALD T. FIFE
HAHN FIFE & COMPANY, LLP

## DETAILED SUMMARY OF FEES & EXPENSES

| STAFF | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **ASSET ANALYSIS** | | | |
| Donald T. Fife | $420.00 | 4.70 | $ 1,974.00 |
| Donald T. Fife | $440.00 | 2.70 | $ 1,188.00 |
| | | 7.40 | $ 3,162.00 |
| | | | |
| **FEE APPLICATION** | | | |
| Donald T. Fife | $490.00 | 2.40 | $ 1,176.00 |
| | | | |
| **MEETINGS** | | | |
| Donald T. Fife | $420.00 | 10.70 | $ 4,494.00 |
| Donald T. Fife | $440.00 | 1.20 | $ 528.00 |
| | | 11.90 | $ 5,022.00 |
| | | | |
| **TAX PROOF OF CLAIMS** | | | |
| Donald T. Fife | $440.00 | 8.00 | $ 3,520.00 |
| Donald T. Fife | $450.00 | 4.50 | $ 2,025.00 |
| Donald T. Fife | $470.00 | 1.30 | $ 611.00 |
| Donlad T. Fife | $490.00 | 0.60 | $ 294.00 |
| | | 14.40 | $ 6,450.00 |
| | | | |
| **TAX PREPARATION** | | | |
| Donald T. Fife | $440.00 | 3.20 | $ 1,408.00 |
| Donald T. Fife | $450.00 | 2.30 | $ 1,035.00 |
| Donald T. Fife | $470.00 | 0.20 | $ 94.00 |
| Donald T. Fife | $490.00 | 42.10 | $20,629.00 |
| | | 47.80 | $23,166.00 |
| | | | |
| **TOTALS** | | 83.90 | $38,976.00 |

**EXPENSES**

| | |
|---|---|
| Postage | $ 135.80 |
| Photocopying | $ 125.30 |
| Lacerte Tax Processing | $ 660.00 |
| **TOTAL EXPENSES** | $ 921.10 |

| | |
|---|---|
| **TOTAL FEES AND EXPENSES REQUESTED** | $39,897.10 |
| **POST CLOSING FIXED FEE** | $ 1,500.00 |
| **TOTAL** | $41,397.10 |

## Youth Policy

## BILLING DETAIL FOR THE PERIOD
### 11/13/2019   TO     8/26/2023

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| **ASSET ANALYSIS** |  |  |  |  |
| 11/14/2019 - | DTF | ASSET ANALYSIS<br>Review and analyze Debtor's tax returns. | 0.50<br>420.00/hr | 210.00 |
| 11/15/2019 - | DTF | ASSET ANALYSIS<br>Review and analyze the Audited Financial<br>Statements for the year ended 06/30/18. | 2.20<br>420.00/hr | 924.00 |
| 11/18/2019 - | DTF | ASSET ANALYSIS<br>Read email from B. Schwartz on plan termination. | 0.10<br>420.00/hr | 42.00 |
| - | DTF | ASSET ANALYSIS<br>Review Trustee email on Debtor's retirement plan. | 0.30<br>420.00/hr | 126.00 |
| 11/19/2019 - | DTF | ASSET ANALYSIS<br>Provide serial and type information for computers<br>and iphones. | 0.20<br>420.00/hr | 84.00 |
| 12/3/2019 - | DTF | ASSET ANALYSIS<br>Review Trustee email re: retirement plan. | 0.20<br>420.00/hr | 84.00 |
| 12/4/2019 - | DTF | ASSET ANALYSIS<br>Review Statement of Affairs and Schedules. | 1.20<br>420.00/hr | 504.00 |
| 1/30/2020 - | DTF | ASSET ANALYSIS<br>Review Trustee email on plan termination. | 0.10<br>440.00/hr | 44.00 |
| 2/25/2020 - | DTF | ASSET ANALYSIS<br>Speak with C.Botello on Form 5500. | 0.40<br>440.00/hr | 176.00 |
| - | DTF | ASSET ANALYSIS<br>Review Form 5500 information. | 0.40<br>440.00/hr | 176.00 |

Youth Policy

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/10/2020 - | DTF | ASSET ANALYSIS<br>Review Form 5500 instructions. | 0.30<br>440.00/hr | 132.00 |
| 6/1/2020 - | DTF | ASSET ANALYSIS<br>Review Form 5500 for 2019. | 1.20<br>440.00/hr | 528.00 |
| 6/9/2020 - | DTF | ASSET ANALYSIS<br>Review debtor accounts receivable. | 0.30<br>440.00/hr | 132.00 |
| | SUBTOTAL: | | [    7.40 | 3,162.00] |

**FEE APPLICATION**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/26/2023 - | DTF | FEE APPLICATION<br>Prepare first and final fee application. | 2.40<br>490.00/hr | 1,176.00 |
| | SUBTOTAL: | | [    2.40 | 1,176.00] |

**MEETINGS**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/13/2019 - | DTF | MEETINGS<br>Meet with Trustee, Counsel, Debtor, CEO. | 5.50<br>420.00/hr | 2,310.00 |
| 11/22/2019 - | DTF | MEETINGS<br>Prepare for and participate at meeting at debtor premises - meet with controller. | 4.50<br>420.00/hr | 1,890.00 |
| 11/23/2019 - | DTF | MEETINGS<br>Speak with former Office Manager re: available information on payroll, profit sharing, and other information. | 0.70<br>420.00/hr | 294.00 |
| 6/9/2020 - | DTF | MEETINGS<br>Prepare for and participate in meeting with Counsel and Trustee. | 1.20<br>440.00/hr | 528.00 |

Youth Policy

Page    3

| | | Hrs/Rate | Amount |
|---|---|---|---|

| SUBTOTAL: | | [    11.90 | 5,022.00] |

### TAX PROOF OF CLAIMS

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/10/2020 - | DTF | TAX PROOF OF CLAIMS<br>Speak with IRS tax advocate on tax refunds. | 0.40<br>440.00/hr | 176.00 |
| 1/13/2020 - | DTF | TAX PROOF OF CLAIMS<br>Provide update to Trustee on tax refund. | 0.10<br>440.00/hr | 44.00 |
| - | DTF | TAX PROOF OF CLAIMS<br>Read and reply to F. Chang on w-2's. | 0.30<br>440.00/hr | 132.00 |
| 1/27/2020 - | DTF | TAX PROOF OF CLAIMS<br>Read and reply to Mr. Brown re: IRS refunds. | 0.20<br>440.00/hr | 88.00 |
| 2/8/2020 - | DTF | TAX PROOF OF CLAIMS<br>Reply to Counsel re: refunds. | 0.10<br>440.00/hr | 44.00 |
| 2/17/2020 - | DTF | TAX PROOF OF CLAIMS<br>Read and reply to Counsel re: refunds. | 0.20<br>440.00/hr | 88.00 |
| 2/24/2020 - | DTF | TAX PROOF OF CLAIMS<br>Fax amended returns to Ms. De La Garza of the IRS | 0.20<br>440.00/hr | 88.00 |
| - | DTF | TAX PROOF OF CLAIMS<br>Prepare the updated Form 940 tax returns for 2016<br>through 2019 pursuant to IRS request | 2.90<br>440.00/hr | 1,276.00 |
| 4/10/2020 - | DTF | TAX PROOF OF CLAIMS<br>Fax amended returns to Ms. De La Garza again. | 0.20<br>440.00/hr | 88.00 |
| - | DTF | TAX PROOF OF CLAIMS<br>Speak with Ms. De La Garza of the IRS. | 0.30<br>440.00/hr | 132.00 |

**Youth Policy**

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/9/2020 - | DTF | TAX PROOF OF CLAIMS<br>Review and analyze IRS proof of claim - provide<br>thoughts to Trustee/Counsel. | 0.80<br>440.00/hr | 352.00 |
| 6/9/2020 - | DTF | TAX PROOF OF CLAIMS<br>Contact Ms. De La Garza of the IRS on amended<br>returns. | 0.10<br>440.00/hr | 44.00 |
| 6/15/2020 - | DTF | TAX PROOF OF CLAIMS<br>Leave message with Mr. Brown of IRS. | 0.10<br>440.00/hr | 44.00 |
| 6/19/2020 - | DTF | TAX PROOF OF CLAIMS<br>Provide update to Trustee on tax refunds. | 0.10<br>440.00/hr | 44.00 |
| 7/6/2020 - | DTF | TAX PROOF OF CLAIMS<br>Leave message for Mr. Brown of the Internal<br>Revenue Service on refund request and transcript. | 0.10<br>440.00/hr | 44.00 |
| 8/13/2020 - | DTF | TAX PROOF OF CLAIMS<br>Leave message with Mr. Brown of the IRS. | 0.10<br>440.00/hr | 44.00 |
| 8/25/2020 - | DTF | TAX PROOF OF CLAIMS<br>Leave message with Ms. Chu of IRS. | 0.10<br>440.00/hr | 44.00 |
| 9/3/2020 - | DTF | TAX PROOF OF CLAIMS<br>Speak with Ms. Chu of the IRS on form 940 refunds. | 0.10<br>440.00/hr | 44.00 |
| 9/4/2020 - | DTF | TAX PROOF OF CLAIMS<br>Speak with Ms. Chu - IRS refunds. | 0.10<br>440.00/hr | 44.00 |
| 10/10/2020 - | DTF | TAX PROOF OF CLAIMS<br>Provide update to Trustee on status of 940 refunds. | 0.20<br>440.00/hr | 88.00 |
| 11/8/2020 - | DTF | TAX PROOF OF CLAIMS<br>Draft letter to L. Brown of the Internal Revenue<br>Service re: Form 940 refunds. | 0.30<br>440.00/hr | 132.00 |

Youth Policy

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/8/2020 - | DTF | TAX PROOF OF CLAIMS<br>Compose letter on status of refunds for Form 940's. | 0.60<br>440.00/hr | 264.00 |
| 12/15/2020 - | DTF | TAX PROOF OF CLAIMS<br>Speak with Mr. Brown on IRS tax refunds. | 0.40<br>440.00/hr | 176.00 |
| 2/5/2021 - | DTF | TAX PROOF OF CLAIMS<br>Review Form 941 transcripts. | 0.90<br>450.00/hr | 405.00 |
| 2/6/2021 - | DTF | TAX PROOF OF CLAIMS<br>Read and reply to Counsel on payroll refunds/payroll tax. | 0.20<br>450.00/hr | 90.00 |
| 2/23/2021 - | DTF | TAX PROOF OF CLAIMS<br>Leave message with Ms. Brown of the IRS. | 0.10<br>450.00/hr | 45.00 |
| 2/24/2021 - | DTF | TAX PROOF OF CLAIMS<br>Analyze the IRS transcripts for history of 940. | 1.90<br>450.00/hr | 855.00 |
| 3/6/2021 - | DTF | TAX PROOF OF CLAIMS<br>Compos email to Trustee/Counsel re; Form 940 tax refund. | 0.20<br>450.00/hr | 90.00 |
| 6/7/2021 - | DTF | TAX PROOF OF CLAIMS<br>Respond to Counsel on refunds. | 0.20<br>450.00/hr | 90.00 |
| 7/14/2021 - | DTF | TAX PROOF OF CLAIMS<br>Speak with EDD on FUTA certification. | 0.40<br>450.00/hr | 180.00 |
| 7/15/2021 - | DTF | TAX PROOF OF CLAIMS<br>Review EDD FUTA certification. | 0.20<br>450.00/hr | 90.00 |
| 9/10/2021 - | DTF | TAX PROOF OF CLAIMS<br>Review amended proof of claim of IRS. | 0.20<br>450.00/hr | 90.00 |

Youth Policy                                                                Page    6

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/8/2021 - | DTF | TAX PROOF OF CLAIMS<br>Write email to Mr. Brown re: FUTA recertification. | 0.20<br>450.00/hr | 90.00 |
| 1/24/2022 - | DTF | TAX PROOF OF CLAIMS<br>Compose email to L. Brown of IRS re: refunds. | 0.10<br>470.00/hr | 47.00 |
| 4/11/2022 - | DTF | TAX PROOF OF CLAIMS<br>Email Mr. Brown on status of refunds. | 0.10<br>470.00/hr | 47.00 |
| 6/14/2022 - | DTF | TAX PROOF OF CLAIMS<br>Read and reply to Trustee re: refunds. | 0.10<br>470.00/hr | 47.00 |
| - | DTF | TAX PROOF OF CLAIMS<br>Email Trustee re: update of IRS refunds. | 0.10<br>470.00/hr | 47.00 |
| 7/1/2022 - | DTF | TAX PROOF OF CLAIMS<br>Compose email to M. Lee on tax refunds. | 0.20<br>470.00/hr | 94.00 |
| 7/6/2022 - | DTF | TAX PROOF OF CLAIMS<br>Provide notice and other information to Ms. Lee of<br>the Internal Revenue Service. | 0.40<br>470.00/hr | 188.00 |
| 8/29/2022 - | DTF | TAX PROOF OF CLAIMS<br>Speak with Ms. Lee of the IRS re: 940 tax refunds. | 0.20<br>470.00/hr | 94.00 |
| 11/9/2022 - | DTF | TAX PROOF OF CLAIMS<br>Leave message with Ms. Lee of the IRS - re IRS<br>claim. | 0.10<br>470.00/hr | 47.00 |
| 1/17/2023 - | DTF | TAX PROOF OF CLAIMS<br>Leave message with Ms. Lee re: IRS tax refunds. | 0.10<br>490.00/hr | 49.00 |
| 3/24/2023 - | DTF | TAX PROOF OF CLAIMS<br>Compose email to Ms. Lee of IRS on refunds status. | 0.10<br>490.00/hr | 49.00 |

Youth Policy

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/21/2023 - | DTF | TAX PROOF OF CLAIMS<br>Compose email to Ms. Lee on refund status | | 0.10<br>490.00/hr | 49.00 |
| 7/21/2023 - | DTF | TAX PROOF OF CLAIMS<br>Speak with FTB on proof of claim. | | 0.30<br>490.00/hr | 147.00 |
| | SUBTOTAL: | | [ | 14.40 | 6,450.00] |

### TAX RETURN PREPARATION

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/22/2020 - | DTF | TAX RETURN PREPARATION<br>Review Trustee email re: w-2's. | | 0.10<br>440.00/hr | 44.00 |
| - | DTF | TAX RETURN PREPARATION<br>Compose email to F. Chang on w-2's. | | 0.10<br>440.00/hr | 44.00 |
| - | DTF | TAX RETURN PREPARATION<br>Reply to Counsel re: w-2's. | | 0.10<br>440.00/hr | 44.00 |
| - | DTF | TAX RETURN PREPARATION<br>Read and reply to Counsel on w-2's. | | 0.20<br>440.00/hr | 88.00 |
| 1/23/2020 - | DTF | TAX RETURN PREPARATION<br>Read and reply to Counsel on w-2 update. | | 0.30<br>440.00/hr | 132.00 |
| 1/24/2020 - | DTF | TAX RETURN PREPARATION<br>Review Counsel email on w-2. | | 0.10<br>440.00/hr | 44.00 |
| 1/28/2020 - | DTF | TAX RETURN PREPARATION<br>Review Debtor-Counsel email on W-2's. | | 0.10<br>440.00/hr | 44.00 |
| - | DTF | TAX RETURN PREPARATION<br>Review Trustee email on w-2's. | | 0.10<br>440.00/hr | 44.00 |

Youth Policy                                                                    Page     8

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/29/2020 | - | DTF | TAX RETURN PREPARATION<br>Review update - w-2's. | 0.10<br>440.00/hr | 44.00 |
| 1/30/2020 | - | DTF | TAX RETURN PREPARATION<br>Review Ultimate Software Group proposal. | 0.20<br>440.00/hr | 88.00 |
|  | - | DTF | TAX RETURN PREPARATION<br>Prepare and participate in conference call on<br>w-2's. | 0.50<br>440.00/hr | 220.00 |
| 1/31/2020 | - | DTF | TAX RETURN PREPARATION<br>Review Counsel email on w-2's. | 0.10<br>440.00/hr | 44.00 |
|  | - | DTF | TAX RETURN PREPARATION<br>Review Trustee email on w-2's. | 0.10<br>440.00/hr | 44.00 |
| 2/3/2020 | - | DTF | TAX RETURN PREPARATION<br>Review Trustee email on w-2's. | 0.10<br>440.00/hr | 44.00 |
|  | - | DTF | TAX RETURN PREPARATION<br>Review Counsel email on w-2's. | 0.10<br>440.00/hr | 44.00 |
|  | - | DTF | TAX RETURN PREPARATION<br>Review and respond to Trustee re: w-2's. | 0.30<br>440.00/hr | 132.00 |
| 2/5/2020 | - | DTF | TAX RETURN PREPARATION<br>Read Counsel email on w-2's. | 0.10<br>440.00/hr | 44.00 |
|  | - | DTF | TAX RETURN PREPARATION<br>Read and reply to Trustee re: w-2's. | 0.20<br>440.00/hr | 88.00 |
| 2/13/2020 | - | DTF | TAX RETURN PREPARATION<br>Read Counsel email on w-2's. | 0.10<br>440.00/hr | 44.00 |
| 4/17/2020 | - | DTF | TAX RETURN PREPARATION<br>Reply to Trustee on Form 4506. | 0.10<br>440.00/hr | 44.00 |

Youth Policy

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/20/2020 | - | DTF | TAX RETURN PREPARATION<br>Rely to Trustee re:transcripts. | 0.10<br>440.00/hr | 44.00 |
| 2/10/2021 | - | DTF | TAX RETURN PREPARATION<br>Prepare from 4506-T for Trustee. | 0.20<br>450.00/hr | 90.00 |
| 3/9/2021 | - | DTF | TAX RETURN PREPARATION<br>Prepare package for L. Brown of the IRS - summary<br>of refund status for 2016 -2018. | 2.10<br>450.00/hr | 945.00 |
| 11/16/2022 | - | DTF | TAX RETURN PREPARATION<br>Provide Federal and State withholdings to Trustee. | 0.20<br>470.00/hr | 94.00 |
| 6/22/2023 | - | DTF | TAX RETURN PREPARATION<br>Pro-forma the Debtor's balance sheet for the<br>beginning of the fiscal year. | 1.30<br>490.00/hr | 637.00 |
| | - | DTF | TAX RETURN PREPARATION<br>Begin preparation of the Debtor's 6/30/18 tax return.<br>Compile the Debtor's financials for the fiscal year.<br>review and analyze the prior returns prepared by<br>Debtor. | 2.80<br>490.00/hr | 1,372.00 |
| | - | DTF | TAX RETURN PREPARATION<br>Include the Debtor's income and expenses for the<br>fiscal year ended 06/30/18. | 3.20<br>490.00/hr | 1,568.00 |
| 6/23/2023 | - | DTF | TAX RETURN PREPARATION<br>Calculate the Federal and State tax adjustments. | 0.60<br>490.00/hr | 294.00 |
| | - | DTF | TAX RETURN PREPARATION<br>Complete Schedule M-3 - above $10 million in<br>assets for year. | 1.70<br>490.00/hr | 833.00 |
| | - | DTF | TAX RETURN PREPARATION<br>Continue preparation of 06/30/18 tax returns. | 2.50<br>490.00/hr | 1,225.00 |

Youth Policy

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 6/23/2023 | - | DTF | TAX RETURN PREPARATION<br>Calculate the Debtor's balance sheet at 06/30/18. | 2.80<br>490.00/hr | 1,372.00 |
| 6/27/2023 | - | DTF | TAX RETURN PREPARATION<br>Finish the preparation of 06/30/18 tax returns. | 2.10<br>490.00/hr | 1,029.00 |
| | - | DTF | TAX RETURN PREPARATION<br>Compile financial information fro 06/30/19. Begin<br>preparation of 06/30/19 tax return. | 2.40<br>490.00/hr | 1,176.00 |
| | - | DTF | TAX RETURN PREPARATION<br>Compile balance sheet at 06/30/19 based on Debtor's<br>activity and general ledger. | 2.80<br>490.00/hr | 1,372.00 |
| 6/28/2023 | - | DTF | TAX RETURN PREPARATION<br>Finish preparation of 06/30/19 tax return. Prepare<br>M-3. | 2.40<br>490.00/hr | 1,176.00 |
| | - | DTF | TAX RETURN PREPARATION<br>Prepare tax returns for the year ended 06/30/20.<br>Calculate ending balance sheet based on activity. | 4.20<br>490.00/hr | 2,058.00 |
| 6/29/2023 | - | DTF | TAX RETURN PREPARATION<br>Begin preparation of 06/30/22 tax returns. | 1.60<br>490.00/hr | 784.00 |
| | - | DTF | TAX RETURN PREPARATION<br>Prepare tax return for year ended 06/30/21. Calculate<br>ending balance sheet at 06/30/21. | 4.10<br>490.00/hr | 2,009.00 |
| 7/1/2023 | - | DTF | TAX RETURN PREPARATION<br>Finish preparation of 06/30/22 tax returns. | 2.20<br>490.00/hr | 1,078.00 |
| | - | DTF | TAX RETURN PREPARATION<br>Prepare tax returns for the year ended 06/30/23.<br>Calculate applicable write offs. Prepare<br>accompanying notes and prompt determination<br>requests. | 5.40<br>490.00/hr | 2,646.00 |

Youth Policy

| | Hrs/Rate | Amount |
|---|---|---|
| SUBTOTAL: | [    47.80 | 23,166.00] |
| TOTAL HOURS\FEES | 83.90 | $38,976.00 |
| Balance due | | $38,976.00 |

## Hahn Fife & Company LLP

1055 East Colorado Blvd., 5th Floor
Pasadena, California
91106
Telephone: (626) 792-0855
Facsimile: (626)-270-5701
e-mail: dfife@hahnfife.com

---

### Firm Statement of Qualifications

The Firm was formed in January of 2004 and provides accounting and consulting services relating primarily to bankruptcy, litigation, turnaround, fraud and receivership matters.  The Firm's professionals have extensive experience and training in these specialized fields of accounting practice and have served a broad range of clients in Southern California for many years.  Following are brief summaries of the qualifications of firm's current professional staff.  It is expected that the Firm will add professional staff as required to serve client needs.

### Donald T. Fife, CPA

Mr. Fife currently practices exclusively in bankruptcy, turnaround and litigation consulting, providing services such as financial analysis, forensic accounting, tax services and expert witness testimony.  He serves clients such as bankruptcy trustees, creditors, debtors, creditor's committees and parties to civil litigation.  Mr. Fife has personally prepared and filed hundreds of bankruptcy estate tax returns.

Mr. Fife has over 30 years of business and financial experience in accounting, bankruptcy, turnaround, taxation and fraud investigation.  He formerly practiced as an accountant and consultant with Price Waterhouse, FTI Policano & Manzo, PHB Hagler Bailly, Inc., Biggs & Company and Spicer & Oppenheim.  Over the last 20 years, his career has been concentrated in the areas of bankruptcy, turnaround, and litigation support.

Mr. Fife is a Certified Public Accountant licensed in California.  He is also a member of the American Institute of Certified Public Accountants, the California Society of CPA's, the National Association of Bankruptcy Trustees, the American Bankruptcy Institute, and the California Bankruptcy Forum.  He received his bachelor's degree in Business Administration/Accounting from California State University at Los Angeles.

Mr. Fife's rate is $490

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1055 E. COLORADO BLVD., 5TH FLOOR, PASADENA, CA 91106

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF TRUSTEE IN SUPPORT OF THE FIRST & FINAL FEE APPLICATION OF HAHN FIFE & COMPANY FOR ALLOWANCE OF FEES & COSTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **8·29·23** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Keith Patrick Banner**    kbanner@greenbergglusker.com,
  vafanasieva@greenbergglusker.com;calendar@greenbergglusker.com
- **Robert D Bass**    bob.bass47@icloud.com
- **Magdalena R Bordeaux**    mbordeaux@publiccounsel.org
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Brian L Davidoff**    bdavidoff@greenbergglusker.com,
  calendar@greenbergglusker.com;jking@greenbergglusker.com
- **Philip D Dracht**    pdracht@drachtlaw.com
- **Steven Goldsobel**    steve@sgoldsobel.com, vandad@sgoldsobel.com
- **EmmaElizabeth A Gonzalez**    egonzalez@publiccounsel.org
- **Sheryl K Ith**    sith@cookseylaw.com
- **Jeffrey A Krieger**    jkrieger@ggfirm.com,
  kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Kevin Meek**    kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com
- **Hayes F Michel**    hmichel@krakowskymichel.com
- **Christopher E Prince**    cprince@lesnickprince.com,
  jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com
- **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Daniel C Sharpe**    daniel.c.sharpe@me.com
- **Summer M Shaw**    ss@shaw.law,
  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com
- **Matthew N Sirolly**    msirolly@dir.ca.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Andy C Warshaw**    awarshaw@bwlawcenter.com, warshaw.andyb110606@notify.bestcase.com
- **Genevieve G Weiner**    gweiner@sidley.com, laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _8.29.23_, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Sheri Bluebond / USBC – Los Angeles Division / 255 E. Temple Street #1534 / Los Angeles, CA 90012
Debtor / Youth Policy Institute Inc / 6464 Sunset Blvd., #650 / Los Angeles, CA 90028

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| _8/29/23_ | Martha Quintero | *Martha Quintero* (signature) |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    22                    **F 9013-3.1.PROOF.SERVICE**