Jason M. Rund
Chapter 7 Trustee
270 Coral Circle
El Segundo, CA 90245
Telephone:  310-640-1200
Facsimile:   310-640-0200
Email:  trustee@srlawyers.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:19-bk-23085-BB |
| YOUTH POLICY INSTITUTE, INC., | Chapter 7 |
| Debtor. | **DECLARATION OF TRUSTEE IN SUPPORT OF GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP'S APPLICATION FOR PAYMENT OF FINAL FEES AND EXPENSES** |
| | Hearing:<br>Date:   [To Be Set]<br>Time:   [To Be Set]<br>Place: Courtroom 1539<br>          United States Bankruptcy Court<br>          255 E. Temple Street,<br>          Los Angeles, California 90012 |

I, Jason M. Rund, declare:

1. I am the duly appointed and acting Chapter 7 Trustee for the above captioned bankruptcy estate.

2. I have personal knowledge of the facts in this Declaration and, if called as a witness, could competently testify to such facts.

3. I have reviewed Greenberg Glusker Fields Claman & Machtinger LLP's Application for Compensation and Reimbursement of Expenses [docket number 265] ("Fee Application").

4. I have no unresolved objections to the Fee Application and approve the Fee

1 Application.

2     I declare under penalty of perjury under the laws of the United States of America that the

3 foregoing is true and correct.

4     Executed this 29th day of August, 2023 at El Segundo, California.

By:    */s/ JASON M. RUND*
       Jason M. Rund
       Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

SHERIDAN & RUND
270 Coral Circle
El Segundo, CA  90245

A true and correct copy of the foregoing document entitled (*specify*): **Declaration of Trustee in Support of Greenberg Glusker Fields Claman & Machtinger LLP's Application for Payment of Final Fees and Expenses**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. August 29, 2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov
Counsel for Debtor: Kevin Meek, kmeek@robinskaplan.com, kevinmeek32@gmail.com; kmeek@ecf.inforuptcy.com
Counsel for Trustee: Greenberg Glusker Fields Claman & Machtinger, LLP, KBanner@greenbergglusker.com, jkrieger@ggfirm.com
Trustee's Special Litigation Counsel: Philip Dracht, pdracht@drachtlaw.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 29, 2023 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                              **F 9013-3.1.PROOF.SERVICE**

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Robert D Bass    bob.bass47@icloud.com
- Magdalena R Bordeaux    mbordeaux@publiccounsel.org
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Brian L Davidoff: bdavidoff@greenbergglusker.com, calendar@greenbergglusker.com, jking@greenbergglusker.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- David W. Meadows    david@davidwmeadowslaw.com
- Christopher E Prince    cprince@lesnickprince.com, jmack@lesnickprince.com; cprince@ecf.courtdrive.com; jnavarro@lesnickprince.com
- Daniel C Sharpe    daniel.c.sharpe@me.com
- Matthew N Sirolly    msirolly@dir.ca.gov
- Andy C Warshaw    awarshaw@bwlawcenter.com, ecf@bwlawcenter.com
- Genevieve G Weiner    gweiner@sidley.com, laefilingnotice@sidley.com; genevieve-weiner-0813@ecf.pacerpro.com
- Steven Goldsobel: steve@sgoldsobel.com, vandad@sgoldsobel.com
- EmmaElizabeth A Gonzalez: egonzalez@publiccounsel.org
- Hayes F Michel: hmichel@krakowskymichel.com
- Summer M Shaw: ss@shaw.law, shawsr70161@notify.bestcase.com, shawsr91811@notify.bestcase.com