Jason M. Rund
270 Coral Circle
El Segundo, CA 90245
Telephone: 310-640-1200
Facsimile: 310-640-0200
Email: jrund@srlawyers.com

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| YOUTH POLICY INSTITUTE, INC. | § | Case No. 2:19-bk-23085-BB |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JASON M. RUND, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building
255 E. Temple Street, Room 100
Los Angeles, California 90012

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 2:00 p.m. on November 15, 2023 in Courtroom 1539, Edward R. Roybal Federal Building and Courthouse, located at 255 East Temple Street, Los Angeles, California 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 10/12/2023                    By: /s/ JASON M. RUND

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re: | § |
| | § |
| YOUTH POLICY INSTITUTE, INC. | §     Case No. 2:19-bk-23085-BB |
| | § |
| Debtor | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,677,810.76 |
| and approved disbursements of | $ | 2,498,191.81 |
| leaving a balance on hand of[1] | $ | 4,179,618.95 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000028 | BB&T now Truist, Bankruptcy Management | $ 109,325.73 | $ 109,325.73 | $ 0.00 | $ 0.00 |
| 000130A | Nonprofit Finance Fund | $ 4,350,000.00 | $ 826,933.37 | $ 826,933.37 | $ 0.00 |
| 000142B | Los Angeles Unified School District | $ 399,115.53 | $ 399,115.53 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 4,179,618.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JASON M. RUND, TRUSTEE | $ 223,584.32 | $ 0.00 | $ 223,584.32 |
| Trustee Expenses: JASON M. RUND, TRUSTEE | $ 6,377.13 | $ 0.00 | $ 6,377.13 |
| Attorney for Trustee Fees: Greenberg Glusker Fields | $ 558,314.50 | $ 0.00 | $ 558,314.50 |
| Attorney for Trustee Expenses: Greenberg Glusker Fields | $ 9,488.16 | $ 0.00 | $ 9,488.16 |
| Accountant for Trustee Fees: HAHN FIFE & COMPANY LLP | $ 40,476.00 | $ 0.00 | $ 40,476.00 |
| Accountant for Trustee Expenses: HAHN FIFE & COMPANY LLP | $ 921.10 | $ 0.00 | $ 921.10 |
| Charges: United States Bankruptcy Court | $ 350.00 | $ 0.00 | $ 350.00 |
| Other: Interco Management Corporation | $ 45,000.00 | $ 0.00 | $ 45,000.00 |
| Other: Interco Management Corporation | $ 5,681.40 | $ 0.00 | $ 5,681.40 |
| Other: LAW OFFICE OF PHILIP DRACHT | $ 1,612,642.68 | $ 1,612,642.68 | $ 0.00 |
| Other: LAW OFFICE OF PHILIP DRACHT | $ 1,701.96 | $ 1,701.96 | $ 0.00 |
| Other: MDB International Branding LLC | $ 105,000.00 | $ 0.00 | $ 105,000.00 |
| Other: Barbara J Schwartz | $ 590.63 | $ 0.00 | $ 590.63 |
| Other: FRANCHISE TAX BOARD | $ 3,793.68 | $ 0.00 | $ 3,793.68 |

Total to be paid for chapter 7 administrative expenses $        999,576.92

Remaining Balance $        3,180,042.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,104,782.01  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | HEATHER FUKUNAGA | $ 4,995.98 | $ 0.00 | $ 4,995.98 |
| 000002 | Amber Skrumbis | $ 3,405.00 | $ 0.00 | $ 3,405.00 |
| 000003 | STANLEY SAUNDERS | $ 0.00 | $ 0.00 | $ 0.00 |
| 000004 | ANGELICA ARNOLD | $ 3,390.96 | $ 0.00 | $ 3,390.96 |
| 000005 | Sofia Goode | $ 3,251.86 | $ 0.00 | $ 3,251.86 |
| 000007 | VERONICA Z. ANAYA | $ 2,143.77 | $ 0.00 | $ 2,143.77 |
| 000008 | JOSE ESTRADA | $ 310.00 | $ 0.00 | $ 310.00 |
| 000009 | Carlos Saul Sical Sanhez | $ 2,570.74 | $ 0.00 | $ 2,570.74 |
| 000011 | CAMILLE BULACLAC | $ 2,152.40 | $ 0.00 | $ 2,152.40 |
| 000014 | JULIE LE | $ 2,031.48 | $ 0.00 | $ 2,031.48 |
| 000020 | NICHOLAS WU | $ 10,106.27 | $ 0.00 | $ 10,106.27 |
| 000026 | EMILSA GUTIERREZ | $ 3,536.30 | $ 0.00 | $ 3,536.30 |
| 000029 | MAYRA GUTIERREZ | $ 3,361.08 | $ 0.00 | $ 3,361.08 |
| 000030 | John Terre | $ 0.00 | $ 0.00 | $ 0.00 |
| 000031 | KIMBERLY A MELGAR | $ 201.60 | $ 0.00 | $ 201.60 |
| 000032 | WANDA WADE | $ 0.00 | $ 0.00 | $ 0.00 |
| 000033 | SONIA MORENO | $ 2,012.00 | $ 0.00 | $ 2,012.00 |
| 000034 | HECTOR SERRATO | $ 3,903.91 | $ 0.00 | $ 3,903.91 |
| 000035 | DAVID ORTIZ JR | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000036 | MARVIN A RAMIREZ | $ 303.68 | $ 0.00 | $ 303.68 |
| 000037 | MICHELLE B EMELLE | $ 0.00 | $ 0.00 | $ 0.00 |
| 000038 | DREW WARMSLEY | $ 0.00 | $ 0.00 | $ 0.00 |
| 000039 | LUIS CARBAJO | $ 8,581.11 | $ 0.00 | $ 8,581.11 |
| 000041 | JASMINE TOVER | $ 5,521.00 | $ 0.00 | $ 5,521.00 |
| 000042 | DIANA MEJIA | $ 1,438.53 | $ 0.00 | $ 1,438.53 |
| 000045A | BRYAN COREAS | $ 3,289.61 | $ 0.00 | $ 3,289.61 |
| 000046 | MARISSA C JOHNSON | $ 206.25 | $ 0.00 | $ 206.25 |
| 000047 | LUIS GOMEZ | $ 3,240.16 | $ 0.00 | $ 3,240.16 |
| 000051A | Marin Harper | $ 0.00 | $ 0.00 | $ 0.00 |
| 000052 | EDWARD L KLEIN | $ 242.25 | $ 0.00 | $ 242.25 |
| 000053 | HAZIEL I ANGELES | $ 0.00 | $ 0.00 | $ 0.00 |
| 000054 | ANA OSTORGA | $ 186.24 | $ 0.00 | $ 186.24 |
| 000055 | DYLAN J CAMPBELL | $ 154.60 | $ 0.00 | $ 154.60 |
| 000056 | YESENIA IBARRA | $ 5,656.76 | $ 0.00 | $ 5,656.76 |
| 000060 | DIANE ESTRADA | $ 1,884.20 | $ 0.00 | $ 1,884.20 |
| 000064 | ROXANA MAYORGA | $ 1,266.51 | $ 0.00 | $ 1,266.51 |
| 000067B | Think Together | $ 0.00 | $ 0.00 | $ 0.00 |
| 000071 | ZULY REYES | $ 1,540.00 | $ 0.00 | $ 1,540.00 |
| 000072 | KARINA MOSQUEDA | $ 1,885.26 | $ 0.00 | $ 1,885.26 |
| 000074 | Wendy Fabiola Quinonez | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| 000075 | KARLA ROBLES | $ 0.00 | $ 0.00 | $ 0.00 |
| 000076A | BELINDA KWAN | $ 2,781.93 | $ 0.00 | $ 2,781.93 |
| 000077 | DANIELA J FLORES BUSSO | $ 2,416.72 | $ 0.00 | $ 2,416.72 |
| 000082A | AURELIA ORTIZ | $ 1,779.83 | $ 0.00 | $ 1,779.83 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000083A | Paola Mejia | $ 283.51 | $ 0.00 | $ 283.51 |
| 000084 | ALMA R ESTEVEZ | $ 4,756.74 | $ 0.00 | $ 4,756.74 |
| 000085 | CATALINA RODRIGUEZ | $ 0.00 | $ 0.00 | $ 0.00 |
| 000087 | DELVY I GARCIA | $ 1,003.62 | $ 0.00 | $ 1,003.62 |
| 000089 | RUTH MONZON | $ 0.00 | $ 0.00 | $ 0.00 |
| 000090 | Irma Leticia Sepulveda | $ 2,584.68 | $ 0.00 | $ 2,584.68 |
| 000091A | JESSICA HENDRICKS | $ 3,282.57 | $ 0.00 | $ 3,282.57 |
| 000092 | Pedro T. Chavira | $ 3,443.37 | $ 0.00 | $ 3,443.37 |
| 000095 | KARLA ROBLES | $ 0.00 | $ 0.00 | $ 0.00 |
| 000096 | CICELY MAJEED | $ 2,037.00 | $ 0.00 | $ 2,037.00 |
| 000097 | VANESSA NUNEZ CRUZ | $ 2,196.40 | $ 0.00 | $ 2,196.40 |
| 000100 | Lena Georgas | $ 4,927.60 | $ 0.00 | $ 4,927.60 |
| 000102 | MARIA URQUILLA | $ 0.00 | $ 0.00 | $ 0.00 |
| 000107 | BRIAN J MARTINEZ | $ 863.94 | $ 0.00 | $ 863.94 |
| 000108 | MELISSA MARTINEZ E | $ 1,806.42 | $ 0.00 | $ 1,806.42 |
| 000109 | MARIA VALLEJO VAZQUEZ | $ 1,151.24 | $ 0.00 | $ 1,151.24 |
| 000110 | NANCY CARDENAS | $ 245.14 | $ 0.00 | $ 245.14 |
| 000111 | LILIANA BARBA | $ 0.00 | $ 0.00 | $ 0.00 |
| 000112 | NOEMI RODRIGUEZ | $ 4,238.55 | $ 0.00 | $ 4,238.55 |
| 000113 | DANIEL GRUNFELD | $ 10,433.65 | $ 0.00 | $ 10,433.65 |
| 000116 | MARILU RAMOS | $ 180.87 | $ 0.00 | $ 180.87 |
| 000117 | ROSA RAMIREZ | $ 2,708.63 | $ 0.00 | $ 2,708.63 |
| 000118 | Ariella Ramirez | $ 0.00 | $ 0.00 | $ 0.00 |
| 000119 | RENEE OCHOA | $ 129.69 | $ 0.00 | $ 129.69 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000120 | DANIELLE K MARTINEZ | $ 289.98 | $ 0.00 | $ 289.98 |
| 000121 | AUDREY LOPEZ | $ 163.87 | $ 0.00 | $ 163.87 |
| 000122 | PAOLA HUERTA | $ 220.87 | $ 0.00 | $ 220.87 |
| 000123 | ALEX GONZALEZ | $ 0.00 | $ 0.00 | $ 0.00 |
| 000124 | MIGUEL A GARCIA | $ 187.07 | $ 0.00 | $ 187.07 |
| 000125 | HUGO CRISOSTOMO-ROMO | $ 213.75 | $ 0.00 | $ 213.75 |
| 000126 | ROBERT BARBA | $ 216.45 | $ 0.00 | $ 216.45 |
| 000128A | JOCELYN FLORES | $ 425.00 | $ 0.00 | $ 425.00 |
| 000135 | GUSTAVO GUTIERREZ | $ 2,311.03 | $ 0.00 | $ 2,311.03 |
| 000137A | Labor Commissioner of the State of | $ 620,536.37 | $ 0.00 | $ 620,536.37 |
| 000145 | MARYAM MALEKI MS RD | $ 6,435.00 | $ 0.00 | $ 6,435.00 |
| 000146A | Dixon Slingerland | $ 0.00 | $ 0.00 | $ 0.00 |
| 000149 | STACY TAPIA | $ 1,255.52 | $ 0.00 | $ 1,255.52 |
| 000150 | RANDY QUEZADA | $ 275.50 | $ 0.00 | $ 275.50 |
| 000151 | YADIRA QUEZADA | $ 759.20 | $ 0.00 | $ 759.20 |
| 000158A | INTERNAL REVENUE SERVICE | $ 0.00 | $ 0.00 | $ 0.00 |
| 000159A | California Dept. of Tax & Fee | $ 16,177.00 | $ 0.00 | $ 16,177.00 |
| 000161 | Kaiser Permanente | $ 294,107.90 | $ 0.00 | $ 294,107.90 |
| 000164 | VERONICA HERNANDEZ | $ 2,551.14 | $ 0.00 | $ 2,551.14 |
| 000088A | Yehudellie LLC | $ 0.00 | $ 0.00 | $ 0.00 |
| 000167A | FRANCHISE TAX BOARD | $ 2,516.23 | $ 0.00 | $ 2,516.23 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | $ 9,506.23 | $ 0.00 | $ 9,506.23 |
| AUTO | INTERNAL REVENUE SERVICE | $ 1,117.88 | $ 0.00 | $ 1,117.88 |
| AUTO | INTERNAL REVENUE SERVICE | $ 2,223.22 | $ 0.00 | $ 2,223.22 |
| AUTO | EMPLOYMENT DEVELOPMENT DEPARTMENT | $ 124.22 | $ 0.00 | $ 124.22 |
| AUTO | EMPLOYMENT DEVELOPMENT DEPARTMENT | $ 4,222.97 | $ 0.00 | $ 4,222.97 |
| AUTO | INTERNAL REVENUE SERVICE | $ 189.00 | $ 0.00 | $ 189.00 |
| AUTO | EMPLOYMENT DEVELOPMENT DEPARTMENT | $ 21.00 | $ 0.00 | $ 21.00 |
| AUTO | EMPLOYMENT DEVELOPMENT DEPARTMENT | $ 714.00 | $ 0.00 | $ 714.00 |

Total to be paid to priority creditors                    $        1,104,782.01

Remaining Balance                                          $        2,075,260.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,899,941.03   have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Jennifer Orozco Esquivias | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Staples Business Advantage | $ 176,352.10 | $ 0.00 | $ 19,363.89 |
| 000012 | Office Depot | $ 1,638.94 | $ 0.00 | $ 179.96 |
| 000013 | UNIVERSITY OF LA VERNE | $ 10,796.00 | $ 0.00 | $ 1,185.43 |
| 000015 | Direct Ed | $ 122,857.14 | $ 0.00 | $ 13,490.02 |
| 000016 | Newport International United College | $ 86,333.00 | $ 0.00 | $ 9,479.58 |
| 000017 | City Year, Inc. | $ 230,000.00 | $ 0.00 | $ 25,254.56 |
| 000018 | National Career College, Inc. | $ 29,595.00 | $ 0.00 | $ 3,249.60 |
| 000019 | Olivarend Inc. | $ 27,583.70 | $ 0.00 | $ 3,028.76 |
| 000021 | IMPAQ International, LLC | $ 36,022.74 | $ 0.00 | $ 3,955.39 |
| 000022 | City Year, Inc | $ 0.00 | $ 0.00 | $ 0.00 |
| 000023 | Mitchell Silberberg & Knupp | $ 3,590.50 | $ 0.00 | $ 394.25 |
| 000024 | DSH | $ 58,759.11 | $ 0.00 | $ 6,451.89 |
| 000025 | MEDG International, Inc | $ 18,000.00 | $ 0.00 | $ 1,976.44 |
| 000027 | Gopher Sport | $ 10,166.31 | $ 0.00 | $ 1,116.29 |
| 000040 | STEM & MORE LLC | $ 39,800.00 | $ 0.00 | $ 4,370.14 |
| 000043 | S&S WORLDWIDE | $ 2,510.03 | $ 0.00 | $ 275.61 |
| 000044 | INTERNATIONAL INSTITUTE OF LOS ANGELES | $ 54,675.58 | $ 0.00 | $ 6,003.51 |
| 000048 | TOTAL CORPORATE SOLUTIONS | $ 188.15 | $ 0.00 | $ 20.66 |
| 000049 | Fifth Road Inc | $ 1,357.50 | $ 0.00 | $ 149.06 |
| 000050 | CLOUD FOR GOOD LLC | $ 2,730.00 | $ 0.00 | $ 299.76 |
| 000057 | Kravitz Inc | $ 3,873.75 | $ 0.00 | $ 425.35 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000058 | Dell Marketing, L.P. | $ 15,229.03 | $ 0.00 | $ 1,672.18 |
| 000059 | Uniforms and Safety Supplies | $ 1,163.01 | $ 0.00 | $ 127.70 |
| 000061 | ChildCare Careers | $ 39,028.52 | $ 0.00 | $ 4,285.43 |
| 000062 | Maximus Protective Services | $ 41,677.38 | $ 0.00 | $ 4,576.28 |
| 000063 | Granada Hills High School | $ 169,198.61 | $ 0.00 | $ 18,578.42 |
| 000065 | DISCOVERY SCIENCE CENTER OF OC | $ 16,750.00 | $ 0.00 | $ 1,839.19 |
| 000066 | MISSION ECONOMIC DEVELOPMENT AGENCY | $ 7,017.00 | $ 0.00 | $ 770.48 |
| 000067A | Think Together | $ 402,575.34 | $ 0.00 | $ 44,203.76 |
| 000068 | University of Southern California | $ 41,000.00 | $ 0.00 | $ 4,501.90 |
| 000069 | American Express National Bank | $ 403,862.76 | $ 0.00 | $ 44,345.12 |
| 000070 | Wells Fargo Bank, N.A. | $ 2,052.68 | $ 0.00 | $ 225.39 |
| 000073 | Mimi Diep | $ 21,840.00 | $ 0.00 | $ 2,398.09 |
| 000078 | 826LA | $ 41,281.00 | $ 0.00 | $ 4,532.76 |
| 000079 | California Emerging Technology Fund | $ 50,000.00 | $ 0.00 | $ 5,490.12 |
| 000080 | Public Counsel | $ 42,400.25 | $ 0.00 | $ 4,655.65 |
| 000081 | EVALUATION SPECIALISTS | $ 48,968.00 | $ 0.00 | $ 5,376.81 |
| 000086 | Career Development Solutions LLC | $ 46,859.00 | $ 0.00 | $ 5,145.23 |
| 000088B | Yehudellie LLC | $ 15,000.00 | $ 0.00 | $ 1,647.04 |
| 000093 | MULTICULTURAL LEARNING CENTER | $ 167,704.00 | $ 0.00 | $ 18,414.31 |
| 000094 | AAA Institute | $ 1,900.00 | $ 0.00 | $ 208.62 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000098 | Blanca Rios | $ 0.00 | $ 0.00 | $ 0.00 |
| 000099 | City of Philadelphia Law Tax & Revenue | $ 53,898.44 | $ 0.00 | $ 5,918.18 |
| 000101A | MDB International Branding LLC | $ 662,662.36 | $ 0.00 | $ 72,761.96 |
| 000103 | ROCIO R RODRIGUEZ | $ 0.00 | $ 0.00 | $ 0.00 |
| 000104 | C3 Business Solutions | $ 46,161.25 | $ 0.00 | $ 5,068.62 |
| 000105 | ROCIO R RODRIGUEZ | $ 0.00 | $ 0.00 | $ 0.00 |
| 000106 | Wells Fargo Vendor Financial Services | $ 113,779.24 | $ 0.00 | $ 12,493.24 |
| 000114 | SARA ISRAEL | $ 6,146.10 | $ 0.00 | $ 674.86 |
| 000115 | leap | $ 23,841.54 | $ 0.00 | $ 2,617.86 |
| 000127 | TransPerfect Document Management, Inc. | $ 3,265.00 | $ 0.00 | $ 358.51 |
| 000129 | Fresh Start Meals Inc | $ 33,423.18 | $ 0.00 | $ 3,669.94 |
| 000131 | Cintas Corporation dba Cintas Location | $ 4,170.38 | $ 0.00 | $ 457.92 |
| 000132 | Pioneer Fire Professionals, Inc. | $ 180.86 | $ 0.00 | $ 19.86 |
| 000133 | EdNet Career Institute, Inc. | $ 75,200.00 | $ 0.00 | $ 8,257.14 |
| 000134 | Oracle America, Inc | $ 73,321.60 | $ 0.00 | $ 8,050.89 |
| 000136 | Orenda Education (Principals Exchange) | $ 88,100.00 | $ 0.00 | $ 9,673.60 |
| 000138 | Dolphin Trucking School | $ 800.40 | $ 0.00 | $ 87.89 |
| 000139 | JENNIFER OROZCO ESQUIVAS | $ 0.00 | $ 0.00 | $ 0.00 |
| 000140 | A.M., a Minor | $ 0.00 | $ 0.00 | $ 0.00 |
| 000141 | I.A., a Minor | $ 0.00 | $ 0.00 | $ 0.00 |
| 000142A | Los Angeles Unified School District | $ 294,100.47 | $ 0.00 | $ 32,292.96 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000143 | Teachers On Reserve LLC | $ 25,002.37 | $ 0.00 | $ 2,745.32 |
| 000144 | Kounkuey Design Initiative, Inc. | $ 3,253.83 | $ 0.00 | $ 357.28 |
| 000147 | California Institute of Technology, | $ 299,968.00 | $ 0.00 | $ 32,937.22 |
| 000148 | HACIENDA LA PUENTE ADULT EDUCATION/HACIE | $ 8,925.00 | $ 0.00 | $ 979.99 |
| 000152 | Los Angeles Valley College - | $ 1,615.00 | $ 0.00 | $ 177.33 |
| 000153 | National Career College, Inc. | $ 29,595.00 | $ 0.00 | $ 3,249.60 |
| 000155 | Bright Star Schools | $ 482,189.00 | $ 0.00 | $ 52,945.54 |
| 000156 | California Department of Education | $ 8,840,512.00 | $ 0.00 | $ 970,709.97 |
| 000157 | The Regents of the University of | $ 167,980.88 | $ 0.00 | $ 18,444.71 |
| 000162 | Department of Labor, Employee | $ 49,050.00 | $ 0.00 | $ 5,385.81 |
| 000163 | California Community Foundation | $ 400,000.00 | $ 0.00 | $ 43,920.98 |
| 000165 | MARISSA C JOHNSON | $ 0.00 | $ 0.00 | $ 0.00 |
| 000082B | AURELIA ORTIZ | $ 3,465.38 | $ 0.00 | $ 380.51 |
| 000083B | Paola Mejia | $ 1,313.25 | $ 0.00 | $ 144.20 |
| 000128B | JOCELYN FLORES | $ 7,914.00 | $ 0.00 | $ 868.98 |
| 000159B | California Dept. of Tax & Fee | $ 808.86 | $ 0.00 | $ 88.81 |
| 000091B | JESSICA HENDRICKS | $ 3,259.20 | $ 0.00 | $ 357.87 |
| 000076B | BELINDA KWAN | $ 3,371.44 | $ 0.00 | $ 370.19 |
| 000130B | Nonprofit Finance Fund | $ 3,523,066.63 | $ 0.00 | $ 386,841.38 |
| 000167B | FRANCHISE TAX BOARD | $ 411.84 | $ 0.00 | $ 45.23 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000137B | Labor Commissioner of the State of | $ 1,076,852.40 | $ 0.00 | $ 118,241.04 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,075,260.02 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,265.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000154 | TransPerfect Legal Solutions | $ 3,265.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 65,804.63  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000158B | INTERNAL REVENUE SERVICE | $ 62,569.23 | $ 0.00 | $ 0.00 |
| 000159C | California Dept. of Tax & Fee | $ 3,235.40 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/JASON M. RUND_____


*JASON M. RUND, TRUSTEE*
*270 CORAL CIRCLE*
*EL SEGUNDO, CA 90245*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.