|  | FOR COURT USE ONLY |
|---|---|
|  | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Name of Debtor(s) listed on the bankruptcy case:<br>Youth Policy Institute, Inc. | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7 |
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ☐ Debtor  ☐ Joint-Debtor  ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s): California Community Foundation, Attn: Carol Bradford

   Mailing Address: 221 S. Figueroa St., Ste. 400

   City, State, Zip Code: Los Angeles, CA 90012

3. **New Address:**

   Mailing Address: 717 W. Temple St.

   City, State, Zip Code: Los Angeles, CA 90012

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

   Date: 10/23/2023        Carol Bradford Worley
                           Requestor's printed name(s)

                           _____
                           Requestor's signature(s)

                           Senior Counsel
                           Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                 F 1002-1.3.CHANGE.ADDRESS