|  | FOR COURT USE ONLY<br><br>**FILED**<br>NOV 03 2023<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Name of Debtor(s) listed on the bankruptcy case:<br>Youth Policy Institute | CASE NO.: 2:19-bk-23085-BB<br><br>CHAPTER: |
| | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:   ☐ Debtor   ☐ Joint-Debtor   ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**

   Name(s):                Yasin Parlak

   Mailing Address:        3338 Redondo Beach Blvd, unit 214

   City, State, Zip Code:  Torrance, CA, 90504

3. **New Address:**

   Mailing Address:        20700 Anza Ave, Unit 12

   City, State, Zip Code:  Torrance, CA, 90503

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 10/25/2023                Yasin Parlak
                                Requestor's printed name(s)

                                _[signature]_
                                Requestor's signature(s)

                                _____
                                Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                          F 1002-1.3.CHANGE.ADDRESS