|  | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Name of Debtor(s) listed on the bankruptcy case:<br>Youth Policy Institute, Inc. | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7 |
|---|---|
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:    ☐ Debtor    ☐ Joint-Debtor    ☒ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s): Evaluation Specialists
   Mailing Address: 7040 Avenida Encinas, Suite 104
   City, State, Zip Code: Carlsbad, CA 92011

3. **New Address:**
   Mailing Address: 1070 California Street
   City, State, Zip Code: Mountain View, CA 94041

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 11/27/2023

Jan Vanslyke
Requestor's printed name(s)

*/s/ Jan Vanslyke*
Requestor's signature(s)

_____
Title (if applicable, of corporate officer, partner, or agent)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2015*                                                                                               F 1002-1.3.CHANGE.ADDRESS