United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 19-23085-BB |
| Youth Policy Institute, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 29, 2023 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2023 at the address(es) listed below:

**Name**    **Email Address**

Andy C Warshaw
    on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  warshaw.andyb110606@notify.bestcase.com

Brian L Davidoff
    on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com
    calendar@greenbergglusker.com;jking@greenbergglusker.com;cmillerwatkins@greenbergglusker.com

Christopher E Prince
    on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com
    jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Christopher E Prince
    on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com
    jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Nov 29, 2023 | Form ID: pdf042 | Total Noticed: 1

Daniel C Sharpe
    on behalf of Creditor I. A.   daniel.c.sharpe@me.com

Daniel C Sharpe
    on behalf of Creditor A.M.   daniel.c.sharpe@me.com

David W. Meadows
    on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com

David W. Meadows
    on behalf of Creditor MDB International Branding  LLC david@davidwmeadowslaw.com

EmmaElizabeth A Gonzalez
    on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org

Genevieve G Weiner
    on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com

Hayes F Michel
    on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com

Jason M Rund (TR)
    trustee@srlawyers.com   jrund@ecf.axosfs.com

Jeffrey A Krieger
    on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com

Keith Patrick Banner
    on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com

Keith Patrick Banner
    on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com

Kevin Meek
    on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com

Magdalena R Bordeaux
    on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org

Matthew N Sirolly
    on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov

Philip D Dracht
    on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com

Robert D Bass
    on behalf of Attorney Robert D. Bass bob.bass47@icloud.com

Sasha M Gurvitz
    on behalf of Creditor California Community Foundation sgurvitz@ktbslaw.com

Shawn M Christianson
    on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com

Sheryl K Ith
    on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com

Steven Goldsobel
    on behalf of Defendant Steven Schultz steve@sgoldsobel.com  vandad@sgoldsobel.com

Summer M Shaw
    on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Interested Party Summer Shaw ss@shaw.law   shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
    on behalf of Defendant Suzanne M Steinke ss@shaw.law   shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

TOTAL: 28

| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address<br><br>Jason M. Rund<br>270 Coral Circle<br>El Segundo, CA  90245<br>Telephone: (310) 640-1200<br>Facsimile:  (310) 640-0200<br>Email:        trustee@srlawyers.com<br><br><br>☐  *Attorney for chapter 7 trustee*<br>☒  *Chapter 7 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 29 2023**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY evangeli   DEPUTY CLERK** |
|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| In re:<br><br><br>YOUTH POLICY INSTITUTE, INC.,<br><br><br><br><br><br><br><br><br><br><br><br><br><br>                                                                                    Debtor. | CASE NO.: 2:19-bk-23085-BB<br>CHAPTER: 7 |
| | **AMENDED ORDER ON FINAL FEE APPLICATIONS ALLOWING PAYMENT OF: (1) COURT AND U.S. TRUSTEE FEES; AND (2) FINAL FEES AND EXPENSES OF TRUSTEE AND PROFESSIONALS**<br>**[LBR 2016-1(c)(4)]** |
| | DATE: November 15, 2023<br>TIME:  2:00 p.m.<br>COURTROOM:  1539<br>ADDRESS: 255 East Temple Street, Los Angeles, CA 90012 |

The chapter 7 trustee filed a Trustee's Final Report in this case.  Applications for final compensation were filed by the chapter 7 trustee and, if applicable, other professionals.  Based on findings and conclusions made by the court, **IT IS ORDERED: Fees and expenses are approved as follows, and if not already paid may be paid**:

1. **Fees:  U.S. Bankruptcy Court and U.S. Trustee**

    U.S. Bankruptcy Court fees *(specify)*

| | |
|---|---:|
| | $                    350.00 |
| | $ |
| | $ |

| | |
|---|---:|
| Subtotal of court fees: | $                    350.00 |
| U.S. Trustee fees | $                        0.00 |
| Total allowed court and U.S. Trustee fees | $                    350.00 |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                                                                     Page 1                        **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

2. **Professional Fees and Expenses:**

   a. Chapter 7 Professional Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | LAW OFFICE OF PHILIP DRACHT Special Counsel for Trustee | | | | |
   | Fees | $ 1,612,642.68 | $ 1,612,642.68 | $ 1,612,642.68 | $ 0.00 |
   | Expenses | $ 1,701.96 | $ 1,701.96 | $ 1,701.96 | $ 0.00 |
   | Greenberg Glusker Fields Clayman & Machtinger LLP Attorney for Trustee | | | | |
   | Fees | $ 558,314.50 | $ 558,314.50 | $ 0.00 | $ 558,314.50 |
   | Expenses | $ 9,488.16 | $ 9,488.16 | $ 0.00 | $ 9,488.16 |
   | HAHN FIFE & COMPANY LLP Accountant for Trustee | | | | |
   | Fees | $ 40,476.00 | $ 40,476.00 | $ 0.00 | $ 40,476.00 |
   | Expenses | $ 921.10 | $ 921.10 | $ 0.00 | $ 921.10 |
   | Barbara J Schwartz Retirement Plan Consultant | | | | |
   | Fees | $ 590.63 | $ 590.63 | $ 0.00 | $ 590.63 |
   | Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
   | Interco Management Corporation Trustee's Field Agent | | | | |
   | Fees | $ 45,000.00 | $ 45,000.00 | $ 0.00 | $ 45,000.00 |
   | Expenses | $ 5,681.40 | $ 5,681.40 | $ 0.00 | $ 5,681.40 |

☐ Additional professional fees and expenses attached.

   b. Chapter 11 Professional Fees and Expenses (prior to conversion to chapter 7): N/A

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | NONE | | | | |
   | Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
   | Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐ Additional professional fees and expenses attached.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*  Page 2  **F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES**

3. **Trustee Fees and Expenses:**

   a. Chapter 7 Trustee Fees and Expenses:

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | Trustee JASON M. RUND: | | | | |
   | Fees | $ 223,584.32 | $ **223,584.32** | $ 0.00 | $ 223,584.32 |
   | Expenses | $ 6,377.13 | $ 6,377.13 | $ 0.00 | $ 6,377.13 |
   | Bank Fees | $ 47,421.34 | $ 47,421.34 | $ 47,421.34 | $ 0.00 |
   | Bond | $ 6,857.05 | $ 6,857.05 | $ 6,857.05 | $ 0.00 |
   | Taxes | $ 3,793.68 | $ 3,793.68 | $ 0.00 | $ 3,793.68 |
   | Taxes Employer Payroll | $ 18,118.52 | $ 18,118.52 | $ 0.00 | $ 18,118.52 |

   ☐ Additional trustee fees and expenses attached.

   b. Chapter 11 Trustee Fees and Expenses (prior to conversion to chapter 7):  N/A

   |  | Total Final Request | Total Allowed | Paid-to-Date | Remaining to be Paid |
   |---|---|---|---|---|
   | Trustee JASON M. RUND: | | | | |
   | Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
   | Expenses | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
   | Bank Fees | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
   | Bond | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
   | Taxes | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

   ☐ Additional trustee fees and expenses attached.

4. If the final dividend to creditors is the same or higher than proposed in the Trustee's Final Report, the trustee shall immediately proceed with the final distribution to creditors and professionals.  If the final dividend to creditors is less than that which was proposed in the Trustee's Final Report, the trustee shall immediately submit to the U.S. Trustee an Amended Trustee's Report of Proposed Distribution and Dividend Payments within 30 days of the entry of this order.  Within 14 days the U.S. Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals.  The distribution to creditors and professionals shall occur at the same time and no later than 90 days from the entry of this order.

5. ☒ Other: **THIS AMENDED ORDER AMENDS AND SUPERSEDES "ORDER ON FINAL FEE APPLICATIONS" ENTERED ON THE DOCKET ON NOVEMBER 17, 2023 AT DOCKET NO.276.**

Date: November 29, 2023

_____
Sheri Bluebond
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2016*                    Page 3                    F 2016-1.5.ORDER.TRUSTEE.FINAL.FEES