Jason M. Rund
270 Coral Circle
El Segundo, CA   90245
Telephone: (310) 640-1200
Facsimile:  (310) 640-0200
Email:      trustee@srlawyers.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>YOUTH POLICY INSTITUTE, INC.,<br><br>Debtor. | Case No.: 2:19-bk-23085-BB<br><br>[Chapter 7]<br><br>**NOTICE OF UNCLAIMED FUNDS PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 3011** |

Pursuant to Federal Rules of Bankruptcy Procedure rule 3011, the undersigned Trustee tenders check number 2191 in the amount of $8,805.07 together with Attachment A which sets forth all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is being paid into court pursuant to 11 U.S.C. §347(a).

Dated: February 29, 2024                            /s/ Jason M. Rund
                                                                                                      Jason M. Rund

ATTACHMENT A - NOTICE OF UNCLAIMED FUNDS

| Entity Name | Amount Entitled |
|---|---|
| Office Depot<br>6600 N. Military Trail<br>Bankruptcy Filing<br>Boca Raton, FL 33496 | $180.38 |
| Maximus Protective Services<br>2540 Grand Avenue<br>Huntington Park, CA 90255 | $4,586.89 |
| TransPerfect Document Management, Inc.<br>5700 Wilshire Blvd, #265<br>Los Angeles, CA 90036-9003 | $359.34 |
| Fresh Start Meals Inc.<br>1530 First St.<br>San Fernando, CA 91340 | $3,678.46 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

270 Coral Circle, El Segundo, CA  90245

A true and correct copy of the foregoing document entitled Notice of Unclaimed Funds Pursuant to Federal Rules of Bankruptcy Procedure Rule 3011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On February 29, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On February 29, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 29, 2024 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL:**

<u>Creditors:</u>
Office Depot
6600 N. Military Trail
Bankruptcy Filing
Boca Raton, FL 33496

Maximus Protective Services
2540 Grand Avenue
Huntington Park, CA 90255

TransPerfect Document Management, Inc.
5700 Wilshire Blvd, #265
Los Angeles, CA 90036-9003

Fresh Start Meals Inc.
1530 First St.
San Fernando, CA 91340

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**