# Dilks & Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Maximus Protective Services, Inc. ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Youth Policy Institute, Inc.
Court: United States Bankruptcy Court - Central District of California
Case Number: 2:19-bk-23085-BB
Chapter: 7
Claim: 62
Original Creditor: Maximus Protective Services

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Friday, March 08, 2024.

Maximus Protective Services, Inc.

_José R. Lopez_ - Successor in Interest

**California Secretary of State**
Electronic Filing



# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | MAXIMUS PROTECTIVE SERVICES, INC. |
| Entity (File) Number: | C3392544 |
| File Date: | 02/19/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GQ83727 |

**Detailed Filing Information**

1. Entity Name: MAXIMUS PROTECTIVE SERVICES, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
   2540 GRAND AVENUE
   HUNTINGTON PARK, California 90255
   United States of America

   b. Mailing Address:
   2540 GRAND AVENUE
   HUNTINGTON PARK, California 90255
   United States of America

   c. Street Address of Principal Executive Office:
   2540 GRAND AVENUE
   HUNTINGTON PARK, California 90255
   United States of America

3. Officers:
   a. Chief Executive Officer:
   JOSE RENE LOPEZ
   2540 GRAND AVENUE
   HUNTINGTON PARK, California 90255
   United States of America

   b. Secretary:
   CAMELIA LOPEZ
   2540 GRAND AVENUE
   HUNTINGTON PARK, California 90255
   United States of America

Document ID: GQ83727

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

**California Secretary of State**
Electronic Filing

Officers (cont'd):

   c. Chief Financial Officer:

      CAMELIA LOPEZ
      2540 GRAND AVENUE
      HUNTINGTON PARK, California 90255
      United States of America

4. Director:

      JOSE RENE LOPEZ
      2540 GRAND AVENUE
      HUNTINGTON PARK, California 90255
      United States of America

Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process:

      JOSE RENE LOPEZ
      2540 GRAND AVENUE
      HUNTINGTON PARK, California 90255
      United States of America

6. Type of Business: SECURITY SERVICES

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: JOSE R LOPEZ

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GQ83727

**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

DISS STK

D1630736

FILED
Secretary of State
State of California
SEP 20 2021

IMPORTANT — Read Instructions before completing this form.

There is No Fee for filing a Certificate of Dissolution - Stock

Copy Fees — First page $1.00; each attachment page $0.50;

Certification Fee - $5.00 plus copy fees

This Space For Office Use Only

**1. Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.)

MAXIMUS PROTECTIVE SERVICES, INC.

**2. 7-Digit Secretary of State Entity Number**

3392544

**3. Election**

[✓] The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

Note: If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities** (Check the applicable statement. Only **one box** may be checked. If second box is checked, must include the required information in an attachment.)

[✓] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[ ] The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements — ALL must be true to file Form DISS STK.)

a. The Corporation has been completely wound up and is dissolved.
b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

9/14/21 — Jose R. Lopez — JOSE RENE LOPEZ
Date — Signature — Type or Print Name

DISS STK (REV 12/2020)

2020 California Secretary of State
bizfile.sos.ca.gov

| | | | 671117 |
|---|---|---|---|
| | ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

| Schedule K-1 (Form 1120S) | **2018** | Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2018, or tax year | | |

| | | | |
|---|---|---|---|
| beginning _____ ending _____ | | | |

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
90-0744889

**B** Corporation's name, address, city, state, and ZIP code

MAXIMUS PROTECTIVE SERVICES INC

2540 GRAND AVE
HUNTINGTON PARK CA 90255

**C** IRS Center where corporation filed return
OGDEN

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
███-██-4711

**E** Shareholder's name, address, city, state, and ZIP code

JOSE R LOPEZ

2540 GRAND AVE
HUNTINGTON PARK CA 90255

**F** Shareholder's percentage of stock ownership for tax year . . . . . . . . .   100.000

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 68,025 | 13 | Credits | |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured section 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items | |
| | | | | A | -1,215 |
| 11 | Section 179 deduction | 26,806 | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | C | 4,116 |
| | A | 332 | | D | 63,403 |
| | | | 17 | Other information | |

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    www.irs.gov/Form1120S    Schedule K-1 (Form 1120S) 2018
BCA