United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 19-23085-BB |
| Youth Policy Institute, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Mar 12, 2024      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 39970366 | + Maximus Protective Services, 2540 Grand Avenue, Huntington Park, CA 90255-6306 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andy C Warshaw | on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com warshaw.andyb110606@notify.bestcase.com |
| Brian J Dilks | on behalf of Creditor Dilks & Knopic LLC cmecf@dilksknopik.com, brian.dilks@dilksknopik.com |
| Brian L Davidoff | on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com calendar@greenbergglusker.com;jking@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Christopher E Prince | on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |
| Christopher E Prince | on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 12, 2024 | Form ID: trc | Total Noticed: 1

| Name | Description |
|---|---|
| Daniel C Sharpe | on behalf of Creditor I. A.  daniel.c.sharpe@me.com |
| Daniel C Sharpe | on behalf of Creditor A.M.  daniel.c.sharpe@me.com |
| David W. Meadows | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| David W. Meadows | on behalf of Creditor MDB International Branding  LLC david@davidwmeadowslaw.com |
| EmmaElizabeth A Gonzalez | on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org |
| Genevieve G Weiner | on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com |
| Hayes F Michel | on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com |
| Jason M Rund (TR) | trustee@srlawyers.com  jrund@ecf.axosfs.com |
| Jeffrey A Krieger | on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Kevin Meek | on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com |
| Magdalena R Bordeaux | on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org |
| Matthew N Sirolly | on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov |
| Philip D Dracht | on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com |
| Robert D Bass | on behalf of Attorney Robert D. Bass bob.bass47@icloud.com |
| Sasha M Gurvitz | on behalf of Creditor California Community Foundation sgurvitz@ktbslaw.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com |
| Sheryl K Ith | on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com |
| Steven Goldsobel | on behalf of Defendant Steven Schultz steve@sgoldsobel.com  vandad@sgoldsobel.com |
| Summer M Shaw | on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Defendant Suzanne M Steinke ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 29

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 2:19-bk-23085-BB
Chapter 7

In re: Debtor(s) (including Name and Address)

Youth Policy Institute, Inc.
6464 Sunset Blvd., Suite 650
Los Angeles CA 90028

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/11/2024.

Name and Address of Alleged Transferor(s):

Claim No. 62: Maximus Protective Services, 2540 Grand Avenue, Huntington Park, CA 90255

Name and Address of Transferee:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/14/24

Kathleen J. Campbell
**CLERK OF THE COURT**