**Fill in this information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Youth Policy Institute, Inc. | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Central District of California | | | |
| Case Number: | 2:19-bk-23085-BB | | | |

FILED
MAR 29 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

---

Form 1340 (12/23)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $4,586.89 |
| Claimant's Name: | Dilks & Knopik, LLC |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:
<u>Maximus Protective Services</u>

☒ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

☒ Applicant is the Claimant.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Supporting Documentation**

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

**5. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Central District of California
*Civil Process Clerk*
Federal Building, Room 7516 300
300 North Los Angeles Street
Los Angeles, CA 90012

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.<br><br>Date: March 11, 2024<br><br>*[signature]*<br>Signature of Applicant<br>Andrew T. Drake – Vice President<br>Dilks & Knopik, LLC<br><br>35308 SE Center Street<br>Snoqualmie, WA 98065<br>428-836-5728 x123<br>admin@dilksknopik.com | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br>Address:<br><br>Telephone: _____<br><br>Email: _____ |

**7. Notarization**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>December 26, 2023</u> was subscribed and sworn to (or affirmed) before me on this <u> 11th </u> day of March, 2024 by

_____<u>Andrew T. Drake</u>_____
who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(SEAL)    Notary Public *[signature]*

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for Central District of California
Civil Process Clerk
Federal Building, Room 7516 300
300 North Los Angeles Street
Los Angeles, CA 90012

Names and addresses of all other parties served:

Maximus Protective Services
Owner of Record
2540 Grand Avenue
Huntington Park, CA 90255

Date: March 11, 2024

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

**Explanation of Supporting Documentation
for
Application for Payment of Unclaimed Funds**

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Maximus Protective Services.

Maximus Protective Services, Inc has assigned the unclaimed funds and its claim to the claimant, Dilks & Knopik, LLC, as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on 3/11/2024 (Docket #287).

Date: <u>March 11, 2024</u>

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

270 Coral Circle, El Segundo, CA 90245

A true and correct copy of the foregoing document entitled Notice of Unclaimed Funds Pursuant to Federal Rules of Bankruptcy Procedure Rule 3011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 29, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On February 29, 2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 29, 2024 | Laura Gitnick | /s/ Laura Gitnick |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE

**2. SERVED BY UNITED STATES MAIL:**

<u>Creditors</u>:
Office Depot
6600 N. Military Trail
Bankruptcy Filing
Boca Raton, FL 33496

Maximus Protective Services
2540 Grand Avenue
Huntington Park, CA 90255

TransPerfect Document Management, Inc.
5700 Wilshire Blvd, #265
Los Angeles, CA 90036-9003

Fresh Start Meals Inc.
1530 First St.
San Fernando, CA 91340

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                     **F 9013-3.1.PROOF.SERVICE**

# Dilks & Knopik

### CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that <u>Brian J Dilks</u>, <u>Caryn M Dilks f/k/a Caryn M Knopik</u>, <u>Andrew T. Drake</u> and <u>Jeffrey Hudspeth</u>, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 4th day of January, 2024.

_____
Brian J Dilks – Member
Date: 1/4/24

Subscribed and sworn to me this 1/4/2024
Notary Signature _Jessica Tipton_
My Commission Expires: 11/19/2027

_____
Caryn M Dilks f/k/a Caryn M Knopik – Member
Date: 01/04/2024

Subscribed and sworn to me this 1/4/2024
Notary Signature _Jessica Tipton_
My Commission Expires: 11/19/2027

**WASHINGTON**
**Secretary of State**
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 05/19/2023
Effective Date: 05/19/2023
UBI #: 602 211 447

# EXPRESS ANNUAL REPORT WITHOUT CHANGES

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2024**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2023051900346920 - 1
Received Date: 05/19/2023
Amount Received: $60.00

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
- No
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
- No
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
- No
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
- No

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 **and** 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## CONFIRMATION EMAIL ADDRESS

Note: Please enter in the email address you would like confirmation sent of this annual report and payment receipt.

Email Address:
**BRIAN.DILKS@DILKSKNOPIK.COM**

## EMAIL OPT-IN

By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

Person Type:
**INDIVIDUAL**

First Name:
**BRIAN**

Last Name:
**DILKS**

Title:
**MANAGING MEMBER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

---

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2023051900346920 - 1
Received Date: 05/19/2023
Amount Received: $60.00

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Central District of California

In re   Youth Policy Institute, Inc.   ,   Case No.  2:19-bk-23085-BB

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Maximus Protective Services |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known):   62
Amount of Claim:   $41,677.38
Date Claim Filed:   1/15/2020

Phone:   425-836-5728
Last Four Digits of Acct #: _____

Phone:   213-268-8103
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Brian J Dilks - President        Date:   3/11/2024
       Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Dilks | & | Knopik

On this 11th day of March, 2024, I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete redacted copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

_____
Matthew Zettley – Notary Public
My commission expires: February 19, 2026

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of March 8, 2024 (the "Effective Date") by and between <u>Dilks & Knopik, LLC</u>, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Maximus Protective Services, Inc. with an address of 2540 Grand Avenue, Huntington Park CA 90255 (the "Assignor").

1. Assignor is/was a creditor in Youth Policy Institute, Inc. (2:19-bk-23085-BB) as filed in the Central District of California (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the approximate amount of $4,586.89 (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. **Assets Assigned:** The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. **Consideration:** The consideration herein given by Assignee to Assignor shall be the sum $[REDACTED] which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved. In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to 100% of the additional amount recovered.

5. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. **Power of Attorney:** To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _____  Assignee: _____
Maximus Protective Services, Inc.          Dilks & Knopik, LLC
Jose R. Lopez – Successor in Interest      Andrew T. Drake – Vice President

# Dilks & Knopik

### NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Maximus Protective Services, Inc. ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Youth Policy Institute, Inc.
Court: United States Bankruptcy Court - Central District of California
Case Number: 2:19-bk-23085-BB
Chapter: 7
Claim: 62
Original Creditor: Maximus Protective Services

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Friday, March 08, 2024.

Maximus Protective Services, Inc.

_____
Jose R. Lopez - Successor in Interest



| | | | | | |
|---|---|---|---|---|---|
| ☐ Final K-1 | | ☐ Amended K-1 | | | 671117 OMB No. 1545-0123 |

## Schedule K-1 (Form 1120S)
Department of the Treasury
Internal Revenue Service

**2018** For calendar year 2018, or tax year

beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) 68,025 | | 13 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items  A  -1,215 |
| 11 | Section 179 deduction  26,806 | | 16 | Items affecting shareholder basis  C  4,116 |
| 12 | Other deductions  A  332 | | | D  63,403 |
| | | | 17 | Other information |

### Part I  Information About the Corporation

**A** Corporation's employer identification number
90-0744889

**B** Corporation's name, address, city, state, and ZIP code

MAXIMUS PROTECTIVE SERVICES INC

2540 GRAND AVE
HUNTINGTON PARK CA 90255

**C** IRS Center where corporation filed return
OGDEN

### Part II  Information About the Shareholder

**D** Shareholder's identifying number
-4711

**E** Shareholder's name, address, city, state, and ZIP code

JOSE R LOPEZ

2540 GRAND AVE
HUNTINGTON PARK CA 90255

**F** Shareholder's percentage of stock
ownership for tax year . . . . . . . . . 100.000

\* See attached statement for additional information.

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.  www.irs.gov/Form1120S   Schedule K-1 (Form 1120S) 2018
BCA

For IRS Use Only



**Secretary of State**
**Certificate of Dissolution**
(California Stock Corporation ONLY)

| DISS STK |
|---|

D1630736

FILED *ca⧸*
Secretary of State
State of California
SEP 20 2021  *sxc*

*3cc*

This Space For Office Use Only

**IMPORTANT** — Read Instructions before completing this form.

There is No Fee for filing a Certificate of Dissolution - Stock

**Copy Fees** – First page $1.00; each attachment page $0.50;

Certification Fee - $5.00 plus copy fees

| 1. **Corporate Name** (Enter the exact name of the Corporation as it is recorded with the California Secretary of State.) <br><br> MAXIMUS PROTECTIVE SERVICES, INC. | 2. **7-Digit Secretary of State Entity Number** <br><br> 3392544 |
|---|---|

**3. Election**

[✓] The dissolution was made by a vote of **ALL** of the shareholders of the California corporation.

   **Note:** If the above box is not checked, a **Certificate of Election to Wind Up and Dissolve** (Form ELEC STK) must be filed prior to or together with this Certificate of Dissolution. (California Corporations Code section 1901.)

**4. Debts and Liabilities**  (Check the applicable statement. Only **one box** may be checked. If second box is checked, must include the required information in an attachment.)

[✓] The known debts and liabilities have been actually paid or paid as far as its assets permitted.

[ ] The known debts and liabilities have been adequately provided for in full or as far as its assets permitted by their assumption. Included in the **attachment** to this certificate, incorporated herein by this reference, is a description of the provisions made and the name and address of the person, corporation or government agency that has assumed or guaranteed the payment, or the depository institution with which deposit has been made.

[ ] The corporation never incurred any known debts or liabilities.

**5. Required Statements** (Do not alter the Required Statements – **ALL** must be true to file Form DISS STK.)

   a. The Corporation has been completely wound up and is dissolved.
   b. All final returns required under the California Revenue and Taxation Code have been or will be filed with the California Franchise Tax Board.
   c. The known assets have been distributed to the persons entitled thereto or the corporation acquired no known assets.

**6. Read, Verify, Date and Sign Below** (See Instructions for signature requirements.)

The undersigned is the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

| 9/14/21 | *Jose R. Lopez* | JOSE RENE LOPEZ |
|---|---|---|
| Date | Signature | Type or Print Name |
| | | |
| Date | Signature | Type or Print Name |
| | | |
| Date | Signature | Type or Print Name |

DISS STK (REV 12/2020)

2020 California Secretary of State
bizfile.sos.ca.gov

**California Secretary of State**
Electronic Filing


Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | MAXIMUS PROTECTIVE SERVICES, INC. |
| Entity (File) Number: | C3392544 |
| File Date: | 02/19/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GQ83727 |

**Detailed Filing Information**

1. Entity Name: MAXIMUS PROTECTIVE SERVICES, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      2540 GRAND AVENUE
      HUNTINGTON PARK, California 90255
      United States of America

   b. Mailing Address:
      2540 GRAND AVENUE
      HUNTINGTON PARK, California 90255
      United States of America

   c. Street Address of Principal Executive Office:
      2540 GRAND AVENUE
      HUNTINGTON PARK, California 90255
      United States of America

3. Officers:
   a. Chief Executive Officer:
      JOSE RENE LOPEZ
      2540 GRAND AVENUE
      HUNTINGTON PARK, California 90255
      United States of America

   b. Secretary:
      CAMELIA LOPEZ
      2540 GRAND AVENUE
      HUNTINGTON PARK, California 90255
      United States of America

Document ID: GQ83727

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.* Address Proof Of Record



# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

        CAMELIA LOPEZ
        2540 GRAND AVENUE
        HUNTINGTON PARK, California 90255
        United States of America

4. Director:

        JOSE RENE LOPEZ
        2540 GRAND AVENUE
        HUNTINGTON PARK, California 90255
        United States of America

Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process:

        JOSE RENE LOPEZ
        2540 GRAND AVENUE
        HUNTINGTON PARK, California 90255
        United States of America

6. Type of Business: SECURITY SERVICES

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:    JOSE R LOPEZ

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Address Proof
Of Record

Document ID: GQ83727

# Dilks & Knopik

## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Maximus Protective Services, Inc. ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Youth Policy Institute, Inc.
Court: United States Bankruptcy Court - Central District of California
Case Number: 2:19-bk-23085-BB
Chapter: 7
Claim: 62
Original Creditor: Maximus Protective Services

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Friday, March 08, 2024.

Maximus Protective Services, Inc.

_Jose R. Lopez_ - Successor in Interest

