**ENTERED**
APR - 8 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:              Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA



| In re | Case No: LA19-23085-BB |
|---|---|
| Youth Policy Institute, Inc | |
| | ORDER TO PAY UNCLAIMED FUNDS |
| | (28 U.S.C. Section 2042; LBR 3011-1) |
| Debtor (s) | |

It appears that a check made payable to Maximus Protective Services totaling $4,586.89 was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on February 29, 2024 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that the original claimant, Maximus Protective Services, transferred their claim to Dilks & Knopik, LLC. Dilks & Knopik, LLC now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $4,586.89 to Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065.

_____          4/8/2024
Honorable Sheri Bluebond                              Date