United States Bankruptcy Court

Central District of California

In re:  Case No. 19-23085-BB

Youth Policy Institute, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2  User: admin  Page 1 of 2
Date Rcvd: Apr 16, 2024  Form ID: pdf042  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Youth Policy Institute, Inc., 6464 Sunset Blvd., Suite 650, Los Angeles, CA 90028-8008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

**Name**    **Email Address**

Andy C Warshaw
    on behalf of Creditor Evaluation Specialists awarshaw@bwlawcenter.com  warshaw.andyb110606@notify.bestcase.com

Brian J Dilks
    on behalf of Creditor Dilks & Knopic  LLC cmecf@dilksknopik.com, brian.dilks@dilksknopik.com

Brian L Davidoff
    on behalf of Trustee Jason M Rund (TR) bdavidoff@greenbergglusker.com cmillerwatkins@greenbergglusker.com;calendar@greenbergglusker.com

Christopher E Prince
    on behalf of Defendant Dixon Slingerland cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

Christopher E Prince
    on behalf of Interested Party Courtesy NEF cprince@lesnickprince.com jmack@lesnickprince.com;cprince@ecf.courtdrive.com;jnavarro@lesnickprince.com

| | |
|---|---|
| Daniel C Sharpe | on behalf of Creditor I. A.  daniel.c.sharpe@me.com |
| Daniel C Sharpe | on behalf of Creditor A.M.  daniel.c.sharpe@me.com |
| David W. Meadows | on behalf of Interested Party Courtesy NEF david@davidwmeadowslaw.com |
| David W. Meadows | on behalf of Creditor MDB International Branding  LLC david@davidwmeadowslaw.com |
| EmmaElizabeth A Gonzalez | on behalf of Interested Party Courtesy NEF egonzalez@publiccounsel.org |
| Genevieve G Weiner | on behalf of Creditor Nonprofit Finance Fund gweiner@sidley.com laefilingnotice@sidley.com;genevieve-weiner-0813@ecf.pacerpro.com;psantos@sidley.com |
| Hayes F Michel | on behalf of Defendant Hill  Morgan and Associates, LLP hmichel@krakowskymichel.com |
| Jason M Rund (TR) | trustee@srlawyers.com  jrund@ecf.axosfs.com |
| Jeffrey A Krieger | on behalf of Trustee Jason M Rund (TR) jkrieger@ggfirm.com kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Plaintiff JASON M RUND kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Keith Patrick Banner | on behalf of Trustee Jason M Rund (TR) kbanner@greenbergglusker.com calendar@greenbergglusker.com;cmillerwatkins@greenbergglusker.com |
| Kevin Meek | on behalf of Debtor Youth Policy Institute  Inc. kmeek@robinskaplan.com, kevinmeek32@gmail.com;kmeek@ecf.inforuptcy.com |
| Magdalena R Bordeaux | on behalf of Interested Party Courtesy NEF mbordeaux@publiccounsel.org |
| Matthew N Sirolly | on behalf of Creditor Labor Commissioner  California, Division of Labor Standards Enforcement msirolly@dir.ca.gov |
| Philip D Dracht | on behalf of Plaintiff JASON M RUND pdracht@drachtlaw.com |
| Robert D Bass | on behalf of Attorney Robert D. Bass bob.bass47@icloud.com |
| Sasha M Gurvitz | on behalf of Creditor California Community Foundation sgurvitz@ktbslaw.com |
| Shawn M Christianson | on behalf of Interested Party Courtesy NEF cmcintire@buchalter.com  schristianson@buchalter.com |
| Sheryl K Ith | on behalf of Creditor Ford Motor Credit Company LLC sith@cookseylaw.com |
| Steven Goldsobel | on behalf of Defendant Steven Schultz steve@sgoldsobel.com  vandad@sgoldsobel.com |
| Summer M Shaw | on behalf of Defendant Suzanne M. Steinke A Professional Corporation ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Interested Party Summer Shaw ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| Summer M Shaw | on behalf of Defendant Suzanne M Steinke ss@shaw.law  shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 29

**ENTERED**

APR - 8 2024

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA



FILED
APR - 8 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ Deputy Clerk

| | |
|---|---|
| In re<br>Youth Policy Institute, Inc<br><br><br>Debtor (s) | Case No: LA19-23085-BB<br><br>ORDER TO PAY UNCLAIMED FUNDS<br>(28 U.S.C. Section 2042; LBR 3011-1) |

It appears that a check made payable to Maximus Protective Services totaling $4,586.89 was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on February 29, 2024 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that the original claimant, Maximus Protective Services, transferred their claim to Dilks & Knopik, LLC. Dilks & Knopik, LLC now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $4,586.89 to Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065.

_____    4/8/2024
Honorable Sheri Bluebond        Date